## N THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH,<br><br>                Plaintiff,<br><br>      v.<br><br>IMPAX LABORATORIES, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 06-222 JJF<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## DEFENDANT IMPAX LABORATORIES, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant certifies that Impax Laboratories, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:  April 25, 2006

Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

M. Patricia Thayer (State Bar No. 90818)
John M. Benassi (State Bar No. 74137)
Jessica R. Wolff (State Bar No. 162295)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California  92101
Telephone:  (858) 450-8400
Facsimile:  (858) 450-8499

Attorneys for IMPAX LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2006, I electronically filed the foregoing document, **DEFENDANT IMPAX LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Melissa S. Myers
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 25th day of April, 2006, the foregoing document was served via email on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
    Garrett & Dunner
901 New York Avenue, NW
Washington, DE  20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, INC.

2