IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>                 Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>                 Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.: 06-222 JJF<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of John M. Benassi, Jessica R. Wolff and Samuel F. Ernst of the law firm of Heller Ehrman LLP to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: May 25, 2006

                                                                                  */s/ Mary B. Matterer*
                                                             Mary B. Matterer (I.D. No. 2696)
                                                             Morris James Hitchens & Williams LLP
                                                             222 Delaware Avenue, 10th Floor
                                                             Wilmington, DE  19801
                                                             (302) 888-6800
                                                             mmatterer@morrisjames.com


                                                             Attorneys for IMPAX LABORATORIES, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____                   _____
                                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Illinois and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: May 21, 2006

Signed: _____
John M. Benassi, Esq.
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
(858) 450-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: May 19, 2006

Signed: _____
Jessica R. Wolff, Esq.
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
(858) 450-8400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: May 18, 2006    Signed: _____
Samuel F. Ernst, Esq.
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
(858) 450-8400

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2006, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Melissa S. Myers
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 25th day of May, 2006, the foregoing document was served via email on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
   Garrett & Dunner
901 New York Avenue, NW
Washington, DE 20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

/s/ Mary B. Matterer
Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, INC.