IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>          Plaintiff,<br><br>      v.<br><br>IMPAX LABORATORIES, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for plaintiff to file its reply brief in support of its Motion to Strike Impax's Unenforceability and Unclean Hands Alternative Defenses and to Dismiss Impax's Unenforceability Counterclaims (D.I. 9) is extended from June 5, 2006 until June 8, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    MORRIS, JAMES, HITCHENS & WILLIAMS

*/s/ Jack B. Blumenfeld*  
Jack B. Blumenfeld (#1014)  
Karen Jacobs Louden (#2881)  
1201 N. Market Street  
Wilmington, DE 19899-1347  
(302) 658-9200  
*Attorneys for Plaintiff*

*/s/ Mary B. Matterer*  
Mary B. Matterer (#2696)  
222 Delaware Avenue  
P.O. Box 2306  
Wilmington, DE 19899  
*Attorneys for Defendant*

Dated: June 2, 2006

SO ORDERED this ____ day of June, 2006.

_____  
United States District Court Judge