# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
(302) 351-9227
(302) 425-4681
email

June 8, 2006

By E-Filing

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    <u>Wyeth v. Impax; C.A. No. 06-222 (JJF)</u>

Dear Judge Farnan:

      Briefing is now complete on Wyeth's Motion to Strike Impax's Unenforceability and Unclean Hands Affirmative Defenses Under Fed. R. Civ. P. 12(f), and to Dismiss Impax's Unenforceability Counterclaims Under Fed. R. Civ. P. 12(b)(6) (D.I. 9). Wyeth respectfully requests oral argument on this motion pursuant to D. Del. L.R. 7.1.4.

      Respectfully,

      */s/ Karen Jacobs Louden*

      Karen Jacobs Louden

KJL/bav

cc:    Peter T. Dalleo, Clerk (By E-File)
       Mary B. Matterer, Esquire (By E-File)
       John M. Benassi, Esquire (By Fax)
       Basil J. Lewris, Esquire (By Fax)
523758