# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Mary B. Matterer
(302) 888-6960
mmatterer@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

June 9, 2006

**BY EFILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    RE:    *Wyeth v. Impax Laboratories, Inc.*, Civil Action No. 06-222 JJF

Your Honor:

    Pursuant to D. Del. L.R. 7.1.4, Defendant Impax Laboratories, Inc. respectfully joins Plaintiff Wyeth's request for oral argument on Wyeth's Motion to Strike and to Dismiss (D.I. 9-10, 14-15, 19-20).

Respectfully,

Mary B. Matterer

cc:    Jack B. Blumenfeld, Esq. (via email)
        Linda A. Wadler, Esq. (via email)