IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No.: 06-222 (JJF) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's Initial Disclosure Statement Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on June 23, 2006, upon the following in the manner

### BY FEDERAL EXPRESS

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

and that (1) Plaintiff's First Request For The Production Of Documents And Things (Nos. 1-87), (2) Plaintiff's First Set Of Interrogatories (Nos. 1-13), and (3) Plaintiff's First Set Of Requests For Admission (Nos. 1-64) were caused to be served on June 26, 2006, upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden (#2881)*
          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          klouden@mnat.com
          1201 N. Market Street
          Wilmington, DE  19899-1347
          (302) 658-9200

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

June 26, 2006

526328

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 26, 2006 copies of the foregoing were caused to be served upon the following in the manner indicated:

### BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

### BY FEDERAL EXPRESS

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

                                                */s/ Karen Jacobs Louden (#2881)*
                                                Karen Jacobs Louden