IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06-222 JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

Please take notice that on the 30th day of June, 2006, copies of the following documents, **DEFENDANT IMPAX LABORATORIES, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION AND DEFENDANT IMPAX LABORATORIES, INC.'S FIRST SET OF INTERROGATORIES**, were served on counsel as indicated:

| VIA EMAIL & HAND DELIVERY | VIA EMAIL & FEDERAL EXPRESS |
|---|---|
| Jack B. Blumenfeld, Esq. | Basil J. Lewis, Esq. |
| Melissa S. Myers, Esq. | Linda A. Wadler, Esq. |
| Morris, Nichols, Arsht & Tunnell | Finnegan Henderson Farabow |
| 1201 North Market Street | Garrett & Dunner L.L.P. |
| P.O. Box 1347 | 901 New York Avenue, N.W. |
| Wilmington, Delaware 19899-1347 | Washington, DC 20001 |
| 302.658.9200 | 202.408.4000 |

Dated: June 30, 2006

           /s/ Mary B. Matterer
Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

M. Patricia Thayer (State Bar No. 90818)
John M. Benassi (State Bar No. 74137)
Jessica R. Wolff (State Bar No. 162295)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for IMPAX LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Melissa S. Myers
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 30th day of June, 2006, the foregoing document was served via email on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
    Garrett & Dunner
901 New York Avenue, NW
Washington, DE  20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

                                            __/s/ Mary B. Matterer__
                                            Mary B. Matterer (I.D. No. 2696)
                                            Morris James Hitchens & Williams LLP
                                            222 Delaware Avenue, 10th Floor
                                            Wilmington, DE  19801
                                            (302) 888-6800
                                            mmatterer@morrisjames.com

                                            Attorneys for IMPAX LABORATORIES, INC.