IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF DANIEL N. KASSABIAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel N. Kassabian to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: July 27, 2006
  */s/ Mary B. Matterer*
  Mary B. Matterer (I.D. No. 2696)
  MORRIS JAMES HITCHENS & WILLIAMS LLP
  222 Delaware Ave., 10th Floor
  Wilmington, DE 19801
  Telephone: (302) 888-6800
  mmatterer@morrisjames.com

  Attorneys for Defendant
  IMPAX LABORATORIES, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

  _____
  The Honorable Joseph J. Farnan, Jr.
  UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 27, 2006

_____
Daniel N. Kassabian

SF 1284227 v1
 (40443.0005)

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2006, I electronically filed the foregoing document, **MOTION FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Melissa S. Myers
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 27th day of July, 2006, the foregoing document was served via email on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
     Garrett & Dunner
901 New York Avenue, NW
Washington, DE  20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

                                        */s/ Mary B. Matterer*
                                      Mary B. Matterer (I.D. No. 2696)
                                      Morris James Hitchens & Williams LLP
                                      222 Delaware Avenue, 10th Floor
                                      Wilmington, DE  19801
                                      (302) 888-6800
                                      mmatterer@morrisjames.com

                                      Attorneys for IMPAX LABORATORIES, INC.