IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
|        Plaintiff, | ) | |
| | ) | |
|     v. | ) | C. A. No.: 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
|        Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Wyeth's Responses To Defendant Impax's First Set Of Interrogatories (Nos. 1-19) and Plaintiff's Reponses And Objections To Impax's Second Request For Production Of Documents And Things (Nos. 5-86) were caused to be served on July 31, 2006, upon the following counsel:

**BY FEDERAL EXPRESS**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Karen Jacobs Louden*

                _____
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                klouden@mnat.com
                1201 N. Market Street
                Wilmington, DE  19899-1347
                (302) 658-9200
                Attorneys for plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

August 1, 2006

526328

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 1, 2006 copies of the foregoing were caused to be served upon the following in the manner indicated:

### **BY MAIL**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

                                                  */s/ Karen Jacobs Louden (#2881)*
                                                  Karen Jacobs Louden