IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT IMPAX LABORATORIES, INC.'S MOTION TO MODIFY SCHEDULING ORDER**

Defendant Impax Laboratories, Inc. hereby moves to modify the Rule 16 Scheduling Order issued by the Court on July 13, 2006 by changing the deadline for the amendment of pleadings from August 10, 2006 to March 30, 2007. (D.I. 27 at ¶ 5). The grounds for this motion are set forth in Impax's Opening Brief, filed herewith.

Dated: August 10, 2006

/s/ Mary Matterer
RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL N. KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400

Attorneys for IMPAX LABORATORIES, INC.

## **RULE 7.1.1 CERTIFICATION**

The undersigned certifies that counsel for plaintiffs and counterclaim defendants Wyeth has been contacted and the parties have been unable to resolve the issues presented in this Motion.

_____
Mary B. Matterer (#2696)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Defendant's Motion to Modify the Scheduling Order;

IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED.

Paragraph 5 of the Rule 16 Scheduling Order issued by the Court on July 13, 2006 shall be modified to provide as follows:

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **August 10, 2006.**

_____
Joseph J. Farnan, Jr., J.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2006, I electronically filed the foregoing document, **DEFENDANT IMPAX LABORATORIES, INC.'S MOTION TO MODIFY SCHEDULING ORDER.**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 10th day of August, 2006, the foregoing document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**VIA EMAIL AND FEDERAL EXPRESS**
Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
   Garrett & Dunner
901 New York Avenue, NW
Washington, DE 20001
202.408.4000
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

_____
Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, INC.