IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 06-222 (JJF) |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF KAREN JACOBS LOUDEN, ESQ.

I, Karen Jacobs Louden, Esq., hereby declare as follows:

1. I am a partner with the law firm of Morris, Nichols, Arsht & Tunnell LLP. I am one of the attorneys representing Wyeth in the current litigation.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document printed from *The Wall Street Journal* web site at 3:53 p.m. EDT on Tuesday, August 15, 2006 from http://online.wsj.com/quotes/key_facts.html?mod=2_0467&symbol=ILR&type =defrnk&news-symbol=IPXL, for the company IMPAX Laboratories designated with the code ILR.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 17th day of August 2006.

_____
Karen Jacobs Louden

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 17, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on August 17, 2006 upon the following in the manner indicated:

**BY HAND**

> Mary B. Matterer
> Morris, James, Hitchens & Williams
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899

**BY FEDERAL EXPRESS**

> M. Patricia Thayer
> John M. Benassi
> Jessica R. Wolf
> Heller Ehrman LLP
> 4350 La Jolla Village Dr.
> San Diego, CA 92102

/s/ Karen Jacobs Louden
Karen Jacobs Louden (#2881)
klouden@mnat.com

# EXHIBIT 1

| | | | |
|---|---|---|---|
| Impax Laboratories is a technology-based, specialty pharmaceutical company focused on the development and commercialization of generic and brand name pharmaceuticals. At March 2004, the Company had 60 generic products approved or pending approval by the United States Food and Drug Administration (FDA), or under development, 17 of which are abbreviated new drug applications approved by the FDA, which include generic versions of brand name pharmaceuticals. In the generic pharmaceuticals market, the Company focuses its efforts on controlled-release generic versions of selected brand name pharmaceuticals across a range of therapeutic areas. The Company markets 31 generic pharmaceuticals that represent dosage variations of 13 different pharmaceutical compounds. In the brand name pharmaceuticals market, the Company is focusing its efforts on the development of products for the treatment of central nervous system disorders. | | 30831 Huntwood Avenue Hayward, CA 94544 (510) 476-2000  invest@impaxlabs.com http://www.impaxlabs.com/ | |
| Number of Employees | 453 | Fiscal Year Ending Date | 12/31/03 |
| Sales (in millions) | $58.82 | 1-Yr. Sales Change | 139.93% |
| **Stock Data** | | | |
| Market Capitalization (in millions) | $292.42 | Percent Owned by Institutions | 13.36% |
| Shares Outstanding (in millions) | 58.48 | Number of Institutional Shareholders | 73 |
| Public Float (in millions)* | 40.00 | Percent Owned by Insiders | 31.61% |
| Latest Dividend | n.a. | Last Stock Split | n.a. |
| Pay Date of Latest Dividend | n.a. | Date of Last Split | n.a. |
| Dividend Yield | n.a. | P/E Ratio (without extraordinary items) | 618.81 |
| | | P/E Ratio (with extraordinary items) | 618.81 |

*Shares outstanding, minus shares controlled by insiders, restricted stock and shares held by 5% owners.

| **Short Interest** | | | |
|---|---|---|---|
| Total for current month | 6,053,000 | Short Interest Ratio** | 9.06 |
| Total for previous month | 5,744,000 | Short Interest as % of Public Float | 15.13 |

**Number of days of average daily volume needed to close out total short position.

Fundamentals supplied by

