IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | )Civil Action No.: 06-222 JJF | |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT IMPAX LABORATORIES, INC.'S MOTION
FOR THE APPOINTMENT OF A SPECIAL MASTER
TO MANAGE DISCOVERY AND RESOLVE DISCOVERY DISPUTES**

RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL N. KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Defendant
IMPAX LABORATORIES, Inc.

September 22, 2006

Defendant Impax Laboratories, Inc. hereby moves for the appointment of a Special Master in this case to manage discovery, to resolve discovery disputes, and to resolve disputes as to whether information qualifies for protection and as to the extent of such protection under any protective order entered in this action or under D. Del. L.R. 26.2.  The grounds for this motion are set forth in Impax's Opening Brief, filed herewith.  This motion is made based on this Motion, the accompanying Opening Brief filed herewith, the accompanying Proposed Order, filed herewith, the accompanying Declaration of Samuel F. Ernst, filed herewith, the papers and pleadings on file in this case, and any oral argument the Court may hear on the Motion.

RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
Attorneys for IMPAX LABORATORIES, INC.

Dated:  September 22, 2006

## RULE 7.1.1 CERTIFICATION

The undersigned certifies that counsel for plaintiffs and counterclaim defendants

Wyeth has been contacted and the parties have been unable to resolve the issues presented

in this Motion.

_____
Mary B. Matterer (#2696)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WYETH,                                          )
                                                )
                                                )
                    Plaintiff,                  )
                                                )Civil Action No.: 06-222 JJF
        v.                                      )
                                                )
IMPAX LABORATORIES, INC.,                       )
                                                )
                    Defendant.                  )
_____            )

## ORDER

WHEREAS, the Court having considered Defendant's Motion for the Appointment of a Special Master to Manage Discovery and Resolve Discovery Disputes and Plaintiff's response thereto;

IT IS HEREBY ORDERED this _____ day of September, 2006, that the Motion is GRANTED.

IT IS ORDERED that the above-captioned case is hereby referred to the Special Master Panel established by order of the Court dated September 15, 2004, for a Special Master to address issues relating to the parties' discovery disputes. Upon selection of a Special Master by the Panel Chair, the Court shall enter a further order appointing same.

_____
Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, I electronically filed the foregoing

document, **DEFENDANT IMPAX LABORATORIES, INC.'S MOTION FOR THE**

**APPOINTMENT OF A SPECIAL MASTER TO MANAGE DISCOVERY AND**

**RESOLVE DISCOVERY DISPUTES**, with the Clerk of the Court using CM/ECF which will

send notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801


Additionally, I hereby certify that on the 22nd day of September, 2006, the foregoing

document was served as indicated on the following:

| VIA EMAIL AND HAND DELIVERY | VIA EMAIL AND FEDERAL EXPRESS |
|---|---|
| Jack B. Blumenfeld | Basil J. Lewris |
| Karen Jacobs Louden | Linda A. Wadler |
| Morris Nichols Arsht & Tunnell | Finnegan Henderson Farabow |
| 1201 N. Market Street |    Garrett & Dunner |
| Wilmington, DE 19801 | 901 New York Avenue, NW |
| | Washington, DE 20001 |
| | 202.408.4000 |
| | Bill.Lewris@finnegan.com |
| | Linda.Wadler@finnegan.com |

_____
Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
Attorneys for Impax Laboratories, Inc.