IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
|        Plaintiff, ) | |
| ) | |
|     v. ) | C. A. No. 06-222 (JJF) |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
|        Defendant. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT the appearance of Melissa Stone Myers of the law firm of Morris, Nichols, Arsht & Tunnell LLP is hereby withdrawn as counsel of record for plaintiff and counterclaim defendant Wyeth. Wyeth continues to be represented by Jack B. Blumenfeld and Karen Jacobs Louden of Morris, Nichols, Arsht & Tunnell LLP and Basil J. Lewris and Linda A. Wadler of Finnegan Henderson Farabow Garrett & Dunner LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
   Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

September 26, 2006

538549

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on September 26, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on September 26, 2006 upon the following in the manner indicated:

### BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

### BY FEDERAL EXPRESS

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

>*/s/ Karen Jacobs Louden*
>klouden@mnat.com