IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No.:  06-222 (JJF) |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF KAREN JACOBS LOUDEN, ESQ. IN SUPPORT OF
WYETH'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION
FOR THE APPOINTMENT OF SPECIAL MASTER TO MANAGE
<u>DISCOVERY AND RESOLVE DISCOVERY DISPUTES</u>**

I, Karen Jacobs Louden, Esq., hereby declare as follows:

1.       I am a partner with the law firm of Morris, Nichols, Arsht & Tunnell, LLP.  I am one of the attorneys representing Wyeth in the current litigation.

2.       Attached hereto as Exhibit 1 are true and correct copies of certain letters between Wyeth and Impax concerning Impax's request for immediate production of Wyeth's NDA 20-699 and selected materials from the *Wyeth v. Teva* litigation.  The letters attached to this exhibit are:  an August 7, 2006 letter from Linda A. Wadler to Samuel F. Ernst; an August 7, 2006 letter from Samuel F. Ernst to Linda Wadler; an August 4, 2006 letter from Robert A. Pollock to Daniel N. Kassabian; an August 8, 2006 letter from Robert A. Pollock to Daniel N. Kassabian; a second August 8, 2006 letter from Robert A. Pollock to Daniel N. Kassabian; an August 22, 2006 letter from Robert Pollock to Daniel N. Kassabian; and an August 24, 2006 letter from Robert Pollock to Daniel N. Kassabian.

3.       Attached hereto as Exhibit 2 are true and correct copies of certain letters from Wyeth to Impax reflecting Wyeth's rolling document production, which Wyeth made available

for inspection, or alternatively, offered to produce and ship copies to Impax upon agreement from Impax to reimburse Wyeth for copying costs.  The letters attached to this exhibit are: an August 31, 2006 letter from Robert Pollock to Daniel N. Kassabian; a September 5, 2006 letter from Robert A. Pollock to Daniel N. Kassabian; a September 8, 2006 letter from Robert Pollock to Daniel N. Kassabian; a September 12, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian; a September 18, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian; a September 19, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian; a September 22, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian; a September 25, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian; a September 26, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian; a September 29, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian; and an October 3, 2006 letter from Arie M. Michelsohn to Daniel N. Kassabian.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 6th day of October, 2006.

Karen Jacobs Louden

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Mary B. Matterer
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on October 6, 2006 upon the following in the manner indicated:

### BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

### BY FEDERAL EXPRESS

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA 92102

*/s/ Karen Jacobs Louden*
klouden@mnat.com

# EXHIBIT 1



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

LINDA A. WADLER
202.408.4037
linda.wadler@finnegan.com

August 7, 2006

Samuel F. Ernst, Esq.                                          *Via Facsimile*
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94140-2878

<u>*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 (D. Del.)</u>

Dear Samuel:

I am writing in response to your letter of August 4, 2006 sent via e-mail to only me (and no other co-counsel, including local counsel) at the close of business. I was out of the office on Friday, August 4th and as a result, no one received your letter until this morning.

On August 2nd, I wrote to you specifically stating that we would accept your offer to pay for paper copies of certain production documents from Wyeth's NDA No. 20-699 (numbering over 86,000 pages) and that we would begin processing of those documents for production on an expedited basis. As a result, we incurred the copy costs prior to receipt of your letter and will charge you for that cost based upon your prior representation that you would reimburse us. We began production of Wyeth's NDA last week and will be shipping the remainder of Wyeth's production from NDA No. 20-699 to Impax outside counsel today and tomorrow.

With respect to the third paragraph of your letter concerning the cost of the document production, it has never been our position that we would charge Impax for the full cost of "gathering and processing documents," but only for the costs involved in producing a copy of production documents to Impax. Impax must have known that it would incur costs for document production at the time it requested the production of hundreds of thousands of pages of documents. Wyeth's position that Impax should bear the cost of this production is premised upon the disproportionate sizes of the parties' respective productions. We are still waiting to hear from Impax counsel regarding its estimate of the size of its production. Once we receive that estimate, we will be in a better position to discuss with you the proportionate costs of each other's production.

With respect to the deposition transcripts of the named inventors, Dr. Mangano and Mr. Alaburda, we are now processing those transcripts for production to Impax outside counsel.

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Samuel F. Ernst, Esq.
August 7, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

We received a CD from Impax counsel with a cover letter indicating that it contains only 4513 imaged pages from Impax's ANDA No. 78-057. Please let us know whether it contains the entirety of Impax's ANDA, including any supplements to date, or whether Impax intends to produce additional material from that ANDA.

With respect to the proposed answer submitted by Teva in the Teva litigation, it remains our position that because Teva is the party who marked the document confidential, we are unable to unilaterally de-designate documents marked confidential by Teva and must await Teva's permission prior to production of that document.

We are in the process of reviewing the proposed protective order that you sent us and will provide you comments on that draft as soon as we are able.

We strongly disagree with your assertion that Wyeth has "erected [numerous barriers] to prevent the timely production of documents." To the contrary, Wyeth believes its actions have been more than reasonable. If you wish to discuss these issues further, please feel free to give me a call or write me a letter outlining your concerns.

Sincerely,

Linda A. Wadler

LAW/amn

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)

1155680-1

# HellerEhrman LLP

August 7, 2006

Samuel F. Ernst
Sam.Ernst@hellerehrman.com
Direct +1.415.772.6964
Direct Fax +1.415.772.1759
Main +1.415.772.6000
Fax +1.415.772.6268

40443.0005

*Via E-mail*

Linda A. Wadler, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Ave., NW
Washington, DC 2001

Re: *Wyeth v. Impax Laboratories, Inc.*, No. 06-222

Dear Linda:

This is in response to your letter of today's date.

Our compromise offer in our letter of July 31, 2006 to pay for a discrete set of paper copies was conditioned on receiving the documents by August 4, 2006. You did not accept our compromise offer to pay for the production of paper copies of a discrete set of documents by Friday, August 4, 2006 for the following reasons:

- You did not agree to produce any of the documents by Friday, August 4, 2006 and have not produced them by that date.

- You have begun production of Wyeth's NDA, but only in a "rolling production" calculated to deprive Impax of the opportunity to analyze that document in time for the August 10 deadline for amending pleadings. Moreover, you have not produced this document as kept in the ordinary course of business and as submitted to the FDA, but, rather, as an uncollated mass of paper further calculated to deprive Impax of the opportunity to analyze it in time for the August 10 deadline. You did not produce the entire NDA on August 4, which was the condition for our offer to pay for its production.

- You have not produced the deposition transcripts by August 4 and you stated in your letter of August 2 that that you would not produce these transcripts until Teva agreed to their production, even though they plainly do not contain Teva's confidential information. To date we have received no deposition transcripts. You did not produce the deposition transcripts on August 4, which was the condition for our offer to pay for their production.

Heller Ehrman LLP  333 Bush Street  San Francisco, CA  94104-2878  www.hellerehrman.com

Anchorage      Beijing      Hong Kong      Los Angeles      Madison, WI      New York      San Diego      San Francisco      Seattle
Silicon Valley      Singapore      Washington, D.C.

HellerEhrman LLP

Linda A. Wadler, Esq.
August 7, 2006
Page 2

- You refuse to produce the Proposed Amended Complaint in the Teva litigation even though it contains no Teva confidential information. You did not produce this document on August 4, which was the condition for our offer to pay for its production.

**In sum, because you have not produced any of these documents by August 4, 2006, which was the clear and unmistakable condition for our offer to pay for their production, we will not pay for their production.**

Because Wyeth has not produced the documents Impax requested in a time or manner to allow Impax the opportunity to analyze them prior to the August 10 deadline, and because Wyeth has refused to stipulate to an extension of that deadline, we will move for a modification of the Scheduling Order. We will further move to compel production by Wyeth of documents in response to our document requests in their native format without the numerous restrictions and conditions Wyeth has imposed on its discovery obligations.

Impax will also seek to file an amended answer and counterclaims, which is enclosed herein. For your convenience, we have also enclosed a red-line version of the amended answer and counterclaims indicating what has been amended. Please advise us by this Wednesday morning if Wyeth will stipulate to our filing this pleading or if we will be forced to move the Court for leave to file.

Sincerely,

Samuel F. Ernst

Enclosures

901 New York Avenue, NW ▪ Washington, DC  20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 4, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

*VIA FACSIMILE*
*CONFIRMATION VIA*
*FEDERAL EXPRESS*

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.:  06-222 (D. Del.)

Dear Daniel:

Further to Impax's letter of July 31, 2006, requesting paper copies of Wyeth's NDA No. 20-699, and as part of Wyeth's document production, I am enclosing as part of a rolling production one box of documents containing the following range of production numbers:

WYETH 004-000001 - WYETH 004-001360.1;
WYETH 004-001361 - WYETH 004-002397; and
WYETH 004-002400 - WYETH 004 003005.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

With respect to your July 31, 2006 agreement to reimburse us for the reasonable cost of providing paper copies of NDA No. 20-699 and other selected documents, the cost for providing the enclosed documents is $180.18 (6¢ per page). Please reimburse us promptly for this amount.

Sincerely,

Robert A. Pollock

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 4, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

cc:   Mary B. Matterer, Esq. (via Facsimile, without enclosures)
      Richard K. Herrmann, Esq. (via Facsimile, without enclosures)

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 8, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*LETTER ONLY VIA FACSIMILE
CONFIRMATION WITH ENCLOSURES
VIA FEDERAL EXPRESS*

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 (D. Del.)

Dear Daniel:

Further to Impax's letter of July 31, 2006, requesting paper copies of Wyeth's NDA No. 20-699, and as part of Wyeth's document production, I am enclosing as part of a rolling production thirteen boxes of documents containing the following range of production numbers:

