**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WYETH, | ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No.: 06-222 JJF |
| v. | ) <br> ) |
| IMPAX LABORATORIES, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF SERVICE**

Please take notice that on the 10th day of October, 2006, copies of the following documents,

(1) **DEFENDANT IMPAX LABORATORIES, INC.'S IDENTIFICATION OF WITNESSES; and**

(2) **DEFENDANT IMPAX LABORATORIES, INC.'S FIRST AMENDED RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-13)**

were served on counsel as indicated:

| **VIA EMAIL & HAND** | **VIA EMAIL & FEDEX (on 10/11)** |
|---|---|
| Jack B. Blumenfeld, Esq. | Basil J. Lewis, Esq. |
| Melissa S. Myers, Esq. | Linda A. Wadler, Esq. |
| Morris, Nichols, Arsht & Tunnell | Finnegan Henderson Farabow |
| 1201 North Market Street | Garrett & Dunner L.L.P. |
| P.O. Box 1347 | 901 New York Avenue, N.W. |
| Wilmington, Delaware 19899-1347 | Washington, DC  20001 |
| 302.658.9200 | 202.408.4000 |

2

Dated: October 10, 2006

          */s/ Mary B. Matterer*
Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

M. Patricia Thayer (State Bar No. 90818)
John M. Benassi (State Bar No. 74137)
Jessica R. Wolff (State Bar No. 162295)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for IMPAX LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Melissa S. Myers
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801


Additionally, I hereby certify that on the 10th day of October, 2006, the foregoing document was served via email and hand delivery on the above counsel and also via email and federal express (on 10/11/2006) on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
    Garrett & Dunner
901 New York Avenue, NW
Washington, DE  20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com


     /s/ Mary B. Matterer
Mary B. Matterer (I.D. No. 2696)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, INC.

3