IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
|             Plaintiff, | ) |
| v. | ) C. A. No.: 06-222 (JJF) |
| IMPAX LABORATORIES, INC., | ) |
|             Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff's Responses To Defendant Impax's Second Set Of Interrogatories (Nos. 20-40); (2) Plaintiff's Reponses And Objections To Impax's Third Request For Production Of Documents And Things (Nos. 87-124); and (3) Wyeth's Supplemental Responses To Defendant Impax's Interrogatory Nos. 5, 7, 9, 12, 17, and 19 were caused to be served on October 10, 2006, upon the following counsel:

### BY FEDERAL EXPRESS

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000


October 11, 2006

526328

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 11, 2006 copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY MAIL**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

/s/ *Karen Jacobs Louden (#2881)*
Karen Jacobs Louden