IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH, ) | |
|         Plaintiff, ) | |
|         v. ) | Civil Action No.: 06-222 (JJF) |
| IMPAX LABORATORIES, INC., ) | |
|         Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Wyeth's Supplemental Responses to Defendant Impax's Interrogatory Nos. 5, 6, 10, 11, 13, 17, 18, 19, 26 and 27 were caused to be served on January 12, 2007, upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Mary B. Matterer
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
    Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

January 12, 2007

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on January 12, 2007 upon the following in the manner indicated:

### BY HAND

> Mary B. Matterer
> Morris, James, Hitchens & Williams LLP
> 500 Delaware Avenue
> Suite 1500
> Wilmington, DE 19899

> */s/ Karen Jacobs Louden (#2881)*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> klouden@mnat.com