IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

Please take notice that on the 12th day of January, 2007, copies of the following documents, **DEFENDANT IMPAX LABORATORIES, INC.'S SECOND AMENDED RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (NOS. 1-13)**, were served on counsel as indicated:

| VIA EMAIL & HAND DELIVERY | VIA EMAIL & FEDERAL EXPRESS |
|---|---|
| Jack B. Blumenfeld, Esq. | Basil J. Lewris, Esq. |
| Karen Jacobs Louden, Esq. | Linda A. Wadler, Esq. |
| Morris, Nichols, Arsht & Tunnell | Finnegan Henderson Farabow |
| 1201 North Market Street | Garrett & Dunner L.L.P. |
| P.O. Box 1347 | 901 New York Avenue, N.W. |
| Wilmington, Delaware 19899-1347 | Washington, DC 20001 |
| 302.658.9200 | 202.408.4000 |

Dated: January 12, 2006

                                           */s/ Mary B. Matterer*
                                        Mary B. Matterer (I.D. No. 2696)
                                        Morris James Hitchens & Williams LLP
                                        500 Delaware Avenue, 15th Floor
                                        Wilmington, DE 19801
                                        (302) 888-6800
                                        mmatterer@morrisjames.com

M. Patricia Thayer (State Bar No. 90818)
John M. Benassi (State Bar No. 74137)
Jessica R. Wolff (State Bar No. 162295)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California  92101
Telephone:  (858) 450-8400
Facsimile:  (858) 450-8499

Attorneys for IMPAX LABORATORIES, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2007, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 12th day of January, 2007, the foregoing document was served via email and Federal Express on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
  Garrett & Dunner
901 New York Avenue, NW
Washington, DC  20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com


　　　　　　　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. No. 2696)
　　　　　　　　　　　　　　　　　　　Morris James Hitchens & Williams LLP
　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 15th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　Attorneys for IMPAX LABORATORIES, INC.