IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 06-222 (JJF) |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>WYETH'S NOTICE OF DEPOSITION OF MARK C. SHAW</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on February 9, 2007, or at such other date and time as shall be agreed upon by the parties or ordered by the Court and continuing day to day thereafter, Plaintiff Wyeth shall take the deposition upon oral examination of Mark C. Shaw before an officer authorized to administer oaths at the law offices of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 901 New York Avenue NW, Washington, DC 20001, or at such other location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means and may also be videotaped. You are invited to attend and participate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

January 23, 2007

699041.1

1187537.1                                    2

**CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on January 23, 2007 upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

　　　　　　　　　　　　　　　　　　*/s/ Karen Jacobs Louden*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　klouden@mnat.com