# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 06-222 JJF |
| IMPAX LABORATORIES, INC., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

Please take notice that on the 22nd day of January, 2007, copies of the following document, **DEFENDANT IMPAX LABORATORIES, INC.'S AMENDED NOTICE OF DEPOSITION OF WYETH PURSUANT TO FED. R. CIV. P. 30(b)(6),** were served on counsel as indicated:

VIA EMAIL
Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302.658.9200

VIA EMAIL
Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan Henderson Farabow
     Garrett & Dunner L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
202.408.4000

Dated: January 23, 2007

    */s/ Mary B. Matterer*
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

M. Patricia Thayer (State Bar No. 90818)
John M. Benassi (State Bar No. 74137)
Jessica R. Wolff (State Bar No. 162295)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for IMPAX LABORATORIES, INC.