IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No.: 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Barbara R. Rudolph, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, Washington, DC 20001-4413 to represent plaintiff in this matter.

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　*/s/ Jack B. Blumenfeld*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Wyeth*

Dated:　February 2, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Court Judge

723819.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 2/1/07

Barbara R. Rudolph
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on February 2, 2007 upon the following in the manner indicated:

### BY HAND

>Mary B. Matterer
>Morris, James, Hitchens & Williams LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19899

### BY FEDERAL EXPRESS

>M. Patricia Thayer
>John M. Benassi
>Jessica R. Wolf
>Heller Ehrman LLP
>4350 La Jolla Village Drive
>San Diego, CA  92102

>/s/ *Jack B. Blumenfeld*
>_____
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com