IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF MOTION TO
COMPEL A RESPONSE TO INTERROGATORY NO. 35**

RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL N. KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Defendant IMPAX LABORATORIES, Inc.

February 6, 2007

TO PLAINTIFF WYETH AND ITS COUNSEL OF RECORD, PLEASE TAKE NOTICE that pursuant to the Court's Order of December 15, 2006, on March 2, 2007 at 10:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 4B of the J. Caleb Boggs Federal Building, located at 844 North King St., Wilmington, Delaware, before the Honorable Joseph J. Farnan, Jr., Defendant Impax Laboratories, Inc. ("Impax") will and hereby does move the Court for an order compelling Plaintiff Wyeth to respond to Impax's Interrogatory No. 35.

*/s/ Mary Matterer*
RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

*Attorneys for IMPAX LABORATORIES, INC.*

Dated: February 6, 2007