IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff Wyeth requests that its Motion For Entry Of A Protective Order To Strike And Limit The Scope Of Impax's Amended Notice Of Deposition Of Wyeth Pursuant To Fed. R. Civ. P. 30(b)(6) be heard on March 2, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
   Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

February 6, 2007
730444.1

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on February 6, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on February 6, 2007 upon the following in the manner indicated:

>**BY HAND**
>
>Mary B. Matterer
>Morris James LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE  19899
>
>**BY FEDERAL EXPRESS**
>
>M. Patricia Thayer
>John M. Benassi
>Jessica R. Wolf
>Heller Ehrman LLP
>4350 La Jolla Village Drive
>San Diego, CA  92102

>>*/s/ Karen Jacobs Louden*
>>Karen Jacobs Louden (#2881)
>>klouden@mnat.com