IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**WYETH'S MOTION FOR ENTRY OF A PROTECTIVE ORDER
TO STRIKE AND LIMIT THE SCOPE OF IMPAX'S AMENDED NOTICE OF
DEPOSITION OF WYETH PURSUANT TO FED. R. CIV. P. 30(b)(6)**

Pursuant to Fed. R. Civ. P. 26(c), plaintiff Wyeth moves for entry of a Protective Order to strike and limit the scope of Impax's Amended Notice of Deposition of Wyeth pursuant to Fed. R. Civ. P. 30(b)(6). The grounds for this motion are set forth in Wyeth's opening brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  Attorneys for Plaintiff Wyeth

OF COUNSEL:
Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

February 6, 2007
730447.1

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on February 6, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on February 6, 2007 upon the following in the manner indicated:

### BY HAND

Mary B. Matterer
Morris James LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

### BY FEDERAL EXPRESS

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

> */s/ Karen Jacobs Louden*
> Karen Jacobs Louden (#2881)
> klouden@mnat.com