IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br>   Plaintiff,<br><br>  v.<br><br>IMPAX LABORATORIES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>) Civil Action No.: 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alan A. Wright, of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., Two Freedom Square, 11955 Freedom Driver, Reston, Virginia, 20190-5675 to represent plaintiff in this matter.

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Jack B. Blumenfeld*

           _____
           Jack B. Blumenfeld (#1014)
           1201 N. Market Street
           P.O. Box 1347
           Wilmington, DE 19899-1347
           (302) 658-9200
           jblumenfeld@mnat.com
            *Attorneys for Plaintiff Wyeth*

Dated: February 27, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

           _____
           United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 2/22/07

_____
Alan A. Wright
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2726

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer, Esquire
> MORRIS JAMES LLP

I also certify that copies were caused to be served on February 27, 2007 upon the following in the manner indicated:

### BY HAND

Mary B. Matterer, Esquire
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

### BY FEDERAL EXPRESS

M. Patricia Thayer, Esquire
John M. Benassi, Esquire
Jessica R. Wolf, Esquire
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

/s/ *Jack B. Blumenfeld* (I.D. No. 1014)

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com