IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No.: 06-222 JJF |
| v. | ) |
|  | ) |
| IMPAX LABORATORIES, INC., | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

Please take notice that on the 27[h] day of February, 2007, copies of the following documents, **DEFENDANT IMPAX LABORATORIES, INC.'S FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 125-131) and DEFENDANT IMPAX LABORATORIES, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-6),** were served on counsel as indicated:

**VIA EMAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302.658.9200

**VIA EMAIL & FEDEX**

Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan Henderson Farabow
 Garrett & Dunner L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
202.408.4000

Dated: February 27, 2007      */s/ Mary B. Matterer*
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

M. Patricia Thayer (State Bar No. 90818)
John M. Benassi (State Bar No. 74137)
Jessica R. Wolff (State Bar No. 162295)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for IMPAX LABORATORIES, INC.

2