IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 06-222 (JJF) |
| v. | ) | |
| | ) | **REDACTED -** |
| IMPAX LABORATORIES, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF
WYETH'S OPPOSITION TO IMPAX'S MOTION TO COMPEL A
RESPONSE TO INTERROGATORY NUMBER 35**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
   Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Original Filing Date: February 21, 2007

Redacted Filing Date: February 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 06-222 (JJF) |
| v. | ) |
| | ) **CONFIDENTIAL** |
| IMPAX LABORATORIES, INC., | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |

**DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF
WYETH'S OPPOSITION TO IMPAX'S MOTION TO COMPEL A
<u>RESPONSE TO INTERROGATORY NUMBER 35</u>**

I, Karen Jacobs Louden, am a partner with the law firm of Morris, Nichols, Arsht & Tunnell LLP. I am one of the attorneys representing Wyeth in the current litigation. I hereby declare:

1. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Barbara R. Rudolph, counsel to Wyeth, to Samuel F. Ernst, counsel to Impax, dated November 17, 2006.

2. Attached hereto as Exhibit 2 is a true and correct copy of a Project Authorization Request dated June 5, 1991, bearing production numbers WYETH203-034541 through 034548.

3. Attached hereto as Exhibit 3 is a true and correct copy of internal Wyeth correspondence from Dr. R. DeNeale to Mr. R. Stewart dated April 8, 1992, bearing production number WYETH053-001602.

4. Attached hereto as Exhibit 4 is a true and correct copy of internal Wyeth correspondence from Susan Gross dated August 24, 1992, bearing production numbers WYETH020-001669 through 001677.

5. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Stephen S. Hwang to Steven M. Troy dated August 6, 1992, bearing production numbers WYETH010-001701 through 001705.

6. Attached hereto as Exhibit 6 is a true and correct copy of internal Wyeth correspondence from Ms. D. Simonetti dated October 17, 1994, bearing production numbers WYETH020-002697 through 002702.

7. Attached hereto as Exhibit 7 is a true and correct copy of the Final Report for Wyeth Protocol No. 600-B-128-US, bearing production numbers WYETH010-001797 through 001884.

8. Attached hereto as Exhibit 8 is a true and correct copy of correspondence from Ms. S. Martin of Alza to Ms. S. Gross of Wyeth dated November 5, 1993, bearing production numbers WYETH020-001633 through 001636.

9. Attached hereto as Exhibit 9 is a true and correct copy of internal Wyeth correspondence from Ms. D. Simonetti dated December 12, 1994, bearing production numbers WYETH020-006027 through 006033.

10. Attached hereto as Exhibit 10 is a true and correct copy of the Final Report for Wyeth Protocol No. 600C1-152-US, bearing production numbers WYETH022-000673 through 000790.

11. Attached hereto as Exhibit 11 is a true and correct copy of internal Wyeth correspondence from Ms. D. Simonetti dated March 31, 1998, bearing production numbers WYETH020-000378 through 000379.

12. Attached hereto as Exhibit 12 is a true and correct copy of a letter from Mark L. Lee to the Vice President and General Counsel of Alza Corporation dated June 15, 1998, bearing production number WYETH203-023220.

I declare under penalty of perjury that the foregoing is true and correct.

February 21, 2007

_/s/ Karen Jacobs Louden_
Karen Jacobs Louden (#2881)

# EXHIBIT 1

## FULLY REDACTED

# EXHIBIT 2

## FULLY REDACTED

# EXHIBIT 3

## FULLY REDACTED

# EXHIBIT 4

## FULLY REDACTED

# EXHIBIT 5

## FULLY REDACTED

# EXHIBIT 6

## FULLY REDACTED

# EXHIBIT 7

## FULLY REDACTED

# EXHIBIT 8

## FULLY REDACTED

# EXHIBIT 9

## FULLY REDACTED

Case 1:06-cv-00222-JJF    Document 96    Filed 02/28/2007    Page 13 of 18

# EXHIBIT 10

## FULLY REDACTED

# EXHIBIT 11

## FULLY REDACTED

# EXHIBIT 12

## FULLY REDACTED

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on February 21, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on February 21, 2007 upon the following in the manner indicated:

### BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

### BY FEDERAL EXPRESS

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

/s/ Karen Jacobs Louden
klouden@mnat.com

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on February 28, 2007 upon the following in the manner indicated:

### BY HAND

Mary B. Matterer
Morris, James, Hitchens & Williams
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

### BY FEDERAL EXPRESS (on 3/1/07)

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

> */s/ Karen Jacobs Louden*
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> klouden@mnat.com