IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | C.A. No. 06-222 (JJF) |
| Plaintiff, | ) | |
| | ) | **FILED UNDER SEAL** |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | **REDACTED** |
| Defendant. | ) | |
| | ) | F... |

## DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF
## WYETH'S REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER

I, Karen Jacobs Louden, Esq., am a partner with the law firm of Morris, Nichols, Arsht & Tunnell, LLP. I am one of the attorneys representing Wyeth in the current litigation. I hereby declare:

1.    Wyeth previously submitted 12 exhibits in support of its motion for protective order (D.I. 82).

2.    Attached hereto as Exhibit 13 are true and correct copies of the following correspondence related to the production of Wyeth's documents to Impax:

- Letter from Robert Pollock to Daniel Kassabian dated August 4, 2006.

- Letter from Robert Pollock to Daniel Kassabian dated August 8, 2006.

- A second letter from Robert Pollock to Daniel Kassabian dated August 8, 2006.

- Letter from Robert Pollock to Daniel Kassabian dated August 22, 2006.

- Letter from Robert Pollock to Daniel Kassabian dated August 24, 2006.

- Letter from Robert Pollock to Daniel Kassabian dated August 31, 2006.

- Letter from Robert Pollock to Daniel Kassabian dated September 5, 2006.

- Letter from Robert Pollock to Daniel Kassabian dated September 8, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated September 12, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated September 18, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated September 19, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated September 22, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated September 25, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated September 26, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated September 29, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated October 3, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated October 5, 2006.

- Letter from Linda Wadler to Daniel Kassabian dated October 6, 2006.

- Letter from Arie Michelsohn to Daniel Kassabian dated October 10, 2006.

3.    Attached hereto as Exhibit 14 are true and correct copies of the following correspondence related to the production of Impax's documents to Wyeth:

- Letter from Daniel Kassabian to Linda Wadler dated August 4, 2006.

- Letter from Kathleen Madden to Linda Wadler dated September 15, 2006.

- Letter from Daniel Kassabian to Linda Wadler dated September 29, 2006.

- Letter from Sam Ernst to Linda Wadler dated October 10, 2006.

- Letter from Daniel Kassabian to Linda Wadler dated October 20, 2006.

4.    Attached hereto as Exhibit 15 is a true and correct copy of a letter from Daniel Kassabian to Linda Wadler dated February 13, 2007.

5.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts of a transcript of the deposition of Deborah Sherman taken on October 20, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2007

_Karen Jacobs Louden_
Karen Jacobs Louden (#2881)

753866v1

# EXHIBIT 13



FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 4, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*VIA FACSIMILE*
*CONFIRMATION VIA*
*FEDERAL EXPRESS*

> *Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 (D. Del.)

Dear Daniel:

Further to Impax's letter of July 31, 2006, requesting paper copies of Wyeth's NDA No. 20-699, and as part of Wyeth's document production, I am enclosing as part of a rolling production one box of documents containing the following range of production numbers:

WYETH 004-000001 - WYETH 004-001360.1;
WYETH 004-001361 - WYETH 004-002397; and
WYETH 004-002400 - WYETH 004 003005.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

With respect to your July 31, 2006 agreement to reimburse us for the reasonable cost of providing paper copies of NDA No. 20-699 and other selected documents, the cost for providing the enclosed documents is $180.18 (6¢ per page). Please reimburse us promptly for this amount.

Sincerely,

Robert A. Pollock

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 4, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
       Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 8, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*LETTER ONLY VIA FACSIMILE*
*CONFIRMATION WITH ENCLOSURES*
*VIA FEDERAL EXPRESS*

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 (D. Del.)

Dear Daniel:

Further to Impax's letter of July 31, 2006, requesting paper copies of Wyeth's NDA No. 20-699, and as part of Wyeth's document production, I am enclosing as part of a rolling production thirteen boxes of documents containing the following range of production numbers:

WYETH 004-058754 - WYETH 004-060967;
WYETH 004-060969 - WYETH 004-061087;
WYETH 004-061090 - WYETH 004-061156;
WYETH 004-061163- WYETH 004-061174;
WYETH 004-061176 - WYETH 004-061188;
WYETH 004-061218 - WYETH 004-061572.1;
WYETH 004-061573 - WYETH 004-061942;
WYETH 004-062097 - WYETH 004-062105;
WYETH 004-062107 - WYETH 004-062339;
WYETH 004-062355 - WYETH 004-062497;
WYETH 004-062499 - WYETH 004-062677;
WYETH 004-062694 - WYETH 004-064022;
WYETH 004-064024 - WYETH 004-064122;
WYETH 004-064124 - WYETH 004-064198.1;
WYETH 004-064199 - WYETH 004-064205.1;
WYETH 004-064206 - WYETH 004-064207;
WYETH 004-064209 - WYETH 004-064214;
WYETH 004-064336 - WYETH 004-064371;
WYETH 004-064401 - WYETH 004-064642;
WYETH 004-064645 - WYETH 004-064646;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-064647;
WYETH 004-064649 - WYETH 004-064652;
WYETH 004-064656 - WYETH 004-064692.1;
WYETH 004-064693 - WYETH 004-064946.1;
WYETH 004-064947 - WYETH 004-065085;
WYETH 004-065118 - WYETH 004-065123;
WYETH 004-065150 - WYETH 004-066981;
WYETH 004-067409 - WYETH 004-069000;
WYETH 004-069002 - WYETH 004-069035.1;
WYETH 004-069036 - WYETH 004-069037.1;
WYETH 004-069038 - WYETH 004-069039.2;
WYETH 004-069040 - WYETH 004-069041.2;
WYETH 004-069042 - WYETH 004-069043.1;
WYETH 004-069044 - WYETH 004-069048.1;
WYETH 004-069049 - WYETH 004-069105.1;
WYETH 004-069106 - WYETH 004-069107.1;
WYETH 004-069108 - WYETH 004-069115.1;
WYETH 004-069116 - WYETH 004-069117.1;
WYETH 004-069118 - WYETH 004-069120;
WYETH 004-069122 - WYETH 004-069126;
WYETH 004-069128 - WYETH 004-069182;
WYETH 004-069184 - WYETH 004-069191.1;
WYETH 004-069192 - WYETH 004-069196.1;
WYETH 004-069197 - WYETH 004-069213.1;
WYETH 004-069214 - WYETH 004-069221.1;
WYETH 004-069222 - WYETH 004-069268;
WYETH 004-069314 - WYETH 004-069320;
WYETH 004-069322 - WYETH 004-069862;
WYETH 004-069865 - WYETH 004-070184.1;
WYETH 004-070185 - WYETH 004-070186.1;
WYETH 004-070187 - WYETH 004-070188.1;
WYETH 004-070189 - WYETH 004-070190.1;
WYETH 004-070191 - WYETH 004-070195.1;
WYETH 004-070196 - WYETH 004-070200.1;
WYETH 004-070201 - WYETH 004-070202.1;
WYETH 004-070203 - WYETH 004-070204;
WYETH 004-070207 - WYETH 004-070273;
WYETH 004-070295 - WYETH 004-070304;
WYETH 004-070582 - WYETH 004-070668;
WYETH 004-070691 - WYETH 004-070704.1;
WYETH 004-070705 - WYETH 004-070707;
WYETH 004-070710 - WYETH 004-070716;
WYETH 004-070719 - WYETH 004-070731.1;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNERLLP

WYETH 004-070732 - WYETH 004-070736.1;
WYETH 004-070737 - WYETH 004-070751;
WYETH 004-070754 - WYETH 004-070756.1;
WYETH 004-070757 - WYETH 004-070757.1;
WYETH 004-070758 - WYETH 004-070758.1;
WYETH 004-070759 - WYETH 004-070760.1;
WYETH 004-070761 - WYETH 004-070762.1;
WYETH 004-070763 - WYETH 004-070764.1;
WYETH 004-070765 - WYETH 004-070876.1;
WYETH 004-070877 - WYETH 004-070996.1;
WYETH 004-070997 - WYETH 004-070998.1;
WYETH 004-070999 - WYETH 004-071004;
WYETH 004-071006 - WYETH 004-071022;
WYETH 004-071036 - WYETH 004-071053.1;
WYETH 004-071054 - WYETH 004-071147.1;
WYETH 004-071148 - WYETH 004-071149.1;
WYETH 004-071150 - WYETH 004-071153;
WYETH 004-071157 - WYETH 004-071169.1;
WYETH 004-071170 - WYETH 004-071183.1;
WYETH 004-071184 - WYETH 004-071189;
WYETH 004-071191 - WYETH 004-071231;
WYETH 004-071376 - WYETH 004-071383.1;
WYETH 004-071384 - WYETH 004-071387;
WYETH 004-071393 - WYETH 004-071896.1;
WYETH 004-071897 - WYETH 004-071898.1;
WYETH 004-071899 - WYETH 004-072049.1;
WYETH 004-072050 - WYETH 004-072052.1;
WYETH 004-072053 - WYETH 004-072054.1;
WYETH 004-072055 - WYETH 004-072062.1;
WYETH 004-072063 - WYETH 004-072209.1;
WYETH 004-072210 - WYETH 004-072263;
WYETH 004-072267 - WYETH 004-072275.1;
WYETH 004-072276 - WYETH 004-072767.1;
WYETH 004-072768 - WYETH 004-072778.1;
WYETH 004-072779 - WYETH 004-072780.1;
WYETH 004-072781 - WYETH 004-072802;
WYETH 004-072808 - WYETH 004-072905;
WYETH 004-072981 - WYETH 004-072995;
WYETH 004-072998 - WYETH 004-072999;
WYETH 004-073003 - WYETH 004-073014.1;
WYETH 004-073015 - WYETH 004-073029.1;
WYETH 004-073030 - WYETH 004-073038.1;
WYETH 004-073039 - WYETH 004-073044.1;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-073045 - WYETH 004-073047.1;
WYETH 004-073048 - WYETH 004-073055;
WYETH 004-073062 - WYETH 004-073065;
WYETH 004-073068 - WYETH 004-073073.1;
WYETH 004-073074 - WYETH 004-073109.1;
WYETH 004-073110 - WYETH 004-073123.1;
WYETH 004-073124 - WYETH 004-073229.1;
WYETH 004-073230 - WYETH 004-073385;
WYETH 004-073388 - WYETH 004-073416;
WYETH 004-073445 - WYETH 004-073492;
WYETH 004-073548 - WYETH 004-073551.1;
WYETH 004-073552 - WYETH 004-073578.1;
WYETH 004-073579 - WYETH 004-073580.1;
WYETH 004-073581 - WYETH 004-073582.1;
WYETH 004-073583 - WYETH 004-073584;
WYETH 004-073586 - WYETH 004-073590.1;
WYETH 004-073591 - WYETH 004-073592.1;
WYETH 004-073593 - WYETH 004-073594.1;
WYETH 004-073595 - WYETH 004-073597;
WYETH 004-073599 - WYETH 004-073610;
WYETH 004-073612 - WYETH 004-073626;
WYETH 004-073629 - WYETH 004-073678.1;
WYETH 004-073679;
WYETH 004-073689 - WYETH 004-073712;
WYETH 004-073714 - WYETH 004-073716;
WYETH 004-073719 - WYETH 004-073736;
WYETH 004-073742 - WYETH 004-073762;
WYETH 004-073831;
WYETH 004-073847 - WYETH 004-073849;
WYETH 004-073851;
WYETH 004-073853 - WYETH 004-073853.1;
WYETH 004-073855 - WYETH 004-073864.1;
WYETH 004-073865 - WYETH 004-073910.1;
WYETH 004-073912 - WYETH 004-073946.1;
WYETH 004-073947 - WYETH 004-073947.1;
WYETH 004-073948 - WYETH 004-073954.1;
WYETH 004-073955 - WYETH 004-073955.1;
WYETH 004-073956 - WYETH 004-074014.1;
WYETH 004-074015 - WYETH 004-074021.1;
WYETH 004-074022 - WYETH 004-074038;
WYETH 004-074040 - WYETH 004-074227;
WYETH 004-074230 - WYETH 004-074238.1;
WYETH 004-074239 - WYETH 004-074240;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-074242 - WYETH 004-074263.1;
WYETH 004-074264 - WYETH 004-074295;
WYETH 004-074299 - WYETH 004-074324.1;
WYETH 004-074325 - WYETH 004-074352.1;
WYETH 004-074353 - WYETH 004-074382;
WYETH 004-074618 - WYETH 004-074707;
WYETH 004-074709 - WYETH 004-074725;
WYETH 004-074729 - WYETH 004-075246.1;
WYETH 004-075247 - WYETH 004-075252.1;
WYETH 004-075253;
WYETH 004-075265 - WYETH 004-075289;
WYETH 004-075293 - WYETH 004-075297;
WYETH 004-075299 - WYETH 004-075301;
WYETH 004-075303 - WYETH 004-075309.1;
WYETH 004-075310 - WYETH 004-075421;
WYETH 004-075638 - WYETH 004-075657.1;
WYETH 004-075658 - WYETH 004-075726;
WYETH 004-075729 - WYETH 004-075765;
WYETH 004-075768 - WYETH 004-075846.1;
WYETH 004-075847.1;
WYETH 004-075848 - WYETH 004-075866;
WYETH 004-075870 - WYETH 004-075904;
WYETH 004-075908 - WYETH 004-075913.1;
WYETH 004-075914 - WYETH 004-076106.1;
WYETH 004-076107 - WYETH 004-076225;
WYETH 004-076228 - WYETH 004-076231;
WYETH 004-076234 - WYETH 004-076395;
WYETH 004-076398 - WYETH 004-076410;
WYETH 004-076413 - WYETH 004-076414;
WYETH 004-076416 - WYETH 004-076838;
WYETH 004-076841 - WYETH 004-081079;
WYETH 004-081082 - WYETH 004-081368;
WYETH 004-081371 - WYETH 004-081696;
WYETH 004-081727 - WYETH 004-081816;
WYETH 004-081819 - WYETH 004-081895;
WYETH 004-081902 - WYETH 004-081915;
WYETH 004-081921 - WYETH 004-081930;
WYETH 004-081934 - WYETH 004-081947;
WYETH 004-081971 - WYETH 004-082186;
WYETH 004-082211 - WYETH 004-082239;
WYETH 004-082248 - WYETH 004-082249;
WYETH 004-082251 - WYETH 004-082282;
WYETH 004-082284 - WYETH 004-082371;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-082373 - WYETH 004-082673;
WYETH 004-082676;
WYETH 004-082696 - WYETH 004-082727;
WYETH 004-082740 - WYETH 004-082747;
WYETH 004-083023 - WYETH 004-083026;
WYETH 004-083047 - WYETH 004-083049;
WYETH 004-083051 - WYETH 004-083058;
WYETH 004-083060 - WYETH 004-083217;
WYETH 004-083219 - WYETH 004-083671;
WYETH 004-083673 - WYETH 004-083681;
WYETH 004-084016 - WYETH 004-084124;
WYETH 004-084126 - WYETH 004-084161;
WYETH 004-084163 - WYETH 004-084172;
WYETH 004-084174 - WYETH 004-084270;
WYETH 004-085155 - WYETH 004-085295;
WYETH 004-085297 - WYETH 004-085347;
WYETH 004-085350 - WYETH 004-085355;
WYETH 004-085356 - WYETH 004-085446;
WYETH 004-085460 - WYETH 004-086289;
WYETH 004-086293 - WYETH 004-086294;
WYETH 004-086321 - WYETH 004-086693;
WYETH 004-086719 - WYETH 004-086745;
WYETH 004-086961;
WYETH 004-087147 - WYETH 004-087148;
WYETH 004-087290 - WYETH 004-087291;
WYETH 004-087521;
WYETH 004-087673 - WYETH 004-087674;
WYETH 004-087941 - WYETH 004-088154;
WYETH 004-088157 - WYETH 004-088176;
WYETH 004-088254 - WYETH 004-088308;
WYETH 004-088313 - WYETH 004-088433;
WYETH 004-088435 - WYETH 004-088459;
WYETH 004-088461 - WYETH 004-088473;
WYETH 004-088475 - WYETH 004-088505;
WYETH 004-088516 - WYETH 004-088866;
WYETH 004-088869 - WYETH 004-088882;
WYETH 004-088885 - WYETH 004-088910;
WYETH 004-088927 - WYETH 004-088933;
WYETH 004-088937 - WYETH 004-088956;
WYETH 004-088961 - WYETH 004-089785;
WYETH 004-089851 - WYETH 004-091790.

