IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-222 (JJF) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
|       Defendant | ) |
| | ) |

## WYETH'S NOTICE OF DEPOSITION OF CHARLES HSIAO

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on March 23, 2007, or at such other date and time as shall be agreed upon by the parties or ordered by the Court and continuing day to day thereafter, Plaintiff Wyeth shall take the deposition upon oral examination of Charles Hsiao before an officer authorized to administer oaths at the law offices of Heller Ehrman, LLP, 333 Bush Street, San Francisco, California 94104. The deposition will be recorded by stenographic means and may be videotaped. You are invited to attend and participate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  Attorneys for Plaintiff Wyeth

OF COUNSEL:
Basil J. Lewis
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

March 7, 2007
756363

**CERTIFICATE OF SERVICE**

I, Karen Jacobs, hereby certify that on March 7, 2007, I electronically filed the foregoing with the Clerk of the court using CM/ECF, which will send notification of such filings(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on March 7, 2007, upon the following in the manner indicated:

**BY HAND**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

*/s/ Karen Jacobs Louden*

klouden@mnat.com