IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT IMPAX LABORATORIES, INC.'S
## NOTICE OF DEPOSITION OF JOHN C. CLARK

TO PLAINTIFF WYETH AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing at 9:30 a.m. on April 11, 2007 at the offices of Finnegan Henderson Farabow Garrett & Dunner LLP, 901 New York Ave., N.W., Washington, D.C. 20001, or at another mutually agreed upon time and place, Defendant Impax Laboratories, Inc., through its attorneys, will take the deposition upon oral examination of John C. Clark, employee of Plaintiff Wyeth, pursuant to Federal Rule of Civil Procedure 30(b)(1).

The deposition will be taken before a notary public or other person authorized to administer oaths, and will be recorded by stenographic, real-time transcription, sound and/or video means.

You are invited to attend and participate.

Dated: March 7, 2007      */s/ Mary B. Matterer*
RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL N. KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Defendant
IMPAX LABORATORIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2007, I electronically filed the foregoing document, **DEFENDANT IMPAX LABORATORIES, INC.'S NOTICE OF DEPOSITION OF JOHN C. CLARK**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on that same date the foregoing document was served via email and hand delivery on the above counsel and also via email on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
  Garrett & Dunner
901 New York Avenue, NW
Washington, DE  20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

　　　　　　　　　　　　　　　　　　　  */s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. No. 2696)
　　　　　　　　　　　　　　　　　　　Morris James LLP
　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 15th Floor
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　*Attorneys for IMPAX LABORATORIES, INC.*