IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | Civil Action No.: 06-222 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Response and Objections of Lynn A. Cunningham, M.D. to Subpoena were caused to be served on March 12, 2007, upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Karen Jacobs Louden*

                                    Jack B. Blumenfeld (#1014)
                                    Karen Jacobs Louden (#2881)
                                    1201 N. Market Street
                                    Wilmington, DE  19899-1347
                                    (302) 658-9200
                                    klouden@mnat.com
                                        Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

March 12, 2007

2

**CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on March 12, 2007 upon the following in the manner indicated:

>**BY HAND and E-MAIL**
>
>Mary B. Matterer
>Morris James LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19899
>
>**BY E-MAIL**
>
>Daniel N. Kassabian
>Heller Ehrman LLP
>333 Bush Street
>San Francisco, CA  94104

*/s/ Karen Jacobs Louden*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com