IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH,<br><br>            Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 06-222 JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

Please take notice that on this 14th day of March 2007, copies of the following document, **DEFENDANT IMPAX LABORATORIES, INC.'S SECOND SET OF REQUESTS FOR ADMISSION (NOS. 7-73),** were served on counsel as indicated:

**VIA E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

**VIA E-MAIL**

Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

James K. Hammond, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
(571) 203-2700

Dated: March 14, 2007            */s/ Mary B. Matterer*
                                                 Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

M. Patricia Thayer (State Bar No. 90818)
John M. Benassi (State Bar No. 74137)
Jessica R. Wolff (State Bar No. 162295)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for IMPAX LABORATORIES, INC.

2