IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action No.: 06-222 JJF |
| v. | ) <br> ) |
| IMPAX LABORATORIES, INC., | ) <br> ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO COMPEL DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

Defendant Impax Laboratories, Inc. hereby moves the Court for an order compelling Plaintiff Wyeth to provide deposition testimony in response to Impax's Deposition Notice Pursuant to Fed. R. Civ. P. 30(b)(6). The grounds for this motion are set forth in the opening brief, filed contemporaneously herewith.

Dated: March 16, 2007

RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL N. KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400

Attorneys for IMPAX LABORATORIES, INC.

## **RULE 7.1.1 CERTIFICATION**

The undersigned certifies that counsel for plaintiffs and counterclaim defendants Wyeth has been contacted and the parties have been unable to resolve the issues presented in this Motion.

_____
Mary B. Matterer (#2696)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered Defendant's Motion to Compel Deposition Pursuant to Fed. R. Civ. P. 30(b)(6);

IT IS HEREBY ORDERED this ____ day of _____, 2007 that the Motion is GRANTED.

_____
Joseph J. Farnan, Jr., J.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2007, I electronically filed the foregoing document, **DEFENDANT'S MOTION TO COMPEL DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6),** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on that same date the foregoing document was served via email and hand delivery on the above counsel and also via email and FedEx on the following non-registered participants:

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
 Garrett & Dunner
901 New York Avenue, NW
Washington, DE 20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

                                                            /s/ Mary B. Matterer
                                                    Mary B. Matterer (No. 2696)
                                                    Morris James LLP
                                                    500 Delaware Avenue, 15th Floor
                                                    Wilmington, DE 19801
                                                    (302) 888-6800
                                                    mmatterer@morrisjames.com

                                                    *Attorneys for IMPAX LABORATORIES, INC.*