# DOCUMENT FILED UNDER SEAL

Case 1:06-cv-00222-JJF    Document 114    Filed 03/16/2007    Page 1 of 1