IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
|        Plaintiff, | ) | |
| | ) | |
|     v. | ) | C. A. No.: 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
|        Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Wyeth's Supplemental Responses To Defendant Impax's Interrogatory Nos. 6 and 16; (2) Plaintiff's Reponses And Objections To Impax's First Set Of Requests For Admission (Nos. 1-6); and (3) Plaintiff's Reponses And Objections To Impax's Fourth Request For Production Of Documents And Things (Nos. 125-131) were caused to be served on March 29, 2007, upon the following counsel:

**BY FEDERAL EXPRESS**

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                    */s/ Karen Jacobs Louden*

                                                    Jack B. Blumenfeld (#1014)
                                                    Karen Jacobs Louden (#2881)
                                                    klouden@mnat.com
                                                    1201 N. Market Street
                                                    Wilmington, DE  19899-1347
                                                    (302) 658-9200
                                                    Attorneys for plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000


March 30, 2007

526328

**CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on March 30, 2007 upon the following in the manner indicated:

**BY HAND & EMAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

**MAIL & EMAIL**

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

*/s/ Karen Jacobs Louden*
klouden@mnat.com