IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>        v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | Civil Action No.: 06-222 (JJF) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert A. Pollock, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, Washington, DC 20001-4413 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
_____
Jack B. Blumenfeld (#1014)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys for Plaintiff Wyeth*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: March 30, 2007

Robert A. Pollock
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on March 30, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

>Mary B. Matterer
>Morris James LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19899

### BY MAIL AND EMAIL

>M. Patricia Thayer
>John M. Benassi
>Jessica R. Wolf
>Heller Ehrman LLP
>4350 La Jolla Village Drive
>San Diego, CA  92102

>>/s/ Karen Jacobs Louden
>>klouden@mnat.com