IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF WITHDRAWAL OF MOTION

Defendant Impax Laboratories Inc. hereby withdraws its Motion for Protective Order filed on March 20, 2007 (D.I. 117).

                                                       /s/ Mary B. Matterer
                                             Mary B. Matterer (I.D. No. 2696)
                                             Morris James Hitchens & Williams LLP
                                             222 Delaware Avenue, 10th Floor
                                             Wilmington, DE  19801
                                             (302) 888-6800
                                             mmatterer@morrisjames.com

                                             M. Patricia Thayer (*pro hac vice*)
                                             John M. Benassi (*pro hac vice*)
                                             Jessica R. Wolff (*pro hac vice*)
                                             Daniel N. Kassabian (*pro hac vice*)
                                             Samuel F. Ernst (*pro hac vice*)
                                             Heller Ehrman LLP
                                             4350 La Jolla Village Drive, 7th Floor
                                             San Diego, CA 92101
                                             Telephone: (858) 450-8400

                                             Attorneys for IMPAX LABORATORIES, INC.

Dated:  April 3, 2007