IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUPPLEMENTATION
OF THE PROTECTIVE ORDER**

Defendant Impax Laboratories, Inc. ("Impax") hereby moves this court for an order in the form included with this motion supplementing the February 8, 2007 Stipulated Protective Order to add Keker & Van Nest LLP as additional litigation counsel on behalf of Impax.

In support of this motion, we affirm that we have worked with Keker & Van Nest in other litigation in this District and know the firm to be reputable and ethical. Keker & Van Nest is not involved in patent prosecution or any other disqualifying actions and there is no reason for them not to be added to the Protective Order since Wyeth will not be prejudiced by this addition. We have requested Wyeth to consent to this supplementation of the protective order, but have not received a response as of this time.

Keker & Van Nest has an immediate need to have access to confidential information in order to represent Impax adequately. Wyeth had broadly marked nearly all its discovery responses confidential, including even Wyeth's claim construction

positions. Wyeth has also produced much of the record from its prior litigation involving the same patents, including the claim construction briefing from that case, as confidential. And, Wyeth has produced the vast majority of its documents under a confidentiality order. For Keker & Van Nest to represent its client in this litigation without unnecessary delay to the litigation, entry of this supplemental order is required.

Dated: April 5, 2007

/s/ Mary Matterer
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Daralyn J. Durie
Asim Bhansali
Paula L. Blizzard
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

M. Patricia Thayer
John M. Benassi
Jessica R. Wolff
Daniel N. Kassabian
Samuel F. Ernst
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400

*Attorneys for IMPAX LABORATORIES, INC.*

## RULE 7.1.1 CERTIFICATION

The undersigned certifies that counsel for plaintiffs and counterclaim defendants Wyeth has been contacted and the parties have been unable to resolve the issues presented in this Motion.

Mary B. Matterer (#2696)