IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH,<br><br>          Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 06-222 JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL PROTECTIVE ORDER

WHEREAS, the Court entered a Stipulated Protective Order on February 8, 2007 in the above-styled proceeding (the "Proceeding"); and

WHEREAS, attorneys from the firm Keker & Van Nest LLP have appeared as counsel for Defendant Impax Laboratories, Inc.;

IT IS HEREBY STIPULATED AND ORDERED THAT paragraph 6.a of the Stipulated Protective Order shall hereby include Keker & Van Nest LLP as outside counsel retained for the Proceeding. As such, attorneys from Keker & Van Nest LLP shall have access to documents and things designated as Highly Confidential and Confidential pursuant to the Stipulated Protective Order, and shall be subject to the restrictions set forth therein.

Dated: _____, 2007

_____
The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE