# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No.: 06-222 JJF |
| v. | ) |
|  | ) |
| IMPAX LABORATORIES, INC., | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION

Defendant Impax Laboratories Inc. hereby withdraws its Motion for Supplementation of the Protective Order filed on April 5, 2007 (D.I. 133).

Dated: April 9, 2007

                                                             */s/ Mary B. Matterer*
                                                         Mary B. Matterer (I.D. No. 2696)
                                                         Morris James LLP
                                                         500 Delaware Ave., Suite 1500
                                                         Wilmington, DE 19801
                                                         Telephone:   (302) 888-6800
                                                         Facsimile:    (302) 571-1750
                                                         mmatterer@morrisjames.com

        Daralyn J. Durie (*pro hac vice*)
        Asim Bhansali (*pro hac vice*)
        Paula L. Blizzard (*pro hac vice*)
        Keker & Van Nest LLP
        710 Sansome Street
        San Francisco, CA 94111
        Telephone:   (415) 391-5400
        Facsimile:    (415) 397-7188

        M. Patricia Thayer (*pro hac vice*)
        John M. Benassi (*pro hac vice*)
        Jessica R. Wolff (*pro hac vice*)
        Daniel N. Kassabian (*pro hac vice*)
        Samuel F. Ernst (*pro hac vice*)
        Heller Ehrman LLP
        4350 La Jolla Village Drive, 7th Floor
        San Diego, CA 92101
        Telephone:   (858) 450-8400
        Facsimile:    (858) 450-8499

        Attorneys for Defendant
        IMPAX LABORATORIES, INC.