## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT'S MOTION TO COMPEL

Defendant Impax Laboratories, Inc. hereby moves the Court for an order compelling Plaintiff Wyeth to produce documents in response to Defendant's Fourth Set of Requests for Production (Nos. 125-131). The grounds for this motion are set forth in the opening brief, filed contemporaneously herewith.

Dated: April 10, 2007

_Mary Matterer_
_____
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Daralyn J. Durie
Asim Bhansali
Paula L. Blizzard
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

M. Patricia Thayer
John M. Benassi
Jessica R. Wolff
Daniel N. Kassabian
Samuel F. Ernst
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101

*Attorneys for IMPAX LABORATORIES, INC.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | )Civil Action No.: 06-222 JJF | |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered Defendant's Motion To Compel Plaintiff

to produce documents in response to Defendant's Fourth Set of Requests for Production

(Nos. 125-131);

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the

Motion is GRANTED.

_____
Joseph J. Farnan, Jr., J.

## RULE 7.1.1 CERTIFICATION

The undersigned certifies that counsel for plaintiff Wyeth has been contacted and the parties have been unable to resolve the issues presented in this motion.

_____
Mary B. Matterer (#2696)