IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

### SUPPLEMENTAL STIPULATED PROTECTIVE ORDER

WHEREAS, the Court entered a Stipulated Protective Order on February 8, 2007 in the above-styled proceeding (the "Proceeding") (D.I. 84); and

WHEREAS, attorneys from the firm Keker & Van Nest LLP have appeared as counsel for Defendant Impax Laboratories, Inc.;

IT IS HEREBY STIPULATED AND ORDERED THAT paragraph 6.a of the Stipulated Protective Order shall hereby include Keker & Van Nest LLP as outside counsel retained for the Proceeding. As such, attorneys from Keker & Van Nest LLP shall have access to documents and things designated as Highly Confidential and Confidential pursuant to the Stipulated Protective Order, and shall be subject to the restrictions set forth therein.

Dated: April 10, 2007

The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (I.D. No. 1014) | Mary B. Matterer (I.D. No. 2696) |
| Karen Jacobs Louden (I.D. No. 2881) | Morris James LLP |
| Morris, Nichols, Arsht & Tunnell LLP | 500 Delaware Ave., Suite 1500 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | Telephone:   (302) 888-6800 |
| Wilmington, DE 19899-1347 | Facsimile:   (302) 571-1750 |
| Telephone:   (302) 658-9200 | mmatterer@morrisjames.com |
| Facsimile:   (302) 658-3989 | |
| jblumenfeld@mnat.com | Daralyn J. Durie (*pro hac vice*) |
| klouden@mnat.com | Asim Bhansali (*pro hac vice*) |
| | Paula L. Blizzard (*pro hac vice*) |
| Basil J. Lewis (*pro hac vice*) | Keker & Van Nest LLP |
| Linda A. Wadler (*pro hac vice*) | 710 Sansome Street |
| Finnegan, Henderson, Farabow, | San Francisco, CA 94111 |
|    Garrett & Dunner L.L.P. | Telephone:   (415) 391-5400 |
| 901 New York Avenue, N.W. | Facsimile:   (415) 397-7188 |
| Washington, DC 20001 | |
| Telephone:   (202) 408-4000 | M. Patricia Thayer (*pro hac vice*) |
| Facsimile:   (202) 408-4400 | John M. Benassi (*pro hac vice*) |
| | Jessica R. Wolff (*pro hac vice*) |
| Attorneys for Plaintiff | Daniel N. Kassabian (*pro hac vice*) |
| WYETH | Samuel F. Ernst (*pro hac vice*) |
| | Heller Ehrman LLP |
| | 4350 La Jolla Village Drive, 7th Floor |
| | San Diego, CA 92101 |
| | Telephone:   (858) 450-8400 |
| | Facsimile:   (858) 450-8499 |
| | |
| | Attorneys for Defendant |
| | IMPAX LABORATORIES, INC. |