# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

April 11, 2007

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

     **RE:**   *Wyeth v. Impax Laboratories, Inc*, C. A. No. 06-222 (JJF)

Your Honor:

     Due to the power failure that the District Court experienced last evening that disabled PACER, Impax could not file documents last night. As a result, we served them last evening and filed them first thing this morning. The Clerk's office suggested we write to Chambers and respectfully request that the documents that were filed this morning, D.I. 138 through D.I. 141 be deemed filed on April 10, 2007.

     Respectfully,

Mary B. Matterer

cc: Clerk of the Court (by hand delivery)
    Jack B. Blumenfeld, Esq. (by email)
    Karen Jacobs Louden, Esq. (by email)
    Basil J. Lewris, Esq. (by email)
    Linda A. Wadler, Esq. (by email)