IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C. A. No. 06-222 (JJF) |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

## WYETH'S NOTICE OF DEPOSITION OF LEE FOONG SIEW

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on May 18, 2007, or at such other date and time as shall be agreed upon by the parties or ordered by the Court and continuing day to day thereafter, Plaintiff Wyeth shall take the deposition upon oral examination of Lee Foong Siew before an officer authorized to administer oaths at the law offices of Heller Ehrman, LLP, 333 Bush Street, San Francisco, California 94104. The deposition will be recorded by stenographic means and may be videotaped. You are invited to attend and participate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____

Jack Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

April 12, 2007

798541

798541_1.DOC

**CERTIFICATE OF SERVICE**

I, Karen Jacobs, hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the court using CM/ECF, which will send notification of such filings(s) to the following:

>Mary B. Matterer
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on April 12, 2007, upon the following in the manner indicated:

**BY HAND**

>Mary B. Matterer
>Morris, James, Hitchens & Williams
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19899

**BY FEDERAL EXPRESS**

>M. Patricia Thayer
>John M. Benassi
>Jessica R. Wolf
>Heller Ehrman LLP
>4350 La Jolla Village Drive
>San Diego, CA  92102

>*/s/ Karen Jacobs Louden*
>_____
\                                 klouden@mnat.com

798541_1.DOC