IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WYETH,                              :
                                    :
          Plaintiff,                :
                                    :
     v.                             :   Civil Action No. 06-222-JJF
                                    :
IMPAX LABORATORIES, INC.,           :
                                    :
          Defendant.                :

## MEMORANDUM ORDER

Pending before me is Defendant Impax Laboratories, Inc.'s

("Impax") Motion To Compel Deposition Pursuant To Fed. R. Civ. P.

30(b)(6). (D.I. 112).  Two factors convince me that the Motion as

currently presented should be granted.

First, I am persuaded by Impax's argument that the proposed

deposition is the most efficient way to proceed (D.I. 113, p.

15).  I note that my conclusion is influenced by the Teva factors

raised by Impax.  Second, the time limitations offered by Impax

will control any "unduly burdensome" concerns raised by Wyeth.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion

to Compel Deposition Pursuant To Fed. R. Civ. P. 30(b)(6). (D.I.

112) is **GRANTED**.

April 13, 2007
_____          _____
        DATE                     UNITED STATES DISTRICT JUDGE