IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH, </br>        Plaintiff, </br></br>    v. </br></br>IMPAX LABORATORIES, INC., </br></br>        Defendant. | Civil Action No.: 06-222 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiff's Responses and Objections to Impax's Second Set of Requests for Admission (Nos. 7-73)* were served upon the following in the manner indicated:

### BY FEDERAL EXPRESS

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Karen Jacobs Louden (#2881)*
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                1201 N. Market Street
                Wilmington, DE  19899-1347
                (302) 658-9200
                klouden@mnat.com
                    Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

April 13, 2007

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on April 13, 2007 upon the following in the manner indicated:

### BY HAND and E-MAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

### BY E-MAIL

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

*/s/ Karen Jacobs Louden (#2881)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com