# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,                    ) | |
|                           ) | |
|            Plaintiff,     ) | |
|                           )   Civil Action No.: 06-222 JJF |
|       v.                  ) | |
|                           ) | |
| IMPAX LABORATORIES, INC., ) | |
|                           ) | |
|            Defendant.     ) | |
|                           ) | |

## NOTICE OF SERVICE

Please take notice that on this 20th day of April 2007, copies of the following document,

**DEFENDANT IMPAX LABORATORIES, INC.'S THIRD SET OF INTERROGATORIES (NOS. 41-42),** were served on counsel as indicated:


**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

**VIA E-MAIL AND FEDEX**
Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000


Dated:  April 20, 2007

_  /s/ Mary B. Matterer  _
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

M. PATRICIA THAYER (*pro hac vice*)
JOHN M. BENASSI (*pro hac vice*)
JESSICA R. WOLFF (*pro hac vice*)
DANIEL N. KASSABIAN (*pro hac vice*)
SAMUEL F. ERNST (*pro hac vice*)
ERIC L. LANE (*pro hac vice*)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400

DARALYN J. DURIE (*pro hac vice*)
ASIM BHANSALI (*pro hac vice*)
PAULA L. BLIZZARD (*pro hac vice*)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Attorneys for Defendant
IMPAX LABORATORIES, INC.