IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No.: 06-222 JJF |
| v. | ) |
|  | ) |
| IMPAX LABORATORIES, INC., | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT IMPAX LABORATORIES, INC.'S
MOTION TO COMPEL RESPONSES TO DEFENDANT'S
REQUEST FOR ADMISSION NOS. 1-3, 31, 38, 50, 62, 67 AND 68**

Defendant Impax Laboratories, Inc. hereby moves this court for an order to compel Plaintiff Wyeth to respond to Defendant's Request for Admission Nos. 1-3, 31, 38, 50, 62, 67 and 68. The grounds for this motion are set forth in the opening brief, filed contemporaneously herewith.

Dated: May 9, 2007

*/s/ Mary Matterer*

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
mmatterer@morrisjames.com

*Of Counsel*

Daralyn J. Durie
Asim Bhansali
Paula L. Blizzard
Eric L. Lane
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

M. Patricia Thayer
John M. Benassi
Jessica R. Wolff
Daniel N. Kassabian
Samuel F. Ernst
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101

*ATTORNEYS FOR IMPAX LABORATORIES, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Defendant's Motion To Compel Plaintiff to produce documents in response to Defendant's Fourth Set of Requests for Production (Nos. 125-131);

IT IS HEREBY ORDERED this ____ day of _____, 2007 that the Motion is GRANTED and that the requested documents be produced within ten days of this order.

_____
Joseph J. Farnan, Jr., J.

## **RULE 7.1.1 CERTIFICATION**

The undersigned certifies that counsel for plaintiffs and counterclaim defendants Wyeth has been contacted and the parties have been unable to resolve the issues presented in this Motion.

Mary B. Matterer (#2696)

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2007, I electronically filed the foregoing document, **DEFENDANT IMPAX LABORATORIES, INC.'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSION NOS. 1-3, 31, 38, 50, 62, 67 AND 68,** with the Clerk of the Court using CM/ECF which sent notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that the foregoing document was served as indicated below:

**VIA EMAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com

**VIA EMAIL AND FEDEX**
**(FedEx on 5-10-07)**

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
 Garrett & Dunner
901 New York Avenue, NW
Washington, DE 20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

/s/ Mary B. Matterer
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for IMPAX LABORATORIES, INC.*