IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IMPAX LABORATORIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-222 JJF |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Courtney Towle of the law firm of Keker & Van Nest LLP to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: May 11, 2007

/s/ Mary B. Matterer
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: May __11__, 2007        Signed: _____
                                     Courtney Towle Esq.
                                     Keker & Van Nest LLP
                                     710 Sansome Street
                                     San Francisco, CA 94111
                                     (415) 391-5400

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May 2007 I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE,** with the Clerk of the Court using CM/ECF which sent notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that on the same date, the foregoing document was served as indicated below:

| VIA EMAIL | VIA EMAIL |
|---|---|
| Jack B. Blumenfeld | Basil J. Lewris |
| Karen Jacobs Louden | Linda A. Wadler |
| Morris Nichols Arsht & Tunnell | Finnegan Henderson Farabow |
| 1201 N. Market Street |   Garrett & Dunner |
| Wilmington, DE 19801 | 901 New York Avenue, NW |
| jblumenfeld@mnat.com | Washington, DE 20001 |
| klouden@mnat.com | Bill.Lewris@finnegan.com |
| mmyers@mnat.com | Linda.Wadler@finnegan.com |

　　　　　　　　　　　　　　　　　　/s/ Mary B. Matterer
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for IMPAX LABORATORIES, INC.