IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH,<br><br>               Plaintiff,<br><br>       v.<br><br>IMPAX LABORATORIES, INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 06-222 (JJF)<br>)<br>)<br>)  **PUBLIC VERSION**<br>)<br>)<br>) |

## DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF WYETH'S OPENING MARKMAN BRIEF

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Barbara R. Rudolph
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Original File Date: May 8, 2007
Public Version File Date: May 14, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No.: 06-222 (JJF) |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF
WYETH'S OPENING MARKMAN BRIEF**

I, Karen Jacobs Louden, hereby declare as follows:

1. I am a partner with the law firm of Morris, Nichols, Arsht & Tunnell, LLP. I am one of the attorneys representing Wyeth in the current litigation.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,274, 171 B1.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,403,120 B1.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,419,958 B2.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of James W. McGinity, Ph.D., dated May 4, 2007 (with Exhibits A through P).

6. Attached hereto as Exhibit 5 is a true and correct copy of Shaw Dep. Ex. 8, bearing production numbers IMPAX0003785 through 0003792.

**REDACTED**

7.    Attached hereto as Exhibit 6 is a true and correct copy of Shaw Dep. Ex. 10, bearing production numbers IMPAX0003935 through IMPAX0003945.

8.    Attached hereto as Exhibit 7 is a true and correct copy of the Markman Opinion and Markman Order in *Wyeth v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 03-1293 (WJM), both dated September 6, 2005.

9.    Attached hereto as Exhibit 8 is a true and correct copy of the Dismissal Order in *Wyeth v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 03-1293 (WJM), dated January 12, 2006.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the Order Vacating Markman Rulings in *Wyeth v. Teva Pharmaceuticals USA, Inc. et al.*, Civil Action No. 03-1293 (WJM), dated January 12, 2006.

11.    Attached hereto as Exhibit 10 is a true and correct copy of a Certified Copy of the file wrapper for Provisional Application No. 60/014,006, filed March 25, 1996, bearing production numbers WYETH002-000937 through 000974.

12.    Attached hereto as Exhibit 11 is a true and correct copy of a Certified Copy of the file wrapper for Patent Application No. 08/821,137, filed March 20, 1997, bearing production numbers WYETH002-000790 through 000936, with selected portions containing copies of prior art removed.

13.    Attached hereto as Exhibit 12 is a true and correct copy of a Certified Copy of the file wrapper for Patent Application No. 08/964,328, filed November 5, 1997, bearing production

**REDACTED**

numbers WYETH002-000563 through 000789, with selected portions containing copies of prior art removed.

14. Attached hereto as Exhibit 13 is a true and correct copy of a Certified Copy of the file wrapper for Patent Application No. 09/488,629, filed January 20, 2000, bearing production numbers WYETH002-000001 through 000343, with selected portions containing copies of prior art removed.

15. Attached hereto as Exhibit 14 is a true and correct copy of a Certified Copy of the file wrapper for Patent Application No. 09/884,412, filed June 19, 2001, bearing production numbers WYETH002-000450 through 000562, with selected portions containing copies of prior art removed.

16. Attached hereto as Exhibit 15 is a true and correct copy of a Certified Copy of the file wrapper for Patent Application No. 09/950,965, filed September 12, 2001, bearing production numbers WYETH002-000344 through 000449 with selected portions containing copies of prior art removed.

17. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from Webster's Third New International Dictionary (2002) p. 634.

18. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from The American Heritage College Dictionary, 3rd Ed. (1993) p. 686.

19. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt from Webster's Third New International Dictionary (2002) p. 1142.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of Eric Hollander, M.D., dated May 7, 2007, with Exhibit A (curriculum vitae).

21. Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of Ronald J. Sawchuk, Ph.D., dated May 7, 2007, with Exhibit A (curriculum vitae).

22. Attached hereto as Exhibit 21 is a true and correct copy of an excerpt from Random House Webster's College Dictionary (2000) p. 763-764.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 8th day of May, 2007.

*Karen Jacobs Louden*
Karen Jacobs Louden (#2881)

# CERTIFICATE OF SERVICE

I, Karen Jacobs, hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filings(s) to the following:

>Mary B. Matterer
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

I also certify that copies were caused to be served on May 14, 2007, upon the following in the manner indicated:

## BY HAND

>Mary B. Matterer
>Morris, James, Hitchens & Williams
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19899

## BY FEDERAL EXPRESS

>M. Patricia Thayer
>John M. Benassi
>Jessica R. Wolf
>Heller Ehrman LLP
>4350 La Jolla Village Drive
>San Diego, CA  92102
>
>Joseph C. Gratz
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA  94111

*/s/ Karen Jacobs Louden*
klouden@mnat.com