WYETH 004-058754 - WYETH 004-060967;
WYETH 004-060969 - WYETH 004-061087;
WYETH 004-061090 - WYETH 004-061156;
WYETH 004-061163 - WYETH 004-061174;
WYETH 004-061176 - WYETH 004-061188;
WYETH 004-061218 - WYETH 004-061572.1;
WYETH 004-061573 - WYETH 004-061942;
WYETH 004-062097 - WYETH 004-062105;
WYETH 004-062107 - WYETH 004-062339;
WYETH 004-062355 - WYETH 004-062497;
WYETH 004-062499 - WYETH 004-062677;
WYETH 004-062694 - WYETH 004-064022;
WYETH 004-064024 - WYETH 004-064122;
WYETH 004-064124 - WYETH 004-064198.1;
WYETH 004-064199 - WYETH 004-064205.1;
WYETH 004-064206 - WYETH 004-064207;
WYETH 004-064209 - WYETH 004-064214;
WYETH 004-064336 - WYETH 004-064371;
WYETH 004-064401 - WYETH 004-064642;
WYETH 004-064645 - WYETH 004-064646;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 8, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-064647;
WYETH 004-064649 - WYETH 004-064652;
WYETH 004-064656 - WYETH 004-064692.1;
WYETH 004-064693 - WYETH 004-064946.1;
WYETH 004-064947 - WYETH 004-065085;
WYETH 004-065118 - WYETH 004-065123;
WYETH 004-065150 - WYETH 004-066981;
WYETH 004-067409 - WYETH 004-069000;
WYETH 004-069002 - WYETH 004-069035.1;
WYETH 004-069036 - WYETH 004-069037.1;
WYETH 004-069038 - WYETH 004-069039.2;
WYETH 004-069040 - WYETH 004-069041.2;
WYETH 004-069042 - WYETH 004-069043.1;
WYETH 004-069044 - WYETH 004-069048.1;
WYETH 004-069049 - WYETH 004-069105.1;
WYETH 004-069106 - WYETH 004-069107.1;
WYETH 004-069108 - WYETH 004-069115.1;
WYETH 004-069116 - WYETH 004-069117.1;
WYETH 004-069118 - WYETH 004-069120;
WYETH 004-069122 - WYETH 004-069126;
WYETH 004-069128 - WYETH 004-069182;
WYETH 004-069184 - WYETH 004-069191.1;
WYETH 004-069192 - WYETH 004-069196.1;
WYETH 004-069197 - WYETH 004-069213.1;
WYETH 004-069214 - WYETH 004-069221.1;
WYETH 004-069222 - WYETH 004-069268;
WYETH 004-069314 - WYETH 004-069320;
WYETH 004-069322 - WYETH 004-069862;
WYETH 004-069865 - WYETH 004-070184.1;
WYETH 004-070185 - WYETH 004-070186.1;
WYETH 004-070187 - WYETH 004-070188.1;
WYETH 004-070189 - WYETH 004-070190.1;
WYETH 004-070191 - WYETH 004-070195.1;
WYETH 004-070196 - WYETH 004-070200.1;
WYETH 004-070201 - WYETH 004-070202.1;
WYETH 004-070203 - WYETH 004-070204;
WYETH 004-070207 - WYETH 004-070273;
WYETH 004-070295 - WYETH 004-070304;
WYETH 004-070582 - WYETH 004-070668;
WYETH 004-070691 - WYETH 004-070704.1;
WYETH 004-070705 - WYETH 004-070707;
WYETH 004-070710 - WYETH 004-070716;
WYETH 004-070719 - WYETH 004-070731.1;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-070732 - WYETH 004-070736.1;
WYETH 004-070737 - WYETH 004-070751;
WYETH 004-070754 - WYETH 004-070756.1;
WYETH 004-070757 - WYETH 004-070757.1;
WYETH 004-070758 - WYETH 004-070758.1;
WYETH 004-070759 - WYETH 004-070760.1;
WYETH 004-070761 - WYETH 004-070762.1;
WYETH 004-070763 - WYETH 004-070764.1;
WYETH 004-070765 - WYETH 004-070876.1;
WYETH 004-070877 - WYETH 004-070996.1;
WYETH 004-070997 - WYETH 004-070998.1;
WYETH 004-070999 - WYETH 004-071004;
WYETH 004-071006 - WYETH 004-071022;
WYETH 004-071036 - WYETH 004-071053.1;
WYETH 004-071054 - WYETH 004-071147.1;
WYETH 004-071148 - WYETH 004-071149.1;
WYETH 004-071150 - WYETH 004-071153;
WYETH 004-071157 - WYETH 004-071169.1;
WYETH 004-071170 - WYETH 004-071183.1;
WYETH 004-071184 - WYETH 004-071189;
WYETH 004-071191 - WYETH 004-071231;
WYETH 004-071376 - WYETH 004-071383.1;
WYETH 004-071384 - WYETH 004-071387;
WYETH 004-071393 - WYETH 004-071896.1;
WYETH 004-071897 - WYETH 004-071898.1;
WYETH 004-071899 - WYETH 004-072049.1;
WYETH 004-072050 - WYETH 004-072052.1;
WYETH 004-072053 - WYETH 004-072054.1;
WYETH 004-072055 - WYETH 004-072062.1;
WYETH 004-072063 - WYETH 004-072209.1;
WYETH 004-072210 - WYETH 004-072263;
WYETH 004-072267 - WYETH 004-072275.1;
WYETH 004-072276 - WYETH 004-072767.1;
WYETH 004-072768 - WYETH 004-072778.1;
WYETH 004-072779 - WYETH 004-072780.1;
WYETH 004-072781 - WYETH 004-072802;
WYETH 004-072808 - WYETH 004-072905;
WYETH 004-072981 - WYETH 004-072995;
WYETH 004-072998 - WYETH 004-072999;
WYETH 004-073003 - WYETH 004-073014.1;
WYETH 004-073015 - WYETH 004-073029.1;
WYETH 004-073030 - WYETH 004-073038.1;
WYETH 004-073039 - WYETH 004-073044.1;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-073045 - WYETH 004-073047.1;
WYETH 004-073048 - WYETH 004-073055;
WYETH 004-073062 - WYETH 004-073065;
WYETH 004-073068 - WYETH 004-073073.1;
WYETH 004-073074 - WYETH 004-073109.1;
WYETH 004-073110 - WYETH 004-073123.1;
WYETH 004-073124 - WYETH 004-073229.1;
WYETH 004-073230 - WYETH 004-073385;
WYETH 004-073388 - WYETH 004-073416;
WYETH 004-073445 - WYETH 004-073492;
WYETH 004-073548 - WYETH 004-073551.1;
WYETH 004-073552 - WYETH 004-073578.1;
WYETH 004-073579 - WYETH 004-073580.1;
WYETH 004-073581 - WYETH 004-073582.1;
WYETH 004-073583 - WYETH 004-073584;
WYETH 004-073586 - WYETH 004-073590.1;
WYETH 004-073591 - WYETH 004-073592.1;
WYETH 004-073593 - WYETH 004-073594.1;
WYETH 004-073595 - WYETH 004-073597;
WYETH 004-073599 - WYETH 004-073610;
WYETH 004-073612 - WYETH 004-073626;
WYETH 004-073629 - WYETH 004-073678.1;
WYETH 004-073679;
WYETH 004-073689 - WYETH 004-073712;
WYETH 004-073714 - WYETH 004-073716;
WYETH 004-073719 - WYETH 004-073736;
WYETH 004-073742 - WYETH 004-073762;
WYETH 004-073831;
WYETH 004-073847 - WYETH 004-073849;
WYETH 004-073851;
WYETH 004-073853 - WYETH 004-073853.1;
WYETH 004-073855 - WYETH 004-073864.1;
WYETH 004-073865 - WYETH 004-073910.1;
WYETH 004-073912 - WYETH 004-073946.1;
WYETH 004-073947 - WYETH 004-073947.1;
WYETH 004-073948 - WYETH 004-073954.1;
WYETH 004-073955 - WYETH 004-073955.1;
WYETH 004-073956 - WYETH 004-074014.1;
WYETH 004-074015 - WYETH 004-074021.1;
WYETH 004-074022 - WYETH 004-074038;
WYETH 004-074040 - WYETH 004-074227;
WYETH 004-074230 - WYETH 004-074238.1;
WYETH 004-074239 - WYETH 004-074240;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-074242 - WYETH 004-074263.1;
WYETH 004-074264 - WYETH 004-074295;
WYETH 004-074299 - WYETH 004-074324.1;
WYETH 004-074325 - WYETH 004-074352.1;
WYETH 004-074353 - WYETH 004-074382;
WYETH 004-074618 - WYETH 004-074707;
WYETH 004-074709 - WYETH 004-074725;
WYETH 004-074729 - WYETH 004-075246.1;
WYETH 004-075247 - WYETH 004-075252.1;
WYETH 004-075253;
WYETH 004-075265 - WYETH 004-075289;
WYETH 004-075293 - WYETH 004-075297;
WYETH 004-075299 - WYETH 004-075301;
WYETH 004-075303 - WYETH 004-075309.1;
WYETH 004-075310 - WYETH 004-075421;
WYETH 004-075638 - WYETH 004-075657.1;
WYETH 004-075658 - WYETH 004-075726;
WYETH 004-075729 - WYETH 004-075765;
WYETH 004-075768 - WYETH 004-075846.1;
WYETH 004-075847.1;
WYETH 004-075848 - WYETH 004-075866;
WYETH 004-075870 - WYETH 004-075904;
WYETH 004-075908 - WYETH 004-075913.1;
WYETH 004-075914 - WYETH 004-076106.1;
WYETH 004-076107 - WYETH 004-076225;
WYETH 004-076228 - WYETH 004-076231;
WYETH 004-076234 - WYETH 004-076395;
WYETH 004-076398 - WYETH 004-076410;
WYETH 004-076413 - WYETH 004-076414;
WYETH 004-076416 - WYETH 004-076838;
WYETH 004-076841 - WYETH 004-081079;
WYETH 004-081082 - WYETH 004-081368;
WYETH 004-081371 - WYETH 004-081696;
WYETH 004-081727 - WYETH 004-081816;
WYETH 004-081819 - WYETH 004-081895;
WYETH 004-081902 - WYETH 004-081915;
WYETH 004-081921 - WYETH 004-081930;
WYETH 004-081934 - WYETH 004-081947;
WYETH 004-081971 - WYETH 004-082186;
WYETH 004-082211 - WYETH 004-082239;
WYETH 004-082248 - WYETH 004-082249;
WYETH 004-082251 - WYETH 004-082282;
WYETH 004-082284 - WYETH 004-082371;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-082373 - WYETH 004-082673;
WYETH 004-082676;
WYETH 004-082696 - WYETH 004-082727;
WYETH 004-082740 - WYETH 004-082747;
WYETH 004-083023 - WYETH 004-083026;
WYETH 004-083047 - WYETH 004-083049;
WYETH 004-083051 - WYETH 004-083058;
WYETH 004-083060 - WYETH 004-083217;
WYETH 004-083219 - WYETH 004-083671;
WYETH 004-083673 - WYETH 004-083681;
WYETH 004-084016 - WYETH 004-084124;
WYETH 004-084126 - WYETH 004-084161;
WYETH 004-084163 - WYETH 004-084172;
WYETH 004-084174 - WYETH 004-084270;
WYETH 004-085155 - WYETH 004-085295;
WYETH 004-085297 - WYETH 004-085347;
WYETH 004-085350 - WYETH 004-085355;
WYETH 004-085356 - WYETH 004-085446;
WYETH 004-085460 - WYETH 004-086289;
WYETH 004-086293 - WYETH 004-086294;
WYETH 004-086321 - WYETH 004-086693;
WYETH 004-086719 - WYETH 004-086745;
WYETH 004-086961;
WYETH 004-087147 - WYETH 004-087148;
WYETH 004-087290 - WYETH 004-087291;
WYETH 004-087521;
WYETH 004-087673 - WYETH 004-087674;
WYETH 004-087941 - WYETH 004-088154;
WYETH 004-088157 - WYETH 004-088176;
WYETH 004-088254 - WYETH 004-088308;
WYETH 004-088313 - WYETH 004-088433;
WYETH 004-088435 - WYETH 004-088459;
WYETH 004-088461 - WYETH 004-088473;
WYETH 004-088475 - WYETH 004-088505;
WYETH 004-088516 - WYETH 004-088866;
WYETH 004-088869 - WYETH 004-088882;
WYETH 004-088885 - WYETH 004-088910;
WYETH 004-088927 - WYETH 004-088933;
WYETH 004-088937 - WYETH 004-088956;
WYETH 004-088961 - WYETH 004-089785;
WYETH 004-089851 - WYETH 004-091790.

Daniel N. Kassabian, Esq.
August 8, 2006
Page 7

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

With respect to your July 31, 2006 agreement to reimburse us for the reasonable cost of providing paper copies of NDA No. 20-699 and other selected documents, the cost for providing the enclosed documents is $1,662.54 (6¢ per page). Please reimburse us promptly for this amount.

Sincerely,

Robert A. Pollock

RAP/amn

cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
       Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 8, 2006

*LETTER ONLY VIA FACSIMILE CONFIRMATION WITH ENCLOSURES VIA FEDERAL EXPRESS*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

<u>*Wyeth v. Impax Laboratories, Inc.,*</u> Civil Action No.: 06-222 (D. Del.)

Dear Daniel:

Further to Impax's letter of July 31, 2006, requesting paper copies of Wyeth's NDA No. 20-699, and as part of Wyeth's document production, I am enclosing as part of a rolling production twenty boxes of documents containing the following range of production numbers:

WYETH 004 003006 - WYETH 004-004645;
WYETH 004-003990.1 - WYETH 004-003990.52;
WYETH 004-004647 - WYETH 004-006979;
WYETH 004-006982 - WYETH 004-012420;
WYETH 004-012430 - WYETH 004-013207;
WYETH 004-013210 - WYETH 004-014362.1;
WYETH 004-014363 - WYETH 004-018320;
WYETH 004-018323 - WYETH 004-019366.1;
WYETH 004-019367 - WYETH 004-019430.1;
WYETH 004-019431 - WYETH 004-019451.1;
WYETH 004-019452 - WYETH 004-020084;
WYETH 004-020098 - WYETH 004-020173;
WYETH 004-020183 - WYETH 004-020556;
WYETH 004-020558 - WYETH 004-021408;
WYETH 004-021410 - WYETH 004-023045;
WYETH 004-023048 - WYETH 004- 025098;
WYETH 004-025101 - WYETH 004-025550;
WYETH 004-025552 - WYETH 004-025574;
WYETH 004-025576 - WYETH 004-026996;
WYETH 004-026999 - WYETH 004-027910.1;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-027911 - WYETH 004-028503.1;
WYETH 004-028504 - WYETH 004-029624;
WYETH 004-029625 - WYETH 004-030113;
WYETH 004-030114 - WYETH 004-031028.1;
WYETH 004-031029 - WYETH 004-031853;
WYETH 004-031855 - WYETH 004-033852;
WYETH 004-033854 - WYETH 004-033976;
WYETH 004-033978 - WYETH 004-034023;
WYETH 004-034025 - WYETH 004-034029;
WYETH 004-034040 - WYETH 004-034177;
WYETH 004-034179 - WYETH 004-034261.1;
WYETH 004-034262 - WYETH 004-036299;
WYETH 004-036301 - WYETH 004-036354;
WYETH 004-036358 - WYETH 004-036421;
WYETH 004-036424 - WYETH 004-038096
WYETH 004-038099 - WYETH 004-038549.3;
WYETH 004-038550 - WYETH 004-038885;
WYETH 004-038887 - WYETH 004-043118;
WYETH 004-043187 - WYETH 004-044054;
WYETH 004-044056 - WYETH 004-044112;
WYETH 004-044115 - WYETH 004-047446;
WYETH 004-047449 - WYETH 004-047493;
WYETH 004-047495 - WYETH 004-047499;
WYETH 004-047501 - WYETH 004-047505;
WYETH 004-047507 - WYETH 004-047642;
WYETH 004-047646 - WYETH 004-047695;
WYETH 004-047697 - WYETH 004-047852;
WYETH 004-047854 - WYETH 004-047906;
WYETH 004-047908 - WYETH 004-047978;
WYETH 004-047980 - WYETH 004-047984;
WYETH 004-047986 - WYETH 004-047996;
WYETH 004-047998 - WYETH 004-048006;
WYETH 004-048008 - WYETH 004-048186;
WYETH 004-048188 - WYETH 004-048516;
WYETH 004-048518 - WYETH 004-048595;
WYETH 004-048597 - WYETH 004-048657;
WYETH 004-048662 - WYETH 004-048913;
WYETH 004-048915 - WYETH 004-049029;
WYETH 004-049031 - WYETH 004-049790;
WYETH 004-049837 - WYETH 004-049872;
WYETH 004-049874 - WYETH 004-049876;
WYETH 004-049878 - WYETH 004-049887;
WYETH 004-049889 - WYETH 004-050482;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-050484 - WYETH 004-050510;
WYETH 004-050514 - WYETH 004-050548;
WYETH 004-050552 - WYETH 004-050582;
WYETH 004-050585 - WYETH 004-050591;
WYETH 004-050594;
WYETH 004-050597 - WYETH 004-050601;
WYETH 004-050602 - WYETH 004-052623;
WYETH 004-052625 - WYETH 004-052710;
WYETH 004-052716 - WYETH 004-053914;
WYETH 004-053926 - WYETH 004-053949;
WYETH 004-053958 - WYETH 004-055271;
WYETH 004-055274 - WYETH 004-055823;
WYETH 004-055836 - WYETH 004-057097;
WYETH 004-057114 - WYETH 004-057619;
WYETH 004-057629 - WYETH 004-057642;
WYETH 004-057647 - WYETH 004-058550; and
WYETH 004-058553 - WYETH 004-058753.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal
protective order is in place, however, the enclosed documents should be maintained
on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

With respect to your July 31, 2006 agreement to reimburse us for the
reasonable cost of providing paper copies of NDA No. 20-699 and other selected
documents, the cost for providing the enclosed documents is $3,330.60 (6¢ per
page). Please reimburse us promptly for this amount.