Daniel N. Kassabian, Esq.
August 8, 2006
Page 7

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal
protective order is in place, however, the enclosed documents should be maintained
on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

With respect to your July 31, 2006 agreement to reimburse us for the
reasonable cost of providing paper copies of NDA No. 20-699 and other selected
documents, the cost for providing the enclosed documents is $1,662.54 (6¢ per
page).  Please reimburse us promptly for this amount.

Sincerely,

Robert A. Pollock

RAP/amn

cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
       Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 8, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*LETTER ONLY VIA FACSIMILE*
*CONFIRMATION WITH ENCLOSURES*
*VIA FEDERAL EXPRESS*

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 (D. Del.)

Dear Daniel:

Further to Impax's letter of July 31, 2006, requesting paper copies of Wyeth's NDA No. 20-699, and as part of Wyeth's document production, I am enclosing as part of a rolling production twenty boxes of documents containing the following range of production numbers:

WYETH 004 003006 - WYETH 004-004645;
WYETH 004-003990.1 - WYETH 004-003990.52;
WYETH 004-004647 - WYETH 004-006979;
WYETH 004-006982 - WYETH 004-012420;
WYETH 004-012430 - WYETH 004-013207;
WYETH 004-013210 - WYETH 004-014362.1;
WYETH 004-014363 - WYETH 004-018320;
WYETH 004-018323 - WYETH 004-019366.1;
WYETH 004-019367 - WYETH 004-019430.1;
WYETH 004-019431 - WYETH 004-019451.1;
WYETH 004-019452 - WYETH 004-020084;
WYETH 004-020098 - WYETH 004-020173;
WYETH 004-020183 - WYETH 004-020556;
WYETH 004-020558 - WYETH 004-021408;
WYETH 004-021410 - WYETH 004-023045;
WYETH 004-023048 - WYETH 004- 025098;
WYETH 004-025101 - WYETH 004-025550;
WYETH 004-025552 - WYETH 004-025574;
WYETH 004-025576 - WYETH 004-026996;
WYETH 004-026999 - WYETH 004-027910.1;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 8, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-027911 - WYETH 004-028503.1;
WYETH 004-028504 - WYETH 004-029624;
WYETH 004-029625 - WYETH 004-030113;
WYETH 004-030114 - WYETH 004-031028.1;
WYETH 004-031029 - WYETH 004-031853;
WYETH 004-031855 - WYETH 004-033852;
WYETH 004-033854 - WYETH 004-033976;
WYETH 004-033978 - WYETH 004-034023;
WYETH 004-034025 - WYETH 004-034029;
WYETH 004-034040 - WYETH 004-034177;
WYETH 004-034179 - WYETH 004-034261.1;
WYETH 004-034262 - WYETH 004-036299;
WYETH 004-036301 - WYETH 004-036354;
WYETH 004-036358 - WYETH 004-036421;
WYETH 004-036424 - WYETH 004-038096
WYETH 004-038099 - WYETH 004-038549.3;
WYETH 004-038550 - WYETH 004-038885;
WYETH 004-038887 - WYETH 004-043118;
WYETH 004-043187 - WYETH 004-044054;
WYETH 004-044056 - WYETH 004-044112;
WYETH 004-044115 - WYETH 004-047446;
WYETH 004-047449 - WYETH 004-047493;
WYETH 004-047495 - WYETH 004-047499;
WYETH 004-047501 - WYETH 004-047505;
WYETH 004-047507 - WYETH 004-047642;
WYETH 004-047646 - WYETH 004-047695;
WYETH 004-047697 - WYETH 004-047852;
WYETH 004-047854 - WYETH 004-047906;
WYETH 004-047908 - WYETH 004-047978;
WYETH 004-047980 - WYETH 004-047984;
WYETH 004-047986 - WYETH 004-047996;
WYETH 004-047998 - WYETH 004-048006;
WYETH 004-048008 - WYETH 004-048186;
WYETH 004-048188 - WYETH 004-048516;
WYETH 004-048518 - WYETH 004-048595;
WYETH 004-048597 - WYETH 004-048657;
WYETH 004-048662 - WYETH 004-048913;
WYETH 004-048915 - WYETH 004-049029;
WYETH 004-049031 - WYETH 004-049790;
WYETH 004-049837 - WYETH 004-049872;
WYETH 004-049874 - WYETH 004-049876;
WYETH 004-049878 - WYETH 004-049887;
WYETH 004-049889 - WYETH 004-050482;

Daniel N. Kassabian, Esq.
August 8, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 004-050484 - WYETH 004-050510;
WYETH 004-050514 - WYETH 004-050548;
WYETH 004-050552 - WYETH 004-050582;
WYETH 004-050585 - WYETH 004-050591;
WYETH 004-050594;
WYETH 004-050597 - WYETH 004-050601;
WYETH 004-050602 - WYETH 004-052623;
WYETH 004-052625 - WYETH 004-052710;
WYETH 004-052716 - WYETH 004-053914;
WYETH 004-053926 - WYETH 004-053949;
WYETH 004-053958 - WYETH 004-055271;
WYETH 004-055274 - WYETH 004-055823;
WYETH 004-055836 - WYETH 004-057097;
WYETH 004-057114 - WYETH 004-057619;
WYETH 004-057629 - WYETH 004-057642;
WYETH 004-057647 - WYETH 004-058550; and
WYETH 004-058553 - WYETH 004-058753.

   The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal
protective order is in place, however, the enclosed documents should be maintained
on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

   With respect to your July 31, 2006 agreement to reimburse us for the
reasonable cost of providing paper copies of NDA No. 20-699 and other selected
documents, the cost for providing the enclosed documents is $3,330.60 (6¢ per
page).  Please reimburse us promptly for this amount.

Sincerely,

Robert A. Pollock

RAP/amn

cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
       Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER**LLP

901 New York Avenue, NW ▪ Washington, DC  20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 22, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

*LETTER ONLY VIA FACSIMILE*
*CONFIRMATION WITH ENCLOSURES*
*VIA FEDERAL EXPRESS*

<u>*Wyeth v. Impax Laboratories, Inc.*</u>, Civil Action No.:  06-222 (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, and as part of our rolling production, I am enclosing one box containing transcripts from the depositions of inventors Clark, Lamer, Sherman and White, and Wyeth's 30(b)(6) witnesses, Alaburda and Mangano, in the Wyeth v. Teva litigation.  The enclosed transcripts bear the following range of production numbers:

WYETH 300-000001 - WYETH 300-002043.

We are still processing the exhibits marked at the above depositions, but will produce them to you in the near future.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Our cost for copying the enclosed documents is $122.58 (6¢ per page).  Please reimburse us promptly for this amount.

Sincerely,

Robert Pollock

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 22, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

RAP/bf

cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
        Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 24, 2006

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*LETTER ONLY VIA FACSIMILE*
*CONFIRMATION WITH ENCLOSURES*
*VIA FEDERAL EXPRESS*

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, I am enclosing four boxes containing deposition exhibits from the depositions of inventors Clark, Lamer, Sherman and White, and Wyeth's 30(b)(6) witnesses, Alaburda and Mangano, in the Wyeth v. Teva litigation. The enclosed exhibits bear the following range of production numbers:

| | |
|---|---|
| Alaburda Ex. 202 | WYETH 300-002044 - WYETH 300-002051; |
| Alaburda Ex. 203 | WYETH 300-002052 - WYETH 300-002053; |
| Alaburda Ex. 204 | WYETH 300-002054 - WYETH 300-002055; |
| Alaburda Ex. 205 | WYETH 300-002056 - WYETH 300-002063; |
| Alaburda Ex. 206 | WYETH 300-002064; |
| Alaburda Ex. 207 | WYETH 004-009692 - WYETH 004-009833; |
| | WYETH 004-010282 - WYETH 004-010325; |
| Alaburda Ex. 208 | WYETH 207-000001 - WYETH 207-000355; |
| Alaburda Ex. 209 | WYETH 077-008463 - WYETH 077-008470; |
| Alaburda Ex. 210 | WYETH 004-014377 - WYETH 004-014498; |
| Alaburda Ex. 211 | WYETH 004-015400 - WYETH 004-015659.1; |
| Alaburda Ex. 212 | WYETH 004-020431 - WYETH 004-020636; |
| Alaburda Ex. 213 | WYETH 208-000001 - WYETH 208-000037; |
| Alaburda Ex. 214 | WYETH 004-004365 - WYETH 004-004605; |