Sincerely,

Robert A. Pollock

RAP/amn

cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
       Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN**
**HENDERSON**
**FARABOW**
**GARRETT &**
**DUNNER LLP**

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 22, 2006

*LETTER ONLY VIA FACSIMILE*
*CONFIRMATION WITH ENCLOSURES*
*VIA FEDERAL EXPRESS*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

<u>*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 (D. Del.)</u>

Dear Daniel:

As part of Wyeth's continuing document production, and as part of our rolling production, I am enclosing one box containing transcripts from the depositions of inventors Clark, Lamer, Sherman and White, and Wyeth's 30(b)(6) witnesses, Alaburda and Mangano, in the Wyeth v. Teva litigation. The enclosed transcripts bear the following range of production numbers:

WYETH 300-000001 - WYETH 300-002043.

We are still processing the exhibits marked at the above depositions, but will produce them to you in the near future.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Our cost for copying the enclosed documents is $122.58 (6¢ per page). Please reimburse us promptly for this amount.

Sincerely,

Robert Pollock

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 22, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

RAP/bf

cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
       Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 24, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*LETTER ONLY VIA FACSIMILE
CONFIRMATION WITH ENCLOSURES
VIA FEDERAL EXPRESS*

<u>*Wyeth v. Impax Laboratories, Inc.*</u>, Civil Action No.:  06-222 (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, I am enclosing four boxes containing deposition exhibits from the depositions of inventors Clark, Lamer, Sherman and White, and Wyeth's 30(b)(6) witnesses, Alaburda and Mangano, in the Wyeth v. Teva litigation.  The enclosed exhibits bear the following range of production numbers:

| | |
|---|---|
| Alaburda Ex. 202 | WYETH 300-002044 - WYETH 300-002051; |
| Alaburda Ex. 203 | WYETH 300-002052 - WYETH 300-002053; |
| Alaburda Ex. 204 | WYETH 300-002054 - WYETH 300-002055; |
| Alaburda Ex. 205 | WYETH 300-002056 - WYETH 300-002063; |
| Alaburda Ex. 206 | WYETH 300-002064; |
| Alaburda Ex. 207 | WYETH 004-009692 - WYETH 004-009833; |
| | WYETH 004-010282 - WYETH 004-010325; |
| Alaburda Ex. 208 | WYETH 207-000001 - WYETH 207-000355; |
| Alaburda Ex. 209 | WYETH 077-008463 - WYETH 077-008470; |
| Alaburda Ex. 210 | WYETH 004-014377 - WYETH 004-014498; |
| Alaburda Ex. 211 | WYETH 004-015400 - WYETH 004-015659.1; |
| Alaburda Ex. 212 | WYETH 004-020431 - WYETH 004-020636; |
| Alaburda Ex. 213 | WYETH 208-000001 - WYETH 208-000037; |
| Alaburda Ex. 214 | WYETH 004-004365 - WYETH 004-004605; |

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 24, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Alaburda Ex. 215 | WYETH 206-000370 - WYETH 206-000566; |
| Alaburda Ex. 216 | WYETH 209-000001 - WYETH 209-000525; |
| Alaburda Ex. 217 | WYETH 120-000247 - WYETH 120-000258; |
| Alaburda Ex. 218 | WYETH 120-000080 - WYETH 120-000091; |
| Alaburda Ex. 219 | WYETH 120-000203 - WYETH 120-000229; |
| Alaburda Ex. 220 | WYETH 120-000267 - WYETH 120-000279; |
| Alaburda Ex. 221 | WYETH 120-000092 - WYETH 120-000127; |
| Alaburda Ex. 222 | WYETH 009-000001; |
| | WYETH 009-000139 - WYETH 009-000148; |
| | WYETH 009-000153 - WYETH 009-000154; |
| Alaburda Ex. 223 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 224 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 225 | WYETH 019-011049 - WYETH 019-011069; |
| Alaburda Ex. 226 | WYETH 300-002065 - WYETH 300-002271; |
| Alaburda Ex. 227 | WYETH 211-000558 - WYETH 211-000764; |
| Alaburda Ex. 228 | WYETH 300-002272 - WYETH 300-002626; |
| Alaburda Ex. 229 | WYETH 211-000201 - WYETH 211-000557; |
| Alaburda Ex. 230 | WYETH 010-001655 - WYETH 010-001658; |
| Alaburda Ex. 231 | WYETH 009-000001; |
| | WYETH 009-000155 - WYETH 009-000161; |
| Alaburda Ex. 232 | WYETH 007-000259; |
| | WYETH 007-000298 - WYETH 007-000298; |
| Alaburda Ex. 233 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 234 | WYETH 010-001415 - WYETH 010-001420; |
| Alaburda Ex. 235 | WYETH 007-000259; |
| | WYETH 007-000280 - WYETH 007-000280; |
| Alaburda Ex. 236 | WYETH 007-000259; |
| | WYETH 007-000324; |
| Alaburda Ex. 237 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 238 | WYETH 007-000259; |
| | WYETH 007-000301 - WYETH 007-000301; |
| Alaburda Ex. 239 | WYETH 009-000001; |
| | WYETH 009-000155 - WYETH 009-000161; |
| Alaburda Ex. 240 | WYETH 007-000259; |
| | WYETH 009-000321; |
| Alaburda Ex. 241 | WYETH 010-001439 - WYETH 010-001442; |
| Alaburda Ex. 242 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 243 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 244 | WYETH 300-002627 - WYETH 300-002833; |
| Alaburda Ex. 245 | WYETH 007-000293; |
| | WYETH 007-000259; |
| Alaburda Ex. 246 | WYETH 009-000139 - WYETH 009-000140; |
| | WYETH 009-000001; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Alaburda Ex. 247 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 248 | WYETH 010-001424 - WYETH 010-001427; |
| Alaburda Ex. 249 | WYETH 007-000259; |
| | WYETH 007-000318; |
| Alaburda Ex. 250 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 251 | WYETH 300-002834 - WYETH 300-003189; |
| Alaburda Ex. 252 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 253 | WYETH 300-003190 - WYETH 300-003388; |
| Alaburda Ex. 254 | WYETH 211-000001 - WYETH 211-000200; |
| Alaburda Ex. 255 | WYETH 007-001616 - WYETH 007-001904; |
| Alaburda Ex. 256 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 257 | WYETH 004-003276 - WYETH 004-003461; |
| Alaburda Ex. 258 | WYETH 004-003919 - WYETH 004-004013; |
| Alaburda Ex. 259 | WYETH 023-001290 - WYETH 023-001312; |
| Alaburda Ex. 260 | WYETH 004-019321 - WYETH 004-019542; |
| Alaburda Ex. 261 | WYETH 126-002087 - WYETH 126-002119; |
| Alaburda Ex. 262 | WYETH 300-003389 - WYETH 300-003395; |
| Alaburda Ex. 263 | WYETH 300-003396 - WYETH 300-003402; |
| Clark Ex. 65 | WYETH 204-000238 - WYETH 204-000240; |
| Clark Ex. 66 | WYETH 204-000214 - WYETH 204-000223; |
| Clark Ex. 67 | WYETH 204-000133 - WYETH 204-000166; |
| Clark Ex. 68 | WYETH 300-003403 - WYETH 300-003410; |
| Clark Ex. 69 | WYETH 012-001069 - WYETH 012-001071; |
| Clark Ex. 70 | WYETH 300-003411 - WYETH 300-003420; |
| Clark Ex. 71 | WYETH 202-000673; |
| Clark Ex. 72 | WYETH 202-000673.1; |
| Clark Ex. 73 | WYETH 009-000001 - WYETH 009-000210; |
| Clark Ex. 74 | WYETH 007-000259 - WYETH 007-000339; |
| Clark Ex. 75 | WYETH 053-000052 - WYETH 053-000056; |
| Clark Ex. 76 | WYETH 053-001603; |
| Clark Ex. 77 | WYETH 053-001602; |
| Clark Ex. 78 | WYETH 012-000113 - WYETH 012-000116; |
| Clark Ex. 79 | WYETH 012-000215 - WYETH 012-000223; |
| Clark Ex. 80 | WYETH 012-000686 - WYETH 012-000688; |
| Clark Ex. 81 | WYETH 057-000451- WYETH 057-000452; |
| Clark Ex. 82 | WYETH 010-000189 - WYETH 010-000192; |
| Clark Ex. 83 | WYETH 010-000533 - WYETH 010-000536; |
| Clark Ex. 84 | WYETH 019-000867 - WYETH 019-000872; |
| Clark Ex. 85 | WYETH 019-012996 - WYETH 019-013000; |
| Clark Ex. 86 | WYETH 012-000980 - WYETH 012-000982; |
| Clark Ex. 87 | WYETH 012-001012 - WYETH 012-001036; |
| Clark Ex. 88 | WYETH 012-001059 - WYETH 012-001060; |
| Clark Ex. 89 | WYETH 055-000039 - WYETH 055-000052; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Clark Ex. 90 | WYETH 057-000632; |
| Clark Ex. 91 | WYETH 139-000606 - WYETH 139-000611; |
| Clark Ex. 92 | WYETH 057-001163; |
| Lamer Ex. 27 | WYETH 012-000042 - WYETH 012-000049; |
| Lamer Ex. 28 | WYETH 012-000067 - WYETH 012-000071; |
| Lamer Ex. 29 | WYETH 053-000052 - WYETH 053-000056; |
| Lamer Ex. 30 | WYETH 053-001323 - WYETH 053-001325; |
| Lamer Ex. 31 | WYETH 053-001602; |
| Lamer Ex. 32 | WYETH 010-003709 - WYETH 010-003710; |
| Lamer Ex. 33 | WYETH 012-000113 - WYETH 012-000116; |
| Lamer Ex. 34 | WYETH 053-001394 - WYETH 053-001399; |
| Lamer Ex. 35 | WYETH 053-001462 - WYETH 053-001463; |
| Lamer Ex. 36 | WYETH 057-000449 - WYETH 057-000450; |
| Lamer Ex. 37 | WYETH 012-000686 - WYETH 012-000688; |
| Lamer Ex. 38 | WYETH 012-001012 - WYETH 012-001036; |
| Lamer Ex. 39 | WYETH 012-001069 - WYETH 012-001071; |
| Lamer Ex. 40 | WYETH 053-000429 - WYETH 053-000430; |
| Lamer Ex. 41 | WYETH 053-000424 - WYETH 053-000428; |
| Lamer Ex. 42 | WYETH 053-000441 - WYETH 053-000445; |
| Lamer Ex. 43 | WYETH 053-000164 - WYETH 053-000168; |
| Lamer Ex. 44 | WYETH 053-000128 - WYETH 053-000134; |
| Lamer Ex. 45 | WYETH 204-000133 - WYETH 204-000166; |
| Lamer Ex. 46 | WYETH 204-000167; |
| Lamer Ex. 47 | WYETH 300-003421 - WYETH 300-003428; |
| Lamer Ex. 48 | WYETH 300-003429 - WYETH 300-003437; |
| Mangano Ex. 141 | WYETH 300-003438 - WYETH 300-003442; |
| Mangano Ex. 142 | WYETH 004-019321 - WYETH 004-019542; |
| Mangano Ex. 143 | WYETH 004-020431 - WYETH 004-020636; |
| Mangano Ex. 144 | WYETH 004-009692 - WYETH 004-009833; |
| | WYETH 004-010282 - WYETH 004-010325; |
| Mangano Ex. 145 | WYETH 207-000001 - WYETH 207-000355; |
| Mangano Ex. 146 | WYETH 300-003443 - WYETH 300-003450; |
| Mangano Ex. 147 | WYETH 203-021982 - WYETH 203-022003; |
| Mangano Ex. 148 | WYETH 004-014379 - WYETH 004-014381; |
| Mangano Ex. 149 | WYETH 127-014377 - WYETH 127-014498; |
| Mangano Ex. 150 | WYETH 127-034882 - WYETH 127-034887; |
| Mangano Ex. 151 | WYETH 004-014886 - WYETH 004-014959; |
| Mangano Ex. 152 | WYETH 004-015402 - WYETH 004-015404; |
| Mangano Ex. 153 | WYETH 004-015400 - WYETH 004-015659.1; |
| Mangano Ex. 154 | WYETH 004-002119 - WYETH 004-002274; |
| Mangano Ex. 155 | WYETH 012-000664 - WYETH 012-000680; |
| Mangano Ex. 156 | WYETH 004-001803 - WYETH 004-001901; |
| Mangano Ex. 157 | WYETH 004-002401 - WYETH 004-002491; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Mangano Ex. 158 | WYETH 004-002403 - WYETH 004-002491; |
| Mangano Ex. 159 | WYETH 102-000052 - WYETH 102-000058; |
| Mangano Ex. 160 | WYETH 004-002492 - WYETH 004-002539; |
| Mangano Ex. 161 | WYETH 179-000763 - WYETH 179-000773; |
| Mangano Ex. 162 | WYETH 004-003274 - WYETH 004-003461; |
| Mangano Ex. 163 | WYETH 004-003276 - WYETH 004-003461; |
| Mangano Ex. 164 | WYETH 020-005676 - WYETH 020-005689; |
| Mangano Ex. 165 | WYETH 179-000821 - WYETH 179-000828; |
| Mangano Ex. 166 | WYETH 004-004773 - WYETH 004-004774; |
| Mangano Ex. 167 | WYETH 004-004771 - WYETH 004-004834; |
| Mangano Ex. 168 | WYETH 179-000899 - WYETH 179-000904; |
| Mangano Ex. 169 | WYETH 004-005548 - WYETH 004-005549; |
| Mangano Ex. 170 | WYETH 179-000934 - WYETH 179-000943; |
| Mangano Ex. 171 | WYETH 004-005097 - WYETH 004-005098; |
| Mangano Ex. 172 | WYETH 179-003232 - WYETH 179-003242; |
| Mangano Ex. 173 | WYETH 004-018694 - WYETH 004-018752; |
| Mangano Ex. 174 | WYETH 206-000592 - WYETH 206-000593; |
| Mangano Ex. 175 | WYETH 179-000057 - WYETH 179-000125; |
| Mangano Ex. 176 | WYETH 004-022996 - WYETH 004-023045; |
| Mangano Ex. 177 | WYETH 179-010310 - WYETH 179-010324; |
| Mangano Ex. 178 | WYETH 004-000136 - WYETH 004-000154; |
| Sherman Ex. 49 | WYETH 009-000001 - WYETH 009-000009; |
| Sherman Ex. 50 | WYETH 300-003451 - WYETH 300-003458; |
| Sherman Ex. 51 | WYETH 009-000001 - WYETH 009-000210; |
| Sherman Ex. 52 | WYETH 012-000034 - WYETH 012-000041; |
| Sherman Ex. 53 | WYETH 300-003459 - WYETH 300-003468; |
| Sherman Ex. 54 | WYETH 053-001612 - WYETH 053-001616; |
| Sherman Ex. 55 | WYETH 053-001323 - WYETH 053-001325; |
| Sherman Ex. 56 | WYETH 053-001424; |
| Sherman Ex. 57 | WYETH 203-028374 - WYETH 203-028380; |
| Sherman Ex. 58 | WYETH 053-001462 - WYETH 053-001463; |
| Sherman Ex. 59 | WYETH 012-001103 - WYETH 012-001109; |
| Sherman Ex. 60 | WYETH 155-000140 - WYETH 155-000143; |
| Sherman Ex. 61 | WYETH 057-001106 - WYETH 057-001110; |
| Sherman Ex. 62 | WYETH 057-001542; |
| Sherman Ex. 63 | WYETH 055-000002 - WYETH 055-000038; |
| Sherman Ex. 64 | WYETH 012-001235 - WYETH 012-001249; |
| White Ex. 01 | WYETH 300-003469 - WYETH 300-003476; |
| White Ex. 02 | WYETH 300-003477; |
| White Ex. 03 | WYETH 012-000067 - WYETH 012-000071; |
| White Ex. 04 | WYETH 007-000259 - WYETH 007-000339; |
| White Ex. 05 | WYETH 007-000215 - WYETH 007-000223; |
| White Ex. 06 | WYETH 055-001171 - WYETH 055-001174; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| White Ex. 07 | WYETH 012-000187 - WYETH 012-000189; |
| White Ex. 08 | WYETH 057-000409 - WYETH 057-000410; |
| White Ex. 09 | WYETH 013-000973 - WYETH 013-000989; |
| | WYETH 013-001011 - WYETH 013-001012; |
| White Ex. 10 | WYETH 012-000859 - WYETH 012-000862; |
| White Ex. 11 | WYETH 012-000867 - WYETH 012-000872; |
| White Ex. 12 | WYETH 007-001616 - WYETH 007-001904; |
| White Ex. 13 | WYETH 012-000894 - WYETH 012-000902; |
| White Ex. 14 | WYETH 057-000401 - WYETH 057-000402; |
| White Ex. 15 | WYETH 012-000980 - WYETH 012-000982; |
| White Ex. 16 | WYETH 055-000509 - WYETH 055-000526; |
| White Ex. 17 | WYETH 019-010340 - WYETH 019-010344; |
| White Ex. 18 | WYETH 057-001106 - WYETH 057-001110; |
| White Ex. 19 | WYETH 133-000582 - WYETH 133-000605; |
| White Ex. 20 | WYETH 133-000606 - WYETH 133-000629; |
| White Ex. 21 | WYETH 057-000182; |
| White Ex. 22 | WYETH 057-000180 - WYETH 057-000181; |
| White Ex. 23 | WYETH 057-000151; |
| White Ex. 24 | WYETH 055-000783; |
| White Ex. 25 | WYETH 055-000784 - WYETH 055-000812; |
| White Ex. 26 | WYETH 004-000137 - WYETH 004-000154; |