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 24, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Alaburda Ex. 215 | WYETH 206-000370 - WYETH 206-000566; |
| Alaburda Ex. 216 | WYETH 209-000001 - WYETH 209-000525; |
| Alaburda Ex. 217 | WYETH 120-000247 - WYETH 120-000258; |
| Alaburda Ex. 218 | WYETH 120-000080 - WYETH 120-000091; |
| Alaburda Ex. 219 | WYETH 120-000203 - WYETH 120-000229; |
| Alaburda Ex. 220 | WYETH 120-000267 - WYETH 120-000279; |
| Alaburda Ex. 221 | WYETH 120-000092 - WYETH 120-000127; |
| Alaburda Ex. 222 | WYETH 009-000001; |
| | WYETH 009-000139 - WYETH 009-000148; |
| | WYETH 009-000153 - WYETH 009-000154; |
| Alaburda Ex. 223 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 224 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 225 | WYETH 019-011049 - WYETH 019-011069; |
| Alaburda Ex. 226 | WYETH 300-002065 - WYETH 300-002271; |
| Alaburda Ex. 227 | WYETH 211-000558 - WYETH 211-000764; |
| Alaburda Ex. 228 | WYETH 300-002272 - WYETH 300-002626; |
| Alaburda Ex. 229 | WYETH 211-000201 - WYETH 211-000557; |
| Alaburda Ex. 230 | WYETH 010-001655 - WYETH 010-001658; |
| Alaburda Ex. 231 | WYETH 009-000001; |
| | WYETH 009-000155 - WYETH 009-000161; |
| Alaburda Ex. 232 | WYETH 007-000259; |
| | WYETH 007-000298 - WYETH 007-000298; |
| Alaburda Ex. 233 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 234 | WYETH 010-001415 - WYETH 010-001420; |
| Alaburda Ex. 235 | WYETH 007-000259; |
| | WYETH 007-000280 - WYETH 007-000280; |
| Alaburda Ex. 236 | WYETH 007-000259; |
| | WYETH 007-000324; |
| Alaburda Ex. 237 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 238 | WYETH 007-000259; |
| | WYETH 007-000301 - WYETH 007-000301; |
| Alaburda Ex. 239 | WYETH 009-000001; |
| | WYETH 009-000155 - WYETH 009-000161; |
| Alaburda Ex. 240 | WYETH 007-000259; |
| | WYETH 009-000321; |
| Alaburda Ex. 241 | WYETH 010-001439 - WYETH 010-001442; |
| Alaburda Ex. 242 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 243 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 244 | WYETH 300-002627 - WYETH 300-002833; |
| Alaburda Ex. 245 | WYETH 007-000293; |
| | WYETH 007-000259; |
| Alaburda Ex. 246 | WYETH 009-000139 - WYETH 009-000140; |
| | WYETH 009-000001; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Alaburda Ex. 247 | WYETH 010-001472 - WYETH 010-001475; |
| Alaburda Ex. 248 | WYETH 010-001424 - WYETH 010-001427; |
| Alaburda Ex. 249 | WYETH 007-000259; |
| | WYETH 007-000318; |
| Alaburda Ex. 250 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 251 | WYETH 300-002834 - WYETH 300-003189; |
| Alaburda Ex. 252 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 253 | WYETH 300-003190 - WYETH 300-003388; |
| Alaburda Ex. 254 | WYETH 211-000001 - WYETH 211-000200; |
| Alaburda Ex. 255 | WYETH 007-001616 - WYETH 007-001904; |
| Alaburda Ex. 256 | WYETH 004-000305 - WYETH 004-000361; |
| Alaburda Ex. 257 | WYETH 004-003276 - WYETH 004-003461; |
| Alaburda Ex. 258 | WYETH 004-003919 - WYETH 004-004013; |
| Alaburda Ex. 259 | WYETH 023-001290 - WYETH 023-001312; |
| Alaburda Ex. 260 | WYETH 004-019321 - WYETH 004-019542; |
| Alaburda Ex. 261 | WYETH 126-002087 - WYETH 126-002119; |
| Alaburda Ex. 262 | WYETH 300-003389 - WYETH 300-003395; |
| Alaburda Ex. 263 | WYETH 300-003396 - WYETH 300-003402; |
| Clark Ex. 65 | WYETH 204-000238 - WYETH 204-000240; |
| Clark Ex. 66 | WYETH 204-000214 - WYETH 204-000223; |
| Clark Ex. 67 | WYETH 204-000133 - WYETH 204-000166; |
| Clark Ex. 68 | WYETH 300-003403 - WYETH 300-003410; |
| Clark Ex. 69 | WYETH 012-001069 - WYETH 012-001071; |
| Clark Ex. 70 | WYETH 300-003411 - WYETH 300-003420; |
| Clark Ex. 71 | WYETH 202-000673; |
| Clark Ex. 72 | WYETH 202-000673.1; |
| Clark Ex. 73 | WYETH 009-000001 - WYETH 009-000210; |
| Clark Ex. 74 | WYETH 007-000259 - WYETH 007-000339; |
| Clark Ex. 75 | WYETH 053-000052 - WYETH 053-000056; |
| Clark Ex. 76 | WYETH 053-001603; |
| Clark Ex. 77 | WYETH 053-001602; |
| Clark Ex. 78 | WYETH 012-000113 - WYETH 012-000116; |
| Clark Ex. 79 | WYETH 012-000215 - WYETH 012-000223; |
| Clark Ex. 80 | WYETH 012-000686 - WYETH 012-000688; |
| Clark Ex. 81 | WYETH 057-000451 - WYETH 057-000452; |
| Clark Ex. 82 | WYETH 010-000189 - WYETH 010-000192; |
| Clark Ex. 83 | WYETH 010-000533 - WYETH 010-000536; |
| Clark Ex. 84 | WYETH 019-000867 - WYETH 019-000872; |
| Clark Ex. 85 | WYETH 019-012996 - WYETH 019-013000; |
| Clark Ex. 86 | WYETH 012-000980 - WYETH 012-000982; |
| Clark Ex. 87 | WYETH 012-001012 - WYETH 012-001036; |
| Clark Ex. 88 | WYETH 012-001059 - WYETH 012-001060; |
| Clark Ex. 89 | WYETH 055-000039 - WYETH 055-000052; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Clark Ex. 90 | WYETH 057-000632; |
| Clark Ex. 91 | WYETH 139-000606 - WYETH 139-000611; |
| Clark Ex. 92 | WYETH 057-001163; |
| Lamer Ex. 27 | WYETH 012-000042 - WYETH 012-000049; |
| Lamer Ex. 28 | WYETH 012-000067 - WYETH 012-000071; |
| Lamer Ex. 29 | WYETH 053-000052 - WYETH 053-000056; |
| Lamer Ex. 30 | WYETH 053-001323 - WYETH 053-001325; |
| Lamer Ex. 31 | WYETH 053-001602; |
| Lamer Ex. 32 | WYETH 010-003709 - WYETH 010-003710; |
| Lamer Ex. 33 | WYETH 012-000113 - WYETH 012-000116; |
| Lamer Ex. 34 | WYETH 053-001394 - WYETH 053-001399; |
| Lamer Ex. 35 | WYETH 053-001462 - WYETH 053-001463; |
| Lamer Ex. 36 | WYETH 057-000449 - WYETH 057-000450; |
| Lamer Ex. 37 | WYETH 012-000686 - WYETH 012-000688; |
| Lamer Ex. 38 | WYETH 012-001012 - WYETH 012-001036; |
| Lamer Ex. 39 | WYETH 012-001069 - WYETH 012-001071; |
| Lamer Ex. 40 | WYETH 053-000429 - WYETH 053-000430; |
| Lamer Ex. 41 | WYETH 053-000424 - WYETH 053-000428; |
| Lamer Ex. 42 | WYETH 053-000441 - WYETH 053-000445; |
| Lamer Ex. 43 | WYETH 053-000164 - WYETH 053-000168; |
| Lamer Ex. 44 | WYETH 053-000128 - WYETH 053-000134; |
| Lamer Ex. 45 | WYETH 204-000133 - WYETH 204-000166; |
| Lamer Ex. 46 | WYETH 204-000167; |
| Lamer Ex. 47 | WYETH 300-003421 - WYETH 300-003428; |
| Lamer Ex. 48 | WYETH 300-003429 - WYETH 300-003437; |
| Mangano Ex. 141 | WYETH 300-003438 - WYETH 300-003442; |
| Mangano Ex. 142 | WYETH 004-019321 - WYETH 004-019542; |
| Mangano Ex. 143 | WYETH 004-020431 - WYETH 004-020636; |
| Mangano Ex. 144 | WYETH 004-009692 - WYETH 004-009833; |
| | WYETH 004-010282 - WYETH 004-010325; |
| Mangano Ex. 145 | WYETH 207-000001 - WYETH 207-000355; |
| Mangano Ex. 146 | WYETH 300-003443 - WYETH 300-003450; |
| Mangano Ex. 147 | WYETH 203-021982 - WYETH 203-022003; |
| Mangano Ex. 148 | WYETH 004-014379 - WYETH 004-014381; |
| Mangano Ex. 149 | WYETH 127-014377 - WYETH 127-014498; |
| Mangano Ex. 150 | WYETH 127-034882 - WYETH 127-034887; |
| Mangano Ex. 151 | WYETH 004-014886 - WYETH 004-014959; |
| Mangano Ex. 152 | WYETH 004-015402 - WYETH 004-015404; |
| Mangano Ex. 153 | WYETH 004-015400 - WYETH 004-015659.1; |
| Mangano Ex. 154 | WYETH 004-002119 - WYETH 004-002274; |
| Mangano Ex. 155 | WYETH 012-000664 - WYETH 012-000680; |
| Mangano Ex. 156 | WYETH 004-001803 - WYETH 004-001901; |
| Mangano Ex. 157 | WYETH 004-002401 - WYETH 004-002491; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| Mangano Ex. 158 | WYETH 004-002403 - WYETH 004-002491; |
| Mangano Ex. 159 | WYETH 102-000052 - WYETH 102-000058; |
| Mangano Ex. 160 | WYETH 004-002492 - WYETH 004-002539; |
| Mangano Ex. 161 | WYETH 179-000763 - WYETH 179-000773; |
| Mangano Ex. 162 | WYETH 004-003274 - WYETH 004-003461; |
| Mangano Ex. 163 | WYETH 004-003276 - WYETH 004-003461; |
| Mangano Ex. 164 | WYETH 020-005676 - WYETH 020-005689; |
| Mangano Ex. 165 | WYETH 179-000821 - WYETH 179-000828; |
| Mangano Ex. 166 | WYETH 004-004773 - WYETH 004-004774; |
| Mangano Ex. 167 | WYETH 004-004771 - WYETH 004-004834; |
| Mangano Ex. 168 | WYETH 179-000899 - WYETH 179-000904; |
| Mangano Ex. 169 | WYETH 004-005548 - WYETH 004-005549; |
| Mangano Ex. 170 | WYETH 179-000934 - WYETH 179-000943; |
| Mangano Ex. 171 | WYETH 004-005097 - WYETH 004-005098; |
| Mangano Ex. 172 | WYETH 179-003232 - WYETH 179-003242; |
| Mangano Ex. 173 | WYETH 004-018694 - WYETH 004-018752; |
| Mangano Ex. 174 | WYETH 206-000592 - WYETH 206-000593; |
| Mangano Ex. 175 | WYETH 179-000057 - WYETH 179-000125; |
| Mangano Ex. 176 | WYETH 004-022996 - WYETH 004-023045; |
| Mangano Ex. 177 | WYETH 179-010310 - WYETH 179-010324; |
| Mangano Ex. 178 | WYETH 004-000136 - WYETH 004-000154; |
| Sherman Ex. 49 | WYETH 009-000001 - WYETH 009-000009; |
| Sherman Ex. 50 | WYETH 300-003451 - WYETH 300-003458; |
| Sherman Ex. 51 | WYETH 009-000001 - WYETH 009-000210; |
| Sherman Ex. 52 | WYETH 012-000034 - WYETH 012-000041; |
| Sherman Ex. 53 | WYETH 300-003459 - WYETH 300-003468; |
| Sherman Ex. 54 | WYETH 053-001612 - WYETH 053-001616; |
| Sherman Ex. 55 | WYETH 053-001323 - WYETH 053-001325; |
| Sherman Ex. 56 | WYETH 053-001424; |
| Sherman Ex. 57 | WYETH 203-028374 - WYETH 203-028380; |
| Sherman Ex. 58 | WYETH 053-001462 - WYETH 053-001463; |
| Sherman Ex. 59 | WYETH 012-001103 - WYETH 012-001109; |
| Sherman Ex. 60 | WYETH 155-000140 - WYETH 155-000143; |
| Sherman Ex. 61 | WYETH 057-001106 - WYETH 057-001110; |
| Sherman Ex. 62 | WYETH 057-001542; |
| Sherman Ex. 63 | WYETH 055-000002 - WYETH 055-000038; |
| Sherman Ex. 64 | WYETH 012-001235 - WYETH 012-001249; |
| White Ex. 01 | WYETH 300-003469 - WYETH 300-003476; |
| White Ex. 02 | WYETH 300-003477; |
| White Ex. 03 | WYETH 012-000067 - WYETH 012-000071; |
| White Ex. 04 | WYETH 007-000259 - WYETH 007-000339; |
| White Ex. 05 | WYETH 007-000215 - WYETH 007-000223; |
| White Ex. 06 | WYETH 055-001171 - WYETH 055-001174; |

Daniel N. Kassabian, Esq.
August 24, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

| | |
|---|---|
| White Ex. 07 | WYETH 012-000187 - WYETH 012-000189; |
| White Ex. 08 | WYETH 057-000409 - WYETH 057-000410; |
| White Ex. 09 | WYETH 013-000973 - WYETH 013-000989; |
| | WYETH 013-001011 - WYETH 013-001012; |
| White Ex. 10 | WYETH 012-000859 - WYETH 012-000862; |
| White Ex. 11 | WYETH 012-000867 - WYETH 012-000872; |
| White Ex. 12 | WYETH 007-001616 - WYETH 007-001904; |
| White Ex. 13 | WYETH 012-000894 - WYETH 012-000902; |
| White Ex. 14 | WYETH 057-000401 - WYETH 057-000402; |
| White Ex. 15 | WYETH 012-000980 - WYETH 012-000982; |
| White Ex. 16 | WYETH 055-000509 - WYETH 055-000526; |
| White Ex. 17 | WYETH 019-010340 - WYETH 019-010344; |
| White Ex. 18 | WYETH 057-001106 - WYETH 057-001110; |
| White Ex. 19 | WYETH 133-000582 - WYETH 133-000605; |
| White Ex. 20 | WYETH 133-000606 - WYETH 133-000629; |
| White Ex. 21 | WYETH 057-000182; |
| White Ex. 22 | WYETH 057-000180 - WYETH 057-000181; |
| White Ex. 23 | WYETH 057-000151; |
| White Ex. 24 | WYETH 055-000783; |
| White Ex. 25 | WYETH 055-000784 - WYETH 055-000812; |
| White Ex. 26 | WYETH 004-000137 - WYETH 004-000154; |

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Our cost for copying the enclosed documents is $1194.24. Because the copies of the exhibits needed to be made from paper copies, our cost was 12¢ per page. Please reimburse us promptly for this amount.

Sincerely,

Robert Pollock

RAP/bf


cc:    Mary B. Matterer, Esq. (via Facsimile, without enclosures)
       Richard K. Herrmann, Esq. (via Facsimile, without enclosures)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

August 31, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

<u>*Wyeth v. Impax Laboratories, Inc.*</u>, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, three CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 015-000001 - WYETH 015-006767;

WYETH 015-006781 - WYETH 015-006894;

WYETH 015-006921 - WYETH 015-007082;

WYETH 015-007113 - WYETH 015-007243;

WYETH 015-007270 - WYETH 015-007278;

WYETH 015-007305 - WYETH 015-008036;

WYETH 015-008063 - WYETH 015-018681;

WYETH 015-018876 - WYETH 015-021825;

WYETH 015-021839 - WYETH 015-027289;

WYETH 015-027312 - WYETH 015-027784;

WYETH 015-027856 - WYETH 015-028016;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
August 31, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 015-028038 - WYETH 015-029034;

WYETH 015-030509 - WYETH 015-046305;

WYETH 015-052131 - WYETH 015-055046.1;

WYETH 015-055047 - WYETH 015-059467.

These documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the enclosed documents should be maintained on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $3,101.22 (6¢ per page).

Sincerely,

Robert Pollock

RAP/bf

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER** LLP

ROBERT A. POLLOCK
202.408.4081
robert.pollock@finnegan.com

September 5, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

<u>Wyeth v. Impax Laboratories, Inc.</u>, Civil Action No.:  06-222 (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, two CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 001-000001 - WYETH 001-000029;
WYETH 002-000001 - WYETH 002-000974;
WYETH 003-000001 - WYETH 003-000076;
WYETH 006-000001 - WYETH 006-000147; and
WYETH 207-000001 - WYETH 207-000355.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $94.86 ($ 0.06 per page).

Sincerely,

Robert A. Pollock

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
September 5, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

RAP/amn

cc:   Mary B. Matterer, Esq. (via Facsimile)
      Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ROBERT POLLOCK
202.408.4081
robert.pollock@finnegan.com

September 8, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

<u>*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.:  06-222 JJF (D. Del.)</u>

Dear Daniel:

As part of Wyeth's continuing document production, six CDs containing documents in TIFF image format are available for your inspection.  These documents bear the following range of production numbers:

WYETH 005-000001 - WYETH 005-015596.1;
WYETH 005-015597 - WYETH 005-018727;
WYETH 011-000001 - WYETH 011-000964;
WYETH 011-001164 - WYETH 011-002514;
WYETH 011-002701 - WYETH 011-002867;
WYETH 011-003070 - WYETH 011-004159;
WYETH 037-000001 - WYETH 037-000232;
WYETH 038-000001 - WYETH 038-000353;
WYETH 039-000001 - WYETH 039-000204;
WYETH 040-000001 - WYETH 040-007210;
WYETH 040-007211 - WYETH 040-007433;
WYETH 041-000001 - WYETH 041-000141;
WYETH 042-000001 - WYETH 041-009310;
WYETH 043-000001 - WYETH 043-000099;
WYETH 130-000001 - WYETH 130- 008761; and
WYETH 211-000001 - WYETH 211-000764.

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
September 8, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $2,975.52 (6¢ per page).

Sincerely,

Robert Pollock

RAP/jm

cc:  Mary B. Matterer, Esq. (via Facsimile)
Richard K. Herrmann, Esq. (via Facsimile)



FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 12, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 9 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 016-000001 - WYETH 016-002180;
WYETH 016-002182 - WYETH 016-002855;
WYETH 016-002862 - WYETH 016-003371;
WYETH 016-003373 - WYETH 016-003814;
WYETH 016-003833 - WYETH 016-004323;
WYETH 016-004325 - WYETH 016-005054;
WYETH 016-005056 - WYETH 016-007422;
WYETH 016-007430 - WYETH 016-008402;
WYETH 016-008404 - WYETH 016-008436;
WYETH 017-000001 - WYETH 017-002108;
WYETH 018-000001 - WYETH 018-016092;
WYETH 019-000001 - WYETH 019-022705;
WYETH 022-000001 - WYETH 022-003868;
WYETH 023-000001 - WYETH 023-001442;
WYETH 047-000001 - WYETH 047-008355;
WYETH 047-008389 - WYETH 047-010968;
WYETH 047-011681 - WYETH 047-014609;
WYETH 047-014611 - WYETH 047-015273;
WYETH 048-000001 - WYETH 048-004510;
WYETH 049-000001 - WYETH 049-004689;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
September 12, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 050-000001 - WYETH 050-011197;
WYETH 068-000001 - WYETH 068-000555;
WYETH 068-000557 - WYETH 068-009057;
WYETH 068-009062 - WYETH 068-010115;
WYETH 142-000001 - WYETH 142-000257;
WYETH 142-000273 - WYETH 142-003935;
WYETH 142-003950 - WYETH 142-004774;
WYETH 142-004819 - WYETH 142-004953;
WYETH 142-004956 - WYETH 142-007001;
WYETH 142-007006 - WYETH 142-007053;
WYETH 142-007102 - WYETH 142-007128;
WYETH 142-007137 - WYETH 142-007382;
WYETH 142-007449 - WYETH 142-007492;
WYETH 142-007498 - WYETH 142-008202; and
WYETH 213-000001 - WYETH 213-000023.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $6,501.18 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AMM/jk

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 18, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.:  06-222 JJF (D. Del.)