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Our cost for copying the enclosed documents is $1194.24. Because the copies of the exhibits needed to be made from paper copies, our cost was 12¢ per page. Please reimburse us promptly for this amount.

Sincerely,

Robert Pollock

RAP/bf

cc:   Mary B. Matterer, Esq. (via Facsimile, without enclosures)
      Richard K. Herrmann, Esq. (via Facsimile, without enclosures)

EXHIBIT 2



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 31, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, three CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 015-000001 - WYETH 015-006767;

WYETH 015-006781 - WYETH 015-006894;

WYETH 015-006921 - WYETH 015-007082;

WYETH 015-007113 - WYETH 015-007243;

WYETH 015-007270 - WYETH 015-007278;

WYETH 015-007305 - WYETH 015-008036;

WYETH 015-008063 - WYETH 015-018681;

WYETH 015-018876 - WYETH 015-021825;

WYETH 015-021839 - WYETH 015-027289;

WYETH 015-027312 - WYETH 015-027784;

WYETH 015-027856 - WYETH 015-028016;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 31, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 015-028038 - WYETH 015-029034;

WYETH 015-030509 - WYETH 015-046305;

WYETH 015-052131 - WYETH 015-055046.1;

WYETH 015-055047 - WYETH 015-059467.

These documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $3,101.22 (6¢ per page).

Sincerely,

Robert Pollock

RAP/bf

cc:   Mary B. Matterer, Esq. (via Facsimile)
      Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

September 5, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

> *Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, two CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 001-000001 - WYETH 001-000029;
WYETH 002-000001 - WYETH 002-000974;
WYETH 003-000001 - WYETH 003-000076;
WYETH 006-000001 - WYETH 006-000147; and
WYETH 207-000001 - WYETH 207-000355.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $94.86 ($ 0.06 per page).

Sincerely,

Robert A. Pollock

Daniel N. Kassabian, Esq.
September 5, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

RAP/amn

cc:     Mary B. Matterer, Esq. (via Facsimile)
        Richard K. Herrmann, Esq. (via Facsimile)



FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

September 8, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, six CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 005-000001 - WYETH 005-015596.1;
WYETH 005-015597 - WYETH 005-018727;
WYETH 011-000001 - WYETH 011-000964;
WYETH 011-001164 - WYETH 011-002514;
WYETH 011-002701 - WYETH 011-002867;
WYETH 011-003070 - WYETH 011-004159;
WYETH 037-000001 - WYETH 037-000232;
WYETH 038-000001 - WYETH 038-000353;
WYETH 039-000001 - WYETH 039-000204;
WYETH 040-000001 - WYETH 040-007210;
WYETH 040-007211 - WYETH 040-007433;
WYETH 041-000001 - WYETH 041-000141;
WYETH 042-000001 - WYETH 041-009310;
WYETH 043-000001 - WYETH 043-000099;
WYETH 130-000001 - WYETH 130- 008761; and
WYETH 211-000001 - WYETH 211-000764.

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
September 8, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

 

     The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal
protective order is in place, however, the documents should be inspected on an
outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

     Please contact us to arrange a mutually agreeable time for your inspection at
our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to
send you copies of these TIFF images at a cost of $2,975.52 (6¢ per page).

                                   Sincerely,

                                   Robert Pollock

RAP/jm

cc:   Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN**
**HENDERSON**
**FARABOW**
**GARRETT &**
**DUNNER** LLP

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 12, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 9 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 016-000001 - WYETH 016-002180;
WYETH 016-002182 - WYETH 016-002855;
WYETH 016-002862 - WYETH 016-003371;
WYETH 016-003373 - WYETH 016-003814;
WYETH 016-003833 - WYETH 016-004323;
WYETH 016-004325 - WYETH 016-005054;
WYETH 016-005056 - WYETH 016-007422;
WYETH 016-007430 - WYETH 016-008402;
WYETH 016-008404 - WYETH 016-008436;
WYETH 017-000001 - WYETH 017-002108;
WYETH 018-000001 - WYETH 018-016092;
WYETH 019-000001 - WYETH 019-022705;
WYETH 022-000001 - WYETH 022-003868;
WYETH 023-000001 - WYETH 023-001442;
WYETH 047-000001 - WYETH 047-008355;
WYETH 047-008389 - WYETH 047-010968;
WYETH 047-011681 - WYETH 047-014609;
WYETH 047-014611 - WYETH 047-015273;
WYETH 048-000001 - WYETH 048-004510;
WYETH 049-000001 - WYETH 049-004689;

Daniel N. Kassabian, Esq.
September 12, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 050-000001 - WYETH 050-011197;
WYETH 068-000001 - WYETH 068-000555;
WYETH 068-000557 - WYETH 068-009057;
WYETH 068-009062 - WYETH 068-010115;
WYETH 142-000001 - WYETH 142-000257;
WYETH 142-000273 - WYETH 142-003935;
WYETH 142-003950 - WYETH 142-004774;
WYETH 142-004819 - WYETH 142-004953;
WYETH 142-004956 - WYETH 142-007001;
WYETH 142-007006 - WYETH 142-007053;
WYETH 142-007102 - WYETH 142-007128;
WYETH 142-007137 - WYETH 142-007382;
WYETH 142-007449 - WYETH 142-007492;
WYETH 142-007498 - WYETH 142-008202; and
WYETH 213-000001 - WYETH 213-000023.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal
protective order is in place, however, the documents should be inspected on an
outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at
our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to
send you copies of these TIFF images at a cost of $6,501.18 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AMM/jk

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER**LLP

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 18, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

<u>*Wyeth v. Impax Laboratories, Inc.,*</u> Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 11 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 070-000001 - WYETH 070-000068;
WYETH 071-000001 - WYETH 071-000075;
WYETH 072-000001 - WYETH 072-000046;
WYETH 072-000056 - WYETH 072-000691;
WYETH 073-000001 - WYETH 073-000331;
WYETH 074-000001 - WYETH 074-000040;
WYETH 075-000001 - WYETH 075-000153;
WYETH 076-000001 - WYETH 076-000243;
WYETH 077-000001 - WYETH 077-000808;
WYETH 077-001003 - WYETH 077-014994;
WYETH 077-015133 - WYETH 077-015755;
WYETH 077-015896 - WYETH 077-016575;
WYETH 077-016607 - WYETH 077-017217;
WYETH 077-017335 - WYETH 077-021413;
WYETH 077-021417 - WYETH 077-025093;
WYETH 078-000001 - WYETH 078-000777;
WYETH 079-000001 - WYETH 079-000557;
WYETH 079-000559 - WYETH 079-001752;
WYETH 080-000001 - WYETH 080-003242;
WYETH 080-003346 - WYETH 080-014324;
WYETH 080-014326 - WYETH 080-014731;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
September 18, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 080-014733 - WYETH 080-015103;
WYETH 080-015105 - WYETH 080-015503;
WYETH 081-000001 - WYETH 081-002302;
WYETH 082-000001 - WYETH 082-000655;
WYETH 082-000667 - WYETH 082-000825;
WYETH 084-000001 - WYETH 084-000117;
WYETH 084-000123 - WYETH 084-000203;
WYETH 084-000206 - WYETH 084-000324;
WYETH 084-000327 - WYETH 084-000376;
WYETH 084-000378 - WYETH 084-000572;
WYETH 086-000001 - WYETH 086-005608;
WYETH 089-000003 - WYETH 089-000007;
WYETH 090-000001 - WYETH 090-002945;
WYETH 090-003249 - WYETH 090-007964;
WYETH 090-007973 - WYETH 090-009048;
WYETH 090-009053 - WYETH 090-010105;
WYETH 090-010142 - WYETH 090-010877;
WYETH 091-000001 - WYETH 091-001015;
WYETH 091-001098 - WYETH 091-001139;
WYETH 091-001175 - WYETH 091-001609;
WYETH 091-001611 - WYETH 091-002134;
WYETH 091-002184 - WYETH 091-005870;
WYETH 091-005878 - WYETH 091-006809;
WYETH 091-006829 - WYETH 091-007510;
WYETH 091-007523 - WYETH 091-008692;
WYETH 091-008700 - WYETH 091-009149;
WYETH 092-000001 - WYETH 092-000448;
WYETH 105-000001 - WYETH 105-000015;
WYETH 106-000001 - WYETH 106-000102;
WYETH 107-000001 - WYETH 107-011840;
WYETH 114-000001 - WYETH 114-001078;
WYETH 114-001085 - WYETH 114-002352;
WYETH 114-002355 - WYETH 114-002360;
WYETH 114-002364 - WYETH 114-002687;
WYETH 114-002690 - WYETH 114-003169;
WYETH 114-003172 - WYETH 114-004345;
WYETH 114-004347 - WYETH 114-006446;
WYETH 114-006448 - WYETH 114-006591;
WYETH 114-006593 - WYETH 114-006878;
WYETH 140-000001 - WYETH 140-000081;
WYETH 140-000083 - WYETH 140-000435;
WYETH 140-000437 - WYETH 140-000745;
WYETH 140-000747 - WYETH 140-000777;