Dear Daniel:

    As part of Wyeth's continuing document production, 11 CDs containing documents in TIFF image format are available for your inspection.  These documents bear the following range of production numbers:

        WYETH 070-000001 - WYETH 070-000068;
        WYETH 071-000001 - WYETH 071-000075;
        WYETH 072-000001 - WYETH 072-000046;
        WYETH 072-000056 - WYETH 072-000691;
        WYETH 073-000001 - WYETH 073-000331;
        WYETH 074-000001 - WYETH 074-000040;
        WYETH 075-000001 - WYETH 075-000153;
        WYETH 076-000001 - WYETH 076-000243;
        WYETH 077-000001 - WYETH 077-000808;
        WYETH 077-001003 - WYETH 077-014994;
        WYETH 077-015133 - WYETH 077-015755;
        WYETH 077-015896 - WYETH 077-016575;
        WYETH 077-016607 - WYETH 077-017217;
        WYETH 077-017335 - WYETH 077-021413;
        WYETH 077-021417 - WYETH 077-025093;
        WYETH 078-000001 - WYETH 078-000777;
        WYETH 079-000001 - WYETH 079-000557;
        WYETH 079-000559 - WYETH 079-001752;
        WYETH 080-000001 - WYETH 080-003242;
        WYETH 080-003346 - WYETH 080-014324;
        WYETH 080-014326 - WYETH 080-014731;

Daniel N. Kassabian, Esq.
September 18, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 080-014733 - WYETH 080-015103;
WYETH 080-015105 - WYETH 080-015503;
WYETH 081-000001 - WYETH 081-002302;
WYETH 082-000001 - WYETH 082-000655;
WYETH 082-000667 - WYETH 082-000825;
WYETH 084-000001 - WYETH 084-000117;
WYETH 084-000123 - WYETH 084-000203;
WYETH 084-000206 - WYETH 084-000324;
WYETH 084-000327 - WYETH 084-000376;
WYETH 084-000378 - WYETH 084-000572;
WYETH 086-000001 - WYETH 086-005608;
WYETH 089-000003 - WYETH 089-000007;
WYETH 090-000001 - WYETH 090-002945;
WYETH 090-003249 - WYETH 090-007964;
WYETH 090-007973 - WYETH 090-009048;
WYETH 090-009053 - WYETH 090-010105;
WYETH 090-010142 - WYETH 090-010877;
WYETH 091-000001 - WYETH 091-001015;
WYETH 091-001098 - WYETH 091-001139;
WYETH 091-001175 - WYETH 091-001609;
WYETH 091-001611 - WYETH 091-002134;
WYETH 091-002184 - WYETH 091-005870;
WYETH 091-005878 - WYETH 091-006809;
WYETH 091-006829 - WYETH 091-007510;
WYETH 091-007523 - WYETH 091-008692;
WYETH 091-008700 - WYETH 091-009149;
WYETH 092-000001 - WYETH 092-000448;
WYETH 105-000001 - WYETH 105-000015;
WYETH 106-000001 - WYETH 106-000102;
WYETH 107-000001 - WYETH 107-011840;
WYETH 114-000001 - WYETH 114-001078;
WYETH 114-001085 - WYETH 114-002352;
WYETH 114-002355 - WYETH 114-002360;
WYETH 114-002364 - WYETH 114-002687;
WYETH 114-002690 - WYETH 114-003169;
WYETH 114-003172 - WYETH 114-004345;
WYETH 114-004347 - WYETH 114-006446;
WYETH 114-006448 - WYETH 114-006591;
WYETH 114-006593 - WYETH 114-006878;
WYETH 140-000001 - WYETH 140-000081;
WYETH 140-000083 - WYETH 140-000435;
WYETH 140-000437 - WYETH 140-000745;
WYETH 140-000747 - WYETH 140-000777;

Daniel N. Kassabian, Esq.
September 18, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 140-000779 - WYETH 140-001147;
WYETH 140-001149 - WYETH 140-001466;
WYETH 140-001468 - WYETH 140-001508;
WYETH 140-001510 - WYETH 140-002564;
WYETH 141-000001 - WYETH 141-003934;
WYETH 141-003942 - WYETH 141-006070;
WYETH 141-006073 - WYETH 141-006075;
WYETH 141-006078 - WYETH 141-006079;
WYETH 141-006082 - WYETH 141-006083; and
WYETH 141-006086 - WYETH 141-006562.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal
protective order is in place, however, the documents should be inspected on an
outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at
our Reston, Virginia office. Alternatively, please let us know if you would prefer us to
send you copies of these TIFF images at a cost of $5,851.14 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AMM/jk

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 19, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 10 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 021-000001 - WYETH 021-002147;
WYETH 025-000001 - WYETH 025-000343;
WYETH 026-000001 - WYETH 026-000002;
WYETH 027-000001 - WYETH 027-000496;
WYETH 028-000001 - WYETH 028-000017;
WYETH 029-000001 - WYETH 029-000299;
WYETH 030-000001 - WYETH 030-000495;
WYETH 031-000001 - WYETH 031-006012;
WYETH 032-000001 - WYETH 032-005810;
WYETH 033-000001 - WYETH 033-000865;
WYETH 034-000001 - WYETH 034-001653;
WYETH 035-000001 - WYETH 035-001550;
WYETH 083-000001 - WYETH 083-000483;
WYETH 083-000509 - WYETH 083-000577;
WYETH 083-000584 - WYETH 083-000979;
WYETH 083-000996 - WYETH 083-001009;
WYETH 083-001024 - WYETH 083-001089;
WYETH 083-001103 - WYETH 083-001137;
WYETH 083-001168 - WYETH 083-001366;
WYETH 083-001369 - WYETH 083-001447;
WYETH 094-000001 - WYETH 094-001869;

Daniel N. Kassabian, Esq.
September 19, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 094-001889 - WYETH 094-003059;
WYETH 094-003072 - WYETH 094-004788;
WYETH 094-004794 - WYETH 094-005605;
WYETH 094-005626 - WYETH 094-005658;
WYETH 094-005690 - WYETH 094-006210;
WYETH 094-006212 - WYETH 094-006216;
WYETH 094-006218 - WYETH 094-006440;
WYETH 094-006443 - WYETH 094-006798;
WYETH 094-006831 - WYETH 094-027660;
WYETH 094-027727 - WYETH 094-052937;
WYETH 094-053137 - WYETH 094-058573;
WYETH 095-000001 - WYETH 095-000317;
WYETH 095-000351 - WYETH 095-000356;
WYETH 095-000369 - WYETH 095-000376;
WYETH 095-000437 - WYETH 095-001159;
WYETH 101-000001 - WYETH 101-002364;
WYETH 101-003014 - WYETH 101-003017;
WYETH 101-003453 - WYETH 101-004450;
WYETH 101-004455 - WYETH 101-004784;
WYETH 101-004787;
WYETH 101-004797- WYETH 101-004801;
WYETH 101-004807;
WYETH 101-004815 - WYETH 101-004816;
WYETH 101-004818 - WYETH 101-004958;
WYETH 101-004964;
WYETH 101-004970 - WYETH 101-005402;
WYETH 101-005410 - WYETH 101-005456;
WYETH 101-005481 - WYETH 101-005607;
WYETH 101-005612 - WYETH 101-005647;
WYETH 101-005651 - WYETH 101-005706;
WYETH 101-005717 - WYETH 101-005743;
WYETH 101-005812 - WYETH 101-009031;
WYETH 101-009033 - WYETH 101-009478;
WYETH 101-009532 - WYETH 101-010072;
WYETH 101-010110 - WYETH 101-013422;
WYETH 101-013473 - WYETH 101-015408;
WYETH 101-015418 - WYETH 101-016371;
WYETH 101-016373 - WYETH 101-016701;
WYETH 101-016707 - WYETH 101-017344;
WYETH 101-017457 - WYETH 101-017490;
WYETH 101-017553 - WYETH 101-017590;
WYETH 102-000001 - WYETH 102-000024;
WYETH 102-000038;

Daniel N. Kassabian, Esq.
September 19, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 102-000044 - WYETH 102-000058;
WYETH 102-000072 - WYETH 102-000081;
WYETH 102-000094 - WYETH 102-000102;
WYETH 102-000166 - WYETH 102-000224;
WYETH 102-000229 - WYETH 102-000361;
WYETH 102-000369 - WYETH 102-000466;
WYETH 102-000506 - WYETH 102-000513;
WYETH 102-000594 - WYETH 102-000783;
WYETH 103-000001 - WYETH 103-000081;
WYETH 103-000083 - WYETH 103-000086;
WYETH 104-000001 - WYETH 104-000919; and
WYETH 108-000001 - WYETH 108-000038.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $5,782.50 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC  20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 22, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.:  06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 1 CD containing documents in TIFF image format are available for your inspection.  These documents bear the following range of production numbers:

    WYETH 007-000027 - WYETH 007-000117;
    WYETH 007-000120 - WYETH 007-000122;
    WYETH 007-000127 - WYETH 007-000235;
    WYETH 007-000249 - WYETH 007-000339;
    WYETH 007-000383 - WYETH 007-000491;
    WYETH 007-000530;
    WYETH 007-000533 - WYETH 007-000535;
    WYETH 007-000537 - WYETH 007-000539;
    WYETH 007-000544;
    WYETH 007-000555;
    WYETH 007-000573 - WYETH 007-000574;
    WYETH 007-000577 - WYETH 007-000580;
    WYETH 007-000747 - WYETH 007-000748;
    WYETH 007-000754;
    WYETH 007-000756 - WYETH 007-000795;
    WYETH 007-000805 - WYETH 007-000807;
    WYETH 007-000809 - WYETH 007-000811;
    WYETH 007-000815 - WYETH 007-000818;
    WYETH 007-000821 - WYETH 007-000823;
    WYETH 007-000825;
    WYETH 007-000827;
    WYETH 007-000829 - WYETH 007-000836;

Daniel N. Kassabian, Esq.
September 22, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 007-000839;
WYETH 007-000843 - WYETH 007-000850;
WYETH 007-000852 - WYETH 007-000860;
WYETH 007-000862 - WYETH 007-000866;
WYETH 007-000870 - WYETH 007-000871;
WYETH 007-000875 - WYETH 007-000881;
WYETH 007-000883 - WYETH 007-000894;
WYETH 007-000897 - WYETH 007-000898;
WYETH 007-000903 - WYETH 007-000908;
WYETH 007-000910 - WYETH 007-000911;
WYETH 007-000915;
WYETH 007-000917 - WYETH 007-000921;
WYETH 007-000923;
WYETH 007-000929 - WYETH 007-000932;
WYETH 007-001067 - WYETH 007-001070;
WYETH 007-001072 - WYETH 007-001115;
WYETH 007-001117 - WYETH 007-001148;
WYETH 007-001150 - WYETH 007-001160;
WYETH 007-001162 - WYETH 007-001165;
WYETH 007-001167 - WYETH 007-001178;
WYETH 007-001225 - WYETH 007-001234;
WYETH 007-001236 - WYETH 007-001340;
WYETH 007-001342 - WYETH 007-001347;
WYETH 007-001349 - WYETH 007-001350;
WYETH 007-001352 - WYETH 007-001354;
WYETH 007-001356 - WYETH 007-001357;
WYETH 007-001359 - WYETH 007-001372;
WYETH 007-001375 - WYETH 007-001479;
WYETH 007-001482 - WYETH 007-001484;
WYETH 007-001489 - WYETH 007-001916;
WYETH 008-000001 - WYETH 008-000017;
WYETH 009-000001 - WYETH 009-000210;
WYETH 053-000001 - WYETH 053-001878;
WYETH 053-001883 - WYETH 053-001896;
WYETH 054-000001 - WYETH 054-000009;
WYETH 055-000001 - WYETH 055-000452;
WYETH 055-000454 - WYETH 055-002313;
WYETH 055-002314 - WYETH 055-004524;
WYETH 055-004525 - WYETH 055-004612;
WYETH 056-000001 - WYETH 056-000453;
WYETH 057-000001 - WYETH 057-000360;
WYETH 057-000366 - WYETH 057-001328;
WYETH 058-000001 - WYETH 058-000056;

Daniel N. Kassabian, Esq.
September 22, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 059-000001 - WYETH 059-000156;

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $ 653.22 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 25, 2006

***VIA FACSIMILE***

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.:  06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 15 CDs containing documents in TIFF image format are available for your inspection.  These documents bear the following range of production numbers:

WYETH 013-000001 - WYETH 013-000408;
WYETH 013-000415 - WYETH 013-000459;
WYETH 013-000508 - WYETH 013-000522;
WYETH 013-000528 - WYETH 013-000564;
WYETH 013-000568 - WYETH 013-000578;
WYETH 013-000580;
WYETH 013-000583;
WYETH 013-000586;
WYETH 013-000588;
WYETH 013-000591;
WYETH 013-000593;
WYETH 013-000595;
WYETH 013-000598 - WYETH 013-000610;
WYETH 013-000614 - WYETH 013-000637;
WYETH 013-000640;
WYETH 013-000643 - WYETH 013-000661;
WYETH 013-000663 - WYETH 013-000664;
WYETH 013-000667;
WYETH 013-000670 - WYETH 013-000989;
WYETH 013-001011 - WYETH 013-001314;
WYETH 013-001326 - WYETH 013-001654;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-001656 - WYETH 013-001687;
WYETH 013-001929 - WYETH 013-002038;
WYETH 013-002041 - WYETH 013-002045;
WYETH 013-002052;
WYETH 013-002057 - WYETH 013-002138;
WYETH 013-002175 - WYETH 013-002184;
WYETH 013-002442 - WYETH 013-002819;
WYETH 013-002826 - WYETH 013-002943;
WYETH 013-002947 - WYETH 013-003159;
WYETH 013-003161 - WYETH 013-003185;
WYETH 013-003187 - WYETH 013-003280;
WYETH 013-003282 - WYETH 013-003487;
WYETH 013-003489 - WYETH 013-003517;
WYETH 013-003520 - WYETH 013-003540;
WYETH 013-003548 - WYETH 013-003581;
WYETH 013-003583;
WYETH 013-003585 - WYETH 013-003597;
WYETH 013-003599 - WYETH 013-003606;
WYETH 013-003611 - WYETH 013-003622;
WYETH 013-003625 - WYETH 013-003914;
WYETH 013-003916 - WYETH 013-003981;
WYETH 013-003983 - WYETH 013-004095;
WYETH 013-004180 - WYETH 013-004567;
WYETH 013-004569 - WYETH 013-004760;
WYETH 013-004762 - WYETH 013-004767;
WYETH 013-004769;
WYETH 013-004771 - WYETH 013-004779;
WYETH 013-004783 - WYETH 013-004919;
WYETH 013-004977 - WYETH 013-005373;
WYETH 013-005375 - WYETH 013-005460;
WYETH 013-005469 - WYETH 013-005948;
WYETH 013-005956 - WYETH 013-006002;
WYETH 013-006048 - WYETH 013-006062;
WYETH 013-006066;
WYETH 013-006068 - WYETH 013-006104;
WYETH 013-006107 - WYETH 013-006232;
WYETH 013-006236 - WYETH 013-006346;
WYETH 013-006348 - WYETH 013-006349;
WYETH 013-006351 - WYETH 013-006355;
WYETH 013-006357 - WYETH 013-006372;
WYETH 013-006374 - WYETH 013-006470;
WYETH 013-006530 - WYETH 013-006919;
WYETH 013-006932 - WYETH 013-007177;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-007179 - WYETH 013-007297;
WYETH 013-007302 - WYETH 013-008206;
WYETH 013-008208 - WYETH 013-008956;
WYETH 013-008958 - WYETH 013-009084;
WYETH 013-009086 - WYETH 013-009095;
WYETH 013-009097 - WYETH 013-009250;
WYETH 013-009252 - WYETH 013-009289;
WYETH 013-009291 - WYETH 013-009571;
WYETH 013-009574 - WYETH 013-009606;
WYETH 013-009608 - WYETH 013-009613;
WYETH 013-009615 - WYETH 013-010297;
WYETH 013-010299 - WYETH 013-010302;
WYETH 013-010305 - WYETH 013-010318;
WYETH 013-010320 - WYETH 013-010537;
WYETH 013-010982 - WYETH 013-011004;
WYETH 013-011006 - WYETH 013-011173;
WYETH 013-011176 - WYETH 013-011224;
WYETH 013-011228 - WYETH 013-011463;
WYETH 013-011472 - WYETH 013-011941;
WYETH 013-011944 - WYETH 013-012204;
WYETH 013-012206 - WYETH 013-012248;
WYETH 013-012252 - WYETH 013-012289;
WYETH 013-012291 - WYETH 013-012344;
WYETH 013-012558 - WYETH 013-012576;
WYETH 013-012742 - WYETH 013-012783;
WYETH 013-012877 - WYETH 013-012920;
WYETH 013-013080 - WYETH 013-013188;
WYETH 013-013190 - WYETH 013-013359;
WYETH 013-013361 - WYETH 013-013366;
WYETH 013-013368 - WYETH 013-013650;
WYETH 013-013848 - WYETH 013-013851;
WYETH 013-013861 - WYETH 013-014077;
WYETH 013-014183 - WYETH 013-014238;
WYETH 013-014245 - WYETH 013-014254;
WYETH 013-014398 - WYETH 013-015136;
WYETH 013-015269 - WYETH 013-015436;
WYETH 013-015740 - WYETH 013-015837;
WYETH 013-015928 - WYETH 013-015979;
WYETH 013-015981 - WYETH 013-016015;
WYETH 013-016108 - WYETH 013-016126;
WYETH 013-016181;
WYETH 013-016183 - WYETH 013-016188;
WYETH 013-016357 - WYETH 013-016378;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-016381;
WYETH 013-016868 - WYETH 013-016884;
WYETH 013-016912 - WYETH 013-016927;
WYETH 013-016931 - WYETH 013-017025;
WYETH 013-017040;
WYETH 013-017071 - WYETH 013-017096;
WYETH 013-017139 - WYETH 013-017238;
WYETH 013-017240 - WYETH 013-017475;
WYETH 013-017477 - WYETH 013-017533;
WYETH 013-017537 - WYETH 013-017610;
WYETH 013-017664 - WYETH 013-017739;
WYETH 013-017787 - WYETH 013-017802;
WYETH 013-018265 - WYETH 013-018274;
WYETH 013-018319 - WYETH 013-018321;
WYETH 013-018324 - WYETH 013-018335;
WYETH 013-018705 - WYETH 013-018709;
WYETH 013-018719 - WYETH 013-018726;
WYETH 013-018869 - WYETH 013-018890;
WYETH 013-019029 - WYETH 013-019031;
WYETH 013-019176 - WYETH 013-019189;
WYETH 013-019544 - WYETH 013-019548;
WYETH 013-019551 - WYETH 013-019555;
WYETH 013-019643 - WYETH 013-019656;
WYETH 013-019663 - WYETH 013-019701;
WYETH 013-019705 - WYETH 013-019723;
WYETH 013-019729 - WYETH 013-019742;
WYETH 013-019746 - WYETH 013-019975;
WYETH 013-019977 - WYETH 013-019981;
WYETH 013-019997 - WYETH 013-020002;
WYETH 013-020008 - WYETH 013-020014;
WYETH 013-020201 - WYETH 013-020260;
WYETH 013-020281 - WYETH 013-020282;
WYETH 013-020409 - WYETH 013-020420;
WYETH 013-020423 - WYETH 013-020427;
WYETH 013-020545 - WYETH 013-020602;
WYETH 013-020632 - WYETH 013-020638;
WYETH 013-020840 - WYETH 013-020912;
WYETH 013-020918 - WYETH 013-020922;
WYETH 013-020936 - WYETH 013-020945;
WYETH 013-021109 - WYETH 013-021113;
WYETH 013-021120 - WYETH 013-021125;
WYETH 013-021129 - WYETH 013-021150;
WYETH 013-021178 - WYETH 013-021187;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 013-021223 - WYETH 013-021226;
WYETH 013-021366 - WYETH 013-021423;
WYETH 013-021482 - WYETH 013-021495;
WYETH 013-021886 - WYETH 013-021896;
WYETH 013-022003 - WYETH 013-022010;
WYETH 013-022314 - WYETH 013-022328;
WYETH 013-022335 - WYETH 013-022377;
WYETH 013-022380 - WYETH 013-022391;
WYETH 013-022394 - WYETH 013-022400;
WYETH 013-022403 - WYETH 013-022480;
WYETH 060-000001 - WYETH 060-000426;
WYETH 061-000001 - WYETH 061-000380;
WYETH 061-000382 - WYETH 061-000438;
WYETH 069-000001 - WYETH 069-000149;
WYETH 069-000308 - WYETH 069-000424;
WYETH 069-000427 - WYETH 069-000751;
WYETH 069-000795 - WYETH 069-001918;
WYETH 069-002141 - WYETH 069-003548;
WYETH 069-003590 - WYETH 069-003637;
WYETH 069-003938 - WYETH 069-004137;
WYETH 069-004170 - WYETH 069-004228;
WYETH 085-000001 - WYETH 085-000163;
WYETH 085-000182 - WYETH 085-000190;
WYETH 085-000199 - WYETH 085-000207;
WYETH 085-000217 - WYETH 085-001092;
WYETH 093-000736 - WYETH 093-000805;
WYETH 093-001157 - WYETH 093-003145;
WYETH 093-003147 - WYETH 093-003164;
WYETH 093-003167 - WYETH 093-008291;
WYETH 093-009646 - WYETH 093-009687;
WYETH 110-000001 - WYETH 110-000715;
WYETH 111-000001 - WYETH 111-000040;
WYETH 111-000042 - WYETH 111-000264;
WYETH 111-000266 - WYETH 111-000665;
WYETH 111-000666 - WYETH 111-000800;
WYETH 112-000001 - WYETH 112-000421;
WYETH 115-000001 - WYETH 115-000141;
WYETH 115-000149 - WYETH 115-000669;
WYETH 115-000671 - WYETH 115-000672;
WYETH 115-000679 - WYETH 115-000683;
WYETH 115-000690 - WYETH 115-000696;
WYETH 115-000702;
WYETH 115-000731 - WYETH 115-000740;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 115-000824 - WYETH 115-000824.16;
WYETH 115-000845 - WYETH 115-000883;
WYETH 115-000885 - WYETH 115-000893;
WYETH 115-000900 - WYETH 115-001119;
WYETH 115-001128;
WYETH 115-001134 - WYETH 115-001440;
WYETH 115-001446 - WYETH 115-001466;
WYETH 115-001526 - WYETH 115-001527;
WYETH 115-001549;
WYETH 115-001590 - WYETH 115-001591;
WYETH 115-001593 - WYETH 115-001595;
WYETH 115-001664 - WYETH 115-001933;
WYETH 115-001940 - WYETH 115-002118;
WYETH 115-002139;
WYETH 115-002154 - WYETH 115-002156;
WYETH 115-002170;
WYETH 115-002184 - WYETH 115-002213;
WYETH 115-002235 - WYETH 115-002236;
WYETH 115-002238 - WYETH 115-002241;
WYETH 115-002244 - WYETH 115-002251;
WYETH 115-002255 - WYETH 115-002269;
WYETH 115-002279 - WYETH 115-003091;
WYETH 115-003612 - WYETH 115-003856;
WYETH 115-003859 - WYETH 115-003878;
WYETH 115-003880 - WYETH 115-004429;
WYETH 116-000001 - WYETH 116-000118;
WYETH 116-000121 - WYETH 116-000216;
WYETH 116-000220 - WYETH 116-000300;
WYETH 116-000305 - WYETH 116-000422;
WYETH 117-000001 - WYETH 117-000415;
WYETH 117-000446 - WYETH 117-000506;
WYETH 118-000001 - WYETH 118-000006;
WYETH 119-000001 - WYETH 119-000421;
WYETH 119-000423 - WYETH 119-000704;
WYETH 120-000001 - WYETH 120-000292;
WYETH 121-000001 - WYETH 121-000246;
WYETH 122-000001 - WYETH 122-000155;
WYETH 123-000001 - WYETH 123-001050;
WYETH 123-001055 - WYETH 123-008399;
WYETH 123-008401 - WYETH 123-008402;
WYETH 123-008404 - WYETH 123-008424;
WYETH 123-008427 - WYETH 123-012691;
WYETH 123-012740 - WYETH 123-012786;

Daniel N. Kassabian, Esq.
September 25, 2006
Page 7

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

```
WYETH 123-012796 - WYETH 123-013054;
WYETH 123-013057 - WYETH 123-013088;
WYETH 123-013122 - WYETH 123-013147;
WYETH 123-013218 - WYETH 123-013241;
WYETH 123-013308 - WYETH 123-013334;
WYETH 123-013407 - WYETH 123-013410;
WYETH 123-013427 - WYETH 123-013428;
WYETH 123-013457 - WYETH 123-013497;
WYETH 123-013502 - WYETH 123-013531;
WYETH 123-013539 - WYETH 123-013573;
WYETH 123-013576 - WYETH 123-013578;
WYETH 123-013580 - WYETH 123-014948.1;
WYETH 123-014949 - WYETH 123-018410;
WYETH 123-018458 - WYETH 123-022045;
WYETH 123-022070 - WYETH 123-022242;
WYETH 123-022251 - WYETH 123-022541;
WYETH 123-022544 - WYETH 123-025323;
WYETH 123-025329 - WYETH 123-027286;
WYETH 123-027290;
WYETH 123-027294 - WYETH 123-027303;
WYETH 123-027309 - WYETH 123-034483;
WYETH 123-034521 - WYETH 123-035078;
WYETH 123-035085 - WYETH 123-035480;
WYETH 123-035506;
WYETH 123-035560 - WYETH 123-035590;
WYETH 123-035633 - WYETH 123-035693;
WYETH 123-035764 - WYETH 123-036078;
WYETH 123-036082;
WYETH 123-036088 - WYETH 123-036176;
WYETH 123-036179 - WYETH 123-036232;
WYETH 123-036235 - WYETH 123-036278;
WYETH 123-036283 - WYETH 123-036465;
WYETH 123-036467 - WYETH 123-036544;
WYETH 123-036547 - WYETH 123-036827;
WYETH 123-036831 - WYETH 123-036960;
WYETH 123-036971 - WYETH 123-037059;
WYETH 123-037065 - WYETH 123-037067;
WYETH 123-037076 - WYETH 123-037279;
WYETH 123-037284 - WYETH 123-037324;
WYETH 123-037341 - WYETH 123-037495;
WYETH 123-037499 - WYETH 123-037505;
WYETH 123-037516 - WYETH 123-037607;
WYETH 123-037613 - WYETH 123-037617;
```

Daniel N. Kassabian, Esq.
September 25, 2006
Page 8

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 123-037628 - WYETH 123-037844;
WYETH 123-037867 - WYETH 123-038529;
WYETH 123-038535 - WYETH 123-038536;
WYETH 123-038553 - WYETH 123-038556;
WYETH 123-038562 - WYETH 123-038698;
WYETH 123-038727 - WYETH 123-038781;
WYETH 123-038794 - WYETH 123-038872;
WYETH 123-038879 - WYETH 123-038964;
WYETH 123-038974 - WYETH 123-039161;
WYETH 123-039170 - WYETH 123-039460;
WYETH 123-039566 - WYETH 123-039842;
WYETH 123-039845 - WYETH 123-040832;
WYETH 123-040835 - WYETH 123-041324;
WYETH 123-041328 - WYETH 123-041600;
WYETH 123-041603 - WYETH 123-041751;
WYETH 123-041753 - WYETH 123-047613;
WYETH 123-047790 - WYETH 123-048146;
WYETH 123-048151 - WYETH 123-048309;
WYETH 123-048315 - WYETH 123-048333;
WYETH 123-048340 - WYETH 123-048470;
WYETH 123-048479 - WYETH 123-048683;
WYETH 123-048780 - WYETH 123-054797;
WYETH 123-054799 - WYETH 123-055109;
WYETH 123-055112 - WYETH 123-059063;
WYETH 123-059065 - WYETH 123-060566;
WYETH 123-060569 - WYETH 123-060578;
WYETH 123-060583 - WYETH 123-063217.1;
WYETH 123-063218 - WYETH 123-067741;
WYETH 123-067788 - WYETH 123-068198;
WYETH 124-000001 - WYETH 124-000323;
WYETH 125-000001 - WYETH 125-000036;
WYETH 125-000038 - WYETH 125-000857;
WYETH 125-000859 - WYETH 125-000982;
WYETH 125-000984 - WYETH 125-001080;
WYETH 125-001082; and
WYETH 125-001084- WYETH 125-001105.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal
protective order is in place, however, the documents should be inspected on an
outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Daniel N. Kassabian, Esq.
September 25, 2006
Page 9

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

    Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $6,027.48 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 26, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

<u>*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 JJF (D. Del.)</u>

Dear Daniel:

As part of Wyeth's continuing document production, 11 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 012-000001 - WYETH 012-000033;
WYETH 012-000038 - WYETH 012-000229;
WYETH 012-000232 - WYETH 012-001667;
WYETH 012-001670 - WYETH 012-002317;
WYETH 012-002320 - WYETH 012-002340;
WYETH 012-002372 - WYETH 012-002383;
WYETH 012-002385 - WYETH 012-002673;
WYETH 012-002677 - WYETH 012-002999;
WYETH 012-003001 - WYETH 012-003267;
WYETH 046-000001 - WYETH 046-001780;
WYETH 046-001801 - WYETH 046-061737;
WYETH 046-061784 - WYETH 046-061790;
WYETH 046-061940 - WYETH 046-062051;
WYETH 046-062053 - WYETH 046-069366;
WYETH 046-069368 - WYETH 046-069390;
WYETH 046-069392 - WYETH 046-069397;
WYETH 046-069399 - WYETH 046-069532;
WYETH 046-069534 - WYETH 046-069587;
WYETH 046-069589 - WYETH 046-069843;
WYETH 046-069871 - WYETH 046-069904;
WYETH 046-069917 - WYETH 046-070066;
WYETH 046-070068 - WYETH 046-070260;

Washington, DC · Atlanta, GA · Cambridge, MA · Palo Alto, CA · Reston, VA · Brussels · Taipei · Tokyo