Daniel N. Kassabian, Esq.
September 18, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 140-000779 - WYETH 140-001147;
WYETH 140-001149 - WYETH 140-001466;
WYETH 140-001468 - WYETH 140-001508;
WYETH 140-001510 - WYETH 140-002564;
WYETH 141-000001 - WYETH 141-003934;
WYETH 141-003942 - WYETH 141-006070;
WYETH 141-006073 - WYETH 141-006075;
WYETH 141-006078 - WYETH 141-006079;
WYETH 141-006082 - WYETH 141-006083; and
WYETH 141-006086 - WYETH 141-006562.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $5,851.14 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AMM/jk

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 19, 2006

***VIA FACSIMILE***

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

_Wyeth v. Impax Laboratories, Inc.,_ Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 10 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 021-000001 - WYETH 021-002147;
WYETH 025-000001 - WYETH 025-000343;
WYETH 026-000001 - WYETH 026-000002;
WYETH 027-000001 - WYETH 027-000496;
WYETH 028-000001 - WYETH 028-000017;
WYETH 029-000001 - WYETH 029-000299;
WYETH 030-000001 - WYETH 030-000495;
WYETH 031-000001 - WYETH 031-006012;
WYETH 032-000001 - WYETH 032-005810;
WYETH 033-000001 - WYETH 033-000865;
WYETH 034-000001 - WYETH 034-001653;
WYETH 035-000001 - WYETH 035-001550;
WYETH 083-000001 - WYETH 083-000483;
WYETH 083-000509 - WYETH 083-000577;
WYETH 083-000584 - WYETH 083-000979;
WYETH 083-000996 - WYETH 083-001009;
WYETH 083-001024 - WYETH 083-001089;
WYETH 083-001103 - WYETH 083-001137;
WYETH 083-001168 - WYETH 083-001366;
WYETH 083-001369 - WYETH 083-001447;
WYETH 094-000001 - WYETH 094-001869;

Daniel N. Kassabian, Esq.
September 19, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 094-001889 - WYETH 094-003059;
WYETH 094-003072 - WYETH 094-004788;
WYETH 094-004794 - WYETH 094-005605;
WYETH 094-005626 - WYETH 094-005658;
WYETH 094-005690 - WYETH 094-006210;
WYETH 094-006212 - WYETH 094-006216;
WYETH 094-006218 - WYETH 094-006440;
WYETH 094-006443 - WYETH 094-006798;
WYETH 094-006831 - WYETH 094-027660;
WYETH 094-027727 - WYETH 094-052937;
WYETH 094-053137 - WYETH 094-058573;
WYETH 095-000001 - WYETH 095-000317;
WYETH 095-000351 - WYETH 095-000356;
WYETH 095-000369 - WYETH 095-000376;
WYETH 095-000437 - WYETH 095-001159;
WYETH 101-000001 - WYETH 101-002364;
WYETH 101-003014 - WYETH 101-003017;
WYETH 101-003453 - WYETH 101-004450;
WYETH 101-004455 - WYETH 101-004784;
WYETH 101-004787;
WYETH 101-004797- WYETH 101-004801;
WYETH 101-004807;
WYETH 101-004815 - WYETH 101-004816;
WYETH 101-004818 - WYETH 101-004958;
WYETH 101-004964;
WYETH 101-004970 - WYETH 101-005402;
WYETH 101-005410 - WYETH 101-005456;
WYETH 101-005481 - WYETH 101-005607;
WYETH 101-005612 - WYETH 101-005647;
WYETH 101-005651 - WYETH 101-005706;
WYETH 101-005717 - WYETH 101-005743;
WYETH 101-005812 - WYETH 101-009031;
WYETH 101-009033 - WYETH 101-009478;
WYETH 101-009532 - WYETH 101-010072;
WYETH 101-010110 - WYETH 101-013422;
WYETH 101-013473 - WYETH 101-015408;
WYETH 101-015418 - WYETH 101-016371;
WYETH 101-016373 - WYETH 101-016701;
WYETH 101-016707 - WYETH 101-017344;
WYETH 101-017457 - WYETH 101-017490;
WYETH 101-017553 - WYETH 101-017590;
WYETH 102-000001 - WYETH 102-000024;
WYETH 102-000038;

Daniel N. Kassabian, Esq.
September 19, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

      WYETH 102-000044 - WYETH 102-000058;
      WYETH 102-000072 - WYETH 102-000081;
      WYETH 102-000094 - WYETH 102-000102;
      WYETH 102-000166 - WYETH 102-000224;
      WYETH 102-000229 - WYETH 102-000361;
      WYETH 102-000369 - WYETH 102-000466;
      WYETH 102-000506 - WYETH 102-000513;
      WYETH 102-000594 - WYETH 102-000783;
      WYETH 103-000001 - WYETH 103-000081;
      WYETH 103-000083 - WYETH 103-000086;
      WYETH 104-000001 - WYETH 104-000919; and
      WYETH 108-000001 - WYETH 108-000038.

        The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

        Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $5,782.50 (6¢ per page).

        Sincerely,

        Arie M. Michelsohn

AAM/jm

cc:   Mary B. Matterer, Esq. (via Facsimile)
      Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER**LLP

901 New York Avenue, NW ▪ Washington, DC  20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 22, 2006

***VIA FACSIMILE***

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

<u>*Wyeth v. Impax Laboratories, Inc.*</u>, Civil Action No.:  06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 1 CD containing documents in TIFF image format are available for your inspection.  These documents bear the following range of production numbers:

WYETH 007-000027 - WYETH 007-000117;
WYETH 007-000120 - WYETH 007-000122;
WYETH 007-000127 - WYETH 007-000235;
WYETH 007-000249 - WYETH 007-000339;
WYETH 007-000383 - WYETH 007-000491;
WYETH 007-000530;
WYETH 007-000533 - WYETH 007-000535;
WYETH 007-000537 - WYETH 007-000539;
WYETH 007-000544;
WYETH 007-000555;
WYETH 007-000573 - WYETH 007-000574;
WYETH 007-000577 - WYETH 007-000580;
WYETH 007-000747 - WYETH 007-000748;
WYETH 007-000754;
WYETH 007-000756 - WYETH 007-000795;
WYETH 007-000805 - WYETH 007-000807;
WYETH 007-000809 - WYETH 007-000811;
WYETH 007-000815 - WYETH 007-000818;
WYETH 007-000821 - WYETH 007-000823;
WYETH 007-000825;
WYETH 007-000827;
WYETH 007-000829 - WYETH 007-000836;

Daniel N. Kassabian, Esq.
September 22, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 007-000839;
WYETH 007-000843 - WYETH 007-000850;
WYETH 007-000852 - WYETH 007-000860;
WYETH 007-000862 - WYETH 007-000866;
WYETH 007-000870 - WYETH 007-000871;
WYETH 007-000875 - WYETH 007-000881;
WYETH 007-000883 - WYETH 007-000894;
WYETH 007-000897 - WYETH 007-000898;
WYETH 007-000903 - WYETH 007-000908;
WYETH 007-000910 - WYETH 007-000911;
WYETH 007-000915;
WYETH 007-000917 - WYETH 007-000921;
WYETH 007-000923;
WYETH 007-000929 - WYETH 007-000932;
WYETH 007-001067 - WYETH 007-001070;
WYETH 007-001072 - WYETH 007-001115;
WYETH 007-001117 - WYETH 007-001148;
WYETH 007-001150 - WYETH 007-001160;
WYETH 007-001162 - WYETH 007-001165;
WYETH 007-001167 - WYETH 007-001178;
WYETH 007-001225 - WYETH 007-001234;
WYETH 007-001236 - WYETH 007-001340;
WYETH 007-001342 - WYETH 007-001347;
WYETH 007-001349 - WYETH 007-001350;
WYETH 007-001352 - WYETH 007-001354;
WYETH 007-001356 - WYETH 007-001357;
WYETH 007-001359 - WYETH 007-001372;
WYETH 007-001375 - WYETH 007-001479;
WYETH 007-001482 - WYETH 007-001484;
WYETH 007-001489 - WYETH 007-001916;
WYETH 008-000001 - WYETH 008-000017;
WYETH 009-000001 - WYETH 009-000210;
WYETH 053-000001 - WYETH 053-001878;
WYETH 053-001883 - WYETH 053-001896;
WYETH 054-000001 - WYETH 054-000009;
WYETH 055-000001 - WYETH 055-000452;
WYETH 055-000454 - WYETH 055-002313;
WYETH 055-002314 - WYETH 055-004524;
WYETH 055-004525 - WYETH 055-004612;
WYETH 056-000001 - WYETH 056-000453;
WYETH 057-000001 - WYETH 057-000360;
WYETH 057-000366 - WYETH 057-001328;
WYETH 058-000001 - WYETH 058-000056;

Daniel N. Kassabian, Esq.
September 22, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 059-000001 - WYETH 059-000156;