Daniel N. Kassabian, Esq.
September 26, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 046-070262 - WYETH 046-071378;
WYETH 046-071380 - WYETH 046-071829;
WYETH 046-071831 - WYETH 046-072650;
WYETH 046-072652 - WYETH 046-073021;
WYETH 046-073023 - WYETH 046-073136;
WYETH 046-073138 - WYETH 046-076820;
WYETH 046-076822 - WYETH 046-077021;
WYETH 046-077023 - WYETH 046-077480;
WYETH 046-077482 - WYETH 046-079790;
WYETH 046-079792 - WYETH 046-080225;
WYETH 046-080227 - WYETH 046-083778;
WYETH 046-083813 - WYETH 046-083819;
WYETH 046-083827 - WYETH 046-084706;
WYETH 127-000001 - WYETH 127-002483;
WYETH 127-002630 - WYETH 127-002759;
WYETH 127-002780 - WYETH 127-002826;
WYETH 127-002884 - WYETH 127-003134;
WYETH 127-003264 - WYETH 127-003292;
WYETH 127-003323 - WYETH 127-003578;
WYETH 127-003601 - WYETH 127-003630;
WYETH 127-003632;
WYETH 127-003644 - WYETH 127-003693;
WYETH 127-003702 - WYETH 127-003720;
WYETH 127-003722 - WYETH 127-003731;
WYETH 127-003782 - WYETH 127-003868;
WYETH 127-004025 - WYETH 127-004031;
WYETH 127-004146 - WYETH 127-004159;
WYETH 127-004169 - WYETH 127-004196;
WYETH 127-004247 - WYETH 127-004278;
WYETH 127-004305 - WYETH 127-004308;
WYETH 127-004322 - WYETH 127-004486;
WYETH 127-004490 - WYETH 127-007729;
WYETH 127-007751 - WYETH 127-007972;
WYETH 127-008064 - WYETH 127-011449;
WYETH 127-011462 - WYETH 127-011471;
WYETH 127-011490;
WYETH 127-011500 - WYETH 127-011605;
WYETH 127-011611 - WYETH 127-011626;
WYETH 127-011631 - WYETH 127-011636;
WYETH 127-011641 - WYETH 127-012064;
WYETH 127-012086 - WYETH 127-012095;
WYETH 127-012121 - WYETH 127-012130;
WYETH 127-012142 - WYETH 127-012147;

Daniel N. Kassabian, Esq.
September 26, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 127-012166 - WYETH 127-012179;
WYETH 127-012186 - WYETH 127-012191;
WYETH 127-012194 - WYETH 127-012210;
WYETH 127-012217 - WYETH 127-012220;
WYETH 127-012225;
WYETH 127-012230 - WYETH 127-012246;
WYETH 127-012249 - WYETH 127-012274;
WYETH 127-012277 - WYETH 127-012357;
WYETH 127-012368 - WYETH 127-012378;
WYETH 127-012384 - WYETH 127-012386;
WYETH 127-012389 - WYETH 127-012405;
WYETH 127-012414 - WYETH 127-017172;
WYETH 127-017189 - WYETH 127-023272;
WYETH 127-023289 - WYETH 127-023354;
WYETH 127-023366 - WYETH 127-043449;
WP-OPM-00000001 - WP-OPM-00007583; and
WYETH OPM-007584 - WYETH OPM-007739.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal
protective order is in place, however, the documents should be inspected on an
outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at
our Reston, Virginia office. Alternatively, please let us know if you would prefer us to
send you copies of these TIFF images at a cost of $8,252.82 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

September 29, 2006

***VIA FACSIMILE***

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

    <u>*Wyeth v. Impax Laboratories, Inc.*</u>, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

    As part of Wyeth's continuing document production, 13 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

        WYETH 045-000001 - WYETH 045-003772;
        WYETH 045-003774 - WYETH 045-004366;
        WYETH 045-004368 - WYETH 045-005019;
        WYETH 045-005022 - WYETH 045-005328;
        WYETH 045-005333 - WYETH 045-006138;
        WYETH 045-006168 - WYETH 045-006259;
        WYETH 045-006292 - WYETH 045-006630;
        WYETH 045-006671 - WYETH 045-006725;
        WYETH 045-006727 - WYETH 045-006752;
        WYETH 045-006811 - WYETH 045-006875;
        WYETH 045-006886 - WYETH 045-006894;
        WYETH 045-006897 - WYETH 045-007186;
        WYETH 045-007189 - WYETH 045-007336;
        WYETH 045-007356 - WYETH 045-008092;
        WYETH 045-008150 - WYETH 045-008236;
        WYETH 045-008267 - WYETH 045-008273;
        WYETH 045-008305 - WYETH 045-008631;
        WYETH 045-008643 - WYETH 045-008904;
        WYETH 045-008906 - WYETH 045-009274;
        WYETH 045-009280 - WYETH 045-009323;
        WYETH 045-009329 - WYETH 045-009379;
        WYETH 045-009381 - WYETH 045-009409;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 045-009411 - WYETH 045-009424;
WYETH 045-009429 - WYETH 045-009458;
WYETH 045-009462 - WYETH 045-009804;
WYETH 045-009981 - WYETH 045-010196;
WYETH 045-010202 - WYETH 045-010796;
WYETH 045-010800 - WYETH 045-011474;
WYETH 045-011476 - WYETH 045-012606;
WYETH 045-012610 - WYETH 045-013140;
WYETH 045-013145 - WYETH 045-013179;
WYETH 045-013182 - WYETH 045-013225;
WYETH 045-013277 - WYETH 045-013304;
WYETH 045-013306 - WYETH 045-013481;
WYETH 045-013484 - WYETH 045-013485;
WYETH 045-013487 - WYETH 045-013573;
WYETH 045-013612 - WYETH 045-013630;
WYETH 045-013665 - WYETH 045-013779;
WYETH 045-013786 - WYETH 045-013790;
WYETH 045-013804 - WYETH 045-013850;
WYETH 045-013856- WYETH 045-014022;
WYETH 045-014025 - WYETH 045-014092;
WYETH 045-014094 - WYETH 045-014150;
WYETH 045-017999 - WYETH 045-019223;
WYETH 062-000001 - WYETH 062-000986;
WYETH 062-000993 - WYETH 062-001107;
WYETH 062-001165 - WYETH 062-001518;
WYETH 062-001529 - WYETH 062-001535;
WYETH 062-001542 - WYETH 062-001659;
WYETH 062-001664 - WYETH 062-001665;
WYETH 062-001668 - WYETH 062-006002;
WYETH 062-006239 - WYETH 062-006952;
WYETH 062-006955 - WYETH 062-006965;
WYETH 062-006968 - WYETH 062-007046;
WYETH 062-007069 - WYETH 062-007242;
WYETH 062-007246 - WYETH 062-007446;
WYETH 062-007449 - WYETH 062-007496;
WYETH 062-007571 - WYETH 062-007624;
WYETH 062-007629 - WYETH 062-007637;
WYETH 062-007652 - WYETH 062-007660;
WYETH 062-007718 - WYETH 062-007755;
WYETH 062-007757 - WYETH 062-007805;
WYETH 062-007814 - WYETH 062-007835;
WYETH 062-007838 - WYETH 062-007948;
WYETH 062-007959 - WYETH 062-008985;

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 062-008996 - WYETH 062-010094;
WYETH 062-010121 - WYETH 062-010446;
WYETH 062-010453 - WYETH 062-010709;
WYETH 062-010712 - WYETH 062-012239;
WYETH 062-012244 - WYETH 062-012492;
WYETH 062-012664 - WYETH 062-014896;
WYETH 062-014937 - WYETH 062-015015;
WYETH 062-015026 - WYETH 062-030036;
WYETH 062-030038 - WYETH 062-031027;
WYETH 062-031039 - WYETH 062-031047;
WYETH 062-031059 - WYETH 062-031071;
WYETH 062-031093 - WYETH 062-032504;
WYETH 063-000001 - WYETH 063-000217;
WYETH 063-000245 - WYETH 063-007143;
WYETH 063-007145 - WYETH 063-009407;
WYETH 063-009505 - WYETH 063-009553;
WYETH 063-009784 - WYETH 063-009926;
WYETH 063-010011 - WYETH 063-010142;
WYETH 063-010290 - WYETH 063-010513;
WYETH 063-010676 - WYETH 063-010740;
WYETH 063-010880 - WYETH 063-010977;
WYETH 063-011056 - WYETH 063-011739;
WYETH 063-011851 - WYETH 063-011854;
WYETH 063-011878 - WYETH 063-012697;
WYETH 063-012718 - WYETH 063-013249;
WYETH 063-013251 - WYETH 063-013705;
WYETH 063-013707 - WYETH 063-014121;
WYETH 063-014123 - WYETH 063-014157;
WYETH 063-014159 - WYETH 063-014310;
WYETH 063-014312 - WYETH 063-014313;
WYETH 063-014315 - WYETH 063-015067;
WYETH 063-015069 - WYETH 063-016933;
WYETH 063-017030 - WYETH 063-017101;
WYETH 063-017160 - WYETH 063-017730;
WYETH 063-017836 - WYETH 063-018050;
WYETH 063-018112 - WYETH 063-018215;
WYETH 063-018271 - WYETH 063-018321;
WYETH 063-018454 - WYETH 063-018514;
WYETH 063-018527 - WYETH 063-019403.1;
WYETH 063-019404 - WYETH 063-019516;
WYETH 064-000001 - WYETH 064-012627;
WYETH 064-012667 - WYETH 064-012880;
WYETH 065-000001 - WYETH 065-003838;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 065-003948 - WYETH 065-004085;
WYETH 065-004092 - WYETH 065-005398;
WYETH 065-005402 - WYETH 065-006293;
WYETH 065-006298 - WYETH 065-007082;
WYETH 066-000070 - WYETH 066-001389;
WYETH 066-001405 - WYETH 066-003304;
WYETH 066-003341 - WYETH 066-003375;
WYETH 066-003378 - WYETH 066-003415;
WYETH 066-003417 - WYETH 066-003424;
WYETH 066-003426 - WYETH 066-003475;
WYETH 066-003477 - WYETH 066-003486;
WYETH 066-003488 - WYETH 066-003506;
WYETH 066-003508 - WYETH 066-003516;
WYETH 066-003518 - WYETH 066-003525;
WYETH 066-003528 - WYETH 066-003604;
WYETH 180-000001 - WYETH 180-000010;
WYETH 180-000012 - WYETH 180-000718;
WYETH 180-000720 - WYETH 180-000772;
WYETH 180-000863 - WYETH 180-001184;
WYETH 180-001262 - WYETH 180-003013;
WYETH 180-003017 - WYETH 180-004421;
WYETH 180-004425 - WYETH 180-004562;
WYETH 180-004564 - WYETH 180-004608;
WYETH 180-004611 - WYETH 180-005701;
WYETH 180-005703 - WYETH 180-005754;
WYETH 180-005756 - WYETH 180-005919;
WYETH 180-005921 - WYETH 180-005974;
WYETH 180-005976 - WYETH 180-006010;
WYETH 180-006012 - WYETH 180-006059;
WYETH 180-006061 - WYETH 180-006113;
WYETH 180-006115 - WYETH 180-006135;
WYETH 180-006137 - WYETH 180-006156;
WYETH 180-006158 - WYETH 180-006406;
WYETH 180-006408 - WYETH 180-006480;
WYETH 180-006482 - WYETH 180-006506;
WYETH 180-006508 - WYETH 180-006545;
WYETH 180-006547 - WYETH 180-006755;
WYETH 180-006757 - WYETH 180-006764;
WYETH 180-006766 - WYETH 180-007002;
WYETH 180-007004;
WYETH 180-007006 - WYETH 180-008127;
WYETH 180-008130 - WYETH 180-008233;
WYETH 180-008239 - WYETH 180-008339;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNERᴸᴸᴾ

WYETH 180-008345 - WYETH 180-008881;
WYETH 180-008888 - WYETH 180-008902;
WYETH 180-008909 - WYETH 180-008970;
WYETH 180-008980 - WYETH 180-010418;
WYETH 180-010422 - WYETH 180-010842;
WYETH 180-010845 - WYETH 180-010902;
WYETH 180-010904 - WYETH 180-011374;
WYETH 180-011557 - WYETH 180-011771;
WYETH 180-011773 - WYETH 180-012110;
WYETH 180-012112 - WYETH 180-012462;
WYETH 180-012497 - WYETH 180-012500;
WYETH 180-012552 - WYETH 180-012559;
WYETH 180-012611 - WYETH 180-012616;
WYETH 180-012619 - WYETH 180-013113;
WYETH 180-013116 - WYETH 180-014940;
WYETH 180-014943 - WYETH 180-014948;
WYETH 180-014950 - WYETH 180-014981;
WYETH 180-014984 - WYETH 180-016045;
WYETH 180-016064 - WYETH 180-017831;
WYETH 180-017833 - WYETH 180-018665;
WYETH 180-018667 - WYETH 180-019830;
WYETH 180-019851 - WYETH 180-020214;
WYETH 180-020220 - WYETH 180-020232;
WYETH 180-020243 - WYETH 180-020290;
WYETH 180-020297;
WYETH 180-020309 - WYETH 180-020353;
WYETH 180-020372 - WYETH 180-020469;
WYETH 180-020471 - WYETH 180-020604;
WYETH 180-020606 - WYETH 180-020607;
WYETH 180-020609 - WYETH 180-020690;
WYETH 180-020692 - WYETH 180-020700;
WYETH 180-020720 - WYETH 180-020895;
WYETH 180-020911 - WYETH 180-021067;
WYETH 180-021083 - WYETH 180-021240;
WYETH 180-021259 - WYETH 180-021819;
WYETH 180-021823 - WYETH 180-022024;
WYETH 180-022027 - WYETH 180-022374;
WYETH 180-022378 - WYETH 180-023619;
WYETH 180-023621 - WYETH 180-023696;
WYETH 180-023704 - WYETH 180-023784;
WYETH 180-023788 - WYETH 180-024584;
WYETH 180-024601 - WYETH 180-024610;
WYETH 180-024619 - WYETH 180-024700;

Daniel N. Kassabian, Esq.
September 29, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 180-024847 - WYETH 180-025107;
WYETH 180-025116 - WYETH 180-025167;
WYETH 180-025183 - WYETH 180-025566;
WYETH 180-025579 - WYETH 180-025598;
WYETH 180-025599 - WYETH 180-026135;
WYETH 182-000001 - WYETH 182-000254;
WYETH 183-000001 - WYETH 183-000896;
WYETH 183-000900 - WYETH 183-001276;
WYETH 184-000001 - WYETH 184-000297;
WYETH 201-000001 - WYETH 201-001627;
WYETH 202-000001 - WYETH 202-000459;
WYETH 202-000461 - WYETH 202-000679;
WYETH 202 000685 - WYETH 202-000688; and
WYETH 204-000001 - WYETH 204-000240.