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $ 653.22 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:  Mary B. Matterer, Esq. (via Facsimile)
     Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 25, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 15 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 013-000001 - WYETH 013-000408;
WYETH 013-000415 - WYETH 013-000459;
WYETH 013-000508 - WYETH 013-000522;
WYETH 013-000528 - WYETH 013-000564;
WYETH 013-000568 - WYETH 013-000578;
WYETH 013-000580;
WYETH 013-000583;
WYETH 013-000586;
WYETH 013-000588;
WYETH 013-000591;
WYETH 013-000593;
WYETH 013-000595;
WYETH 013-000598 - WYETH 013-000610;
WYETH 013-000614 - WYETH 013-000637;
WYETH 013-000640;
WYETH 013-000643 - WYETH 013-000661;
WYETH 013-000663 - WYETH 013-000664;
WYETH 013-000667;
WYETH 013-000670 - WYETH 013-000989;
WYETH 013-001011 - WYETH 013-001314;
WYETH 013-001326 - WYETH 013-001654;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-001656 - WYETH 013-001687;
WYETH 013-001929 - WYETH 013-002038;
WYETH 013-002041 - WYETH 013-002045;
WYETH 013-002052;
WYETH 013-002057 - WYETH 013-002138;
WYETH 013-002175 - WYETH 013-002184;
WYETH 013-002442 - WYETH 013-002819;
WYETH 013-002826 - WYETH 013-002943;
WYETH 013-002947 - WYETH 013-003159;
WYETH 013-003161 - WYETH 013-003185;
WYETH 013-003187 - WYETH 013-003280;
WYETH 013-003282 - WYETH 013-003487;
WYETH 013-003489 - WYETH 013-003517;
WYETH 013-003520 - WYETH 013-003540;
WYETH 013-003548 - WYETH 013-003581;
WYETH 013-003583;
WYETH 013-003585 - WYETH 013-003597;
WYETH 013-003599 - WYETH 013-003606;
WYETH 013-003611 - WYETH 013-003622;
WYETH 013-003625 - WYETH 013-003914;
WYETH 013-003916 - WYETH 013-003981;
WYETH 013-003983 - WYETH 013-004095;
WYETH 013-004180 - WYETH 013-004567;
WYETH 013-004569 - WYETH 013-004760;
WYETH 013-004762 - WYETH 013-004767;
WYETH 013-004769;
WYETH 013-004771 - WYETH 013-004779;
WYETH 013-004783 - WYETH 013-004919;
WYETH 013-004977 - WYETH 013-005373;
WYETH 013-005375 - WYETH 013-005460;
WYETH 013-005469 - WYETH 013-005948;
WYETH 013-005956 - WYETH 013-006002;
WYETH 013-006048 - WYETH 013-006062;
WYETH 013-006066;
WYETH 013-006068 - WYETH 013-006104;
WYETH 013-006107 - WYETH 013-006232;
WYETH 013-006236 - WYETH 013-006346;
WYETH 013-006348 - WYETH 013-006349;
WYETH 013-006351 - WYETH 013-006355;
WYETH 013-006357 - WYETH 013-006372;
WYETH 013-006374 - WYETH 013-006470;
WYETH 013-006530 - WYETH 013-006919;
WYETH 013-006932 - WYETH 013-007177;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-007179 - WYETH 013-007297;
WYETH 013-007302 - WYETH 013-008206;
WYETH 013-008208 - WYETH 013-008956;
WYETH 013-008958 - WYETH 013-009084;
WYETH 013-009086 - WYETH 013-009095;
WYETH 013-009097 - WYETH 013-009250;
WYETH 013-009252 - WYETH 013-009289;
WYETH 013-009291 - WYETH 013-009571;
WYETH 013-009574 - WYETH 013-009606;
WYETH 013-009608 - WYETH 013-009613;
WYETH 013-009615 - WYETH 013-010297;
WYETH 013-010299 - WYETH 013-010302;
WYETH 013-010305 - WYETH 013-010318;
WYETH 013-010320 - WYETH 013-010537;
WYETH 013-010982 - WYETH 013-011004;
WYETH 013-011006 - WYETH 013-011173;
WYETH 013-011176 - WYETH 013-011224;
WYETH 013-011228 - WYETH 013-011463;
WYETH 013-011472 - WYETH 013-011941;
WYETH 013-011944 - WYETH 013-012204;
WYETH 013-012206 - WYETH 013-012248;
WYETH 013-012252 - WYETH 013-012289;
WYETH 013-012291 - WYETH 013-012344;
WYETH 013-012558 - WYETH 013-012576;
WYETH 013-012742 - WYETH 013-012783;
WYETH 013-012877 - WYETH 013-012920;
WYETH 013-013080 - WYETH 013-013188;
WYETH 013-013190 - WYETH 013-013359;
WYETH 013-013361 - WYETH 013-013366;
WYETH 013-013368 - WYETH 013-013650;
WYETH 013-013848 - WYETH 013-013851;
WYETH 013-013861 - WYETH 013-014077;
WYETH 013-014183 - WYETH 013-014238;
WYETH 013-014245 - WYETH 013-014254;
WYETH 013-014398 - WYETH 013-015136;
WYETH 013-015269 - WYETH 013-015436;
WYETH 013-015740 - WYETH 013-015837;
WYETH 013-015928 - WYETH 013-015979;
WYETH 013-015981 - WYETH 013-016015;
WYETH 013-016108 - WYETH 013-016126;
WYETH 013-016181;
WYETH 013-016183 - WYETH 013-016188;
WYETH 013-016357 - WYETH 013-016378;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-016381;
WYETH 013-016868 - WYETH 013-016884;
WYETH 013-016912 - WYETH 013-016927;
WYETH 013-016931 - WYETH 013-017025;
WYETH 013-017040;
WYETH 013-017071 - WYETH 013-017096;
WYETH 013-017139 - WYETH 013-017238;
WYETH 013-017240 - WYETH 013-017475;
WYETH 013-017477 - WYETH 013-017533;
WYETH 013-017537 - WYETH 013-017610;
WYETH 013-017664 - WYETH 013-017739;
WYETH 013-017787 - WYETH 013-017802;
WYETH 013-018265 - WYETH 013-018274;
WYETH 013-018319 - WYETH 013-018321;
WYETH 013-018324 - WYETH 013-018335;
WYETH 013-018705 - WYETH 013-018709;
WYETH 013-018719 - WYETH 013-018726;
WYETH 013-018869 - WYETH 013-018890;
WYETH 013-019029 - WYETH 013-019031;
WYETH 013-019176 - WYETH 013-019189;
WYETH 013-019544 - WYETH 013-019548;
WYETH 013-019551 - WYETH 013-019555;
WYETH 013-019643 - WYETH 013-019656;
WYETH 013-019663 - WYETH 013-019701;
WYETH 013-019705 - WYETH 013-019723;
WYETH 013-019729 - WYETH 013-019742;
WYETH 013-019746 - WYETH 013-019975;
WYETH 013-019977 - WYETH 013-019981;
WYETH 013-019997 - WYETH 013-020002;
WYETH 013-020008 - WYETH 013-020014;
WYETH 013-020201 - WYETH 013-020260;
WYETH 013-020281 - WYETH 013-020282;
WYETH 013-020409 - WYETH 013-020420;
WYETH 013-020423 - WYETH 013-020427;
WYETH 013-020545 - WYETH 013-020602;
WYETH 013-020632 - WYETH 013-020638;
WYETH 013-020840 - WYETH 013-020912;
WYETH 013-020918 - WYETH 013-020922;
WYETH 013-020936 - WYETH 013-020945;
WYETH 013-021109 - WYETH 013-021113;
WYETH 013-021120 - WYETH 013-021125;
WYETH 013-021129 - WYETH 013-021150;
WYETH 013-021178 - WYETH 013-021187;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-021223 - WYETH 013-021226;
WYETH 013-021366 - WYETH 013-021423;
WYETH 013-021482 - WYETH 013-021495;
WYETH 013-021886 - WYETH 013-021896;
WYETH 013-022003 - WYETH 013-022010;
WYETH 013-022314 - WYETH 013-022328;
WYETH 013-022335 - WYETH 013-022377;
WYETH 013-022380 - WYETH 013-022391;
WYETH 013-022394 - WYETH 013-022400;
WYETH 013-022403 - WYETH 013-022480;
WYETH 060-000001 - WYETH 060-000426;
WYETH 061-000001 - WYETH 061-000380;
WYETH 061-000382 - WYETH 061-000438;
WYETH 069-000001 - WYETH 069-000149;
WYETH 069-000308 - WYETH 069-000424;
WYETH 069-000427 - WYETH 069-000751;
WYETH 069-000795 - WYETH 069-001918;
WYETH 069-002141 - WYETH 069-003548;
WYETH 069-003590 - WYETH 069-003637;
WYETH 069-003938 - WYETH 069-004137;
WYETH 069-004170 - WYETH 069-004228;
WYETH 085-000001 - WYETH 085-000163;
WYETH 085-000182 - WYETH 085-000190;
WYETH 085-000199 - WYETH 085-000207;
WYETH 085-000217 - WYETH 085-001092;
WYETH 093-000736 - WYETH 093-000805;
WYETH 093-001157 - WYETH 093-003145;
WYETH 093-003147 - WYETH 093-003164;
WYETH 093-003167 - WYETH 093-008291;
WYETH 093-009646 - WYETH 093-009687;
WYETH 110-000001 - WYETH 110-000715;
WYETH 111-000001 - WYETH 111-000040;
WYETH 111-000042 - WYETH 111-000264;
WYETH 111-000266 - WYETH 111-000665;
WYETH 111-000666 - WYETH 111-000800;
WYETH 112-000001 - WYETH 112-000421;
WYETH 115-000001 - WYETH 115-000141;
WYETH 115-000149 - WYETH 115-000669;
WYETH 115-000671 - WYETH 115-000672;
WYETH 115-000679 - WYETH 115-000683;
WYETH 115-000690 - WYETH 115-000696;
WYETH 115-000702;
WYETH 115-000731 - WYETH 115-000740;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 115-000824 - WYETH 115-000824.16;
WYETH 115-000845 - WYETH 115-000883;
WYETH 115-000885 - WYETH 115-000893;
WYETH 115-000900 - WYETH 115-001119;
WYETH 115-001128;
WYETH 115-001134 - WYETH 115-001440;
WYETH 115-001446 - WYETH 115-001466;
WYETH 115-001526 - WYETH 115-001527;
WYETH 115-001549;
WYETH 115-001590 - WYETH 115-001591;
WYETH 115-001593 - WYETH 115-001595;
WYETH 115-001664 - WYETH 115-001933;
WYETH 115-001940 - WYETH 115-002118;
WYETH 115-002139;
WYETH 115-002154 - WYETH 115-002156;
WYETH 115-002170;
WYETH 115-002184 - WYETH 115-002213;
WYETH 115-002235 - WYETH 115-002236;
WYETH 115-002238 - WYETH 115-002241;
WYETH 115-002244 - WYETH 115-002251;
WYETH 115-002255 - WYETH 115-002269;
WYETH 115-002279 - WYETH 115-003091;
WYETH 115-003612 - WYETH 115-003856;
WYETH 115-003859 - WYETH 115-003878;
WYETH 115-003880 - WYETH 115-004429;
WYETH 116-000001 - WYETH 116-000118;
WYETH 116-000121 - WYETH 116-000216;
WYETH 116-000220 - WYETH 116-000300;
WYETH 116-000305 - WYETH 116-000422;
WYETH 117-000001 - WYETH 117-000415;
WYETH 117-000446 - WYETH 117-000506;
WYETH 118-000001 - WYETH 118-000006;
WYETH 119-000001 - WYETH 119-000421;
WYETH 119-000423 - WYETH 119-000704;
WYETH 120-000001 - WYETH 120-000292;
WYETH 121-000001 - WYETH 121-000246;
WYETH 122-000001 - WYETH 122-000155;
WYETH 123-000001 - WYETH 123-001050;
WYETH 123-001055 - WYETH 123-008399;
WYETH 123-008401 - WYETH 123-008402;
WYETH 123-008404 - WYETH 123-008424;
WYETH 123-008427 - WYETH 123-012691;
WYETH 123-012740 - WYETH 123-012786;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 7

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 123-012796 - WYETH 123-013054;
WYETH 123-013057 - WYETH 123-013088;
WYETH 123-013122 - WYETH 123-013147;
WYETH 123-013218 - WYETH 123-013241;
WYETH 123-013308 - WYETH 123-013334;
WYETH 123-013407 - WYETH 123-013410;
WYETH 123-013427 - WYETH 123-013428;
WYETH 123-013457 - WYETH 123-013497;
WYETH 123-013502 - WYETH 123-013531;
WYETH 123-013539 - WYETH 123-013573;
WYETH 123-013576 - WYETH 123-013578;
WYETH 123-013580 - WYETH 123-014948.1;
WYETH 123-014949 - WYETH 123-018410;
WYETH 123-018458 - WYETH 123-022045;
WYETH 123-022070 - WYETH 123-022242;
WYETH 123-022251 - WYETH 123-022541;
WYETH 123-022544 - WYETH 123-025323;
WYETH 123-025329 - WYETH 123-027286;
WYETH 123-027290;
WYETH 123-027294 - WYETH 123-027303;
WYETH 123-027309 - WYETH 123-034483;
WYETH 123-034521 - WYETH 123-035078;
WYETH 123-035085 - WYETH 123-035480;
WYETH 123-035506;
WYETH 123-035560 - WYETH 123-035590;
WYETH 123-035633 - WYETH 123-035693;
WYETH 123-035764 - WYETH 123-036078;
WYETH 123-036082;
WYETH 123-036088 - WYETH 123-036176;
WYETH 123-036179 - WYETH 123-036232;
WYETH 123-036235 - WYETH 123-036278;
WYETH 123-036283 - WYETH 123-036465;
WYETH 123-036467 - WYETH 123-036544;
WYETH 123-036547 - WYETH 123-036827;
WYETH 123-036831 - WYETH 123-036960;
WYETH 123-036971 - WYETH 123-037059;
WYETH 123-037065 - WYETH 123-037067;
WYETH 123-037076 - WYETH 123-037279;
WYETH 123-037284 - WYETH 123-037324;
WYETH 123-037341 - WYETH 123-037495;
WYETH 123-037499 - WYETH 123-037505;
WYETH 123-037516 - WYETH 123-037607;
WYETH 123-037613 - WYETH 123-037617;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 8

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 123-037628 - WYETH 123-037844;
WYETH 123-037867 - WYETH 123-038529;
WYETH 123-038535 - WYETH 123-038536;
WYETH 123-038553 - WYETH 123-038556;
WYETH 123-038562 - WYETH 123-038698;
WYETH 123-038727 - WYETH 123-038781;
WYETH 123-038794 - WYETH 123-038872;
WYETH 123-038879 - WYETH 123-038964;
WYETH 123-038974 - WYETH 123-039161;
WYETH 123-039170 - WYETH 123-039460;
WYETH 123-039566 - WYETH 123-039842;
WYETH 123-039845 - WYETH 123-040832;
WYETH 123-040835 - WYETH 123-041324;
WYETH 123-041328 - WYETH 123-041600;
WYETH 123-041603 - WYETH 123-041751;
WYETH 123-041753 - WYETH 123-047613;
WYETH 123-047790 - WYETH 123-048146;
WYETH 123-048151 - WYETH 123-048309;
WYETH 123-048315 - WYETH 123-048333;
WYETH 123-048340 - WYETH 123-048470;
WYETH 123-048479 - WYETH 123-048683;
WYETH 123-048780 - WYETH 123-054797;
WYETH 123-054799 - WYETH 123-055109;
WYETH 123-055112 - WYETH 123-059063;
WYETH 123-059065 - WYETH 123-060566;
WYETH 123-060569 - WYETH 123-060578;
WYETH 123-060583 - WYETH 123-063217.1;
WYETH 123-063218 - WYETH 123-067741;
WYETH 123-067788 - WYETH 123-068198;
WYETH 124-000001 - WYETH 124-000323;
WYETH 125-000001 - WYETH 125-000036;
WYETH 125-000038 - WYETH 125-000857;
WYETH 125-000859 - WYETH 125-000982;
WYETH 125-000984 - WYETH 125-001080;
WYETH 125-001082; and
WYETH 125-001084- WYETH 125-001105.


The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal
protective order is in place, however, the documents should be inspected on an
outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Daniel N. Kassabian, Esq.
September 25, 2006
Page 9

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

     Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $6,027.48 (6¢ per page).