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of these TIFF images at a cost of $6,965.58 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/jm

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

October 3, 2006

***VIA FACSIMILE***

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*Wyeth v. Impax Laboratories, Inc.*, Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 12 CDs containing documents in TIFF image format are available for your inspection. These documents bear the following range of production numbers:

WYETH 010-000001 - WYETH 010-000516;
WYETH 010-000520 - WYETH 010-000696;
WYETH 010-000698 - WYETH 010-000759;
WYETH 010-000763 - WYETH 010-000788;
WYETH 010-000790;
WYETH 010-000797 - WYETH 010-001530;
WYETH 010-001541 - WYETH 010-001545;
WYETH 010-001569 - WYETH 010-001590;
WYETH 010-001595 - WYETH 010-001884;
WYETH 010-001887 - WYETH 010-001938;
WYETH 010-001945 - WYETH 010-002818;
WYETH 010-002822 - WYETH 010-003584;
WYETH 010-003600 - WYETH 010-003647;
WYETH 010-002652 - WYETH 010-003670;
WYETH 010-003675 - WYETH 010-003718;
WYETH 014-000001 - WYETH 014-004654;
WYETH 014-004657 - WYETH 014-004763;
WYETH 014-004929 - WYETH 014-005870;
WYETH 014-005875 - WYETH 014-005884;
WYETH 014-005889 - WYETH 014-006023;
WYETH 014-006032 - WYETH 014-007240;
WYETH 014-007255 - WYETH 014-007721;

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Daniel N. Kassabian, Esq.
October 3, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNERLLP

WYETH 036-000001 - WYETH 036-002482;
WYETH 036-002495 - WYETH 036-002524;
WYETH 052-000001 - WYETH 052-001107;
WYETH 052-001119 - WYETH 052-001127;
WYETH 052-001139 - WYETH 052-001574;
WYETH 052-001581 - WYETH 052-002435;
WYETH 052-002441 - WYETH 052-002453;
WYETH 052-002460 - WYETH 052-005842;
WYETH 052-005852 - WYETH 052-005857;
WYETH 052-005881 - WYETH 052-005999;
WYETH 052-006004 - WYETH 052-006074;
WYETH 052-006079 - WYETH 052-006115;
WYETH 052-006120 - WYETH 052-007483;
WYETH 052-007494 - WYETH 052-008724;
WYETH 067-005000 - WYETH 067-005077;
WYETH 098-000004;
WYETH 098-000006 - WYETH 098-000018;
WYETH 098-000021 - WYETH 098-000101;
WYETH 098-000105 - WYETH 098-000109;
WYETH 098-000113;
WYETH 098-000117 - WYETH 098-000167;
WYETH 098-000175 - WYETH 098-000201;
WYETH 098-000224 - WYETH 098-000228;
WYETH 098-000262 - WYETH 098-000292;
WYETH 098-000297 - WYETH 098-000319;
WYETH 098-000349 - WYETH 098-000355;
WYETH 098-000367 - WYETH 098-000475;
WYETH 113-000001 - WYETH 113-001258;
WYETH 113-001270 - WYETH 113-001756;
WYETH 113-001758 - WYETH 113-001763;
WYETH 113-001766 - WYETH 113-001824;
WYETH 113-001832 - WYETH 113-001851;
WYETH 113-001877 - WYETH 113-001878;
WYETH 113-001888 - WYETH 113-001889;
WYETH 113-001894 - WYETH 113-001967;
WYETH 113-001974 - WYETH 113-002246.
WYETH 128-000001 - WYETH 128-012183;
WYETH 128-012194 - WYETH 128-015866;
WYETH 128-015868 - WYETH 128-015872;
WYETH 128-015874 - WYETH 128-017380;
WYETH 128-017447 - WYETH 128-017485;
WYETH 128-017522 - WYETH 128-018111;
WYETH 128-018113 - WYETH 128-018708;

Daniel N. Kassabian, Esq.
October 3, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 128-018710 - WYETH 128-020006;
WYETH 128-020008 - WYETH 128-021021;
WYETH 129-000001 - WYETH 129-001011;
WYETH 129-001047 - WYETH 129-001253;
WYETH 129-001289 - WYETH 129-002308;
WYETH 131-000001 - WYETH 131-003035;
WYETH 132-000001 - WYETH 132-000800;
WYETH 133-000001 - WYETH 133-004114;
WYETH 134-000001 - WYETH 134-000985;
WYETH 135-000001 - WYETH 135-000070;
WYETH 135-000072 - WYETH 135-000347;
WYETH 135-000349 - WYETH 135-000448;
WYETH 135-000469 - WYETH 135-000962;
WYETH 135-000964 - WYETH 135-001259;
WYETH 136-000001 - WYETH 136-000251;
WYETH 136-000282 - WYETH 136-000913;
WYETH 137-000001 - WYETH 137-000122;
WYETH 137-000165 - WYETH 137-000315;
WYETH 137-000355 - WYETH 137-002177;
WYETH 137-002282 - WYETH 137-002732.1;
WYETH 137-002733 - WYETH 137-003220;
WYETH 138-000001 - WYETH 138-000268;
WYETH 138-000372 - WYETH 138-000531;
WYETH 138-000545 - WYETH 138-000585;
WYETH 138-000603 - WYETH 138-001421;
WYETH 138-001438 - WYETH 138-006086;
WYETH 139-000001 - WYETH 139-001568;
WYETH 143-000001 - WYETH 143-000012;
WYETH 143-000016 - WYETH 143-000017;
WYETH 143-000019 - WYETH 143-000089;
WYETH 144-000001 - WYETH 144-001985;
WYETH 144-001987 - WYETH 144-002647;
WYETH 144-002649 - WYETH 144-006613;
WYETH 144-006615 - WYETH 144-007620;
WYETH 144-007622 - WYETH 144-009097;
WYETH 144-009099 - WYETH 144-013415;
WYETH 145-000001 - WYETH 145-000052;
WYETH 146-000001 - WYETH 146-000017;
WYETH 147-000001 - WYETH 147-000708;
WYETH 148-000001 - WYETH 148-000121;
WYETH 149-000001 - WYETH 149-000054;
WYETH 150-000001 - WYETH 150-000007;
WYETH 151-000001 - WYETH 151-000423;

Daniel N. Kassabian, Esq.
October 3, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 152-000001 - WYETH 152-000308;
WYETH 152-000318 - WYETH 152-000470;
WYETH 153-000001 - WYETH 153-000685;
WYETH 154-000001 - WYETH 154-000508;
WYETH 155-000001 - WYETH 155-000171;
WYETH 156-000001 - WYETH 156-000597;
WYETH 157-000001 - WYETH 157-000117;
WYETH 157-000119 - WYETH 157-000299;
WYETH 158-000001 - WYETH 158-000018;
WYETH 158-000020 - WYETH 158-000065;
WYETH 158-000068 - WYETH 158-000254;
WYETH 158-000256 - WYETH 158-000366;
WYETH 158-000368 - WYETH 158-000369;
WYETH 158-000371 - WYETH 158-000739;
WYETH 158-000741 - WYETH 158-000823;
WYETH 158-000825 - WYETH 158-001049;
WYETH 158-001106 - WYETH 158-001572;
WYETH 159-000001 - WYETH 159-000322;
WYETH 159-000376 - WYETH 159-000377;
WYETH 159-000408 - WYETH 159-000414;
WYETH 159-000420 - WYETH 159-000476;
WYETH 159-000486 - WYETH 159-000531;
WYETH 159-000534 - WYETH 159-000592;
WYETH 159-000620 - WYETH 159-000649;
WYETH 159-000756 - WYETH 159-001227;
WYETH 160-000001 - WYETH 160-001465;
WYETH 161-000001 - WYETH 161-000439;
WYETH 161-000538 - WYETH 161-000635;
WYETH 163-000001 - WYETH 163-000103;
WYETH 163-000111 - WYETH 163-000315;
WYETH 164-000001 - WYETH 164-001188;
WYETH 165-000001 - WYETH 165-000003;
WYETH 165-000011 - WYETH 165-000128;
WYETH 165-000133 - WYETH 165-000223;
WYETH 166-000001 - WYETH 166-000535;
WYETH 167-000033 - WYETH 167-000277;
WYETH 167-000290 - WYETH 167-000293;
WYETH 167-000300 - WYETH 167-000334;
WYETH 167-000344 - WYETH 167-000587;
WYETH 168-000001 - WYETH 168-000065;
WYETH 169-000001 - WYETH 169-000036;
WYETH 170-000001 - WYETH 170-000004;
WYETH 171-000001 - WYETH 171-000047;

Daniel N. Kassabian, Esq.
October 3, 2006
Page 5

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 172-000001 - WYETH 172-000642;
WYETH 173-000001 - WYETH 173-000439;
WYETH 174-000001 - WYETH 174-001169.1;
WYETH 174-001170 - WYETH 174-001247;
WYETH 175-000001 - WYETH 175-000450;
WYETH 175-000452;
WYETH 175-000454 - WYETH 175-000472;
WYETH 175-000474 - WYETH 175-000951;
WYETH 175-000953 - WYETH 175-000971;
WYETH 175-000973 - WYETH 175-000997;
WYETH 175-000999 - WYETH 175-001063;
WYETH 175-001065 - WYETH 175-001081;
WYETH 175-001083 - WYETH 175-001127;
WYETH 175-001129 - WYETH 175-001189;
WYETH 175-001191 - WYETH 175-001465;
WYETH 175-001467 - WYETH 175-001624;
WYETH 175-001626 - WYETH 175-001652;
WYETH 175-001654 - WYETH 175-001759;
WYETH 175-001761 - WYETH 175-001934;
WYETH 176-000001 - WYETH 176-001325;
WYETH 177-000001 - WYETH 177-000070;
WYETH 178-000001 - WYETH 178-000011;
WYETH 178-000014 - WYETH 178-000233;
WYETH 178-000266 - WYETH 178-000274;
WYETH 178-000290 - WYETH 178-000364;
WYETH 178-000494 - WYETH 178-000528;
WYETH 179-000001 - WYETH 179-001118;
WYETH 179-001120 - WYETH 179-014504;
WYETH 179-014513 - WYETH 179-015234;
WYETH 179-015241 - WYETH 179-026161;
WYETH 179-026167 - WYETH 179-026853;
WYETH 179-026857 - WYETH 179-026938;
WYETH 179-026947 - WYETH 179-027526;
WYETH 179-027528 - WYETH 179-027667;
WYETH 179-027736 - WYETH 179-028389;
WYETH 179-028395 - WYETH 179-034680;
WYETH 206-000001 - WYETH 206-000764;
WYETH 208-000001 - WYETH 208-000071;
WYETH 209-000001 - WYETH 209-000529;
WYETH 210-000004 - WYETH 210-000017; and
WYETH 212-000001 - WYETH 212-003065.

Daniel N. Kassabian, Esq.
October 3, 2006
Page 6

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

The enclosed documents are stamped CONFIDENTIAL or HIGHLY
CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal
protective order is in place, however, the documents should be inspected on an
outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at
our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to
send you copies of these TIFF images at a cost of $8,390.22 (6¢ per page).

Sincerely,

Arie M. Michelsohn

AAM/ms

cc:     Mary B. Matterer, Esq. (via Facsimile)
        Richard K. Herrmann, Esq. (via Facsimile)



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER** LLP

901 New York Avenue, NW ▪ Washington, DC  20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

October 5, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.:  06-222 JJF (D. Del.)

Dear Daniel:

As a correction to my letter of October 3, 2006, please note that the CD's made available for inspection on that date contain images of the documents bearing production numbers WYETH 210-000001 - WYETH 210-000003, in addition to those listed in the October 3rd letter.

Please note that WYETH 210-000001 - WYETH 210-000003 are marked Highly Confidential - Subject to Protective Order, and that until a protective order has been entered in this case, these documents are provided for inspection pursuant to D. Del. L.R. 26.2.

Sincerely,

Arie M. Michelsohn

AAM/hkr

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)

Washington, DC ▫ Atlanta, GA ▫ Cambridge, MA ▫ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo



**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

LINDA A. WADLER
202.408.4037
linda.wadler@finnegan.com

October 6, 2006

*VIA FACSIMILE*

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

<u>*Wyeth v. Impax Laboratories, Inc.,*</u> Civil Action No.: 06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, 9 CDs containing documents in TIFF image format, and four boxes of paper copy materials are available for your inspection. These documents bear the following range of production numbers:

WYETH 020-000001 - WYETH 020-000630;
WYETH 020-000645 - WYETH 020-000741;
WYETH 020-000743 - WYETH 020-002077;
WYETH 020-002099 - WYETH 020-004625;
WYETH 020-004635 - WYETH 020-004638;
WYETH 020-004650 - WYETH 020-005355;
WYETH 020-005365 - WYETH 020-005763;
WYETH 020-005772 - WYETH 020-006413;
WYETH 020-006415 - WYETH 020-006425;
WYETH 020-006427 - WYETH 020-006434;
WYETH 020-006436 - WYETH 020-006653;
WYETH 020-006679 - WYETH 020-006838;
WYETH 020-006841 - WYETH 020-007447;
WYETH 020-007452 - WYETH 020-007455;
WYETH 020-007459 - WYETH 020-007461;
WYETH 020-007463 - WYETH 020-007597;
WYETH 020-007599 - WYETH 020-007677;
WYETH 020-007680 - WYETH 020-007857;
WYETH 020-007867 - WYETH 020-008482;
WYETH 020-008502 - WYETH 020-008931;
WYETH 020-008940 - WYETH 020-008997;

Daniel N. Kassabian, Esq.
October 6, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

WYETH 020-009004 - WYETH 020-009082;
WYETH 020-009090 - WYETH 020-009133;
WYETH 020-009193 - WYETH 020-009351;
WYETH 024-000001 - WYETH 024-000285;
WYETH 044-000001 - WYETH 044-015443;
WYETH 044-015492 - WYETH 044-015744;
WYETH 044-015793 - WYETH 044-016045;
WYETH 044-016094 - WYETH 044-016333;
WYETH 044-016380 - WYETH 044-027484;
WYETH 044-027536 - WYETH 044-027781;
WYETH 044-027833 - WYETH 044-028071;
WYETH 044-028115 - WYETH 044-028280;
WYETH 044-028325 - WYETH 044-029065;
WYETH 044-029085 - WYETH 044-031929;
WYETH 044-031978 - WYETH 044-033233;
WYETH 044-033282 - WYETH 044-033686;
WYETH 044-033720 - WYETH 044-035991;
WYETH 044-036444 - WYETH 044-038423;
WYETH 044-038425 - WYETH 044-038789;
WYETH 044-038791 - WYETH 044-042212;
WYETH 044-042214 - WYETH 044-042471;
WYETH 044-042521 - WYETH 044-044348;
WYETH 044-044350 - WYETH 044-044411;
WYETH 044-044413 - WYETH 044-044992;
WYETH 044-045044 - WYETH 044-045126;
WYETH 051-000001 - WYETH 051-003512;
WYETH 051-003516 - WYETH 051-006835;
WYETH 096-000001 - WYETH 096-000020;
WYETH 097-000001 - WYETH 097-000041;
WYETH 097-000046 - WYETH 097-000080;
WYETH 097-000088 - WYETH 097-000118;
WYETH 097-000120 - WYETH 097-000138;
WYETH 097-000140 - WYETH 097-000147;
WYETH 200-000001 - WYETH 200-000057;
WYETH 200-000081 - WYETH 200-000096;
WYETH 203-000001 - WYETH 203-002807;
WYETH 203-002812 - WYETH 203-003288;
WYETH 203-003291 - WYETH 203-006689;
WYETH 203-006709 - WYETH 203-008278;
WYETH 203-008280 - WYETH 203-009680;
WYETH 203-009740 - WYETH 203-011871;
WYETH 203-011873 - WYETH 203-012242;
WYETH 203-012252 - WYETH 203-013913;