                Sincerely,

                Arie M. Michelsohn

AAM/jm

cc:   Mary B. Matterer, Esq. (via Facsimile)
      Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 26, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 11 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 012-000001 - WYETH 012-000033;
WYETH 012-000038 - WYETH 012-000229;
WYETH 012-000232 - WYETH 012-001667;
WYETH 012-001670 - WYETH 012-002317;
WYETH 012-002320 - WYETH 012-002340;
WYETH 012-002372 - WYETH 012-002383;
WYETH 012-002385 - WYETH 012-002673;
WYETH 012-002677 - WYETH 012-002999;
WYETH 012-003001 - WYETH 012-003267;
WYETH 046-000001 - WYETH 046-001780;
WYETH 046-001801 - WYETH 046-061737;
WYETH 046-061784 - WYETH 046-061790;
WYETH 046-061940 - WYETH 046-062051;
WYETH 046-062053 - WYETH 046-069366;
WYETH 046-069368 - WYETH 046-069390;
WYETH 046-069392 - WYETH 046-069397;
WYETH 046-069399 - WYETH 046-069532;
WYETH 046-069534 - WYETH 046-069587;
WYETH 046-069589 - WYETH 046-069843;
WYETH 046-069871 - WYETH 046-069904;
WYETH 046-069917 - WYETH 046-070066;
WYETH 046-070068 - WYETH 046-070260;

Daniel N. Kassabian, Esq.
September 26, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 046-070262 - WYETH 046-071378;
WYETH 046-071380 - WYETH 046-071829;
WYETH 046-071831 - WYETH 046-072650;
WYETH 046-072652 - WYETH 046-073021;
WYETH 046-073023 - WYETH 046-073136;
WYETH 046-073138 - WYETH 046-076820;
WYETH 046-076822 - WYETH 046-077021;
WYETH 046-077023 - WYETH 046-077480;
WYETH 046-077482 - WYETH 046-079790;
WYETH 046-079792 - WYETH 046-080225;
WYETH 046-080227 - WYETH 046-083778;
WYETH 046-083813 - WYETH 046-083819;
WYETH 046-083827 - WYETH 046-084706;
WYETH 127-000001 - WYETH 127-002483;
WYETH 127-002630 - WYETH 127-002759;
WYETH 127-002780 - WYETH 127-002826;
WYETH 127-002884 - WYETH 127-003134;
WYETH 127-003264 - WYETH 127-003292;
WYETH 127-003323 - WYETH 127-003578;
WYETH 127-003601 - WYETH 127-003630;
WYETH 127-003632;
WYETH 127-003644 - WYETH 127-003693;
WYETH 127-003702 - WYETH 127-003720;
WYETH 127-003722 - WYETH 127-003731;
WYETH 127-003782 - WYETH 127-003868;
WYETH 127-004025 - WYETH 127-004031;
WYETH 127-004146 - WYETH 127-004159;
WYETH 127-004169 - WYETH 127-004196;
WYETH 127-004247 - WYETH 127-004278;
WYETH 127-004305 - WYETH 127-004308;
WYETH 127-004322 - WYETH 127-004486;
WYETH 127-004490 - WYETH 127-007729;
WYETH 127-007751 - WYETH 127-007972;
WYETH 127-008064 - WYETH 127-011449;
WYETH 127-011462 - WYETH 127-011471;
WYETH 127-011490;
WYETH 127-011500 - WYETH 127-011605;
WYETH 127-011611 - WYETH 127-011626;
WYETH 127-011631 - WYETH 127-011636;
WYETH 127-011641 - WYETH 127-012064;
WYETH 127-012086 - WYETH 127-012095;
WYETH 127-012121 - WYETH 127-012130;
WYETH 127-012142 - WYETH 127-012147;

Daniel N. Kassabian, Esq.
September 26, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 127-012166 - WYETH 127-012179;
WYETH 127-012186 - WYETH 127-012191;
WYETH 127-012194 - WYETH 127-012210;
WYETH 127-012217 - WYETH 127-012220;
WYETH 127-012225;
WYETH 127-012230 - WYETH 127-012246;
WYETH 127-012249 - WYETH 127-012274;
WYETH 127-012277 - WYETH 127-012357;
WYETH 127-012368 - WYETH 127-012378;
WYETH 127-012384 - WYETH 127-012386;
WYETH 127-012389 - WYETH 127-012405;
WYETH 127-012414 - WYETH 127-017172;
WYETH 127-017189 - WYETH 127-023272;
WYETH 127-023289 - WYETH 127-023354;
WYETH 127-023366 - WYETH 127-043449;
WP-OPM-00000001  - WP-OPM-00007583; and
WYETH OPM-007584 - WYETH OPM-007739.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $8,252.82 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:   Mary B. Matterer, Esq. (via Facsimile)
      Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 29, 2006

***VIA FACSIMILE***

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

<u>*Wyeth v. Impax Laboratories, Inc.*</u><u>, Civil Action No.:  06-222 JJF (D. Del.)</u>

Dear Daniel:

As part of Wyeth's continuing document production, 13 CDs containing documents in TIFF image format are available for your inspection.  These documents bear the following range of production numbers:

            WYETH 045-000001 - WYETH 045-003772;
            WYETH 045-003774 - WYETH 045-004366;
            WYETH 045-004368 - WYETH 045-005019;
            WYETH 045-005022 - WYETH 045-005328;
            WYETH 045-005333 - WYETH 045-006138;
            WYETH 045-006168 - WYETH 045-006259;
            WYETH 045-006292 - WYETH 045-006630;
            WYETH 045-006671 - WYETH 045-006725;
            WYETH 045-006727 - WYETH 045-006752;
            WYETH 045-006811 - WYETH 045-006875;
            WYETH 045-006886 - WYETH 045-006894;
            WYETH 045-006897 - WYETH 045-007186;
            WYETH 045-007189 - WYETH 045-007336;
            WYETH 045-007356 - WYETH 045-008092;
            WYETH 045-008150 - WYETH 045-008236;
            WYETH 045-008267 - WYETH 045-008273;
            WYETH 045-008305 - WYETH 045-008631;
            WYETH 045-008643 - WYETH 045-008904;
            WYETH 045-008906 - WYETH 045-009274;
            WYETH 045-009280 - WYETH 045-009323;
            WYETH 045-009329 - WYETH 045-009379;
            WYETH 045-009381 - WYETH 045-009409;

· Daniel N. Kassabian, Esq.
September 29, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 045-009411 - WYETH 045-009424;
WYETH 045-009429 - WYETH 045-009458;
WYETH 045-009462 - WYETH 045-009804;
WYETH 045-009981 - WYETH 045-010196;
WYETH 045-010202 - WYETH 045-010796;
WYETH 045-010800 - WYETH 045-011474;
WYETH 045-011476 - WYETH 045-012606;
WYETH 045-012610 - WYETH 045-013140;
WYETH 045-013145 - WYETH 045-013179;
WYETH 045-013182 - WYETH 045-013225;
WYETH 045-013277 - WYETH 045-013304;
WYETH 045-013306 - WYETH 045-013481;
WYETH 045-013484 - WYETH 045-013485;
WYETH 045-013487 - WYETH 045-013573;
WYETH 045-013612 - WYETH 045-013630;
WYETH 045-013665 - WYETH 045-013779;
WYETH 045-013786 - WYETH 045-013790;
WYETH 045-013804 - WYETH 045-013850;
WYETH 045-013856- WYETH 045-014022;
WYETH 045-014025 - WYETH 045-014092;
WYETH 045-014094 - WYETH 045-014150;
WYETH 045-017999 - WYETH 045-019223;
WYETH 062-000001 - WYETH 062-000986;
WYETH 062-000993 - WYETH 062-001107;
WYETH 062-001165 - WYETH 062-001518;
WYETH 062-001529 - WYETH 062-001535;
WYETH 062-001542 - WYETH 062-001659;
WYETH 062-001664 - WYETH 062-001665;
WYETH 062-001668 - WYETH 062-006002;
WYETH 062-006239 - WYETH 062-006952;
WYETH 062-006955 - WYETH 062-006965;
WYETH 062-006968 - WYETH 062-007046;
WYETH 062-007069 - WYETH 062-007242;
WYETH 062-007246 - WYETH 062-007446;
WYETH 062-007449 - WYETH 062-007496;
WYETH 062-007571 - WYETH 062-007624;
WYETH 062-007629 - WYETH 062-007637;
WYETH 062-007652 - WYETH 062-007660;
WYETH 062-007718 - WYETH 062-007755;
WYETH 062-007757 - WYETH 062-007805;
WYETH 062-007814 - WYETH 062-007835;
WYETH 062-007838 - WYETH 062-007948;
WYETH 062-007959 - WYETH 062-008985;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 062-008996 - WYETH 062-010094;
WYETH 062-010121 - WYETH 062-010446;
WYETH 062-010453 - WYETH 062-010709;
WYETH 062-010712 - WYETH 062-012239;
WYETH 062-012244 - WYETH 062-012492;
WYETH 062-012664 - WYETH 062-014896;
WYETH 062-014937 - WYETH 062-015015;
WYETH 062-015026 - WYETH 062-030036;
WYETH 062-030038 - WYETH 062-031027;
WYETH 062-031039 - WYETH 062-031047;
WYETH 062-031059 - WYETH 062-031071;
WYETH 062-031093 - WYETH 062-032504;
WYETH 063-000001 - WYETH 063-000217;
WYETH 063-000245 - WYETH 063-007143;
WYETH 063-007145 - WYETH 063-009407;
WYETH 063-009505 - WYETH 063-009553;
WYETH 063-009784 - WYETH 063-009926;
WYETH 063-010011 - WYETH 063-010142;
WYETH 063-010290 - WYETH 063-010513;
WYETH 063-010676 - WYETH 063-010740;
WYETH 063-010880 - WYETH 063-010977;
WYETH 063-011056 - WYETH 063-011739;
WYETH 063-011851 - WYETH 063-011854;
WYETH 063-011878 - WYETH 063-012697;
WYETH 063-012718 - WYETH 063-013249;
WYETH 063-013251 - WYETH 063-013705;
WYETH 063-013707 - WYETH 063-014121;
WYETH 063-014123 - WYETH 063-014157;
WYETH 063-014159 - WYETH 063-014310;
WYETH 063-014312 - WYETH 063-014313;
WYETH 063-014315 - WYETH 063-015067;
WYETH 063-015069 - WYETH 063-016933;
WYETH 063-017030 - WYETH 063-017101;
WYETH 063-017160 - WYETH 063-017730;
WYETH 063-017836 - WYETH 063-018050;
WYETH 063-018112 - WYETH 063-018215;
WYETH 063-018271 - WYETH 063-018321;
WYETH 063-018454 - WYETH 063-018514;
WYETH 063-018527 - WYETH 063-019403.1;
WYETH 063-019404 - WYETH 063-019516;
WYETH 064-000001 - WYETH 064-012627;
WYETH 064-012667 - WYETH 064-012880;
WYETH 065-000001 - WYETH 065-003838;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 065-003948 - WYETH 065-004085;
WYETH 065-004092 - WYETH 065-005398;
WYETH 065-005402 - WYETH 065-006293;
WYETH 065-006298 - WYETH 065-007082;
WYETH 066-000070 - WYETH 066-001389;
WYETH 066-001405 - WYETH 066-003304;
WYETH 066-003341 - WYETH 066-003375;
WYETH 066-003378 - WYETH 066-003415;
WYETH 066-003417 - WYETH 066-003424;
WYETH 066-003426 - WYETH 066-003475;
WYETH 066-003477 - WYETH 066-003486;
WYETH 066-003488 - WYETH 066-003506;
WYETH 066-003508 - WYETH 066-003516;
WYETH 066-003518 - WYETH 066-003525;
WYETH 066-003528 - WYETH 066-003604;
WYETH 180-000001 - WYETH 180-000010;
WYETH 180-000012 - WYETH 180-000718;
WYETH 180-000720 - WYETH 180-000772;
WYETH 180-000863 - WYETH 180-001184;
WYETH 180-001262 - WYETH 180-003013;
WYETH 180-003017 - WYETH 180-004421;
WYETH 180-004425 - WYETH 180-004562;
WYETH 180-004564 - WYETH 180-004608;
WYETH 180-004611 - WYETH 180-005701;
WYETH 180-005703 - WYETH 180-005754;
WYETH 180-005756 - WYETH 180-005919;
WYETH 180-005921 - WYETH 180-005974;
WYETH 180-005976 - WYETH 180-006010;
WYETH 180-006012 - WYETH 180-006059;
WYETH 180-006061 - WYETH 180-006113;
WYETH 180-006115 - WYETH 180-006135;
WYETH 180-006137 - WYETH 180-006156;
WYETH 180-006158 - WYETH 180-006406;
WYETH 180-006408 - WYETH 180-006480;
WYETH 180-006482 - WYETH 180-006506;
WYETH 180-006508 - WYETH 180-006545;
WYETH 180-006547 - WYETH 180-006755;
WYETH 180-006757 - WYETH 180-006764;
WYETH 180-006766 - WYETH 180-007002;
WYETH 180-007004;
WYETH 180-007006 - WYETH 180-008127;
WYETH 180-008130 - WYETH 180-008233;
WYETH 180-008239 - WYETH 180-008339;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 180-008345 - WYETH 180-008881;
WYETH 180-008888 - WYETH 180-008902;
WYETH 180-008909 - WYETH 180-008970;
WYETH 180-008980 - WYETH 180-010418;
WYETH 180-010422 - WYETH 180-010842;
WYETH 180-010845 - WYETH 180-010902;
WYETH 180-010904 - WYETH 180-011374;
WYETH 180-011557 - WYETH 180-011771;
WYETH 180-011773 - WYETH 180-012110;
WYETH 180-012112 - WYETH 180-012462;
WYETH 180-012497 - WYETH 180-012500;
WYETH 180-012552 - WYETH 180-012559;
WYETH 180-012611 - WYETH 180-012616;
WYETH 180-012619 - WYETH 180-013113;
WYETH 180-013116 - WYETH 180-014940;
WYETH 180-014943 - WYETH 180-014948;
WYETH 180-014950 - WYETH 180-014981;
WYETH 180-014984 - WYETH 180-016045;
WYETH 180-016064 - WYETH 180-017831;
WYETH 180-017833 - WYETH 180-018665;
WYETH 180-018667 - WYETH 180-019830;
WYETH 180-019851 - WYETH 180-020214;
WYETH 180-020220 - WYETH 180-020232;
WYETH 180-020243 - WYETH 180-020290;
WYETH 180-020297;
WYETH 180-020309 - WYETH 180-020353;
WYETH 180-020372 - WYETH 180-020469;
WYETH 180-020471 - WYETH 180-020604;
WYETH 180-020606 - WYETH 180-020607;
WYETH 180-020609 - WYETH 180-020690;
WYETH 180-020692 - WYETH 180-020700;
WYETH 180-020720 - WYETH 180-020895;
WYETH 180-020911 - WYETH 180-021067;
WYETH 180-021083 - WYETH 180-021240;
WYETH 180-021259 - WYETH 180-021819;
WYETH 180-021823 - WYETH 180-022024;
WYETH 180-022027 - WYETH 180-022374;
WYETH 180-022378 - WYETH 180-023619;
WYETH 180-023621 - WYETH 180-023696;
WYETH 180-023704 - WYETH 180-023784;
WYETH 180-023788 - WYETH 180-024584;
WYETH 180-024601 - WYETH 180-024610;
WYETH 180-024619 - WYETH 180-024700;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 180-024847 - WYETH 180-025107;
WYETH 180-025116 - WYETH 180-025167;
WYETH 180-025183 - WYETH 180-025566;
WYETH 180-025579 - WYETH 180-025598;
WYETH 180-025599 - WYETH 180-026135;
WYETH 182-000001 - WYETH 182-000254;
WYETH 183-000001 - WYETH 183-000896;
WYETH 183-000900 - WYETH 183-001276;
WYETH 184-000001 - WYETH 184-000297;
WYETH 201-000001 - WYETH 201-001627;
WYETH 202-000001 - WYETH 202-000459;
WYETH 202-000461 - WYETH 202-000679;
WYETH 202 000685 - WYETH 202-000688; and
WYETH 204-000001 - WYETH 204-000240.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $6,965.58 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