Daniel N. Kassabian, Esq.
October 6, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNERLLP

WYETH 203-014115 - WYETH 203-015993;
WYETH 203-016001 - WYETH 203-018402;
WYETH 203-018406 - WYETH 203-019204;
WYETH 203-019220 - WYETH 203-020069;
WYETH 203-020073 - WYETH 203-020246;
WYETH 203-020255 - WYETH 203-022869;
WYETH 203-022872 - WYETH 203-023720;
WYETH 203-023724 - WYETH 203-024039;
WYETH 203-024043 - WYETH 203-024294;
WYETH 203-024410 - WYETH 203-024447;
WYETH 203-024451 - WYETH 203-024774;
WYETH 203-024777 - WYETH 203-024789;
WYETH 203-024793 - WYETH 203-025305;
WYETH 203-025316 - WYETH 203-026080;
WYETH 203-026087 - WYETH 203-026722;
WYETH 203-026724 - WYETH 203-026810;
WYETH 203-026826 - WYETH 203-028165;
WYETH 203-028174 - WYETH 203-028509;
WYETH 203-028517 - WYETH 203-033824;
WYETH 203-033827 - WYETH 203-034267;
WYETH 203-034270 - WYETH 203-034438;
WYETH 203-034440 - WYETH 203-034441;
WYETH 203-034443 - WYETH 203-034540;
WYETH 203-034545 - WYETH 203-034616;
WYETH 203-034621 - WYETH 203-035164;
WYETH 203-035166 - WYETH 203-035203;
WYETH 203-035217 - WYETH 203-035242;
WYETH 203-035244 - WYETH 203-036287;
WYETH 203-036290 - WYETH 203-036333;
WYETH 203-036346 - WYETH 203-036497;
WYETH 203-036570 - WYETH 203-038014;
WYETH 203-038034 - WYETH 203-038039;
WYETH 203-038042 - WYETH 203-038043;
WYETH 203-038046 - WYETH 203-038250;
WYETH 205-000001 - WYETH 205-017475;
WYETH 205-017477 - WYETH 205-017479;
WYETH 205-017481 - WYETH 205-017482;
WYETH 205-017484 - WYETH 205-029016;
WYETH 205-030758 - WYETH 205-032507;
WYETH 303-000001 - WYETH 303-003955 and
WYETH 318-000001 - WYETH 318-007172.

Daniel N. Kassabian, Esq.
October 6, 2006
Page 4

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER. Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office. Alternatively, please let us know if you would prefer us to send you copies of the TIFF images at a cost of $7,732.80 (6¢ per page) and paper copies at a cost of $1,335.24 (12¢ per page).

Sincerely,

Linda A. Wadler

AAM/ms

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER** LLP

ARIE M. MICHELSOHN, ESQ.
202.408.4180
arie.michelsohn@finnegan.com

October 10, 2006

**VIA FACSIMILE**

Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

_Wyeth v. Impax Laboratories, Inc._, Civil Action No.:  06-222 JJF (D. Del.)

Dear Daniel:

As part of Wyeth's continuing document production, three boxes of paper copy materials are available for your inspection.  These documents bear the following range of production numbers:

WYETH 004-000325 - WYETH 004-000361;
WYETH 004-019321 - WYETH 004-019542;
WYETH 010-000752 - WYETH 010-000756;
WYETH 010-001387 - WYETH 010-001410;
WYETH 010-001701 - WYETH 010-001705;
WYETH 010-001730;
WYETH 010-002180 - WYETH 010-002184;
WYETH 010-002917 - WYETH 010-002922;
WYETH 010-002937 - WYETH 010-002946;
WYETH 012-000034 - WYETH 012-000041;
WYETH 012-000061 - WYETH 012-000079;
WYETH 012-000693 - WYETH 012-000697;
WYETH 012-002190 - WYETH 012-002200;
WYETH 013-006127;
WYETH 018-000980 - WYETH 018-000992;
WYETH 020-005621 - WYETH 020-005630;
WYETH 020-005676 - WYETH 020-005689;
WYETH 020-005764 - WYETH 020-005771;
WYETH 020-005858 - WYETH 020-005868;
WYETH 020-006851;
WYETH 020-007573 - WYETH 020-007597;

Daniel N. Kassabian, Esq.
October 10, 2006
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

    WYETH 020-007599 - WYETH 020-007648;
    WYETH 032-001212 - WYETH 032-001245;
    WYETH 036-002483 - WYETH 036-002489;
    WYETH 036-002491 - WYETH 036-002489;
    WYETH 040-006980 - WYETH 040-006981;
    WYETH 046-001571 - WYETH 046-001641;
    WYETH 046-004835 - WYETH 046-004872;
    WYETH 046-006058 - WYETH 046-006177;
    WYETH 053-000331 - WYETH 053-000333;
    WYETH 053-001323 - WYETH 053-001325;
    WYETH 053-001462 - WYETH 053-001463;
    WYETH 053-001500 - WYETH 053-001503;
    WYETH 053-001602;
    WYETH 053-001703 - WYETH 053-001707;
    WYETH 053-001802 - WYETH 053-001827;
    WYETH 055-000002 - WYETH 055-000038;
    WYETH 065-005085 - WYETH 065-005089;
    WYETH 090-005062;
    WYETH 123-021970;
    WYETH 123-021975 - WYETH 123-021978;
    WYETH 123-021984 - WYETH 123-021992;
    WYETH 123-021997 - WYETH 123-022006;
    WYETH 126-010882 - WYETH 126-010984;
    WYETH 126-011165 - WYETH 126-011167;
    WYETH 126-013414 - WYETH 126-013509;
    WYETH 133-003255 - WYETH 133-003271;
    WYETH 180-014456 - WYETH 180-014462;
    WYETH 203-009996 - WYETH 203-010000;
    WYETH 203-023595 - WYETH 203-023604;
    WYETH 203-028374 - WYETH 203-028380;
    WYETH 203-031816 - WYETH 203-031926;
    WYETH 203-032612 - WYETH 203-032802;
    WYETH 203-036590 - WYETH 203-036735;
    WYETH 203-037470 - WYETH 203-037492;
    WYETH 203-037826 - WYETH 203-037833;
    WYETH 203-037919 - WYETH 203-037971;
    WYETH 204-000133 - WYETH 204-000166;
    WYETH 205-004352 - WYETH 205-004355;
    WYETH 300-003487 - WYETH 300-004768;
    WYETH 301-000001 - WYETH 301-001595;
    WYETH 318-007173 - WYETH 318-008724 and
    WYETH 320-000001 - WYETH 320-000348.

Daniel N. Kassabian, Esq.
October 10, 2006
Page 3

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

    The enclosed documents are stamped CONFIDENTIAL or HIGHLY CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER.  Until a formal protective order is in place, however, the documents should be inspected on an outside counsel eyes only basis pursuant to D. Del. L.R. 26.2.

    Please contact us to arrange a mutually agreeable time for your inspection at our Reston, Virginia office.  Alternatively, please let us know if you would prefer us to send you copies of the TIFF images at a cost of $794.16 (12¢ per page).

Sincerely,

Arie Michelsohn

AAM/jtm

cc:    Mary B. Matterer, Esq. (via Facsimile)
       Richard K. Herrmann, Esq. (via Facsimile)

# EXHIBIT 14

# HellerEhrman LLP

August 4, 2006

Daniel N. Kassabian
Daniel.Kassabian@hellerehrman.com
Direct +1.415.772.6098
Direct Fax +1.415.772.1796
Main +1.415.772.6000
Fax +1.415.772.6268

40443.0005

*Via Federal Express*

**RECEIVED**

AUG 0 7 2006

Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.

Linda A. Wadler, Esq.
Finnegan Henderson Farabow
    Garrett & Dunner LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413

Re:  **Wyeth v. Impax Laboratories, Inc.**
     **U.S. District Court, District of Delaware, Civil Action No. 06-222 JJF**

Dear Linda:

     Please find enclosed a CD containing TIFF images and a Concordance load file of Impax's ANDA 78-057, Bates labeled IMPAX0000001 - IMPAX0004513. Please note that these documents have been marked "Confidential – Outside Counsel Eyes Only" pursuant to Local Rule 26.2, and should be treated accordingly until the parties can agree to a protective order in this action.

                              Best regards,

                              Daniel N. Kassabian

Enclosure

Heller Ehrman LLP   4350 La Jolla Village Drive, 7th Floor   San Diego, CA 92122-1246   www.hellerehrman.com

Anchorage    Beijing    Hong Kong    Los Angeles    Madison, WI    New York    San Diego    San Francisco    Seattle
                                     Silicon Valley    Singapore    Washington, D.C.

# HellerEhrman LLP

September 15, 2006

Kathleen M. Madden
Paralegal
Kathleen.Madden@hellerehrman.com
Direct +1.858.450.5829
Main +1.858.450.8400
Fax +1.858.450.8499

40443.0005

*Via Federal Express*

Linda A. Wadler, Esq.
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001

**RECEIVED**

SEP 1 8 2006

**Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.**

Re:   *Wyeth v. Impax Laboratories, Inc.*, No. 06-222 (D. Del.)

Dear Linda:

Enclosed for production please find a CD containing documents stamped with bates numbers IMPAX0004514 through IMPAX0005747. The cost of the production is $148.09.

Sincerely,

Kathleen M. Madden
Paralegal

Enclosure

Heller Ehrman LLP   4350 La Jolla Village Drive, 7th Floor   San Diego, CA  92122-1246   www.hellerehrman.com

Anchorage     Beijing     Hong Kong     Los Angeles     Madison, WI     New York     **San Diego**     San Francisco     Seattle
Silicon Valley     Singapore     Washington, D.C.

# HellerEhrman LLP

September 29, 2006

Daniel N. Kassabian
Daniel.Kassabian@hellerehrman.com
Direct +1.415.772.6098
Direct Fax +1.415.772.1796 .
Main +1.415.772.6000
Fax +1.415.772.6268

40443.0005

**RECEIVED**

OCT 0 2 2006

Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.

*Via Federal Express*
*Via facsimile w/o enclosure*

Linda A. Wadler, Esq.
Finnegan Henderson Farabow
Garrett & Dunner LLP
901 New York Ave., N.W.
Washington, D.C. 20001-4413

Re: *Wyeth v. Impax Laboratories, Inc.*, No. 06-222

Dear Linda:

Enclosed for discovery production, please find a disc containing documents bearing Bates nos. IMPAX0005748 through IMPAX0030637. Those documents marked "HIGHLY CONFIDENTIAL" or "CONFIDENTIAL" are produced pursuant to D. Del. L.R. 26.2 pending the entry of a protective order in this case, and thus are only to be viewed by outside counsel until its entry.

The cost of producing these as TIFF images was $5,388.69, or $0.2165 per page.

Best regards,

Daniel N. Kassabian

Enclosure

Heller Ehrman LLP   333 Bush Street   San Francisco, CA 94104-2878   www.hellerehrman.com

Anchorage     Beijing     Hong Kong     Los Angeles     Madison, WI     New York     San Diego     San Francisco     Seattle
Silicon Valley     Singapore     Washington, D.C.

# HellerEhrman LLP

October 10, 2006

Sam Ernst
Sam.Ernst@hellerehrman.com
Direct +1.415.772.6964
Main +1.415.772.6000
Fax +1.415.772.6268

*Via Federal Express*
*Via facsimile w/o enclosure*

40443.0005

Linda A. Wadler, Esq.
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

**Re:** *Wyeth v. Impax Laboratories, Inc.*, No. 06-222

Dear Linda:

Enclosed for discovery production, please find a disc containing documents bearing Bates nos. IMPAX0030638 through IMPAX0214755. Those documents marked "HIGHLY CONFIDENTIAL" or "CONFIDENTIAL" are produced pursuant to D. Del. L.R. 26.2 pending the entry of a protective order in this case, and thus are only to be viewed by outside counsel until entry of a protective order.

The cost of producing these images was $0.07 per page plus $1127.72 in taxes for a total of $14,115.98.

Best regards,

Sam Ernst

Enclosure

# HellerEhrman LLP

October 20, 2006

Daniel N. Kassabian
Daniel.Kassabian@hellerehrman.com
Direct +1.415.772.6098
Direct Fax +1.415.772.1796
Main +1.415.772.6000
Fax +1.415.772.6268

40443.0005

*Via Federal Express*
*Via E-mail  w/o enclosure*

Linda A. Wadler, Esq.
Finnegan Henderson Farabow
 Garrett & Dunner LLP
901 New York Ave., N.W.
Washington, D.C. 20001-4413

Re:    **Wyeth v. Impax Laboratories, Inc.**
       **U.S. District Court, District of Delaware, Civil Action No. 06-222 JJF**

Dear Linda:

Enclosed for discovery production, please find a DVD disc containing documents bearing Bates nos. IMPAX0214756 through IMPAX0410429. Those documents marked "HIGHLY CONFIDENTIAL" or "CONFIDENTIAL" are produced pursuant to D. Del. L.R. 26.2 pending the entry of a protective order in this case, and thus are only to be viewed by outside counsel until entry of a protective order.

The cost of producing these images was $0.07 per page plus $1,412.72 in taxes and the cost of the hard drive used for the previous production, for a total of $15,103.60.

Best regards,

Daniel N. Kassabian

Enclosure

SF 1314139 v1
(40443.0005)

Heller Ehrman LLP  333 Bush Street   San Francisco, CA  94104-2878   www.hellerehrman.com

Anchorage    Beijing    Hong Kong    Los Angeles    Madison, WI    New York    San Diego    San Francisco    Seattle
Silicon Valley    Singapore    Washington, D.C.

# EXHIBIT 15

# HellerEhrman LLP

February 13, 2007

*Via Federal Express*
*Via E-mail  w/o enclosure*

Daniel N. Kassabian
Daniel.Kassabian@hellerehrman.com
Direct +1.415.772.6098
Direct Fax +1.415.772.1796
Main +1.415.772.6000
Fax +1.415.772.6268

40443.0005

Linda A. Wadler, Esq.
Finnegan Henderson Farabow
 Garrett & Dunner LLP
901 New York Ave., N.W.
Washington, D.C. 20001-4413

**RECEIVED**

FEB 1 6 2007

**Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.**

Re:    <u>Wyeth v. Impax Laboratories, Inc.</u>
       **U.S. District Court, District of Delaware, Civil Action No. 06-222 JJF**

Dear Linda:

Enclosed please find a CD containing documents responsive to Wyeth's document requests, which bear Bates nos. IMPAX0410430 through IMPAX0411047.  The documents marked "HIGHLY CONFIDENTIAL" or "CONFIDENTIAL" are produced pursuant to the Stipulated Protective Order entered in the above-referenced action.

Best regards,

Daniel N. Kassabian

Enclosure

# EXHIBIT 16

HIGHLY CONFIDENTIAL

**REDACTED**



REDACTED



REDACTED

















REDACTED









REDACTED









REDACTED



REDACTED





REDACTED

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Mary B. Matterer
MORRIS JAMES LLP

I also certify that copies were caused to be served on March 5, 2007 upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com