October 3, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 12 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 010-000001 - WYETH 010-000516;
WYETH 010-000520 - WYETH 010-000696;
WYETH 010-000698 - WYETH 010-000759;
WYETH 010-000763 - WYETH 010-000788;
WYETH 010-000790;
WYETH 010-000797 - WYETH 010-001530;
WYETH 010-001541 - WYETH 010-001545;
WYETH 010-001569 - WYETH 010-001590;
WYETH 010-001595 - WYETH 010-001884;
WYETH 010-001887 - WYETH 010-001938;
WYETH 010-001945 - WYETH 010-002818;
WYETH 010-002822 - WYETH 010-003584;
WYETH 010-003600 - WYETH 010-003647;
WYETH 010-002652 - WYETH 010-003670;
WYETH 010-003675 - WYETH 010-003718;
WYETH 014-000001 - WYETH 014-004654;
WYETH 014-004657 - WYETH 014-004763;
WYETH 014-004929 - WYETH 014-005870;
WYETH 014-005875 - WYETH 014-005884;
WYETH 014-005889 - WYETH 014-006023;
WYETH 014-006032 - WYETH 014-007240;
WYETH 014-007255 - WYETH 014-007721;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 036-000001 - WYETH 036-002482;
WYETH 036-002495 - WYETH 036-002524;
WYETH 052-000001 - WYETH 052-001107;
WYETH 052-001119 - WYETH 052-001127;
WYETH 052-001139 - WYETH 052-001574;
WYETH 052-001581 - WYETH 052-002435;
WYETH 052-002441 - WYETH 052-002453;
WYETH 052-002460 - WYETH 052-005842;
WYETH 052-005852 - WYETH 052-005857;
WYETH 052-005881 - WYETH 052-005999;
WYETH 052-006004 - WYETH 052-006074;
WYETH 052-006079 - WYETH 052-006115;
WYETH 052-006120 - WYETH 052-007483;
WYETH 052-007494 - WYETH 052-008724;
WYETH 067-005000 - WYETH 067-005077;
WYETH 098-000004;
WYETH 098-000006 - WYETH 098-000018;
WYETH 098-000021 - WYETH 098-000101;
WYETH 098-000105 - WYETH 098-000109;
WYETH 098-000113;
WYETH 098-000117 - WYETH 098-000167;
WYETH 098-000175 - WYETH 098-000201;
WYETH 098-000224 - WYETH 098-000228;
WYETH 098-000262 - WYETH 098-000292;
WYETH 098-000297 - WYETH 098-000319;
WYETH 098-000349 - WYETH 098-000355;
WYETH 098-000367 - WYETH 098-000475;
WYETH 113-000001 - WYETH 113-001258;
WYETH 113-001270 - WYETH 113-001756;
WYETH 113-001758 - WYETH 113-001763;
WYETH 113-001766 - WYETH 113-001824;
WYETH 113-001832 - WYETH 113-001851;
WYETH 113-001877 - WYETH 113-001878;
WYETH 113-001888 - WYETH 113-001889;
WYETH 113-001894 - WYETH 113-001967;
WYETH 113-001974 - WYETH 113-002246.
WYETH 128-000001 - WYETH 128-012183;
WYETH 128-012194 - WYETH 128-015866;
WYETH 128-015868 - WYETH 128-015872;
WYETH 128-015874 - WYETH 128-017380;
WYETH 128-017447 - WYETH 128-017485;
WYETH 128-017522 - WYETH 128-018111;
WYETH 128-018113 - WYETH 128-018708;

Daniel N. Kassabian, Esq.
October 3, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 128-018710 - WYETH 128-020006;
WYETH 128-020008 - WYETH 128-021021;
WYETH 129-000001 - WYETH 129-001011;
WYETH 129-001047 - WYETH 129-001253;
WYETH 129-001289 - WYETH 129-002308;
WYETH 131-000001 - WYETH 131-003035;
WYETH 132-000001 - WYETH 132-000800;
WYETH 133-000001 - WYETH 133-004114;
WYETH 134-000001 - WYETH 134-000985;
WYETH 135-000001 - WYETH 135-000070;
WYETH 135-000072 - WYETH 135-000347;
WYETH 135-000349 - WYETH 135-000448;
WYETH 135-000469 - WYETH 135-000962;
WYETH 135-000964 - WYETH 135-001259;
WYETH 136-000001 - WYETH 136-000251;
WYETH 136-000282 - WYETH 136-000913;
WYETH 137-000001 - WYETH 137-000122;
WYETH 137-000165 - WYETH 137-000315;
WYETH 137-000355 - WYETH 137-002177;
WYETH 137-002282 - WYETH 137-002732.1;
WYETH 137-002733 - WYETH 137-003220;
WYETH 138-000001 - WYETH 138-000268;
WYETH 138-000372 - WYETH 138-000531;
WYETH 138-000545 - WYETH 138-000585;
WYETH 138-000603 - WYETH 138-001421;
WYETH 138-001438 - WYETH 138-006086;
WYETH 139-000001 - WYETH 139-001568;
WYETH 143-000001 - WYETH 143-000012;
WYETH 143-000016 - WYETH 143-000017;
WYETH 143-000019 - WYETH 143-000089;
WYETH 144-000001 - WYETH 144-001985;
WYETH 144-001987 - WYETH 144-002647;
WYETH 144-002649 - WYETH 144-006613;
WYETH 144-006615 - WYETH 144-007620;
WYETH 144-007622 - WYETH 144-009097;
WYETH 144-009099 - WYETH 144-013415;
WYETH 145-000001 - WYETH 145-000052;
WYETH 146-000001 - WYETH 146-000017;
WYETH 147-000001 - WYETH 147-000708;
WYETH 148-000001 - WYETH 148-000121;
WYETH 149-000001 - WYETH 149-000054;
WYETH 150-000001 - WYETH 150-000007;
WYETH 151-000001 - WYETH 151-000423;

Daniel N. Kassabian, Esq.
October 3, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 152-000001 - WYETH 152-000308;
WYETH 152-000318 - WYETH 152-000470;
WYETH 153-000001 - WYETH 153-000685;
WYETH 154-000001 - WYETH 154-000508;
WYETH 155-000001 - WYETH 155-000171;
WYETH 156-000001 - WYETH 156-000597;
WYETH 157-000001 - WYETH 157-000117;
WYETH 157-000119 - WYETH 157-000299;
WYETH 158-000001 - WYETH 158-000018;
WYETH 158-000020 - WYETH 158-000065;
WYETH 158-000068 - WYETH 158-000254;
WYETH 158-000256 - WYETH 158-000366;
WYETH 158-000368 - WYETH 158-000369;
WYETH 158-000371 - WYETH 158-000739;
WYETH 158-000741 - WYETH 158-000823;
WYETH 158-000825 - WYETH 158-001049;
WYETH 158-001106 - WYETH 158-001572;
WYETH 159-000001 - WYETH 159-000322;
WYETH 159-000376 - WYETH 159-000377;
WYETH 159-000408 - WYETH 159-000414;
WYETH 159-000420 - WYETH 159-000476;
WYETH 159-000486 - WYETH 159-000531;
WYETH 159-000534 - WYETH 159-000592;
WYETH 159-000620 - WYETH 159-000649;
WYETH 159-000756 - WYETH 159-001227;
WYETH 160-000001 - WYETH 160-001465;
WYETH 161-000001 - WYETH 161-000439;
WYETH 161-000538 - WYETH 161-000635;
WYETH 163-000001 - WYETH 163-000103;
WYETH 163-000111 - WYETH 163-000315;
WYETH 164-000001 - WYETH 164-001188;
WYETH 165-000001 - WYETH 165-000003;
WYETH 165-000011 - WYETH 165-000128;
WYETH 165-000133 - WYETH 165-000223;
WYETH 166-000001 - WYETH 166-000535;
WYETH 167-000033 - WYETH 167-000277;
WYETH 167-000290 - WYETH 167-000293;
WYETH 167-000300 - WYETH 167-000334;
WYETH 167-000344 - WYETH 167-000587;
WYETH 168-000001 - WYETH 168-000065;
WYETH 169-000001 - WYETH 169-000036;
WYETH 170-000001 - WYETH 170-000004;
WYETH 171-000001 - WYETH 171-000047;

Daniel N. Kassabian, Esq.
October 3, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

       WYETH 172-000001 - WYETH 172-000642;
       WYETH 173-000001 - WYETH 173-000439;
       WYETH 174-000001 - WYETH 174-001169.1;
       WYETH 174-001170 - WYETH 174-001247;
       WYETH 175-000001 - WYETH 175-000450;
       WYETH 175-000452;
       WYETH 175-000454 - WYETH 175-000472;
       WYETH 175-000474 - WYETH 175-000951;
       WYETH 175-000953 - WYETH 175-000971;
       WYETH 175-000973 - WYETH 175-000997;
       WYETH 175-000999 - WYETH 175-001063;
       WYETH 175-001065 - WYETH 175-001081;
       WYETH 175-001083 - WYETH 175-001127;
       WYETH 175-001129 - WYETH 175-001189;
       WYETH 175-001191 - WYETH 175-001465;
       WYETH 175-001467 - WYETH 175-001624;
       WYETH 175-001626 - WYETH 175-001652;
       WYETH 175-001654 - WYETH 175-001759;
       WYETH 175-001761 - WYETH 175-001934;
       WYETH 176-000001 - WYETH 176-001325;
       WYETH 177-000001 - WYETH 177-000070;
       WYETH 178-000001 - WYETH 178-000011;
       WYETH 178-000014 - WYETH 178-000233;
       WYETH 178-000266 - WYETH 178-000274;
       WYETH 178-000290 - WYETH 178-000364;
       WYETH 178-000494 - WYETH 178-000528;
       WYETH 179-000001 - WYETH 179-001118;
       WYETH 179-001120 - WYETH 179-014504;
       WYETH 179-014513 - WYETH 179-015234;
       WYETH 179-015241 - WYETH 179-026161;
       WYETH 179-026167 - WYETH 179-026853;
       WYETH 179-026857 - WYETH 179-026938;
       WYETH 179-026947 - WYETH 179-027526;
       WYETH 179-027528 - WYETH 179-027667;
       WYETH 179-027736 - WYETH 179-028389;
       WYETH 179-028395 - WYETH 179-034680;
       WYETH 206-000001 - WYETH 206-000764;
       WYETH 208-000001 - WYETH 208-000071;
       WYETH 209-000001 - WYETH 209-000529;
       WYETH 210-000004 - WYETH 210-000017; and
       WYETH 212-000001 - WYETH 212-003065.

Daniel N. Kassabian, Esq.
October 3, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $8,390.22 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/ms

cc:     Mary B. Matterer, Esq. (via Facsimile)
        Richard K. Herrmann, Esq. (via Facsimile)