# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06-222 JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## EXHIBITS TO THE DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF WYETH'S OPENING MARKMAN BRIEF

### VOLUME 3 OF 3

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Barbara R. Rudolph
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Original File Date: May 8, 2007

Public Version File Date: May 14, 2007

# EXHIBIT 15



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**April 24, 2003**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

**APPLICATION NUMBER:** *09/950,965*
**FILING DATE:** *September 12, 2001*
**PATENT NUMBER:** *6,403,120*
**ISSUE DATE:** *June 11, 2002*



By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

**N. WOODSON**
**Certifying Officer**

WYETH 002-000344

PATENT NUMBER

**6403120**

6403120

11000 U.S. PTO
09/950965
09/12/01

424 461

Class  Subclass  ISSUE CLASSIFICATION

## U.S. **UTILITY** Patent Application

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED 7783 Q.A. Am | JUN 1 1 2002 |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/950965 | D | 424 | 461 | 1615 | SPEAR |

APPLICANTS
Deborah Sherman
John Clark       09/884.412
John Lamer
Steven White

TITLE
Extended release formulation

PTO-2040
12/99

---

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | |
|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
| 424 | 461 | 424 | 457 | 458 | 459 |

INTERNATIONAL CLASSIFICATION

| | | | | |
|---|---|---|---|---|
| A61K | 9/50 | .514 | 781 | 962 |
| A61K | 9/54 | | | |
| A61K | 9/62 | | | |

☐ Continued on Issue Slip Inside File Jacket

---

☐ **TERMINAL DISCLAIMER**

| DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| Sheets Dwg. | Figs. Dwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| 0 | 0 | 0 | 14 | 1 |

☐ The term of this patent
subsequent to _____ (date)
has been disclaimed.

☐ The term of this patent shall
not extend beyond the expiration date
of U.S Patent. No. _____

(Assistant Examiner)          (Date)

JAMES M. SPEAR
PRIMARY EXAMINER
ART UNIT 1615
James M. Spear 3-18-02
(Primary Examiner)      (Date)

NOTICE OF ALLOWANCE MAILED

03-19-02

ISSUE FEE mr

| Amount Due | Date Paid |
|---|---|
| 1580 | 4/12/02 |

☐ The terminal _____ months of
this patent have been disclaimed.

(Legal Instruments Examiner)      (Date)

ISSUE BATCH NUMBER

2886

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.
Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 6/99)

FILED WITH: ☐ DISK (CRF)  ☐ FICHE  ☐ CD-ROM
(Attached in pocket on right inside flap)

Issue Fee          Issue Fee          Issue Fee

WYETH 002-000345

(FACE)



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

CONFIRMATION NO. 2886

Bib Data Sheet

| SERIAL NUMBER 09/950,965 | FILING DATE 09/12/2001 RULE | CLASS 424 | GROUP ART UNIT 1615 | ATTORNEY DOCKET NO. AHP-95011 C1 |
|---|---|---|---|---|

**APPLICANTS**

Deborah M. Sherman, Plattsburgh, NY;
John C. Clark, Peru, NY;
John U. Lamer, St. Albans, VT;
Steven A. White, Champlain, NY;

** CONTINUING DATA ***********************
THIS APPLICATION IS A CON OF 09/884,412 06/19/2001
WHICH IS A DIV OF 09/488,629 01/20/2000 PAT 6,274,171
WHICH IS A CIP OF 08/964,328 11/05/1997 ABN
WHICH IS A CIP OF 08/821,137 03/20/1997 ABN
WHICH CLAIMS BENEFIT OF 60/014,006 03/25/1996

** FOREIGN APPLICATIONS ******************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 10/11/2001

| Foreign Priority claimed ☐ yes ☑ no | STATE OR COUNTRY NY | SHEETS DRAWING | TOTAL CLAIMS 13 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged    Examiner's Signature    Initials | | | | |

**ADDRESS**
25291

**TITLE**
Extended release formulation OF VENLAFAXINE HYDROCHLORIDE

| FILING FEE RECEIVED 710 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

WYETH 002-000346

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

*A. Dewly*
11/5/01

09/17/2001 NMDHAMM1 00000015 011425 09950965
01 FC:101          710.00 CH

PTO-1556
(5/87)
*U.S. GPO: 1999-459-082/19144

WYETH 002-000347

O 9 - 14 - 01

Docket No: AHP-95011 C1
Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re of Application of:    Deborah M. Sherman, John C. Clark, John U. Lamer, Stephen A. White

Serial No.:    Not Yet Known    Group Art No.:

Filed:    herewith    Examiner:

For:    Extended Release Formulation

Confirmation No.:

Customer Number:    25291

Commissioner for Patents
Box PATENT APPLICATION
Washington, DC 20231

## APPLICATION FOR TRANSMITTAL UNDER 37 CFR 1.53 (B)

Transmitted herewith for filing is the patent application of the following Inventor(s):
Deborah M. Sherman, John C. Clark, John U. Lamer, Stephen A. White;
For: Extended Release Formulation.

1. This new application is for a:
   - [ ] Divisional
   - [x] Continuation
   - [ ] Continuation-in-part (CIP)

2. Benefit of Prior U.S. Application(s) (35 USC 120)
   This new application being transmitted claims the benefit of prior U.S. application(s)
   Serial No. 09/884,412, filed on June 19, 2001.

3. Papers enclosed which are required for filing date under 35 CFR 1.53(b):
   - [x] Pages of specification – 23 pages
   - [ ] Sequence Listing –          pages on
     - [ ] CD-ROM or CD-R (2 copies); or
     - [ ] Paper
   - [x] Pages of claims – 4 pages
   - [x] Page(s) of abstract – 1 pages
   - Sheets of drawing –          pages
     - [ ] Formal
     - [ ] Informal

---

### CERTIFICATE OF MAILING 37 CFR §1.10

I hereby certify that this paper and the documents referred to as enclosed therein are being deposited with the United States Postal Service on the date written below in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM474059865US addressed to the Commissioner for Patents, Box PATENT APPLICATION, Washington, DC 20231.

*September 12, 2001*                    *Mary Ellen Fiala*
Date                                    Mary Ellen Fiala

---

WYETH 002-000348

Docket No: AHP-95011 C1
Patent

4.    Additional papers enclosed
☒    Information Disclosure Statement
☒    Form PTO-1449
☐    Citations
☐    Declaration of Biological Deposit
☐    Computer Readable Form of Sequence Listing
☐    Declaration Under 37 CFR 1.821(f)
☒    Other:  Preliminary Amendment

5.    Declaration
☒    Copy from a prior application (37 CFR 1.63 (d)) is enclosed
☐    New declaration enclosed and executed by all inventor(s)
☐    New declaration not enclosed or not executed by all inventor(s)

6.    Assignment
An assignment of the invention to:
     American Home Products Corporation

☒    was made in the prior application and recorded in PTO on March 7, 2001,
     Reel 011368, Frame 0195; and June 5, 2001, Reel 011866, Frame 0884.
☐    is attached under separate Recordation Form Cover Sheet.
☐    will follow.

7.    Incorporation By Reference
The entire disclosure of the prior application, from which a copy of the oath or declaration
is supplied under Section 5 of this transmittal, is considered as being part of the disclosure
of the accompanying application and is hereby incorporated by reference therein.

8.    Amendments
☐    Cancel in this application original claims of the prior application before calculating
     the filing fee.  (At least one original independent claim is retained for filing
     purposes.)
☒    A preliminary amendment is enclosed.  (Claims added by this amendment have
     been properly numbered consecutively beginning with the number next following
     with the highest numbered original claim in the prior application.)

9.    General Authorization:
During the pendency of this application treat any reply requiring a petition for extension
of time for its timely submission as containing a request therefor for the appropriate
length of time. The Commissioner is hereby authorized to charge all required extension
of time fees during the entire pendency of this application to Deposit Account No.
01-1425

WYETH 002-000349

Docket No:  AHP-95011 C1
Patent

10.  Filing Fee Calculation

| CLAIMS AS AMENDED | | | |
|---|---|---|---|
| (1)<br><br>FOR | (2)<br><br>NUMBER FILED | (3)<br>NUMBER EXTRA x RATE | (4)<br><br>BASIC FEE |
| | | | $710.00 |
| TOTAL CLAIMS | 13 | 0    x  $    18.00 | 0.00 |
| INDEPENDENT CLAIMS | 3 | x  $    80.00 | 0.00 |
| MULTIPLE DEPENDENCY FEE | | $   270.00 | |
| | | Total Filing Fee: | $710.00 |

11.  Fee payment being made at this time:  $710.00

12.  Method of Payment of Fees:
     . Charge Deposit Account No. 01-1425 in the amount of $710.00
     A duplicate of this transmittal is attached.

13.  Instructions as to Overpayment:
     Credit any overpayment to Deposit Account No. 01-1425.

14.  Authorization to Charge Additional Fees
     ☒  The Commissioner is hereby authorized to charge the following additional fees by
         this paper and during the entire pendency of this application to Deposit Account No.
         01-1425:
     ☒  37 CFR 1.16(a), (f), or (g) filing fees
     ☒  37 CFR 1.16(b), (c), and (d) presentation of extra claims
     ☒  37 CFR 1.16(e) surcharge for filing the basic filing fee and/or declaration on a date
         later than the filing date of the application.
     ☒  37 CFR 1.17 application processing fees

15.  Relate Back (35 USC 120)
     ☒  Amend the Specification by inserting before the first line the sentence:
         --This is a continuation of copending application(s) serial number 09/884,412 filed
         on June 19, 2001 the entire disclosure of which is hereby incorporated by
         reference.--

16.  Further Inventorship Statement Where Benefit of Prior Application(s) Claimed
     (a)   ☐   This application discloses and claims only subject matter disclosed in the
               prior application whose particulars are set out above and the inventor(s) in
               this application is (are)
               ☐  the same
               ☐  less than those named in the prior application and it is requested that the
                  following inventor(s) identified for the prior application be deleted in
                  accordance with the signed statement attached deleting inventor(s)
                  named in the prior application (see 37 CFR 1.63(d)(2) and 1.33(b)):

Rule53(b)Continuation.dot – Rev 2/01        Page 3 of 4     Application Transmittal for Div-Con-CIP

WYETH 002-000350

Docket No: AHP-95011 C1
Patent

(b)  ☐  This application discloses and claims additional disclosure by amendment and a new declaration is being filed.  With respect to the prior application the inventor(s) in this application is (are)

☐  the same

☐  the following additional inventors have been added:

17.  Maintenance of Copendency of Prior Application

    (a)  ☐  Extension of Time in Prior Application

        ☐  A petition, fee and response extends the term in the pending prior application until

        ☐  A copy of the petition filed in the prior application is attached.

    (b)  ☐  Conditional petition for Extension of Time in Prior Application.

        ☐  A conditional petition for extension of time is being filed in the pending prior application.

        ☐  A copy of the conditional petition filed in the prior application is attached.

18.  REQUEST AND CERTIFICATION UNDER 35 U.S.C 122(b)(2)(B)(i).

    ☐  A request not to publish this application and certification under 35 U.S.C. 122(b)(2)(B)(i) is attached.

19.  SEND CORRESPONDENCE TO:
Customer Number: 25291

Bar Code:



25291

PATENT TRADEMARK OFFICE

DIRECT ALL TELEPHONE CALLS TO:
Name:  Rebecca R. Barrett
Tel. No. 610-902-2646

20.  ☒  Return Receipt Postcard is attached.

*Rebecca R. Barrett*

/ Rebecca R. Barrett

Reg. No. 35,152

American Home Products Corporation
Patent Law Department
Five Giralda Farms
Madison, NJ 07940-0874
Tel. No. 610-902-2646

WYETH 002-000351

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-1-

## EXTENDED RELEASE FORMULATION

This application continuation-in-part of Application Serial No. 08/964,328, filed November 5, 1997, which is a continuation-in-part of copending Application No. 08/821,137, filed March 20, 1997, which, in turn, claims priority from Provisional Application No. 60/014,006 filed March 25, 1996.

### Background of the Invention

Extended release drug formulations are conventionally produced as compressed tablets by hydrogel tablet technology. To produce these sustained release tablet drug dosage forms, the active ingredient is conventionally compounded with cellulose ethers such as methyl cellulose, ethyl cellulose or hydroxypropylmethylcellulose with or without other excipients and the resulting mixture is pressed into tablets. When the tablets are orally administered, the cellulose ethers in the tablets swell upon hydration from moisture in the digestive system, thereby limiting exposure of the active ingredient to moisture. As the cellulose ethers are gradually leached away by moisture, water more deeply penetrates the gel matrix and the active ingredient slowly dissolves and diffuses through the gel, making it available for absorption by the body. An example of such a sustained release dosage form of the analgesic/anti-inflammatory drug etodolac (Lodine®) appears in US patent 4,966,768. US patent 4,389,393 discloses sustained release therapeutic compressed solid unit dose forms of an active ingredient plus a carrier base comprised of a high molecular weight hydroxypropylmethylcellulose, methyl cellulose, sodium carboxymethylcellulose and or other cellulose ether.

Where the production of tablets is not feasible, it is conventional in the drug industry to prepare encapsulated drug formulations which provide extended or sustained release properties. In this situation, the extended release capsule dosage forms may be formulated by mixing the drug with one or more binding agents to form a uniform mixture which is then moistened with water or a solvent such as ethanol to

WYETH 002-000352

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-2-

form an extrudable plastic mass from which small diameter, typically 1 mm, cylinders of drug/matrix are extruded, broken into appropriate lengths and transformed into spheroids using standard spheronization equipment. The spheroids, after drying, may then be film-coated to retard dissolution. The film-coated spheroids may then be placed in pharmaceutically acceptable capsules, such as starch or gelatin capsules, in the quantity needed to obtain the desired therapeutic effect. Spheroids releasing the drug at different rates may be combined in a capsule to obtain desired release rates and blood levels. US patent 4,138,475 discloses a sustained release pharmaceutical composition consisting of a hard gelatin capsule filled with film-coated spheroids comprised of propanolol in admixture with microcrystalline cellulose wherein the film coating is composed of ethyl cellulose, optionally, with hydroxypropylmethylcellulose and/or a plasticizer.

Venlafaxine,   1-[2-(dimethylamino)-1-(4-methoxyphenyl)ethyl]cyclohexanol, is an important drug in the neuropharmacological arsenal used for treatment of depression. Venlafaxine and the acid addition salts thereof are disclosed in US patent 4,535,186. Venlafaxine hydrochloride is presently administered to adults in compressed tablet form in doses ranging from 75 to 350 mg/day , in divided doses two or three times a day. In therapeutic dosing with venlafaxine hydrochloride tablets, rapid dissolution results in a rapid increase in blood plasma levels of the active compound shortly after administration followed by a decrease in blood plasma levels over several hours as the active compound is eliminated or metabolized, until sub-therapeutic plasma levels are approached after about twelve hours following administration, thus requiring additional dosing with the drug. With the plural daily dosing regimen, the most common side effect is nausea, experienced by about forty five percent of patients under treatment with venlafaxine hydrochloride. Vomiting also occurs in about seventeen percent of the patients.

WYETH 002-000353

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-3-

## Brief Description of the Invention

In accordance with this invention, there is provided an extended release (ER),
encapsulated formulation containing venlafaxine hydrochloride as the active drug
5   component, which provides in a single dose, a therapeutic blood serum level over a
twenty four hour period.

Through administration of the venlafaxine formulation of this invention, there
is provided a method for obtaining a flattened drug plasma concentration to time
10   profile, thereby affording a tighter plasma therapeutic range control than can be
obtained with multiple daily dosing. In other words, this invention provides a method
for eliminating the sharp peaks and troughs (hills and valleys) in blood plasma drug
levels induced by multiple daily dosing with conventional immediate release
venlafaxine hydrochloride tablets. In essence, the plasma levels of venlafaxine
15   hydrochloride rise, after administration of the extended release formulations of this
invention, for between about five to about eight hours ( optimally about six hours) and
then begin to fall through a protracted, substantially linear decrease from the peak
plasma level for the remainder of the twenty four hour period, maintaining at least a
threshold therapeutic level of the drug during the entire twenty-four period. In
20   contrast, the conventional immediate release venlafaxine hydrochloride tablets give
peak blood plasma levels in 2 to 4 hours. Hence, in accordance with the use aspect of
this invention, there is provided a method for moderating the plural blood plasma
peaks and valleys attending the pharmacokinetic utilization of multiple daily tablet
dosing with venlafaxine hydrochloride which comprises administering to a patient in
25   need of treatment with venlafaxine hydrochloride, a one-a-day, extended release
formulation of venlafaxine hydrochloride.

The use of the one-a-day venlafaxine hydrochloride formulations of this
invention reduces by adaptation, the level of nausea and incidence of emesis that
30   attend the administration of multiple daily dosing. In clinical trials of venlafaxine
hydrochloride ER, the probability of developing nausea in the course of the trials was

WYETH 002-000354

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-4-

greatly reduced after the first week. Venlafaxine ER showed a statistically significant improvement over conventional venlafaxine hydrochloride tablets in two eight-week and one 12 week clinical studies. Thus, in accordance with this use aspect of the invention there is provided a method for reducing the level of nausea and incidence of
5   emesis attending the administration of venlafaxine hydrochloride which comprises dosing a patient in need of treatment with venlafaxine hydrochloride with an extended release formulation of venlafaxine hydrochloride once a day in a therapeutically effective amount.

10   The formulations of this invention comprise an extended release formulation of venlafaxine hydrochloride comprising a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose. Unless otherwise
15   noted, the percentage compositions mentioned herein refer to percentages of the total weight of the final composition or formulation.

More particularly, the extended release formulations of this invention are those above wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 95% microcrystalline
20   cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of
25   film coating of hydroxypropylmethylcellulose, USP.

A preferred embodiment of this invention are formulations wherein the spheroids are comprised of about 30% to about 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NF, by weight, and,
30   optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of

WYETH 002-000355

20 January 2000
SRE/rik/apr
AHP-95011-P2
PATENT

-5-

total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

5        Another preferred lower dose formulation of this invention are those wherein the spheroids are comprised less than 30% venlafaxine hydrochloride. These formulations comprise spheroids of from about 6% to about 30% venlafaxine hydrochloride by weight, about 70 % to about 94% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of 10    hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

15       Within this subgroup of lower dose formulations are formulations in which the spheroids are comprised of from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Another preferred subgroup of spheroids in these formulations comprises from about 6% to 20    about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. A further preferred subgroup of spheroids in these formulations comprises from about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount 25    of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Within each of these subgroups is understood to be formulations in which the spheroids are comprised of venlafaxine HCl and microcrystalline cellulose in the amounts indicated, with no hydroxypropylmethylcellulose present. Each of these formulations is also preferably contained in a gelatin capsule, preferably a hard gelatin capsule.

30

WYETH 002-000356

20 January 2000
SRE/tlk/apr
AHP-95011-P2
PATENT

-6-

## Detailed Description of the Invention

1-[2-(dimethylamino)-1-(4-methoxyphenyl)ethyl]cyclohexanol  hydrochloride
is polymorphic. Of the forms isolated and characterized to date, Form I is considered
to be the kinetic product of crystallization which can be converted to Form II upon
heating in the crystallization solvent. Forms I and II cannot be distinguished by their
melting points but do exhibit some differences in their infrared spectra and X-ray
diffraction patterns. Any of the polymorphic forms such as  Form I or Form II may be
used in the formulations of the present invention.

The extended release formulations of this invention are comprised of 1-[2-
(dimethylamino)-1-(4-methoxyphenyl)ethyl] cyclohexanol hydrochloride in admixture
with microcrystalline cellulose and hydroxypropylmethylcellulose. Formed as beads
or spheroids, the drug containing formulation is coated with a mixture of ethyl
cellulose and hydroxypropylmethyl cellulose to provide the desired level of coating,
generally from about two to about twelve percent on a weight/weight basis of final
product  or more preferably from about five to about ten percent (w/w) , with best
results obtained at from about 6 to about 8 percent (w/w).  More specifically, the
extended release spheroid formulations of this invention comprise from about 30 to 40
percent venlafaxine hydrochloride, from about 50 to about 70 percent microcrystalline
cellulose, NF,  from about 0.25 to about 1 percent hydroxypropylmethylcellulose,
USP, and from about 5 to about 10 percent film coating, all on a weight/weight basis.
And preferably, the spheroid formulations contain about 35 percent venlafaxine
hydrochloride, about 55 to 60 percent microcrystalline cellulose NF (Avicel®
PH101), about one half percent hydroxypropylmethylcellulose 2208 USP (K3, Dow,
which has a viscosity of 3 cps for 2% aqueous solutions, a methoxy content of 19–
24% and a hydroxypropoxy content of 4–13%), and from about 6 to 8 percent film
coating.

The film coating is comprised of 80 to 90 percent of ethyl cellulose, NF and 10
to 20 percent hydroxypropylmethylcellulose (2910), USP on a weight/weight basis.

WYETH 002-000357

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-7-

Preferably the ethyl cellulose has a ethoxy content of 44.0–51% and a viscosity of 50 cps for a 5% aqueous solution and the hydroxypropylmethylcellulose is USP 2910 having a viscosity of 6 cps at 2% aqueous solution with a methoxy content of 28–30% and a hydroxypropoxy content of 7–12%. The ethyl cellulose used herein is Aqualon
5    HG 2834.

Other equivalents of the hydroxypropylmethylcelluloses 2208 and 2910 USP and ethyl cellulose, NF, having the same chemical and physical characteristics as the proprietary products named above may be substituted in the formulation without
10    changing the inventive concept. Important characteristics of suitable hydroxypropylmethylcelluloses include a low viscosity, preferably less than 10 cps and more preferably 2-5 cps, and a gel temperature above that of the temperature of the extrudate during extrusion. As explained below, these and other characteristics which enable the extrudate to remain moist and soft (pliable) are preferred for the
15    hydroxypropylmethylcellulose. In the examples below, the extrudate temperature was generally 50-55°C.

It was completely unexpected that an extended release formulation containing venlafaxine hydrochloride could be obtained because the hydrochloride of venlafaxine
20    proved to be extremely water soluble. Numerous attempts to produce extended release tablets by hydrogel technology proved to be fruitless because the compressed tablets were either physically unstable (poor compressibility or capping problems) or dissolved too rapidly in dissolution studies. Typically, the tablets prepared as hydrogel sustained release formulations gave 40-50% dissolution at 2 hrs, 60-70%
25    dissolution at 4 hrs and 85-100% dissolution at 8 hrs.

Numerous spheroid formulations were prepared using different grades of microcrystalline cellulose and hydroxypropylmethylcellulose, different ratios of venlafaxine hydrochloride and filler, different binders such as polyvinylpyrrolidone,
30    methylcellulose, water, and polyethylene glycol of different molecular weight ranges in order to find a formulation which would provide a suitable granulation mix which

20 January 2000
SRE/tlk/apr
AHP-95011-P2
PATENT

-8-

could be extruded properly.  In the extrusion process, heat buildup occurred which dried out the extrudate so much that it was difficult to convert the extruded cylinders into spheroids. Addition of hydroxypropylmethylcellulose 2208 to the venlafaxine hydrochloride–microcrystalline cellulose mix made production of spheroids practical.

The encapsulated formulations of this invention may be produced in a uniform dosage for a specified dissolution profile upon oral administration by techniques understood in the art.  For instance, the spheroid components may be blended for uniformity with a desired concentration of active ingredient, then spheronized and dried.   The resulting spheroids can then be sifted through a mesh of appropriate pore size to obtain a spheroid batch of uniform and prescribed size.

The resulting spheroids can be coated and resifted to remove any agglomerates produced in the coating steps.  During the coating process samples of the coated spheroids may be tested for their distribution profile.  If the dissolution occurs too rapidly, additional coating may be applied until the spheroids present a desired dissolution rate.

The following examples are presented to illustrate applicant's solution to the problem of preparation of the extended release drug containing formulations  of this invention.

Example No. 1.

Venlafaxine Hydrochloride Extended Release Capsules

A mixture of 44.8 parts ( 88.4 % free base) of venlafaxine hydrochloride, 74.6 parts of the microcrystalline cellulose, NF, and 0.60 parts of hydroxypropylmethyl cellulose 2208, USP, are blended with the addition of 41.0 parts water. The plastic mass of material is extruded, spheronized and dried to provide uncoated drug containing spheroids.

WYETH 002-000359

20 January 2000
SRE/rlk/apr
AHP.-95011-P2
PATENT

-9-

Stir 38.25 parts of ethyl cellulose, NF, HG2834 and 6.75 parts of hydroxypropylmethylcellulose 2910, USP in a 1:1 v/v mixture of methylene chloride and anhydrous methanol until solution of the film coating material is complete.

.5    To a fluidized bed of the uncoated spheroids is applied 0.667 parts of coating solution per part of uncoated spheroids to obtain extended release, film coated spheroids having a coating level of 3%.

The spheroids are sieved to retain the coated spheroids of a particle size 10    between 0.85 mm to 1.76 mm diameter. These selected film coated spheroids are filled into pharmaceutically acceptable capsules conventionally, such as starch or gelatin capsules.

Example No. 2

15    Same as for Example 1 except that 1.11 parts of the film coating solution per part of uncoated spheroids is applied to obtain a coating level of 5%.

Example No. 3

20    Same as for Example 1 except that 1.33 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating level of 6%.

Example No. 4

25    Same as for Example 1 except that 1.55 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating level of 7%.

WYETH 002-000360

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-10-

In the foregoing failed experiments and in Examples 1-4, the extrusion was carried out on an Alexanderwerk extruder. Subsequent experiments carried out on Hutt and Nica extruders surprisingly demonstrated that acceptable, and even improved, spheroids could be made without the use of an
5    hydroxypropylmethylcellulose.

In such further experiments the applicability of the invention was extended to formulations wherein the weight percentage of venlafaxine hydrochloride is 6% to 40%, preferably 8% to 35%. Thus, the extended release spheroid formulations of this
10   invention comprise from about 6 to about 40 percent venlafaxine hydrochloride, from about 50 to about 94 percent microcrystalline cellulose, NF, optionally, from about 0.25 to about 1 percent hydroxypropylmethylcellulose, and from about 2 to about 12 percent, preferably about 3 to 9 percent, film coating.

15   Spheroids of the invention were produced having 8.25% (w/w) venlafaxine hydrochloride and the remainder (91.75%, w/w) being microcrystalline cellulose, with a coating of from 3 to 5 % (w/w), preferably 4%, of the total weight. The spheroids with 8.25% venlafaxine hydrochloride and 4% coating were filled into No. 2 white opaque shells with a target fill weight of 236 mg.
20

Further spheroids of the invention were produced having 16.5% (w/w) venlafaxine hydrochloride and the remainder (83.5%,w/w) being microcrystalline cellulose, with a coating of from 4 to 6 % (w/w), preferably 5%, of the total weight. The spheroids 16.5% venlafaxine hydrochloride and 5% coating were filled into No. 2
25   white opaque shells with a target fill weight of 122 mg.

The test for acceptability of the coating level is determined by analysis of the dissolution rate of the finished coated spheroids prior the encapsulation. The dissolution procedure followed uses USP Apparatus 1 (basket) at 100 rpm in purified
30   water at 37°C.

WYETH 002-000361

20 January 2000
SRF/rlk/apr
AHP-95011-P2
PATENT

-11-

Conformance with the dissolution rate given in Table 1 provides the twenty-four hour therapeutic blood levels for the drug component of the extended release capsules of this invention in capsule form. Where a given batch of coated spheroids releases drug too slowly to comply with the desired dissolution rate study, a portion of
5    uncoated spheroids or spheroids with a lower coating level may be added to the batch to provide, after thorough mixing, a loading dose for rapid increase of blood drug levels. A batch of coated spheroids that releases the drug too rapidly can receive additional film-coating to give the desired dissolution profile.

10

Table 1
Acceptable Coated Spheroid Dissolution Rates

| Time (hours) | Average % Venlafaxine HCl released |
|---|---|
| 2 | <30 |
| 4 | 30-55 |
| 8 | 55-80 |
| 12 | 65-90 |
| 24 | >80 |

Batches of the coated venlafaxine hydrochloride containing spheroids which have a dissolution rate corresponding to that of Table 1 are filled into
15    pharmaceutically acceptable capsules in an amount needed to provide the unit dosage level desired. The standard unit dosage immediate release (IR) tablet used presently provides amounts of venlafaxine hydrochloride equivalent to 25 mg, 37.5 mg, 50 mg, 75 mg and 100 mg venlafaxine. The capsules of this invention are filled to provide an amount of venlafaxine hydrochloride equivalent to that presently used in tablet form
20    and also up to about 150 mg venlafaxine hydrochloride.

Dissolution of the venlafaxine hydrochloride ER capsules is determined as directed in the U. S. Pharmacopoeia (USP) using apparatus 1 at 100 rpm on 0.9 L of water. A filtered sample of the dissolution medium is taken at the times specified.
25    The absorbance of the clear solution is determined from 240 to 450 nanometers (nm) against the dissolution medium. A baseline is drawn from 450 nm through 400 nm and extended to 240 nm. The absorbance at the wavelength of maximum absorbance (about 274 nm) is determined with respect to this baseline. Six hard gelatin capsules

WYETH 002-000362

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-12-

are filled with the theoretical amount of venlafaxine hydrochloride spheroids and measured for dissolution. Standard samples consist of venlafaxine hydrochloride standard solutions plus a gelatin capsule correction solution.

5    The percentage of venlafaxine released is determined from the equation

$$\% \text{ Venlafaxine hydrochloride released} = \frac{(As)(Wr)(S)(V1)(0.888)(100)}{(Ar)(V2)(C)}$$

where As is absorbance of sample preparation, Wr is weight of reference standard, mg; S is strength of the reference standard, decimal; V1 is the volume of dissolution medium used to dissolve the dosage form, mL; 0.884 is the percent free base, Ar is the absorbance of the standard preparation, V2 is the volume of reference standard solution, mL; and C is the capsule claim in mg.

Table 2 shows the plasma level of venlafaxine versus time for one 75 mg conventional Immediate Release (IR) tablet administered every 12 hours, two 75 mg extended release (ER) capsules administered simultaneously every 24 hours, and one 150 mg extended release (ER) capsule administered once every 24 hours in human male subjects. The subjects were already receiving venlafaxine hydrochloride according to the dosage protocol, thus the plasma blood level at zero time when dosages were administered is not zero.

WYETH 002-000363

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-13-

Table 2
Plasma venlafaxine level (ng/mL) versus time, conventional tablet (not extended release) versus ER capsule

| Time (hours) | 75 mg (IR)tablet (q 12 h) | 2·x 75 mg (ER)capsules (q 24 hr) | 1 x 150 mg (ER)capsules (q 24 h) |
|---|---|---|---|
| 0 | 62.3 | 55.0 | 55.8 |
| 0.5 | 76.3 | | |
| 1 | 135.6 | 53.3 | 53.2 |
| 2 | 212.1 | 69.8 | 70.9 |
| 4 | 162.0 | 138.6 | 133.3 |
| 6 | 114.6 | 149.0 | 143.5 |
| 8 | 86.7 | 129.3 | 129.5 |
| 10 | | 118.4 | 114.4 |
| 12 | 51.9 | 105.1 | 105.8 |
| 12.5 | 74.7 | | |
| 13 | 127.5 | | |
| 14 | 161.3 | 90.5 | 91.3 |
| 16 | 134.6 | 78.2 | 78.5 |
| 18 | 106.2 | | |
| 20 | 83.6 | 62.7 | 63.3 |
| 24 | 57.6 | 56.0 | 57.3 |

Table 2 shows that the plasma levels of two 75 mg/capsule venlafaxine hydrochloride ER capsules and one 150 mg/capsule venlafaxine hydrochloride ER capsule provide very similar blood levels. The data also show that the plasma level after 24 hours for either extended release regimen is very similar to that provided by two immediate release 75 mg tablets of venlafaxine hydrochloride administered at 12 hour intervals.

Further, the plasma levels of venlafaxine obtained with the extended release formulation do not increase to the peak levels obtained with the conventional immediate release tablets given 12 hours apart. The peak level of venlafaxine from (ER), somewhat below 150 ng/ml, is reached in about six hours, plus or minus two hours, based upon this specific dose when administered to patients presently under treatment with venlafaxine hydrochloride (IR). The peak plasma level of venlafaxine, somewhat over 200 ng/ml, following administration of (IR) is reached in two hours and falls rapidly thereafter.

WYETH 002-000364

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-14-

Table 3 shows venlafaxine blood plasma levels in male human subjects having a zero initial blood plasma level.  Again, a peak blood plasma concentration of venlafaxine is seen at about 6 hours after dosing with venlafaxine hydrochloride extended release capsules in the quantities indicated.  The subjects receiving the single 50 mg immediate release tablet showed a peak plasma level occurring at about 4 hours.  For comparative purposes, the plasma levels of venlafaxine for subjects receiving the conventional formulated tablet can be multiplied by a factor of three to approximate the plasma levels expected for a single dose of 150 mg. conventional formulation.

Table 3.
Plasma Blood Levels in Human Males Having No Prior Venlafaxine Blood Level

| Time (Hours) | 1 x 50 mg IR tablet | 2 x 75 mg ER capsules | 1 x 150 mg ER capsule |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 1 | 27.87 | 1.3 | 0 |
| 1.5 | 44.12 | 6.0 | 2.2 |
| 2 | 54.83 | 20.6 | 12.8 |
| 4 | 66.38 | 77.0 | 81.0 |
| 6 | 49.36 | 96.5 | 94.4 |
| 8 | 30.06 | 93.3 | 86.9 |
| 10 | 21.84 | 73.2 | 72.8 |
| 12 | 15.91 | 61.3 | 61.4 |
| 14 | 13.73 | 52.9 | 51.9 |
| 16 | 10.67 | 47.5 | 41.1 |
| 20 | 5.52 | 35.2 | 34.0 |
| 24 | 3.56 | 29.3 | 28.5 |
| 28 | 2.53 | 23.4 | 22.9 |
| 36 | 1.44 | 11.9 | 13.5 |
| 48 | 0.66 | 5.8 | 5.2 |

The blood plasma levels of venlafaxine were measured according to the following procedure.  Blood samples from the subjects were collected in heparinized evacuated blood tubes and the tubes were inverted gently several times.  As quickly as possible, the tubes were centrifuged at 2500 rpm for 15 minutes.  The plasma was pipetted into plastic tubes and stored at -20°C until analysis could be completed.

WYETH 002-000365

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-15-

To 1 mL of each plasma sample in a plastic tube was added 150 μL of a stock internal standard solution (150 μg/ml). Saturated sodium borate (0.2 mL) solution was added to each tube and vortexed. Five mL of ethyl ether was added to each tube which were then capped and shaken for 10 minutes at high speed. The tubes were centrifuged at 3000 rpm for 5 minutes. The aqueous layer was frozen in dry ice and the organic layer transferred to a clean screw cap tube. A 0.3 mL portion of 0.01 N HCl solution was added to each tube and shaken for 10 minutes at high speed. The aqueous layer was frozen and the organic layer removed and discarded. A 50μL portion of the mobile phase (23:77 acetonitrile:0.1M monobasic ammonium phosphate buffer, pH 4.4) was added to each tube, vortexed, and 50 μL samples were injected on a Supelco Supelcoil LC-8-DB, 5 cm x 4.6 mm, 5 μ column in a high pressure liquid chromatography apparatus equipped with a Waters Lambda Max 481 detector or equivalent at 229 nm. Solutions of venlafaxine hydrochloride at various concentrations were used as standards.

## Example No. 5

Manufactured by the techniques described herein, another preferred formulation of this invention comprises spheroids of from about 30% to about 35% venlafaxine hydrochloride and from about 0.3% to about 0.6% hydroxypropylmethylcellulose. These spheroids are then coated with a film coating, as described above, to a coating level of from about 5% to about 9%, preferably from about 6% to about 8%. A specific formulation of this type comprises spheroids of about 33% venlafaxine hydrochloride and about 0.5% hydroxypropylmethylcellulose, with a film coating of about 7%.

Lower dosage compositions or formulations of this invention may also be produced by the techniques described herein. These lower dosage forms may be administered alone for initial titration or initiation of treatment, prior to a dosage increase. They may also be used for an overall low-dose administration regimen or in

WYETH 002-000366

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-16-

combination with higher dosage compositions, such as capsule formulations, to optimize individual dosage regimens.

5      These lower dose compositions may be used to create encapsulated formulations, such as those containing doses of venlafaxine hydrochloride from about 5 mg to about 50 mg per capsule. Particular final encapsulated dosage forms may include, but are not limited to, individual doses of 7.5 mg, 12.5 mg, 18.75 mg, or 28.125 mg of venlafaxine HCl per capsule.

10     The spheroids useful in these lower dose formulations may comprise from about 5% to about 29.99% venlafaxine HCl, preferably from about 5% to about 25%, from about 75% to about 95% microcrystalline cellulose, and, optionally from about 0.25% to about 1.0% hydroxypropylmethylcellulose. The spheroids may be coated as described above, preferably with a film coating of from about 5% to about 10% by

15     weight. In some preferred formulations, the spheroids comprise the cited venlafaxine HCl and microcrystalline cellulose, with no hydroxypropylmethyl cellulose.

## Example No. 6

20     Spheroids comprising 16.5% venlafaxine HCl and 83.5% microcrystalline cellulose were mixed with approximately 50% water (w/w) to granulate in a Littleford Blender Model FM-50E/1Z (Littleford Day Inc., P.O. Box 128, Florence, Kentucky 41022-0218, U.S.A.) at a fixed speed of 180 rpm. The blended material was extruded through a 1.25 mm screen using a Nica extruder/speronization machine (Aeromatic-

25     Fielder Division, Niro Inc., 9165 Rumsey Rd., Columbia, Maryland 21045, U.S.A.) for a 12/20 mesh cut after drying. Two portions of the resulting spheroids were coated with a 5% and 7% coating level, respectively, by techniques described above using the coating formulation:

WYETH 002-000367

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-17-

| Ingredient | % (w/w) |
|---|---|
| Methylene Chloride | 60.000 |
| Methanol Anhydrous | 35.500 |
| Ethylcellulose, NF, HG 2834, 50 cps | 3.825 |
| Hydroxypropyl Methylcellulose, 2910 USP, 6 cps | 0.675 |

These 5% and 7% coated lots were tested for dissolution on a Hewlett Packard automated dissolution system over a 24 hour period, resulting in the following dissolution patterns:

| Time/hr | % Dissoluded 16.5% / 5% | % Dissolved 16.5% / 7% |
|---|---|---|
| 2 | 12.4 | 5.6 |
| 4 | 42.8 | 25.4 |
| 8 | 70.7 | 60.4 |
| 12 | 82.2 | 75.4 |
| 24 | 94.3 | 92.7 |

Example No. 7

A formulation of spheroids containing 8.25% venlafaxine HCl and 91.75% microcrystalline cellulose was prepared according to the techniques of Example No. 6 and coated with a 5% film coating. In the Hewlett Packard automated dissolution system these spheroids provided the following dissolution profile:

| Time/hr | % Dissolved 8.25% / 5% |
|---|---|
| 2 | 4.4 |
| 4 | 24.2 |
| 8 | 62.9 |
| 12 | 77.8 |
| 24 | 93.5 |

WYETH 002-000368

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-18-

Thus, the desired dissolution rates of sustained release dosage forms of venlafaxine hydrochloride, impossible to achieve with hydrogel tablet technology, has been achieved with the film-coated spheroid compositions of this invention.

WYETH 002-000369

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-19-

What is claimed is:

1.    An encapsulated, extended release formulation of venlafaxine hydrochloride comprising a pharmaceutically acceptable capsule containing a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose.

2.    An extended release formulation according to Claim 1 wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 94% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP.

3.    An extended release formulation according to Claim 1 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

4.    An extended release formulation according to Claim 1 wherein the spheroids are comprised of from about 30% to 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP.

5.    An extended release formulation according to Claim 4 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

WYETH 002-000370

20 January 2000
SRE/tlk/apr
AHP-95011-P2
PATENT

-20-

6.    An extended release formulation according to Claim 1 wherein the spheroids comprise from about 6% to about 30% venlafaxine hydrochloride by weight, about 70.1 % to about 94% microcrystalline cellulose, NF, by weight and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose,

5

7.    An extended release formulation according to Claim 6 wherein the spheroids are coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP

10

8.    An extended release formulation according to Claim 6 wherein the spheroids comprise from about 5% to about 25% venlafaxine hydrochloride and from about 95% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose

15

9.    An extended release formulation according to Claim 6 wherein the spheroids comprise from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

20

10.    An extended release formulation according to Claim 6 wherein the spheroids comprise from about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

25

11.    An encapsulated, extended release formulation of venlafaxine hydrochloride according to Claim 1 having the following dissolution profile in USP Apparatus 1 (basket) at 100 rpm in purified water at 37°C:

30

| Time (hours) | Average % Venlafaxine HCl released |
|---|---|
| 2 | <30 |
| 4 | 30-55 |

WYETH 002-000371

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-21-

| 8 | 55-80 |
| 12 | 65-90 |
| 24 | >80 |

5    12.    An extended release formulation according to claim 2 wherein the spheroids are composed of about 37% by weight of venlafaxine hydrochloride, about 0.5% by weight of hydroxypropylmethylcellulose 2208, and about 62% by weight of microcrystalline cellulose.

10    13.    A composition according to claim 2 wherein the film coating is comprised of ethyl cellulose (4.81% of total weight) and hydroxypropylmethylcellulose (0.85% of total weight).

14.    A composition according to claim 2 wherein the film coating comprises 6-8% by weight of total weight.

15    15.    A composition according to claim 2 wherein the film coating is comprised of ethyl cellulose (2.48% of total weight) and hydroxypropylmethylcelluiose (0.437% of total weight).

20

16.    A composition according to claim 2 wherein film coating composition is comprised of ethyl cellulose having a 44.0-51.0% content of ethoxy groups and hydroxypropylmethylcellulose having a methoxy content of 28.0-30.0% and a hydroxypropoxy group content of 7.0-12.0%.

25

17.    A film coating composition according to Claim 2 which is comprised of about 85% by total weight of film coating of ethyl cellulose having a 44.0-51.0% content of ethoxy groups, and about 15% by total weight of film coating of hydroxypropylmethylcellulose having a methoxy content of 28.0-30.0% and a 30    hydroxypropoxy group content of 7.0-12.0%.

WYETH 002-000372

20 January 2000
SRE/rlk/apr
AHP-95011-P2
PATENT

-22-

18.    A film coating composition according to Claim 2 which is comprised of 85% by weight of ethyl cellulose type HG 2834 and 15% by weight of hydroxypropylmethylcellulose type 2910.

5    19.    An extended release formulation of venlafaxine hydrochloride for once daily administration which comprises spheroids containing 37.3% venlafaxine, 62.17% microcrystalline cellulose and 0.5% hydroxypropylmethylcellulose type 2208, coated with a quantity of a mixture comprised of 85% ethyl cellulose type HG 2834 and 15% hydroxypropylmethylcellulose type 2910 sufficient to give coated spheroids having a
10    dissolution profile which gives the desired release rate over a 24 hour period.

20.    An extended release formulation of venlafaxine hydrochloride according to Claim 2 which provides peak serum levels of up to 150 ng/ml and extended therapeutically effective plasma levels over a twenty four hour period.

15    21.    A method for providing a therapeutic blood plasma concentration of venlafaxine over a twenty four hour period with diminished incidences of nausea and emesis which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level
20    of venlafaxine in from about four to about eight hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

22.    A method for eliminating the troughs and peaks of drug concentration in a patients blood plasma attending the therapeutic metabolism of plural daily doses of
25    venlafaxine hydrochloride which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in from about four to about eight hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

WYETH 002-000373

20 January 2000
SRE/tlk/apr
AHP-95011-P2
PATENT

-23-

## ABSTRACT OF THE DISCLOSURE

## EXTENDED RELEASE FORMULATION

5    This invention relates to a 24 hour extended release dosage formulation and unit dosage form thereof of venlafaxine hydrochloride, an antidepressant, which provides better control of blood plasma levels than conventional tablet formulations which must be administered two or more times a day and further provides a lower incidence of nausea and vomiting than the conventional tablets. More particularly, the

10    invention comprises an extended release formulation of venlafaxine hydrochloride comprising a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose.

WYETH 002-000374

AHP-95011 P2
PATENT

## DECLARATION AND POWER OF ATTORNEY

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name:

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is the invention entitled _____ EXTENDED RELEASE FORMULATION _____ ,the specification of which

(check one) _____ is attached hereto.

       X _____ was filed on __ January 20, 2000 _____ as
                     Application Serial No _09/488,629 _____
                     and was last amended on _ February 16, 2001 _____.
                                (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, Section 1.56 (a).

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

                                                           Priority Claimed
                                                       Yes         No

      NONE
(Number)                   (Country)                 (Day/Month/Year Filed)

I hereby claim the benefit under Title 35, United States Code, Section 119(e) of any United States Provisional Application(s) for Patent listed below:

 60/014,006 _____     March 25, 1996
(Provisional Appln. No.)     (Filing Date)

(Provisional Appln. No.)     (Filing Date)

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States Application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

WYETH 002-000375

- 1 -

AHP-95011 P2
PATENT

| 08/821,137 | 3/20/97 | Abandoned |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status - Patented, pending, abandoned) |

| 08/964,328 | 11/5/97 | Abandoned |
|---|---|---|
| (Application Serial No.) | (Filing Date) | (Status - Patented, pending, abandoned) |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

I hereby appoint the following attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

Egon E. Berg, Reg. No. 21,117; of Five Giralda Farms, Madison, New Jersey, 07940; and Rebecca R. Barrett, Reg. No. 35,152; Steven R. Eck, Reg. No. 36,126; Arnold S. Milowsky, Reg. No. 35,288; Michael R. Nagy, Reg. No. 33,432; George Tarnowski, Reg. No. 27,472; all of P.O. Box 8299, Philadelphia, Pennsylvania, 19101; and Daniel B. Moran, Reg. No. P-41,204 of 401 N. Middletown Road, Pearl River, New York, 10965.

Address all telephone calls to ___Rebecca R. Barrett_____at

telephone number ___(610) 902-2646_____

Address all correspondence to Egon E. Berg, American Home Products Corporation, Patent Law Department - 2B, Five Giralda Farms, Madison, New Jersey, 07940.

Full name of sole or first inventor ___Deborah M. Sherman_____

Inventor's signature ___[signature]_____    ___15 Mm 01___
                                                         Date

Residence ___5 Belmont Avenue, Plattsburgh, New York  12901_-_____

Citizenship ___United States of America_____

Post Office Address ___Same as residence_____


Full name of second joint inventor, if any ___John C. Clark_____

Inventor's signature ___[signature]_____    ___29 Mar 91___
                                                         Date

Residence ___375 Pleasant St., Peru, New York  12972_____

Citizenship ___United States of America_____

Post Office Address ___Same as Residence_____

WYETH 002-000376

AHP-95011 P2
PATENT

Full name of third joint inventor, if any＿＿＿＿ John U. Lamer ＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Inventor's signature ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ 29 Mar 01 ＿＿＿
                                                                    Date

Residence ＿＿＿＿ 22 Farrar Street, St. Albans, Vermont 05478 ＿＿＿＿＿＿＿

Citizenship ＿＿＿＿＿ United States of America ＿＿＿＿＿＿＿＿＿＿＿＿＿

Post Office Address ＿＿＿ Same as Residence ＿＿＿＿＿＿＿＿＿＿＿＿＿


Full name of fourth joint inventor, if any＿＿＿＿ Steven A. White ＿＿＿＿＿＿＿

Inventor's signature ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ 29 Mar 01 ＿＿＿
                                                                    Date

Residence ＿＿＿＿ 309 Southwick Rd., Champlain, NY 12919 ＿＿＿＿＿＿＿

Citizenship ＿＿＿＿＿ United States of America ＿＿＿＿＿＿＿＿＿＿＿＿＿

Post Office Address ＿＿＿ Same as Residence ＿＿＿＿＿＿＿＿＿＿＿＿＿

WYETH 002-000377

US006403120B1

(12) **United States Patent**
Sherman et al.

(10) Patent No.:     **US 6,403,120 B1**
(45) Date of Patent:     **Jun. 11, 2002**

(54) **EXTENDED RELEASE FORMULATION OF VENLAFAXINE HYDROCHLORIDE**

(75) Inventors: **Deborah M. Sherman**, Plattsburgh; **John C. Clark**, Peru, both of NY (US); **John U. Lamer**, St. Albans, VT (US); **Steven A. White**, Champlain, NY (US)

(73) Assignee: **Wyeth**, Madison, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/950,965**

(22) Filed: **Sep. 12, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 09/884,412, filed on Jun. 19, 2001, which is a division of application No. 09/488,629, filed on Jan. 20, 2000, now Pat. No. 6,274,171, which is a continuation-in-part of application No. 08/964,328, filed on Nov. 5, 1997, now abandoned, which is a continuation-in-part of application No. 08/821,137, filed on Mar. 20, 1997, now abandoned.

(60) Provisional application No. 60/014,006, filed on Mar. 25, 1996.

(51) Int. Cl.$^7$ ............................. A61K 9/52; A61K 9/54; A61K 9/62

(52) U.S. Cl. ...................... 424/461; 424/457; 424/458; 424/459; 514/781; 514/962

(58) Field of Search ................................. 424/461, 458, 424/459, 457, 456, 462, 494, 495

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,954,959 A | 5/1976 | Pedersen |
| 4,138,475 A | 2/1979 | McAinsh et al. |
| 4,369,172 A | 1/1983 | Schor et al. |
| 4,389,393 A | 6/1983 | Schor et al. |
| 4,535,186 A | 8/1985 | Husbands et al. |
| 4,966,768 A | 10/1990 | Michelucci et al. |
| 5,506,270 A | 4/1996 | Upton et al. |
| 5,552,429 A | 9/1996 | Wong et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0654264 | 11/1994 |
| EP | 0667150 | 1/1995 |
| EP | 0797991 | 10/1997 |
| WO | 9427589 | 12/1994 |
| WO | 9737640 | 10/1997 |

*Primary Examiner*—James M. Spear
(74) *Attorney, Agent, or Firm*—Rebecca R. Barrett

(57)     **ABSTRACT**

This invention relates to a 24 hour extended release dosage formulation and unit dosage form thereof of venlafaxine hydrochloride, an antidepressant, which provides better control of blood plasma levels than conventional tablet formulations which must be administered two or more times a day and fiber provides a lower incidence of nausea and vomiting than the conventional tablets. More particularly, the invention comprises an extended release formulation of venlafaxine hydrochloride comprising a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose.

**14 Claims, No Drawings**

WYETH 002-000378

US 6,403,120 B1

1

## EXTENDED RELEASE FORMULATION OF VENLAFAXINE HYDROCHLORIDE

This application is a continuation of Ser. No. 09/884,412, filed Jun. 19, 2001, which is a a divisional application of Ser. No. 09/488,629, filed Jan. 20, 2000, now U.S. Pat. No. 6,274,171, which is a continuation-in-part of Application Ser. No. 08/964,328, filed Nov. 5, 1997, now abandoned, which is a continuation-in part of Application No. 08/821,137, filed Mar. 20, 1997, now abandoned, which claims priority from Provisional Application No. 60/014,006 filed Mar. 25, 1996.

## BACKGROUND OF THE INVENTION

Extended release drug formulations are conventionally produced as compressed tablets by hydrogel tablet technology. To produce these sustained release tablet drug dosage forms, the active ingredient is conventionally compounded with cellulose ethers such as methyl cellulose, ethyl cellulose or hydroxypropylmethylcellulose with or without other excipients and the resulting mixture is pressed into tablets. When the tablets are orally administered, the cellulose ethers in the tablets swell upon hydration from moisture in the digestive system, thereby limiting exposure of the active ingredient to moisture. As the cellulose ethers are gradually leached away by moisture, water more deeply penetrates the gel matrix and the active ingredient slowly dissolves and diffuses through the gel, making it available for absorption by the body. An example of such a sustained release dosage form of the analgesic/anti-inflammatory drug etodolac (Lodin) appears in U.S. Pat. No. 4,966,768. U.S. Pat. No. 4,389,393 discloses sustained release therapeutic compressed solid unit dose forms of an active ingredient plus a carrier base comprised of a high molecular weight hydroxypropylmethylcellulose, methyl cellulose, sodium carboxymethylcellulose and or other cellulose ether.

Where the production of tablets is not feasible, it is conventional in the drug industry to prepare encapsulated drug formulations which provide extended or sustained release properties. In this situation, the extended release capsule dosage forms may be formulated by mixing the drug with one or more binding agents to form a uniform mixture which is then moistened with water or a solvent such as ethanol to form an extrudable plastic mass from which small diameter, typically 1 mm, cylinders of drug/matrix are extruded, broken into appropriate lengths and transformed into spheroids using standard spheronization equipment. The spheroids, after drying, may then be thin-coated to retard dissolution. The fin-coated spheroids may then be placed in pharmaceutically acceptable capsules, such as starch or gelatin capsules, in the quantity needed to obtain the desired therapeutic effect. Spheroids releasing the drug at different rates may be combined in a capsule to obtain desired release rates and blood levels. U.S. Pat. No. 4,138,475 discloses a sustained release pharmaceutical composition consisting of a hard gelatin capsule filled with film-coated spheroids comprised of propanolol in admixture with microcrystalline cellulose wherein the film coating is composed of ethyl cellulose, optionally, with hydroxypropylm-ethylcellulose and/or a plasticizer.

Venlafaxine, 1-[2-(dimethylamino)-1-(4methoxyphenyl) ethyl]cyclohexanol, is an important drug in the neuropharmacological arsenal used for treatment of depression. Venlafaxine and the acid addition salts thereof are disclosed in U.S. Pat. No. 4,535,186. ⋯ lafaxine hydrochloride is presently administered to adm: in compressed tablet form in

2

doses ranging from 75 to 350 mg/day, in divided doses two or three times a day. In therapeutic dosing with venlafaxine hydrochloride tablets, rapid dissolution results in a rapid increase in blood plasma levels of the active compound shortly after administration followed by a decrease in blood plasma levels over several hours as the active compound is eliminated or metabolized, until sub-therapeutic plasma levels are approached after about twelve hours following administration, thus requiring additional dosing with the drug. With the plural daily dosing regimen the most common side effect is nausea, experienced by about forty five percent of patients under treatment with venlafaxine hydrochloride. Vomiting also occurs in about seventeen percent of the patients.

## BRIEF DESCRIPTION OF THE INVENTION

In accordance with this invention, there is provided an extended release (ER), encapsulated formulation containing venlafaxine hydrochloride as the active drug component, which provides in a single dose, a therapeutic blood serum level over a twenty four hour period.

Through administration of the venlafaxine formulation of this invention, there is provided a method for obtaining a flattened drug plasma concentration to time profile, thereby affording a tighter plasma therapeutic range control than can be obtained with multiple daily dosing. In other words, this invention provides a method for eliminating the sharp peaks and troughs (hills and valleys) in blood plasma drug levels induced by multiple daily dosing with conventional immediate release venlafaxine hydrochloride tablets. In essence, the plasma levels of venlafaxine hydrochloride rise, after administration of the extended release formulations of this invention, for between about five to about eight hours (optimally about six hours) and then begin to fall through a protracted, substantially linear decrease from the peak plasma level for the remainder of the twenty four hour period, maintaining at least a threshold therapeutic level of the drug during the entire twenty-four period. In contrast, the conventional immediate release venlafaxine hydrochloride tablets give peak blood plasma levels in 2 to 4 hours. Hence, in accordance with the use aspect of this invention, there is provided a method for moderating the -plural blood plasma peaks and valleys attending the pharmacokinetic utilization of multiple daily tablet dosing with venlafaxine hydrochloride which comprises administering to a patient in need of treatment with venlafaxine hydrochloride, a one-a-day, extended release formulation of venlafaxine hydrochloride.

The use of the one-a-day venlafaxine hydrochloride formulations of this invention reduces by adaptation, the level of nausea and incidence of emesis that attend the administration of multiple daily dosing. In clinical trials of venlafaxine hydrochloride ER, the probability of developing nausea in the course of the trials was greatly reduced after the first week. Venlafaxine ER showed a statistically significant improvement over conventional venlafaxine hydrochloride tablets in two eight-week and one 12 week clinical studies. Thus, in accordance with this use aspect of the invention there is provided a method for reducing the level of nausea and incidence of emesis attending the administration of venlafaxine hydrochloride which comprises dosing a patient in need of treatment with venlafaxine hydrochloride with an extended release formulation of venlafaxine hydrochloride once a day in a therapeutically effective amount.

The formulations of this invention comprise an extended release formulation of venlafaxine hydrochloride compris-

WYETH 002-000379

US 6,403,120 B1

3

ing a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose. Unless otherwise noted, the percentage compositions mentioned herein refer to percentages of the total weight of the final composition or formulation.

More particularly, the extended release formulations of this invention are those above wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 95% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

A preferred embodiment of this invention are formulations wherein the spheroids are comprised of about 30% to about 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NT, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

Another preferred lower dose formulation of this invention are those wherein the spheroids are comprised less than 30% venlafaxine hydrochloride. These formulations comprise spheroids of from about 6% to about 30% venlafaxine hydrochloride by weight, about 70% to about 94% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

Within this subgroup of lower dose formulations are formulations in which the spheroids are comprised of from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Another preferred subgroup of spheroids in these formulations comprises from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. A ether preferred subgroup of spheroids in these formulations comprises from about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Within each of these subgroups is understood to be formulations in which the spheroids are comprised of venlafaxine HCT and microcrystalline cellulose in the amounts indicated, with no hydroxypropylmethylcellulose present. Each of these formulations is also preferably contained in a gelatin capsule, preferably a bard gelatin capsule.

DETAILED DESCRIPTION OF THE INVENTION

1-[2-(dimethylamino)-1-(4methoxyphenyl)ethyl] cyclohexanol hydrochloride is polymorphic. Of the forms

4

isolated and characterized to date, Form I is considered to be the kinetic product of crystallization which can be converted to Form II upon heating in the crystallization solvent. Forms I and II cannot be distinguished by their melting points but do exhibit some differences in their infrared spectra and X-ray diffraction patterns. Any of the polymorphic forms such as Form I or Form II may be used in the formulations of the present invention.

The extended release formulations of this invention are comprised of 1-[2-(dimethylamino)-1-(4-methoxyphenyl) ethyl]cyclohexanol hydrochloride in admixture with microcrystalline cellulose and hydroxypropylmethylcellulose. Formed as beads or spheroids, the drug containing formulation is coated with a mixture of ethyl cellulose and hydroxypropylmethyl cellulose to provide, the desired level of coating, generally from about two to about twelve percent on a weight/weight basis of final product or more preferably from about five to about ten percent (w/w), with best results obtained at from about 6 to about 8 percent (w/w). More specifically, the extended release spheroid formulations of this invention comprise from about 30 to 40 percent venlafaxine hydrochloride, from about 50 to about 70 percent microcrystalline cellulose, NF, from 0.25 to about 1 percent hydroxypropylmethylcellulose, USP, and from about 5 to about 10 percent film coating, all on a weight/weight basis. And preferably, the spheroid formulations contain about 35 percent venlafaxine hydrochloride, about 55 to 60 percent microcrystalline cellulose NF (Avicel® PH101), about one half percent hydroxypropylmethylcellulose 2208 USP (K3, Dow, which has a viscosity of 3 cps for 2% aqueous solutions, a methoxy content of 19–24% and a hydroxypropoxy content of 4–13%), and from about 6 to 8 percent film coating.

The film coating is comprised of 80 to 90 percent of ethyl cellulose, NF and 10 to 20 percent hydroxypropylmethyl-cellulose (2910), USP on a weight/weight basis. Preferably the ethyl cellulose has a ethoxy content of 44.0–51% and a viscosity of 50 cps for a 5% aqueous solution and the hydroxypropylmethylcellulose is USP 2910 having a viscosity of 6 cps at 2% aqueous solution with a methoxy content of 28–30% and a hydroxypropoxy content of 7–12%. The ethyl cellulose used herein is Aqualon HG 2834.

Other equivalents of the hydroxypropylmethylcelluloses 2208 and 2910 USP and ethyl cellulose, NF, having the same chemical and physical characteristics as the proprietary products named above may be substituted in the formulation without changing the inventive concept. Important characteristics of suitable hydroxypropylmethylcelluloses include a low viscosity, preferably less than 10 cps and more preferably 2–5 cps, and a gel temperature above that of the temperature of the extrudate during extrusion. As explained below, these and other characteristics which enable the extrudate to remain moist and soft (pliable) are preferred for the hydroxypropylmethylcellulose. In the examples below, the extrudate temperature was generally 50–55° C.

It was completely unexpected that an extended release formulation containing venlafaxine hydrochloride could be obtained because the hydrochloride of venlafaxine proved to be extremely water soluble. Numerous attempts to produce extended release tablets by hydrogel technology proved to be fruitless because the compressed tablets were either physically unstable (poor compressibility or capping problems) or dissolved too rapidly in dissolution studies. Typically, the tablets prepared as hydrogel sustained release formulations gave 40–50% dissolution at 2 hrs, 60–70% dissolution at 4 hrs and 85–100% dissolution at 8 hrs.

WYETH 002-000380

US 6,403,120 B1

5

Numerous spheroid formulations were prepared using different grades of microcrystalline cellulose and hydroxypropylmethylcellulose, different ratios of venlafaxine hydrochloride and filler, different binders such as polyinylpyrrolidone, methylcellulose, water, and polyethylene glycol of different molecular weight ranges in order to find a formulation which would provide a suitable granulation mix which could be extruded properly. In the extrusion process, heat buildup occurred which dried out the extrudate so much that it was difficult to convert the extruded cylinders into spheroids. Addition of hydroxypropylmethylcellulose 2208 -to the venlafaxine hydrochloride-microcrystalline cellulose mix made production of spheroids practical.

The encapsulated formulations of this invention may be produced in a uniform dosage for a specified dissolution profile upon oral administration by techniques understood in the art. For instance, the spheroid components may be blended for uniformity with a desired concentration of active ingredient, then spheronized and dried. The resulting spheroids can then be sifted through a mesh of appropriate pore size to obtain a spheroid batch of uniform and prescribed size.

The resulting spheroids can be coated and resifted to remove any agglomerates produced in the coating steps. During the coating process samples of the coated spheroids may be tested for their distribution profile. If the dissolution occurs too rapidly, additional coating may be applied until the spheroids present a desired dissolution rate.

The following examples are presented to illustrate applicant's solution to the problem of preparation of the extended release drug containing formulations of this invention.

EXAMPLE NO. 1

Venlafaxine Hydrochloride Extended Release Capsules

A mixture of 44.8 parts ( 88.4% free base) of venlafaxine hydrochloride, 74.6 parts of the microcrystalline cellulose, NF, and 0.60 parts of hydroxypropylmethyl cellulose 2208, USP, are blended with the addition of 41.0 parts water. The plastic mass of material is extruded, spheronized and dried to provide uncoated drug containing spheroids.

Stir 38.25 parts of ethyl cellulose, NF, HG2834 and 6.75 parts of hydroxypropylmethylcellulose 2910, USP in a 1:1 v/v mixture of methylene chloride and anhydrous methanol until solution of the film coating material is complete.

To a fluidized bed of the uncoated spheroids is applied 0.667 parts of coating solution per part of uncoated spheroids to obtain extended release, film coated spheroids having a coating level of 3%.

The spheroids are sieved to retain the coated spheroids of a particle size between 0.85 mm to 1.76 mm diameter. These selected film coated spheroids are filled into pharmaceutically acceptable capsules conventionally, such as starch or gelatin capsules.

EXAMPLE NO. 2

Same as for Example 1 except that 1.11 parts of the film coating solution per part of uncoated spheroids is applied to obtain a coating level of 5%.

EXAMPLE NO. 3

Same as for Example 1 except that 1.33 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating level of 6%.

EXAMPLE NO. 4

Same as for Example 1 except that 1.55 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating level of 7%.

6

In the foregoing failed experiments and in Examples 1–4, the extrusion was carried out on an Alexanderwerk extruder. Subsequent experiments carried out on Hutt and Nica extruders surprisingly demonstrated that acceptable, and even improved, spheroids could be made without the use of an hydroxypropylmethylcellulose.

In such fierier experiments the applicability of the invention was extended to formulations wherein the weight percentage of venlafaxine hydrochloride is 6% to 40%, preferably 8% to 35%. Thus, the extended release spheroid formulations of this invention comprise from about 6 to about 40 percent venlafaxine hydrochloride, from about 50 to about 94 percent microcrystalline cellulose, NF, optionally, from about 0.25 to about 1 percent hydroxypropylmethylcellulose, and from about 2 to about 12 percent, preferably about 3 to 9 percent, film coating.

Spheroids of the invention were produced having 8.25% (w/w) venlafaxine hydrochloride and the remainder (91.75%, w/w) being microcrystalline cellulose, with a coating of from 3 to 5% (w/w), preferably 4%, of the total weight. The spheroids with 8.25% venlafaxine hydrochloride and 4% coating were filled into No. 2 white opaque shells with a target fill weight of 236 mg.

Further spheroids of the invention were produced having 16.5% (w/w) venlafaxine hydrochloride and the remainder (83.5%,w/w) being microcrystalline cellulose, with a coating of from 4 to 6% (w/w), preferably 5%, of the total weight. The spheroids 16.5% venlafaxine hydrochloride and 5% coating were filled into No. 2 white opaque shells with a target fill weight of 122 mg.

The test for acceptability of the coating level is determined by analysis of the dissolution rate of the finished coated spheroids prior the encapsulation. The dissolution procedure followed uses USP Apparatus 1 (basket) at 100 rpm in purified water at 37° C.

Conformance with the dissolution rate given in Table 1 provides the twenty-four hour therapeutic blood levels for the drug component of the extended release capsules of this invention in capsule form. Where a given batch of coated spheroids releases drug too slowly to comply with the desired dissolution rate study, a portion of uncoated spheroids or spheroids with a lower coating level may be added to the batch to provide, after thorough mixing, a loading dose for rapid increase of blood drug levels. A batch of coated spheroids that releases the drug too rapidly can receive additional film-coating to give the desired dissolution profile.

TABLE 1

Acceptable Coated Spheroid Dissolution Rates

| Time (hours) | Average % Venlafaxine HCl released |
|---|---|
| 2 | <30 |
| 4 | 30–55 |
| 8 | 55–80 |
| 12 | 65–90 |
| 24 | >30 |

Batches of the coated venlafaxine hydrochloride containing spheroids which have a dissolution rate corresponding to that of Table 1 are filled into pharmaceutically acceptable capsules in an amount needed to provide the unit dosage level desired. The standard unit dosage immediate release (IR) tablet used presently provides amounts of venlafaxine hydrochloride equivalent to 25 mg, 37.5 mg, 50 mg, 75 mg and 100 mg venlafaxine. The capsules of this invention are

WYETH 002-000381

US 6,403,120 B1

7

filled to provide an amount of venlafaxine hydrochloride equivalent to that presently used in tablet form and also up to about 150 mg venlafaxine hydrochloride.

Dissolution of the venlafaxine hydrochloride ER capsules is determined as directed in the U.S. Pharmacopoeia (JSP) using apparatus 1 at 100 rpm on 0.9 L of water. A filtered sample of the dissolution medium is taken at the times specified. The absorbance of the clear solution is determined from 240 to 450 nanometers (nm) against the dissolution medium. A baseline is drawn from 450 am through 400 nm and extended to 240 nm. The absorbance at the wavelength of maximum absorbance (about 274 nm) is determined with respect to this baseline. Six hard gelatin capsules are filled with the theoretical amount of venlafaxine hydrochloride spheroids and measured for dissolution. Standard samples consist of venlafaxine hydrochloride standard solution plus a gelatin capsule correction solution.

The percentage of venlafaxine released is determined from the equation

$$\% \text{ Venlafaxine hydrochloride released} = \frac{(As)(Wr)(S)(V1)(0.888 \times 100)}{(Ar)(V2)(C)}$$

where As is absorbance of sample preparation, Wr is weight of reference standard, mg; S is strength of the reference standard, decimal; V1 is the volume of dissolution medium used to dissolve the dosage form, mL; 0.884 is the percent free base, Ar is the absorbance of the standard preparation, V2 is the volume of reference standard solution, mL; and C is the capsule claim in mg.

Table 2 shows the plasma level of venlafaxine versus time for one 75 mg conventional Immediate Release (IR) tablet administered every 12 hours, two 75 mg extended release (ER) capsules administered simultaneously every 24 hours, and one 150 mg extended release (ER) capsule administered once every 24 hours in human male subjects. The subjects were already receiving venlafaxine hydrochloride according to the dosage protocol, thus the plasma blood level at zero time when dosages were administered is not zero.

TABLE 2

Plasma venlafaxine level (ng/mL) versus time, conventional tablet (not extended release) versus ER capsule

| Time (hours) | 75 mg (IR) tablet (q 12 h) | 2 × 75 mg (ER) capsules (q 24 hr) | 1 × 150 mg (ER) capsules (q 24 h) |
|---|---|---|---|
| 0 | 62.3 | 55.0 | 55.8 |
| 0.5 | 76.3 | | |
| 1 | 135.6 | 53.3 | 53.2 |
| 2 | 212.1 | 69.8 | 70.9 |
| 4 | 162.0 | 138.6 | 133.3 |
| 6 | 114.6 | 149.0 | 143.5 |
| 8 | 86.7 | 129.3 | 129.5 |
| 10 | | 118.4 | 114.4 |
| 12 | 51.9 | 105.1 | 105.8 |
| 12.5 | 74.7 | | |
| 13 | 127.5 | | |
| 14 | 161.3 | 90.5 | 91.3 |
| 16 | 134.6 | 78.2 | 78.5 |
| 18 | 106.2 | | |
| 20 | 83.6 | 62.7 | 63.3 |
| 24 | 57.6 | 56.0 | 57.3 |

Table 2 shows that the plasma levels of two 75 mg/capsule venlafaxine hydrochloride ER capsules and one 150 mg/capsule venlafaxine hydrochloride ER capsule provide very similar blood levels. The data also show that the plasma level after 24 hours for either extended release regimen is very similar to that provided by two immediate release 75 mg tablets of venlafaxine hydrochloride administered at 12 hour intervals.

8

Further, the plasma levels of venlafaxine obtained with the extended release formulation do not increase to the peak levels obtained with the conventional immediate release tablets given 12 hours apart. The peak level of venlafaxine from (ER), somewhat below 150 ng/mL is reached in about six hours, plus or minus two hours, based upon this specific dose when administered to patients presently under treatment with venlafaxine hydrochloride (IR). The peak plasma level of venlafaxine, somewhat over 200 ng/ml, following administration of (IR) is reached in two hours and falls rapidly thereafter.

Table 3 shows venlafaxine blood plasma levels in male human subjects having a zero initial blood plasma level. Again, a peak blood plasma concentration of venlafaxine is seen at about 6 hours after dosing with venlafaxine hydrochloride extended release capsules in the quantities indicated The subjects receiving the single 50 mg immediate release tablet showed a peak plasma level occurring at about 4 hours. For comparative purposes, the plasma levels of venlafaxine for subjects receiving the conventional formulated tablet can be multiplied by a factor of three to approximate the plasma levels expected for a single dose of 150 mg. conventional formulation.

TABLE 3

Plasma Blood Levels in Human Males Having No Prior Venlafaxine Blood Level

| Time (Hours) | 1 × 50 mg IR tablet | 2 × 75 mg ER capsules | 1 × 150 mg ER capsule |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 1 | 27.87 | 1.3 | 0 |
| 1.5 | 44.12 | 6.0 | 2.2 |
| 2 | 54.83 | 20.6 | 12.8 |
| 4 | 66.38 | 77.0 | 81.0 |
| 6 | 49.36 | 96.5 | 94.4 |
| 8 | 30.06 | 93.3 | 86.9 |
| 10 | 21.84 | 73.2 | 72.8 |
| 12 | 15.91 | 61.3 | 61.4 |
| 14 | 13.73 | 52.9 | 51.9 |
| 16 | 10.67 | 47.5 | 41.1 |
| 20 | 5.52 | 35.2 | 34.0 |
| 24 | 3.56 | 29.3 | 28.5 |
| 28 | 2.53 | 23.4 | 22.9 |
| 36 | 1.44 | 11.9 | 13.5 |
| 48 | 0.66 | 5.8 | 5.2 |

The blood plasma levels of venlafaxine were measured according to the following procedure. Blood samples from the subjects were collected in heparinized evacuated blood tubes and the tubes were inverted gently several times. As quickly as possible, the tubes were centrifuged at 2500 rpm for 15 minutes. The plasma was pipetted into plastic tubes and stored at −20° C. until analysis could be completed.

To 1 mL of each plasma sample in a plastic tube was added 150 μL of a stock internal standard solution (150 μg/ml). Saturated sodium borate (0.2 mL) solution was added to each tube and vortexed. Five mL of ethyl ether was added to each tube which were then capped and shaken for 10 minutes at high speed. The tubes were centrifuged at 3000 rpm for 5 minutes. The aqueous layer was frozen in dry ice and the organic layer transferred to a clean screw cap tube. A 0.3 ml portion of 0.01 N HCl solution was added to each tube and shaken for 10 minutes at high speed. The aqueous layer was frozen and the organic layer removed and discarded. A 50 μL portion of the mobile phase (23:77 acetonitrile:0.1M monobasic ammonium phosphate buffer, pH 4.4) was added to each tube, vortexed, and 50 μL samples were injected on a Superco Supercoil LC-8-DB, 5 cm×4.6 mm, 5 μ column in a high pressure liquid chromatography apparatus equipped with a Waters Lambda Max 481 detector or equivalent at 229 nm. Solutions of venlafaxine hydrochloride at various concentrations were used as standards.

WYETH 002-000382

US 6,403,120 B1

9

10

## EXAMPLE NO. 5

Manufactured by the techniques described herein, another preferred formulation of this invention comprises spheroids of from about 30% to about 35% venlafaxine hydrochloride and from about 0.3% to about 0.6% hydroxypropylmethylcellulose. These spheroids are then coated with a film coating, as described above, to a coating level of from about 5% to about 9%, preferably from about 6% to about 8%. A specific formulation of this type comprises spheroids of about 33% venlafaxine hydrochloride and about 0.5% hydroxypropylmethylcellulose, with a film coating of about 7%.

Lower dosage compositions or formulations of this invention may also be produced by the techniques described herein. These lower dosage forms may be administered alone for initial titration or initiation of treatment, prior to a dosage increase. They may also be used for an overall low-dose administration regimen or in combination with higher dosage compositions, such as capsule formulations, to optimize individual dosage regimens.

These lower dose compositions may be used to create encapsulated formulations, such as those containing doses of venlafaxine hydrochloride from about 5 mg to about 50 mg per capsule. Particular final encapsulated dosage forms may include, but are not limited to, individual doses of 7.5 mg, 12.5 mg, 18.75 mg, or 28.125 mg of venlafaxine HCl per capsule.

The spheroids useful in these lower dose formulations may comprise from about 5% to about 29.99% venlafaxine HCl, preferably from about 5% to about 25%, from about 75% to about 95% microcrystalline cellulose, and, optionally from about 0.25% to about 1.0% hydroxypropylmethylcellulose. The spheroids may be coated as described above, preferably with a film coating of from about 5% to about 10% by weight. In some preferred formulations, the spheroids comprise the cited venlafaxine HCl and microcrystalline cellulose, with no hydroxypropylmethyl cellulose.

## EXAMPLE NO. 6

Spheroids comprising 16.5% venlafaxine HCl and 83.5% microcrystalline cellulose were mixed with approximately 50% water (w/w) to granulate in a Littleford Blender Model FM-50E/1Z (Littleford Day Inc., P.O. Box 128, Florence, Kent, 41022-0218, U.S.A.) at a fixed speed of 180 rpm. The blended material was extruded through a 1.25 mm screen using a Nica extruder/spheronization machine (Aeromatic-Fielder Division, Niro Inc., 9165 Rumsey Rd., Columbia, Md. 21045, U.S.A.) for a 12/20 mesh cut after drying. Two portions of the resulting spheroids were coated with a 5% and 7% coating level, respectively, by techniques described above using the coating formulation:

| Ingredient | % (w/w) |
|---|---|
| Methylene Chloride | 60.000 |
| Methanol Anhydrous | 35.500 |
| Ethylcellulose, NF, HG 2834, 50 cps | 3.825 |
| Hydroxypropyl Methylcellulose, 2910 USP, 6 cps | 0.675 |

The 5% and 7% coated lots were tested for dissolution on a Hewlett Packard automated dissolution system over a 24 hour period, resulting in the following dissolution patterns:

| Time/hr | % Dissolved 16.5%/5% | % Dissolved 16.5%/7% |
|---|---|---|
| 2 | 12.4 | 5.6 |
| 4 | 42.8 | 25.4 |
| 8 | 70.7 | 60.4 |
| 12 | 82.2 | 75.4 |
| 24 | 94.3 | 92.7 |

## EXAMPLE NO. 7

A formulation of spheroids containing 8.25% venlafaxine HCl and 91.75% microcrystalline cellulose was prepared according to the techniques of Example No. 6 and coated with a 5% film coating. In the Hewlett Packard automated dissolution system these spheroids provided the following dissolution profile:

| Time/hr | % Dissolved 8.25%/5% |
|---|---|
| 2 | 4.4 |
| 4 | 24.2 |
| 8 | 62.9 |
| 12 | 77.8 |
| 24 | 93.5 |

Thus, the desired dissolution rates of sustained release dosage forms of venlafaxine hydrochloride, impossible to achieve with hydrogel tablet technology, has been achieved with the film-coated spheroid compositions of this invention.

What is claimed is:

1. A method for providing therapeutic blood plasma concentration of venlafaxine over a twenty four hour period with diminished incidence of nausea and emesis which comprises administering orally to a patient in need thereof, an extended release formulation that provides peak blood plasma levels of venlafaxine of no more than about 150 ng/ml, said formulation containing venlafaxine hydrochloride as the active ingredient.

2. The method of claim 1 wherein the extended release formulation is encapsulated.

3. The method of claim 1 wherein the extended release formulation comprises venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and optionally, hydroxypropylmethylcellulose.

4. The method of claim 3 wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 94% microcrystalline cellulose by weight, and optionally from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

5. The method of claim 3 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

6. The method of claim 5 wherein the spheroids are comprised of about 30% to 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NF, by weight, and, optionally from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP.

WYETH 002-000383

US 6,403,120 B1

11

7. The method of claim 6 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

8. The method of claim 3 wherein the spheroids are coated with from about 6% to about 30% venlafaxine hydrochloride by weight, about 70.1 % to about 94% microcrystalline cellulose, NF, by weight and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

9. The method of claim 8 wherein the spheroids are coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose.

10. The method of claim 3 wherein the spheroids are coated with from about 5% to about 25% venlafaxine hydrochloride and from about 95% to about 75% microc-

12

rystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

11. The method of claim 3 wherein the spheroids are coated with from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

12. The method of claim 11 wherein the spheroids are comprised of about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

13. The method of claim 1 wherein the extended release formulation comprising venlafaxine hydrochloride in a spheroid.

14. The method of claim 1 wherein the extended release formulation comprises venlafaxine hydrochloride in an encapsulated spheroid.

* * * * *

WYETH 002-000384

Docket No: 95011-C1
Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:    Deborah M. Sherman et al.

Serial No.:    Not Yet Known    Group Art No.:    1615

Filed:    Herewith    Examiner:

For:    Extended Release Formulation

Confirmation No.:

Customer Number:    25291

#3
HKD
11/5/01

Assistant Commissioner for Patents
Washington, DC 20231

## INFORMATION DISCLOSURE STATEMENT

1.    Preliminary Statements
In accordance with 37 CFR 1.97 and 1.98, Applicants submit herewith patents,
publications, or other information of which they are aware, which they believe may be
material to the examination of this application and in respect of which there may be a duty
to disclose in accordance with 37 CFR 1.56. This Information Disclosure Statement is not
to be construed as a representation that: (i) a search has been made; (ii) the information is
material to the examination of this application; (iii) additional information material to the
examination of this application does not exist; (iv) the information, protocols, results and
the like reported by third parties are accurate or enabling; or (v) the information
constitutes prior art to the subject invention.

### CERTIFICATE OF MAILING 37 CFR §1.10

I hereby certify that this paper and the documents referred to as enclosed therein are being deposited with the United States Postal Service on the
date written below in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM474059865US addressed to the
Assistant Commissioner for Patents, Washington, DC 20231.

_September 12, 2001_          _Mary Ellen Fiala_
Date                          Mary Ellen Fiala

WYETH 002-000385

Docket No: 95011-C1
Patent

2.    Identification of Time of Filing
      This Information Disclosure Statement
      a.    ☒    is filed within three months of the filing date of the application.
      b.    ☐    is filed before the mailing date of a first Office Action on the merits.
      c.    ☐    is filed before the mailing date of a first Office Action after the filing of a
                  request for continued examination under 37 CFR 1.114.
      d.    ☐    is filed after the period specified in 2(a), 2(b) or 2(c) above, but before the
                  mailing date of a final action under 37 CFR 1.311. This statement includes a
                  certification under 37 CFR 1.97(e) or the fee set forth in 37 CFR 1.17(p).
      e.    ☐    is filed after the mailing date of a final action or Notice of Allowance but
                  before payment of the issue fee. This statement includes (i) a certification
                  under 37 CFR 1.97(e), and (ii) the fee set forth in 37 CFR 1.17(p).

3.    ☐    Certification under 37 CFR 1.97(e)
           The undersigned attorney certifies

      a.    ☐    that each item of information contained in the Information Disclosure
                  Statement was cited in a communication from a foreign patent office in a
                  counterpart foreign application not more than three months prior to the filing
                  of the statement, or
      b.    ☐    that no item of information contained in the Information Disclosure Statement
                  was cited in a communication from a foreign patent office in a counterpart
                  foreign application or, to the knowledge of the person signing the certification
                  after making reasonable inquiry, was known to any individual designated in
                  37 CFR 1.56(c) more than three months prior to the filing of the statement.
      c.    ☐    The undersigned attorney certifies that each item of information contained in
                  the Information Disclosure Statement was cited in a communication from a
                  foreign patent office in a counterpart foreign application and was not received
                  by any individual designated in 37 CFR 1.56(c) more than thirty (30) days
                  prior to the filing of the statement.

      ☐    Newly Cited Information
           A legible copy of the patents, publications or other information cited on the attached
           form PTO 1449 is enclosed, except that no copy of a pending U.S. application is
           enclosed.

      ☒    Previously Cited Information
           No copy of the patents, publications or other information cited on the attached form
           PTO-1449 is enclosed because it has been previously cited by or submitted to the
           Office in a prior application which is relied upon for an earlier filing date under 35
           USC 120.
           Prior application is Serial Number 09/488,620, filed on January 20, 2000 of
           Sherman et al. for Extended Release Formulation..

WYETH 002-000386

Docket No: 95011-C1
Patent

☐  Concise Explanation
    Documents cited above which are not in the English Language
a.  ☐     have been explained in the specification.
b.  ☐     have an abstract (or other concise explanation) in English enclosed or if
           readily available a translation into English of the document is enclosed.

Form PTO-1449 is enclosed in duplicate.

☐  Fees
    ☐     Fee for filing under 37 CFR 1.97(c) or (d)      Fee:     $0.00

Method of Payment of Fees:
Charge American Home Products Corporation Deposit Account No. 01-1425
         in the amount of $0.00
A duplicate of this statement is enclosed.

Instructions as to Overpayment/Underpayment:
Credit any overpayment and charge any underpayment to Deposit Account No. 01-1425.

*Rebecca R Barrett*

/Rebecca R. Barrett
Reg. No. 35,152

American Home Products Corporation
Patent Law Department
Five Giralda Farms
Madison, NJ 07940-0874
Tel. No. (610) 902-2646

WYETH 002-000387

File
copy

| FORM PTO-1449<br>(REV. 2-32) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>AHP-95011- C1 | SERIAL NO.<br>Not Yet Known |
|---|---|---|---|
| | INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT<br><br>(Use several sheets if necessary) | APPLICANT<br>Deborah M. Sherman et al. | |
| | | FILING DATE<br>Not Yet Known | GROUP<br>1615 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | 3 9 5 4 9 5 9 | 8/75 | Pedersen | | | |
| | AB | 4 3 6 9 1 7 2 | 1/83 | Schor et al. | | | |
| | AC | 4 1 3 8 4 7 5 | 2/79 | McAinsh et al. | | | |
| | AD | 4 3 8 9 3 9 3 | 6/83 | Schor et al. | | | |
| | AE | 4 9 6 6 7 6 8 | 10/90 | Michelucci et al. | | | |
| | AF | 5 5 0 6 2 7 0 | 4/96 | Upton et al. | | | |
| | AG | 4 5 3 5 1 8 6 | 8/866 | Husbands et al. | | | |
| | AH | 5 5 5 2 4 2 9 | 9/96 | Wong et al. | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 0 6 5 4 2 6 4 | 11/94 | EP | | | | |
| | AM | 0 6 6 7 1 5 0 | 1/95 | EP | | | | |
| | AN | 9 4 2 7 5 8 9 | 12/94 | WO | | | | |
| | AO | 9 7 3 7 6 4 0 | 10/97 | WO | | | | |
| | AP | 0 7 9 7 9 9 1 | 10/97 | EP | | | | |

## OTHER DOCUMENTS   (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| AQ | |
| AR | |
| AS | |
| AT | |
| AU | |
| AV | |

| EXAMINER<br>JAMES M. SPEAR | DATE CONSIDERED<br>12-3-2001 |
|---|---|

EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609.
Draw line through citation if not in conformance and not considered.  Include copy of this form with next
communication to applicant.

WYETH 002-000388

AHP-95011-C1
PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

#3/A
#RD
11/5/01

**In re Patent Application of:** Deborah M. Sherman, John C. Clark,
John U. Lamer, Stephen A. White

**Serial No.:**                                                      **Examiner:**
(Cont. of USSN 09/884,412)

**Filed:**        Herewith                                     **Group:**

**For:**          Extended Release Formulation

Assistant Commissioner for Patents
Washington, D.C.  20231

### PRELIMINARY AMENDMENT

Sir:

Prior to issuance of an Office Action in this case, please amend the
application as follows:

In the Application:

At page 1, line 3, please delete "This application is a divisional application of
Serial No. 09/488,629, filed January 20, 2000 which is a continuation-in-part of
Application Serial No. 08/964,328, filed November 5, 1997, now abandoned, which is
a continuation-in-part of Application No. 08/821,137, filed March 20, 1997, now
abandoned, which claims priority from Provisional Application No. 60/014,006 filed
March 25, 1996" and insert -- "This application is a continuation of Serial No.
09/884,412, filed June 19, 2001, which is a a divisional application of Serial No.
09/488,629, filed January 20, 2000, which is a continuation-in-part of Application
Serial No. 08/964,328, filed November 5, 1997, now abandoned, which is a
continuation-in-part of Application No. 08/821,137, filed March 20, 1997, now
abandoned, which claims priority from Provisional Application No. 60/014,006 filed
March 25, 1996. --

In the Claims:

Cancel Claims 2-22 without prejudice.

Add new Claims 23-34 as follows:

WYETH 002-000402

-1-

AHP-95011-C1
PATENT

23. A method for providing therapeutic blood plasma concentration of venlafaxine over a twenty four hour period with diminished incidence of nausea and emesis which comprises administering orally to a patient in need thereof, an extended release formulation that provides peak blood plasma levels of venlafaxine of no more than about 150ng/ml, said formulation containing venlafaxine hydrochloride as the active ingredient.

24. The method of Claim 1 wherein the extended release formulation is encapsulated.

25. The method of Claim 1 wherein the extended release formulation comprises venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and optionally, hydroxypropylmethylcellulose.

26. The method of Claim 25 wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 94% microcrystalline cellulose by weight, and optionally from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

27. The method of Claim 25 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

28. The method of Claim 27 wherein the spheroids are comprised of about 30% to 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP.

29. The method of Claim 28 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

WYETH 002-000403

AHP-95011-C1
PATENT

30.  The method of Claim 25 wherein the spheroids are coated with from about 6% to about 30% venlafaxine hydrochloride by weight, about 70.1 % to about 94% microcrystalline cellulose, NF, by weight and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose,

31.  The method of Claim 30 wherein the spheroids are coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

32.  The method of Claim 25 wherein the spheroids are coated with from about 5% to about 25% venlafaxine hydrochloride and from about 95% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

33.  The method of Claim 25 wherein the spheroids are coated with from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

34.  The method of Claim 33 wherein the spheroids are comprised of about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. - -

In view of the foregoing, Applicants respectfully maintain that Claims 1 and 23-34 are in condition ready for allowance and respectfully request an early and favorable Notice of Allowance.

Respectfully submitted,

*Rebecca R. Barrett*

Rebecca R. Barrett
Reg. No. 35,152

Dated *September 12, 2001*
Telephone: (610) 902-2646

WYETH 002-000404

-3-



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/950,965 | 09/12/2001 | Deborah M. Sherman | AHP-95011 C1 | 2886 |

25291        7590        12/05/2001

AMERICAN HOME PRODUCTS CORPORATION
FIVE GIRALDA FARMS
PATENT LAW
MADISON, NJ 07940

| EXAMINER |
|---|
| SPEAR, JAMES M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 12/05/2001

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

WYETH 002-000405

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 09/950,965 | SHERMAN, ET AL |
| | Examiner | Art Unit |
| | JAMES M. SPEAR | 1615 |

*– The MAILING DATE of this communication appears on the cover sheet with the correspondence address –*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>*THREE*</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on <u>Sep 12, 2001</u>

2a) ☐ This action is **FINAL.**   2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

## Disposition of Claims

4) ☒ Claim(s) <u>1 and 23-34</u> is/are pending in the application.

   4a) Of the above, claim(s) _____ is/are withdrawn from consideration.

5) ☒ Claim(s) <u>23</u> is/are allowed.

6) ☒ Claim(s) <u>1</u> is/are rejected.

7) ☒ Claim(s) <u>24-34</u> is/are objected to.

8) ☐ Claims _____ are subject to restriction and/or election requirement.

## Application Papers

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

11) ☐ The proposed drawing correction filed on _____ is: a)☐ approved  b)☐ disapproved.

12) ☐ The oath or declaration is objected to by the Examiner.

## Priority under 35 U.S.C. § 119

13) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   a) ☐ All  b) ☐ Some*  c) ☐ None of:

   1. ☐ Certified copies of the priority documents have been received.

   2. ☐ Certified copies of the priority documents have been received in Application No. _____

   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

   *See the attached detailed Office action for a list of the certified copies not received.

14) ☒ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

## Attachment(s)

15) ☐ Notice of References Cited (PTO-892)

16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s). <u>2</u>

18) ☐ Interview Summary (PTO-413) Paper No(s). _____

19) ☐ Notice of Informal Patent Application (PTO-152)

20) ☐ Other: _____

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-00)                Office Action Summary                Part of Paper No. 4

WYETH 002-000406

Application/Control Number: 09/950,965                                        Page 2

Art Unit: 1615

This application currently names joint inventors. In considering patentability of the claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of 35 U.S.C. 103© and potential 35 U.S.C. 102(f) or (g) prior art under 35 U.S.C. 103(a).

Claims 24-34 are objected to under 37 CFR 1.75(c), as being of improper dependent form for failing to further limit the subject matter of a previous claim. Applicant is required to cancel the claim(s), or amend the claim(s) to place the claim(s) in proper dependent form, or rewrite the claim(s) in independent form. The claims are dependent claims which depend on a method, however claims 24 and 25 depend on claim 1 which is a product/composition claim..

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be

WYETH 002-000407

Application/Control Number: 09/950,965                                     Page 3

Art Unit: 1615

>patented and the prior art are such that the subject matter as a whole would have been obvious at
the time the invention was made to a person having ordinary skill in the art to which said subject
matter pertains. Patentability shall not be negatived by the manner in which the invention was
made.

Claim 1 is rejected under 35 U.S.C. 103(a) as being unpatentable over

McAinsh et al US 4,138,475 in view of Wong et al US 5,552,429.

McAinsh et al shows a hard gelatin capsule comprised of spheroids coated

with a mixture of ethylcellulose and hydroxypropylmethylcellulose. The active

agent propranolol is blended with microcrystalline cellulose to formulate the core

spheroid. See Abstract, example and claim 1. The reference does not show

venlafaxine. Wong et al is relied on for teaching extended release dosage forms

comprised of the same ingredients as McAinsh et al including the drugs venlafaxine

and propranolol. See column 4, lines 7-10, column 6, lines 54-55, column 7, lines

18-22, formulation 5. To use the venlafaxine of Wong et al in the McAinsh et al

capsule with a reasonable expectation of success would have been obvious to one of

ordinary skill in the art. It would be reasonable to expect that propranolol common

to both McAinsh et al and Wong et al could be combined with venlafaxine in the

McAinsh sustained release dosage form to increase patient compliance when the

need arises to administer both drugs. The motivation being a desire to obtain

WYETH 002-000408

Application/Control Number: 09/950,965                    Page 4

Art Unit: 1615

optimum drug efficacy over a prolonged period of time while reducing the total

number of dosages required.  It is also reasonable to expect that one may choose to

use the same sustained release formulation for either drug alone in a single dosage

form for those times when only venlafaxine or propranolol is required to be

administered as a sustained/extended release formulation.  The goal being to obtain

optimum release profiles.

    Claim 23 is allowed.

    Claims 2-22 have been canceled.  Claims 24-34 are objected to.  Claim 1 is

rejected.

    Any inquiry concerning this communication or earlier communications from

the examiner should be directed to James M. Spear whose telephone number is

:(703) 308 2457.  The examiner can normally be reached on Monday thru Friday

from 6:30 AM to 3 PM .

    If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, Thurman Page, can be reached on (703) 308 2927.  The fax

phone number for the organization where this application or proceeding is assigned

is (703) 305 3592 or 308 4556.

WYETH 002-000409

Application/Control Number: 09/950,965                                   Page 5

Art Unit: 1615

    Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the receptionist whose telephone number is (703)

308 1235.

James Spear

December 3, 2001

James M. Spear
JAMES M. SPEAR
PRIMARY EXAMINER
ART UNIT 1615

WYETH 002-000410

05-06-02

1615

Docket No: AHP-95011C1
Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re of Application of:    Deborah M. SHERMAN, et al.

Serial No.:               09/950,965          Group Art No.:     1615

Filed:                    September 12, 2001   Examiner:         James M. Spear

For:                      Extended Release Formulation

Confirmation No.:         2886

Customer Number:          25291

RECEIVED

MAR 1 4 2002

TECH CENTER 1600/2900

Commissioner for Patents
Washington, DC 20231

Sir:

### AMENDMENT TRANSMITTAL LETTER

1.   Enclosed please find the following documents for the above-identified application:

Response to Office Action mailed on December 5, 2001

---

### CERTIFICATE OF MAILING 37 CFR §1.10

I hereby certify that this paper and the documents referred to as enclosed therein are being deposited with the United States Postal Service on the date written below in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number ET302331224US* addressed to the Commissioner for Patents, Washington, DC 20231.

_March 5, 2002_                        _Bubinea D. Owens_
Date                                   Bubinea D. Owens

---

WYETH 002-000411

cket No:  AHP-95011C1
Patent

2.    Fee calculation

| | (1)<br>FOR | (2)<br>CLAIMS REMAINING AFTER AMENDMENT | (3)<br>HIGHEST NUMBER PAID FOR | (4)<br>NUMBER EXTRA x RATE | | | (5)<br>ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|
| CLAIMS AS AMENDED | | | | | | | |
| TOTAL CLAIMS | | 14 | 20 | 0 | x $ | 18.00 | 0.00 |
| INDEPENDENT CLAIMS | | 1 | 3 | 0 | x $ | 84.00 | 0.00 |
| MULTIPLE DEPENDENCY FEE | | | | | $ | 260.00 | |
| | | | | Total Amendment Fee: | | | $0.00 |

☒    Please charge Deposit Account No. 01-1425 for: $0.00

The Commissioner is hereby authorized to charge any additional fees required by this paper, including the enclosed documents, and during the entire pendency of this application and to credit any excess amounts paid to Deposit Account No. 01-1425.  A copy of this letter is enclosed for use by the Deposit Account Branch.

Respectfully submitted,

*Rebecca R Barrett*

Rebecca R. Barrett
Attorney for Applicants
Reg. No. 35,152

American Home Products Corporation
Patent Law Department
Five Giralda Farms
Madison, NJ 07940-0874
Tel. No. (610) 902-2646

WYETH 002-000412

AmendLetterNoExtension.dot – Rev 3/01          Page 2 of 2    Trans. Amend. Letter w/o Ext. of Time

Docket No: AHP-95011C1
Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED

TECH CENTER 1600/2900

MAR 1 4 2002

| | | | |
|---|---|---|---|
| Re Filed Application of: | Deborah M. SHERMAN, et al. | | |
| Serial No.: | 09/950,965 | Group Art No.: | 1615 |
| Filed: | September 12, 2001 | Examiner: | James M. Spear |
| For: | Extended Release Formulation | | |
| Confirmation No.: | 2886 | | |
| Customer Number: | 25291 | | |

Commissioner for Patents
Washington, DC 20231

Sir:

## AMENDMENT TRANSMITTAL LETTER

1.  Enclosed please find the following documents for the above-identified application:

    Response to Office Action mailed on December 5, 2001

**CERTIFICATE OF MAILING 37 CFR §1.10**

I hereby certify that this paper and the documents referred to as enclosed therein are being deposited with the United States Postal Service on the date written below in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number ET302331224US" addressed to the Commissioner for Patents, Washington, DC 20231.

_March 5, 2002_                     _Bubinea D. Owens_
Date                                        Bubinea D. Owens

Page 1 of 2    Trans. Amend. Letter w/o Ext. of Time

WYETH 002-000413

Docket No: AHP-95011C1
Patent

2.    Fee calculation

| | CLAIMS AS AMENDED | | | | |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | | (5) |
| FOR | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PAID FOR | NUMBER EXTRA x RATE | | ADDITIONAL FEE |
| TOTAL CLAIMS | 14 | 20 | 0 | x $ 18.00 | 0.00 |
| INDEPENDENT CLAIMS | 1 | 3 | 0 | x $ 84.00 | 0.00 |
| MULTIPLE DEPENDENCY FEE | | | | $ 280.00 | |
| | | | Total Amendment Fee: | | $0.00 |

☒    Please charge Deposit Account No. 01-1425 for: $0.00

    The Commissioner is hereby authorized to charge any additional fees required by this paper, including the enclosed documents, and during the entire pendency of this application and to credit any excess amounts paid to Deposit Account No. 01-1425.  A copy of this letter is enclosed for use by the Deposit Account Branch.

                                Respectfully submitted,


                                *Rebecca R. Barrett*
                                Rebecca R. Barrett
                                Attorney for Applicants
                                Reg. No. 35,152

American Home Products Corporation
Patent Law Department
Five Giralda Farms
Madison, NJ 07940-0874
Tel. No. (610) 902-2646

WYETH 002-000414

cket No: AHP-95011 C1
Patent

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re of Application of:     Deborah M. SHERMAN, John C. CLARK, John U. LAMER, Stephen A.
                            WHITE

Serial No.:                 09/950,965          Group No.:     1615

Filed:                      September 12, 2001  Examiner:      James M. Spear

For:                        Extended Release Formulation

Confirmation No.:           2886

Customer Number:            25291

RECEIVED

MAR 1 4 2002

TECH CENTER 1600/2900

Commissioner for Patents
Washington, DC 20231

**AMENDMENT UNDER 37 C.F.R. §1.111**

Sir:

        This is in response to the Office Action issued in connection with this case on
December 5, 2001. The Office Action has been carefully reviewed and the following
response prepared.  Please amend the application as follows:

**In the Claims:**

24.     (Amended) The method of Claim 23 wherein the extended release formulation is
encapsulated.

25.     (Amended) The method of Claim 23 wherein the extended release formulation
comprises venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride,
microcrystalline cellulose and optionally, hydroxypropylmethylcellulose.

Please add the following new claims:

35.     The method of Claim 23 wherein the extended release formulation comprising
venlafaxine hydrochloride in a spheroid.

36.     The method of Claim 23 wherein the extended release formulation comprises
venlafaxine hydrochloride in an encapsulated spheroid.

Please cancel Claim 1, without prejudice.

WYETH 002-000415

cket No: AHP-95011 C1
Patent

### Remarks

Claims 1 and 23-34 were pending in this application. Claim 1 was cancelled, without prejudice. New Claims 35 and 36 were added to more fully claim subject matter of the claimed invention. Claim 1 was rejected. Claims 24-34 were objected to. Applicants appreciate the Examiner's indication that Claim 23 is allowed.

Claims 24-34 were objected to as being of inproper dependent form. Applicants have amended the dependencies of claims 24 and 25 to depend from Claim 23. Claims 24-34 now properly depend, directly or indirectly, from Claim 23. Accordingly the dependencies have been corrected and this objection should be withdrawn.

Claims 35 and 36 were added to more fully claim the subject matter of the invention. No new matter was added by this amendment.

Claim 1 was rejected under §103(a). To facilitate prosecution of this application, Claim 1 was cancelled, without prejudice, making this rejection moot.

In view of the foregoing, Applicants respectfully maintain that Claims 23-36 are in condition ready for allowance and respectfully request an early and favorable Notice of Allowance.

Respectfully submitted,

*Rebecca L. Barrett*

Rebecca R. Barrett
Reg. No. 35, 152
Attorney for Applicants

Dated: March 5, 2002
Telephone: (610) 902-2646

WYETH 002-000416

cket No: AHP-95011 C1
Patent

## Marked Up Copy of Amended Claims

24.     The method of Claim [1] 23 wherein the extended release formulation is encapsulated.

25.     The method of Claim [1] 23 wherein the extended release formulation comprises venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and optionally, hydroxypropylmethylcellulose.

Please add the following new claims:

--35.     The method of Claim 23 wherein the extended release formulation comprising venlafaxine hydrochloride in a spheroid.

36.     The method of Claim 23 wherein the extended release formulation comprises venlafaxine hydrochloride in an encapsulated spheroid. --

WYETH 002-000417

| *Notice of Allowability* | Application No. 09/950,965 | Applicant(s) SHERMAN, ET AL | |
|---|---|---|---|
| | Examiner JAMES M. SPEAR | Art Unit 1615 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *THE AMENDMENT FILED MARCH 05, 2002*

2. ☒ The allowed claim(s) is/are 23-36

3. ☐ The drawings filed on _____ are acceptable as formal drawings.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a) ☐ All    b) ☐ Some*    c) ☐ None   of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached

        1) ☐ hereto   or   2) ☐ to Paper No. _____ .

    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____ .

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)        2 ☐ Notice of Informal Patent Application (PTO-152)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)    4 ☐ Interview Summary (PTO-413), Paper No. _____ .

5 ☐ Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____    6 ☐ Examiner's Amendment/Comment

7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material    8 ☐ Examiner's Statement of Reasons for Allowance

9 ☐ Other

*James M. Spear*

**JAMES M. SPEAR**
**PRIMARY EXAMINER**
**ART UNIT 1615**

U.S. Patent and Trademark Office
PTO-37 (Rev. 01-01)          Notice of Allowability          Part of Paper No. 6

WYETH 002-000418



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| 25291          7590          03/19/2002 | EXAMINER |
|---|---|
| WYETH<br>FIVE GIRALDA FARMS<br>MADISON, NJ 07940 | SPEAR, JAMES M |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 1615 | 424-439000 |

DATE MAILED: 03/19/2002

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/950,965 | 09/12/2001 | Deborah M. Sherman | AHP-95011 C1 | 2886 |

TITLE OF INVENTION: EXTENDED RELEASE FORMULATION

| TOTAL CLAIMS | APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 14 | nonprovisional | NO | $1280 | $300 | $1580 | 06/19/2002 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. <u>PROSECUTION ON THE MERITS IS CLOSED.</u> THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above. If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

WYETH 002-000419

PTOL-85 (REV. 07-01) Approved for use through 01/31/2004.

## PART B - FEE(S) TRANSMITTAL

Complete and mail this form, together with applicable fee(s), to:

**Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fee will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

> 25291    7590    03/19/2002
>
> WYETH
> FIVE GIRALDA FARMS
> MADISON, NJ 07940

Note: The certificate of mailing below can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

|  |
|---|
| (Depositor's name) |
| (Signature) |
| (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/950,965 | 09/12/2001 | Deborah M. Sherman | AHP-95011 C1 | 2886 |

TITLE OF INVENTION: EXTENDED RELEASE FORMULATION

| TOTAL CLAIMS | APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 14 | nonprovisional | NO | $1280 | $300 | $1580 | 06/19/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SPEAR, JAMES M | 1615 | 424-439000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)    ☐ individual    ☐ corporation or other private group entity    ☐ government

4a. The following fee(s) are enclosed:

☐ Issue Fee
☐ Publication Fee
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                                      (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, United States Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 07-01) Approved for use through 01/31/2004. OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

WYETH 002-000420

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/950,965 | 09/12/2001 | Deborah M. Sherman | AHP-95011 C1 | 2886 |

| EXAMINER |
|---|
| SPEAR, JAMES M |

25291    7590    03/19/2002

WYETH
FIVE GIRALDA FARMS
MADISON, NJ 07940

| ART UNIT | PAPER NUMBER |
|---|---|
| 1615 | |

DATE MAILED: 03/19/2002

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The patent term adjustment to date is 0 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 0 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

WYETH 002-000421

PTOL-85 (REV. 07-01) Approved for use through 01/31/2004.

04-15-02

PART B - FEE(S) TRANSMITTAL

Complete and mail this form, together with applicable fee(s), to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

25391        7590        03/19/2002

WYETH
FIVE GIRALDA FARMS
MADISON, NJ 07940

04/17/2002 EBREBAY2 00000155 011425  09950965

01 FC:142    1260.00 CH
02 FC:561      45.00 CH
03 FC:195     300.00 CH

Certificate of Mailing

"Express Mail" mailing label number  ET302330802US

Date of Deposit  April 12, 2002

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service Under 37 CFR 1.10 on the date indicated above and is addressed to BOX ISSUE FEE, Assistant Commissioner for Patents, Washington, DC, 20231.

Rubines D. Owens
Name of Person Mailing Paper or Fee

Rubines D. owens
Signature of Person Mailing Paper or Fee

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/950,965 | 09/12/2001 | Deborah M. Sherman | AHP-95011 C1 | 2886 |

TITLE OF INVENTION: EXTENDED RELEASE FORMULATION

| TOTAL CLAIMS | APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 14 | nonprovisional | NO | $1280 | $300 | $1580 | 06/19/2002 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SPEAR, JAMES M | 1615 | 424-439000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  Rebecca R. Barrett
2
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Wyeth        Madison, New Jersey

Please check the appropriate assignee category or categories (will not be printed on the patent)  ☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fee(s) are enclosed:
☒ Issue Fee
☒ Publication Fee
☒ Advance Order - # of Copies  15

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number  01-1425  (enclose an extra copy of this form).

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)

Rebecca R Barrett        4/12/02

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, United States Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington, D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE(S)

FTOL-85 (REV. 07-01)  Approved for use through 01/31/2004. OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

WYETH 002-000422



US006274171B1

(12) **United States Patent**
Sherman et al.

(10) Patent No.: **US 6,274,171 B1**
(45) Date of Patent: **Aug. 14, 2001**

(54) **EXTENDED RELEASE FORMULATION OF VENLAFAXINE HYDROCHLORIDE**

(75) Inventors: **Deborah M. Sherman**, Plattsburgh; **John C. Clark**, Peru, both of NY (US); **John U. Lauer**, St. Albans, VT (US); **Steven A. White**, Champlain, NY (US)

(73) Assignee: **American Home Products Corporation**, Madison, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/488,629

(22) Filed: **Jan. 20, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/964,328, filed on Nov. 5, 1997, now abandoned, which is a continuation-in-part of application No. 08/821,137, filed on Mar. 20, 1997, now abandoned.

(60) Provisional application No. 60/014,006, filed on Mar. 25, 1996.

(51) Int. Cl.[7] ............................... A61K 9/52; A61K 9/54; A61K 9/62

(52) U.S. Cl. ............... 424/461; 424/457; 424/458; 424/459; 514/781; 514/962

(58) Field of Search ................................ 424/495, 494, 424/461, 458, 459, 457, 456, 462

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,954,959 | 5/1976 | Pedersen | 424/21 |

| | | | |
|---|---|---|---|
| 4,138,475 | * 2/1979 | McAinsh et al. | 424/19 |
| 4,369,172 | 1/1983 | Schor et al. | 424/19 |
| 4,389,393 | 6/1983 | Schor et al. | 424/19 |
| 4,535,186 | 8/1985 | Husbands et al. | 564/336 |
| 4,966,768 | 10/1990 | Michelucci et al. | 424/468 |
| 5,506,270 | 4/1996 | Upton et al. | 514/730 |
| 5,552,429 | * 9/1996 | Wong et al. | 514/415 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0654264 | 11/1994 | (EP) . |
| 0667150 | 1/1995 | (EP) . |
| 0797991 | 10/1997 | (EP) . |
| 9427589 | 12/1994 | (WO) . |
| 9737640 | 10/1997 | (WO) . |

* cited by examiner

Primary Examiner—James M. Spear
(74) Attorney, Agent, or Firm—Rebecca R. Barrett

(57) **ABSTRACT**

This invention relates to a 24 hour extended release dosage formulation and unit dosage form thereof of venlafaxine hydrochloride, an antidepressant, which provides better control of blood plasma levels than conventional tablet formulations which must be administered two or more times a day and further provides a lower incidence of nausea and vomiting than the conventional tablets. More particularly, the invention comprises an extended release formulation of venlafaxine hydrochloride comprising a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose.

**25 Claims, No Drawings**

WYETH 002-000423

US 6,274,171 B1

1

# EXTENDED RELEASE FORMULATION OF VENLAFAXINE HYDROCHLORIDE

This application continuation-in-part of Application Ser. No. 08/964,328, filed Nov. 5, 1997 abandoned, which is a continuation-in-part of Application Ser. No. 08/821,137, filed Mar. 20, 1997 abandoned, which, in turn, claims priority from Provisional Application No. 60/014,006 filed Mar. 25, 1996.

## BACKGROUND OF THE INVENTION

Extended release drug formulations are conventionally produced as compressed tablets by hydrogel tablet technology. To produce these sustained release tablet drug dosage forms, the active ingredient is conventionally compounded with cellulose ethers such as methyl cellulose, ethyl cellulose or hydroxypropylmethylcellulose with or without other excipients and the resulting mixture is pressed into tablets. When the tablets are orally administered, the cellulose ethers in the tablets swell upon hydration from moisture in the digestive system, thereby limiting exposure of the active ingredient to moisture. As the cellulose ethers are gradually leached away by moisture, water more deeply penetrates the gel matrix and the active ingredient slowly dissolves and diffuses through the gel, making it available for absorption by the body. An example of such a sustained release dosage form of the analgesic/anti-inflammatory drug etodolac (Lodine®) appears in U.S. Pat. No. 4,966,768. U.S. Pat. No. 4,389,393 discloses sustained release therapeutic compressed solid unit dose forms of an active ingredient plus a carrier base comprised of a high molecular weight hydroxypropylmethylcellulose, methyl cellulose, sodium carboxymethylcellulose and/or other cellulose ether.

Where the production of tablets is not feasible, it is conventional in the drug industry to prepare encapsulated drug formulations which provide extended or sustained release properties. In this situation, the extended release capsule dosage forms may be formulated by mixing the drug with one or more binding agents to form a uniform mixture which is then moistened with water or a solvent such as ethanol to form an extrudable plastic mass from which small diameter, typically 1 mm, cylinders of drug/matrix are extruded, broken into appropriate lengths and transformed into spheroids using standard spheronization equipment. The spheroids, after drying, may then be film-coated to retard dissolution. The film-coated spheroids may then be placed in pharmaceutically acceptable capsules, such as starch or gelatin capsules, in the quantity needed to obtain the desired therapeutic effect. Spheroids releasing the drug at different rates may be combined in a capsule to obtain desired release rates and blood levels. U.S. Pat. No. 4,138,475 discloses a sustained release pharmaceutical composition consisting of a hard gelatin capsule filled with film-coated spheroids comprised of propanolol in admixture with microcrystalline cellulose wherein the film coating is composed of ethyl cellulose, optionally, with hydroxypropylmethylcellulose and/or a plasticizer.

Venlafaxine, 1-[2-dimethylamino)-1-(4-methoxyphenyl) ethyl]cyclohexanol, is an important drug in the neuropharmacological arsenal used for treatment of depression. Venlafaxine and the acid addition salts thereof are disclosed in U.S. Pat. No. 4,535,186. Venlafaxine hydrochloride is presently administered to adults in compressed tablet form in doses ranging from 75 to 350 mg/day, in divided doses two- or three times a day. In therapeutic dosing with venlafaxine hydrochloride tablets, rapid dissolution results in a rapid

2

increase in blood plasma levels of the active compound shortly after administration followed by a decrease in blood plasma levels over several hours as the active compound is eliminated or metabolized, until subtherapeutic plasma levels are approached after about twelve hours following administration, thus requiring additional dosing with the drug. With the plural daily dosing regimen, the most common side effect is nausea, experienced by about forty five percent of patients under treatment with venlafaxine hydrochloride. Vomiting also occurs in about seventeen percent of the patients.

## BRIEF DESCRIPTION OF THE INVENTION

In accordance with this invention, there is provided an extended release (ER), encapsulated formulation containing venlafaxine hydrochloride as the active drug's component, which provides in a single dose, a therapeutic blood serum level over a twenty four hour period.

Through administration of the venlafaxine formulation of this invention, there is provided a method for obtaining a flattened drug plasma concentration to time profile, thereby affording a tighter plasma therapeutic range control than can be obtained with multiple daily dosing. In other words, this invention provides a method for eliminating the sharp peaks and troughs (hills and valleys) in blood plasma drug levels induced by multiple daily dosing with conventional immediate release venlafaxine hydrochloride tablets. In essence, the plasma levels of venlafaxine hydrochloride rise, after administration of the extended release formulations of this invention, for between about five to about eight hours (optimally about six hours) and then begin to fall through a protracted, substantially linear decrease from the peak plasma level for the remainder of the twenty four hour period, maintaining at least a threshold therapeutic level of the drug during the entire twenty-four period. In contrast, the conventional immediate release venlafaxine hydrochloride tablets give peak blood plasma levels in 2 to 4 hours. Hence, in accordance with the use aspect of this invention, there is provided a method for moderating the plural blood plasma peaks and valleys attending the pharmacokinetic utilization of multiple daily tablet dosing with venlafaxine hydrochloride which comprises administering to a patient in need of treatment with venlafaxine hydrochloride, a one-a-day, extended release formulation of venlafaxine hydrochloride.

The use of the one-a-day venlafaxine hydrochloride formulations of this invention reduces by adaptation, the level of nausea and incidence of emesis that attend the administration of multiple daily dosing. In clinical trials of venlafaxine hydrochloride ER, the probability of developing nausea in the course of the trials was greatly reduced after the first week. Venlafaxine ER showed a statistically significant improvement over conventional venlafaxine hydrochloride tablets in two eight-week and one 12 week clinical studies. Thus, in accordance with this use aspect of the invention there is provided a method for reducing the level of nausea and incidence of emesis attending the administration of venlafaxine hydrochloride which comprises dosing a patient in need of treatment with venlafaxine hydrochloride with an extended release formulation of venlafaxine hydrochloride once a day in a therapeutically effective amount.

The formulations of this invention comprise an extended release formulation of venlafaxine hydrochloride comprising a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally,

WYETH 002-000424

US 6,271,... ...

3

hydroxypropylmethylcellulose- coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose. Unless otherwise noted, the percentage compositions mentioned herein refer to percentages of the total weight of the final composition or formulation.

More particularly, the extended release formulations of this invention are those above wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 95% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

A preferred embodiment of this invention are formulations wherein the spheroids are comprised of about 30% to about 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

Another preferred lower dose formulation of this invention are those wherein the spheroids are comprised less than 30% venlafaxine hydrochloride. These formulations comprise spheroids of from about 6% to about 30% venlafaxine hydrochloride by weight, about 70% to about 94% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

Within this subgroup of lower dose formulations are formulations in which the spheroids are comprised of from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Another preferred subgroup of spheroids in these formulations comprises from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. A further preferred subgroup of spheroids in these formulations comprises from about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Within each of these subgroups is understood to be formulations in which the spheroids are comprised of venlafaxine HCl and microcrystalline cellulose in the amounts indicated, with no hydroxypropylmethylcellulose present. Each of these formulations is also preferably contained in a gelatin capsule, preferably a hard gelatin capsule.

DETAILED DESCRIPTION OF THE INVENTION

1-[2-(dimethylamino)-1-(4-methoxyphenyl)ethyl] cyclohexanol hydrochloric is polymorphic. Of the forms

4

isolated and characterized to date, Form I is considered to be the kinetic product of crystallization which can be converted to Form II upon heating in the crystallization solvent. Forms I and II cannot be distinguished by their melting points but do exhibit some differences in their infrared spectra and X-ray diffraction patterns. Any of the polymorphic forms such as Form I or Form II may be used in the formulations of the present invention.

The extended release formulations of this invention are comprised of 1-[2-(dimethylamino)-1-(4-methoxyphenyl) ethyl]cyclohexanol hydrochloride in admixture with microcrystalline cellulose and hydroxypropylmethylcellulose. Formed as beads or spheroids, the drug containing formulation is coated with a mixture of ethyl cellulose and hydroxypropylmethyl cellulose to provide the desired level of coating, generally from about two to about twelve percent on a weight/weight basis of final product or more preferably from about five to about ten percent (w/w), with best results obtained at from about 6 to about 8 percent (w/w). More specifically, the extended release spheroid formulations of this invention comprise from about 30 to 40 percent venlafaxine hydrochloride, from about 50 to about 70 percent microcrystalline cellulose, NF, from about 0.25 to about 1 percent hydroxypropylmethylcellulose, USP, and from about 5 to about 10 percent film coating, all on a weight/ weight basis. And preferably, the spheroid formulations contain about 35 percent venlafaxine hydrochloride, about 55 to 60 percent microcrystalline cellulose NF (Avicel® PH101), about one half percent hydroxypropylmethylcellulose 2208 USP (K3, Dow, which has a viscosity of 3 cps for 2% aqueous solutions, a methoxy content of 19–24% and a hydroxypropoxy content of 4–13%), and from about 6 to 8 percent film coating.

The film coating is comprised of 80 to 90 percent of ethyl cellulose, NF and 10 to 20 percent hydroxypropylmethylcellulose (2910), USP on a weight/weight basis. Preferably the ethyl cellulose has a ethoxy content of 44.0–51% and a viscosity of 50 cps for a 5% aqueous solution and the hydroxypropylmethylcellulose is USP 2910 having a viscosity of 6 cps at 2% aqueous solution with a methoxy content of 28–30% and a hydroxypropoxy content of 7–12%. The ethyl cellulose used herein is Aquacoat HG 2834.

Other equivalents of the hydroxypropylmethylcelluloses 2208 and 2910 USP and ethyl cellulose, NF, having the same chemical and physical characteristics as the proprietary products named above may be substituted in the formulation without changing the inventive concept. Important characteristics of suitable hydroxypropylmethylcelluloses include a low viscosity, preferably less than 10 cps and more preferably 2–5 cps, and a gel temperature above that of the temperature of the extrudate during extrusion. As explained below, these and other characteristics which enable the extrudate to remain moist and soft (pliable) are preferred for the hydroxypropylmethylcellulose. In the examples below, the extrudate temperature was generally 50–55° C.

It was completely unexpected that an extended release formulation containing venlafaxine hydrochloride could be obtained because the hydrochloride of venlafaxine proved to be extremely water soluble. Numerous attempts to produce extended release tablets by hydrogel technology proved to be fruitless because the compressed tablets were either physically unstable (poor compressibility or capping problems) or dissolved too rapidly in dissolution studies. Typically, the tablets prepared as hydrogel sustained release formulations gave 40–50% dissolution at 2 hrs, 60–70% dissolution at 4 hrs and 85–100% dissolution at 8 hrs.

WYETH 002-000425

US 6,274,171 B1

5

Numerous spheroid formulations were prepared using different grades of microcrystalline cellulose and hydroxypropylmethylcellulose, different ratios of venlafaxine hydrochloride and filler, different binders such as polyvinylpyrrolidone, methylcellulose, water, and polyethylene glycol of different molecular weight ranges in order to find a formulation which would provide a suitable granulation mix which could be extruded properly. In the extrusion process, heat buildup occurred which dried out the extrudate so much that it was difficult to convert the extruded cylinders into spheroids. Addition of hydroxypropylmethylcellulose 2208 to the venlafaxine hydrochloride-microcrystalline cellulose mix made production of spheroids practical.

The encapsulated formulations of this invention may be produced in a uniform dosage for a specified dissolution profile upon oral administration by techniques understood in the art. For instance, the spheroid components may be blended for uniformity with a desired concentration of active ingredient, then spheronized and dried. The resulting spheroids can then be sifted through a mesh of appropriate pore size to obtain a spheroid batch of uniform and prescribed size.

The resulting spheroids can be coated and resifted to remove any agglomerates produced in the coating steps. During the coating process samples of the coated spheroids may be tested for their distribution profile. If the dissolution occurs too rapidly, additional coating may be applied until the spheroids present a desired dissolution rate.

The following examples are presented to illustrate applicant's solution to the problem of preparation of the extended release drug containing formulations of this invention.

EXAMPLE NO. 1

Venlafaxine Hydrochloride Extended Release Capsules

A mixture of 44.8 parts of (88.4% free base) venlafaxine hydrochloride, 74.6 parts of the microcrystalline cellulose, NF, and 0.60 parts of hydroxypropylmethyl cellulose 2208, USP, are blended with the addition of 41.0 parts water. The plastic mass of material is extruded, spheronized and dried to provide uncoated drug containing spheroids.

Stir 38.25 parts of ethyl cellulose, NF, HG2834 and 6.75 parts of hydroxypropylmethylcellulose 2910, USP in a 1:1 v/v mixture of methylene chloride and anhydrous methanol until solution of the film coating material is complete.

To a fluidized bed of the uncoated spheroids is applied 0.667 parts of coating solution per part of uncoated spheroids to obtain extended release, film coated spheroids having a coating level of 3%.

The spheroids are sieved to retain the coated spheroids of a particle size between 0.85 mm to 1.76 mm diameter. These selected film coated spheroids are filled into pharmaceutically acceptable capsules conventionally, such as starch or gelatin capsules.

EXAMPLE NO. 2

Same as for Example 1 except that 1.11 parts of the film coating solution per part of uncoated spheroids is applied to obtain a coating level of 5%.

EXAMPLE NO. 3

Same as for Example 1 except that 1.33 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating of 6%.

6

EXAMPLE NO. 4

Same as for Example 1 except that 1.55 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating level of 7%.

In the foregoing failed experiments and in Examples 1–4, the extrusion was carried out on an Alexanderwerk extruder. Subsequent experiments carried out on Hutt and Nica extruders surprisingly demonstrated that acceptable, and even improved, spheroids could be made without the use of an hydroxypropylmethylcellulose.

In such further experiments the applicability of the invention was extended to formulations wherein the weight percentage of venlafaxine hydrochloride is 6% to 40%, preferably 8% to 35%. Thus, the extended release spheroid formulations of this invention comprise from about 6 to about 40 percent venlafaxine hydrochloride, from about 50 to about 94 percent microcrystalline cellulose, NF, optionally, from about 0.25 to about 1 percent hydroxypropylmethylcellulose, and from about 2 to about 12 percent, preferably about 3 to 9 percent, film coating.

Spheroids of the invention were produced having 8.25% (w/w) venlafaxine hydrochloride and the remainder (91.75%, w/w) being microcrystalline cellulose, with a coating of from 3 to 5% (w/w), preferably 4%, of the total weight. The spheroids with 8.25% venlafaxine hydrochloride and 4% coating were filled into No. 2 white opaque shells with a target fill weight of 236 mg.

Further spheroids of the invention were produced having 16.5% (w/w) venlafaxine hydrochloride and the remainder (83.5%,w/w) being microcrystalline cellulose, with a coating of from 4 to 6% (w/w), preferably 5%, of the total weight. The spheroids 16.5% venlafaxine hydrochloride and 5% coating were filled into No. 2 white opaque shells with a target fill weight of 122 mg.

The test for acceptability of the coating level is determined by analysis of the dissolution rate of the finished coated spheroids prior the encapsulation. The dissolution procedure followed uses USP Apparatus 1 (basket) at 100 rpm in purified water at 37° C.

Conformance with the dissolution rate given in Table 1 provides the twenty-four hour therapeutic blood levels for the drug component of the extended release capsules of this invention in capsule form. Where a given batch of coated spheroids releases drug too slowly to comply with the desired dissolution rate study, a portion of uncoated spheroids or spheroids with a lower coating level may be added to the batch to provide, after thorough mixing, a loading dose for rapid increase of blood drug levels. A batch of coated spheroids that releases the drug too rapidly can receive additional film-coating to give the desired dissolution profile.

TABLE 1

Acceptable Coated Spheroid Dissolution Rates

| Time (hours) | Average % Venlafaxine HCl Released |
|---|---|
| 2 | ≤50 |
| 4 | 30–55 |
| 8 | 55–80 |
| 12 | to >80 |
| 24 | ≥80 |

Batches of the coated venlafaxine hydrochloride containing spheroids which have a dissolution rate corresponding to that of Table 1 are filled into pharmaceutically acceptable

WYETH 002-000426

US 6,274,171 B1

7

capsules in an amount needed to provide the unit dosage level desired. The standard unit dosage immediate release (IR) tablet used presently provides amounts of venlafaxine hydrochloride equivalent to 25 mg, 37.5 mg, 50 mg, 75 mg and 100 mg venlafaxine. The capsules of this invention are filled to provide an amount of venlafaxine hydrochloride equivalent to that presently used in tablet form and also up to about 150 mg venlafaxine hydrochloride.

Dissolution of the venlafaxine hydrochloride ER capsules is determined as directed in the U. S. Pharmacopeia (USP) using apparatus 1 at 100 rpm on 0.9 L of water. A filtered sample of the dissolution medium is taken at the times specified. The absorbance of the clear solution is determined from 240 to 450 nanometers (nm) against the dissolution medium. A baseline is drawn from 450 nm through 400 nm and extended to 240 nm. The absorbance at the wavelength of maximum absorbance (about 274 nm) is determined with respect to this baseline. Six hard gelatin capsules are filled with the theoretical amount of venlafaxine hydrochloride spheroids and measured for dissolution. Standard samples consist of venlafaxine hydrochloride standard solutions plus a gelatin capsule correction solution.

The percentage of venlafaxine released is determined from the equation

$$\% \text{ Venlafaxine hydrochloride released} = \frac{(As)(Wr)(SR)(V1)(0.888)(100)}{(Ar)(V2)(C)}$$

where As is absorbance of sample preparation, Wr is weight of reference standard, mg; S is strength of the reference standard, decimal; V1 is the volume of dissolution medium used to dissolve the dosage form, mL; 0.884 is the percent free base, Ar is the absorbance of the standard preparation, V2 is the volume of reference standard solution, mL; and C is the capsule claim in mg.

Table 2 shows the plasma level of venlafaxine versus time for one 75 mg conventional Immediate Release (IR) tablet administered every 12 hours, two 75 mg extended release (ER) capsules administered simultaneously every 24 hours, and one 150 mg extended release (ER) capsule administered once every 24 hours in human male subjects. The subjects were already receiving venlafaxine hydrochloride according to the dosage protocol, thus the plasma blood level at zero time when dosages were administered is not zero.

TABLE 2

Plasma venlafaxine level (ng/mL) versus time, conventional tablet (not extended release) versus ER capsule

| Time (hours) | 75 mg IR tablet (q 12 h) | 2 x 75 mg (ER)capsules (q 24 hr) | 1 x 150 mg (ER)capsules (q 24 h) |
|---|---|---|---|
| 0 | 62.3 | 55.0 | 55.8 |
| 0.5 | 76.3 | | |
| 1 | 137.0 | 53.3 | 53.2 |
| 2 | 31.? | 69.8 | 70.9 |
| 4 | 16?.? | 138.6 | 133.3 |
| 6 | 111.6 | 149.0 | 143.5 |
| 8 | 86.? | 129.3 | 129.5 |
| 10 | 81.9 | 118.4 | 114.3 |
| 12 | ?? | 108.1 | 105.8 |
| 13.5 | ?? | | |
| 14 | 16?.? | 96.5 | 91.3 |
| 18 | 13?.? | 78.2 | 78.5 |

8

TABLE 2-continued

Plasma venlafaxine level (ng/mL) versus time, conventional tablet (not extended release) versus ER capsule

| Time (hours) | 75 mg IR tablet (q 12 h) | 2 x 75 mg (ER)capsules (q 24 hr) | 1 x 150 mg (ER)capsules (q 24 h) |
|---|---|---|---|
| 20 | 83.6 | 62.7 | 63.3 |
| 24 | 57.6 | 56.0 | 57.3 |

Table 2 shows that the plasma levels of two 75 mg/capsule venlafaxine hydrochloride ER capsules and one 150 mg/capsule venlafaxine hydrochloride ER capsule provide very similar blood levels. The data also show that the plasma level after 24 hours for either extended release regimen is very similar to that provided by two immediate release 75 mg tablets of venlafaxine hydrochloride administered at 12 hours intervals.

Further, the plasma levels of venlafaxine obtained with the extended release formulation do not increase to the peak levels obtained with the conventional immediate release tablets given 12 hours apart. The peak level of venlafaxine from (ER), somewhat below 150 ng/ml, is reached in about six hours, plus or minus two hours, based upon this specific dose when administered to patients presently under treatment with venlafaxine hydrochloride (IR). The peak plasma level of venlafaxine, somewhat over 200 ng/ml, following administration of (IR) is reached in two hours and falls rapidly thereafter.

Table 3 shows venlafaxine blood plasma levels in male human subjects having a zero initial blood plasma level. Again, a peak blood plasma concentration of venlafaxine is seen at about 6 hours after dosing with venlafaxine hydrochloride extended release capsules in the quantities indicated. The subjects receiving the single 50 mg immediate release tablet showed a peak plasma level occurring at about 4 hours. For comparative purposes, the plasma levels of venlafaxine for subjects receiving the conventional formulated tablet can be multiplied by a factor of three to approximate the plasma levels expected for a single dose of 150 mg, conventional formulation.

TABLE 3

Plasma Blood Levels in Human Males Having No Prior Venlafaxine Blood Level

| Time (Hours) | 1 x 50 mg IR tablet | 2 x 75 mg ER capsules | 1 x 150 mg ER capsule |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 1 | 27.87 | 1.3 | 0 |
| 1.5 | 44.12 | 6.0 | 2.2 |
| 2 | 54.83 | 20.6 | 12.8 |
| 4 | 66.88 | 77.0 | 81.0 |
| 6 | 49.36 | 96.5 | 99.4 |
| 8 | 40.06 | 93.3 | 86.0 |
| 10 | 21.84 | 73.2 | 72.8 |
| 12 | 15.91 | 61.3 | 61.4 |
| 14 | 13.73 | 52.9 | 51.9 |
| 16 | 10.67 | 47.5 | 41.1 |
| 20 | 8.35 | 35.2 | 34.0 |
| 24 | 3.56 | 29.3 | 28.5 |
| 28 | 2.53 | 23.4 | 22.9 |
| 36 | 1.44 | 11.9 | 1.55 |
| 48 | 0.66 | 5.8 | 5.2 |

The blood plasma levels of venlafaxine were measured according to the following procedure. Blood samples from the subjects were collected in heparinized evacuated blood tubes and the tubes were inverted gently several times. As

WYETH 002-000427

US 6,274,171 B1

9

quickly as possible, the tubes were centrifuged at 3500 rpm for 15 minutes. The plasma was pipetted into plastic tubes and stored at −30° C. until analysis could be completed.

To 1 mL of each plasma sample in a plastic tube was added 150 μl of a stock internal standard solution (150 μg/ml). Saturated sodium borate (0.2 mL) solution was added to each tube and vortexed. Five mL of ethyl ether was added to each tube which were then capped and shaken for 10 minutes at high speed. The tubes were centrifuged at 3000 rpm for 5 minutes. The aqueous layer was frozen in dry ice and the organic layer transferred to a clean screw cap tube. A 0.3 ml. portion of 0.01 N HCl solution was added to each tube and shaken for 10 minutes at high speed. The aqueous layer was frozen and the organic layer removed and discarded. A 50 μL portion of the mobile phase (23:77 acetonitrile:0.1M monobasic ammonium phosphate buffer, pH 4.4) was added to each tube, vortexed, and 50 μL samples were injected on a Supelco Supelcoil LC-8-DB, 5 cm×4.6 mm, 5 μ column in a high pressure liquid chromatography apparatus equipped with a Waters Lambda Max 20 481 detector or equivalent at 229 nm. Solutions of venlafaxine hydrochloride at various concentrations were used as standards.

### EXAMPLE NO. 5

Manufactured by the techniques described herein, another preferred formulation of this invention comprises spheroids of from about 30% to about 35% venlafaxine hydrochloride and from about 0.3% to about 0.6% hydroxypropylmethyl-cellulose. These spheroids are then coated with a film coating, as described above, to a coating level of from about 5% to about 9%, preferably from about 6% to about 8%. A specific formulation of this type comprises spheroids of about 33% venlafaxine hydrochloride and about 0.5% hydroxypropylmethylcellulose, with a film coating of about 7%.

Lower dosage compositions or formulations of this invention may also be produced by the techniques described herein. These lower dosage forms may be administered alone for initial titration or initiation of treatment, prior to a dosage increase. They may also be used for an overall low-dose administration regimen or in combination with higher dosage compositions, such as capsule formulations, to optimize individual dosage regimens.

These lower dose compositions may be used to create encapsulated formulations, such as those containing doses of venlafaxine hydrochloride from about 5 mg to about 50 mg per capsule. Particular final encapsulated dosage forms may include, but are not limited to, individual doses of 7.5 mg, 12.5 mg, 18.75 mg, or 28.125 mg of venlafaxine HCl per capsule.

The spheroids useful in these lower dose formulations may comprise from about 5% to about 29.99% venlafaxine HCl, preferably from about 5% to about 25%, from about 75% to about 95% microcrystalline cellulose, and, optionally from about 0.25% to about 1.0% hydroxypropylmethylcellulose. These spheroids may be coated as described above, preferably with a film coating of from about 5% to about 10% by weight. In some preferred formulations, the spheroids comprise the cited venlafaxine HCl and microcrystalline cellulose, with no hydroxypropylmethyl cellulose.

### EXAMPLE NO. 6

Spheroids comprising 16.5% venlafaxine HCl and 83.5% microcrystalline cellulose were mixed with approximately 50% water (w/w) to granulate in a Littleford Blender Model

10

FM 565-Z (Littleford Day Inc., P.O. Box 128, Florence, Ky. 41022-0128, U.S.A.) at a fixed speed of 180 rpm. The blended material was extruded through a 1.25 mm screen using a Nica extruder/spheronization machine (Aeromatic-Fielder Division, Niro Inc., 9165 Rumsey Rd., Columbia, Md. 21045, U.S.A.) for a 12/20 mesh cut after drying. Two portions of the resulting spheroids were coated with a 5% and 7% coating level, respectively, by techniques described above using the coating formulation:

| Ingredient | % (w/w) |
|---|---|
| Methylene Chloride | 60.000 |
| Methanol Anhydrous | 35.500 |
| Ethylcellulose, NF, HG 2834, 50 cps | 3.825 |
| Hydroxypropyl Methylcellulose, 2910 USP, 6 cps | 0.675 |

These 5% and 7% coated lots were tested for dissolution on a Hewlett Packard automated dissolution system over a 24 hour period, resulting in the following dissolution patterns

| Time/hr | % Dissolved 16.5%/5% | % Dissolved 16.5%/7% |
|---|---|---|
| 2 | 12.4 | 5.6 |
| 4 | 42.8 | 25.4 |
| 8 | 70.7 | 60.4 |
| 12 | 83.2 | 75.4 |
| 24 | 94.3 | 92.7 |

### EXAMPLE NO. 7

A formulation of spheroids containing 8.25% venlafaxine HCl and 91.75% microcellulose was prepared according to the techniques of Example No. 6 and coated with a 5% film coating. In the Hewlett Packard automated dissolution system these spheroids provided the following dissolution profile:

| Time/hr | % Dissolved 8.25%/5% |
|---|---|
| 2 | 4.4 |
| 4 | 24.2 |
| 8 | 62.9 |
| 12 | 77.8 |
| 24 | 93.5 |

Thus, the desired dissolution rates of sustained release dosage forms of venlafaxine hydrochloride, impossible to achieve with hydrogel tablet technology, has been achieved with the film-coated spheroid compositions of this invention.

What is claimed is:

1. An extended release formulation of venlafaxine hydrochloride comprising a pharmaceutically acceptable capsule containing spheroids comprised of from about 50% to about 40% venlafaxine hydrochloride by weight, about 50% to about 94% microcrystalline cellulose, NF, by weight, and optionally from about 0.25% to about 1% by weight of hydroxypropyl-methylcellulose, USP, wherein the spheroids are coated with a film coating composition comprised of ethyl-cellulose and hydroxypropylmethylcellulose.

WYETH 002-000428

US 6,273,471 B1

| 11 | 12 |

2. An extended release formulation of venlafaxine hydro-chloride according to claim 1 which provides peak serum levels of up to 150 ng/ml and extended therapeutically effective plasma levels over a twenty four hour period.

3. An extended release formulation according to claim 1 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

4. An extended release formulation according to claim 1 wherein the spheroids are comprised of from about 30% to 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP.

5. An extended release formulation according to claim 4 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

6. An extended release formulation according to claim 1 wherein the spheroids comprise from about 30% to about 30% venlafaxine hydrochloride by weight, about 70.1% to about 94% microcrystalline cellulose, NF, by weight and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

7. An extended release formulation according to claim 6 wherein the spheroids are coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

8. An extended release formulation according to claim 1 wherein the spheroids comprise from about 5% to about 25% venlafaxine hydrochloride and from about 95% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

9. An extended release formulation according to claim 6 wherein the spheroids comprise from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

10. An extended release formulation according to claim 6 wherein the spheroids comprise from about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

11. An encapsulated, extended release formulation of venlafaxine hydrochloride according to claim 1 having the following dissolution profile in USP Apparatus 1 (basket) at 100 rpm in purified water at 37° C:

| Time (hours) | Average % Venlafaxine HCl released |
|---|---|
| | <30 |
| 4 | 30–55 |
| 8 | 55–80 |

-continued

| Time (hours) | Average % Venlafaxine HCl released |
|---|---|
| 12 | 65–90 |
| 24 | >80 |

12. An extended release formulation according to claim 1 wherein the spheroids are composed of about 37% by weight of venlafaxine hydrochloride, about 0.5% by weight of hydroxypropylmethylcellulose, and about 62% by weight of microcrystalline cellulose.

13. An extended release formulation according to claim 1 wherein the film coating is comprised of ethyl cellulose (4.81% of total weight) and hydroxypropylmethylcellulose (0.85% of total weight).

14. An extended release formulation according to claim 1 wherein the film coating comprises 6–8% by weight of total weight.

15. An extended release formulation according to claim 1 wherein the film coating is comprised of ethyl cellulose (2.48% of total weight) and hydroxypropylmethylcellulose (0.437% of total weight).

16. An extended release formulation according to claim 1 wherein the film coating composition is comprised of ethyl cellulose having a 44.0–51.0% content of ethoxy groups and hydroxypropylmethylcellulose having a methoxy content of 28.0–30.0% and a hydroxypropoxy group content of 7.0–12.0%.

17. An extended release formulation according to claim 1 wherein the film coating composition is comprised of about 85% by total weight of film coating of ethyl cellulose having 44.0–51% content of ethoxy groups and about 15% by total weight of film coating of hydroxypropylmethylcellulose having a methoxy content of 28.0–30.0% and a hydroxypropoxy group content of 7.0–12.0%.

18. An extended release formulation according to claim 1 wherein the film coating composition is comprised of 85% by weight of ethyl cellulose having an ethoxy content of 44.0–51% and a viscosity of 50% cps for a 5% aqueous solution, and 15% by weight of hydroxypropylmethylcellulose having a viscosity of 6 cps at 2% aqueous solution with a methoxy content of 28–30% and a hydroxypropoxy content of 7–12%.

19. An extended release formulation of venlafaxine hydrochloride for once daily administration which comprises spheroids containing 37.3% venlafaxine, 62.17% microcrystalline cellulose and 0.5% hydroxypropylmethylcellulose coated with a quantity of a mixture comprised of 85% ethyl cellulose and 15% hydroxypropylmethylcellulose sufficient to give coated spheroids having a dissolution profile in USP Apparatus 1 (basket) at 100 rpm in purified water at 37° C:

| Time | Average % Venlafaxine HCl Released |
|---|---|
| | <30 |
| 4 | 30–55 |
| 8 | 55–80 |
| 12 | 65–90 |
| 24 | >80 |

20. A method for providing a therapeutic blood plasma concentration of venlafaxine over a twenty four hour period with diminished incidence of nausea and emesis which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides

WYETH 002-000429

13

a peak blood plasma level of venlafaxine in from about four to about eight hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

21. A method for eliminating the troughs and peaks of drug concentration in a patient's blood plasma attending the therapeutic metabolism of plural daily doses of venlafaxine hydrochloride which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in from about four to about eight hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

22. A method for providing a therapeutic blood plasma concentration of venlafaxine over a twenty-four hour period with diminished incidence of nausea and emesis which comprises administering orally to a patient in need thereof, an encapsulated extended release formulation that provides a peak blood plasma level of venlafaxine in from about 5 to about 8 hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

23. A method for providing a therapeutic blood plasma concentration of venlafaxine over a twenty-four hour period with diminished incidence of nausea and emesis which comprises administering orally to a patient in need thereof,

14

an encapsulated extended release formulation that provides a peak blood plasma level of venlafaxine in about 6 hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

24. A method for eliminating the troughs and peaks of drug concentration in a patient's blood plasma attending the therapeutic metabolism of plural daily doses of venlafaxine hydrochloride which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in from about 5 to about 8 hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

25. A method for eliminating the troughs and peaks of drug concentration in a patient's blood plasma attending the therapeutic metabolism of plural daily doses of venlafaxine hydrochloride which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in about 6 hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

* * * * *

WYETH 002-000430

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2000

Application or Docket Number

*AHP-9501 C1*

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | *12* | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | *12* minus 20= | * *0* |
| INDEPENDENT CLAIMS | *1* minus 3 = | * *0* |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 355.00 | | BASIC FEE | 710.00 |
| X$ 9= | | OR | X$18= | — |
| X40= | | OR | X80= | — |
| +135= | | OR | +270= | — |
| TOTAL | | OR | TOTAL | *710* |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | | (Column 1) | | (Column 2) | (Column 3) |
|---|---|---|---|---|---|
| **AMENDMENT A** | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |
| | Total | • | Minus | ** | = |
| | Independent | • | Minus | *** | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) |
|---|---|---|---|---|---|
| **AMENDMENT B** | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |
| | Total | *14* | Minus | ** | = *0* |
| | Independent | *1* | Minus | *** | = *0* |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| RATE | | | | |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) | | (Column 2) | (Column 3) |
|---|---|---|---|---|---|
| **AMENDMENT C** | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |
| | Total | • | Minus | ** | = |
| | Independent | • | Minus | *** | = |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
***If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 8/00)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
*U.S. GPO: 2000-460-703/30103

WYETH 002-000431

# CLAIMS ONLY

| SERIAL NO. | FILING DATE |
| --- | --- |
| APPLICANT(S) | |

**CLAIMS**

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | |
| --- | --- | --- | --- | --- | --- | --- |
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | 1 | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | 1 | | | | | |
| 24 | | 1 | | | | |
| 25 | | 1 | | | | |
| 26 | | 1 | | | | |
| 27 | | 1 | | | | |
| 28 | | 1 | | | | |
| 29 | | 1 | | | | |
| 30 | | 1 | | | | |
| 31 | | 1 | | | | |
| 32 | | 1 | | | | |
| 33 | | 1 | | | | |
| 34 | | 1 | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| TOTAL IND. | 2 | | | | | |
| TOTAL DEP. | 11 | | | | | |
| TOTAL CLAIMS | 11 / 13 | | | | | |

| | * | | * | | * | |
| --- | --- | --- | --- | --- | --- | --- |
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| TOTAL IND. | | | | | | |
| TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | |

* MAY BE USED FOR ADDITIONAL CLAIMS OR ADMENDMENTS

U.S.DEPARTMENT OF COMMERCE
Patent and Trademark Office

FORM PTO-2022 (1-98)

*U.S. Government Printing Office: 1998 - 433-214/70303

WYETH 002-000432



US 20020025339A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2002/0025339 A1**
    Sherman et al.                         (43) Pub. Date:        **Feb. 28, 2002**

(54) **EXTENDED RELEASE FORMULATION**

(75) Inventors: Deborah M. Sherman, Plattsburgh, NY
              (US); John C. Clark, Peru, NY (US);
              John U. Lamer, St. Albans, VT (US);
              Steven A. White, Champlain, NY (US)

    Correspondence Address:
    AMERICAN HOME PRODUCTS
    CORPORATION
    FIVE GIRALDA FARMS
    PATENT LAW
    MADISON, NJ 07940 (US)

(73) Assignee: American Home Products Corporation

(21) Appl. No.:    09/950,965

(22) Filed:        Sep. 12, 2001

**Related U.S. Application Data**

(60) Continuation of application No. 09/884,412, filed on
    Jun. 19, 2001, which is a division of application No.
    09/488,629, filed on Jan. 20, 2000, now Pat. No.
    6,274,171, which is a continuation-in-part of appli-
    cation No. 08/964,328, filed on Nov. 5, 1997, now
    abandoned, which is a continuation-in-part of appli-
    cation No. 08/821,137, filed on Mar. 20, 1997, now
    abandoned, which is a non-provisional of provisional
    application No. 60/014,006, filed on Mar. 25, 1996.

**Publication Classification**

(51) Int. Cl.$^7$ ............................................... A61K 9/52
(52) U.S. Cl. ................................................... 424/457

(57)                    **ABSTRACT**

This invention relates to a 24 hour extended release dosage
formulation and unit dosage form thereof of venlafaxine
hydrochloride, an antidepressant, which provides better con-
trol of blood plasma levels than conventional tablet formu-
lations which must be administered two or more times a day
and fiber provides a lower incidence of nausea and vomiting
than the conventional tablets. More particularly, the inven-
tion comprises an extended release formulation of venlafax-
ine hydrochloride comprising a therapeutically effective
amount of venlafaxine hydrochloride in spheroids com-
prised of venlafaxine hydrochloride, microcrystalline cellu-
lose and, optionally, hydroxypropylmethylcellulose coated
with a mixture of ethyl cellulose and hydroxypropylmeth-
ylcellulose.

WYETH 002-000433

US 2002/0025339 A1

Feb. 28, 2002

1

# EXTENDED RELEASE FORMULATION

[0001]   This application continuation-in-part of application Ser. No. 08/964,328, filed Nov. 5, 1997, which is a continuation-in-part of copending application Ser. No. 08/821,137, filed Mar. 20, 1997, which, in turn, claims priority from Provisional Application No. 60/014,006 filed Mar. 25, 1996.

## BACKGROUND OF THE INVENTION

[0002]   Extended release drug formulations are conventionally produced as compressed tablets by hydrogel tablet technology. To produce these sustained release tablet drug dosage forms, the active ingredient is conventionally compounded with cellulose ethers such as methyl cellulose, ethyl cellulose or hydroxypropylmethylcellulose with or without other excipients and the resulting mixture is pressed into tablets. When the tablets are orally administered, the cellulose ethers in the tablets swell upon hydration from moisture in the digestive system, thereby limiting exposure of the active ingredient to moisture. As the cellulose ethers are gradually leached away by moisture, water more deeply penetrates the gel matrix and the active ingredient slowly dissolves and diffuses through the gel, making it available for absorption by the body. An example of such a sustained release dosage form of the analgesic/anti-inflammatory drug etodolac (Lodin) appears in U.S. Pat. No. 4,966,768. U.S. Pat. No. 4,389,393 discloses sustained release therapeutic compressed solid unit dose forms of an active ingredient plus a carrier base comprised of a high molecular weight hydroxypropylmethylcellulose, methyl cellulose, sodium carboxymethylcellulose and or other cellulose ether.

[0003]   Where the production of tablets is not feasible, it is conventional in the drug industry to prepare encapsulated drug formulations which provide extended or sustained release properties. In this situation, the extended release capsule dosage forms may be formulated by mixing the drug with one or more binding agents to form a uniform mixture which is then moistened with water or a solvent such as ethanol to form an extrudable plastic mass from which small diameter, typically 1 mm, cylinders of drug/matrix are extruded, broken into appropriate lengths and transformed into spheroids using standard spheronization equipment. The spheroids, after drying, may then be thin-coated to retard dissolution. The fin-coated spheroids may then be placed in pharmaceutically acceptable capsules, such as starch or gelatin capsules, in the quantity needed to obtain the desired therapeutic effect. Spheroids releasing the drug at different rates may be combined in a capsule to obtain desired release rates and blood levels. U.S. Pat. No. 4,138,475 discloses a sustained release pharmaceutical composition consisting of a hard gelatin capsule filled with film-coated spheroids comprised of propanolol in admixture with microcrystalline cellulose wherein the film coating is composed of ethyl cellulose, optionally, with hydroxypropylmethylcellulose and/or a plasticizer.

[0004]   Venlafaxine,   1-[2-(dimethylamino)-1-(4methoxyphenyl)ethyl]cyclohexanol, is an important drug in the neuropharmacological arsenal used for treatment of depression. Venlafaxine and the acid addition salts thereof are disclosed in U.S. Pat. No. 4,535,186. Venlafaxine hydrochloride is presently administered to adults in compressed tablet form in doses ranging from 75 to 350 mg/day, in divided doses two or three times a day. La therapeutic dosing

with venlafaxine hydrochloride tablets, rapid dissolution results in a rapid increase in blood plasma levels of the active compound shortly after administration followed by a decrease in blood plasma levels over several hours as the active compound is eliminated or metabolized, until subtherapeutic plasma levels are approached after about twelve hours following administration, thus requiring additional dosing with the drug. With the plural daily dosing regimen the most common side effect is nausea, experienced by about forty five percent of patients under treatment with venlafaxine hydrochloride. Vomiting also occurs in about seventeen percent of the patients.

## BRIEF DESCRIPTION OF THE INVENTION

[0005]   In accordance with this invention, there is provided an extended release (ER), encapsulated formulation containing venlafaxine hydrochloride as the active drug component, which provides in a single dose, a therapeutic blood serum level over a twenty four hour period.

[0006]   Through administration of the venlafaxine formulation of this invention, there is provided a method for obtaining a flattened drug plasma concentration to time profile, thereby affording a tighter plasma therapeutic range control than can be obtained with multiple daily dosing. In other words, this invention provides a method for eliminating the sharp peaks and troughs hills and valleys) in blood plasma drug levels induced by multiple daily dosing with conventional immediate release venlafaxine hydrochloride tablets. In essence, the plasma levels of venlafaxine hydrochloride rise, after administration of the extended release formulations of this invention, for between about five to about eight hours (optimally about six hours) and then begin to fall through a protracted, substantially linear decrease from the peak plasma level for the remainder of the twenty four hour period, maintaining at least a threshold therapeutic level of the drug during the entire twenty-four hour period. In contrast, the conventional immediate release venlafaxine hydrochloride tablets give peak blood plasma levels in 2 to 4 hours. Hence, in accordance with the use aspect of this invention, there is provided a method for moderating the -plural blood plasma peaks and valleys attending the pharmacokinetic utilization of multiple daily tablet dosing with venlafaxine hydrochloride which comprises administering to a patient in need of treatment with venlafaxine hydrochloride, a one-a-day, extended release formulation of venlafaxine hydrochloride.

[0007]   The use of the one-a-day venlafaxine hydrochloride formulations of this invention reduces by adaptation, the level of nausea and incidence of emesis that attend the administration of multiple daily dosing. In clinical trials of venlafaxine hydrochloride ER, the probability of developing nausea in the course of the trials was greatly reduced after the first week. Venlafaxine ER showed a statistically significant improvement over conventional venlafaxine hydrochloride tablets in two eight-week and one 12 week clinical studies. Thus, in accordance with this use aspect of the invention there is provided a method for reducing the level of nausea and incidence of emesis attending the administration of venlafaxine hydrochloride which comprises dosing a patient in need of treatment with venlafaxine hydrochloride with an extended release formulation of venlafaxine hydrochloride once a day in a therapeutically effective amount.

WYETH 002-000434

[0008] The formulations of this invention comprise an extended release formulation of venlafaxine hydrochloride comprising a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose. Unless otherwise noted, the percentage compositions mentioned herein refer to percentages of the total weight of the final composition or formulation.

[0009] More particularly, the extended release formulations of this invention are those above wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 95% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

[0010] A preferred embodiment of this invention are formulations wherein the spheroids are comprised of about 30% to about 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NT, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

[0011] Another preferred lower dose formulation of this invention are those wherein the spheroids are comprised less than 30% venlafaxine hydrochloride. These formulations comprise spheroids of from about 6% to about 30% venlafaxine hydrochloride by weight, about 70% to about 94% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP, and coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

[0012] Within this subgroup of lower dose formulations are formulations in which the spheroids are comprised of from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Another preferred subgroup of spheroids in these formulations comprises from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. A ether preferred subgroup of spheroids in these formulations comprises from about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose. Within each of these subgroups is understood to be formulations in which the spheroids are comprised of venlafaxine HCT and microcrystal-

line cellulose in the amounts indicated, with no hydroxypropylmethylcellulose present Each of these formulations is also preferably contained in a gelatin capsule, preferably a bard gelatin capsule.

DETAILED DESCRIPTION OF THE
INVENTION

[0013] 1-[2-(dimethylamino)-1-(4methoxyphenyl)ethyl] cyclohexanol hydrochloride is polymorphic. Of the forms isolated and characterized to date, Form I is considered to be the kinetic product of crystallization which can be converted to Form II upon heating in the crystallization solvent. Forms I and II cannot be distinguished by their melting points but do exhibit some differences in their infrared spectra and X-ray diffraction patterns. Any of the polymorphic forms such as Form I or Form II may be used in the formulations of the present invention.

[0014] The extended release formulations of this invention are comprised of 1-[2-(dimethylamino)-1-(4-methoxyphenyl)ethyl]cyclohexanol hydrochloride in admixture with microcrystalline cellulose and hydroxypropylmethylcellulose. Formed as beads or spheroids, the drug containing formulation is coated with a mixture of ethyl cellulose and hydroxypropylmethyl cellulose to provide, the desired level of coating, generally from about two to about twelve percent on a weight/weight basis of final product or more preferably from about five to about ten percent (w/w), with best results obtained at from about 6 to about 8 percent (w/w). More specifically, the extended release spheroid formulations of this invention comprise from about 30 to 40 percent venlafaxine hydrochloride, from about 50 to about 70 percent microcrystalline cellulose, NF, from about 0.25 to about 1 percent hydroxypropylmethylcellulose, USP, and from about 5 to about 10 percent film coating, all on a weight/weight basis. And preferably, the spheroid formulations contain about 35 percent venlafaxine hydrochloride, about 55 to 60 percent microcrystalline cellulose NF (Avicel® PH101), about one half percent hydroxypropylmethylcellulose 2208 USP (K3, Dow, which has a viscosity of 3 cps for 2% aqueous solutions, a methoxy content of 19-24% and a hydroxypropoxy content of 4-13%), and from about 6 to 8 percent film coating.

[0015] The film coating is comprised of 80 to 90 percent of ethyl cellulose, NF and 10 percent hydroxypropylmethylcellulose (2910), USP on a weight/weight basis. Preferably the ethyl cellulose has a ethoxy content of 44.0-51% and a viscosity of 50 cps for a 5% aqueous solution and the hydroxypropylmethylcellulose is USP 2910 having a viscosity of 6 cps at 2% aqueous solution with a methoxy content of 28-30% and a hydroxypropoxy content of 7-12%. The ethyl cellulose used herein is Aqualon HG 2834.

[0016] Other equivalents of the hydroxypropylmethylcelluloses 2208 and 2910 USP and ethyl cellulose, NF, having the same chemical and physical characteristics as the proprietary products named above may be substituted in the formulation without changing the inventive concept. Important characteristics of suitable hydroxypropylmethylcelluloses include a low viscosity, preferably less than 10 cps and more preferably 2-5 cps, and a gel temperature above that of the temperature of the extrudate during extrusion. As explained below, these and other characteristics which enable the extrudate to remain moist and soft (pliable) are

WYETH 002-000435

Feb. 28, 2002

3

preferred for the hydroxypropylmethylcellulose. In the examples below, the extrudate temperature was generally 50-55° C.

[0017] It was completely unexpected that an extended release formulation containing venlafaxine hydrochloride could be obtained because the hydrochloride of venlafaxine proved to be extremely water soluble. Numerous attempts to produce extended release tablets by hydrogel technology proved to be fruitless because the compressed tablets were either physically unstable (poor compressibility or capping problems) or dissolved too rapidly in dissolution studies. Typically, the tablets prepared as hydrogel sustained release formulations gave 40-50% dissolution at 2 hrs, 60-70% dissolution at 4 hrs and 85-100% dissolution at 8 hrs.

[0018] Numerous spheroid formulations were prepared using different grades of microcrystalline cellulose and hydroxypropylmethylcellulose, different ratios of venlafaxine hydrochloride and filler, different binders such as polyinylpyrrolidone, methylcellulose, water, and polyethylene glycol of different molecular weight ranges in order to find a formulation which would provide a suitable granulation mix which could be extruded properly. In the extrusion process, heat buildup occurred which dried out the extrudate so much that it was difficult to convert the extruded cylinders into spheroids. Addition of hydroxypropylmethylcellulose 2208 -to the venlafaxine hydrochloride-microcrystalline cellulose mix made production of spheroids practical.

[0019] The encapsulated formulations of this invention may be produced in a uniform dosage for a specified dissolution profile upon oral administration by techniques understood in the art. For instance, the spheroid components may be blended for uniformity with a desired concentration of active ingredient, then spheronized and dried. The resulting spheroids can then be sifted through a mesh of appropriate pore size to obtain a spheroid batch of uniform and prescribed size.

[0020] The resulting spheroids can be coated and resifted to remove any agglomerates produced in the coating steps. During the coating process samples of the coated spheroids may be tested for their distribution profile. If the dissolution occurs too rapidly, additional coating may be applied until the spheroids present a desired dissolution rate.

[0021] The following examples are presented to illustrate applicant's solution to the problem of preparation of the extended release drug containing formulations of this invention.

EXAMPLE NO. 1

[0022] Venlafaxine Hydrochloride Extended Release Capsules

[0023] A mixture of 44.8 parts ( 88.4% free base) of venlafaxine hydrochloride, 74.6 parts of the microcrystalline cellulose, NF, and 0.60 parts of hydroxypropylmethyl cellulose 2208, USP, are blended with the addition of 41.0 parts water. The plastic mass of material is extruded, spheronized and dried to provide uncoated drug containing spheroids.

[0024] Stir 38.25 parts of ethyl cellulose, NF, HG2834 and 6.75 parts of hydroxypropylmethylcellulose 2910, USP in a 1:1 v/v mixture of methylene chloride and anhydrous methanol until solution of the film coating material is complete.

[0025] To a fluidized bed of the uncoated spheroids is applied 0.667 parts of coating solution per part of uncoated spheroids to obtain extended release, film coated spheroids having a coating level of 3%.

[0026] The spheroids are sieved to retain the coated spheroids of a particle size between 0.85 mm to 1.76 mm diameter. These selected film coated spheroids are filled into pharmaceutically acceptable capsules conventionally, such as starch or gelatin capsules.

EXAMPLE NO. 2

[0027] Same as for Example 1 except that 1.11 parts of the film coating solution per part of uncoated spheroids is applied to obtain a coating level of 5%.

EXAMPLE NO. 3

[0028] Same as for Example 1 except that 1.33 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating level of 6%.

EXAMPLE NO. 4

[0029] Same as for Example 1 except that 1.55 parts of the film coating solution is applied to 1 part of uncoated spheroids to obtain a coating level of 7%.

[0030] In the foregoing failed experiments and in Examples 1-4, the extrusion was carried out on an Alexanderwerk extruder. Subsequent experiments carried out on Hutt and Nica extruders surprisingly demonstrated that acceptable, and even improved, spheroids could be made without the use of an hydroxypropylmethylcellulose.

[0031] In such fierier experiments the applicability of the invention was extended to formulations wherein the weight percentage of venlafaxine hydrochloride is 6% to 40%, preferably 8% to 35%. Thus, the extended release spheroid formulations of this invention comprise from about 6 to about 40 percent venlafaxine hydrochloride, from about 50 to about 94 percent microcrystalline cellulose, NF, optionally, from about 0.25 to about 1 percent hydroxypropylmethylcellulose, and from about 2 to about 12 percent, preferably about 3 to 9 percent, film coating.

[0032] Spheroids of the invention were produced having 8.25% (w/w) venlafaxine hydrochloride and the remainder (91.75%, w/w) being microcrystalline cellulose, with a coating of from 3 to 5% (w/w), preferably 4%, of the total weight. The spheroids with 8.25% venlafaxine hydrochloride and 4% coating were filled into No. 2 white opaque shells with a target fill weight of 236 mg.

[0033] Further spheroids of the invention were produced having 16.5% (w/w) venlafaxine hydrochloride and the remainder (83.5%,w/w) being microcrystalline cellulose, with a coating of from 4 to 6% (w/w), preferably 5%, of the total weight. The spheroids 16.5% venlafaxine hydrochloride and 5% coating were filled into No. 2 white opaque shells with a target fill weight of 122 mg.

[0034] The test for acceptability of the coating level is determined by analysis of the dissolution rate of the finished coated spheroids prior to the encapsulation. The dissolution procedure followed uses USP Apparatus 1 (basket) at 100 rpm in purified water at 37° C.

WYETH 002-000436

4

[0035] Conformance with the dissolution rate given in Table 1 provides the twenty-four hour therapeutic blood levels for the drug component of the extended release capsules of this invention in capsule form. Where a given batch of coated spheroids releases drug too slowly to comply with the desired dissolution rate study, a portion of uncoated spheroids or spheroids with a lower coating level may be added to the batch to provide, after thorough mixing, a loading dose for rapid increase of blood drug levels. A batch of coated spheroids that releases the drug too rapidly can receive additional film-coating to give the desired dissolution profile.

### TABLE 1

Acceptable Coated Spheroid Dissolution Rates

| Time (hours) | Average % Venlafaxine HCl released |
|---|---|
| 2 | <30 |
| 4 | 30–55 |
| 8 | 55–80 |
| 12 | 65–90 |
| 24 | >30 |

[0036] Batches of the coated venlafaxine hydrochloride containing spheroids which have a dissolution rate corresponding to that of Table 1 are filled into pharmaceutically acceptable capsules in an amount needed to provide the unit dosage level desired. The standard unit dosage immediate release (IR) tablet used presently provides amounts of venlafaxine hydrochloride equivalent to 25 mg, 37.5 mg, 75 mg and 100 mg venlafaxine. The capsules of this invention are filled to provide an amount of venlafaxine hydrochloride equivalent to that presently used in tablet form and also up to about 150 mg venlafaxine hydrochloride.

[0037] Dissolution of the venlafaxine hydrochloride ER capsules is determined as directed in the U.S. Pharmacopoeia (JSP) using apparatus **1** at 100 rpm on 0.9 L of water. A filtered sample of the dissolution medium is taken at the times specified. The absorbance of the clear solution is determined from 240 to 450 nanometers (nm) against the dissolution medium. A baseline is drawn from 450 nm through 400 nm and extended to 240 nm. The absorbance at the wavelength of maximum absorbance (about 274 nm) is determined with respect to this baseline. Six hard gelatin capsules are filled with the theoretical amount of venlafaxine hydrochloride spheroids and measured for dissolution. Standard samples consist of venlafaxine hydrochloride standard solutions plus a gelatin capsule correction solution.

[0038] The percentage of venlafaxine released is determined from the equation

$$\% \text{ Venlafaxine hydrochloride released} = \frac{(As)(Wr)(S)(V1)(0.888)(100)}{(Ar)(V2)(C)}$$

[0039] where As is absorbance of sample preparation, Wr is weight of reference standard, mg; S is strength of the reference standard, decimal; V1 is the volume of dissolution medium used to dissolve the dosage form, mL; 0.884 is the percent free base, Ar is the absorbance of the standard

preparation, V2 is the volume of reference standard solution, mL; and C is the capsule claim in mg.

[0040] Table 2 shows the plasma level of venlafaxine versus time for one 75 mg conventional Immediate Release (IR) tablet administered every 12 hours, two 75 mg extended release (ER) capsules administered simultaneously every 24 hours, and one 150 mg extended release (ER) capsule administered once every 24 hours in human male subjects. The subjects were already receiving venlafaxine hydrochloride according to the dosage protocol, thus the plasma blood level at zero time when dosages were administered is not zero.

### TABLE 2

Plasma venlafaxine level (ng/mL) versus time, conventional tablet (not extended release) versus ER capsule

| Time (hours) | 75 mg (IR) tablet (q 12 h) | 2 × 75 mg (ER) capsules (q 24 hr) | 1 × 150 mg (ER) capsules (q 24 h) |
|---|---|---|---|
| 0 | 62.3 | 55.0 | 55.8 |
| 0.5 | 76.3 | | |
| 1 | 135.6 | 53.3 | 53.2 |
| 2 | 212.1 | 69.8 | 70.9 |
| 4 | 162.0 | 138.6 | 133.3 |
| 6 | 114.6 | 149.0 | 143.5 |
| 8 | 86.7 | 129.3 | 129.5 |
| 10 | | 118.4 | 114.4 |
| 12 | 51.9 | 105.1 | 105.8 |
| 12.5 | 74.7 | | |
| 13 | 127.5 | | |
| 14 | 161.3 | 90.5 | 91.3 |
| 16 | 134.6 | 78.2 | 78.5 |
| 18 | 106.2 | | |
| 20 | 83.6 | 62.7 | 63.3 |
| 24 | 57.6 | 56.0 | 57.3 |

[0041] Table 2 shows that the plasma levels of two 75 mg/capsule venlafaxine hydrochloride ER capsules and one 150 mg/capsule venlafaxine hydrochloride ER capsule provide very similar blood levels. The data also show that the plasma level after 24 hours for either extended release regimen is very similar to that provided by two immediate release 75 mg tablets of venlafaxine hydrochloride administered at 12 hour intervals.

[0042] Further, the plasma levels of venlafaxine obtained with the extended release formulation do not increase to the peak levels obtained with the conventional immediate release tablets given 12 hours apart. The peak level of venlafaxine from (ER), somewhat below 150 ng/ml, is reached in about six hours, plus or minus two hours, based upon this specific dose when administered to patients presently under treatment with venlafaxine hydrochloride (IR). The peak plasma level of venlafaxine, somewhat over 200 ng/ml, following administration of (IR) is reached in two hours and falls rapidly thereafter.

[0043] Table 3 shows venlafaxine blood plasma levels in male human subjects having a zero initial blood plasma level. Again, a peak blood plasma concentration of venlafaxine is seen at about 6 hours after dosing with venlafaxine hydrochloride extended release capsules in the quantities indicated. The subjects receiving the single 50 mg immediate release tablet showed a peak plasma level occurring at about 4 hours. For comparative purposes, the plasma levels of venlafaxine for subjects receiving the conventional formu-

WYETH 002-000437

US 2002/0025339 A1

Feb. 28, 2002

5

lated tablet can be multiplied by a factor of three to approximate the plasma levels expected for a single dose of 150 mg. conventional formulation.

#### TABLE 3

| | Plasma Blood Levels in Human Males Having No Prior Venlafaxine Blood Level | | |
|---|---|---|---|
| Time (Hours) | 1 × 50 mg IR tablet | 2 × 75 mg ER capsules | 1 × 150 mg ER capsule |
| 0 | 0 | 0 | 0 |
| 1 | 27.87 | 1.3 | 0 |
| 1.5 | 44.12 | 6.0 | 2.2 |
| 2 | 54.83 | 20.6 | 12.8 |
| 4 | 66.38 | 77.0 | 81.0 |
| 6 | 49.36 | 96.5 | 94.4 |
| 8 | 30.06 | 99.3 | 86.9 |
| 10 | 21.84 | 73.2 | 72.8 |
| 12 | 61.3 | 61.3 | 61.4 |
| 14 | 13.73 | 52.9 | 51.9 |
| 16 | 10.67 | 47.5 | 41.1 |
| 20 | 5.52 | 35.2 | 34.0 |
| 24 | 3.56 | 29.3 | 28.5 |
| 28 | 2.53 | 23.4 | 22.9 |
| 36 | 1.44 | 11.9 | 13.5 |
| 48 | 0.66 | 5.8 | 5.2 |

[0044] The blood plasma levels of venlafaxine were measured according to the following procedure. Blood samples from the subjects were collected in heparinized evacuated blood tubes and the tubes were inverted gently several times. As quickly as possible, the tubes were centrifuged at 2500 rpm for 15 minutes. The plasma was pipetted into plastic tubes and stored at −20° C. until analysis could be completed.

[0045] To 1 mL of each plasma sample in a plastic tube was added 150 µL of a stock internal standard solution (150 µg/ml). Saturated sodium borate (0.2 mL) solution was added to each tube and vortexed. Five mL of ethyl ether was added to each tube which were then capped and shaken for 10 minutes at high speed. The tubes were centrifuged at 3000 rpm for 5 minutes. The aqueous layer was frozen in dry ice and the organic layer transferred to a clean screw cap tube. A 0.3 ml portion of 0.01 N HCl solution was added to each tube and shaken for 10 minutes at high speed. The aqueous layer was frozen and the organic layer removed and discarded. A 50 µL portion of the mobile phase (23:77 acetonitrile:0.1M monobasic ammonium phosphate buffer, pH 4.4) was added to each tube, vortexed, and 50 µL samples were injected on a Superco Supercoil LC-8-DB, 5 cm×4.6 mm, 5 µ column in a high pressure liquid chromatography apparatus equipped with a Waters Lambda Max 481 detector or equivalent at 229 nm. Solutions of venlafaxine hydrochloride at various concentrations were used as standards.

#### EXAMPLE NO. 5

[0046] Manufactured by the techniques described herein, another preferred formulation of this invention comprises spheroids of from about 30% to about 35% venlafaxine hydrochloride and from about 0.3% to about 0.6% hydroxypropylmethylcellulose. These spheroids were then coated with a film coating, as described above, to a coating level of

from about 5% to about 9%, preferably from about 6% to about 8%. A specific formulation of this type comprises spheroids of about 33% venlafaxine hydrochloride and about 0.5% hydroxypropylmethylcellulose, with a film coating of about 7%.

[0047] Lower dosage compositions or formulations of this invention may also be produced by the techniques described herein. These lower dosage forms may be administered alone for initial titration or initiation of treatment, prior to a dosage increase. They may also be used for an overall low-dose administration regimen or in combination with higher dosage compositions, such as capsule formulations, to optimize individual dosage regimens.

[0048] These lower dose compositions may be used to create encapsulated formulations, such as those containing doses of venlafaxine hydrochloride from about 5 mg to about 50 mg per capsule. Particular final encapsulated dosage forms may include, but are not limited to, individual doses of 7.5 mg, 12.5 mg, 18.75 mg, or 28.125 mg of venlafaxine HCl per capsule.

[0049] The spheroids useful in these lower dose formulations may comprise from about 5% to about 29.99% venlafaxine HCl, preferably from about 5% to about 25%, from about 75% to about 95% microcrystalline cellulose, and, optionally from about 0.25% to about 1.0% hydroxypropylmethylcellulose. The spheroids may be coated as described above, preferably with a film coating of from about 5% to about 10% by weight. In some preferred formulations, the spheroids comprise the cited venlafaxine HCl and microcrystalline cellulose, with no hydroxypropylmethyl cellulose.

#### EXAMPLE NO. 6

[0050] Spheroids comprising 16.5% venlafaxine HCl and 83.5% microcrystalline cellulose were mixed with approximately 50% water (w/w) to granulate in a Littleford Blender Model FM-50E/1Z (Littleford Day Inc., P.O. Box 128, Florence, Kent. 41022-0218, U.S.A.) at a fixed speed of 180 rpm. The blended material was extruded through a 1.25 mm screen using a Nica extruder/spheronization machine (Acromatic-Fielder Division, Niro Inc., 9165 Rumsey Rd., Columbia, Md. 21045, U.S.A.) for a 12/20 mesh cut after drying. Two portions of the resulting spheroids were coated with a 5% and 7% coating level, respectively, by techniques described above using the coating formulation:

| Ingredient | % (w/w) |
|---|---|
| Methylene Chloride | 60.000 |
| Methanol Anhydrous | 35.500 |
| Ethylcellulose, NF, HG 2834, 50 cps | 3.825 |
| Hydroxypropyl Methylcellulose, 2910 USP, 6 cps | 0.675 |

[0051] The 5% and 7% coated lots were tested for dissolution on a Hewlett Packard automated dissolution system over a 24 hour period, resulting in the following dissolution patterns:

WYETH 002-000438

US 2002/0025339 A1

6

Feb. 28, 2002

| Time/hr | % Dissoluded 16.5%/5% | % Dissolved 16.5%/7% |
|---|---|---|
| 2 | 12.4 | 5.6 |
| 4 | 42.8 | 25.4 |
| 8 | 70.7 | 60.4 |
| 12 | 82.2 | 75.4 |
| 24 | 94.3 | 92.7 |

EXAMPLE NO. 7

[0052]  A formulation of spheroids containing 8.25% venlafaxine HCl and 91.75% microcrystalline cellulose was prepared according to the techniques of Example No. 6 and coated with a 5% film coating. In the Hewlett Packard automated dissolution system these spheroids provided the following dissolution profile:

| Time/hr | % Dissolved 8.25%/5% |
|---|---|
| 2 | 4.4 |
| 4 | 24.2 |
| 8 | 62.9 |
| 12 | 77.8 |
| 24 | 93.5 |

[0053]  Thus, the desired dissolution rates of sustained release dosage forms of venlafaxine hydrochloride, impossible to achieve with hydrogel tablet technology, has been achieved with the film-coated spheroid compositions of this invention.

What is claimed is:

1. An encapsulated, extended release formulation of venlafaxine hydrochloride comprising a pharmaceutically acceptable capsule containing a therapeutically effective amount of venlafaxine hydrochloride in spheroids comprised of venlafaxine hydrochloride, microcrystalline cellulose and, optionally, hydroxypropylmethylcellulose coated with a mixture of ethyl cellulose and hydroxypropylmethylcellulose.

2. An extended release formulation according to claim 1 wherein the spheroids are comprised of from about 6% to about 40% venlafaxine hydrochloride by weight, about 50% to about 94% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP.

3. An extended release formulation according to claim 1 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

4. An extended release formulation according to claim 1 wherein the spheroids are comprised of from about 30% to 40% venlafaxine hydrochloride by weight, about 50% to about 70% microcrystalline cellulose, NF, by weight, and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose, USP.

5. An extended release formulation according to claim 4 wherein the spheroids are coated with from about 2% to about 12% of total formulation weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

6. An extended release formulation according to claim 1 wherein the spheroids comprise from about 6% to about 30% venlafaxine hydrochloride by weight, about 70.1% to about 94% microcrystalline cellulose, NF, by weight and, optionally, from about 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

7. An extended release formulation according to claim 6 wherein the spheroids are coated with from about 2% to about 12% of total weight of film coating comprised of from about 80% to about 90% by weight of film coating of ethyl cellulose, NF, and from about 10% to about 20% by weight of film coating of hydroxypropylmethylcellulose, USP.

8. An extended release formulation according to claim 6 wherein the spheroids comprise from about 5% to about 25% venlafaxine hydrochloride and from about 95% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

9. An extended release formulation according to claim 6 wherein the spheroids comprise from about 6% to about 25% venlafaxine hydrochloride and from about 94% to about 75% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

10. An extended release formulation according to claim 6 wherein the spheroids comprise from about 6% to about 20% venlafaxine hydrochloride and from about 94% to about 80% microcrystalline cellulose, with an optional amount of from 0.25% to about 1% by weight of hydroxypropylmethylcellulose.

11. An encapsulated, extended release formulation of venlafaxine hydrochloride according to claim 1 having the following dissolution profile in USP Apparatus 1 (basket) at 100 rpm in purified water at 37° C.:

| Time (hours) | Average % Venlafaxine HCl released |
|---|---|
| 2 | <30 |
| 4 | 30–55 |
| 8 | 55–80 |
| 12 | 65–90 |
| 24 | >80 |

12. An extended release formulation according to claim 2 wherein the spheroids are composed of about 37% by weight of venlafaxine hydrochloride, about 0.5% by weight of hydroxypropylmethylcellulose 2208, and about 62% by weight of microcrystalline cellulose.

13. A composition according to claim 2 wherein the film coating is comprised of ethyl cellulose (4.81% of total weight) and hydroxypropylmethylcellulose (0.85% of total weight).

14. A composition according to claim 2 wherein the film coating comprises 6–8% by weight of total weight.

WYETH 002-000439

7

15. A composition according to claim 2 wherein the film coating is comprised of ethyl cellulose (2.48% of total weight) and hydroxypropylmethylcellulose (0.437% of total weight).

16. A composition according to claim 2 wherein film coating composition is comprised of ethyl cellulose having a 44.0-51.0% content of ethoxy groups and hydroxypropylmethylcellulose having a methoxy content of 28.0-30.0% and a hydroxypropoxy group content of 7.0-12.0%.

17. A film coating composition according to claim 2 which is comprised of about 85% by total weight of film coating of ethyl cellulose having a 44.0-51.0% content of ethoxy groups, and about 15% by total weight of film coating of hydroxypropylmethylcellulose having a methoxy content of 28.0-30.0% and a hydroxypropoxy group content of 7.0-12.0%.

18. A film coating composition according to claim 2 which is comprised of 85% by weight of ethyl cellulose type HG 2834 and 15% by weight of hydroxypropylmethylcellulose type 2910.

19. An extended release formulation of venlafaxine hydrochloride for once daily administration which comprises spheroids containing 37.3% venlafaxine, 62.17% microcrystalline cellulose and 0.5% hydroxypropylmethylcellulose type 2208, coated with a quantity of a mixture comprised of 85% ethyl cellulose type HG 2834 and 15% hydroxypropylmethylcellulose type 2910 sufficient to give coated spheroids having a dissolution profile which gives the desired release rate over a 24 hour period.

20. An extended release formulation of venlafaxine hydrochloride according to claim 2 which provides peak serum levels of up to 150 ng/ml and extended therapeutically effective plasma levels over a twenty four hour period.

21. A method for providing a therapeutic blood plasma concentration of venlafaxine over a twenty four hour period with diminished incidences of nausea and emesis which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in from about four to about eight hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

22. A method for eliminating the troughs and peaks of drug concentration in a patients blood plasma attending the therapeutic metabolism of plural daily doses of venlafaxine hydrochloride which comprises administering orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in from about four to about eight hours, said formulation containing venlafaxine hydrochloride as the active ingredient.

*    *    *    *    *

WYETH 002-000440

File Order Trademark Results                    http://fos/fos/WFO1003.ASP?Qcor    nd=execute&qSystemID=FO&qPatentTrademarkCd=P

# FILE ORDERING
### order patent files results



Monday
12/3/01
10:48:36 AM
WFO1003PR

Serial# <u>09/488629</u>   <u>The current location of the file is 9210 which is not a warehouse</u>

| Place another order |
|---|

Need 09/884,412

WYETH 002-000441

12/3/01 10:48 AM

1 of 1

Patent Number Information EXPO V1.00                    http://en/cgi-bin/expo/GenInfo/pnquery.pl?PAT_ID=6274171

## PALM INTRANET

Day : Monday
Date: 12/3/2001
Time: 10:47:02

## Patent Number Information

**Application Number: 09/488629**
**Assignments**

**Filing Date: 01/20/2000**

**Application Received: 01/20/2000**

**Patent Number: 6274171**

**Issue Date: 08/14/2001**

Date of Abandonment: 00/00/0000

Attorney Docket Number: AHP-95011-P2

Status: **150 / PATENTED CASE**

Confirmation Number: **4728**

Examiner Number: 68484 / **SPEAR, JAMES**

Group Art Unit: **1615**

Class/Subclass: **424/461.000**

Lost Case: **NO**

Interference Number:

Unmatched Petition:

L&R Code:

Status Date: **07/26/2001**

Title of Invention: **EXTENDED RELEASE FORMULATION OF VENLAFAXINE
HYDROCHLORIDE**

| Bar Code | Location | Location Date | Chrg to Loc | Charge to Name | Emp. ID | Infra Loc |
|----------|----------|---------------|-------------|----------------|---------|-----------|
| 09488629 | 9200 | 12/03/2001 | 9210 | No Charge to Name | DDAVIS6 | |

| Appln Info | Contents | Petition Info | Atty/Agent Info | Continuity Data | Foreign Data | Invent |
|------------|----------|---------------|-----------------|-----------------|--------------|--------|

**Search Another: Application#** [        ]  **or Patent#** [        ] [ Search ]
[ Search ]

**PCT /** [    ] **/** [      ] [ Search ]  **or PG PUBS #** [          ] [ Search ]

**Attorney Docket #** [                    ] [ Search ]

(To Go BACK Use BACK Button on Your BROWSER Tool Bar)

Back to PALM | ASSIGNMENT | OASIS | Home page

WYETH 002-000442

Freeform Search                http://westbrs:8820/bin/gate.exe?f=ffsea.. ""I&dbname=USPT,PGPB,JPAB,EPAB,DWPI,TDBD

# WEST

## Freeform Search

**Database:**
US Patents Full-Text Database
US Pre-Grant Publication Full-Text Database
JPO Abstracts Database
EPO Abstracts Database
Derwent World Patents Index
IBM Technical Disclosure Bulletins

**Term:** l2 and (venlafaxine same capsule)

**Display:** `10` Documents in Display Format: `CIT` Starting with Number `1`

**Generate:** ○ Hit List  ● Hit Count  ○ Image

| Search | Clear | Help | Logout | Interrupt |

| Main Menu | Show S Numbers | Edit S Numbers | Preferences |

## Search History

**Today's Date: 12/3/2001**

| DB Name | Query | Hit Count | Set Name |
|---|---|---|---|
| USPT,PGPB,JPAB,EPAB,DWPI,TDBD | l2 and (venlafaxine same capsule) | 13 | L4 |
| USPT,PGPB,JPAB,EPAB,DWPI,TDBD | l2 and (venlafaxine same capsule same release) | 3 | L3 |
| USPT,PGPB,JPAB,EPAB,DWPI,TDBD | l1 and capsule | 118 | L2 |
| USPT,PGPB,JPAB,EPAB,DWPI,TDBD | VENLAFAXINE | 171 | L1 |

WYETH 002-000443

1 of 1                                                           12/3/01 9:18 AM

# WEST Search History

DATE:  Monday, March 18, 2002

| Set Name side by side | Query | Hit Count | Set Name result set |
|---|---|---|---|
| | DB=USPT,PGPB,JPAB,EPAB,DWPI,TDBD; PLUR=YES; OP=AND | | |
| L5 | (venlafaxine same sustained adj release) | 6 | L5 |
| L4 | (venlafaxine same controlled adj release) | 2 | L4 |
| L3 | (dimethylamino same methoxyphenyl same cyclohexanol) | 58 | L3 |
| L2 | (dimethylamino same methochphenyl same cyclohexanol) | 0 | L2 |
| L1 | venlafaxine same (extended adj release) | 8 | L1 |

END OF SEARCH HISTORY

WYETH 002-000444

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | 3/1R | | 09-14-01 |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | B7 | 877 | 10-10-01 |
| RESPONSE FORMALITY REVIEW | | | |

## INDEX OF CLAIMS

| | | | |
|---|---|---|---|
| ✔ | ...... Rejected | N | ...... Non-elected |
| = | ...... Allowed | I | ...... Interference |
| — (Through numeral)... | Canceled | A | ...... Appeal |
| ÷ | ...... Restricted | O | ...... Objected |

| Claim Final | Claim Original | Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2-3 3 19 01 02 | | | | | | | | | |
| | 2 | | | | | | | | | | |
| | 3 | | | | | | | | | | |
| | 4 | | | | | | | | | | |
| | 5 | | | | | | | | | | |
| | 6 | | | | | | | | | | |
| | 7 | | | | | | | | | | |
| | 8 | | | | | | | | | | |
| | 9 | | | | | | | | | | |
| | 10 | | | | | | | | | | |
| | 11 | | | | | | | | | | |
| | 12 | | | | | | | | | | |
| | 13 | | | | | | | | | | |
| | 14 | | | | | | | | | | |
| | 15 | | | | | | | | | | |
| | 16 | | | | | | | | | | |
| | 17 | | | | | | | | | | |
| | 18 | | | | | | | | | | |
| | 19 | | | | | | | | | | |
| | 20 | | | | | | | | | | |
| | 21 | | | | | | | | | | |
| 1 | 23 | = | = | | | | | | | | |
| 2 | 24 | O | | | | | | | | | |
| 3 | 25 | N | | | | | | | | | |
| 4 | 26 | | | | | | | | | | |
| 5 | 27 | | | | | | | | | | |
| 6 | 28 | | | | | | | | | | |
| 7 | 29 | | | | | | | | | | |
| 8 | 30 | | | | | | | | | | |
| 9 | 31 | | | | | | | | | | |
| 10 | 32 | | | | | | | | | | |
| 11 | 33 | | | | | | | | | | |
| 12 | 34 | O | | | | | | | | | |
| 13 | 35 | | | | | | | | | | |
| 14 | 36 | = | | | | | | | | | |
| | 37 | | | | | | | | | | |
| | 38 | | | | | | | | | | |
| | 39 | | | | | | | | | | |
| | 40 | | | | | | | | | | |
| | 41 | | | | | | | | | | |
| | 42 | | | | | | | | | | |
| | 43 | | | | | | | | | | |
| | 44 | | | | | | | | | | |
| | 45 | | | | | | | | | | |
| | 46 | | | | | | | | | | |
| | 47 | | | | | | | | | | |
| | 48 | | | | | | | | | | |
| | 49 | | | | | | | | | | |
| | 50 | | | | | | | | | | |

| Claim Final | Claim Original | Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | | | |
| | 52 | | | | | | | | | | |
| | 53 | | | | | | | | | | |
| | 54 | | | | | | | | | | |
| | 55 | | | | | | | | | | |
| | 56 | | | | | | | | | | |
| | 57 | | | | | | | | | | |
| | 58 | | | | | | | | | | |
| | 59 | | | | | | | | | | |
| | 60 | | | | | | | | | | |
| | 61 | | | | | | | | | | |
| | 62 | | | | | | | | | | |
| | 63 | | | | | | | | | | |
| | 64 | | | | | | | | | | |
| | 65 | | | | | | | | | | |
| | 66 | | | | | | | | | | |
| | 67 | | | | | | | | | | |
| | 68 | | | | | | | | | | |
| | 69 | | | | | | | | | | |
| | 70 | | | | | | | | | | |
| | 71 | | | | | | | | | | |
| | 72 | | | | | | | | | | |
| | 73 | | | | | | | | | | |
| | 74 | | | | | | | | | | |
| | 75 | | | | | | | | | | |
| | 76 | | | | | | | | | | |
| | 77 | | | | | | | | | | |
| | 78 | | | | | | | | | | |
| | 79 | | | | | | | | | | |
| | 80 | | | | | | | | | | |
| | 81 | | | | | | | | | | |
| | 82 | | | | | | | | | | |
| | 83 | | | | | | | | | | |
| | 84 | | | | | | | | | | |
| | 85 | | | | | | | | | | |
| | 86 | | | | | | | | | | |
| | 87 | | | | | | | | | | |
| | 88 | | | | | | | | | | |
| | 89 | | | | | | | | | | |
| | 90 | | | | | | | | | | |
| | 91 | | | | | | | | | | |
| | 92 | | | | | | | | | | |
| | 93 | | | | | | | | | | |
| | 94 | | | | | | | | | | |
| | 95 | | | | | | | | | | |
| | 96 | | | | | | | | | | |
| | 97 | | | | | | | | | | |
| | 98 | | | | | | | | | | |
| | 99 | | | | | | | | | | |
| | 100 | | | | | | | | | | |

| Claim Final | Claim Original | Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 101 | | | | | | | | | | |
| | 102 | | | | | | | | | | |
| | 103 | | | | | | | | | | |
| | 104 | | | | | | | | | | |
| | 105 | | | | | | | | | | |
| | 106 | | | | | | | | | | |
| | 107 | | | | | | | | | | |
| | 108 | | | | | | | | | | |
| | 109 | | | | | | | | | | |
| | 110 | | | | | | | | | | |
| | 111 | | | | | | | | | | |
| | 112 | | | | | | | | | | |
| | 113 | | | | | | | | | | |
| | 114 | | | | | | | | | | |
| | 115 | | | | | | | | | | |
| | 116 | | | | | | | | | | |
| | 117 | | | | | | | | | | |
| | 118 | | | | | | | | | | |
| | 119 | | | | | | | | | | |
| | 120 | | | | | | | | | | |
| | 121 | | | | | | | | | | |
| | 122 | | | | | | | | | | |
| | 123 | | | | | | | | | | |
| | 124 | | | | | | | | | | |
| | 125 | | | | | | | | | | |
| | 126 | | | | | | | | | | |
| | 127 | | | | | | | | | | |
| | 128 | | | | | | | | | | |
| | 129 | | | | | | | | | | |
| | 130 | | | | | | | | | | |
| | 131 | | | | | | | | | | |
| | 132 | | | | | | | | | | |
| | 133 | | | | | | | | | | |
| | 134 | | | | | | | | | | |
| | 135 | | | | | | | | | | |
| | 136 | | | | | | | | | | |
| | 137 | | | | | | | | | | |
| | 138 | | | | | | | | | | |
| | 139 | | | | | | | | | | |
| | 140 | | | | | | | | | | |
| | 141 | | | | | | | | | | |
| | 142 | | | | | | | | | | |
| | 143 | | | | | | | | | | |
| | 144 | | | | | | | | | | |
| | 145 | | | | | | | | | | |
| | 146 | | | | | | | | | | |
| | 147 | | | | | | | | | | |
| | 148 | | | | | | | | | | |
| | 149 | | | | | | | | | | |
| | 150 | | | | | | | | | | |

If more than 150 claims or 10 actions
staple additional sheet here

(LEFT INSIDE)

WYETH 002-000445



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 424 | 461 | 12-3-01 | Spear |
| | 458 | " | |
| | 459 | " | |
| | 457 | " | |
| | 456 | " | |
| | 462 | | |
| | 494 | " | |
| | 495 | " | |

Above To Date 3-18-02 Spear

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | | | |
|---|---|---|---|
| | | Date | Exmr. |
| WEST 2.0 | | 12-3-01 | Spear |
| 11 | | 3-18-02 | Spear |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 424 | 461 | 3-18-02 | Spear |
| | 458 | " | |
| | 459 | | |
| | 457 | | |
| | 456 | | |
| | 462 | | |
| | 494 | | |
| | 495 | | |

(RIGHT OUTSIDE)

WYETH 002-000446





FILED U.S. PTO
09/950965
09/12/01

INITIALS *H*

# CONTENTS

|   | Date Received<br>(incl. C. of M.)<br>or<br>Date Mailed |   | Date Received<br>(incl. C. of M.)<br>or<br>Date Mailed |
|---|---|---|---|
| 1. Application ✓ papers. | | 42. | |
| 2. *FD* | *9-12-01* | 43. | |
| 3. *Re Amdt A* | *9-12-01* | 44. | |
| *12-3* 4. *Dissertion (3rus)* | *12-5-01* | 45. | |
| 5. *Amdt B* | *03-05-92* | 46. | |
| *3/9* 6. *Allowance* | *8/19/0* | 47. | |
| 7. | | 48. | |
| 8. | | 49. | |
| 9. | | 50. | |
| 10. | | 51. | |
| 11. | | 52. | |
| 12. | | 53. | |
| 13. | | 54. | |
| 14. | | 55. | |
| 15. | | 56. | |
| 16. | | 57. | |
| 17. | | 58. | |
| 18. | | 59. | |
| 19. | | 60. | |
| 20. | | 61. | |
| 21. | | 62. | |
| 22. | | 63. | |
| 23. | | 64. | |
| 24. | | 65. | |
| 25. | | 66. | |
| 26. | | 67. | |
| 27. | | 68. | |
| 28. | | 69. | |
| 29. | | 70. | |
| 30. | | 71. | |
| 31. | | 72. | |
| 32. | | 73. | |
| 33. | | 74. | |
| 34. | | 75. | |
| 35. | | 76. | |
| 36. | | 77. | |
| 37. | | 78. | |
| 38. | | 79. | |
| 39. | | 80. | |
| 40. | | 81. | |
| 41. | | 82. | |

(LEFT OUTSIDE)

WYETH 002-000447

WYETH 002-000448

WYETH 002-000449

# EXHIBIT 16



# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
        p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries. I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**dim**                                   634                                   **dimple**

**di·min·ish** \də'minish, -nēsh, *esp in pres purt* -nəsh\ *vb*
-ED/-ING/-ES [ME *deminishen,* alter. (influenced by ME *menusen, minishen* to lessen) of *diminuen,* fr. MF *diminuer,* fr. L *diminuere,* fr. *di-* (fr. *dis-* apart) + *minuere* to lessen — more at DIS-, MINISH, MINOR] *vi* **1 :** to make less or cause to appear less **:** reduce in size, number, or degree ⟨losses and desertions sharply ~ed the forces at Washington's disposal⟩ ⟨a tiny figure, rather stooped and ~ed by constant ill health —May Sarton⟩ ⟨the passing years did not ~ their friendship⟩ **2** *obs* **:** to take away or subtract **3 :** to lessen the authority, dignity, importance, or reputation of ⟨his society destroyed, his country defeated, his emperor ~ed —W.M.Hitzig⟩ **:** detract from **:** DISPARAGE, BELITTLE ⟨began to ~ the skill of the local skaters —S.H.Adams⟩ **4** *archit* **:** to cause to taper ⟨a ~ed column⟩ ~ *vi* **1 :** to become less **:** DWINDLE ⟨his form . . . ~ed to a speck on the road —Thomas Hardy⟩ ⟨his interest in the subject had steadily ~ed⟩ **2** *archit* **:** TAPER ⟨a curious tower ~ing in five stages to an octagonal cupola⟩ syn see DECREASE

**di·min·ish·able** \-shəbəl\ *adj* **:** capable of being diminished
**diminished** *adj* [fr. past part. of *diminish*] **1 :** made less or decreased **2** *of a musical interval* **:** made one half step less than perfect or minor ⟨a ~ fifth⟩

EXHIBIT 17

# THE
# AMERICAN
# HERITAGE
# COLLEGE
# DICTIONARY

## THIRD EDITION





HOUGHTON MIFFLIN COMPANY

*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
    p.    cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.   2. Americanisms.
PE1628.A6227   1993
423—dc20                                        92-42124
                                                     CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at (http://www.hmco.com/trade/).

**686**

**incalculable**
**incident**



Incandescent lamp

in·cal·cu·la·ble (ĭn-kăl′kyə-lə-bəl) *adj.* **1.a.** Impossible to calculate: *a mass of incalculable figures.* **b.** Too great to be calculated or reckoned: *incalculable wealth.* **2.** Impossible to foresee; unpredictable. — in·cal′cu·la·bil′i·ty, in·cal′cu·la·ble·ness *n.* — in·cal′cu·la·bly *adv.*
— **Syns:** *incalculable, countless, immeasurable, incomputable, inestimable, infinite, innumerable, measureless.* The central meaning shared by these adjectives is "being greater than can be calculated or reckoned": *incalculable riches; countless hours; an immeasurable distance; an incomputable amount; jewels of inestimable value; infinite reasons; innumerable difficulties; measureless power.* See also Syns at **incalculable.**

in·ca·les·cent (ĭn′kə-lĕs′ənt) *adj.* Growing hotter or more ardent. [Lat. *incalēscēns, incalēscent-,* pr.part. of *incalēscere,* to grow warm : *in-,* intensive pref.; see IN-² + *calēscere,* to grow warm, inchoative of *calēre,* to be warm; see **kelə-¹*.**]
— in′ca·les′cence *n.*

in·cam·er·a (ĭn-kăm′ər-ə) *adv.* **1.** In secret; privately. **2.** *Law.* In private with a judge rather than in open court. [NLat. *in camerā* : Lat. *in, in* + Med.Lat. *camerā,* chamber.]

In·can (ĭng′kən) *adj.* Of or relating to the Inca, their civilization, or their language. — *n.* **1.** An Inca. **2.** Quechua.

in·can·desce (ĭn′kən-dĕs′) *v.* ·desced, ·desc·ing, ·desc·es. To make or become incandescent. [Lat. *incandēscere,* to glow : *in-,* intensive pref.; see IN-² + *candēscere,* to glow, inchoative of *candēre,* to shine; see **kand-*.**]

in·can·des·cence (ĭn′kən-dĕs′əns) *n.* **1.** The emission of visible light by a hot object. **2.** The light emitted by such an object. **3.** A high degree of emotion, intensity, or brilliance. — in′can·des′cent *adj.*

in·can·des·cent (ĭn′kən-dĕs′ənt) *adj.* **1.** Emitting visible light as a result of being heated. **2.** Shining brilliantly; very bright. See Syns at **bright. 3.** Characterized by ardent emotion, intensity, or brilliance. — in′can·des′cent·ly *adv.*

**Incandescent lamp** *n.* An electric lamp in which a filament is heated to incandescence by an electric current.

in·can·ta·tion (ĭn′kăn-tā′shən) *n.* **1.** Ritual recitation of charms or spells to produce a magic effect. **2.a.** A formula used in ritual recitation; a charm or spell. **b.** A conventionalized utterance repeated without thought or aptness; a formula. [ME *incantacioun* < OFr. *incantation* < LLat. *incantātiō, incantātiōn-,* spell < Lat. *incantātus,* p.part. of *incantāre,* to enchant. See INCHANT.] — in′can·ta′to·ry (-tôr′ē, -tōr′ē) *adj.* — in·can′ta·tor′y (-tō-tôr′ē, -tōr′ē) *adj.*

in·ca·pa·ble (ĭn-kā′pə-bəl) *adj.* **1.a.** Lacking the necessary ability, capacity, or power: *incapable of love.* **b.** Unable to perform adequately; incompetent. **2.** Not admitting or permitting; not susceptible. **3.** *Law.* Lacking legal qualifications or requirements; ineligible. — in·ca′pa·bil′i·ty, in·ca′pa·ble·ness *n.* — in·ca′pa·bly *adv.*

in·ca·pac·i·tant (ĭn-kə-păs′ĭ-tənt) *n.* A device or substance, such as tear gas, used to incapacitate individuals temporarily.

in·ca·pac·i·tate (ĭn′kə-păs′ĭ-tāt′) *tr.v.* ·tat·ed, ·tat·ing, ·tates. **1.** To deprive of strength or ability; disable. **2.** To make legally ineligible; disqualify. — in′ca·pac′i·ta′tion *n.*

in·ca·pac·i·ty (ĭn′kə-păs′ĭ-tē) *n., pl.* ·ties. **1.** Inadequate strength or ability; lack of capacity. **2.** A defect or handicap; a disability. **3.** *Law.* Something that renders one incapable.

in·cap·su·late (ĭn-kăp′sə-lāt′) *v.* Var. of **encapsulate.**

in·car·cer·ate (ĭn-kär′sə-rāt′) *tr.v.* ·at·ed, ·at·ing, ·ates. **1.** To put into jail. **2.** To shut in; confine. [Med.Lat. *incarcerāre, incarcerāt-* : Lat. *in-,* in; see IN-² + Lat. *carcer,* prison.] — in·car′cer·a′tion *n.* — in·car′cer·a′tor *n.*

in·car·na·dine (ĭn-kär′nə-dīn′, -dĭn′) *adj.* **1.** Flesh-colored. **2.** Blood-red. — *tr.v.* ·dined, ·din·ing, ·dines. To make incarnadine, esp. to redden. [Fr. *incarnadin* < Ital. *incarnadino,* dim. of *incarnato : in,* in (< Lat; see IN-²) + *carne,* flesh (< Lat. *carō, carn-;* see INCARNATE).]

in·car·nate (ĭn-kär′nĭt) *adj.* **1.a.** Invested with bodily nature and form: *an incarnate spirit.* **b.** Embodied in human form; personified: *a villain who is evil incarnate.* **2.** Incarnadine. — *tr.v.* (-nāt′) ·nat·ed, ·nat·ing, ·nates. **1.a.** To give bodily, esp. human, form to. **b.** To personify. **2.** To realize in action or fact; actualize. [ME < LLat. *incarnātus,* p.part. of *incarnāre,* to make flesh : Lat. *in-,* causative pref.; see IN-² + Lat. *carō, carn-,* flesh; see **sker-¹*.**] — in·car′nat′tor *n.*

in·car·na·tion (ĭn′kär-nā′shən) *n.* **1.a.** The act of incarnating. **b.** The condition of being incarnated. **2. Incarnation.** *Theol.* The Christian doctrine that the Son of God was conceived in the womb of Mary and that Jesus is true God and true man. **3.** A bodily manifestation of a supernatural being. **4.** One believed to personify a given abstract quality or idea. **5.** A period of time passed in a given bodily form or condition: *hopes for a better life in another incarnation.*

in·case (ĭn-kās′) *v.* Var. of **encase.**

in·cau·tious (ĭn-kô′shəs) *adj.* Not cautious; rash. — in·cau′tious·ly *adv.* — in·cau′tious·ness *n.*

in·cen·di·ar·y (ĭn-sĕn′dē-ĕr′ē) *adj.* **1.a.** Causing or capable of causing fire. **b.** Of or containing chemicals that produce intensely hot fire when exploded: *an incendiary bomb.* **c.** Of or involving arson. **2.** Tending to inflame; inflammatory. — *n., pl.* ·ies. **1.** An arsonist. **2.** An incendiary device. **3.** One who creates or stirs up factionism or sedition; an agitator.

[ME < Lat. *incendiārius < incendium,* fire < *incendere,* to set on fire: See INCENSE².] — in·cen′di·a·rism (-ə-rĭz′əm) *n.*

in·cense¹ (ĭn-sĕns′) *tr.v.* ·censed, ·cens·ing, ·cens·es. To cause to be extremely angry; infuriate. [ME *encensen* < OFr. *incenser* < LLat. *incēnsāre,* to sacrifice, burn < Lat. *incēnsus,* p.part. of *incendere,* to set on fire. See **kand-*.**]

in·cense² (ĭn′sĕns′) *n.* **1.** An aromatic substance, such as wood or a gum, that is burned to produce a pleasant odor. **b.** The smoke or odor produced by the burning of such a substance. **2.** A pleasant smell. **3.** Flattering or fawning attention; homage. — *v.* ·censed, ·cens·ing, ·cens·es. **1.** To perfume with incense. **2.** To burn incense to, as a ritual offering. [ME *encens* < OFr. < Lat. *incēnsum* < neut. p.part. of *incendere,* to set on fire. See **kand-*.**]

**incense cedar** *n.* Any of several coniferous evergreen trees of the genera *Calocedrus* and *Libocedrus,* having flattened branches with scalelike leaves.

in·cen·tive (ĭn-sĕn′tĭv) *n.* Something, such as a reward or punishment, that induces action or motivates effort. — *adj.* Serving to induce or motivate. [ME < LLat. *incentīvum* < neut. of *incentīvus,* inciting < Lat. *incentus,* p.part. of *incinere,* to sound : *in-,* intensive pref.; see IN-² + *canere,* to sing; see **kan-¹*.**]

in·cept (ĭn-sĕpt′) *tr.v.* ·cept·ed, ·cept·ing, ·cepts. To take in; ingest. [Lat. *incipere, incept-,* to begin, take up. See INCEPTION.]

in·cep·tion (ĭn-sĕp′shən) *n.* The beginning of something, such as an undertaking; a commencement. See Syns at **origin.** [Lat. *inceptiō < Lat. inceptiō, inceptiōn-* < *inceptus,* p.part. of *incipere,* to begin, take up : *in-,* in; see IN-² + *capere,* to take. See **kap-*.**]

in·cep·tive (ĭn-sĕp′tĭv) *adj.* **1.** Incipient; beginning. **2.** *Gram.* Inchoative. — *n. Gram.* An inchoative verb.

in·cer·ti·tude (ĭn-sĕr′tĭ-tōōd′, -tyōōd′) *n.* **1.** Uncertainty. **2.** Absence of confidence; doubt. **3.** Insecurity or instability.

in·ces·sant (ĭn-sĕs′ənt) *adj.* Continuing without interruption. See Syns at **continual.** [ME *incessaunte* < Lat. *incessāns, incessant-* : Lat. *in-,* not; see IN-¹ + Lat. *cessāns,* pr.part. of *cessāre,* to stop; see CEASE.] — in·ces′san·cy *n.* — in·ces′sant·ly *adv.*

in·cest (ĭn′sĕst′) *n.* **1.** Sexual relations between persons so closely related that their marriage is illegal or forbidden by custom. **2.** The statutory crime of sexual relations with such a relative. [ME < Lat. *incestum,* neut. of *incestus,* unchaste : *in-,* not; see IN-¹ + *castus,* pure, chaste; see **kes-*.**]

in·ces·tu·ous (ĭn-sĕs′chōō-əs) *adj.* **1.** Of, involving, or suggestive of incest. **2.** Having committed incest. **3.** Improperly intimate or interconnected. — in·ces′tu·ous·ly *adv.* — in·ces′tu·ous·ness *n.*

inch¹ (ĭnch) *n.* **1.** A unit of length in the U.S. Customary and British Imperial systems, equal to ¹⁄₁₂ of a foot (2.54 centimeters). See table at **measurement. 2.** A fall, as of rain or snow, sufficient to cover a surface to the depth of one inch. **3.** A unit of atmospheric pressure that is equal to the pressure exerted by a one-inch column of mercury at the earth's surface at a temperature of 0°C. **4.** A very small degree or amount. — *intr.* Or *tr.v.* inched, inch·ing, inch·es. To move or cause to move slowly or by small degrees. — *idioms.* by inch. In every respect; entirely. inch by inch. Very gradually, slowly. within an inch of. Almost to the point of. [ME < OE *ynce* < Lat. *uncia,* one twelfth of a unit. See ounce²]

inch² (ĭnch) *n. Scots.* A small island. [ME < ScGael. *innis,* Olr. *inis.*]

inch·er (ĭn′chər) *n.* Something measuring a specified number of inches. Often used in combination: *an 18-incher.*

inch·meal (ĭnch′mēl′) *adv.* Little by little; gradually. [INCH (PIECE)MEAL.]

in·cho·ate (ĭn-kō′ĭt) *adj.* **1.** In an initial or early stage; incipient. **2.** Imperfectly formed or developed; a vague, unorganized idea. [Lat. *inchoātus,* p.part. of *inchoāre,* to begin, alter. of *incohāre : in-,* in; see IN-² + *cohum,* strap from yoke harness.] — in·cho′ate·ly *adv.* — in·cho′ate·ness *n.*

in·cho·a·tive (ĭn-kō′ə-tĭv) *adj.* **1.** Beginning; initial. **2.** *Gram.* Of or being a verb or verbal form that designates the beginning of an action, a state, or an event. — in·cho′a·tive *n.* — in·cho′a·tive·ly *adv.*

In·chon (ĭn′chŏn′). A city of NW South Korea on an inlet of the Yellow Sea off Seoul. Pop. 1,387,000.

inch·worm (ĭnch′wûrm′) *n.* See **measuring worm.**

in·ci·dence (ĭn′sĭ-dəns) *n.* **1.** The act or an instance of happening; occurrence. **2.** Extent or frequency of occurrence: *a high incidence of malaria.* **3.** *Phys.* **a.** The arrival of radiation or a projectile at a surface. **b.** Angle of incidence.

in·ci·dent (ĭn′sĭ-dənt) *n.* **1.** A definite and separate occurrence; an event. See Syns at **occurrence. 2.** A usu. minor event or condition subordinate to another. **3.** Something contingent on or related to something else. **4.** An occurrence that interrupts normal procedure or precipitates a crisis: *an international incident.* — *adj.* **1.** Tending to arise or occur as a result or an accompaniment. **2.** Related to or dependent on another thing. **3.** *Phys.* Falling upon or striking a surface: *incident radiation.* [ME < OFr., apt to happen, an incident]
— in·clud′a·ble

In•ci•dence (ĭn′sĭ-dəns) *n.* **1.** The act or an instance of happening; occurrence. **2.** Extent or frequency of occurrence: *a high incidence of malaria.* **3.** *Phys.* **a.** The arrival of radiation or a projectile at a surface. **b.** Angle of incidence.

EXHIBIT 18



# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
     p.    cm.
     ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
     1. English language—Dictionaries. I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or me-
chanical, including photocopying, taping, or information storage and retrieval
systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**inched** \'incht\ *adj* [1inch + -ed3] : having or measuring a specified number of inches (a 4-inched book)

**inch-er** \'inch(ə)r\ *n* -s [1inch + -er] : something having a dimension of a specified number of inches; *specif* : a gun having a bore of a specified number of inches — usu. used in combination with a numeral (heard the 14-inchers firing on the coast)

**in-thie** *adj* 1 : heading a staff : LEADING — often used in combination (editor-inchief) 2 : PRIMARY, BASIC, INITIAL (evidence in chief) (a fabric dutiable on its in-chief value of wool)

**inch-ling** \'inchliŋ\ *n* -s [1inch + -ling] : a small being of a kind likely to grow larger (drew in a netful of ~)

**inch-ma-ree** clause \'inch(m)ə,rē\, *n, usu cap 1* [after Inchmaree, Brit. steamer, fr. its formation as a result of the sinking of the Inchmaree in Liverpool harbor March, 1884]

**inch-meal** \'inch,mēl\ *adv* [1inch + -meal (as in piecemeal)] : little by little ‖ GRADUALLY — often used with by

**in-cho-ate** \(')in,kōət, ən'kō-, 'inkə,wāt\ *adj* [L *inchoatus, incohatus*, past part. of *inchoare, incohare* to begin (lit., to hitch up), fr. in- ²in- + cohum strings fastening a plow beam to the yoke; perh. akin to best *accus* hame, Wrynd hame, OE *haga* hedge — more at HEDGE]

**in-cho-ate-ly** *adv*

**in-cho-ate-ness** *n*

**in-cho-a-tive** \in,kōədiv, ən'kō-\ *adj* [LL *inchoativus, incohativus*, fr. L *inchoatus, incohatus*]

**in-cho-a-tive** *n*

**in-ci-dence** \'ins(ə)d(ə)n(t)s\ *n* -s

**in-ci-dent** \'ins(ə)d(ə)nt\ *adj* [ME, fr. MF, fr. L *incident-, incidens*, pres. part. of *incidere* to fall into, fall on, meet up with, occur, happen, fr. in- ¹in- + -cidere fr. cadere to fall — more at CHANCE]

**in-ci-dent** *n* -s

**in-ci-den-tal** \,in(t)sə'dent°l\ *adj*

**in-ci-den-tal** *n* -s

**in-ci-den-tal-ly** *adv*

**in-cin-er-ate** \in'sinə,rāt\ *vt* -ed/-ing/-s [L *incineratus*, past part. of *incinerare*]

**in-cin-er-a-tion** \(,)in,sinə'rāshən, ən-\ *n* -s

**in-cin-er-a-tor** \in'sinə,rādə(r), ən-\ *n* -s



incinerators

**in-cip-i-ent** \in'sipēənt\ *adj*

**in-cise** \in'sīz\ *vt* -ed/-ing/-s [L *incisus*, past part. of *incidere*]

**in-ci-sion** \in'sizhən\ *n* -s

**in-ci-sive** \in'sīsiv, -ziv\ *adj*

**in-ci-sive-ly** *adv*

**in-ci-sive-ness** *n*

**in-ci-sor** \in'sīzə(r)\ *n* -s

**in-cle-ment** \(')in'klemənt, ən-\ *adj*

**in-clem-en-cy** \(')in'klemən(t)sē, ən-\ *n* -es

in·ci·dence \'in(t)sədən(t)s *also* -d°n- *or* -den-\ *n* -s [ME, fr. MF, fr. LL *incidentia*, fr. L *incident-, incidens* + *-ia* -y] **1** *now chiefly dial* : INCIDENT  **2 a** : an act or the fact or manner of falling upon or affecting : OCCURRENCE 〈diseases of domestic ~ —*Science*〉 〈control of both the ~ of expense and the meeting of expense must lie primarily in the hands of management〉  **b** : rate, range, or amount of occurrence or influence 〈a rising ~ of poverty〉; *sometimes* : the rate of occurrence of new cases of a particular disease in a population being studied — compare PREVALENCE  **3** : the falling of a tax upon a person who is unable to shift it onto someone else and who therefore bears the money burden of the tax 〈the ultimate ~ of most corporation taxes is on the consumer〉 — compare DIRECT TAX  **4 a** : the arrival of something (as a projectile or a ray of light) at a surface  **b** : ANGLE OF IN-CIDENCE 2

EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | C. A. No. 06-222 (JJF) |
|  | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| Defendant. | ) | |

## DECLARATION OF ERIC HOLLANDER, M.D.

I, Eric Hollander, M.D., declare as follows:

I have been retained by Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. to testify on behalf of Plaintiff Wyeth in this litigation as an expert in the fields of psychiatry and psychopharmacology, including testimony relating to depression and anxiety, the treatment of depression and anxiety, antidepressants, anxiolytics, and the use and prescription of pharmaceuticals.

## I.  QUALIFICATIONS

My qualifications as an expert in these areas, as well as in other areas, are established by my *curriculum vitae*.

Briefly, I received a Bachelors of Arts in Psychology from Brandeis University in 1978, and a Medical Degree from State University of New York, Downstate Medical College, Brooklyn, New York in 1982. My residency training was in internal medicine and psychiatry at Mount Sinai Hospital in New York, New York from 1982-1986. I did a fellowship in psychopharmacology and anxiety disorders at Columbia University College

of Physicians and Surgeons and New York State Psychiatric Institute from 1986-1988. I have been practicing psychiatry continuously since 1986, and since 1993 at the Mount Sinai School of Medicine in New York. I have been teaching psychiatry at the Mount Sinai School of Medicine continuously since 1993.

Currently, I am the Esther and Joseph Klingenstein Professor and Chairman of Psychiatry at the Mount Sinai School of Medicine in New York. I am also Director of the Compulsive, Impulsive, and Anxiety Disorders Program, Director of Clinical Psychopharmacology, and Director of the Seaver and Greater New York Autism Center of Excellence at the Mount Sinai School of Medicine.

I am a Fellow of the American College of Neuropsychopharmacology and a Distinguished Fellow of the American Psychiatric Association. I have conducted extensive research in psychiatry, including depression and anxiety, have written more than 400 articles in psychiatry and psychopharmacology, and have extensively lectured at numerous international and national psychiatric professional conferences. I have received two national research awards from the American Psychiatric Association, a Distinguished Investigator Award from the National Alliance for Research in Schizophrenia and Depression and also received a Research Scientist Development Award from the National Institute of Mental Health ("NIMH"). I am also the Principal Investigator for the NIMH Institutional Research Training Grant for Training in Psychopharmacology and Outcomes Research. In addition, I edited or co-edited the texts Autism Spectrum Disorder (Marcel Dekker Inc. 2003), The American Psychiatric Textbook of Anxiety (American Psychiatric Press 2002), and Coping With Social Anxiety Disorder (Henry Holt & Co. 2005).

For further complete details regarding my qualifications and experience, including a list of the publications I have authored over the last ten years, a copy of my *curriculum vitae* is attached as Exhibit A.

## II.  PSYCHOPHARMACOLOGICAL MANAGEMENT OF MENTAL DISORDERS

Psychopharmacological management of both depressive and anxiety disorders involve selecting a proper medication based on both the efficacy and side effect profile of the medication.  These medications often take several weeks to reach full effect and recommended treatment for most mood and anxiety disorders involves a course of treatment of at least 6-12 months.  Early adverse side effects have a substantial impact on persistence or compliance with prescribed medications for these disorders.  In fact, early adverse side effects are the number one reason for patients to discontinue medication early in the course of treatment.  When patients discontinue, they are unable to obtain the benefit of the treatment and their recovery is compromised.

## III. UNITED STATES PATENT NOS. 6,274,171B1, 6,403,120B1, AND 6,419,958B2

I have reviewed United States Patent Nos. 6,274,171 B1, 6,403,120 B1, and 6,419,958 B2 (the '171 patent, the '120 patent and the '958 patent respectively) and the correspondence between Wyeth and the United States Patent and Trademark Office that resulted in the patents' issuance, which I understand is called their prosecution histories.

The patents-in-suit indicate that immediate release venlafaxine hydrochloride ("venlafaxine IR") is associated with rapid dissolution, resulting in a rapid increase in blood plasma levels of the active compound shortly after administration, followed by a decrease in blood plasma levels over several hours until subtherapeutic plasma levels are approached after about 12 hours following administration.  ['171 patent, col. 1, l. 66 to col. 2, l. 7].  As a result, multiple daily dosing is required.  [*Id.*]  The patents also note that the most common side effect with multiple daily dosed venlafaxine IR is nausea, experienced by about 45% of patients, and vomiting experienced in about 17% of patients.  ['171 patent, col. 2, ll. 7-11].

The patents describe extended release formulations of venlafaxine hydrochloride which can be administered once a day.  ['171 patent, col. 2, ll. 14-19].  Those

3

formulations provide a therapeutic blood plasma concentration of venlafaxine over a twenty four hour period of time having specified peak blood plasma levels and diminished incidences of nausea and emesis as compared to the immediate release formulation. ['171 patent, col. 2, ll. 20-62].

The '171 patent's method claims recite a method for providing a therapeutic blood plasma concentration of venlafaxine over a 24 hour period with diminished incidences of nausea and emesis by giving orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in from about 4 to about 8 hours [claim 20], in about 5 to about 8 hours [claim 22], or in about six hours [claim 23], where venlafaxine hydrochloride is the active ingredient. Other method claims state a method for eliminating the peaks and troughs of drug concentration in a patient's blood plasma attending the therapeutic metabolism of plural daily doses of venlafaxine hydrochloride by giving orally to a patient in need thereof, an encapsulated, extended release formulation that provides a peak blood plasma level of venlafaxine in from about 4 to about 8 hours [claim 21], in about 5 to about 8 hours [claim 24], or in about six hours [claim 25], where venlafaxine hydrochloride is the active ingredient.

The '958 patent claims 1-6 are almost identical to claims 20-25 in the '171 patent except that the word "encapsulated" is not present. Claim 1 of the '120 patent recites a method for providing a therapeutic blood plasma concentration of venlafaxine over a 24 hour period with diminished incidence of nausea and emesis by giving orally to a patient in need thereof, an extended release formulation that provides peak blood plasma levels of venlafaxine of no more than about 150 ng/ml, where venlafaxine hydrochloride is the active ingredient. [Claim 1]. Other claims require that the extended release formulation is encapsulated [claim 2] or provide that spheroids and encapsulated spheroids may be used in the invention [claims 13-14].

IV.    The Meaning of the Patent Claim Term "Diminished Incidence[s] Of Nausea And Emesis"

I have considered the meaning of the claim term "diminished incidence[s] of nausea and emesis" in claims 20, 22 and 23 of the '171 patent, claims 1, 2, 13, and 14 of the '120 patent, and claims 1, 3 and 4 of the '958 patent.

Based upon my review of the '171, '958 and '120 patents and my education and experience, I understand the phrase "diminished incidence(s) of nausea and emesis" in the context of those patents to encompass the level, extent, degree, amount, range and/or frequency of nausea and vomiting. I understand that Impax's interpretation of "diminished incidence(s) of nausea and emesis" to be the number of patients suffering from nausea and vomiting. [Impax's April 13, 2007 claim construction].

Based upon my experience, limiting the word "incidence" to simply the number of patients, however, is not consistent with either my normal use of that word or the way that the '171, '958 and '120 patents use the word. While the term "incidence" certainly embraces the number of patients, I use and have used the word incidence in the past more broadly to include level, extent, degree, amount, range and/or frequency of the parameters measured. Although frequency is a different measure than severity or duration, I understand the term incidence as able to encompass all of these measures and that understanding is consistent with how the term "incidence" can be used in the fields of psychiatry or psychopharmacology. In my opinion, the level, extent, degree, amount and range of a side effect also can be encompassed within the term "incidence," and have an impact on whether or not the side effect is clinically meaningful.

Moreover, the '171, '958 and '120 patents describe the improvement in nausea and vomiting associated with the invention more broadly than simply a number of patients experiencing the adverse event. ['171 patent, col. 2, ll. 46-62]. I first note that

5

the claims of the patents require only "*diminished* incidence(s) of nausea and emesis[1],"
rather than the cure or prevention of nausea and emesis. In my experience with many
patients suffering from psychiatric disorders, partial relief of adverse events (such as
nausea or vomiting) is quite significant and clinically meaningful and can mean the
difference between adherence to treatment with the medicine and noncompliance. In
fact, in my opinion, severity and duration of adverse events are the most important
factors in achieving a successful long term outcome, such as remission, in the treatment
of psychiatric disorders. When my patients have experienced nausea and emesis as a
result of the administration of medication, vomiting usually is immediately preceded by
severe nausea. Thus, if a patient's vomiting can be reduced or eliminated, the degree
or duration of nausea experienced, even if not eliminated, often is less severe.

The abstract of the patents state that the extended release dosage form "further
provides a lower incidence of nausea and vomiting than the conventional tablets."
[Abstract, ll. 1-7]. The specification of the patents further discuss improvements
provided by the invention as follows:

> The use of the one-a-day venlafaxine hydrochloride
> formulations of this invention reduces by adaptation, the
> level of nausea and incidence of emesis that attend the
> administration of multiple daily dosing. In clinical trials of
> venlafaxine hydrochloride ER, the probability of developing
> nausea in the course of the trials was greatly reduced after
> the first week. Venlafaxine ER showed a statistically
> significant improvement over conventional venlafaxine

---

[1]    I understand from my review of the patents' specification that the nausea and
emesis are diminished as compared to the immediate release formulation of venlafaxine
hydrochloride. See, for example, Abstract ll. 1-7. Specifically, I understand the patents'
use of the term "diminished" in the patents' claims to mean that the nausea and emesis
resulting from the once-a-day administration of the claimed extended release formulation
to be less that what would be experienced by patients receiving the same total daily dose
of an immediate release formulation that is administered at least twice a day.

hydrochloride tablets in two eight-week and one 12 week clinical studies.

['171 patent at col. 2, ll. 46-55].  The patents then describe a method for using the extended release formulations in the treatment of patients, such that

> in accordance with this use aspect of the invention there is provided a method for reducing the level of nausea and incidence of emesis attending the administration of venlafaxine hydrochloride which comprises dosing a patient in need of treatment with venlafaxine hydrochloride with an extended release formulation of venlafaxine hydrochloride once a day in a therapeutically effective amount.

['171 patent at col. 2, ll. 55-62].

Consistent with my normal use of the words, I understand the patents to be using the words "level" and "incidence" interchangeably based upon the Abstract's description of the improvement in side effects achieved by the invention as "a lower incidence of nausea and vomiting," and the specification's discussion of a reduction in "the level of nausea and incidence of emesis."

In addition, the specification describes improvements in nausea and emesis not as limited to only the complete absence of nausea or emesis during the course of treatment, but as including a reduction in those side effects after initial administration. Such an improvement is consistent with Wyeth's construction of "diminished incidences of nausea and emesis" (a reduction in the "degree and/or frequency of nausea and emesis"), which would include such an improvement.  It is not consistent with Impax's construction ("a decrease in the number of patients suffering from nausea and vomiting"), however, because that construction would treat patients identically regardless of the severity of nausea or vomiting, including whether or not a patient who suffers from nausea and vomiting upon initial treatment then adapts to the medication and thereafter suffers less frequent or less severe nausea and vomiting.

7

The patents also are consistent with my observation that treatment with extended release Effexor® XR results in less nausea and vomiting than treatment with immediate release Effexor®. In my personal experience prescribing Effexor®, side effects were a rate limiting step in the overall acceptance of this drug in the treatment of depression, anxiety, etc. This is probably why Effexor® got the widespread nickname of "SideEffexor." In particular, nausea and vomiting were clinically significant early side effects which substantially interfered with patient compliance and, therefore, limited the utility of this treatment to those patients with severe depression who failed to respond to other treatments., *i.e.*, often inpatients with melancholic depression.

In contrast, when Effexor® XR was launched[2] I noticed shortly thereafter that this formulation had less nausea and vomiting in the course of treatment, and that this difference was clinically meaningful. Fewer patients experience nausea with Effexor® XR than with Effexor®. For those patients who do experience nausea with Effexor® XR, it is less intense and less severe, has a shorter duration, and there is less accompanying vomiting as compared to patients taking Effexor®. For those patients who do experience vomiting, the frequency and severity of vomiting is less for Effexor® XR as compared to Effexor®. This is consistent with my discussions with colleagues who also reported better tolerability and adherence to treatment with Effexor® XR as compared to Effexor®, resulting in greater likelihood of remission.

Given the better tolerability of Effexor® XR as compared to Effexor®, I can now use it with a much broader and more diverse group of patients, including outpatients

---

[2]    Since its launch, I have treated well over one hundred patients with Effexor® XR, most of whom had both depressive and anxiety symptomatology. A number of these patients were initially treated with Effexor®, but were not able to tolerate that treatment, often specifically because of early nausea and vomiting. For many of these patients, Effexor® XR was well tolerated and patients were able to remain on treatment to the point that they had a remission of the underlying disorder.

with depression, patients with mild to moderate depression, patients with various anxiety disorders including GAD and SAD, and other conditions.  In my opinion, it was the extended release formulation of Effexor® XR that unlocked the full potential of the drug venlafaxine.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May 2007 at New York, New York.

Eric Hollander, M.D.

9

EXHIBIT A

# CURRICULUM VITAE

## ERIC HOLLANDER, MD, DFAPA, FACNP

**Present Positions:**   Esther and Joseph Klingenstein Professor and Chair
Director-NIH STAART Greater New York Autism Center of Excellence
Director-Seaver Autism Research Center
Director-Compulsive, Impulsive and Anxiety Disorders Program
Director-Clinical Psychopharmacology
Department of Psychiatry
Mount Sinai School of Medicine
One Gustave L. Levy Place, Box 1230
New York, N.Y. 10029

**Telephone Number:**   212/659-8287
**FAX Number:**   212/987-4031
**E-Mail:**   eric.hollander@mssm.edu

Born:   Los Angeles, California  (6/19/57)

Education:

| | | |
|---|---|---|
| 1978 | B.A. | Brandeis University, Waltham, MA |
| 1982 | M.D. | State University of New York Downstate Medical College, Brooklyn, NY |

**Internship:**

| | | |
|---|---|---|
| 1982 - 1983 | Internal Medicine | Mount Sinai Hospital, NY, NY |

**Residency:**

| | | |
|---|---|---|
| 1983 - 1986 | Psychiatry | Mount Sinai Hospital, NY, NY |
| 1985 - 1986 | Chief Resident-Psychiatry Research | Clinical Research Unit and Alzheimer's Disease Research Center - Mount Sinai School of Medicine, NY, NY |

**Fellowship:**

| | | |
|---|---|---|
| 1986 - 1988 | NIMH Psychiatry Research Fellowship | Columbia University College of Physicians & Surgeons and NYS Psychiatric Institute |
| 1988 - 1989 | Dana Foundation Fellow | Columbia University |
| 1988 - 1993 | NIMH Research Scientist Development Award | Columbia University |

**Licensure:**

New York State License: <u>155389</u>          Year: <u>1983</u>

DEA License: <u>AH2289420</u>

Diplomate - American Board of Psychiatry and Neurology (29504) 1987

| | |
|---|---|
| **Honors:** | 2005, Best Doctors, NY Magazine |
| | 2005, Chair - NIH STAART Autism Steering Committee |
| | 2005, Secretary/Treasurer - International Society for Research In Impulsivity (ISRI) |
| | 2005, Director – International College of Obsessive Compulsive Spectrum Disorders (ICOCS) |
| | 2005, Chair – DSM-V Research Planning Agenda Workgroup on Obsessive Compulsive Behavior Spectrum Disorders |
| | 2005, Member – APA Practice Guidelines – Obsessive Compulsive Disorder |
| | 2003, Distinguished Fellow – American Psychiatric Association |
| | 2003, Substance Abuse and Mental Health Administration (SAMHSA) National Registry of Effective Prevention Programs (NREPP), U.S. Department Of Health and Human Services |
| | 2003, Best Doctors, *New York Magazine* |
| | 2002, Fellow – American College of Neuropsychopharmacology |
| | 2002 – present, Chair - DSM-V Work Group on Obsessive Compulsive Spectrum Disorders, APA |
| | 2002, Best Doctors In America |
| | 2002, Autism Clinical Trials Task Force, Cure Autism Now (CAN) |
| | 2002, Best Doctors, *New York Magazine* |
| | 2001, Best Doctors, *New York Magazine* |
| | 2001, Best Doctors, *New York Post* |
| | 2000-2001, Society of Biological Psychiatry, George N. Thompson Award Committee |
| | 1999, Fellow, American Psychiatric Association |
| | 1998, NARSAD Distinguished Investigator Award |
| | 1998, Full Membership, American College of Neuropsychopharmacology |
| | 1999, Section Editor, ACNP, <u>Neuropsychopharmacology: The Fifth Generation of Progress</u> |
| | 1998, DSM-IV-R Work Group Chair, Impulse Control Disorder Section |
| | 1998, Nolan D.C. Lewis Visiting Professor and Scholar, Carrier Foundation |

1997, Scientific Director, CNS Research Foundation

1996, Founding Editor
    *CNS Spectrums: The International Journal of Neuropsychiatric Medicine*

1996, Scientific Advisory Board, Anxiety Disorders Association of America

1994, Best Mental Health Specialists in the U.S.A. - Good Housekeeping

1994, The Best Doctors in America, Woodward/White, Inc.

1993, Chairman, OC Foundation Awards Committee

1993, International OCD Council Founding Member

1993, Secretary, OCD Section, World Psychiatric Association

1992, Member, DSM-IV Work Group - Obsessive Compulsive Disorder

1992, Member, DSM-IV Work Group - Body Dysmorphic Disorder

1992, Scientific Advisory Board, OC Foundation

1991, American College of Neuropsychopharmacology, Associate Member

1990, American Psychiatric Association/Wisnieski Young Psychiatrist
Research Award, First Place, New York, NY

1990, Collegium Internationale Neuro-Psychopharmacologium
Rafaelsen Fellowship Award, Kyoto, Japan

1988-1993, Research Scientist Development Award
National Institute of Mental Health

1988-1989, Dana Foundation Fellow (Columbia University)

1986, American Psychiatric Association/Penwalt Resident Research
Award, First Place, Washington, DC

1986, Marcel Heiman Memorial Award for Outstanding Research
Mount Sinai School of Medicine, Department of Psychiatry

1986, M. Ralph Kaufman Prize, Outstanding Resident in Psychiatry
Mount Sinai School of Medicine, Department of Psychiatry

1985-1986, Solomon W. Ginsburg Fellow: Group for the Advancement
of Psychiatry

1978, General Honors, Brandeis University

**Patents and Inventions:**
Oxytocin in Autism and Social Attachment Disorders (US patent issued)
Mementine in Autism, Compulsive and Impulsive Disorders (US patent application)
Fluoxetine in Autism (Orphan Designation: Food and Drug Administration)
Internet Addiction - YBOCS (US Copyright)

Pathological Gambling – YBOCS (US Copyright)
Fluvoxamine Gambling Treatment Program (SAMHSA)

| | |
|---|---|
| **Founding Editor:** | *CNS Spectrums: The International Journal of Neuropsychiatric Medicine* |
| **Editorial Advisory Board:** | *Neuropsychopharmacology (1997 – 1999)* |
| | *Research In Autism Spectrum Disorders* |
| | *World Journal of Biological Psychiatry* |
| | *Medscape Psychiatry & Mental Health* |
| | *Psychiatric Annals* |
| | *Focus on OCD* |
| | *Primary Psychiatry* (past) |
| | *Mental Fitness* |
| | *International Journal of Psychiatry in Clinical Practice* |
| | *Journal of Gambling Studies* |
| | *Wager* |
| | *Clinical Neuropsychiatry* |
| | *Contemporary Psychiatry* |
| | *Mount Sinai Journal of Medicine (Associate Editor)* |
| **Reviewer:** | *Archives of General Psychiatry* |
| | *American Journal of Psychiatry* |
| | *Biological Psychiatry* |
| | *Psychiatry Direct* |
| | *Psychiatry Research* |
| | *Journal of Neuropsychiatry and Clinical Neuroscience* |
| | *Journal of the American Medical Association* |
| | *Journal of Nervous and Mental Disorders* |

**Hospital Appointments:**

| | |
|---|---|
| 1986 - 1992 | Assistant Attending Psychiatrist, The Presbyterian Hospital |
| 1992 - 1993 | Associate Attending Psychiatrist, The Presbyterian Hospital |

| 1988 - 1993 | Attending Psychiatrist, The New York State Psychiatric Institute |
| 1988 - 1993 | Director, Obsessive Compulsive Disorder Biological Studies Program<br>The New York State Psychiatric Institute |
| 1989 - 1993 | Director, Anxiety Diagnostic & Recruitment Unit, NYS Psychiatric Institute |
| 1993 - 1994 | Associate Director, Academic Affairs, Queens Hospital Center |
| 1993 - 1994 | Vice Chairman, Department of Psychiatry, Mount Sinai School of Medicine |
| 1993 - Present | Director, Clinical Psychopharmacology, Mount Sinai School of Medicine |
| 1994 - 2003 | Clinical Director, Seaver Autism Research Center |
| 1994 - Present | Director, Compulsive, Impulsive and Anxiety Disorders Program |
| 1996 - Present | Attending Psychiatrist, The Mount Sinai Hospital |
| 2003 – Present | Director, Seaver Autism Research Center |
| 2003 – Present | Director, Greater NY Autism Research Center of Excellence |

## Academic Appointments:

| 1986 - 1988 | Instructor in Clinical Psychiatry, Columbia University P & S |
| 1988 - 1992 | Assistant Professor of Clinical Psychiatry, Columbia University P & S |
| 1992 - 1993 | Associate Professor of Clinical Psychiatry, Columbia University P & S |
| 1993 - 1996 | Associate Professor of Psychiatry, Mount Sinai School of Medicine |
| 1996 - Present | Professor of Psychiatry, Mount Sinai School of Medicine |

## Teaching (Mount Sinai School of Medicine and Columbia University P & S):

Phenomenology Course – PGY II Residents

Neuroscience Course – PGY III Residents

Outpatient Psychopharmacology Course - PGY III Residents

Psychopharmacology Supervision - PGY III Residents

Anxiety Disorder Lectures - MS I and MS II Medical Students

OCD Lectures - PGY II and III Psychiatry and Neurology Residents

Neuroscience Review Course - Neurology Department

Outpatient Psychopharmacology Clinic - PGY III Residents

OCD CME Course Director - 8 Conferences at Mt. Sinai and Columbia

C.V. - Eric Hollander, M.D.                    5

Journal Club and Grand Rounds - chair, Mt. Sinai/Queens Hospital Center

Pharmacology Lectures - MS IV Medical Students

Chairman and Organizer, 7 Conferences on the Diagnosis, Neurobiology, Genetics and Treatment of Autism in association with CAN, NAAR, ASA, and NARSAD

Chairman and Organizer
    First International Conference on OCD, Capri, March 1993
    Second International Conference on OCD, Guadaloupe, March 1996
    Third International Conference on OCD, Madeira, Portugal, 1998
    Fourth International Conference on OCD, St. Thomas, V.I., 2000
    Fifth International Conference on OCD, Sardinia, 2001
    Sixth International Conference on OCD, Lanzarote, 2003

Participant, Anxiety Disorders in African-Americans Conference, 1993

Fellowship Supervisor, Program for Minority Research Training in Psychiatry
    American Psychiatric Association

**Professional Organizations:**

    Academia, Medicina & Psychiatria Foundation (Fellow)

    American College of Neuropsychopharmacology
        Fellow (2002)
        Member (1998-Present)
        Finance Committee (1999-present)
        Section Editor, ACNP, Psychopharmacology: The Fifth Generation of Progress
        Editorial Advisory Board, Neuropsychopharmacology
        Associate Member (1992-1996)

    American Federation for Clinical Research

    American Medical Association

    American Psychiatric Association (Distinguished Fellow)
        Member, Committee on Resident Research Award Review

    American Psychopathological Association

    American Society of Clinical Psychopharmacology

    Anxiety Disorders Association of America (Scientific Advisory Board)

    Asociacion Argentina de Trastornos de Ansiedad

    Collegium Internationale Neuro-Psychopharmacologicum

    European College of Neuropsychopharmacology - Corresponding Member

    Group for the Advancement of Psychiatry
        Solomon Ginsburg Fellow (1985-1986), Medical Education Committee

    International College of Obsessive Compulsive Spectrum Disorders (Company Director)

International Council on OCD (Founding Member)

International Society for Research on Impulsivity and Impulse Control Disorders
President Elect - 2006
(Secretary Treasurer - FY2005)

National Board of Medical Examiners (Test Material Development Committee)

Obsessive Compulsive Foundation (Scientific Advisory Board)

Society of Biological Psychiatry
    Scientific Program Committee
    George N. Thompson Award Committee

World General Medical Council (Fellow)

World Health Organization Committee on Priority Treatments for Mental Health Disorders
    Priority Treatments for Obsessive Compulsive Disorder

## Consulting:

US Congress and Senate, Joint Committee on NIH Funding Issues

Psychopharmacology Consult, Health and Hospitals Corporation

Scientific Advisory Boards
    Obsessive Compulsive Foundation
    Anxiety Disorders Association of America
    CNSR Foundation
    Autism Society of America Foundation
    QSAC
    NAMI
    Cure Autism Now

Scientific Advisory Boards
    Solvay Pharmaceuticals
    Abbott Neuroscience
    Wyeth-Ayerst Laboratories
    SmithKline Beecham
    Lilly Neuroscience
    Ortho-McNeil
    Roche Laboratories
    Pfizer Pharmaceuticals
    Pharmacia/Upjohn
    Callisto Pharmaceuticals, Inc.
    Somaxan Pharmaceuticals

Medical Lecture Program/Speakers Program
    Abbott Pharmaceuticals
    Bristol Myers/Squibb Pharmaceuticals
    Eli Lilly and Company
    Forrest Pharmaceuticals
    GlaxoSmithKline
    Novartis Pharmaceuticals

Pfizer Pharmaceuticals
Pharmacia/Upjohn
Smith Kline Beecham
Solvay Pharmaceuticals
Wyeth Ayerst Laboratories

First International OCD Conference Organizer - Solvay/Upjohn - 1993, Capri
Second International OCD Conference Organizer - Solvay/Upjohn - 1996, Guadaloupe
Third International OCD Conference Organizer - Solvay/Upjohn - 1998, Madeira
Fourth International OCD Conference Organizer – Solvay/Upjohn – 2000, St. Thomas
Fifth International OCD Conference Organizer – Solvay/Upjohn – 2001, Sardinia
First, Second, Third Columbia University OCD Conference Organizer - Ciba Geigy/CME
First Mt. Sinai/OC Foundation OCD Conference - 1994 - Solvay/Upjohn
First, Second, Third Mt. Sinai/Seaver Center Autism Conference
First Mt. Sinai/Seaver Center Autism Conference for Educators

## Administrative:

Director, Anxiety Diagnostic and Recruitment Unit
    MHCRC, New York State Psychiatric Institute

Director, Compulsive and Impulsive Disorders Program
    New York State Psychiatric Institute

Director, Open Treatment Component
    Mental Health Clinical Research Center
    New York State Psychiatric Institute

Member, Quality Assurance Committee
    New York State Psychiatric Institute
    Queens Hospital Center

Member, Incident Review Committee
    New York State Psychiatric Institute

Member, Medical Staff Committee
    New York State Psychiatric Institute
    Queens Hospital Center

Member, Continuing Medical Education Committee
    Columbia University, College of Physicians and Surgeons

Member, Medical Education Committee, Medical Ethics
    Group for the Advancement of Psychiatry

Member, Scientific Program Committee
    Society for Biological Psychiatry

Consultant, Health and Hospitals Corporation
    Psychopharmacology Issues

Member, Managed Care Committee - Psychiatry
    Mount Sinai School of Medicine

Member, Operating Committee
    Mount Sinai School of Medicine

Member, Continuing Medical Education Committee, Postgraduate School
    Mount Sinai School of Medicine

Member, Promotions Committee
    Mount Sinai School of Medicine

Chair, Outpatient Psychiatry Research Committee
    Mount Sinai School of Medicine

Chair, Psychiatry Research Incident Review Board
    Mount Sinai School of Medicine

Chair, Space Appropriations Committee, Psychiatry Outpatient Research Center, Atran E
    Mt Sinai School of Medicine

Patient Advocacy Groups

Obsessive-Compulsive Foundation
    Member, Scientific Advisory Board
    Director, Scientific Awards Committee
    Member, Minorities and Research Committee

International Obsessive-Compulsive Council
    Founding Member
    Secretary

Anxiety Disorders Association of America
    Member, Scientific Advisory Board

World Psychiatric Association, Section on Anxiety and OCD
    Secretary

Cure Autism Now,
    Chair, Scientific Advisory Group – Treatment Guidelines
    Chair, Autism Clinical Trials Task Force (ACTTF)
    Chair – Clinical Trials Network (CTN)

Committees
Incident Review Committee - NYS Psychiatric Institute
Faculty Staff Committee - NYS Psychiatric Institute
Quality Assurance Committee - NYS Psychiatric Institute, Queens Hospital Center
Chairman - Grand Rounds Committee - Queens Hospital Center
Chairman - Journal Club Committee - Queens Hospital Center
Operating Committee - MSSM Psychiatry Department
Senior Investigators Committee - MSSM Psychiatry Department
Clinical Directors Committee - MSSM Psychiatry Department
Affiliate Clinical Directors Committee - MSSM Psychiatry Department
Trauma Committee - Victim Services, Inc.
    Trauma Planning Subcommittee - Victim Services, Inc.
Service Directors Committee - Queens Hospital Center
Managed Care Committee - Mt. Sinai School of Medicine
Continuing Medical Education Committee – Mt. Sinai School of Medicine
Promotions Committee – Mt. Sinai School of Medicine

Grant Reviewer
NIMH – 1996-2005 - RO1, K grants, RUPP-PI
NIDA – 1995-2003 - RO1, K grants

Current Funded Grants:
 Principal Investigator

(2003-2008). NIH – Greater New York Autism Research Center of Excellence:
The STAART Program.  (1 U54 MH66673-01).  Annual Direct Cost $ 1,417,295
Total Direct Cost $ 7,149,157.

(2003-2008). NIH – Greater New York Autism Research Center of Excellence:
The STAART Program.  (1 U54 MH66673-01).  Liquid Citalopram Supplement.
Annual Direct Cost $ 100,000.

(2003-2008). NIMH - NRSA Institutional Research Training Grants – Training in
Psychopharmacology and Outcomes Research (1 T32 MH62996-01).  Annual
Annual Direct Cost $ 50,127   Total Costs $ 455,353.

(2005-2008). FDA – Fluoxetine in Pediatric Body Dysmorphic Disorder
(FD-R-002613-01)  Annual Direct Cost $ 289,387  Total Direct Cost $ 884,873.

(2001-2006). FDA – Fluoxetine vs. Placebo  In Adult Autistic Disorder.
(FD-R-002026-01)  Annual Direct Cost $ 203,771  Total Direct Cost $ 607,930.

(2001-2006). NINDS – Divalproex Sodium/Placebo In Child/Adolescent Autism.
(1 R21 NS43979-01)  Annual Direct Cost $ 100,000  Total Direct Cost $ 300,000.

(1994-2006). Seaver Foundation - Seaver Autism Research Center
(Eric Hollander, M.D., Director) Annual Cost $ 1,250,000 Total Cost $ 13,000,000.

(2006-2007). CAN – Clinical Trials Network Infrastructure.
Annual Direct Cost $ 102,488  Total Direct Cost $ 112,737.

(2006-2007). CAN – A multi-site double-blind placebo-controlled trial of memantine
vs. placebo in children with autism targeting motor skills.
Annual Direct Cost $ 54,393  Total Direct Cost $ 59,842.

Co-Principal Investigator

(2000-2004). CDC – Pharmacotherapy of Sexually Compulsive MSM –
Jonathan Morgenstern, PI, Annual Direct Cost $ 244,172  Total Direct Cost $ 712,324.

(1998-2003). Solvay Pharmaceuticals - Brain Imaging of the Effects of Lithobid and Lithium
Carbonate In Bipolar and Cyclothymic Patients - Monte Buchsbaum, PI, Total Direct Cost
$ 252,000.

Co-Investigator

(2000-2006). NIDA – Interdisciplinary Training In Drug Abuse Research (T32 DA 07135-21) –
Stuart C. Sealfon, M.D., P.I., Annual Direct Cost  $ 359,568  Total Direct Cost $ 1,797,840.

Pending Grants:
 Principal Investigator

C.V. - Eric Hollander, M.D.                    10

NIMH – Lithium vs. Naltrexone vs. Placebo in Impulse Dyscontrol (Pathological Gambling)
Annual Direct Cost $ 225,000        Total Direct Cost $ 381,375

NIMH – Risperidone vs. Quetiapine vs. Placebo in Resistant OCD
Annual Direct Cost $ 225,000        Total Direct Cost $ 381,375

## Prior Funded Grants

(1998-2003).  FDA - Liquid Fluoxetine vs. Placebo in Child/Adolescent Autism.
(FD-R-001404-01)  Annual Direct Cost  $ 116,242  Total Direct Cost $ 349,637
Total Cost $ 592,635.

(1999-2003).  NIMH - Pharmacotherapy of Adolescent Body Dysmorphic Disorder
(1 RO1 MH58935-01A1)  Annual Direct Cost $ 66,578  Total Direct Cost $ 112,850
Total Cost $ 475,247.

(2002-2003).  Abbott Laboratories – An Open-Label Trial of Divalproex Sodium Extended
Release In Borderline Personality Disorder.  Total Direct Cost $ 143,115.00.

(2001-2003).  Pfizer Pharmaceuticals – Efficacy of Sertraline in the Treatment of Binge Eating
Disorder Among Obese Children and Adolescents.  Total Direct Cost $ 50,000.

(2001-2003).  Forrest Laboratories – Treatment of Internet Addiction with Citalopram.
Total Direct Cost $ 50,000.

(2001-2003).  Contral Pharma – Nalmefene in the Treatment of Pathological Gambling:
A Placebo Controlled Dose Reponse Study.  Total Direct Cost $ 100,000.

(2001-2003).  Pfizer – Multicenter Trial of Ziprasidone Augmentation in Serotonin Reuptake
Inhibitor-Resistant Obsessive-Compulsive Disorder.  Total Direct Cost $ 144,663.

(2001-2003).  Callisto – Autoimmune Investigations In Obsessive-Compulsive Disorders.
Total Direct Cost $ 10,000.

(2001-2003).  Pfizer – Phase II, Twelve Week, Double Blind and Placebo Controlled Study
To Evaluate the Safety and Efficacy of Two Doses of CP-448,187 (1.5mg and 3.0mg) In
Subjects with Obsessive Compulsive Disorder.  Total Direct Cost $ 100,000.

(1998-2003).  Abbott Laboratories – Divalproex Sodium vs. Placebo In Childhood/Adolescent
Autism:  A Double-Blind Placebo Controlled Study Followed by Fluoxetine Augmentation.
Total Cost $ 86,000.

(1998-2003).  Lilly Laboratories – Olanzapine vs. Placebo Crossover Study of Autistic Disorder:
Effect of fMRI Imaging.  Total Cost $ 150,000.

(1998-2003).  Bristol-Myers Squibb - Serzone Treatment Study in Pathological Gambling.
Total Direct Cost $ 40,000.

(1998-2003).  Solvay Pharmaceuticals - Double-Blind Parallel Trial of Lithobid, Lithium
Carbonate and Placebo In Lithium Treatment Naive Bipolar and Cyclothymic Patients Presenting
To A Pathological Gambling Clinic.  Total Annual Direct Cost $  127,306  Total Cost $ 254,612.

(1998-2003).  PBO Foundation - Research and Clinical Program for OCD and Related Disorders.
Total Annual Direct Cost $ 90,910.

(1997-2003). <u>Janssen Pharmaceuticals</u> - Risperidone in Refractory OCD: Positron Emission Tomography Imaging. Annual Direct Cost $ 120,000.

(1995-2003). <u>Lilly Research Labs</u> - Prozac and Regional Metabolic Activity in Autism. Total Direct Cost $ 30,000.

(1998-2003). <u>Smith-Kline Beecham</u> – A Double-Blind Placebo-Controlled Flexible Dose Study of the Efficacy and Tolerability of Paroxetine on Generalized Anxiety Disorder. Total Direct Cost $ 60,120.

(1999-2003). <u>Solvay Pharmaceuticals</u> – A Multicenter, Double-Blind, Randomized, Parallel Group Study of the Efficacy and Safety of a Flexible Dose Regimen of Fluvoxamine CR versus Placebo in Outpatients with Obsessive Compulsive Disorder. Total Direct Cost $ 100,000.

(1999-2003). <u>Abbott Pharmaceuticals</u> – Divalproex Sodium vs Placebo in Intermittent Explosive Disorder. Total Direct Cost $ 100,000.

(1999-2003). <u>Solvay Pharmaceuticals</u> – Fluvoxamine vs. Placebo In the Treatment of Generalized Social Phobia. Total Direct Cost $ 100,000.

(1998-2002). <u>NIMH</u> - Divalproex Sodium/Placebo In Borderline PD (1 RO3 MH56974-01). Annual Direct Cost $ 49,988 Total Direct Cost $ 99,762 Total Cost $ 169,097.

(1997-2002). <u>NIDA</u> - Serotonergic/Norepinephrine Function in Pathological Gambling. (1 RO1 DA10234-01A2) Annual Direct Cost $ 251,126 Total Direct Cost $ 984,926 Total Cost $ 1,669,450.

(1997-2001). <u>Glaxo-Wellcome</u> - Sumatriptan Challenge In Autism and Asperger's Disorder. Total Direct Cost $ 50,000.

(1998-2000). <u>Cure Autism Now</u> - Fluoxetine/Placebo Treatment of Childhood/Adolescent Autism: Clinical Predictors & Dimensional Severity. Total Cost $ 56,100.

(1998-1999). <u>Cure Autism Now</u> - D8/17 Positivity in Autism: Implications for Etiology, Subtyping and Treatment. Total Cost $ 15,000.

(1998-1999). <u>NARSAD Distinguished Investigator Award</u> - D8/17 Positivity in Autism: Implications for Etiology, Subtyping and Treatment. Total Cost $ 85,525.

(1988-1993). <u>NIMH Research Scientist Development Award</u> - "Psychobiology of Obsessive Compulsive and Related Disorders", NIMH. MH-00750. Annual Costs $ 72,150, Total Costs $ 360,750.

(1994-1997). <u>FDA</u> Orphan Drug Grant - Clomipramine/Desipramine Crossover in BDD (FD-R-000941-01) Annual Direct Costs - $ 198,871 Total Direct Cost $ 398,600

(1995-1998). <u>Abbott Pharmaceuticals</u> - Valproate Treatment of Borderline Personality Disorder. Total Direct Cost $ 25,000.

(1997-1998). <u>SmithKline Beecham Pharmaceuticals</u> - A Double-Blind, Placebo-Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine In the Treatment of Panic Disorder. Annual Direct Cost $ 25,000.

(1997-1998). <u>Upjohn Pharmaceuticals</u> - Double Blind Placebo Controlled Fluvoxamine

Treatment of Pathological Gambling.  Annual Direct Cost $ 100,000.

(1994-1996)  Upjohn Pharmaceuticals - Double Blind Placebo Controlled Fluvoxamine
Treatment of Pathological Gambling.  Annual Direct Cost $ 100,000.

(1993-1994).  Solvay Pharmaceuticals - Fluvoxamine/Clomipramine Treatment
of OCD.  Annual Direct Cost $ 52,500.

(1992-1993).  Smith Kline Pharmaceuticals - Effect of Paroxetine on
SPECT/Cerebral Blood Flow in OCD.  Annual Direct Cost $ 15,000.

(1989-1994).  Mental Health Clinical Research Center (NIMH) - Open Treatment
Component (DF Klein, PI) $ 200,420.

(1990-1992).  American Psychiatric Association/McArthur Foundation - DSM-IV
Field Trial for Obsessive-Compulsive Disorder.  Annual Direct Cost $ 10,000.

(1991-1993).  Smith Kline Beecham Pharmaceuticals - Paroxetine Treatment of
Obsessive-Compulsive Disorder.  Annual Direct Cost $ 100,000.

(1990-1991).  Child Psychiatry Research Center Grant - Psychobiology of
Childhood Obsessive-Compulsive Disorder.  $ 2,220.

(1990-1991).  Child Psychiatry Research Center Grant - Follow-up Study:
Collaborative Perinatal Project Soft Signs and Anxiety Disorders.  $ 2,000.

(1990-1991).  Biomedical Research Support Grant - Research Foundation for
Mental Hygiene to New York State Psychiatric Institute.  Psychobiology of
Impulsive Personality Disorders. $ 3,000.

(1988-1989).  Biomedical Research Support Grant - Research Foundation for
Mental Hygiene to New York State Psychiatric Institute.  5HT Enhanced
Cerebral Blood Flow and Auditory Evoked Potentials and Repeat Challenges
During Treatment in OCD.  $ 6,200.

(1988-1989).  Biomedical Research Support Grant - Columbia University College
of Physicians and Surgeons.  Apomorphine Challenges in Cocaine Abuse.  $ 5,000.

(1987-1988).  Biomedical Research Support Grant - Research Foundation for
Mental Hygiene to New York State Psychiatric Institute.  Biological Challenges
in Normal Controls.  $ 4,500.

(1987).  Biomedical Research Support Grant - Research Foundation for Mental
Hygiene to New York State Psychiatric Institute.  Biological Challenges in
Obsessive-Compulsive Disorder.  $ 3,642.

(1987).  Biomedical Research Support Grant - Research Foundation for Mental
Hygiene to New York State Psychiatric Institute.  Neuropsychiatric
Investigations of Obsessive-Compulsive Disorder.  $ 4,964.

B.  Co-Principal Investigator

NIMH - MH43845-Psychobiology of Obsessive Compulsive Disorder.  35% Effort.
(Dr. M. Liebowitz, PI), Total Direct Costs $ 356,412.

NIMH - MH44175-A Family Study of Obsessive Compulsive Disorder.  10% Effort.

(Dr. Abby Fyer, PI).  Total Direct Costs $ <u>464,798</u>.

(1991).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene - Neuropharmacology and Neuropsychology of Pathological Gambling. (C. DeCaria, PI).  $ <u>4,490</u>.

(1991).  Biomedical Research Support Grant - Research Foundation for Mental Hygiene – CT Findings and Soft-Signs in OCD (D. Stein, PI). $ <u>2,000</u>.

C.  <u>Director</u>

<u>Mental Health Clinical Research Center</u> (NIMH).  Anxiety Diagnostic and Recruitment Center Component (DF Klein, PI).  $ <u>508,000</u>.

D.  <u>Co-Investigator</u>

<u>NIMH</u>-Endogenous ERP's in Obsessive Compulsive Disorder.  RO1 Grant. (J. Towey, PI)  Total Direct Costs $ <u>133,461</u>.

<u>NIMH</u>-Chlorimipramine and Behavior Therapy for Obsessive Compulsive Disorder. RO1 Grant.  (M. Liebowitz, PI)  Total Direct Costs $ <u>766,224</u>.

(1988-1989).  <u>Biomedical Research Support Grant</u> - Research Foundation for Mental Hygiene to New York State Psychiatric Institute.  M-CPP Challenge in Eating Disorders (C. Buttinger, PI) $ <u>5,000</u>.

E.  <u>Overall Preceptor</u>

<u>NAAR/Bristol-Myers Squibb Research Fellowship in Autism and Neuropharmacology</u> Neuropharmacology, Neuroimaging, Immunology, Molecular Biology, and Molecular Genetics Charles Cartwright, M.D.  Total Annual Direct Cost $ <u>60,000</u>

<u>NAAR/Bristol-Myers Squibb Research Fellowship in Autism and Neuropharmacology</u> Neuropharmacology, Neuroimaging, Molecular Neurobiology Sherie Novotny, M.D.  Total Annual Direct Cost $ <u>60,000</u>

<u>Prior Co-Investigator</u>

(1996-2000).  <u>NIMH First Award</u> - Fluoxetine vs. Placebo Treatment of Depersonalization Disorder (MH55582) - Daphne Simeon, PI, Annual Direct Cost $ <u>70,000</u>.

(1996-1998).  <u>Theodore & Vada Stanley Foundation</u> - Positron Emission Tomography and Emotion Interpretation in Autistic Adults - Bonnie Aronowitz, PI, Annual Direct Cost $ <u>64,000</u>.

<u>Selected Presentations</u>:

Over 300 scientific presentations at American Psychiatric Association, Society of Biological Psychiatry, American College of Neuropsychopharmacology, World Federation of Societies of Biological Psychiatry, Psychiatry Research Society, International Catecholamine Conf, Neuropharmacology of Serotonin Conf, AEP, CINP, ECNP and at many grant rounds at psychiatry departments in the USA and Europe/South America/Africa.

<u>Chairman-Scientific Symposium</u>

| 1988 | Society of Biological Psychiatry - "Obsessive Compulsive Disorders" |
|------|--------------------------------------------------------------------|
| 1989 | American Psychiatric Association - "Predictors of Treatment Outcome in OCD" |
| 1989 | American Psychiatric Association - "Overlap of Tourette's Syndrome & OCD" |
| 1989 | World Federation Societies Biological Psychiatry |
|      | "Update on Drug Treatment of OCD" and "Psychobiology of OCD" |
| 1990 | American Psychiatric Association - "Update on the Treatment of OCD" |
| 1990 | American Psychiatric Association - "Overlap of Eating Disorders and OCD" |
| 1991 | Columbia University CME - "New Directions in OCD" |
| 1992 | American Psychiatric Association - "Obsessive-Compulsive Related Disorders" |
| 1992 | American Psychiatric Association - "Impulsivity and Compulsivity" |
| 1993 | First International OCD Conference, Capri |
| 1993 | American Psychiatric Association - "OCD Spectrum Disorders" |
| 1994 | American Psychiatric Association - "OCD Spectrum" and "Neuropsychology of OCD" |
| 1994 | CINP, Washington, DC - "New Developments: Functional Imaging of OCD and TS" |
| 1995 | American Psychiatric Association - |
|      | "Overview and Psychopharmacology of Body Dysmorphic Disorder" |
|      | "Impulsivity and Compulsivity:  Phenomenology and Treatment" |
| 1996 | American College of Neuropsychopharmacology - |
|      | "Oxytocin in Neuropsychiatric Illness:  Studies Relevant to Autism"; |
|      | "Strategies for Defining a More Homogeneous Phenotype of Autism for Family/ |
|      | Genetic Studies" |
| 1996 | American Psychiatric Association - "OCD:  State of the Art and Practical Management" |
| 1997 | American Psychiatric Association - |
|      | "Gambling:  Biological/Genetic, Treatment, Government and Gaming Concerns" |
|      | "Predictors of Treatment Response in Mood and OCD-Related Disorders" |
|      | "Recent Advances in Autism and Asperger's Disorder" |
|      | "CNS Spectrums - Emerging Neuropsychiatric Concepts" |
| 1998 | American Psychiatric Association – |
|      | "Genetics of OCD" |
| 1998 | American College of Neuropsychopharmacology |
|      | "Neuropsychopharmacology of Pathological Gambling" |
| 1999 | American Psychiatric Association – |
|      | "New Perspectives in the Treatment of Impulsivity" |
| 2000-2005 | |
|      | Multiple symposia at APA, ACNP, NCDEU annual meetings |

Fellows:

1. Dan J. Stein, M.D.
Columbia University/NYS Psychiatric Institute Postdoctoral Research Fellow
NARSAD Young Investigator Award - "Psychobiology of the Personality Dimensions"

2. Daphne Simeon, M.D.
Columbia University/NYS Psychiatric Institute Postdoctoral Research Fellow
NIMH Postdoctoral Research Fellowship
NARSAD Young Investigator Award - "Depersonalization:  Diagnosis, Biology, Treatment"

3. Michael Hwang, M.D.
Program for Minority Research Training in Psychiatry, American Psychiatric Association
"Neurological Aspects of OCD and TS"

4. Allison McCarley
Program for Minority Research Training in Psychiatry, American Psychiatric Association
"Sexual Side Effects of Serotonin Reuptake Blockers:
Stanley Scholar Program, Columbia University

5. Robert Grossman, M.D.
NIMH Postdoctoral Research Fellow - Mt. Sinai School of Medicine
Psychobiology of Self-Injurious Behavior

6. Scott Cherkasky, M.D.
Mt. Sinai Geriatric Research Fellow
OCD in the Geriatric Population

7. Cheryl Wong, M.D.
ACNP/Glaxo Wellcome Fellow
APA/PMRTP Research Fellow

8. Charles Cartwright, M.D.
NAAR/BMS Neuropsychopharmacology of Autism Fellow

9. Sherie Novotny, M.D.
NARSAD Young Investigator Award – "Pharmacological Treatment of Autism: Treating the Dimensions"
Mt. Sinai and Seaver Center Research Fellow

10. Alicia Kaplan, M.D.
Mt. Sinai and Seaver Center Research Fellow

11. Sallie Jo Hadley, M.D.
Mt. Sinai and Seaver Center Research Fellow

12. Stacey Wasserman, M.D.
Mt. Sinai and Seaver Center Research Fellow

13. Alicia Kaplan, M.D.
Mt. Sinai School of Medicine

14. Evdokia Anagnostou, M.D.
Mt. Sinai and Seaver Center Research Fellow

15. Latha Soorya, Ph.D.
Mt. Sinai School of Medicine, NIH Fellow
Training In Psychopharmacology and Outcomes Research

16. Ljilja Radulovic, M.D.
Mt. Sinai School of Medicine

17. Heather Berlin, Ph.D.
Mt. Sinai School of Medicine, NIH Fellow
Training In Psychopharmacology and Outcomes Research

18. Jennifer Bartz, Ph.D.
Mt. Sinai and Seaver Center Research Fellow

19. Danielle Halperin, PhD
NIDA T32 fellow

20. Ting Wang, PhD
NIDA T32 fellow

21. Ilana Slaff, MD
Seaver/YAI Fellow

Dissertation Committee:

1. Concetta DeCaria - Doctor of Philosophy in Psychology (Neuropsychology)
Dissertation: "Psychobiology of Pathological Gambling"

Current Research Activities:
Neuropharmacology/
Neuropsychiatry/
Functional Imaging/
Pharmacological and Psychological Treatment/
of
Autism
Obsessive-Compulsive Disorder
Body Dysmorphic Disorder
Pathological Gambling
Impulsive/Aggressive Personality Disorders
Impulse Control Disorders
OC Related Disorders

Publications

1.  Nurnberger JI, Simmons-Alling S, Kessler L, Jimerson S, Shreiber J, Hollander E, Tamminga C, Nadi N, Goldstein DS, Gershon ES.  Separate mechanisms for behavioral, cardiovascular, and hormonal responses to dextroamphetamine in man. Psychopharmacology, 84:200-204, 1984.

2.  Hollander E, Mohs RC, Davis KL.  Cholinergic approaches to the treatment of Alzheimer's disease. British Medical Bulletin 42:97-100, 1986.

3.  Hollander E, Mohs RC, Davis KL.  Antemortem markers of Alzheimer's disease. Neurobiology of Aging 7:367-387, 1986.

4.  Davidson M, Kendler KS, Mohs RC, Hollander E, Ryan T, Davis KL.  Effect of apomorphine infusion on plasma homovanillic acid in normal subjects. J Psychiatric Research 20(2):131-135, 1986.

5.  Mohs RC, Hollander E, Haroutunian V, Davidson M, Davis B, Giordani B, Horvath TB, Davis KL.  Cholinomimetics in Alzheimer's disease. In:  Proceedings of World Congress of Biological Psychiatry 1986.

6.  Davidson M, Mohs RC, Hollander E, Davis BM, Ryan T, Horvath TB, Davis KL.  Physostigmine in patients with Alzheimer's disease. Psychopharmacology Bulletin 22:101-105, 1986.

7.  Johns CA, Mohs RC, Hollander E, Davis BM, Greenwald BS, Horvath TB, Davis KL.  Clinical studies of the cholinergic deficit in Alzheimer's disease. In:  International Conference: The Dynamics of Cholinergic Function, Monograph edited by I. Hanin. Plenum Press, New York, 1986.

8.  Davis KL, Hollander E, Davidson M, Davis BM, Mohs RC, Horvath TB.  Induction of depression with oxotremorine in patient with Alzheimer's disease. American Journal of Psychiatry 144:468-471, 1987.

9.  Hollander E, Davidson M, Mohs RC, Horvath TB, Davis BM, Zemishlany Z, Davis KL.  RS 86 in the treatment of Alzheimer's disease:  cognitive and biologic effects. Biological Psychiatry 22(9):1067-1078, 1987.

10.  Hollander E, Kapell LA, Mohs RC, Davidson M, Davis BM, Horvath TB, Davis KL.  Oral Physostigmine in the treatment of Alzheimer's disease. Geriatric Medicine Today 6(4): 68-76, 1987.

11.  Davidson M, Mohs RC, Hollander E, Zemishlany Z, Powchik P, Ryan T, Davis KL.  Lecithin and piracetam in Alzheimer's disease. Biological Psychiatry 22(1):112-114, 1987. (letter)

12.  Liebowitz MR, Fyer AJ, Gorman JM, Campeas R, Levin A, Sandberg D, Hollander E, Papp L. Pharmacotherapy of social phobia:  a condition distinct from panic attacks. Psychosomatics 28(6):305-308, 1987.

13.  Hollander E.  Non-tartrazine allergy with desipramine. Am J Psychiatry 144(9):1247, 1987.  (letter)

14.  Liebowitz MR, Campeas R, Hollander E.  MAOI's:  impact on social behavior. Psychiatry Research 22(1):89-90, 1987. (letter)

15.  Hollander E, Liebowitz MR, Gorman JM.  Anxiety disorders. In:  American Psychiatric Press Textbook of Psychiatry, Talbott JA, Hales RE, Yudofsky SG, eds.  American Psychiatric Press, Washington, D.C., 1988, pp. 443-493.

16. Hollander E, Fay M, Cohen B, Campeas R, Gorman JM, Liebowitz MR. Serotonergic and noradrenergic sensitivity in obsessive-compulsive disorder: behavioral findings. Am J Psychiatry 145(8):1015-1017, 1988.

17. Davidson M, Mohs RC, Kendler KS, Davis B, Johns CA, Hollander E, Horvath TB, Davis KL. Plasma homovanillic acid concentration in schizophrenic patients. Biomedicine and Pharmacotherapy (in press).

18. Liebowitz MR, Gorman JM, Fyer AJ, Campeas R, Levin AP, Sandberg D, Hollander E, Papp L, Goetz D. Pharmacotherapy of social phobia: an interim report of a placebo controlled comparison of phenelzine and atenolol. J Clin Psychiatry 49(7):252-257, 1988.

19. Hollander E, Fay M, Klein DF, Liebowitz MR. Catecholaminergic and monoaminergic effects in obsessive-compulsive disorder. In: Progress in Catecholamine Research, Part C: Clinical Aspects, edited by Belmaker KH, Sandler M, Dahlstrom A. New York: Alan R. Liss, Inc., 1988, pp. 377-383.

20. Hollander E, Fay M, Liebowitz MR. Clonidine and clomipramine in obsessive compulsive disorder. Am J Psychiatry 145(3):388-389, 1988. (letter)

21. Hollander E, Liebowitz MR. Augmentation of antiobsessional treatment with fenfluramine. Am J Psychiatry 145(10):1314-1315, 1988. (letter)

22. Hollander E, Papp L, Campeas R, DeCaria C, Liebowitz MR. More on self mutilation and obsessive compulsive disorder. Can J Psychiatry 33(7):675, 1988. (letter)

23. Davidson M, Hollander E, Cohen L, Mohs R, Davis KL: Cholinergic agonists in Alzheimer disease patients. In: Current Research In Alzheimer Therapy, edited by E. Jacobini and R. Becker. Taylor and Francis, Inc., New York, 1988, pp. 333-337.

24. Liebowitz MR, Fyer AJ, Gorman JM, Campeas RB, Sandberg DP, Hollander E, Papp LA, Klein DF. Tricyclic therapy of the DSM-III anxiety disorders: a review with implications for further research. J Psychiatry Res 22 (suppl 1):7-31, 1988.

25. Fyer AJ, Liebowitz MR, Gorman JM, Campeas R, Levin A, Sandberg D, Fyer M, Hollander E, Papp LA, Goetz D, Klein DF. Effects of clonidine on alprazolam discontinuation in panic patients: a pilot study. J Clin Psychopharmacol, 8(4):270-274, 1988.

26. Hollander E, Liebowitz MR, Gorman JM, Cohen B, Fyer AJ, Klein DF. Cortisol and sodium lactate - induced panic. Arch Gen Psychiatry 46(2):135-140, 1989.

27. Hollander E, Klein DF. Differential diagnosis of anxiety disorders. In Panic Anxiety States, edited by P. Kielholz, C. Adams. Deutscher Arzte-Verlag, Koln, 1989.

28. Hollander E, DeCaria C, Liebowitz MR. Biological aspects of obsessive compulsive disorder. Psychiatric Annals 19(2):80-87, 1989.

29. Hollander E, Liebowitz MR, Cohen B, Gorman JM, Fyer AJ, Papp LA, Klein DF. Prolactin and sodium lactate - induced panic. Psychiatry Res 28(2):181-191, 1989.

30. Hollander E, Liebowitz MR, Winchel RW, Klumker A, Klein DF. Treatment of body dysmorphic disorder with serotonin reuptake blockers. Am J Psychiatry 146(6):768-770, 1989.

31. Papp LA, Martinez JM, Klein DF, Ross D, Liebowitz MR, Fyer AJ, Hollander E, Gorman JM. Arterial blood gas charges in panic disorder and lactate-induced panic. Psychiatry Research

28(2):171-180, 1989.

32. Goetz RR, Gorman JM, Dillon DJ, Papp LA, Hollander E, Fyer AJ, Liebowitz MR, Klein DF. Do panic patients indiscriminately endorse somatic complaints? Psychiatry Res 29(2): 207-213, 1989.

33. Hollander E, DeCaria C, Liebowitz MR. Biological aspects of obsessive compulsive disorder. Psychiatry Digest 9:6-8, 1989.

34. Liebowitz MR, Hollander E, Schneier F, Campeas R, Hatterer J, Papp L, Fairbanks J, Sandberg D, Davies S, Stein M. Fluoxetine treatment of obsessive compulsive disorder: an open clinical trial. J Clinical Psychopharmacology 9(6):423-427, 1989.

35. Hollander E, Klein DF. Medication. In: Handbook of Phobia Therapy: Rapid Symptom Relief In Anxiety Disorders, Lindemann C (ed.) Northvale, N.J.: Jason Aronson, Inc., 1989, pp. 405-425.

36. Hollander E, Fairbanks J, DeCaria C, Liebowitz MR. Derealization without depersonalization. Am J Psychiatry 146:1360-1361, 1989. (letter)

37. Hollander E, Fairbanks J, DeCaria C, Liebowitz MR. Pharmacological dissection of panic and depersonalization. Am J Psychiatry 146(3):402, 1989. (letter)

38. Liebowitz MR, Hollander E. Lactate-induced anxiety. Biological Psychiatry 25(6):669-670, 1989. (editorial)

39. Papp LA, Goetz R, Cole R, Klein DF, Jordan F, Liebowitz MR, Fyer AJ, Hollander E, Gorman JM. Hypersensitivity to carbon dioxide in panic disorder. Am J Psychiatry 146(6): 779-781, 1989.

40. Hollander E, Schiffman E, Cohen B, Rivera-Stein M, Rosen W, Gorman JM, Fyer A, Papp L, Liebowitz MR. Signs of central nervous system dysfunction in obsessive-compulsive disorder. Archives of General Psychiatry 47(1):27-32, 1990.

41. Hollander E, DeCaria CM, Schneier FR, Schnier HA, Liebowitz MR, Klein DF. Fenfluramine augmentation of serotonin reuptake blockade antiobsessional treatment. J Clin Psychiatry 51(3):119-123, 1990.

42. Hollander E, Liebowitz MR, DeCaria C, Fairbanks J, Fallon B, Klein DF. Treatment of depersonalization with serotonin reuptake blockers. J Clin Psychopharmacology 10(3):200-203, 1990.

43. Hollander E, Levin AJ, Liebowitz MR. Biological tests in the differential diagnosis of anxiety disorders. In Clinical Aspects of Panic Disorder, Ballanger J, ed. New York, Wiley-Liss, 1990, pp. 29-44.

44. Hatterer JA, Gorman JM, Fyer AJ, Campeas RB, Schneier FR, Hollander E, Papp LA, Liebowitz MR. Pharmacotherapy of four men with paruresis. Am J Psychiatry 147(1):109-111, 1990.

45. Hollander E, Liebowitz MR. Generalized anxiety disorders and panicogenic syndromes. In: Anxiety and the Heart, Byrne DG and Roserman R, eds. New York, Hemisphere Publishing Corp., 1990, pp. 53-72.

46. Liebowitz MR, Hollander E, Fairbanks J, Campeas R. Fluoxetine for adolescents with obsessive-compulsive disorder. Am J Psychiatry 147(3):370-371, 1990. (letter)

47.    Hollander E, Liebowitz MR, DeCaria C, Klein DF.  Fenfluramine, cortisol, and anxiety. Psychiatry Research 31(2):211-213, 1990. (letter)

48.    Schneier FR, Liebowitz MR, Davies SO, Fairbanks J, Hollander E, Campeas R, Klein DF. Fluoxetine in panic disorder.  J Clin Psychopharmacol 10(2):119-121, 1990.

49.    Liebowitz MR, Hollander E, Schneier F, Campeas R, Fallon B, Welkowitz L, Cloitre M, Davies S.  Anxiety and depression:  discrete diagnostic entities?  J Clin Psychopharmacol 10(3 Suppl):61S-66S, 1990.

50.    Towey J, Bruder G, Hollander E, Friedman D, Erhan H, Liebowitz MR, Sutton S.  Endogenous event-related potentials in obsessive-compulsive disorder.  Biol Psychiatry 28(2):92-98, 1990.

51.    Hollander E, DeCaria CM, Liebowitz MR, Klein DF.  Body dysmorphic disorder (Dr. Hollander and associates reply  to Thomas)  Am J Psychiatry 147:817, 1990.

52.    Liebowitz MR, Hollander E.  Obsessive-compulsive disorder:  psychobiological integration. In:  Psychobiology of Obsessive Compulsive Disorder, Zohar J, Insel TR, Rasmussen S, eds. New York, Springer Publishing, 1991, pp. 227-255.

53.    Hollander E, Hatterer J, Klein DF.  Antidepressants for the treatment of panic and agoraphobia. In:  Handbook of Anxiety Disorders Vol. 4:  The Treatment of Anxiety, Noyes R, Roth M, Burrows GD, eds.  Elsevier Science Publishers B.V., Amsterdam 1990, pp. 207-232.

54.    Hollander E.  Serotonergic drugs and the treatment of disorders related to obsessive-compulsive disorder.  In:  Current Treatments of Obsessive-Compulsive Disorder, Pato M, Zohar J, eds. American Psychiatric Press, Inc., Washington, DC, 1991, pp. 173-191.

55.    Liebowitz MR, Schneier F, Campeas R, Gorman J, Fyer A, Hollander E, Hatterer J, Papp L. Phenelzine and atenolol in social phobia.  Psychopharmacol Bull 26(1):123-125, 1990.

56.    Liebowitz MR, Hollander E, Schneier F, Campeas R, Welkowitz L, Hatterer J, Fallon B. Reversible and irreversible monoamine oxidase inhibitors in other psychiatric disorders.  Acta Psychiatrica Scandinavica 360:29-34, 1990.

57.    Hollander E, Liebowitz MR, Rosen WT.  Neuropsychiatric and neuropsychological studies in obsessive compulsive disorder.  In:  Psychobiology of Obsessive Compulsive Disorder, Zohar J, Insel TR, Rasmussen S, eds.  New York, Springer Publishing Co., 1991, pp. 126-145.

58.    Hollander E, Liebowitz MR, DeCaria CM.  Conceptual and methodological issues in studies of obsessive-compulsive and Tourette's disorders.  Psychiatr Dev 7(4):267-296, 1989.

59.    Hollander E, Nunes E, DeCaria CM, Quitkin FM, Cooper T, Wager S, Klein DF.  Dopaminergic sensitivity and cocaine abuse:  response to apomorphine.  Psychiatry Research 33(2):161-169, 1990.

60.    Hollander E, DeCaria C, Gulley R, Nitescu A, Suckow RF, Gorman JM, Klein DF, Liebowitz MR.  Effects of chronic fluoxetine treatment on behavioral and neuroendocrine response to meta-chlorophenylpiperazine in obsessive-compulsive disorder.  Psychiatry Research 36(1):1-17, 1991.

61.    Hollander E, Neville D, DeCaria C, Mullen L, Schneier FR, Liebowitz MR.  On dysmorphophobia misdiagnosed as obsessive-compulsive disorder.  Psychosomatics 31(4):468-469, 1990. (letter)

62.    Hollander E, Neville D, DeCaria CM, Mullen L.  Neurological and structural involvement in

OCD.  Neuropsychiatry Neuropsychol Behav Neurology 3:314-315, 1990.

63.  Fallon BA, Liebowitz MR, Hollander E, Schneier FR, Campeas RB, Fairbanks J, Papp LA, Hatterer JA, Sandberg D.  The pharmacotherapy of moral or religious scrupulosity. J Clinical Psychiatry 51(12):517-521, 1990.

64.  Hollander E, DeCaria CM, Aronowitz B, Klein DF, Liebowitz MR, Shaffer D.  A pilot follow-up study of childhood soft-signs and the development of adult psychopathology.  J Neuropsychiatry Clin Neurosci 3(2):186-189, 1991.

65.  Liebowitz MR, Schneier F, Campeas R, Hollander E, Hatterer J, Fyer A, Gorman J, Papp L, Davies S, Gully R, Klein DF.  Phenelzine vs. atenolol in social phobia:  a placebo controlled comparison.  Arch Gen Psychiatry 49(4):290-300, 1992.

66.  Hollander E, DeCaria CM, Nitescu A, Gulley R, Suckow RF, Cooper TB, Gorman JM, Klein DF, MR.  Serotonergic function in obsessive compulsive disorder:  behavioral and neuroendocrine responses to oral m-chlorophenylpiperazine and fenfluramine in patients and healthy volunteers.  Arch Gen Psychiatry 49(1):21-28, 1992.

67.  Hollander E, DeCaria C, Nitescu A, Cooper T, Stover B, Gulley R, Klein DF, Liebowitz MR. Noradrenergic function in obsessive compulsive disorder: behavioral and neuroendocrine responses to clonidine and comparison to healthy controls.  Psychiatry Research 37:161-177, 1991.

68.  Papp LA, Klein DF, Martinez J, Schneier F, Cole R, Hollander E, Fyer AJ, Jordan F, Gorman JM.  The diagnostic and substance specificity of carbon dioxide induced panic.  Am J Psychiatry 150(2):250-257, 1993.

69.  Hollander E, Mullen L, DeCaria C, Skodol A, Schneier FR, Liebowitz MR, Klein DF. Obsessive-compulsive disorder, depression, and fluoxetine.  J Clin Psychiatry 52(10):418-422, 1991.

70.  Hollander E, Neville D, Frenkel M, Josephson S, Liebowitz MR.  Body dysmorphic disorder: diagnostic issues and related disorders.  Psychosomatics 33(2):156-165, 1992.

71.  Stein DJ, Brun RD, Josephson SC, Hollander E.  Obsessional severity in Tourette's syndrome. J Clin Psychiatry 52(9):388, 1991. (letter)

72.  Hollander E, Stein DJ, DeCaria CM, Saoud JB, Klein DF, Liebowitz MR.  A pilot study of biological predictors of treatment outcome in obsessive compulsive disorder.  Biol Psychiatry 33(10):747-749, 1993.

73.  Stein D, Frenkel M, Hollander E.  Classification of Koro.  Am J Psychiatry 148:1279-1280, 1991. (letter)

74.  Fallon BA, Javitch JA, Hollander E, Liebowitz MR.  Hypochondriasis and obsessive-compulsive disorder:  overlaps in diagnosis and treatment.  J Clin Psychiatry 52(11):457-460, 1991.

75.  Stein DJ, Hollander E, Mullen L, Saoud J, Robinson D, Liebowitz MR.  Comparison of clomipramine, alprazolam and placebo in the treatment of obsessive-compulsive disorder. Human Psychopharmacol 7(6):389-395, 1992.

76.  Stein DJ, Hollander E, Anthony D, Schneier FR, Fallon BA, Liebowitz MR, Klein DF. Serotonergic medications for sexual obsessions, sexual addictions and paraphilias. J Clin Psychiatry 53(8):267-271, 1992.

77.   Stein D, Hollander E. Anxiety: stress. In Mental Health in the Workplace: A Practical Psychiatric Guide, edited by Kahn JP. Van Nostrand Reinhold, New York, 1993, pp. 241-272.

78.   Hollander E. Introduction. In: Obsessive-Compulsive Related Disorders. Hollander E, ed. American Psychiatric Press, Washington, DC 1993, pp. 1-16.

79.   Stein DJ, Hollander E. Low dose pimozide augmentation of serotonin reuptake blockers in the treatment of trichotillomania. J Clin Psychiatry 53(4):123-126, 1992.

80.   Josephson SC, Hollander E. Am I hypochondriac? OCD Newsletter 4:5-8, 1990.

81.   Josephson SC, Hollander E, Fallon B. Obsessive-compulsive disorder, body dysmorphic disorder and hypochondriasis: clinical features and treatment response in twenty one cases. J Clin Psychiatry (in review).

82.   Carrasco JL, Hollander E, Schneier FR, Liebowitz MR. Treatment outcome of obsessive-compulsive disorder with comorbid social phobia. J Clin Psychiatry 53(11):387-391, 1992.

83.   Frankel M, Hollander E, Josephson S. Erotomania and delusional jealousy. (in preparation)

84.   Hollander E, DeCaria C, Sauoud J, Klein DF, Liebowitz MR. Neurological soft-signs in obsessive-compulsive disorder. (in reply). Arch Gen Psychiatry 48:278-279, 1991.

85.   Hollander E, Stein DJ, Saoud JB, DeCaria CM, Cooper TB, Trungold S, Leibowitz MR, Stanley M. Effects of fenfluramine on plasma homovanillic acid in healthy controls. J Neural Transm Gen Sect 90(1):81-84, 1992.

86.   Schneier FR, Chin SJ, Hollander E, Liebowitz MR. Fluoxetine in social phobia. J Clin Psychopharmacology 12(1):62-64, 1992.

87.   Fallon BA, Campeas R, Schneier FR, Hollander E, Feerick J, Hatterer J, Goetz D, Davies S, Leibowitz MR. Open trial of intravenous clomipramine in 5 treatment-refractory patients with obsessive-compulsive disorder. J Neuropsychiatry Clin Neuroscience 4(1):70-75, 1992.

88.   Hollander E, Schiffman E, Cohen B, Rivera-Stein MA, Rosen W, Gorman JM, Fyer AJ, Papp L, Liebowitz MR. Signs of central nervous system dysfunction in obsessive-compulsive disorder. Psychiatry Digest 7:11-12, 1990 and Arch Gen Psychiatry 47(1):27-32, 1990. Hollander E, Schiffman E, Cohen B, Rivera-Stein M, Rosen W, Gorman JM, Fyer AJ, Papp L, Liebowitz MR. Signos de disfuncion del sitema nervioso central en el trastorno obsesivo-compulsivo. Psychiatry Digest 1:8-9, 1991.

89.   Liebowitz MR, Hollander E, Fallon B, Welkowitz L, Schneier F, Campeas R. OCD and related disorders. International Clinical Psychopharmacology (in press).

90.   Gorman JM, Papp LA, Martinez J, Goetz RR, Hollander E, Liebowitz MR, Jordan F. High-dose carbon dioxide challenge test in anxiety disorder patients. Biological Psychiatry 28(9): 743-747, 1990.

91.   Hollander E, Nunes E, DeCaria CM, Quitkin F, Cooper TB, Klein DF. Dopaminergic sensitivity and cocaine abuse: response to apomorphine. Psychiatry/Neurology Digest (in press).

92.   Stein DJ, Hollander E, DeCaria C, Trungold S. OCD: a disorder with anxiety, aggression, impulsivity and depressed mood. Psychiatry Research 36(2):237-239, 1991. (letter)

93.   Stein DJ, Hollander E. Antemortem markers. In: Principles and Practice of Geriatric

Psychiatry, Copeland JRM, Abou-Saleh MR, Blazer DG, eds. John Wiley & Sons Ltd., West Sussex, England, 1994, 335-340.

94.  Stein DJ, Hutt C, Spitz J, Hollander E. Compulsive picking and obsessive-compulsive disorder. Psychosomatics 34(2):177-181, 1993.

95.  Hollander E, DeCaria CM, Frenkel M, Stein D, Trungold S. Compulsive gambling, body dysmorphic disorder and Tourette's syndrome: obsessive-compulsive related disorders. OCD Newsletter May, 1991. pp. 6.

96.  Phillips KA, Hollander E. Body dysmorphic disorder: DSM IV source book review. In: Volume II DSM IV Source Book, Widiger TA, Frances AJ, Pincus HA, et al, eds. American Psychiatric Press, Inc., Washington, DC (in press).

97.  Hollander E, Stein D, DeCaria CM, Frenkel M, Trungold S, Liebowitz MR. Obsessive compulsive related disorders. Biological Psychiatry, Vol. 1. Excerpta Medica International Congress Series, Racagni G, Brunello N, Fukuda T, eds. Elsevier Science Publishers, Amsterdam, pp. 680-682, 1991.

98.  Stein DJ, Hollander E. Cognitive science and obsessive-compulsive disorder. In: Cognitive Science and Clinical Disorders, Young JE, Stein DJ, eds. Academic Press, San Diego, CA, 1992, pp. 235-246.

99.  Liebowitz MR, Schneier FR, Hollander E, Welkowitz LA, Saoud JB, Feerick J, Campeas R, Fallon B, Street L, Gitow A. Treatment of social phobia with drugs other than benzodiazepines. J Clin Psychiatry 52(suppl)10-15, 1991.

100. Anthony D, Hollander E. Sexual compulsions. In: Obsessive-Compulsive Related Disorders, Hollander E, ed. American Psychiatric Press, Inc., Washington, DC, 1993, pp. 139-150.

101. DeCaria CM, Hollander E. Pathological (Compulsive) Gambling. In: Obsessive-Compulsive Related Disorders, Hollander E, ed. American Psychiatric Press, Inc., Washington, DC, 1993, pp. 151-178.

102. Stein DJ, Hollander E, Skodol A. Pharmacotherapy of hospitalized personality disorder patients: four decades of clinical experience. Res Commun Biolog Psychol Psychiat 20:81-94, 1995.

103. Stein DJ, Hollander E. Dermatology and conditions related to obesssive-compulsive disorder. J Am Acad Dermatol 26:237-242, 1992.

104. Stein DJ, Hollander E, Skodol AE. Anxiety disorders and personality disorders: a review. J Personality Disorders 7(2):87-104, 1993.

105. Marazziti D, Hollander E, Lensi P, Ravagli S, Cassano GB. Peripheral markers of serotonin and dopamine function in obsessive-compulsive disorder. Psychiatry Research 42(1):41-51, 1992.

106. Hollander E, DeCaria C, Nitescu A, Cooper T, Stover B, Gulley R, Klein DF, Liebowitz MR. Noradrenergic function in obsessive compulsive disorder and normal controls: neuroendocrine and behavioral responses to clonidine challenge. Psychiatry Digest 3:29-30, 1992.

107. Stein DJ, Shoulberg N, Helton K, Hollander E. The neuroethological model of obsessive-compulsive disorder. Compr Psychiatry 33(4):274-281, 1992.

108. Hollander E, McCarley A. Yohimbine treatment of sexual side effects induced by serotonin reuptake blockers. J Clin Psychiatry 53(6):207-209, 1992.

109.   Hollander E, Carrasco JL, Mullen LS, Trungold S, DeCaria CM, Towey J. Left hemispheric activation in depersonalization disorder: a case report. Biol Psychiatry 31(11):1157-1162, 1992.

110.   Hollander E, Hwang MY, Mullen LS, DeCaria C, Stein DJ, Cohen L. Clinical and research issues in depersonalization syndrome. Psychosomatics 34(2):193-194, March-April, 1993. (letter)

111.   Stein DJ, Hollander E. Pharmacotherapy of borderline personality disorder. International Psychiatry Today 2:1-9, 1992.

112.   Hollander E, Phillips KA. Body image and experience disorders. In: Obsessive Compulsive Related Disorders, Hollander E, ed. American Psychiatric Press, Inc., Washington, DC, 1993, pp. 17-48.

113.   Hollander E, Mullen LS, Carrasco JL, DeCaria CM, Stein DJ. Symptom relapse in bulemia nervosa and obsessive-compulsive disorder after treatment with serotonin antagonists. J Clin Psychiatry 53(1):28, 1992. (letter)

114.   Stein DJ, Hollander E, Chan S, DeCaria CM, Hilal S, Liebowitz MR. Computerized tomography and soft-signs in obsessive-compulsive disorder. Psychiatry Research 50(3):143-150, 1993.

115.   Hollander E, Frenkel M, DeCaria C, Trungold S, Stein DJ. Treatment of pathological gambling with clomipramine. Am J Psychiatry 149(5):710-711, 1992. (letter).

116.   Hollander E, Stein DJ, DeCaria CM. Impulsivity and compulsivity: symptoms and diagnosis. International Psychiatry Today 2:11-12, 1993.

117.   Schneier FR, Carrasco JL, Hollander E, Campeas R, Fallon B, Saoud J, Feerick J, Liebowitz MR. Alpidem in the treatment of panic disorder. J Clin Psychopharmacol 13(2):150-153, 1993.

118.   Hollander E, Stein DJ, DeCaria CM, Cohen L, Islam M, Frenkel M. Disorders related to OCD - neurobiology. Clinical Neuropharmacology 15:suppl 1:259A-260A, 1992.

119.   Hollander E, Cohen L, DeCaria CM, Stein DJ, Trungold-Apter S, Islam M. Fluoxetine and depersonalization syndrome. Psychosomatics 33(3):361-362, 1992. (letter)

120.   Stein DJ, Hollander E. Further comments on the obsessive-compulsive related disorders and dermatology. J Am Acad Dermatology 12:1034-1035, 1992.

121.   Stein DJ, Hollander E. Trichotillomania: neurobiological and psychosocial perspectives. In: Loss, Grief and Care, edited by Kutscher AH. (in press).

122.   Prichep LS, Mas F, Hollander E, Liebowitz M, John ER, Almas M, DeCaria CM, Levine RH. Quantitative electroencephalographic subtyping of obsessive-compulsive disorder. Psychiatry Research 50(1):25-32, 1993.

123.   Schneier FR, Sauod JB, Campeas R, Fallon BA, Hollander E, Coplon J, Liebowitz MR. Buspirone in social phobia. J Clin Psychopharm 13(4):251-256, 1993.

124.   Stein DJ, Hollander E, Islam MM, Saoud J, DeCaria CM, Cohen L, Mullen L. Impulsive and compulsive symptoms and the obsessive-compulsive spectrum. Harvard J Psychiatry (in review).

125.   Stein DJ, Mullen L, Islam MN, Cohen L, DeCaria CM, Hollander E. Compulsive and impulsive symptomatology in trichotillomania. Psychopathology 28(4):208-213, 1995.

126.   Stein DJ, Hollander E, Cohen L, Frenkel M, Saoud JB, DeCaria C, Aronowitz B, Levin A. Liebowitz MR, Cohen L.  Neuropsychiatric impairment in impulsive personality disorders. Psychiatry Res 48(3):257-266, 1993.

127.   Stein DJ, Hollander E, Klein DF.  Biological markers of depression and anxiety.  Medicographia 16:18-21, 1994.

128.   Hollander E, Stein DJ, Saoud JB, DeCaria CM, Cooper TB, Trungold S, Stanley M, Liebowitz MR. Effects of fenfluramine on plasma pHVA in OCD.  Psychiatry Research 42(2):185-188, 1992. (letter)

129.   Fallon BA, Liebowitz MR, Salmon E, Schneier FR, Jusino C, Hollander E, Klein DF. Fluoxetine for hypochondriacal patients without major depression.  J Clin Psychopharmacol 13(6):438-441, 1993.

130.   Simeon D, Hollander E.  Anxiety disorders, phobias and obsessive-compulsive disorders.  In: Core Readings in Psychiatry, An Annotated Guide to the Literature.  Sacks MH, Sledge WH, Warren C, eds.  American Psychiatric Press, Inc., Washington, DC, 1995.

131.   Hollander E, Simeon D, Gorman JG.  Anxiety Disorders.  In:  The American Psychiatric Press Textbook of Psychiatry (2nd Edition), Hales RE, Yudofsky SC, Talbott JA, eds.  American Psychiatric Press, Inc., Washington, DC, 1994, pp. 495-564.

132.   Stein DJ, Hollander E, Simeon D, Cohen L, Hwang M.  Pregnancy and obsessive-compulsive disorder.  Am J Psychiatry 150(7):1131-1132, 1993. (letter)

133.   Hollander E, Cohen L, Simeon D, Rosen J, DeCaria C, Stein DJ.  Fluvoxamine treatment of body dysmorphic disorder.  J Clin Psychopharmacol 14(1):75-77, 1994.

134.   Stein DJ, Hollander E.  A neural network model of obsessive-compulsive disorder. J of Mind and Behavior 15:25-40, 1994.

135.   Hollander E, Greenwald S, Neville D, Johnson J, Hornig CD, Weissman MM.  Uncomplicated and comorbid obsessive-compulsive disorder in an epidemiological sample.  Depression and Anxiety 4(3):111-119, 1996/1997.

136.   Stein DJ, Keating J, Zar HJ, Hollander E.  A survey of the phenomenology and pharmacotherapy of compulsive and impulsive aggressive symptoms in Prader-Willi syndrome.  J Neuropsychiatry Clin Neurosci 6(1):23-29, 1994.

137.   Towey J, Bruder G, Tenke C, Leite P, DeCaria CM, Friedman D, Hollander E.  Event-related potential and clinical correlates of neurodysfunction in obsessive-compulsive disorder. Psychiatry Research 49(2):167-181, 1994.

138.   Hwang MY, Stein D, Simeon D, Hollander E.  Clozapine, obsessive symptoms, and serotonergic mechanisms.  Am J Psychiatry 150(9):1435, 1993. (letter)

139.   Hwang MY, Martin AM, Lindenmayer JP, Stein D, Hollander E.  Treatment of schizophrenia with obsessive-compulsive features with serotonin reuptake inhibitors.  Am J Psychiatry 150(7): 1127, 1993. (letter)

140.   Hollander E, Hwang MY.  Reply to Terao: Titration of serotonin reuptake blockers. J Clin Psychiatry 54:115, 1993.

141.   Keating JT, Stein DJ, Frenkel M, Hollander E.  Neurological illness and obsessive-compulsive

disorder: case report and review of the literature. Neuropsychiatry Neuropsychol Behav Neurology (in review).

142.  Hollander E, Cohen L, Richards M, Mullen L, DeCaria CM, Stern Y. A pilot study of the neuropsychology of obsessive-compulsive disorder and Parkinson's disease: basal ganglia disorders. J Neuropsychiatry Clin Neurosci 5(1):104-107, 1993.

143.  Stein DJ, Borchelt P, Hollander E. Pharmacotherapy of naturally occuring anxiety symptoms in dogs. Res Comm Psychol Psychiatry Behav 19(1-2):39-48, 1994.

144.  Stein DJ, Hollander E. Impulsive-aggression and obsessive-compulsive disorder. Psychiatric Annals 23(7):389-395, 1993.

145.  Hollander E. Obsessive-compulsive spectrum disorders. Progress Notes 4(1)2-4, 1993.

146.  Simeon D, Hollander E. Self-mutilation and the relationship to OCD. OCD Newsletter 7: (1)6;1993.

147.  Hollander E, Stein DJ, DeCaria CM, Cohen L, Saoud JB, Skodol AE, Kellman D, Rosnick L, Oldham J. Serotonergic sensitivity in borderline personality disorder: preliminary findings. Am J Psychiatry 151(2):277-280, 1994.

148.  Stein DJ, Hollander E. Reply to Dr. Koblenzer (letter). J Am Acad Dermatol (in press).

149.  Hollander E, Cohen LJ, Stein D. Commentary on 'neurochemical predictors and correlates of vulnerability to cocaine use' by King and Flowers. In NIDA Technical Review: Individual Differences in the Biobehavioral Etiology of Drug Abuse, NIDA Research Monograph 159, 1996, pp. 264-268.

150.  Hollander E, Cohen LJ, Stein D. Commentary on 'vulnerability to substance abuse in eating disorders' by Kaye and Wisniewski. In NIDA Technical Review: Individual Differences in the Biobehavioral Etiology of Drug Abuse, NIDA Research Monograph 159, 1996, pp. 312-317.

151.  Hollander E, Cohen L, Stein DJ, Simeon D, Hwang M, DeCaria CM. Fluvoxamine treatment of obsessive compulsive spectrum disorders. Ann Clin Psychiatry (in press).

152.  Hwang M, Hollander E. Delusional OCD. OCD Newsletter 7:8, 1993.

153.  Hollander E, Cohen L. OCD in African-Americans: psychobiology and psychopharmacology. In: Anxiety Disorders in African-Americans, Friedman S, ed. Springer Press, 1994, pp. 185-202.

154.  Stein DJ, Hollander E. The spectrum of obsessive-compulsive related disorders. In: Obsessive-Compulsive Related Disorders, Hollander E, ed. American Psychiatric Press, Inc., Washington, DC, 1993, pp. 241-272.

155.  Carrasco J, Saiz-Ruiz J, Hollander E, Cesar J, Lopez-Ibor JJ. Low platelet monoamine oxidase activity in pathological gambling. Acta Psychiatr Scand 90(6):427-431, 1994.

156.  Stein DJ, Dodman NH, Borchelt P, Hollander E. Behavioral disorders in veterinary practice: relevance to psychiatry. Comprehensive Psychiatry 35(4):275-285, 1994.

157.  Stein DJ, Hollander E, Josephson SC. Serotonin reuptake blockers for the treatment of obsessional jealousy. J Clin Psychiatry 55(1):30-33, 1994.

158.  Hadigan CM, Walsh BT, Buttinger C, Hollander E. Behavioral and neuroendocrine responses

to m-CPP in anorexia nervosa. <u>Biol Psychiatry</u> 37(8):504-511, 1995.

159.  Hollander E, Cohen L, Simeon D.  Body dysmorphic disorder.  <u>Psychiatric Annals</u> 23(7):359-364, 1993.

160.  Hollander E.  Obsessive compulsive spectrum disorders: an overview.  <u>Psychiatric Annals</u> 23(7):355-358, 1993.

161.  Simeon D, Hollander E.  Depersonalization disorder.  <u>Psychiatric Annals</u> 23(7):382-388, 1993.

162.  Hwang MY, Hollander E.  Schizo-obsessive disorders.  <u>Psychiatric Annals</u> 23(7):396-401, 1993.

163.  Towey JP, Tenke CE, Bruder GE, Leite P, Friedman D, Liebowitz M, Hollander E.  Brain event-related correlates of overfocussed attention in obsessive-compulsive disorder. <u>Psychophysiology</u> 31:535-543, 1994.

164.  Stein DJ, Hollander E, Liebowitz MR. Neurobiology of impulsivity and impulse control disorders. <u>J Neuropsychiatry Clin Neurosci</u> 5(1):9-17, 1993.

165.  Hollander E.  Commentary:  disorders related to OCD.  <u>Focus on OCD</u> 1:13-14, 1993.

166.  Hollander E, DeCaria C, Stein D, Simeon D, Cohen L, Hwang M, Islam M.  Behavioral response to m-CPP.  <u>Biol Psychiatry</u> 35(6):426-427, 1994. (letter).

167.  Stein DJ, Hollander E.  Dermatology and conditions related to obsessive-compulsive disorder. <u>Dermatology Digest</u> 3:4, 1993.

168.  Stein DJ, Hollander E.  Neurobiology of personality disorder:  room for research. <u>Human Psychopharmacology</u> 7:409-410, 1992. (letter)

169.  Simeon D, Hollander E, Stein DJ, DeCaria CM, Cohen L, Saoud JB, Islam N, Hwang M. Induction of depersonalization by the serotonin agonist m-CPP.  <u>Psychiatry Res</u> 58(2):161-164, 1995.

170.  Stein DJ, Hollander E.  OCD expert (computer program).  <u>Mental Health Connections,</u> Lexington, MA, 1993.

171.  Hollander E, Cohen LJ, DeCaria CM, Saoud JB, Stein DJ, Trungold S, Cooper TB, Islam MN, Liebowitz MR, Klein DF.  Timing of neuroendocrine responses and effect of m-CPP and fenfluramine plasma levels in OCD.  <u>Biol Psychiatry</u> 34(6):407-413, 1993.

172.  Stein DJ, Hollander E, Cohen L.  Neuropsychiatry of OCD.  In:  Olivier B, Hollander E, Marazziti D, Zohar J, eds.  <u>Obsessive Compulsive Disorder.</u>  John Wiley and Sons, Ltd. Sussex, England, pp. 167-182.

173.  Stein DJ, Patterson R, Hollander E.  Expert systems for psychiatric pharmacotherapy. <u>Psychiatric Annals</u> 24(1):37-41, 1994.

174.  Hollander E.  Potential clinical applications of serotonin drugs.  <u>International Clinical Psychopharmacology Serotonin Supplement</u> (in press).

175.  Simeon D, Hollander E, Cohen L.  Obsessive-compulsive related disorders.  In:  Olivier B, Hollander E, Marazziti D, Zohar J, eds.  <u>Obsessive-Compulsive Disorder.</u>  John Wiley and Sons, Ltd.  Sussex, England, pp. 53-63.

176.  Stein DJ, Simeon D, Hollander E.  Imagined ugliness and plastic surgery:  current research on

body dysmorphic disorder. In: <u>Psychosocial Aspects of Plastic Surgery</u> (in press).

177.    Stein DJ, Hollander E, DeCaria C. Personality disorders and OCD. In: Hollander E, Zohar J, Marazziti D, Olivier B, eds. <u>Obsessive-Compulsive Disorder</u>. John Wiley and Sons, Ltd., Sussex, England, pp. 41-51.

178.    Stein DJ, Hollander E, Klein DF. Anxio-depression: evolution des idees. In: Olie JP, Poirier MF, Loo H. <u>Les Maladies Depressives</u>. Paris: Flammarion, 1995.

179.    Hollander E, Cohen LJ. The assessment and treatment of refractory anxiety. <u>J Clin Psychiatry</u> 55:[2, suppl]:27-31, 1994.

180.    Aronowitz B, Liebowitz MR, Hollander E, Fazzini E, Durlach-Mistelli C, Frenkel M, Mosovich S, Garfinkel R, Saoud J, DelBene D, Cohen L, Rubin L. Neuropsychiatric and neuropsychological findings in conduct disorder and attention deficit hyperactivity disorder. <u>J Neuropsychiatry Clin Neurosci</u> 6(3):245-249, 1994.

181.    Stein DJ, Hollander E. La dermatologie et les affections lie'es au trouble obsessionnel-compulsif. <u>Cutis et Psyche</u> Juin:19-21, 1993.

182.    Stein DJ, Hollander E. Trichotillomania and the obsessive-compulsive spectrum. <u>Am Soc Clin Psychopharmacol Progress Notes</u> 4:3-4, 1993.

183.    Stein DJ, Prohovnik I, Goldman RG, Hollander E. Cingulate cortex in compulsivity and impulsivity: a case report. <u>Neuropsychiatry Neuropsychol Bev Neurol</u> 7(4):308-312, 1994.

184.    Dago P, Hollander E. Response of non-paraphilic sexual addictions to low-dose fluoxetine. <u>J Clin Psychiatry</u> (in review).

185.    Stein DJ, Hollander E. Reply to Satel "The diagnostic limits of addiction". <u>J Clin Psychiatry</u> 54:237-238, 1993. (letter).

186.    Stein DJ, Hollander E, Simeon D, Cohen L. Impulsivity scores in patients with obsessive-compulsive disorder. <u>J Nerv Mental Disorders</u> 182(4):240-241, 1994.

187.    Stein DJ, Hollander E, Simeon D, Cohen L, Islam MN, Aronowitz B. Neurological soft signs in females trichotillomania patients, obsessive-compulsive disorder patients, and healthy control subjects. <u>J Neuropsychiatry Clin Neurosci</u> 6(2):184-187, 1994.

188.    Aronowitz BR, Hollander E, DeCaria CM, Saoud JB, Cohen L, Stein D, Liebowitz MR, Rosen WG. Neuropsychology of obsessive compulsive disorder: preliminary findings. <u>Neuropsychiatry Neuropsychol Behav Neurol</u> 7(2):81-86, 1994.

189.    Cohen LJ, Hollander E, DeCaria C, Stein DJ, Simeon D, Liebowitz MR, Aronowitz BR. Specificity of neuropsychological impairment in obsessive-compulsive disorder: a comparison with social phobic and normal control subjects. <u>J Neuropsychiatry Clin Neurosci</u> 8(1):82-85, 1996.

190.    Stein DJ, Hollander E, DeCaria C, Cohen L, Simeon D. Behavioural response to m-chlorophenylpiperazine and clonidine in trichotillomania. <u>J Serotonin Research</u> 4:11-15, 1997.

191.    Stein DJ, Hollander E, Cohen L, Simeon D, Aronowitz B. Serotonergic responsivity in trichotillomania: neuroendocrine effects of m-chlorophenylpiperazine. <u>Biol Psychiatry</u> 37(6):414-416, 1995.

192.  Stein DJ, Towey J, Hollander E.  Neuropsychiatry of impulsive-aggression.  In:  Impulsivity and Aggression, Hollander E, Stein DJ, John Wiley and Sons, Sussex, England, pp. 91-105.

193.  Stein DJ, Hollander E.  A neural network approach to obsessive-compulsive disorder.  Journal of Mind and Behavior 15(3):223-237, 1994.

194.  Cohen LJ, Stein DJ, Simeon D, Spadaccini E, Rosen J, Aronowitz B, Hollander E.  Clinical profile, comorbidity, and treatment history in 123 hairpullers: a survey study.  J Clin Psychiatry 56(7):319-326, 1995.

195.  Simeon D, Hollander E, Stein DJ, Cohen L, Aronowitz B.  Body dysmorphic disorder in the DSM-IV field trial for obsessive-compulsive disorder.  Am J Psychiatry 152(8):1207-1209, 1995.

196.  Greist J, Hollander E, Jenike M.  Obsessive compulsive disorder: a monograph.  Health Science Media, Atlanta, Georgia, 1994.

197.  Greist J, Hollander E, Jenike M.  Obsessive compulsive disorder: a video.  Health Science Media, Atlanta, Georgia, 1994.

198.  Stein DJ, Hollander E, Mullen LS, Saoud JB, Robinson D, DeCaria CM, Liebowitz MR.  Comparison of clomipramine, alprazolam and placebo in the treatment of obsessive-compulsive disorder.  Human Psychopharmacol 7:389-395, 1993.

199.  Stein DJ, Hollander E, Cohen LJ, Frenkel M, Saoud J, DeCaria CM, Aronowitz B, Levin A, Liebowitz MR, Cohen L.  Neuropsychiatric impairment in impulsive personality disorders.  Psychiatry Res 48(3):257-266, 1993.

200.  Cohen L, Hollander E, Badaracco MA.  What the eyes can't see:  diagnosis and treatment of somatic obsessions and delusions.  Harvard Review of Psychiatry 2:160-165, 1994.

201.  Skodol AE, Oldham JM, Hyler SE, Stein DJ, Hollander E, Gallaher PE, Lopez AE.  Patterns of anxiety and personality disorder comorbidity.  J Psychiatric Research 29:361-374, 1995.

202.  Stein DJ, Hollander E, DeCaria CM, Simeon D, Cohen L, Aronowitz B.  m-Chlorophenylpiperazine challenge in borderline personality disorder:  relationship of neuroendocrine respnse, behavioral response, and clinical measures.  Biol Psychiatry 40(6):508-513, 1996.

203.  Stein DJ, Simeon D, Frenkel M, Islam MN, Hollander E.  An open trial of valproate in borderline personality disorder.  J Clin Psychiatry 56(11):506-510, 1995.

204.  Simeon D, Hollander E, Cohen L.  Body dysmorphic disorder (imagined ugliness) - current clinical considerations.  Can Rev Affective Dis pp. 3-7, April, 1994.

205.  Hollander E, Cohen LJ.  The psychobiology and psychopharmacology of compulsive spectrum disorders.  In:  Impulsivity and Compulsivity, Oldham J, Hollander E, Skodol A, eds.  American Psychiatric Press, Inc., pp. 143-166, 1996.

206.  Stein DJ, Hollander E.  Sexual dysfunction associated with the drug treatment of psychiatric disorders:  incidence and treatment.  CNS Drugs 2(1):78-86, 1994.

207.  Hollander E.  Review article:  disorders related to OCD.  Focus on OCD 2(1):2-3, 1994.

208.  Stein DJ, Trestman RL, Mitropoulou V, Coccaro EF, Hollander E, Siever LJ.  Impulsivity and serotonergic function in compulsive personality disorder.  J Neuropsychiatry Clin Neurosci 8(4):393-398, 1996.

209.   Stein DJ, Hollander E.  Obsessive-compulsive spectrum disorders.  J Clin Psychiatry 56(6):265-266, 1995.

210.   Koran LM, McElroy SL, Davidson JR, Rasmussen SA, Hollander E, Jenike MA.  Fluvoxamine versus clomipramine for obsessive -compulsive disorder:  a double-blind comparison.  J Clin Psychopharmacology 16:121-129, 1996.

211.   Hollander E.  Treatment of obsessive-compulsive disorder.  Currents of Affective Illness. (August, 1994)

212.   Hollander E.  Treatment of obsessive compulsive spectrum disorders.  Currents of Affective Illness.  (September, 1994)

213.   Hollander E.  Commentary:  related disorders.  Focus on OCD 2(1):12-13, 1994.

214.   Stein DJ, Spadaccini E, Hollander E.  Meta-analysis of pharmacotherapy trials for obsessive-compulsive disorder.  Int Clin Psychopharmacol 10(1):11-18, 1995.

215.   Hollander E, Wong C.  Obsessive-compulsive spectrum disorders:  introduction.  J Clin Psychiatry 56(Suppl 4):3-6, 1995.

216.   Hollander E, Wong C.  Body dysmorphic disorder, pathological gambling and sexual compulsions.  J Clin Psychiatry 56(Suppl 4):7-12, 1995.

217.   Simeon D, Stein DJ, Hollander E.  Depersonalization disorder and self-injurious behavior.  J Clin Psychiatry 56(Suppl 4):36-39, 1995.

218.   Hollander E, Wong C, DeCaria C.  The relationship between frontal lobe and serotonergic function in OCD.  Neuropsychiatry, Neuropsychol Behav Neurol 9:230-233, 1996.

219.   Towey JP, Tenke CE, Bruder GE, Leite P, Friedman D, Liebowitz M, Hollander E.  Brain event-related potential correlates of overfocused attention in obsessive-compulsive disorder.  Psychophysiol 31(6):535-543, 1994.

220.   Stein DJ, Simeon D, Cohen LJ, Hollander E.  Trichotillomania and obsessive-compulsive disorder.  J Clin Psychiatry 56(Suppl 4):28-34, 1995.

221.   Stein DJ, Hollander E.  Serotonin specific re-uptake inhibitors in obsessive compulsive disorder and related disorders.  In:  Feighner J and Boyer WF, eds.  Selective Serotonin Re-Uptake Inhibitors:  Advances In Basic Research and Clinical Practice.  John Wiley & Sons, Ltd., Sussex, England, pp. 135-153, 1996.

222.   Hollander E, Weiller F, Cohen L, Kwon JH, DeCaria CM, Liebowitz MR, Stein DJ.  Neurological soft signs in social phobia.  Neuropsychiatry Neuropsychol Behav Neurol 9:182-185, 1996.

223.   Foa EB, Kozak MJ, Goodman WK, Hollander E, Jenike MA, Rasmussen SA.  DSM-IV field trial: obsessive-compulsive disorder.  Am J Psychiatry 152:90-96, 1995.  [published erratum appears in Am J Psychiatry 152:654, 1995]

224.   Grossman R, Simeon D, Hollander E.  Depersonalization disorder.  In:  Obsessive-Compulsive Disorder Casebook, Volume II:  Spectrum Disosrders (in press).

225.   Hollander E, Wong C.  Developments in the treatment of obsessive-compulsive disorder.  Primary Psychiatry 2:28-33, 1995.

226. Stein DJ, Hollander E. Neurochemistry of stuttering. Neuropsychiatry Neuropsychol Behav Neurology 8(3);1995 (letter).

227. Hollander E, Prohovnik I, Stein DJ. Increased cerebral blood flow during m-CPP exacerbation of obsessive-compulsive disorder. J Neuropsychiatry Clin Neurosci 7(4):485-490, 1995.

228. Wong C, Hollander E. Other impulse control disorders (kleptomania, compulsive buying, pathological gambling, pyromania). In: Obsessive Compulsive Disorder Casebook, Volume II: Spectrum Disorders (in press).

229. Cohen LJ, Stein D, Hollander E. Towards an integration of psychological and biological models of OCD: phylogenetic considerations. Am J Psychiatry (in review).

230. Hollander E, Simeon D, Gorman JM. Anxiety disorders. In: Synposis of Psychiatry, Hales RE and Yudofsky SC. American Psychiatric Press, Inc., Washington, DC, 1996, pp. 469-524.

231. Hollander E. Behavioral response to pharmacological challenges: potentials and pitfalls. Biol Psychiatry 37(12):831-833, 1995.

232. Grossman R, Hollander E. Treatment of obsessive-compulsive disorder with venlafaxine. Am J Psychiatry 153(4):576-577, 1996.

233. Grossman R, Cohen L, Rosen J, DeCaria C, Hollander E. Seasonal effects in prolactin response to m-chlorophenylpiperazine challenge in obsessive-compulsive disorder. Biol Psychiatry 39(11):982-985, 1996.

234. Wong CM, Hollander E. Headache response to m-chlorophenylpiperazine in obsessive-compulsive disorder and normal controls. Biol Psychiatry 40(6):544-546, 1996.

235. Josephson SC, Hollander E. Body dysmorphic disorder by proxy. Letter to the Editor. J Clin Psychiatry 1997;58(2):86-87. (letter)

236. Hollander E, Badenoch J. New developments in the treatment of OCD. Treatment Today 7:44-45, 1995.

237. Wong C, Hollander E. Obsessive-compulsive spectrum disorders. OCD Newsletter, June 1995.

238. DeCaria CM, Aronowitz BR, Twersky-Kengmana R, Hollander E. Neuropsychology of childhood mental disorders: integration of phenomenological, neurobiological and neuropsychological findings. In: Neuropsychological Functions in Psychiatric Disorders, Calev A, ed., American Psychiatric Press, Inc., Washington, DC, pp 135-231, 1999.

239. Hollander E, Stein D. Preface. In: Obsessive-Compulsive Disorders: Etiology, Diagnosis and Treatment. New York: Marcel Dekker, Inc., v-viii, 1997.

240. Stein D, Hollander E. Obsessive-compulsive spectrum disorders. In: Obsessive-Compulsive Disorders: Etiology, Diagnosis, and Treatment. New York: Marcel Dekker, Inc., 47-74. 1997.

241. Cohen L, Stein D, Hollander E. Neuropsychiatry of OCD. In: Obsessive-Compulsive Disorders: Etiology, Diagnosis, and Treatment. New York: Marcel Dekker, Inc., 75-88, 1997.

242. Stein D, Simeon D, Hollander E. Neurochemistry of OCD. In: Obsessive-Compulsive Disorders: Etiology, Diagnosis, and Treatment. New York: Marcel Dekker, Inc., 89-98, 1997.

243.  Grossman R, Hollander E.  Body dysmorphic disorder.  In: Current Psychiatric Therapy II, Dunner D, ed.  Philadelphia:  W.B. Saunders Company, 1996, p. 364-368.

244.  Dager SR, Hollander E.  Obsessive compulsive disorder (OCD).  In: Current Psychiatric Therapy II, Dunner D, ed.  Philadelphia:  W.B. Saunders Company, 1996, p. 322-326.

245.  Milrod B, Busch FN, Hollander E, Aronson A, Siever L.  Clinical case conference:  a 23-year old woman with panic disorder treated with psychodynamic psychotherapy.  Am J Psychiatry 5:698-703, 1996.

246.  Stein DJ, Roberts M, Hollander E, Rowland C, Serebro P.  Quality of life and pharmacoeconomic aspects of obsessive-compulsive disorder: a south african survey. S Afr Med J 86(12 Suppl):1579, 1582-1585, 1996.

247.  Hollander E, Wong CM.  The relationship between executive function impairment and serotonergic sensitivity in obsessive-compulsive disorder.  Neuropsychiatry Neuropsychol Behav Neurology 9(4):230-233, 1996.

248.  Wong CM, Hollander E.  New dimensions in the OCD spectrum: autism, pathological gambling and compulsive buying.  Primary Psychiatry 3:20-34, 1996.

249.  Grossman R, Hollander E.  Compulsive self-injurious behaviors.  OCF Newsletter (in press).

250.  Hollander E, Kwon JH, Stein DJ, Broatch J, Rowland CT, Himelein CA.  Obsessive-compulsive and spectrum disorders:  overview and quality of life issues.  J Clin Psychiatry 57(Suppl 8):3-6, 1996.

251.  Higgins ES, Hollander E.  Summary:  new frontiers in obsessive-compulsive spectrum research for psychiatry and primary care.  J Clin Psychiatry 57:85-87(suppl 8), 1996.

252.  Hollander E, Chapman A.  Obsessive-compulsive spectrum disorders.  In:  Proceedings of the Freiburg Obsessive Compulsive Conference, Hohagen F, ed. (in press).

253.  Cherkasky S, Hollander E.  Neuropsychiatric aspects of impulsivity and aggression.  In American Psychiatric Press Textbook of Neuropsychiatry, Third Edition.  Yudofsky SC, Hales RE, eds. Washington, D.C.: American Psychiatric Press, 485-500, 1997.

254.  Foa EB, Jenike M, Kozak MJ, Joffe R, Baer L, Pauls D, Beidel DC, Rasmussen SA, Goodman W, Swinson RP, Hollander E, Turner SM.  Obsessive compulsive disorder.  In:  DSM-IV Sourcebook, Volume 2.  Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis WW, eds. American Psychiatric Press, Inc., Washington, DC, 1996, pp. 549-575.

255.  Simeon D, Hollander E.  Anxiety disorders, phobias, and obsessive-compulsive disorder. In Core Readings in Psychiatry:  An Annotated Guide to the Literature, Second Edition. Sachs MH, Sledge WH, Warren C, eds.  American Psychiatric Press, Inc., Washington, DC, 1995, pp. 173-193.

256.  Phillips KA, Hollander E.  Body dysmorphic disorder.  In DSM-IV Sourcebook, Volume 2. Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis WW, eds.  American Psychiatric Press, Inc., Washington, DC, 1996, pp. 949-960.

257.  DeCaria CM, Hollander E, Grossman R, Wong CM, Mosovich SA, Cherkasky S.  Diagnosis, neurobiology, and treatment of pathological gambling.  J Clin Psychiatry 57:80-83(suppl 8), 1996.

258.  Grove G, Coplan JD, Hollander E.  The neuroanatomy of 5-HT dysregulation and panic disorder.

J Neuropsychiatry Clin Neurosci 9(2):198-207, 1997.

259.  Cherkasky S, Hollander E.  Obsessive compulsive disorder.  Int Rev Psychiatry (in press).

260.  Hollander E, Stein D, Kwon J, Broatch J, Himelein C, Rowland C.  A pharmacoeconomic and quality of life study of OCD.  OC Newsletter, p. 7, Apr 1996.

261.  Aronowitz BR, Hollander E.  Treating the treatment resistant patient.  In den Boer JA, Westenberg HGM, eds.  Focus on Obsessive Compulsive Disorder (in press).

262.  Hollander E, Jenike MA, Shahady EJ.  Help for hands that can't stop washing.  Patient Care 30:66-68, 1996.

263.  Wong CM, Hollander E.  Autism and related disorders.  Int Psychiatry Today 6:12, 1996.

264.  Hollander E.  Obsessive compulsive disorder-related disorders:  the role of selective serotonergic reuptake inhibitors .  Int Clin Psychopharmacology 11(Suppl 5):75-87, 1996.

265.  Simeon D, Stein DJ, Gross S, Islam N, Schmeidler J, Hollander E.  A double-blind trial of fluoxetine in pathological skin picking.  J Clin Psychiatry 58:341-347, 1997.

266.  Hollander E, Benzaquen SD.  Is there a distinct OCD spectrum?  CNS Spectrums:  Int J Neuropsychiatric Med 1(1):17-26, 1996.

267.  Hollander E, Benzaquen SD.  Obsessive-compulsive spectrum disorders.  State of the Art in Clinical Psychiatry (in press).

268.  Hollander E, Benzaquen SD.  The obsessive-compulsive spectrum disorders.  International Review of Psychiatry 9:99-109, 1997.

269.  Hollander E, Benzaquen SD.  The obsessive-compulsive spectrum disorder.  In den Boer JA, Westenberg HGM, eds.  Focus on Obsessive Compulsive Disorders.  Amsterdam, The Netherlands: Syn-Thesis Publishers, 33-44, 1997.

270.  Aronowitz BR, Hollander E.  Treating the treatment-resistant patient.  In den Boer JA, Westenberg HGM, eds.  Focus on Obsessive Compulsive Disorders.  Amsterdam, The Netherlands: Syn-Thesis Publishers, 151-168, 1997.

271.  Phillips KA, Hollander E, Rasmussen SA, Aronowitz BA, DeCaria CM, Goodman WK.  A severity rating scale for body dysmorphic disorder:  development, reliability, and validity of a modified version of the Yale-Brown Obsessive Compulsive Scale.  Psychopharmacol Bull 33(1):17-22, 1997.

272.  Simeon D, Cohen LJ, Stein DJ, Schmeidler J, Spadaccini E, Hollander E.  Comorbid self-injurious behavior in 71 female hair-pullers:  a survey study.  J Nerv Ment Dis 185(2):117-119, 1997.

273.  Haznedar MM, Buchsbaum MS, Metzger M, Solimando A, Spiegel-Cohen J, Hollander E.  Anterior cingulate gyrus volume and glucose metabolism in autistic disorder.  Am J Psychiatry 154(8):1047-1050, 1997.

274.  Hollander E, Wong CM.  Spectrum, boundary and subtyping issues:  implications for treatment refractory obsessive-compulsive disorder.  In Obsessive-Compulsive Disorder:  Challenges In Treatment, Goodman WK, Rudorfer MV, Maser J, eds. , Lawrence Erlbaum Associates, Inc., pp. 3-22, 2000.

275. Hollander E, Grossman R, Stein DJ, Kwon J. Borderline personality disorder and impulsive-aggression: the role for divalproex sodium treatment. J California Alliance for the Mentally Ill (in press).

276. Hollander E, Grossman R, Stein DJ, Kwon J. Borderline personality disorder and impulsive-aggression: the role for divalproex sodium treatment. Psychiatric Annals 26(7)S464-S469, 1996.

277. Grove G, Coplan J, Margolin L, Hollander E. The neuroanatomy of serotonin (5-HT) dysregulation in obsessive-compulsive disorder. CNS Spectrums: Int J Neuropsychiatric Med 1(2):16-23, 1996.

278. Josephson SC, Hollander E, Fallon B, Stein DJ. Obsessive-compulsive disorder, body dysmorphic disorder, and hypochondriasis: three variation on a theme. CNS Spectrums: Int J Neuropsychiatric Med 1(2):24-31, 1996.

279. Wong CM, Hollander E. New dimensions in the OCD spectrum: autism, pathological gambling, and compulsive buying. CNS Spectrums: Int J Neuropsychiatric Med 1(2):44-53, 1996.

280. Hollander E, DelGiudice-Asch G, Simon L, DeCaria CM, Aronowitz B, Mosovich S, Elder G. Repetitive behaviors and D8/17 positivity. (letter) Am J Psychiatry 154(11):1630, 1997.

281. Simeon D, Hollander E. Dissociative disorders not otherwise specified. In Comprehensive Textbook of Psychiatry, Seventh Edition. Kaplan HI and Sadock BJ, eds. Williams & Wilkins, Baltimore, MD 1570-1575, 2000.

282. Hollander E, Kwon J. The Seaver Autism Research Center at the Mt. Sinai School of Medicine. The Advocate, May-June, 12-13, 1997.

283. Hollander E, Weilgus Kornwasser J. Counting the cost: the psychosocial and economic burden of OCD. Focus on OCD 5(1):3-5, 1997.

284. Hollander E, Cartwright C. SSRI's in the treatment of OCD. Depression and Anxiety 8(1):105-113, 1998.

285. Diaz Marsa M, Carrasco JL, Hollander E. Dismorfofobia y espectro obsesivo-compulsivo. Actas Luso-Esp Neurol Psiquiatrienc Afines 24(6)331-337, 1996.

286. Hollander E, Holmes R. Interactive treatment algorithms: obsessive-compulsive disorder. Primary Psychiatry 4(6):32-39, 1997.

287. Simeon D, Gross S, Guralnik O, Stein DJ, Schmeidler J, Hollander E. Feeling unreal: 30 cases of DSM-III-R depersonalization disorder. Am J Psychiatry 154(8):1107-1113, 1997.

288. Aronowitz BR, DeCaria C, Allen A, Weiss N, Saunders A, Margolin L, Mosovich S, Buchsbaum M, Hollander E. The neuropsychiatry of autism and asperger's disorder: review of the literature and case reports. CNS Spectrums: Int J Neuropsychiatric Med 2(5)43-60, 1997.

289. Delgiudice-Asch, Hollander E. Altered immune function in autism. CNS Spectrums: Int J Neuropsychiatric Med 2(5)61-68, 1997.

290. Hollander E. Typology and treatment response within an obsessive-compulsive spectrum: part I. Currents 4:5-12, 1997.

291. Hollander E. Typology and treatment response within an obsessive-compulsive spectrum: part II. Currents 5:5-12, 1997.

292.    Hollander E.  Obsessive-compulsive disorder:  the hidden epidemic.  J Clin Psychiatry 58(12): 3-6, 1997.

293.    Simeon D, Stein DJ, Hollander E.  Treatment of depersonalization disorder with clomipramine Biological Psychiatry 44(4):302-303, 1998.

294.    DeCaria CM, Hollander E, Mari E, Wong CM, Mosovich S, Cartwright C, Begaz T. Pharmacologic approaches in the treatment of pathological gambling.  Medscape Mental Health 3(3), 1998.

295.    DeCaria CM, Hollander E, Simon L, Holmes R.  Interventions with autistic clients and their families.  Directions in Rehabilitation Counseling (9):117-132, 1998.

296.    Hollander E, Stein DJ, Kwon JH, Rowland C, Wong CM, Broatch J, Himelein C.  Psychosocial function and economic costs of obsessive-compulsive disorder.  CNS Spectrums:  Int J Neuropsychiatric Med 2(10):16-25, 1997.

297.    Cohen LJ, Stein D, Galynker I, Hollander E.  Towards an integration of psychological and biological models of obsessive-compulsive disorder:  phylogenetic considerations.  CNS Spectrums:  Int J Neuropsychiatric Med 2(10):26-44, 1997.

298.    Cartwright C, Hollander E.  Pharmacotherapy of obsessive-compulsive disorder--experience with SSRIs.  Primary Psychiatry 4(9):38-68, 1997.

299.    Hollander E, Cartwright C, Wong CM, DeCaria CM, DelGiudice-Asch G, Buchsbaum MS. A dimensional approach to the autism spectrum.  CNS Spectrums:  Int J Neuropsychiatric Med 3(3):22-39, 1998.

300.    Hollander E, Begaz T, DeCaria CM.  Pharmacological approaches in the treatment of pathological gambling.  CNS Spectrums:  Int J Neuropsychiatric Med 3(6):72-80, 1998.

301.    DeCaria CM, Begaz T, Hollander E.  Serotonergic and noradrenergic function in pathological gambling.  CNS Spectrum:  Int J Neuropsychiatric Med 3(6):38-47, 1998.

302.    Foa EB, Kozak MJ, Goodman WK, Hollander E, Jenike MA, Rasmussen SA.  DSM-IV field trial: obsessive-compulsive disosrder.  In DSM-IV Sourcebook: Volume 4 (Widiger TA, Frances AJ, Pincus HA, Ross R, First MB, Davis W, Kline M, eds.), American Psychiatric Press, Washington, D.C., 1998, pp. 761-776.

303.    Cohen LJ, Kingston P, Bell A, Kwon J, Aronowitz B, Hollander E.  Comorbid personality impairment in body dysmorphic disorder.  Comprehensive Psychiatry 1998.

304.    Hollander E, Aronowitz B.  Comorbid social anxiety and body dysmorphic disorder:  managing the complicated patient.  J Clin Psychiatry 60(9):27-31, 1999.

305.    Cartwright C, DeCaria C, Hollander E.  Pathological gambling: a clinical review.  J Prac Psych and Behav Hlth 4:277-286, 1998.

306.    Hollander E.  Treatment of obsessive-compulsive spectrum disorders with SSRIs.  British J Psychiatry 173(35):7-12, 1998.

307.    Simeon D, Guralnik O, Gross S, Stein DJ, Schmeidler J, Hollander E.  The detection and measurement of depersonalization disorder.  J Nerv Ment Dis 186:536-542, 1998.

308.    Hollander E.  Comorbid social anxiety and body dysmorphic disorder:  managing the
        complicated patient.  J Clin Psychiatry 60(9):27-31, 1999.

309.    Cartwright C, Hollander E.  SSRIs in the treatment of obsessive-compulsive disorder.
        Depression and Anxiety 1:105-113, 1998.

310.    Hollander E.  Managing aggressive behavior in patients with obsessive-compulsive disorder and
        borderline personality disorder.  J Clin Psychiatry 60:38-44, 1999. (supplement)

311.    Hollander E.  Managing aggressive behavior in patients with obsessive-compulsive disorder and
        borderline personality disorder.  J Clin Psychiatry 17:28-31, 1999. (monograph)

312.    Hollander E, Rosen J.  OCD spectrum disorders:  impulsivity and the schizo-obsessive subtype.
        CNS Spectrums: Int J Neuropsychiatric Med 4(5):16-21, 1999. (suppl 3)

313.    Hollander E, Simeon D, Gorman JM.  Anxiety disorders.  In The American Psychiatric Press
        Textbook of Psychiatry, Third Edition, Hales RE, Yudofsky SC, Talbott JA, eds.  American
        Psychiatric Press, Inc., Washington, D.C.,1999.

314.    Hollander E, Simeon D, Gorman JM.  Anxiety disorders.  In Essentials of Clinical Psychiatry,
        Hales RE, Yudofsky SC, eds.  American Psychiatric Press, Inc., Washington, D.C., 1999.

315.    Hollander E, Weiller F, Cohen L, Kwon JH, DeCaria CM, Liebowitz MR, Stein DJ.
        Neurological soft signs in social phobia.  Focus on Depression & Anxiety 8(1):38-39, 1997.

316.    Hollander E, Brasic JR.  Response to "Tourette's syndrome: [I-123]β-CIT SPECT correlates of
        Vocal tic severity."  Neurology (in press).

317.    DelGiudice-Asch G, Simon L, Schmeidler J, Cunningham-Rundles C, Hollander E.  A pilot open
        clinical trial of intravenous immunoglobulin in childhood autism.  J Autism Dev Disorder
        29(2):157-160, 1999.

318.    Hollander E, Kwon J, Weiller F, Cohen L, Stein DJ, DeCaria C, Leibowitz M, Simeon D.
        Serotonergic function in social phobia: comparison to normal control and obsessive-compulsive
        disorder subjects.  Psychiatry Research 79:213-217, 1998.

319.    Hollander E, DeCaria C, Mari E, Wong C, Mosovich S, Grossman R, Begaz T.  Short-term single
        blind fluvoxamine treatment of pathological gambling.  Am J Psychiatry 155:1781-1783, 1998.

320.    Hollander E, DelGiudice-Asch G, Simon L, Schmeidler J, Cartwright C, DeCaria CM, Kwon J,
        Cunningham-Rundles C, Chapman F, Zabriskie J.  B lymphocyte antigen D8/17 and repetitive
        behaviors in autism.  Am J Psychiatry 156:317-320, 1999.

321.    Hollander E, Allen A, Prieto Lopez R, Bienstock CA, Grossman R, Siever LJ, Merkatz L, Stein
        DJ.  A preliminary double blind placebo controlled trial of divalproex sodium in borderline
        personality disorder.  J Clin Psychiatry 62:199-203, 2001.

322.    DelGiudice-Asch G, Hollander E.  Immune dysfunction in autism.  In Hollander E (ed.)
        Autism Spectrum Disorders.  Marcel Dekker, Inc., New York, 2003.

323.    Hollander E, Allen A, Kwon J, Aronowitz B, Schmeidler J, Wong C, Simeon D.
        Clomipramine vs. desipramine crossover trial in body dysmorphic disorder:  selective efficacy
        of serotonin reuptake inhibitors in imagined ugliness.  Arch Gen Psychiatry 56:1033-1039, 1999.

324.    Stein DJ, O'Sullivan RL, Hollander E.  The neurobiology of trichotillomania.  In
        Trichotillomania.  Stein DJ, Christenson GA, Hollander E, eds.  American Psychiatric Press,

Inc. Washington, DC, 1999.

325. Rauch SL, Benkelfat C, Dager SR, Greenberg BD, Hendler T, Hollander E, Laruelle M, Rosenberg DR, Saxena S, Zohar J, Baxter, Jr LR. Neuroimaging research and neurocircuitry models of obsessive-compulsive disorder: proceedings of the third IOCDC. CNS Spectrums: Int J Neuropsychiatric Med 4:25-34, 1999. (suppl 3)

326. Hollander E, Jenike MA. When OCD takes hold. Patient Care 33:134-153, 1999.

327. Hollander E, Rosen J. Obsessive-compulsive spectrum disorders: a review. In World Psychiatric Association Series Evidence and Experience in Psychiatry. Maj M, Sartorius N, Okasha A, Zohar J, eds. Vol. 4, Second Edition, Chapter 5, pp. 203-224, 2002.

328. Presta S, Marazziti D, Dell'Osso L, Pfanner C, Pallanti S, Cassano GB, Hollander E. Kleptomania: clinical features and comorbidity in an Italian sample. Compr Psychiatry 43(1):7-12, 2002.

329. Hollander E, Cohen L, Simon L. Impulse-control disorders measures. In Handbook of Psychiatric Measures, Task Force for the Handbook of Psychiatric Measures, A. John Rush, Jr., et al. Washington, D.C., American Psychiatric Press, Inc., 2000, pp. 687-712.

330. Hollander E. Psychiatric System Interface Disorders Text Revision Work Group. American Psychiatric Association: Diagnosis and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision. Washington, D.C., American Psychiatric Association, 2000.

331. Hollander E. Insuring a sound financial future for the ACNP. ACNP Bulletin Volume 6, Number 4, p. 11.

332. Professional's Handbook of Psychotropic Drugs. Foreword by Eric Hollander, M.D. Pennsylvania: Springhouse Corporation, 2001.

333. Hollander E, Allen A. Serotonergic drugs and the treatment of disorders related to obsessive-compulsive disorder. In Pato MT and Zohar J Current Treatments of Obsessive-Compulsive Disorder, 2nd Edition. Washington, D.C., American Psychiatric Publishing, Inc., 2001, pp. 193-220.

334. Hollander E, Pallanti S. Current and experimental therapeutics of OCD. In Davis K, Charney D, Coyle JT, Nemeroff C, eds. Neurosychopharmacology: The Fifth Generation of Progress. Philadelphia: Lippincott Williams & Wilkins, 2002, p. 1647-1664.

335. Potenza MN, Hollander E. Pathologic gambling and impulse control disorders. In Davis KL, Charney D, Coyle JT, Nemeroff C, eds. Neuropsychopharmacology: The Fifth Generation of Progress. Philadelphia: Lippincott Williams & Wilkins, 2002, p.1725-1741.

336. Allgulander C, Bandelow B, Brady K, Bradwejin J, Cassano G, Davidson J, Greist J, Gorman J, Hollander E, Kutcher S, Lecrubier Y, Lopez-Ibor JJ, Marazziti D, Montgomery S, Nutt D, Okasha A, Pollack M, Stein D, Swinson R, van Ameringen M, Zohar J. World Council of Anxiety recommendations for the long-term treatment of obsessive-compulsive disorder. In review.

337. Hadley SJ, Koran LM, Yang H, Li D, Park C, Barbato LM, Gerritsen van der Hoop R, Hollander E. SF-36 quality of life changes for OCD patients during a double-blind placebo controlled trial of fluvoxamine CR. J Clin Psychopharmacology (in review).

338. Cohen LJ, McGeoch P, Kingston P, Hollander E, Galynker I. The dimensional assessment of personality impairment: theoretical framework, format, reliability and construct validity. Journal of Personality Disorders (in press).

339.   Allen A, Hollander E.  Psychopharmacological treatments of body image disturbances.  In Body Image:  A Handbook of Theory, Research, and Clinical Practice, Cash TF and Pruzinsky T, eds.  New York:  The Guilford Press, 2002.

340.   Hadley SJ, Newcorn JH, Hollander E.  The neurobiology and psychopharmacology of body dysmorphic disorder.  In Disorders of Body Image, Castle DJ, Phillips KA, eds., Wrightson Biomedical Publishing, Ltd., Philadelphia, 2002.

341.   Stein DJ, Hollander E.  Anxiety and stress.  In Mental Health and Productivity in the Workplace: A Handbook for Organizations and Clinicians, Kahn JP, Langlieb A, eds., Jossey-Bass/Pfeiffer, 2003, pp. 407-432.

342.   Hollander E, Simeon D.  Treatment of personality disorders.  In American Psychiatric Publishing Textbook of Psychopharmacology, Third Edition, Schatzberg AF and Nemeroff CB, eds., American Psychiatric Publishing, Inc., Arlington, VA, 2004, pp. 1049-1066.

343.   Hadley SJ, Greenberg J, Hollander E.  Comorbid social anxiety disorder and body dysmorphic disorder.  Stress Anxiety and Depression (STAND), www.depression.org, 2002.

344.   Hollander E, Posner N, Cherkasky S.  Neuropsychiatric aspects of aggression and impulse control disorders.  In Yudofsky SC, Hales RE, eds., Textbook of Neuropsychiatry and Clinical Neurosciences, 4th ed.  American Psychiatric Press, Inc., Washington, DC, 2002.

345.   Novotny S, Evers M, Barboza K, Rawitt R, Hollander E.  Neurobiology of affiliation: implications for autism spectrum disorders.  In Martin A, Scahill L, Charney DS, Leckman JF, eds.,  Textbook of Child and Adolescent Psychopharmacology.  Oxford University Press, New York, NY, 2002, pp.195-209.

346.   Greenberg J, Hollander E.  Brain function in impulsive disorders.  Psychiatric Times 20(3):81-85, 2003.

347.   Hollander E, Section Editor.  Anxiety Disorders.  Current Psychiatry Reports.  (in preparation)

348.   Allen A, Hollander E.  Psychopharmacological treatments for body image disturbances. In Body Image:  A Handbook of Theory, Research, and Clinical Practice.  Cash TF, Pruzinsky T, eds.  New York:  The Guilford Press, 2002, p. 450-458.

349.   Pallanti S, Baldini Rossi N, Friedberg J, Hollander E.  Psychobiology of impulse-control disorders not otherwise specified (NOS).  In Biological Psychiatry, D'haenen H, den Boer JA, Wilner P, eds.  London:  John Wiley & Sons, Ltd., 2002, pp. 1315-1329.

350.   Hollander E, Simeon D.  Anxiety disorders.  In American Psychiatric Publishing Textbook of Clinical Psychiatry, 4th edition.  Washington, D.C.:  American Psychiatric Publishing, 2003, pp. 543-630.

351.   Hollander E, Scahill L, Aman M et al.  Autism clinical trials:  a model for drug development in psychiatric illness.  CNS Spectrums.  (In preparation)

352.   Hollander E, Greenberg J.  Pharmacological treatment of the impulsive-aggression symptom domain in borderline personality disorder.  Psychiatric Times, suppl., 1-4.

353.   Novotny S, Hollander E.  Regional cerebral metabolism and treatment in autism spectrum disorders.  Psychiatry Times Vol. XX, Issue 5, May 2003, pp. 52, 54.

354.   Hollander E, Nowinski CV.  Core symptoms, related disorders, and course of autism.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 15-38.

355.   King AF, Rawitt RR, Barboza KC, Hollander E.  Cognitive and neuropsychological assessment of children with autism spectrum disorders.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 87-99.

356.   DelGiudice G, Hollander E.  Immune dysfunction in autism.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 153-173.

357.   Evers M, Novotny S, Hollander E.  Autism and environmental toxins.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 175-198.

358.   Novotny S, Hollander E.  Antidepressants and anticonvulsants/mood stabilizers in the treatment of autism.  In Hollander E, ed Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 231-245.

359.   Hollander E, Rawitt RR.  Future trends.  In Hollander E, ed. Autism Spectrum Disorders.  New York:  Marcel Dekker, Inc., 2003, pp. 419-422.

360.   Stein DJ, Hollander E, Klein DF.  Anxio-depression: evolution des idees.  In:  Olie J-P, Poirier M-F, Loo H.  Les Maladies Depressives.  Paris:  Flammarion, 2003, pp. 196-201.

361.   Anagnostou E, Hollander E.  Autism Spectrum Disorders. In Tarazi FI, Schetz JA, eds. Neurological and Psychiatric Disorders: From Bench to Bedside.  New Jersey: The Humana Press, Inc., p. 131-149.

362.   Hollander E, Samons DM.  Efficacy of paroxetine for relapse prevention in social anxiety disorder.  Current Psychiatry Reports 5(4): 249, 2003.  (clinical trials report)

363.   Hollander E, Friedberg JP, Wasserman S, Yeh C-C, Iyengar R.  The case for the OCD spectrum. In Abramowitz JS and Houts AC, eds., Handbook of Controversial Issues in Obsessive-Compulsive Disorder, New York: Springer Science + Business Media, Inc., pp. 95-118.

364.   Hollander E, Yeh CC.  Reply to Abramowitz and Deacon: Beyond Anxiety: Etiological and Functional Overlaps Between OCD and OC Spectrum Disorders.  In In Abramowitz JS and Houts AC, eds, Handbook of Controversial Issues in Obsessive-Compulsive Disorder, New York: Springer Science + Business Media, Inc., pp. 137-140.

365.   Hollander E, Kaplan A, Schmeidler J, Yang H, Li D, Koran LM, Barbato LM.  Neurological soft signs as predictors of treatment response to selective serotonin reuptake inhibitors in obsessive-compulsive disorder.  J Neuropsy Clin Neurosci 17(4):472-77, 2005.

366.   Hollander E.  Spectrum view of impulsivity:  neurochemistry, behavior, and treatment approaches. J Clin Psychiatry (in press).

367.   Buchsbaum MS, Hollander E, Pallanti S, Baldini-Rossi N, Platholi J, Newmark R, Bloom R, Sood E.  Positron emission tomography imaging of risperidone augmentation in SRI-refractory patients. Neuropsychobiology (in press).

368.   Stein DJ, Hollander E, Swann AC, McElroy SL.  Topiramate: an emerging treatment for disordered impulsivity.  (In preparation)

369.   Hollander E, Novotny S, Allen A, Aronowitz B, Cartwright C, DeCaria C.  The relationship between repetitive behaviors and growth hormone response to sumatriptan challenge in adult autistic disorder.  Neuropsychopharmacology 22:163-167, 2000.

370.   Hollander E, Kaplan A, Cartwright C, Reichman D.  Venlafaxine in children, adolescents and young adults with autism spectrum disorders:  an open retrospective clinical report. J Child Neurol 15(2):132-135, 2000.

371.   Carrasco JL, Diaz-Marsa M, Hollander E, Cesar J, Saiz-Ruiz J.  Decreased platelet monoamine oxidase activity in female bulimia nervosa.  European Neuropsychopharm 10(2):113-117, 2000.

372.   Diaz-Marsa M, Carrasco JL, Hollander E, Cesar J, Saiz-Ruiz J.  Decreased platelet monoamine oxidase activity in female anorexia nervosa.  Acta Psychiatrica Scandinavica 101:226-230, 2000.

373.   Novotny S, Hollander E, Allen A, Mosovich S, Aronowitz B, Cartwright C, DeCaria C, Dolgoff-Kaspar R. Increased growth hormone response to sumatriptan challenge in adult autistic disorders. Psychiatry Research 94(2):173-177, 2000.

374.   Hollander E, DeCaria CM, Finkell JN, Begaz T, Wong CM, Cartwright C.  A randomized double-blind fluvoxamine/placebo crossover trial in pathological gambling.  Biol Psychiatry 47:813-817, 2000.

375.   Marazziti D, Masala I, Rossi A, Hollander E, Presta S, Giannaccini G, Mazzoni MR, Dell'Osso L, Lucacchini A, Cassano GB.  Increased inhibitory activity of protein kinase C on the serotonin transporter in OCD.  Neuropsychobiology 41:171-177, 2000.

376.   Hollander E, Rosen J.  Impulsivity.  J Psychopharmacol 14(2): S39-S44, 2000.

377.   Allen A, Hollander E.  Body dysmorphic disorder.  In Hollander E and Allen A (eds.) The Psychiatric Clinics of North America:  Obsessive-Compulsive Spectrum Disorders, Philadelphia, PA, W.B. Saunders Co., Vol. 23, No. 3, September 2000, pp. 617-628.

378.   Hollander E, Buchalter AJ, DeCaria CM.  Pathological gambling.  In Hollander E and Allen A (eds.)  The Psychiatric Clinics of North America:  Obsessive-Compulsive Spectrum Disorders, Philadelphia, PA, W.B. Saunders Co., Vol. 23,  No. 3, September 2000, pp. 629-642.

379.   Hollander E, Kaplan A, Allen A, Cartwright C.  Pharmacotherapy for obsessive-compulsive disorder.  In Hollander E and Allen A (eds.)  The Psychiatric Clinics of North America: Obsessive-Compulsive Spectrum Disorders, Philadelphia, PA, W.B. Saunders Co., Vol. 23, No. 3, September 2000, pp. 643-656.

380.   Simeon D, Guralnik O, Hazlett EA, Spiegel-Cohen J, Hollander E, Buchsbaum MS. Feeling unreal:  a PET study of depersonalization disorder.  Am J Psychiatry 157(11):1782-1788, 2000.

381.   Haznedar MM, Buchsbaum MS, Wei T-C, Hof PR, Cartwright C, Bienstock CA, Hollander E. Limbic circuitry in patients with autism spectrum disorders studied with positron emission tomography and magnetic resonance imaging.  Am J Psychiatry 157(12):1994–2001, 2000.

382.   Vythilingum B, Cartwright C, Hollander E.  Pharmacotherapy of obsessive-compulsive disorder: experience with the selective serotonin reuptake inhibitors.  Int Clin Psychopharmacol Aug; 15 Suppl 2:S7-13, 2000.

383.   Buxbaum JD, Silverman JM, Smith CJ, Kilifarski M, Reichert J, Hollander E, Lawlor BA, Fitzgerald M, Greenberg DA, Davis KL.  Evidence for a susceptibility gene for autism on chromosome 2 and for genetic heterogeneity.  Am J Hum Genet 68:1514-1520, 2001.  Erratum in: Am J Hum Genet 69:470, 2001.

384.  Hollander E, Pallanti S. 5HT1$_D$ function and repetitive behaviors. Am J Psychiatry 158(6):972-973, 2001.

385.  Buchsbaum MS, Hollander E, Haznedar MM, Tang C, Spiegel-Cohen J, Wei T-C, Solimando A, Buchsbaum BR, Robins D, Bienstock C, Cartwright C, Mosovich S. Effect of fluoxetine on regional cerebral metabolism in autistic spectrum disorders: a pilot study. Int J Neuropsychopharmacol 4:119-125, 2001.

386.  Hollander E, Dolgoff-Kaspar R, Cartwright C, Rawitt R, Novotny S. An open trial of divalproex sodium in autism spectrum disorder. J Clin Psychiatry 62:530-534, 2001.

387.  Hollander E, Evers M. New developments in impulsivity. Lancet 358:949-950, 2001.

388.  Simeon D, Guralnik O, Knutelska M, Hollander E, Schmeidler J. Hypothalamic-pituitary-adrenal axis dysregulation in depersonalization disorder. Neuropsychopharmacology 25(5):793-795, 2001.

389.  Mathew SJ, Coplan JD, Perko KA, Goetz RR, de la Neuz M, Hollander E, Liebowitz MR, Fallon BA. Neuroendocrine predictors of response to intravenous clomipramine therapy for refractory obsessive-compulsive disorder. Depress Anxiety 14:199-208, 2001.

390.  Silverman JM, Smith CJ, Schmeidler J, Hollander E, Lawlor BA, Fitzgerald M, Buxbaum JD, Delaney K, Galvin P; Autism Genetic Research Exchange Consortium. Symptom domains in autism and related conditions: evidence for familiality. Am J Med Genet 114:64-73, 2002.

391.  Hadley SJ, Greenberg J, Hollander E. Diagnosis and treatment of body dysmorphic disorder in adolescents. Curr Psychiatry Rep 4:108-113, 2002.

392.  Hollander E, Bienstock CA, Koran LM, Pallanti S, Marazziti D, Rasmussen SA, Ravizza L, Benkelfat C, Saxena S, Greenberg BD, Sasson Y, Zohar J. Refractory obsessive-compulsive disorder: state-of-the-art treatment. J Clin Psychiatry 63(6):20-29, 2002.

393.  Pallanti S, Hollander E, Bienstock C, Koran L, Leckman J, Marazziti D, Pato M, Stein D, Zohar J; International Treatment Refractory OCD Consortium. Treatment non-response in OCD: methodological issues and operational definitions. Int J Neuropsychopharmacol 5:181-191, 2002.

394.  Evers M, Cunningham-Rundles C, Hollander E. Heat shock protein 90 antibodies in autism. Mol Psychiatry 7 Suppl 2:S26-8, 2002.

395.  Pallanti S, Quercioli, L, Sood E, Hollander E. Lithium and valproate treatment of pathological gambling: a randomized single-blind study. J Clin Psychiatry 63(7):559-564, 2002.

396.  Pallanti S, Baldini Rossi N, Sood E, Hollander E. Nefazodone treatment of pathological gambling: a prospective open-label controlled trial. J Clin Psychiatry 63:1034-1039, 2002.

397.  Hollander E. Obsessive-compulsive disorder and spectrum across the life span. Int J Psychiatry Clin Practice 9(2):79-86, 2005.

398.  DeCaria CM, Pallanti S, Baldini Rossi N, Nora R, Birnbaum M, Hollander E. Metachlorophenylpiperazine (m-CPP)-induced "high" and prolactin response in pathological gamblers. Addiction (in review).

399.  Sood ED, Pallanti S, Hollander E. Serotonin reuptake inhibitors in the treatment of pathological gambling. Essent Psychopharmacol 5:157-169, 2003.

400.  Hollander E, Novotny S, Hanratty M, Yaffe R, DeCaria CM, Aronowitz BR, Mosovich S. Oxytocin infusion reduces repetitive behaviors in adults with autistic and Asperger's disorders. Neuropsychopharmacology 28:193-198, 2003.

401.  Bandelow B, Zohar J, Hollander E, Kasper S, Moller HJ; World Federation of Societies of Biological Psychiatry Task Force on Treatment Guidelines for Anxiety, Obsessive-Compulsive and Posttraumatic Stress Disorders. World Federation of Societies of Biological Psychiatry (WFSBP) guidelines for the pharmacological treatment of anxiety, obsessive-compulsive and posttraumatic stress disorders. World J Biol Psychiatry 3(4):171-199, 2002.

402.  Allen A, King A, Hollander E. Obsessive-compulsive spectrum disorders. Dialogues Clin Neurosci 5:259-271, 2003.

403.  Hollander E, King A, Delaney K, Smith CJ, Silverman JM. Obsessive-compulsive behaviors in parents of multiplex autism families. Psychiatry Res 117(1):11-16,2003.

404.  Hollander E, Kaplan A, Stahl SM. A double-blind, placebo-controlled trial of clonazepam in obsessive-compulsive disorder. World J Biol Psychiatry 4(1):30-34, 2003.

405.  Hollander E, Kahn, J. Review: in obsessive-compulsive disorder, clomipramine may be more effective than selective serotonin reuptake inhibitors after controlling for other factors . Evid Based Ment Health 6:23, 2003.

406.  Sood ED, Pallanti S, Hollander E. Diagnosis and treatment of pathologic gambling. Curr Psychiatry Rep 5:9-15, 2003.

407.  Hollander E, Tracy KA, Swann AC, Coccaro EF, McElroy SL, Wozniak P, Sommerville KW, Nemeroff CB. Divalproex in the treatment of impulsive aggression: efficacy in cluster B personality disorders. Neuropsychopharmacology 28:1186-1197, 2003.

408.  Hollander E, Friedberg J, Wasserman S, Allen A, Birnbaum M, Koran LM. Venlafaxine in treatment-resistant obsessive-compulsive disorder. J Clin Psychiatry 64:546-550, 2003. Erratum in: J Clin Psychiatry 64:972, 2003.

409.  Hollander E, Koran LM, Goodman WK, Greist JH, Ninan PT, Yang H, Li D, Barbato LM. A double-blind, placebo-controlled study of the efficacy and safety of controlled release fluvoxamine in patients with obsessive-compulsive disorder. J Clin Psychiatry 64:640-647, 2003.

410.  Kaplan A, Hollander E. A review of pharmacologic treatments for obsessive-compulsive disorder. Psychiatr Serv 54(8):1111-8, 2003.

411.  Johnson SM, Hollander E. Evidence that eicosapentaenoic acid is effective in treating autism. J Clin Psychiatry 64(7):848-849, 2003.

412.  Simeon D, Greenberg J, Knutelska M, Schmeidler J, Hollander E. Peritraumatic reactions associated with the World Trade Center disaster. Am J Psychiatry 160:1702-1705, 2003.

413.  Simeon D, Nelson D, Elias R, Greenberg J, Hollander E. Relationship of personality to dissociation and childhood trauma in borderline personality disorder. CNS Spectr 8:755-762, 2003.

414.  Greist JH, Bandelow B, Hollander E, Marazziti D, Montgomery SA, Nutt DJ, Okasha A, Swinson RP, Zohar J; World Council of Anxiety. WCA recommendations for the long-term treatment of obsessive-compulsive disorder in adults. CNS Spectr 8(suppl 1):7-16, 2003.

415.  Pollack MH, Allgulander C, Bandelow B, Cassano GB, Greist JH, Hollander E, Nutt DJ, Okasha A, Swinson RP; World Council of Anxiety. WCA recommendations for the long-term treatment of panic disorder. CNS Spectr 8(suppl 1):17-30, 2003.

416.  Stein DJ, Bandelow B, Hollander E, Nutt DJ, Okasha A, Pollack MH, Swinson RP, Zohar J; World Council of Anxiety. WCA recommendations for the long-term treatment of posttraumatic stress disorder. CNS Spectr 8(suppl 1):31-39, 2003.

417.  Van Ameringen M, Allgulander C, Bandelow B, Greist JH, Hollander E, Montgomery SA, Nutt DJ, Okasha A, Pollack MH, Stein DJ, Swinson RP; World Council of Anxiety. WCA recommendations for the long-term treatment of social phobia. CNS Spectr 8(suppl 1):40-52, 2003.

418.  Allgulander C, Bandelow B, Hollander E, Montogomery SA, Nutt DJ, Okasha A, Pollack MH, Stein DJ, Swinson RP; World Council of Anxiety. WCA recommendations for the long-term treatment of generalized anxiety disorder. CNS Spectr 8(suppl 1):53-61, 2003.

419.  Hollander E, Simeon D. Anxiety disorders. In Essentials of Clinical Psychiatry, 2nd Edition, Hales RE and Yudofsky SC eds. Arlington, Va., American Psychiatric Publishing, 2004, pp. 339-422.

420.  Hollander E, Bartz J. A 48-year-old man with a history of obsessive-compulsive disorder, comorbid bipolar, panic disorders. Psychiatric Annals 34(11):808-810, 2004.

421.  Hollander E, Evers M. Review of obsessive-compulsive spectrum disorders: what do we know? where are we going? Clinical Neuropsychiatry 1(1):32-51, 2004.

422.  Hollander E, Robinson R, Compton D; Autism Clinical Trials Task Force. New developments in Autism Clinical Trials. CNS Spectr 9:20-21, 2004.

423.  Hollander E, Phillips A, King BH, Guthrie D, Aman MG, Law P, Owley T, Robinson R. Impact of recent findings on study design of future autism clinical trials. CNS Spectr 9:49-56, 2004.

424.  Kaplan A, Hollander E. Comorbidity in compulsive hoarding: a case report. CNS Spectr 9:71-73, 2004.

425.  Hollander E, Phillips AT, Yeh C-C. Targeted treatments for symptom domains in child and adolescent autism. Lancet 362:732-734, 2003.

426.  Hollander E, Rossi NB, Sood E, Pallanti S. Risperidone augmentation in treatment-resistant obsessive-compulsive disorder: a double-blind, placebo-controlled study. Int J Neuropsychopharmacol 6:397-401, 2003.

427.  Hollander E, Allen A, Steiner M, Wheadon DE, Oakes R, Burnham D; Paroxetine OCD Study Group. Acute and long-term treatment and prevention of relapse of obsessive-compulsive disorder with paroxetine. J Clin Psychiatry 64:1113-1121, 2003.

428.  Hollander E. Interview on pathological gambling. Essent Psychopharmacol 5(3):225-235, 2003.

429.  Simeon D, Knutelska M, Nelson D, Guralnik O. Feeling unreal: a depersonalization disorder update for 117 cases. J Clin Psychiatry 64(9):990-997, 2003.

430.  Buxbaum JD, Silverman J, Keddache M, Smith CJ, Hollander E, Ramoz N, Reichert JG. Linkage analysis for autism in a subset of families with obsessive-compulsive behaviors: evidence for an autism susceptibility gene on chromosome 1 and further support for

susceptibility genes on chromosome 6 and 19.  Mol Psychiatry 9:144-150, 2004.

431.  Pallanti S, Quercioli L, Hollander E.  Social anxiety in outpatients with schizophrenia: a relevant cause of disability.  Am J Psychiatry 161:53-58, 2004.

432.  Allen A, Hollander E.  Similarities and differences between body dysmorphic disorder and other disorders.  Psychiatric Annals 34(12):927-933.

433.  Hazlett EA, Buchsbaum MS, Hsieh P, Haznedar MM, Platholi J, LiCalzi EM, Cartwright C, Hollander E.  Regional glucose metabolism within cortical Brodmann areas in healthy individuals and autism patients.  Neuropsychobiology 49:115-125, 2004.

434.  Novotny S, Hollander E, Phillips A, Allen A, Wasserman S, Iyengar R.  Increased repetitive behaviors and prolactin responsivity to m-chlorophenylpiperazine in adults with autism spectrum disorders.  Int J Neuropsychopharmacol 2004 Sep;7(3):249-54; 2004 May 7:1-6 [Epub ahead of print].

435.  Ramoz N, Reichert JG, Corwin TE, Smith CJ, Silverman JM, Hollander E, Buxbaum JD.  Lack of evidence for association of the serotonin transporter gene, SLC6A4, with autism.  Biol Psychiatry 2006 Apr 6 [Epub ahead of print].

436.  Zohar J, Kennedy JL, Hollander E, Koran LM.  Serotonin-1D hypothesis of obsessive-compulsive disorder: an update.  J Clin Psychiatry 65 Suppl 14:18-21, 2004.  Review.

437.  Pallanti S, Hollander E, Goodman WK.  A qualitative analysis of nonresponse: management of treatment-refractory obsessive-compulsive disorder.  J Clin Psychiatry 65 Suppl 14:6-10, 2004.  Review.

438.  Hollander E, Zohar J.  Beyond refractory obsessions and anxiety states: toward remission.  J Clin Psychiatry 65 Suppl 14:3-5, 2004.

439.  Pallanti S, Hollander E, Goodman WK.  A qualitative analysis of nonresponse: management of treatment-refractory obsessive-compulsive disorder.  J Clin Psychiatry 65 Suppl 14:6-10, 2004.

440.  Zohar J, Kennedy JL, Hollander E, Koran LM.  Serotonin-1D hypothesis of obsessive-compulsive disorder: an update.  J Clin Psychiatry 65 Suppl 14:18-21, 2004.

441.  Rosario-Campos MC, Miguel EC, Quatrano S, Chacon P, Ferrao Y, Findley D, Katsovich L, Scahill L, King R, Woody SR, Tolin D, Hollander E, Kano Y, Leckman JF.  The Dimensional Yale-Brown Obsessive Compulsive Scale (DY-BOCS): an instrument for assessing obsessive-compulsive symptom dimensions.  Mol Psychiatry 2006 Jan 24; [Epub ahead of print].

442.  Anagnostou E, Esposito K, Soorya L, Chaplin W, Wasserman S, Hollander E.  Divalproex vs. placebo reduces irritability associated with fluoxetine treatment in autism.  Int J Neuropsychopharm (in review).

443.  Stein DJ, Hollander E, Swann AC, McElroy SL.  Topiramate: an emerging treatment for disordered impulsivity.  In preparation.

444.  Hollander E, Kaplan A, Pallanti S.  Pharmacological Treatments.  In Pathological Gambling: A Clinical Guide to Treatment, Grant JE, Potenza MN, eds.  Washington, D.C.: American Psychiatric Publishing, Inc., 2004, pp. 189-205.

445.  Simeon D, Greenberg J, Nelson D, Schmeidler J, Hollander E.  Dissociation and posttraumatic stress one year after the World Trade Center disaster: follow-up of a longitudinal survey.  J Clin Psychiatry 66(2):231-7, 2005.

446. Hollander E, Pallanti S, Allen A, Sood E, Baldini-Rossi N. Does sustained-release lithium reduce impulsive gambling and affective instability versus placebo in pathological gamblers with bipolar spectrum disorders? Am J Psychiatry 162(1):137-45, 2005.

447. Hollander E, Swann AC, Coccaro EF, Jiang P, Smith TB. Impact of trait impulsivity and state aggression on divalproex vs. placebo response in borderline personality disorder. Am J Psychiatry 162(3):621-4, 2005.

448. Haznedar MM, Buchsbaum MS, Hazlett E, LiCalzi EM, Cartwright C, Hollander E. Volumetric analysis and 3-dimensional glucose metabolic mapping of the basal ganglia and thalamus in autism spectrum illnesses. Am J Psychiatry (in review).

449. Pallanti S, DeCaria CM, Grant JE, Urpe M, Hollander E. Reliability and validity of the pathological gambling modification of the Yale-Brown Obsessive-Compulsive Scale (PG-YBOCS). J Gambling Studies 21(4):431-43, 2005.

450. Hollander E, Soorya L, Wasserman S, Esposito K, Chaplin W, Anagnostou E. Divalproex sodium vs. placebo in the treatment of repetitive behaviors in autism spectrum disorder. Int J Neuropsychopharmacol 2005 Aug 15;1-5[Epub ahead of print]; Int J Neuropsychopharmacol 9:209-213, 2006.

451. Hollander E, Sood E, Pallanti S, Baldini-Rossi, N, Baker B. Pharmacological treatments of pathological gambling. J Gambl Stud 21(1):101-110, 2005.

452. Hollander E, Pallanti S, Baldini Rossi N, Sood E, Baker BR, Buchsbaum M. Imaging monetary reward in pathological gamblers. World J Biol Psychiatry 6(2):113-120, 2005.

453. Haznedar MM, Roversi F, Pallanti S, Baldini-Rossi N, Schnur DB, LiCalzi EM, Tang C, Hof PR, Hollander E, Buchsbaum MS. Fronto-thalamo-striatal gray and white matter volumes and Anisotropy of their connections in bipolar spectrum illnesses. Biol Psychiatry 57(7):733-42, 2005.

454. Hollander E. Evidence-based therapies in social anxiety disorder (monograph). New York: Summit Communications, 2006. (in preparation)

455. Hollander E, Wasserman S, Swanson EN, Chaplin W, Zagursky K, Novotny S. Olanzapine vs. placebo in childhood and adolescent autism: a double-blind placebo controlled study. J Am Acad Child Adoles Psychiatry (in review).

456. Bandelow B, Zohar J, Hollander E, Kasper S, Moller H-J und die WFSBP Task Force on Treatment Guidelines for Anxiety, Obsessive-Compulsive and Posttraumatic Stress Disorders. Medikamentose Behandlung von Angstund Zwangsund posttraumatischen Belastungsstorungen. Edition Psychopharmakotherapie. Stuttgart, Germany: Wissenschaftliche Verlagsgesellschaft mbH Stuttgart, 2005.

457. Hollander E, Phillips A, Chaplin W, Zagursky K, Novotny S, Wasserman S, Iyengar R. A placebo controlled crossover trial of liquid fluoxetine on repetitive behaviors in childhood and adolescent autism. Neuropsychopharmacol 30(3):582-9, 2005.

458. Hollander E, Anagnostou E, Chaplin W, Esposito K, Haznedar MM, LiCalzi EM, Wasserman S, Soorya L, Buchsbaum M. Striatal volume on magnetic resonance imaging and repetitive behaviors in autism. Biol Psychiatry 2005 Jun 3 [Epub ahead of print]; Biol Psychiatry 58(3): 226-232, 2005.

459. Silverman JM, Buxbaum JD, Ramoz N, Reichenberg A, Hollander E, Schmeidler J, Smith CJ, Corwin TE, Kryzak LA. Autism related routines and rituals associated with a mitochondrial

Aspartate/glutamate carrier polymorphism. Am J Psychiatry (in review).

460. Hollander E, Chaplin W, Phillips A, Sumner J, Soorya L, Anagnostou E, Wasserman S. Oxytocin increases social cognition in autism. Am J Psychiatry (in review).

461. Kolevzon A, Newcorn JH, Kryzak L, Chaplin W, Watner D, Hollander E, Smith Christopher J, Cook Jr EH, Silverman JM. The relationship between whole blood serotonin and repetitive behaviors in autism. Biol Psychiatry (in review).

462. Dell'Osso B, Hollander E. The impact of comorbidity on the management of pathological gambling. CNS Spectr 10(8):619-621, 2005.

463. Hollander E. Do you need a psychopharmacologist? Bottom Line 19(9):13-14, 2005.

464. Bandelow B, Zohar J, Hollander E, Kasper S, Moller H-J und die WFSBP Task Force on Treatment Guidelines for Anxiety, Obsessive-Compulsive and Posttraumatic Stress Disorders. Medikamentose Behandlung von Angst-und Zwangsund posttraumatischen Belastungsstorungen.: Behandlungsleitlinien der World Federation of Societies of Biological Psychiatry (WFSB). Stuttgart, Germany: Wissenschaftliche Verlagsgesellschaft mbH, 2005.

465. Hollander E, Sood E, Pallanti S, Baldini-Rossi N, Baker B. Pharmacological treatments of pathological gambling. J Gambling Studies 21(1):101-110, 2005.

466. Hollander E, Dell'Osso B. Impulse disorders: new developments in an evolving field. Psychiatric Times 22(8):17, 2005.

467. Dell'Osso B, Altamura AC, Allen A, Hollander E. Brain stimulation techniques in the treatment of obsessive-compulsive disorder: current and future directions. CNS Spectr 10(12):966-79, 2005.

468. Dell'Osso B, Allen A, Hollander E. Fluvoxamine: a selective serotonin re-uptake inhibitor for the treatment of obsessive-compulsive disorder. Expert Opin Pharmacother 6(15):2727-40, 2005.

469. Dell'Osso B, Allen A, Hollander E. Comorbidity issues in the pharmacological treatment of pathological gambling: a critical review. Clin Pract Epidemol Ment Health Oct 10;1;21, 2005.

470. Sussman, N. (interviewer) Profiles in Psychiatry. In session with Eric Hollander, M.D. Primary Psychiatry 12(3): 24-27.

471. Allen A, Hollander E. Diagnosis and treatment of obsessive-compulsive disorder. Primary Psychiatry 12(12):34-42, 2005.

472. Hollander E, Dell'osso B. Advancing the understanding of dysmorphic disorder. In Maj M, Akiskal HS, Mezzich J, Okasha A, eds, Somatoform Disorders, Volume 9, NJ: Wiley Publishing, Inc., 2005.

473. Hollander E, Baker BR, Kahn J, Stein DJ. Conceptualizing and assessing impulse-control disorders. In Hollander E, Stein DJ (editors): Clinical Manual of Impulse Control Disorders. American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 1-18.

474. Allen A, Hollander E. Sexual compulsions. In Hollander E, Stein DJ (editors): Clinical Manual of Impulse Control Disorders. American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 87-114.

475.    Pallanti S, Baldini Rossi N, Hollander E.  Pathological gambling.  In Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 251-289.

476.    Stein DJ, Harvey B, Seedat S, Hollander E.  Treatment of impulse-control disorders.  In Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2006, pp. 309-325.

477.    Grant JE, Potenza MN, Hollander E, Cunningham-Williams R, Nurminen T, Smits G, Kallio A.  Multicenter investigation of the opioid antagonist nalmefene in the treatment of pathological gambling.  Am J Psychiatry 163:303-312, 2006.

478.    Simeon D, Knutelska M, Smith L, Baker BR, Hollander E.  A preliminary study of cortisol and norepinephrine reactivity to psychosocial stress in borderline personality disorder with high and low dissociation.  Psychiatric Res (in press).

479.    Simeon D, Hollander E.  Treatment of Personality Disorders.  In Schatzberg AF, Nemeroff CB Essentials of Clinical Psychopharmacology, Second Edition.  American Psychiatric Publishing, Washington, DC, 2006, pp. 689-705.

480.    Ramoz N, Cai G, Reichert JG, Corwin TE, Kryzak L, Smith CJ, Silverman JM, Hollander E, Buxbaum JD.  Family-based association study of TPH1 and TPH2 polymorphisms in autism.  Am J Med Gen 141:B1-7, 2006, DOI: 10.1002/ajmg.b.30356.

481.    Bartz JA, Hollander E.  Is obsessive-compulsive disorder an anxiety disorder?  Progress in Neuro-Psychopharmacology & Biological Psychiatry, 2006 Jan 30; [Epub ahead of print].

482.    Simeon D, Hollander E.  Anxiety disorders.  In Simon RI, Hales RE, Textbook of Suicide Assessment and Management.  Washington, D.C.: American Psychiatric Publishing, 2006, p. 313-32.

483.    Dell'Osso B, Nestadt G, Allen A, Hollander E.  Serotonin-norepinephrine reuptake inhibitors in the treatment of obsessive-compulsive disorder:  a critical review.  J Clin Psychiatry 67:600-610, 2006.

484.    Dell'Osso B, Altamura AC, Allen A, Marazziti D, Hollander E.  Epidemiological and clinical updates on impulse control disorders:  a critical review.  European Arch Psychiatry (in press).

485.    Hollander E, Dell'Osso B.  Topiramate plus paroxetine in treatment-resistant obsessive-compulsive disorder.  Int Clin Psychopharmacol 21(3):189-191, 2006.

486.    Wainberg M, Irwin T, Muench F, O'Leary A, Morgenstern J, Parsons J, Hollander E.  Citalopram vs. placebo in the treatment of compulsive secual behaviors in gay and bisexual men.  J Clin Psychiatry (in press).

487.    Hollander E, Bartz J, Chaplin W, Phillips AT, Sumner J, Soorya L, Anagnostou E, Wasserman S.  Oxytocin increases retention of social cognition in autism.  Biol Psychiatry (in press).

488.    Anagnostou E, Hollander E.  4 drugs can improve autism's repetitive behaviors:  controlled trials shape evolving treatment approach.  Current Psychiatry 5(4):55-64, 2006.

489.    Hollander E et al.  Serotonin-norepinephrine reuupptake inhibitors in the treatment of obsessive-compulsive disorder:  a critical review.  J Clin Psychiaty 67(4):600-610, 2006.

490.    Hollander E, Alterman R, Dell'Osso B.  Approaching treatment-resistant obsessive-compulsive

disorder with brain stimulation interventions: the state of the art. Psychiatric Annals 36(7): 480-488, 2006.

491.  Hollander E, Allen A. Beauty is in the eye of the beholder: new insights in imagined ugliness. Primary Psychiatry 13(7):37-38, July 2006.

492.  Hadley SJ, Kim S, Priday L, Hollander E. Pharmacologic treatment of body Dysmorphic disorder. Primary Psychiatry 13(7):61-69, July 2006.

493.

Books:

1.   Hollander E (editor): Obsessive-Compulsive Related Disorders. American Psychiatric Press, Inc. Washington, DC, 1993.

2.   Hollander E, Zohar J, Marazziti D, Olivier B (editors): Current Insights in Obsessive Compulsive Disorder. John Wiley and Sons, Ltd. Sussex, England, 1994.

3.   Hollander E, Stein DJ (editors): Impulsivity and Aggression. John Wiley and Sons, Ltd., Sussex, England, 1995.

4.   Oldham JO, Hollander E, Skodol A (editors): Impulsivity and Compulsivity. American Psychiatric Press, Inc., Washington, DC, 1995.

5.   Sanchez-Plannell J, Hollander E (editors): Controversies in Dysmorphophobia and Body Dysmorphic Disorder. American Psychiatric Press, Inc., Washington, DC (in press).

6.   Hollander E, Stein DJ (editors): Obsessive Compulsive Disorders. Marcel Dekker, Inc., New York, NY, 1997.

7.   Stein DJ, Hollander E (editors): Trichotillomania: New Developments. American Psychiatric Press, Inc., Washington, DC, 1999.

8.   Simeon D, Hollander E (editors): Self-Injurious Behaviors: Assessment and Treatment. American Psychiatric Press, Inc., Washington, DC, 2001.

9.   Hollander E, Wong CM: Contemporary Diagnosis and Management of Depression, Anxiety, and Obsessive-Compulsive Disorders. Handbooks in Health Care Company, 2000.

10.  Summers M, with Eric Hollander, M.D.: Everything In Its Place: My Trials and Triumphs With Obsessive Compulsive Disorder. Penguin Putnam, New York, 1999.

11.  Stein DJ and Hollander E. Anxiety disorders comorbid with depression: social anxiety disorder, post-traumatic stress disorder, generalized anxiety disorder and obsessive-compulsive disorder. Martin Dunitz Ltd., London, England, 2002.

12.  Hollander E, Simeon D. Concise Guide to Anxiety Disorders. American Psychiatric Publishing Inc., Washington, D.C., 2003.

13.  Stein DJ, Hollander E (editors): Textbook of Anxiety Disorders. American Psychiatric Publishing, Inc., Washington, DC, 2002.

14.  Stein DJ, Hollander E (editors): Tratado de los Trastornos de Ansiedad. Ars Medica, Barcelona, Spain, 2004.

15.    Hollander E (editor):  Autism Spectrum Disorders. Marcel Dekker, Inc., New York, 2003.

16.    Hollander E, Evers M (editor):  Contemporary Diagnosis and Management of Mood and Anxiety Disorders.  Handbooks In Health Care Company, 2003.

17.    Hollander E, Bakalar N.  Coping with Social Anxiety:  The Definitive Guide to Effective Treatment Options.  Henry Holt and Company, New York, 2005.

18.    Hollander E, Stein DJ (editors):  Clinical Manual of Impulse Control Disorders.  American Psychiatric Publishing, Inc., Washington, DC, 2006.

19.    Hollander E, Anagnostou E (editors):  Clinical Manual for the Treatment of Autism.  American Psychiatric Publishing, Inc., Washington, DC, 2006.  (In preparation)

# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,       Plaintiff, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br>       Defendant. | ) <br> ) <br> )    C. A. No. 06-222 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF RONALD J. SAWCHUK, Ph.D.

### I.  QUALIFICATIONS

I, Ronald J. Sawchuk, Ph.D., declare as follows:

I have been retained by Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. to testify on behalf of Plaintiff Wyeth in this litigation as an expert in the field of pharmacokinetics.

I am a Professor of Pharmaceutics at the University of Minnesota, a position I have held since 1983. I have studied and carried out research in the field of pharmacokinetics for over thirty years.

I received my Ph.D. in 1972 from the University of California, San Francisco in pharmaceutical chemistry with a focus on pharmacokinetics. Immediately upon receiving my degree, I became an Assistant Professor of Pharmaceutics at the University of Minnesota and was promoted to Associate Professor in 1977. I have been a Professor of Pharmaceutics since 1983 and

was Acting Head of the Pharmaceutics Department from 1983 to 1986, and Head from 1998 to 1999. I have served as Director of Graduate Studies for the Pharmaceutics Program for nine years. I have advised on the order of thirty graduate students, postdoctoral fellows, and visiting scholars on projects relating to preclinical and clinical pharmacokinetics and bioanalytical chemistry.

A major focus of my research at the University of Minnesota has been in neuropharmaceutics and in the delivery of drugs to the central nervous system. One goal of this work was to enhance the distribution of centrally acting agents to the brain. This research included the targeting of antiviral compounds to brain tissue in an effort to optimize the delivery of drugs used in treating HIV encephalopathy. An area of emphasis here was the use of transport inhibitors to alter the distribution of such agents across the blood-brain barrier. Similar studies have been undertaken in my laboratory to examine factors that affect access of other centrally acting drugs to the brain. As an extension of this research, I am currently working with a medical device company on the delivery of a centrally acting drug into cerebrospinal fluid in animal and human subjects. Current work in my laboratory addresses the absorption and distribution of antibiotics to sites of infection.

I have taught, and continue to teach, pharmacokinetics, neuropharmacokinetics, and pharmacokinetic modeling and simulation in professional, graduate, and elective courses at the University of Minnesota and/or in the pharmaceutical industry for the past thirty years. I have

expertise in the determination of pharmacokinetic parameters for rapid and slow release formulations, the assessment of oral absorption using deconvolution, bioanalytical chemistry, and biopharmaceutics.

I have devoted a large part of my career to the study of the pharmacokinetics of several classes of drugs, exhibiting linear and nonlinear disposition. In addition to authoring numerous publications in this area, I have received funding from various sources in the public and private sector to support my research in pharmacokinetics, including support from the National Institutes of Health ("NIH") and the U.S. Food and Drug Administration ("FDA"). I have also consulted with the pharmaceutical industry in projects involving pharmacokinetics and biopharmaceutics, including bioequivalence, bioavailability, and bioanalytical chemistry.

I am a member of many scientific and professional societies, and have been elected as a Fellow of both the American Association of Pharmaceutical Scientists ("AAPS") and the American Association for the Advancement of Science ("AAAS"). In addition, I am a member of the Executive Council of the AAPS, and serve on the Editorial Board of the Journal of Pharmaceutical Sciences.

In addition to my academic qualifications, I am the owner of Biopharmakon, through which I act as an independent consultant to the pharmaceutical industry with respect to pharmacokinetics, bioanalytical chemistry, and biopharmaceutics.

For further details regarding my experience and qualifications, including the publications I have authored over at least the past ten years, a copy of my curriculum vitae is attached (Exhibit A).

### 1.    Pharmacokinetics

Pharmacokinetics is the study of the absorption, metabolism, distribution, and excretion of drugs in animals or humans. Each of these processes can affect the ultimate disposition of the drug. For example, in order to reach the intended site of action, a drug administered orally usually must first be absorbed from the gastrointestinal tract into the bloodstream. If the drug cannot be absorbed, then it simply passes through the gastrointestinal tract and is eliminated from the body without having the chance to exert its therapeutic effect at the intended site. Many drugs are metabolized, or converted into other chemicals during the absorption process, e.g., in the intestinal tract or in the liver. This conversion may result in the loss of a substantial amount of active ingredient. On the other hand, the metabolism of some drugs results in their conversion into other pharmacologically active compounds.

Once in the bloodstream, drugs may then be distributed to different tissues of the body. Although the liver is considered to be the major site of metabolism for most drugs, blood-borne enzymes and several other organs, such as the kidney, the lung, and the brain, may also metabolize certain drugs. Finally, orally administered drugs are eliminated entirely from the body via

various processes. The pharmacokinetics of a particular drug thus depends on a complicated interplay of processes that occur within the body.

In essence, pharmacokinetics can be considered as the study of how the body acts upon the drug. One of the goals of pharmacokineticists is to determine the rate and extent of drug exposure that a patient will experience following oral dosing. Pharmacokinetics also offers a means to compare the rate and extent of drug exposure provided by different formulations of the same drug.

In a clinical setting, pharmacokineticists often determine the concentration of the drug in a subject's plasma over time in order to understand how the body processes the drug after it has been ingested. They typically graph the drug plasma concentration as a function of time. The peak plasma concentration of drug achieved after oral dosing of a subject with drug is typically called Cmax, and the time it takes to reach the peak plasma concentration is referred to as Tmax. The Cmax and Tmax are often used to assess the performance of alternative dosage forms.

## 2.    Biopharmaceutics

Biopharmaceutics is a study of the relationship between the physicochemical properties of a drug or its dosage form and the biological effects they produce. This would include, *e.g.*, dissolution characteristics of a drug and/or dosage form. The dissolution characteristics of a dosage form can be of critical importance when developing an oral extended release formulation. The goal of an extended release formulation is to retard the release of the active

5

drug from the dosage form, thus resulting in a slower rate of absorption than one would expect from an immediate release formulation. Dissolution testing aids in the development of dosage forms for *in vivo* testing. If release of drug from a dosage form can be slowed down in *in vitro* testing, then it can be tested *in vivo* to determine whether or not it can be absorbed into the blood in sufficient quantities to maintain therapeutic levels. The slower absorption rate may be reflected in the drug plasma concentration versus time curve (discussed above), and may have significant pharmacological consequences. Researchers often correlate the *in vitro* dissolution profile with the actual absorption of the drug from the dosage form when it is tested *in vivo*. Once *in vivo* trials are performed, this type of information can be used, *inter alia*, to help develop additional dosage forms of the drug that would be expected to exhibit similar *in vivo* characteristics.

**B.    United States Patent Nos. 6,274,171, 6,403,120 and 6,419,958**

I have reviewed United States Patent Nos. 6,274,171 ("the '171 patent"), 6,403,120 ("the '120 patent") and 6,419,958 ("the '958 patent"). The three patents[1] contain claims to methods for providing therapeutic blood plasma levels of venlafaxine over a twenty-four hour period using extended release

---

[1]    I understand that the three patents share essentially the same specification. I will therefore cite only to the '171 patent unless specifically noted otherwise. The citations will be in the form of "column number:line number." These citations are understood to reflect the corresponding passages in the specifications of U.S. Ser Nos. 60/014,006; 08/821,137, 08/964,328, 09/884,412, 09/488,629 and 09/950,965, which also support the meaning of the claim terms discussed herein.

formulations. These patents recite certain distinct pharmacokinetic characteristics of venlafaxine extended release formulations, such as the time period it takes to achieve peak concentrations of drug in plasma (for example, claim 20 of the '171 patent and claim 1 of the '958 patent), or the maximum concentration of drug achieved in plasma after oral administration (for example, claim 1 of the '120 patent). The patents describe one aspect of the invention as "an extended release (ER), encapsulated formulation containing venlafaxine hydrochloride as the active drug [ ] component, which provides in a single dose, a therapeutic blood serum level over a twenty four hour period." [Col. 2:14-18]. The patents further note that the claimed formulation results in a "flattened drug plasma concentration to [sic] time profile," which eliminates the multiple sharp peaks and troughs associated with multiple daily dosing of the immediate release formulation. [Col. 2:20-28].

The patents also make clear that nausea and vomiting were common side effects produced by the immediate release dosage form of venlafaxine hydrochloride:

> With the plural daily dosing regimen, the most common side effect is nausea, experienced by about forty five percent of patients under treatment with venlafaxine hydrochloride. Vomiting also occurs in about seventeen percent of the patients.

[Col. 2:7-11]. The patents further state that the use of the extended release dosage forms results in an improved nausea and vomiting profile relative to the treatment with the conventional formulation. [Col. 2:55-62].

The patents include additional information pertaining to the claimed extended release dosage forms of venlafaxine hydrochloride.  For example, Table 1 of the patents describes the dissolution profile of the extended release dosage form of the invention, and the associated text further states that "[c]onformance with the dissolution rate given in Table 1 provides the twenty-four hour therapeutic blood levels for the drug component of the extended release capsules of this invention in capsule form."  [Col. 6:42-45].  In my opinion, the patents thus teach that the dissolution profile reported in Table 1 is correlated to the desired pharmacokinetic parameters described in the claims at issue.  I would expect venlafaxine hydrochloride dosage forms that exhibit this dissolution profile to exhibit the claimed *in vivo* characteristics.

Tables 2 and 3 provide concentration-time data resulting from multiple dose and single dose studies utilizing both an extended release venlafaxine hydrochloride formulation of the invention as well as an immediate release venlafaxine hydrochloride formulation.  These data are consistent with the conclusion that the drug in the extended release product is both released and absorbed more slowly than from the immediate release product.

Thus, the patents-in-suit teach formulations that would be reasonably expected to behave *in vivo* in the manner claimed: a formulation having the *in vitro* dissolution profile described in Table 1 would be, according to the patents in suit, reasonably expected to display the *in vivo* characteristics depicted in Tables 2 and 3.  Conformance with this profile is expected to provide the

8

requisite *in vivo* therapeutic blood plasma levels over a twenty-four hour period. [*See, e.g.,* col. 6:42-45].

### C. The Meaning of "A Method For Eliminating the Troughs and Peaks of Drug Concentration in a Patients Blood Plasma Attending the Therapeutic Metabolism of Plural Daily Doses of Venlafaxine Hydrochloride"

I have considered the meaning of the phrase "a method for eliminating the troughs and peaks of drug concentration in a patient(')s blood plasma attending the therapeutic metabolism of plural daily doses of venlafaxine hydrochloride" in claims 21, 24 and 25 of the '171 patent and claims 2, 5 and 6 of the '958 patent. This phrase refers to a method in which the extended release formulation is given to a patient over the course of treatment once daily, which results in a rise in venlafaxine blood plasma concentration, followed by a generally protracted decrease over the rest of the 24 hour period, which eliminates the multiple peaks and troughs in venlafaxine plasma concentration when the same daily dose of the immediate release dosage form of venlafaxine hydrochloride is administered to a patient two or three times daily. The phrase also means that the blood levels experienced by a patient treated with an extended release formulation of venlafaxine hydrochloride during a 24 hour period are therapeutic—that is, sufficient to provide relief from the condition being treated over the course of therapy.

This meaning is consistent with my understanding of the plain meaning of the terms in this phrase and the patent specification. In my view, pharmacokineticists would understand that a once-a-day oral extended release dosage form of venlafaxine hydrochloride would, by design, provide a slower

9

rate of release *in vivo* than what was observed with the immediate release dosage form, resulting in a decrease in dosing frequency, and an altered plasma concentration-time profile.

Thus, the patents, which describe the use of venlafaxine hydrochloride as an important drug for the treatment of depression (col. 1:59-61), describe the plasma concentration-time profile of the immediate release formulation as follows:

> Venlafaxine hydrochloride is presently administered to adults in compressed tablet form in doses ranging from 75 to 350 mg/day, in divided doses two or three times a day. In therapeutic dosing with venlafaxine hydrochloride tablets, rapid dissolution results in a rapid increase in blood plasma levels of the active compound shortly after administration followed by a decrease in blood plasma levels over several hours as the active compound is eliminated or metabolized, until subtherapeutic plasma levels are approached after about twelve hours following administration, thus requiring additional dosing with the drug.

[Col. 1:63-col. 2:7]. Thus, the conventional, immediate release form of venlafaxine hydrochloride requires multiple daily dosing to avoid subtherapeutic drug plasma levels. This would result in multiple sharp peaks and troughs in plasma concentration over the course of a single day of treatment in order to maintain therapeutic plasma levels for the full 24 hour period.

In contrast, the patents describe one aspect of the invention as "an extended release (ER), encapsulated formulation containing venlafaxine hydrochloride as the active drug [ ] component, which provides in a single dose, a therapeutic blood serum level over a twenty four hour period." [Col. 2:14-18].

The patents further note that the claimed formulation results in a "flattened drug plasma concentration to [sic] time profile," which eliminates the multiple sharp peaks and troughs associated with multiple daily dosing of the immediate release formulation. [Col. 2:20-28]. The drug plasma concentration versus time curve is further characterized as follows:

> In essence, the plasma levels of venlafaxine [ ] hydrochloride rise, after administration of the extended release formulations of this invention, for between about five to about eight hours (optimally about six hours) and then begin to fall through a protracted, substantially linear decrease from the peak plasma level for the remainder of the twenty four hour period, maintaining at least a threshold therapeutic level of the drug during the entire twenty-four [sic, hour] period.

[Col. 2:28-36]. This passage is consistent with how one of skill in the art would understand the claim phrase "A method for eliminating the troughs and peaks ... " in the context of the specification as a whole. For example, because of rapid release and absorption of the drug from the conventional immediate release formulation, the absorption process ends sooner resulting in "peak blood plasma levels in 2 to 4 hours." [Col. 2:36-38]. This rapid absorption causes plasma levels to decrease rapidly such that "subtherapeutic plasma levels are approached after about twelve hours following administration, thus requiring additional dosing with the drug." [Col. 2:4-7]. The specification also states that "this invention provides a method for eliminating the sharp peaks and troughs (hills and valleys) in blood plasma drug levels induced by multiple daily dosing with conventional immediate release venlafaxine hydrochloride tablets." [Col. 2:20-45 at 24-28]. Because the extended release formulation of

venlafaxine hydrochloride is administered only once a day, only one peak and one trough in venlafaxine plasma concentration are observed over a twenty-four hour interval. This clearly differs from the plasma concentration-time profile of the immediate release product, dosed two or three times daily, which would result in two or three peak-trough pairs in the twenty-four hour period, since each dosing interval during the day would exhibit its own peak and trough plasma concentration of drug.

Moreover, the sharp peaks and troughs associated with the immediate release formulation are replaced with a single peak and a flatter concentration-time profile that rises and falls more slowly. Accordingly, the patent specification notes that the claimed extended release formulation "provides better control of blood plasma levels than conventional tablet formulations which must be administered two or more times a day. . . ." [Abstract, lines 1-7; see also, col. 1:63-2:7].

Thus, my understanding of this claim phrase is consistent with the definition proposed in Wyeth's April 13, 2007 construction: A method in which the extended release formulation is administered once in a 24-hour period, resulting in a venlafaxine blood plasma concentration that rises to a maximum value, followed by a generally protracted decrease over the remaining period while maintaining during that 24-hour period levels of venlafaxine in blood plasma that are sufficient to provide, during the course of treatment, relief from the condition being treated, thereby eliminating the multiple sharp peaks and

troughs resulting from multiple daily dosing of the same total daily dose of the immediate release formulation as reflected in a graph of venlafaxine blood plasma concentration versus time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May 2007, at Washington, D.C.

Ronald J. Sawchuk, Ph.D.

EXHIBIT A

# RONALD J. SAWCHUK

## PERSONAL DATA

Present Address:
Department of Pharmaceutics
College of Pharmacy
Room 9-143 Weaver-Densford Hall
University of Minnesota
308 Harvard Street S.E.
Minneapolis, MN 55455
Telephone:    (612) 624-0646
FAX:    (612) 624-0951
E-mail:    sawch001@umn.edu

Home Address:
14934 Pixie point Circle SE
Prior Lake, MN 55372
Telephone:    (952) 226-6507

Born:    May 29, 1940, Toronto, Ontario, Canada
Marital Status:    Married, three children
Citizenship:    Dual: U.S. and Canadian

## EDUCATION

| 1959 | (High School) | Oakwood Collegiate Institute, Toronto<br>Secondary School Grade XIII |
| 1963 | B.Sc. Phm. | University of Toronto, Toronto<br>Ontario College of Pharmacy Licentiate No. 10748 |
| 1966 | M. Sc. Phm. | University of Toronto, Toronto |
| 1972 | Ph.D. | University of California, San Francisco<br>Pharmaceutical Chemistry (Pharmacokinetics) |

## PROFESSIONAL AND ACADEMIC EXPERIENCE

| 1963 - 1965 | Teaching Assistant, University of Toronto |
| 1966 | Community Pharmacist (part-time), Toronto |
| 1966 - 1968 | Teaching Assistant, University of California |
| 1971 - 1972 | Instructor in Pharmaceutics, University of Minnesota |
| 1972 - 1977 | Assistant Professor of Pharmaceutics, University of Minnesota |
| 1977 -1983 | Associate Professor of Pharmaceutics, University of Minnesota |
| 1974 - 1982 | Associate Director, Clinical Pharmacokinetics Laboratory, U of Minnesota |
| 1982 - 1995 | Director, Clinical Pharmacokinetics Laboratory, College of Pharmacy, U of Minnesota |
| 1983 - present | Professor of Pharmaceutics, University of Minnesota |
| 1983 - 1989 | Director of Graduate Studies in Pharmaceutics, University of Minnesota |
| 1983 - 1986 | Acting Head, Department of Pharmaceutics, University of Minnesota |
| 1984 (summer) | Quarter Leave, Sandoz Pharma, Pharmacokinetics and Drug Metabolism Dept., Basel, Switzerland (M. Lemaire) |
| 1991 - 1994 | Director of Graduate Studies in Pharmaceutics, University of Minnesota |
| 1992 (Summer) | Quarter Leave, Sandoz Pharma, Drug Safety, Basel, Switzerland (W. Niederberger) |
| 1996 - 1999 | Member, Board of Directors, Century Mortar Club |
| 1997 (Spring) | Semi-Quarter Leave, Toyama Medical and Pharmaceutical University, Japan (H. Sato) |
| 1997 (Summer) | Semi-Quarter Leave, Novartis AG, PKDM, Basel, Switzerland (J. Vonderscher) |
| 1998 - 1999 | Head, Department of Pharmaceutics, University of Minnesota |
| 2001 (Summer) | Faculty Development Leave, Novartis AG, PKDM, Basel, Switzerland (M. Lemaire ) |

## CURRENT PROFESSIONAL RESPONSIBILITIES

| | |
|---|---|
| 1972 - present | Member, Graduate Program in Pharmacutics, University of Minnesota |
| 1983 - present | Professor of Pharmaceutics, University of Minnesota |
| 1982 - present | Consultant to the pharmaceutical industry |
| 1995 - present | Director, Bioanalytic and Pharmacokinetic Services, University of Minnesota |
| 1995 - present | Editorial Board, *Saudi Pharmaceutical Journal* |
| 1996 - present | Editorial Board, *Journal of Pharmaceutical Sciences* |
| 1996 - present | Member, Graduate Program in Neurosciences, University of Minnesota |
| 2001 - present | Member, Graduate Program in Experimental and Clinical Pharmacology, U of M |
| 2002 - present | Member, Graduate Program in Social, Administrative and Clinical Pharmacy, U of M |

## OTHER PROFESSIONAL ACTIVITIES AND RESPONSIBILITIES

Prepared two videotapes on "Pharmacokinetics" for undergraduate instruction

Co-editor of a book with James Blanchard, Ph.D. and B.B. Brodie, Ph.D., entitled "Principles and Perspectives in Drug Bioavailability." S. Karger, Publisher, 1979

Assistant Director, Clinical Pharmacokinetics Laboratory, 1974-82

Consultant in the Establishment and Implementation of the Drug Quality Assurance Program, United Hospitals, St. Luke's Division, St. Paul, 1975

Participant in Critical Incidents Workshop, PDI - College of Pharmacy, 1977

Assessor in the Pharmacy Assessment Exercises, 1978

Coordinator for Continuing Education in Pharmacy, TV Series 1978, 1980

Expert, Bureau of Drugs and Biologics, Food and Drug Administration, 1982-84

Screening Committee, Abstracts, Basic Pharmaceutics Section, APS, APhA, 1981

Review of Grants, Medical Research Council (Canada) 1980-86

Review of Grants, British Columbia Health Care Foundation, 1981-84

Advisory Consultant, Site Visit Team NIH (NINCDS) Yale University School of Medicine, October 1979

Member, Site Visit Team NIH (NINCDS) University of Utah School of Medicine, January 1983

Member, Special Pharmacology Study Section NIH, April-June 1988

Review of Grants, Idaho State Board of Education, 1989-91

Review of Grants, Greater Minnesota Corporation, 1990-91

Organizer and Symposium Co-Chair, "Microdialysis in Drug Metabolism and Disposition Studies", for the Annual AAPS Meeting, San Antonio TX, 1992

Symposium Co-Chair, "Kinetic and Dynamic Challenges of the 90's", for the Annual AAPS Meeting, San Diego, CA, 1994

Organizing Committee Member for the NATO Advanced Study Institute, "Pharmacokinetics: From Theory to Practice", Erice, Italy, April 5-16, 1994

Co-organizer and Participating Instructor, "Pharmacokinetics for the Pharmacist and Pharmaceutical Scientist" University of Milan, Varese, September 10 -15, 1995.

Member, Board of Directors, Century Mortar Club, 1996-present.

National Advisory Committee, FAMU RCMI Program, Tallahasse, FL 1996-present

Co-organizer and Participating Instructor, "Pharmacokinetics for the Biomedical and Pharmaceutical Scientist" University of Milan, Varese, September 7 -12, 1997.

Scientific Advisory Committee, 1st Symposium on Microdialysis and Pharmacokinetics, Leiden, The Netherlands April 1998

Organizer and Participating Instructor, "Pharmacokinetics for the Biomedical and Pharmaceutical Scientist" University of Malta, Msida, September 6 -15, 1998.

Founder, Microdialysis Focus Group, American Association of Pharmaceutical Scientists, 1998.

Scientific Advisory Committee, 2nd International Symposium on Microdialysis in Drug Research and Development, Stockholm, Sweden, June 2000

Chair, Microdialysis Focus Group, American Association of Pharmaceutical Scientists, 1998-2000.

Co-Chair, Organizing Committee, 3rd International Symposium on Microdialysis in Drug Research and Development, Minneapolis, MN, USA, June 2002

Visiting Professor, Guilin Medical College, Guilin PRC (2002-2007)

Scientific Advisory Committee, 4th International Symposium on Microdialysis in Drug Research and Development, Vienna, Austria, June 2004
Scientific Advisory Committee, Abbott Laboratories, for the FDA Critical Path Initiative, September 2004
Scientific Advisory Committee, 5th International Symposium on Microdialysis in Drug Research and Development, Leiden, The Netherlands, June 2006

## MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCIETIES

American Association of Pharmaceutical Scientists (Fellow)
American Association for the Advancement of Sciences (Fellow)
American Pharmacists Association (APhA)
American Society for Pharmacology and Experimental Therapeutics
International Society of Anti-Infective Pharmacology
International Society for the Study of Xenobiotics
Century Mortar Club (Board of Directors, 1996-98)
Rho Chi

## SCHOLARSHIPS, HONORS AND AWARDS

| | |
|---|---|
| 1964 | Scholarship, Canadian Foundation for the Advancement of Pharmacy |
| 1965-66 | National Research Council of Canada |
| 1965 | Warner-Lambert Research Fellowship |
| 1968-70 | National Institute of Health (NIH) Training Grant |
| 1981-82 | Teacher of the Year, College of Pharmacy, University of Minnesota |
| 1986 | Recipient of Horace T. Morse-Amoco Foundation Award |
| 1988 | Fellow, American Association of Pharmaceutical Scientists |
| 1990 | Fellow, American Association for the Advancement of Science |
| 1996 | Hallie Bruce Memorial Lecture Award |
| 1997 | Fellowship, Japanese Society for the Promotion of Science |
| 1999 | Meritorious Manuscript Award, American Association of Pharmaceutical Scientists |
| 2001 | Weaver Medal of Honor |
| 2004 | Distinguished Lecture, Creighton University School of Pharmacy and Health Professions |
| 2005 | Academy of Distinguished Teachers, University of Minnesota |
| 2006 | Distinguished Lecture, Temple University School of Pharmacy |
| 2007 | APhA Research Achievement Award in the Basic Pharmaceutical Sciences |

## COMMITTEE APPOINTMENTS

### COLLEGE OF PHARMACY

| | |
|---|---|
| 1972-73, 1973-74 | Student American Pharmaceutical Association Minnesota Chapter (Faculty Advisor) |
| 1972-75 | Student Admissions and Academic Standing Committee, College of Pharmacy |
| 1972-73 | Task Force on College of Pharmacy Organization |
| 1973-74 | Continuing Education Committee |
| 1972-78 | Admissions Committee for Pharm.D. Program, College of Pharmacy (Chair 1973-74; 1977-78) |
| 1974-75 | University of Minnesota Health Sciences B/C Implementation Committee |
| 1974-77 | Constitution and By-laws Committee |
| 1974-75 | Unit K Committee, Graduate School |
| 1975-76 | Task Force on Pharm.D. Admissions |
| 1976-78 | Professional Education Committee |
| 1977-78 | Task Force on Travel |
| 1977-78 | Anatomy, Physiology, Pathology Study Group |
| 1977-78 | Drug Product Design and Evaluation Study Group |
| 1976-78 | Search Committee for Biopharmaceutics Faculty Member |
| 1977-78 | Search Committee for Assistant Director HCMC |

| | |
|---|---|
| 1977-78 | Search Committee for Research Associate, CEP Project D-1 (Chairman) |
| 1978-79 | Pharm.D. Program Planning Committee (Chairman) |
| 1978-79, 1979-80 | Computer Systems Committee (Chairman) |
| 1979-80 | Professional Education Committee (Chairman) |
| 1980-81 | Educational Policy Committee (Chairman) |
| 1980-82 | Externship Committee |
| 1981-82 | Academic Standing Committee |
| 1981-83 | Health Sciences Policy and Review Council |
| 1981-82 | Graduate Faculty Nominations and Course Proposals Committee |
| 1982-83 | Academic Standing Committee (Chairman) |
| 1982-83 | Advisory Committee on Animal Care Facilities |
| 1983-85 | Council of Directors of Graduate Studies |
| 1982-83 | Task Force on Computers |
| 1983 | Search Committee for Department Chairman (Chairman) |
| 1983 | Search Committee for Clinical Faculty at HCMC |
| 1984 | Ad Hoc Committee on External Pharm.D. Program |
| 1984 | Executive Committee (Chairman) |
| 1984 | Search Committee for Dean of College of Pharmacy |
| 1984 | Search Committee for Psychiatry Position, St. Paul-Ramsey Medical Center |
| 1984 | Search Committee for Clinical Faculty at Hennepin County Medical Center |
| 1985 | Endowed Chair in Pharmaceutics Search Committee (Chair) |
| 1985 | Assistant Professor in Pharmaceutics Search Committee (Chair) |
| 1985 | Appointment, Promotion and Tenure Committee |
| 1985 | Space Committee |
| 1985 | Clinical Assistant Professor (MMC) Search Committee |
| 1985-89 | Executive Committee |
| 1986-87 | Appointment, Promotion and Tenure Committee (Chair) |
| 1986-90 | Educational Policy Committee |
| 1986-87 | Subcommittee of Educational Policy Committee |
| 1986 | Search Committee for Endowed Chair (Chair) |
| 1986-87 | College of Pharmacy Strategic Planning Committee |
| 1986-87 | Subcommittee of Strategic Planning Committee to Develop College Goals and Objectives |
| 1987-90 | Continuing Pharmacy Education Advisory Committee (Chair) |
| 1987-88 | Admissions Committee |
| 1988-89 | Admissions Committee (Chair) |
| 1989-91 | Promotion and Tenure Committee |
| 1991-92 | Promotion and Tenure Committee (Chair-Elect) |
| 1991-92 | General Research Support Committee |
| 1992-93 | Promotion and Tenure Committee (Chair) |
| 1992-93 | General Research Support Committee |
| 1993-94 | Academic Standing Committee (Chair-Elect) |
| 1994-95 | Academic Standing Committee (Chair) |
| 1994-98 | College Computer Committee |
| 1995-96 | Promotion and Tenure Committee |
| 1995-96 | Internal Organization and Leadership Task Force |
| 1996-97 | Nontraditional Pharm.D. Task Force |
| 1997-98 | Search Committee for Endowed Chair in Geriatric Pharmacotherapy |
| 1997-98 | Admissions Committee |
| 1997-98 | Search Committee for Immunotherapy Faculty Position (Chair) |
| 1998-2000 | Search Committee for Pharmaceutics Faculty Position |
| 2000-2001 | Educational Policy Committee |
| 2001-2002 | Search Committee for ECP Faculty Position |
| 2001-2002 | Educational Policy Committee (Chair) |
| 2001-2002 | Search Committee for Pharmaceutics Faculty Position |
| 2001-2002 | College of Pharmacy Phar. Sci. 2020 Committee, Capital Campaign (Co-Chair) |

| 2001-2004 | College of Pharmacy Faculty Consultative Committee |
| 2002-2003 | Educational Policy Committee (Past Chair) |
| 2002-2003 | College of Pharmacy Collegiate Review Committee (Chair) |
| 2002-2003 | College of Pharmacy Central Council (Faculty Representative) |
| 2002-2003 | College of Pharmacy Instructional Development Working Group for the Duluth Expansion |
| 2003-2005 | Search Committee for Pharmaceutics Faculty Position at UMD (Chair) |
| 2004-2007 | College of Pharmacy Assessment Committee |
| 2005-2006 | Search Committee for Endowed Chair in Geriatric Pharmacotherapy |
| 2006-2007 | Search Committee for Pharmaceutics Faculty Position |

## UNIVERSITY COMMITTEE APPOINTMENTS

| 1974-78 | Subcommittee on Academic-Industrial Interface, Academic Relations Committee, 3M Technical Forum |
| 1975-76 | Health Sciences Primary Health Care Program Committee (Alternate), Solicitor for the University of Minnesota Consolidated Fund Drive |
| 1977-78 | Alternate Senator (U. of Minnesota) |
| 1978-81 | Senator (U. of Minnesota) |
| 1984-85 | Health Sciences Learning Resources Committee |
| 1986 | College Delegate to All-University Single Quarter Leave Working Group, Academic Affairs |
| 1989 | Health Sciences Policy and Review Council, Graduate School |
| 1989-91; 1991-93 | Biological Sciences (formerly Plant and Animal Sciences) Policy and Review Council, Graduate School |
| 1991-93 | Graduate Faculty Nominations Subcommittee, Biological Sciences Policy and Review Council, Graduate School |
| 1992-93 | Graduate Faculty Nominations Subcommittee (Chair), Biological Sciences Policy and Review Council, Graduate School |
| 1995-1998 | Biological Sciences Policy and Review Council, Graduate School |
| 1997-98 | Faculty Research Development Proposal Review Committee for the Academic Health Center |
| 2001-2004 | Academic Health Center Faculty Consultative Committee |
| 2001-2002 | SCFP Subcommittee on Twin Cities Facilities and Support Services (STCFSS) |
| 2003 | AHC Seed Grant Review Committee |
| 2003 | AHC FCC Internal Screening Committee for Academy of Excellence Nominees |
| 2004-2007 | All-University Honors Committee, University of Minnesota |

## STATE, NATIONAL, AND INTERNATIONAL COMMITTEE APPOINTMENTS

| 1974-76 | Representative to AACP Council of Faculties |
| 1977-78 | AACP Task Force on Guidelines for Pharm.D. Accreditation |
| 1980-82 | Academic Advisory Committee, Kellogg Pharmaceutical Scientist Program |
| 1981 | Screening Committee for Academy of Pharmaceutical Sciences, Basic Pharmaceutics Section |
| 1989-present | Member, Scientific Committee, International Pharmaceutical Technology Symposium (FIP) |
| 1990 | Academic Affairs Committee, AACP (Member) |
| 1990 | Program Committee, Controlled Release Society Annual Meeting (Member) |
| 1989-91 | Continuing Education Committee, State Board of Pharmacy (Member) |
| 1990-95 | USP Committee of Revision (Member) |
| 1991-93 | NIH/NINDS Antiepileptic Drug Development Program (Consultant) |
| 1995 | Fellows Nominations Committee for AAPS, PPDM Section |
| 1995 | Screening Committee for AAPS PPDM Section Abstracts |
| 1997-2000 | Fellows Nominations Committee for AAPS, PPDM Section |
| 1999-2000 | Committee on AAPS Section Structure and Procedure Guideline |
| 2000-2001 | PPDM Vice Chair, American Association of Pharmaceutical Scientists |
| 2000-2002 | Co-Chair, Organizing Committee, 3rd International Symposium on Microdialysis in Drug Research and Development |

| 2001-2002 | PPDM Chair Elect, American Association of Pharmaceutical Scientists |
| 2001-2002 | Annual Program Planning Committee, American Association of Pharmaceutical Scientists |
| 2001-2002 | Program Coordinating Committee, American Association of Pharmaceutical Scientists |
| 2002-2003 | PPDM Section Chair, American Association of Pharmaceutical Scientists |
| 2002-2003 | PPDM Committee for Graduate Student Symposium Awardees, American Association of Pharmaceutical Scientists |
| 2002-2003 | Short Course Program Review Team, American Association of Pharmaceutical Scientists |
| 2003-2004 | PPDM Section Past-Chair, American Association of Pharmaceutical Scientists |
| 2004-2007 | Member-at-Large, American Association of Pharmaceutical Scientists Executive Council |
| 2004-2006 | Clinical and Operational Working Group (CORWG), NASA |
| 2004-2005 | AAPS Executive Council Liaison to the Clinical Sciences section of AAPS |
| 2005-2006 | AAPS Executive Council Liaison to the DDD section of AAPS |
| 2005-2006 | AAPS Executive Council Liaison to the PDD section of AAPS |
| 2005-2006 | AAPS Executive Council Liaison to the 2006 Annual Meeting Program Committee |
| 2005-2006 | AAPS Executive Council Liaison to the 2006 Annual Meeting Screeners |
| 2005-2006 | AAPS Executive Council Liaison to the 2006 Program Coordination Committee |
| 2006 | AAPS Reference Resources Task Force |
| 2006-2007 | AAPS Executive Council Liaison to the APQ section of AAPS |
| 2006-2007 | AAPS Executive Council Liaison to the PT section of AAPS |
| 2006-2007 | AAPS Executive Council Liaison to the International Affairs Committee |

## INVITED PRESENTATIONS

Continuing Education Program (6 hours) Minneapolis, MN, 1973.
Upper Midwest Hospital Conference, 1974.
Continuing Education Program (6 hours) Rochester, MN, 1974.
University of Illinois, Chicago, IL, 1974.
Department of Clinical Pharmacology, University of Minnesota, 1974.
AACP Annual Meeting and Teachers' Seminar (Workshop Leader), Lake Kiamesha, NY, 1975.
Debate Symposium, "Drug Product Selection," St. Paul, MN, 1977.
Continuing Education for Minneapolis Veteran Pharmacists (2 hours), Minneapolis, MN, 1978.
Continuing Education in Pharmacy (2 hours), Mankato, MN, 1978
Continuing Education in Pharmacy "Seminar at Sea" (4 hours of instruction), 1978.
HPLC Workshop, Invited Lecturer, Bloomington, MN, 1978.
University of Kentucky, Lexington, KY, 1979.
American Association of Clinical Chemists, Midwest Section, Minneapolis, MN, 1979.
University of Illinois, Chicago, IL, 1979.
Smith Kline Corp., Philadelphia, PA, 1979.
Department of Pathology, St. Cloud Hospital, St. Cloud, MN, 1979.
Comprehensive Epilepsy Program, Minneapolis, MN, 1979.
University of North Carolina, Chapel Hill, NC, 1979.
Burroughs Wellcome Co., Research Triangle Park, NC, 1979.
St. Paul-Ramsey Medical Center, St. Paul, MN, 1979.
Continuing Education in Pharmacy (4 hours) Minneapolis, MN, September-October, 1981.
Medical Research Council of Canada, Visiting Professor, University of British Columbia, Vancouver, 1982.
Invited Lecturer, National Institutes of Health, Epilepsy Branch, Bethesda, MD, 1982.
Geriatric Research, Education and Clinical Center, Bloomington, MN, September, 1982.
Continuing Education in Pharmacy (6 hours), Duluth, MN, September, 1982.
Ciba-Geigy, Pharmaceuticals Division, Ardsley, December 2, 1982.
Swiss Federal Institute of Technology, Zurich, Switzerland, June 19, 1984.
Biopharmacy Division, Sandoz AG, Basel, Switzerland, June 22, 1984.
Biopharmacy Division, Sandoz AG, Basel, Switzerland, July 24, 1984.
"Cyclosporine Pharmacokinetics in the Rabbit:  In Vivo Disposition and In Situ Absorption Studies," Rhone-
    Poulenc Visiting Professor, University of Toronto, Ontario, February 5, 1985.
"Pharmacokinetics and Pharmacodynamics," Drug Therapy Symposium VI, St. Paul, MN, February 27, 1985.

"Absorption and Disposition Studies with Cyclosporine," Sandoz, AG, Basel, Switzerland, July 15, 1985.

"Absorption of Cyclosporine from Rabbit Small Intestine Using an In Situ Perfusion Model," Vorstand des Instituts fur Pharmazie U. Lebensmittlechemie der Ludwig-Maximilians-Universitat, Munich, West Germany, July 17, 1985.

"Analytic considerations in the Investigation of the Pharmacokinetics of Cyclosporine," Medizinischen Hochschule, Hanover, West Germany, September 11, 1985.

"Mixed-Order Absorption of a Sustained Release Carbamazepine Tablet in Humans," Institut fur Pharmazeutische Technologie der Johann Wolfgang Goethe-Universitat, Frankfurt am Main, West Germany, May 15, 1986.

"Simultaneous First- and Zero-order Absorption of Commercial Carbamazepine Tablets," 5th Symposium on Biopharmaceutics and Pharmacokinetics, Piestany, Czechoslovakia, May 22, 1986.

"Simultaneous First- and Zero-order Absorption of Tegretol in Human Volunteers," National Institutes of Health, Epilepsy Branch, NINCDS, Bethesda, MD, November 6, 1986.

"Comparison of Plasma AUCs using the Traditional Point-by-Point and Pooled Sample Methods: Application in the Analysis of Human Pharmacokinetics of Carbamazepine and its metabolites," Food and Drug Administration, Rockville, MD, July 20, 1987.

"Pharmacokinetics in Contemporary Pharmacy Practice," Minneapolis Veteran Pharmacists Association, Richfield, MN, September 15, 1987.

"The Absorption and Disposition Kinetics of Carbamazepine and its Metabolites in Humans," Ciba-Geigy, Summit, NJ, July 23, 1987.

The following four lectures were given in Beijing, Chengdu, and Guilin, China during a visit sponsored by the Chinese Academy of Medical Sciences in late October/early November 1987:

1. "Theory and Application of a Pharmacokinetic Model in Individualizing Dosing Regimens for the Aminoglycosides."
2. "First- and Zero-order Absorption of Carbamazepine from Commercial Tablets in Epileptic Patients and Normal Volunteers."
3. "Significance of Nonlinear Disposition Kinetics in the Adjustment of Dosing Regimens."
4. "Relative Bioavailability of Phenytoin Formulations: Problems in Assessment Due to Michaelis-Menten Elimination Kinetics."

"Does Tegretol need to be Dosed TID?" Comprehensive Epilepsy Program, Minneapolis, MN, March 21, 1988.

"The Kinetics of Absorption of Carbamazepine (Tegretol ) and its Metabolism in Humans," Vorstand des Instituts der Pharmazie, Ludwig-Maximilians Universitat, Munich FRG, June 8, 1988.

"Pharmacokinetic and Physiologic Considerations in Oral Controlled Drug Delivery," Novel Drug Delivery Symposium, Minneapolis, MN, September 20, 1988.

"Clinical Applications of the Two-Compartment Open Model," Regional Kidney Disease Program, Hennepin County Medical Center, Minneapolis, MN, November 16, 1988.

The following five lectures were presented in a Continuing Education in Pharmacy Program: "Concepts and Applications in Pharmacokinetics, Parts I and II"; "Therapeutic Response and Toxicity"; "Monitoring Drug Therapy"; and "Bioavailability and Bioequivalence", St. Thomas, Virgin Islands, March 8-13, 1989.

"The Pharmacokinetics of Zidovudine (AZT) with Some Observations on the Interaction with Probenecid," Queen's University of Belfast, Belfast, North Ireland, June 15, 1989.

"Pharmacokinetic and Analytical Considerations in Monitoring Zidovudine (AZT) Levels in Children with Aids," Fourth International Congress on Pediatric Laboratory Medicine, Washington, DC, August 23, 1989.

"Inhibition of Zidovudine Metabolism and Excretory Transport," Department of Pharmacodynamics, Semmelweis University of Medicine, Budapest, Hungary, September 13, 1989.

"Evaluating Bioequivalence," Western Michigan Society of Hospital Pharmacists, Grand Rapids, MI, March 2, 1990.

"Effect of Temperature and Medium of Analysis on Cyclosporine Concentration," Canadian Consensus Meeting on Cyclosporine Monitoring, Minaki Lodge, Canada, May 11, 1990.

"Studies of the Interaction between Zidovudine (AZT) and Probenecid in Animals and Humans." Pharmaceutics and Process R & D, Ayerst Laboratories Inc., Rouse's Point, NY, August 17, 1990.

"Mechanistic Studies to Examine the Effect of Probenecid on the Brain Uptake of Zidovudine," Shanghai Medical University, Shanghai, P.R.C., October 13, 1990.

A lecture series (16 hrs) on the topic of "Clinical Pharmacokinetics and Therapeutic Drug Monitoring" was given to staff members of the Chinese Academy of Medical Sciences and Hospital Pharmacists, Beijing, P.R.C., October 15-20, 1990.

"Comparative Intestinal Absorption of Compounds of Varying Lipophilicity, and the Effect of Absorptive Water Flux." Lederle Laboratories, Pearl River, NY, September 12, 1991.

"Analysis of Zidovudine Distribution into Specific Brain Regions Utilizing Microdialysis," Bristol Myers-Squibb Research Institute, Princeton, NJ, September 17, 1991.

"Distribution of AZT Into Specific Brain Regions in the Rabbit Utilizing Microdialysis," University of Illinois College of Medicine, Peoria, IL, October 9, 1991.

"Studies on the Transport of Nucleosides into Specific Brain Regions Using Microdialysis with *In Vivo* Calibration." University of Florida, College of Pharmacy, Gainesville, FL, December 6, 1991.

"Analysis of Zidovudine Distribution into Specific Brain Regions Utilizing Microdialysis," University of Arizona College of Pharmacy, Tucson, AZ, February 17, 1992.

"Regional Considerations in the In Situ Intestinal Absorption of Glycylcycline and Minocycline, and the Effect of Solvent Drag," Lederle Laboratories, Pearl River, NY, May 11, 1992.

"Comparative Absorption of Fluorothymidine and Related Nucleosides in Different Anatomic Intestinal Regions," Lederle Laboratories, Pearl River, NY, May 11, 1992.

"Microdialysis Techniques for the Study of Drug Distribution, and the Problem of Recovery *In Vivo*," Europhor Toulouse, France, June 19, 1992.

"The Use of Microdialysis in Studying the Distribution of Exogenous Substances in Biological Tissues," Sandoz Pharma, Basel Switzerland, June 24, 1992.

"Inhibition of Brain Distribution and Systemic Clearance of AZT by Probenecid," Sandoz Pharma, Basel Switzerland, June 30, 1992.

"Uptake of Zidovudine (AZT) into Rabbit Brain Using Microdialysis with *In Vivo* Calibration," Knoll AG, Ludwigshafen, Germany, July 1, 1992.

"Microdialysis in the Study of the Distribution and Metabolism of Exogenous Substances," Pharmaceutical Chemical Institute, University of Heidelberg, Heidelberg, Germany, July 2, 1992.

"The Relationship Between Urine and Plasma Concentrations of Lipophilic Drugs: Implications for Therapeutic Drug Monitoring," Sandoz Pharma, Basel Switzerland, July 8, 1992.

"Estimation of the Elimination Rate Constant for Metabolites which Exhibit Formation-Rate Limited Disappearance," Sandoz Pharma, Basel Switzerland, July 23, 1992.

"Experimental Determination of Free Tissue Levels Using Microdialysis," 4th Biennial Conference on Chemotherapy of Infectious Diseases and Malignancies, Prague, Czechoslovakia, August 31, 1992.

"*In Situ* Intestinal Absorption of Tetracycline Derivatives and the Effect of Absorptive Water Flux," Lederle Laboratories, Pearl River, NY, November 13, 1992.

"Reversibility of Carbamazepine Autoinduction upon Dose Termination in Normal Volunteers," Abbott Laboratories, Abbott Park, IL, December 2, 1992.

"Barriers to the Oral Delivery of Drugs," Wyeth-Ayerst Research, Radnor, PA, February 23, 1993.

"Preliminary Results of Studies which Examine the Distribution of the NMDA Antagonist, EAB 515, to Rat Brain," Sandoz Pharma, Basel Switzerland, April 26, 1993.

"Microdialysis Calibration Using the Zero-Net Flux Method and Retrodialysis in Studying the Distribution of Exogenous Substances to Rat Brain," Sandoz Pharma, Basel Switzerland, April 26, 1993.

"Investigation of the Pharmacodynamics of the NMDA Antagonist, EAB 515, in the Rat During Intravenous and Intracerebroventricular Administration." Sandoz Research Institute, Berne, Switzerland, April 28, 1993.

"Comparative Distribution of AZT to Brain Tissue Extracellular Fluid During Intravenous and Intracerebroventricular Infusion." Food and Drug Administration, Rockville, MD, May 21, 1993.

"Interspecies Scaling of Pharmacokinetics in the Evaluation and Development of New Antiepileptic Drugs." Natural Resources Research Institute, University of Minnesota—Duluth, Duluth, MN, August 11, 1993.

"Application of Pharmacokinetic Principles in Practice." Minneapolis Veteran Pharmacists Association, St. Louis Park, MN, September 21, 1993.

"Microdialysis as a Tool to Study Drug Delivery to the Brain." North Jersey American Chemical Society Drug Metabolism Discussion Group, Somerset, NJ, October 7, 1993.

"Graduate Studies and Research Careers in Pharmaceutics." University of Minnesota—Duluth Department of Chemistry, Duluth, MN, December 3, 1993.

"Microdialysis in Pharmacokinetic and Drug Metabolism Studies." 95th Annual Meeting, American Society for Clinical Pharmacology and Therapeutics, New Orleans, LA, April 1, 1994.

"Modeling and Simulation of Complex Pharmacokinetic Systems." NATO Advanced Study Institute, Erice, Italy, April 12, 1994.

"Microdialysis in the Study of Drug Distribution." NATO Advanced Study Institute, Erice, Italy, April 13, 1994.

"Pharmacokinetic Studies Utilizing Microdialysis." Department of Pharmaceutical Chemistry, University of Kansas, Lawrence, KS, May 2, 1994.

"Pharmacokinetic Studies Utilizing Microdialysis and On-Line HPLC." 4th International Workshop in Bioanalysis, Lawrence, KS, July 12, 1994.

"Application of Microdialysis in Pharmacokinetic Studies." Gordon Research Conference in Drug Metabolism, Holderness School, Plymouth, NH, July 20, 1994.

"Microdialysis and its Application in Pharmacokinetic Studies." Ciba-Geigy, Pharmacokinetics and Bioanalytics Division, Ardsley, NY, July 25, 1994.

"Assessing Drug Transport in the Brain with Microdialysis." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

"Applications of Microdialysis in Preclinical Pharmacokinetic Studies." 3M Pharmaceuticals, 3M Center, St. Paul, MN, November 29, 1994.

"Problems in Assessing the Absorption of Carbamazepine from Sustained Release Dosage Forms in Epileptic Patients." Pharmavene, Inc., Gaithersburg, MD, February 23, 1995.

"Selected Preclinical Pharmacokinetic Studies with Tacrine." Parke-Davis Pharmaceuticals, Ann Arbor, MI, May 5, 1995.

"Brain Distribution and Metabolism Studies with Tacrine and Two Hydroxylated Metabolites." Department of Pharmaceutics and Pharmacodynamics, University of Illinois, Chicago, IL, July 28, 1995.

"Microdialysis and its Application in Preclinical Drug Distribution and Absorption Studies." Chiron Corporation, Emeryville, CA, August 18, 1995.

"The Principle of Quantitative Microdialysis and its Application in Preclinical Drug Distribution Studies." Genentech, Inc., South San Francisco, CA, October 9, 1995.

"Graduate Programs and Research Opportunities in Pharmaceutics." 13th Annual Symposium on Pharmaceutical Sciences Graduate Programs, Merrillville, IN, October 21, 1995.

"Principles of Microdialysis and Applications in Preclinical Drug Distribution and Absorption Studies," Wyeth-Ayerst, Pearl River, NY, December 6, 1995.

"Microdialysis in Preclinical Drug Distribution Studies." Dupont Merck, Newark ,DE, December 8, 1995.

"Microdialysis and its Application to the Study of Drug/Metabolite Distribution in the Central Nervous System," University of Pittsburgh, Pittsburgh, PA, January 25, 1996.

"Therapeutic Drug Monitoring: A Fodor's Guide." Hallie Bruce Memorial Lecture Award, Minnesota Society of Health-Services Pharmacists, Minneapolis, MN, April 13, 1996"

"Preclinical Studies of Drug Distribution to the Brain using Microdialysis." Pharmaceutical Peptides Inc, Cambridge, MA, May 2, 1996.

"Microdialysis and its Application in Nonclinical Studies of Drug Distribution and Absorption." Bristol-Myers Squibb, Pinceton, NJ, June 24, 1996.

"Continuous Monitoring by Microdialysis in Neuropharmacokinetic Investigations." Faculty of Pharmacy, University of Tanta, Tanta, Egypt, March 5, 1997.

"Preclinical Studies of Drug Distribution to the Brain using Microdialysis," Toyama Medical and Pharmaceutical University, Toyama, Japan, April 11, 1997.

"Application of Pharmacokinetic Principles in Individualizing Aminoglycoside Dosing," Toyama Medical and Pharmaceutical University, Toyama, Japan, April 11, 1997.

"Preclinical Studies of Drug Distribution to the Brain using Microdialysis," Meiji College of Pharmacy, Japan, April 18, 1997.

"Individualizing Aminoglycoside Dosing and Once-a-Day Aminoglyocosides," Meiji College of Pharmacy, Japan, April 18, 1997.

"Education of Pharmacists and Pharmaceutical Scientists at the University of Minnesota," 260th Meeting on Continuing Education of Pharmacists, Okuda-Shinmachi, Toyama, Japan, April 26, 1997.

"Pharmacokinetic Basis of Drug-drug Interactions," Novartis Workshop on Metabolic Drug-Drug Interactions, Schluchsee, Germany, October 14, 1997.

"Microdialysis and its Application in Preclinical Pharmacokinetic Studies," Merck  Research Laboratories, West Point PA, December 16, 1997.

"Microdialysis and its Application in Preclinical Pharmacokinetic Studies," Merck and Co, Inc. Rahway NJ, December 17, 1997.

"Brain Distribution Studies employng Microdialysis and Crossover Designs," 1st International Symposium in Drug Research and Development, Noorwijkerhout, Netherlands, April 3, 1998.

"Application of Sample Pooling in the Time Domain to Estimate CL, Vss and MRT in the Search for Lead Compounds." Chiron Corporation, Emeryville, CA, May 5, 1998.

"Microdialysis as a Sampling Technique in Preclinical Pharmacokinetic Studies." Pfizer Inc, Groton CT, June 18,1998.

"Assessing Drug Delivery to the CNS Using Microdialysis Sampling." School of Medicine, University of Minnesota, Duluth, October 19,1998.

"Pharmacokinetic Studies Using Microdialysis Sampling." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco CA, November 18, 1998.

"Applications of Microdialysis in Pharmacokinetics: Brain, Blood, and Middle Ear Fluid." Bristol-Myers Squibb, Wallingford CT, May 14, 1999.

"Applications of Microdialysis in Preclinical Pharmacokinetics: Brain, Blood and Middle Ear Fluid." Parke-Davis, Ann Arbor, MI, May 21, 1999.

"Blood Sample Pooling and the Determination of Mean Residence Times in High-Throughput Pharmacokinetic Screening"." Parke-Davis, Ann Arbor, MI, May 21, 1999.

"Role of controlled release formulations in the steady-state pharmacokinetics and pharmacodynamics of anticonvulsants" Impax Pharmaceuticals, Inc, Hayward CA, June 9, 1999.

"Investigating Neuropharmacokinetics and Drug Delivery to the CNS using Microdialysis." 8th International Conference on In Vivo Methods: Monitoring Molecules in Neuroscience. Stony Brook NY, June 19-23, 1999.

"Use of Microdialysis in Pharmacokinetics" at the 8th BMSR Workshop on Advanced Methods of Pharmacokinetic and Pharmacodynamic System Analysis, Marina del Rey, CA June 25-26, 1999.

"Applications of Microdialysis in Preclinical Pharmacokinetics." Amgen, Inc., Thousand Oaks, CA, June 28, 1999.

"Pharmacokinetic –Pharmacodynamic Principles in Drug Development." Chiron Corporation, Emeryville, CA, August 20, 1999.

"Microdialysis and its Application in Pharmacokinetics: Brain, Blood, and Middle Ear Fluid." Abbott Labs, Abbott Park IL Aug 27, 1999.

"Distribution kinetics of antibiotics to the chinchilla middle ear" Department of Biopharmaceutical Sciences, Uppsala University, Uppsala, Sweden, March 16, 2000

"In Vivo Microdialysis as a Tool to Study Site Specific Drug Delivery" Millennial World Congress of Pharmaceutical Sciences. San Francisco CA, April 17, 2000

"In Vivo Microdialysis as a Tool to Study Site Specific Drug Delivery" Engebretson Symposium on Drug Discovery and Development. Minneapolis, MN. May 18, 2000

"In Vivo Microdialysis as a Tool to Study Drug Delivery". 19th Annual Robert S. Rozman Memorial Symposium, Langhorne PA , May 25, 2000

"Basic Principles of Microdialysis, Experimental Setup". Course on Basic and Advanced Aspects of In Vivo Microdialysis", Stockholm, Sweden, June14, 2000.

"Recovery: Basic Idea and Practical Methods". Course on Basic and Advanced Aspects of In Vivo Microdialysis", Stockholm, Sweden, June14, 2000.

"Studies of Distribution of Antibiotics to the Middle Ear by Microdialysis" 2nd International Symposium on Microdialysis in Drug Research and Development, Stockholm, Sweden, June15, 2000.

"Basic Concepts in Clinical Pharmacokinetics" A 2-Day Course. Abbott Laboratories, Abbott Park IL and Victory Hospital, Waukegan, IL, July 18-19, 2000

"Microdialysis and its Application in Preclinical Pharmacokinetics: Brain, Blood, and Middle Ear Fluid." Dupont Pharmaceuticals, Wilmington, DE July12, 2000.

"Pharmacokinetic –Pharmacodynamic Principles in Drug Development." Abbott Labs, Abbott Park IL Jan 9, 2001

"Biopharmaceutical and Pharmacokinetic Considerations in Delivering Drug to the CNS" Medtronic Neuro Division, Minneapolis. January 25, 2001

"Clinical Pharmacokinetic Principles in Drug Development." Novartis Pharma, Tokyo, April 12, 2001

"In Vivo Microdialysis as a Tool to Study Site Specific Drug Delivery" Showa University, Tokyo, Japan, April 13, 2001

"In Vivo Microdialysis as a Tool to Study Drug Delivery in Preclinical Studies". Xi'an Medical College, Xi'an, PRC. April 25, 2001

"Principles of Pharmacokinetics and their Application in Drug Development" Novartis Pharma, Basel, Switzerland, July 3, 2001.

"Microdialysis and its Application in Preclinical Studies of Drug Delivery to Target Tissues" Boehringer-
    Ingelheim Pharma KG, Dept. of Pharmacokinetics & Drug Metabolism, Biberach, Germany, July 5, 2001.
"Estimation of Intrinsic Clearances and Organ Partition Coefficients in an Organ Perfusion Model" Novartis
    Pharma, Basel, Switzerland, July 26, 2001.
"Pharmacodynamic Modeling of the Sigmoid Emax Model" Novartis Pharma, Basel, Switzerland, July 31, 2001.
"Prediction of the Pharmacokinetics of Cefdinir in Children from the Results of Animal Studies. Omnicef®
    Clinical Advisory Meeting, Dallas, TX, February 9, 2002.
"Applications of Microdialysis in Studying Drug Delivery to Specific Targets". Guilin Medical School, Guilin
    PRC, March 28, 2002
"Microdialysis: A Tool to Study Brain Uptake?" Gordon Research Conference on the Barriers of the CNS, Tilton
    School, Tilton NH, June 25, 2002
"A Model for the Distribution of Drugs between Plasma, CSF and Parenchyma", Workshop on Microdialysis
    Techniques in the CNS, Gordon Research Conference on the Barriers of the CNS, Tilton School, Tilton NH,
    June 26, 2002
"Microdialysis in the Study of Drug Delivery to the Central Nervous System", Department of Pharmaceutics,
    Seoul National University, Seoul, South Korea, November 25, 2002.
"Investigating Antibiotic Delivery to the Middle Ear". Chong Kun Dang Pharma, Cheonan, South Korea,
    November 27, 2002
"Microdialysis and its Application in Preclinical Pharmacokinetic and Drug Delivery Investigations", 32nd
    Annual Meeting of the Korean Pharmaceutical Society, Seoul, South Korea, November 28, 2002.
"Applications of Pharmacokinetic Principles in Drug Development". Schering-Plough Research Institute.
    Kenilworth, NJ. December 19, 2002
"A Course in Pharmacokinetics in Pharmaceutical Development". Abbott Laboratories. Harrison Conference
    Center, Lake Bluff, IL. May 15-16, 2003
"Characterizing Antibiotic Delivery to the Middle Ear for the Treatment of Otitis Media. Biomedical Simulations
    Resource Workshop: Advanced Methods of PK/PD Systems Analysis. Marina del Rey, CA. June 20-21, 2003.
"Cerebrospinal Fluid Distribution of Intrathecally Administered Antiviral Nucleosides". Monitoring Molecules
    in Neuroscience. 10th International Conference on In Vivo Methods. Department of Neuroscience,
    Karolinska Institutet Stockholm, Sweden. June 24-27, 2003
"Microdialysis Sampling in Drug Development: Applications in Preclinical Research." Sunrise School, American
    Association of Pharmaceutical Scientists Annual Meeting, Salt Lake City, UT, October 26, 2003.
"Clinical Pharmacokinetics in Pharmaceutical Development." Abbott Laboratories. Harrison Conference Center,
    Lake Bluff, IL. July 23-24, 2003.
"Microdialysis Sampling in Drug Development: Applications in Preclinical Research." Sunrise School, American
    Association of Pharmaceutical Scientists Annual Meeting, Salt Lake City, UT. October 26, 2003.
"The Role of Pharmacokinetics in Drug Discovery." Abbott Laboratories. Harrison Conference Center, Lake
    Bluff, IL. March 18, 2004.
"Microdialysis and its Application in Preclinical Pharmacokinetic and Drug Delivery Investigations." CDER,
    Food and Drug Administration, Rockville, MD. March 29, 2004.
"Interspecies Scaling, PB-PK modeling and Microdialysis in Antibiotic Drug Development." Novartis Institute
    for Biomedical Research, Cambridge, MA. April 9, 2004.
"Does it get to the Target Site? Microdialysis as a Tool to Study Preclinical Drug Distribution and Delivery"
    Amgen Inc., Thousand Oaks, CA. April 30, 2004.
"Preclinical Pharmacokinetics in Pharmaceutical Discovery." Bristol-Myers Squibb, Princeton, NJ. May 6-7, 2004.
"Microdialysis of Antibiotics." 4th International Symposium on Microdialysis in Drug Research and
    Development, Vienna, Austria, June 19, 2004.
"The Chinchilla Microdialysis AOM Model" Pfizer Global Pharmaceuticals, New York, NY. June 25, 2004.
"Advantages of the Chinchilla Microdialysis Model" Scientific Basis for Tissue-Directed Antimicrobial Therapy
    Symposium, Boston MA, July 21-22, 2004.

"Evaluating Drug Distribution to the Target Site and Predicting Tissue Exposure in Humans from Animal Data"
Scientific Advisory Committee, Abbott Laboratories. The FDA Critical Path Initiative and the Role of
Modeling/Simulation in Improving the Efficiency of Drug Development. Lake Forest, IL. September 8-9, 2004.

"Assessing Drug Delivery to the Target Site: The Role of Microdialysis in Measuring Tissue Exposure in Animals
and Humans." Distinguished Lecture, Creighton University School of Pharmacy and Health Professions,
Omaha NE, November 30, 2004.

"Microdialysis—Introduction to Basic Principles and Applications". AAPS Workshop on Microdialysis
Principles, Application, and Regulatory Perspectives, Nashville TN, November 4, 2005.

"An Introduction to Pharmacokinetics for Pharmaceutical Scientists". Gilead Pharmaceuticals, Foster City, CA.
December 8-9, 2005.

"A Phase I Open-Label, Dose-Ranging Study to Investigate the Safety and Tolerability of Gabapentin Injection
Administered Intrathecally in Individuals with Chronic, Intractable Pain: A Pharmacokinetic Report".
Medtronic WHQ, Fridley, MN, February 16, 2006.

"Public Outreach and AAPS: Students are the Future of Our Association". Temple University School of
Pharmacy, Philadelphia, PA. February 20, 2006.

"Assessing Drug Delivery: Using Microdialysis to Measure Target Site Exposure in Animals and Humans".
Wyeth Distinguished Lecture Series, Temple University School of Pharmacy, Philadelphia, PA. February 20,
2006.

"Pharmacokinetics for Scientists Engaged in Drug Discovery". Lundbeck Research, USA. Paramus NJ. February
24, 2006.

"Pharmacokinetic Issues related to Intrathecal Drug Dosing". Medtronic WHQ, Fridley, MN, March 15, 2006.

"TTM Technology: Antibiotic Distribution to Middle Ear Fluid" Abbott Laboratories, Abbott Park, IL. May 16,
2006.

"Transtympanic Membrane (TTM) Drug Delivery to the Middle Ear" Alcon Laboratories, Fort Wiorth TX. Feb 2,
2007.

"Bugs and Drugs: Does the Anti-infective Agent get to the Target Site?". Science Lunceon Presentation. APhA
Annual Meeting. Atlanta, GA. March 18, 2007

"Exploring Anti-infective Agents with Microdialysis" Keynote Address. Fifth International Symposium on
Microdialysis in Drug Research and Development. Leiden, NE. April 25, 2007.


## TEACHING

Undergraduate

| | |
|---|---|
| 1971 - 1972 | Co-instructor in Phar 5680 "Pharmacokinetics" |
| 1971 - 1975 | Discussant in Pharm.D. Conferences |
| 1972 - 1973 | Participating instructor in Phar 5670 |
| 1972 - 1978 | Discussion leader in Pharm.D. I conferences |
| 1972 - 1985 | Course director, Phar 5680 "Pharmacokinetics" |
| 1975 - 1995 | Course director, Phar 5685 "Clinical Pharmacokinetics" |
| 1991 - 1999 | Course director, Phar 5681 "Basic Pharmacokinetic Modeling" |
| 1996 - 1998 | Course director and Participating instructor, Phmc 5460 "Pharmacokinetics" |
| 1998 – 2003 | Course director and instructor, Phar 6216 "Pharmacokinetic Simulation and Data Analysis using SAAM " |
| 1999 - 2004 | Course director and Participating instructor, Phar 6163 "Pharmacokinetics" |
| 1998 - 2004 | Participating instructor in Phar 6164 "Biopharmaceutics" |
| 2004 - present | Participating instructor, Phar 6163 "Pharmacokinetics" |

Graduate

| 1972 - 1999 | Course director in Phm 8420 "Modeling Approaches in Pharmacokinetics" participating instructor in Phm 8421, Phm 8425 |
| 1972 - present | Participating instructor in Phm 8100 (Seminar) and Phm 8101 (Pharmaceutics Readings) |
| 1984 - 1999 | Participating instructor in Phm 8425 "Advanced Topics in Pharmacokinetics" |
| 1986 - 1999 | Course co-director in Phm 8105 "Pharmacokinetics Research Seminar" |
| 2000 - present | Course co-director in Phm 8150 "Pharmacokinetics Research Seminar" |
| 2000 - present | Course Co-director and Participating instructor in Phm 8421 "Advanced Pharmacokinetics" |
| 2004 - present | Participating instructor in Phm 8481 "Advanced Neuropharmaceutics" |

Graduate Students Advised:

| 1978 | Wargin, W.A. | Ph.D. |
| 1978 | El-Yazigi, A. | Ph.D. |
| 1980 | Mugure Pyron | M.S. |
| 1981 | Sue-Chi Wu | M.S. |
| 1983 | Hsuehling Su | M.S. |
| 1984 | Dale Yu | Ph.D. |
| 1984 | Walid Awni | Ph.D. |
| 1985 | Lillian Riad | M.S. |
| 1985 | Rose Eggerth | Ph.D. |
| 1987 | Hisham Abou-Auda | Ph.D. |
| 1989 | Mohsen Hedaya | Ph.D. |
| 1989 | Ajit K. Shah | Ph.D. |
| 1989 | Lillian Riad | Ph.D. |
| 1991 | Helen Chan | Ph.D. |
| 1992 | William Elmquist | Ph.D. |
| 1992 | Shekman Wong | Ph.D. |
| 1994 | Yanfeng Wang | Ph.D. |
| 1994 | Bimal Malhotra | Ph.D. |
| 1996 | Richard Brundage | Ph.D. |
| 1997 | Zheng Yang | Ph.D |
| 1998 | Belinda Cheung | Ph.D. |
| 2001 | Yue Huang | Ph.D |
| 2001 | Guanfa Gan | Ph.D. |
| 2002 | Joanna Peng | Ph.D |
| 2002 | Tong Zhu | Ph.D. |
| 2004 | Ji Ping | Ph.D |
| 2004 | Wei Liu | Ph.D. |
| 2005 | Yan Song | Ph.D. |
| 2007 | Nael Mostafa | Ph.D. |
| 2007 | Zhihong Li | Ph.D. |

## GRANTS , CONTRACTS, and OTHER SUPPORT

| | |
|---|---|
| 1972-73 | University of Minnesota Graduate School |
| 1973-74 | University of Minnesota Media Production Fund |
| 1975-78; 1978-80 | NIH/NINCDS Comprehensive Epilepsy Program Contract (Principal Investigator, Project D-1) |
| 1976; 1977 | Medical Education and Research Foundation Grant (Co-investigator with John W. McBride, M.D.) |
| 1976-78 | FDA Contract to Study the Pharmacokinetics and Toxicology of Phenytoin Sodium Products in Clinical Patients |
| 1980-81; 1981-83 | Grant to Support Research Involving the Analysis of Cyclosporin A in Biological Fluids (Sandoz, Inc.) |
| 1982-83; 1983-84 | "Pharmacokinetics and Biopharmaceutic Studies of Cyclosporin A in Selected Animal and In Vitro Systems" (NIH; Principal Investigator; Co-investigator, R.P. Enever) |
| 1984 | Comparative Bioavailability of Sodium Phenytoin in Normal Volunteers (Zenith Labs) |
| 1984 | Relative Bioavailability of Carbamazepine in Chewable and Conventional Tablets (Ciba-Geigy) |
| 1984 | Transdermal Delivery of Propranolol (Medtronics) |
| 11/84 - 1/85 | Absorption and Metabolism of Carbamazepine in Normal Volunteers (Ciba-Geigy) |
| 1/85 - 4/85 | Transdermal Absorption of β-Blockers (Medtronics, Inc.) |
| 11/85 - 4/86 | Relative Bioavailability of Sustained Release Oral Dosage Forms of Carbamazepine (Ciba-Geigy) |
| 1/86 - 6/86 | Analysis of Analgesics in Receptor Media (Medtronics) |
| 8/86 - 12/86 | Bioequivalence of Carbamazepine Oral Dosage Forms (Ciba-Geigy) |
| 1/86 - 12/88 | Pharmacokinetics of Diltiazem in the Rabbit (Marion) |
| 2/87 - 9/87 | Bioequivalence of Carbamazepine Dosage Forms Demonstrating Varying Dissolution Rates (Ciba-Geigy) |
| 6/1/87 - 10/15/87 | Effect of Urine Flow on the Renal Clearance of Carbamazepine and its Metabolites in Humans (Ciba-Geigy) |
| 1/88 - 6/88 | Effect of Fasting on the Absorption of Diclofenac Sodium in Normal Human Volunteers (Ciba-Geigy) |
| 4/1/89 - 3/31/92 | Enhancing Brain Uptake of AZT by Transport Inhibition, (NINCDS / NIH) |
| 7/1/89 - 6/30/90 | Induction of Carbamazepine Metabolism as a Function of Dosing Rate in Normal Volunteers (Ciba-Geigy) |
| 9/91 - 6/92 | Brain Distribution of EAB-515 in the Rabbit (Sandoz, Ltd.) |
| 11/91 - 5/92 | In Situ Absorption from Rabbit Intestine (Lederle Laboratories) |
| 3/92 - 8/92 | Clinical Studies of the Absorption of an Oral Immunosuppressant (Apotex Laboratories) |
| 11/92 - 10/93 | Brain Distribution of an NMDA-Receptor Antagonist in the Rat (Sandoz, Ltd). |
| 10/92 - 5/93 | Brain Uptake of a CNS-Active Agent (Warner-Lambert) |
| 11/92 - 3/93 | In Situ Absorption from Rabbit Intestine (Lederle Laboratories) |
| 9/94 - 5/95 | Population Pharmacokinetic Analysis of A General Anesthetic in Man (Abbott Laboratories) |
| 7/94 - 5/95 | Brain Uptake of a Cholinesterase Inhibitor and its Metabolites (Warner-Lambert) |
| 10/94 - 9/95 | Distribution of Antiviral Nucleosides into Rat Cortex (Bristol-Myers Squibb) |
| 9/95 - 8/96 | Bioanalytical Methods Development of Selected Drugs and Metabolites (MedTox) |
| 1/96-9/96 | Pharmacokinetic Analysis of IL-2 in the Pig (Chiron) |
| 1/96 - 6/98 | Analysis of Selected Macrolides by High-pressure Liquid Chromatography (TAP) |
| 4/96-10/97 | Brain Penetration of Fosphenytoin and Phenytoin in the Rabbit (Warner-Lambert) |
| 4/96-9/96 | Analysis and Brain Uptake of PPI-457 (Pharmaceutical Peptides, Inc) |
| 7/97-3/98 | Regional Intestinal Absorption of Anti-CMV agents (Bristol-Myers Squibb) |
| 8/97-6/98 | EM574 absorption in the rabbit in situ  (TAP) |
| 7/97-9/97 | Pharmacokinetics of macrolides in  Protocol EM-97-006 (TAP) |
| 11/97-12/97 | Drug Interaction Pharmacokinetic Analysis (McNeil) |
| 8/97-3/98 | Analysis and Pharmacokinetics of Macrolides in EM-97-008 (TAP) |
| 10/97-12/97 | Pharmacokinetics of Slow Release Agents in the CNS (Chiron) |
| 1/98 | LC/MS/MS Equipment Grant  (TAP) |

| | |
|---|---|
| 2/98-12/99 | Analysis of Macrolides and Metabolites in EM-97-013 (TAP) |
| 3/98-12/99 | Chemical Stability of Selected Agents (Medtronic) |
| 5/98 | Validation of Analysis of Macrolides in Dog Plasma (TAP) |
| 8/98 | Validation of Analysis of Macrolides in Rabbit Plasma (TAP) |
| 8/98 | Stability of anticancer drugs in solution (Medtronic) |
| 8/98 | EM574 toxicokinetics in the dog (TAP) |
| 12/98 | EM574 toxicokinetics in the rabbit (TAP) |
| 1/99 | Pharmacodynamics of EM574 on LES Pressure (protocol 004) (TAP) |
| 3/99 | Effect of Time of Dosing on Absorption of EM574  (protocol 007(TAP) |
| 4/99 | Effect of Gastric Emptying on the pharmacokinetics of EM574 and its metabolites (protocol 002) (TAP) |
| 2/9 | Stability of FUDR and heparin in solution (Medtronic) |
| 2/99 | Pharmacodynamics and PKs of EM574 and its metabolites during chronic dosing (protocol 029) (TAP) |
| 3/00-8/01 | Pharmacokinetics of CDTR and distribution to middle ear fluid (TAP) |
| 8/00-6-01 | Distribution of ketolides to middle ear fluid (Abbott) |
| 10/01-09/03 | Pharmacokinetics of Ketolides (Abbott) |
| 12/01-11/03 | Pharmacokinetics and Distribution of cefdinir (Abbott) |
| 12/02-12-03 | Effect of a P-Glycoprotein Inhibitor on the Middle Ear Distribution of Clarithromycin (Abbott) |
| 12/02-6-04 | Distribution a Cephalosporin into Middle Ear Fluid in Children with Otitis Media (H LaRoche) |
| 12/02-12-04 | Development and Testing of Formulations for Delivery of Antibiotics to the Middle Ear (Abbott) |
| 5/03-4/05 | A New Approach for the Therapy of Otitis Media (Abbott) |
| 8/04-7/05 | Distribution of Macrolide antibiotics to tissue sites (Pfizer) |
| 5/05-11/05 | Testing the Distribution of Amoxicillin into Middle Ear Fluid in the Chinchilla following Pulsatile Dose Administration (Advancis) |
| 1/06-9-06 | Distribution of Macrolide antibiotics to pulmonary tissue and skeletal muscle (Pfizer) |

## PATENT FILED

"METHODS AND COMPOSITIONS FOR APPLYING PHARMACOLOGIC AGENTS TO THE EAR."  UMN Docket # Z01159.  RJ Sawchuk and BW Cheung   Filing Date:  11/27/02; #06,306,517

## PUBLICATIONS

### BOOKS AND CHAPTERS

J. Blanchard, R.J. Sawchuk and B.B. Brodie, Editors.   Principles and Perspectives in Drug Bioavailability. S. Karger, Basel, 1979.

J. Blanchard and R.J. Sawchuk, "Drug Bioavailability: An Overview" in Principles and Perspectives of Drug Bioavailability, J. Blanchard, R.J. Sawchuk and B.B. Brodie (Editors), S. Karger, Basel, 1979.

I.E. Leppik, J. Shope, R.J. Sawchuk, W.A. Hauser and B. Van Dyne, "Variability of Antiepileptic Drug Levels During Chronic Therapy" in Epileptology, M. Dam, L. Gram and K. Penry (Editors), Raven Press, NY, 1981.

R.J. Sawchuk, "Drug Absorption and Disposition in Burn Patients" in The Pharmacokinetic Basis of Drug Treatment, N. Massoud, L.Z. Benet, and J.G. Gambertoglio (Editors), Raven Press, NY, 1984.

"Use of Microdialysis in Drug Delivery Studies."   Theme Issue.  W.F. Elmquist and R.J. Sawchuk (Editors) Advanced Drug Delivery Reviews  45, Nos. 2-3 (2000).

R. J. Sawchuk and B.W.Y. Cheung, "Application of Microdialysis in Pharmacokinetic Studies." in <u>Handbook of Microdialysis: Methods, Applications and Clinical Aspects</u>, B.H.C. Westerink and T.I.F.H. Cremers (Editors), Academic Press, Amsterdam, 2007.

## PROFESSIONAL PUBLICATIONS

R.J. Sawchuk, "The Plateau Principle in Drug Therapy. Part 1: The Principle and Its Application." *Minn. Pharmacist* 27(6): 19 (1973).

R.J. Sawchuk, "The Plateau Principle in Drug Therapy. Part 2: Factors Governing Plateau Levels During Chronic Drug Therapy." *Minn. Pharmacist* 27(7): 8 (1973).

M.C. Meyer, A.B. Straughn, L.J. Leeson, R.H. Levy and R.J. Sawchuk, "Meprobamate Bioavailability Monograph." *JAPhA* NS17, 173 (1977).

R.J. Sawchuk and T.S. Rector, "Burn-Induced Alterations in Drug Absorption and Disposition." *Minn. Pharmacist* 35: 6-9 (1981).

## SCIENTIFIC PUBLICATIONS (NON-REFEREED)

I.E. Leppik, J. Cloyd and R.J. Sawchuk, "Coefficient of Variation as a Measure of Compliance" Letter. *Lancet*, October 14, 1978.

## SCIENTIFIC PUBLICATIONS (REFEREED)

1. R.J. Sawchuk, J.M. Anderson and J.G. Nairn. "Stirring apparatus for the investigation of unstable strongly adsorbing chemicals." *J. Pharm. Sci.* 55: 1463 (1966).

2. R.J. Sawchuk and J.G. Nairn. "Rate studies on the binding of bilirubin by ion-exchange resins." *J. Pharm. Sci.* 57: 1896 (1968).

3. R.J. Sawchuk, J. Robayo and K.W. Miller. "The distribution of propranolol between blood and plasma in hypertensive patients." *Br. J. Clin. Pharmacol.* 1: 440 (1974).

4. R.J. Sawchuk and D.E. Zaske. "Pharmacokinetics of dosing regimens which utilize multiple intravenous infusions: gentamicin in burn patients." *J. Pharmacokin. Biopharm.* 4: 183 (1976).

5. D.E. Zaske, R.J. Sawchuk, D.N. Gerding and R.G. Strate. "Increased dosage requirements of gentamicin in burn patients." *J. Trauma* 16: (1976).

6. R.J. Sawchuk, D.E. Zaske, R.J. Cipolle, W.A. Wargin and R.G. Strate. "Kinetic model for gentamicin dosing with the use of individual patient parameters." *Clin. Pharmacol. Therap.* 21: 362 (1977).

7. J.C. Cloyd, D.E. Bosch and R.J. Sawchuk. "Concentration-time profile of phenytoin after admixture with small volumes of intravenous fluids." *Am. J. Hosp. Pharm.* 35: 45-48 (1978).

8. J.D. Wirtschafter, C.R. Volk and R.J. Sawchuk. "Trans-aqueous diffusion of acetylcholine to denervated iris sphincter muscle: A hypothetical mechanism for the tonic pupil syndrome (Adie's Syndrome). *Annals of Neurology* 4: 1-5 (1978).

9. D.E. Zaske, R.J. Sawchuk and R.G. Strate. "The necessity of increased doses of amikacin in burn patients." *Surgery* 84: 603-608 (1978).

10. S.M. Ehlers, D.E. Zaske and R.J. Sawchuk. "Massive theophylline overdose: rapid removal by charcoal memoperfusion. *JAMA* 240: 474 (1978).

11. I.E. Leppik, V. Ramani, R.J. Sawchuk and R.J. Gumnit. "Increased clearance of phenytoin during mononucleosis." *NEJM* 300: (1979).

12. H.G. McCoy, R.J. Cipolle, S.M. Ehlers, R.J. Sawchuk and D.E. Zaske. "Severe methanol poisoning: application of a pharmacokinetic model for ethanol therapy and hemodialysis." *Am. J. Med.* 67: 804-807 (1979).

13. R.J. Sawchuk, T.S. Rector, J.J. Fordice and I.E. Leppik. "Effect of influenza vaccination on plasma phenytoin concentrations." *Therap. Drug Monitoring* 1: 285-288 (1979).

14. R.J. Sawchuk and T.S. Rector. "Steady-state plasma concentrations as a function of the absorption rate and dosing interval for drugs exhibiting concentration-dependent clearance: consequences for phenytoin therapy." *J. Pharmacokin. Biopharm.* 7: 543-555 (1979).

15. S. Pancorbo, R.J. Sawchuk, C. Dashe and M. Schallock. "Use of a pharmacokinetic model for individualizing intravenous doses of aminophylline." *Eur. J. Clin. Pharmacol.* 16: 251-254 (1979).

16. I.E. Leppik, J.C. Cloyd, R.J. Sawchuk and S.M. Pepin. "Compliance and variability of plasma phenytoin levels." *Therap. Drug Monitoring* 1: 475-483 (1979).

17. R.L. Kriel, J.C. Cloyd, K.H. Green, R.J. Sawchuk, L.A. Lockman and R. Eggerth. "The pharmacokinetics of valproic acid in children." *Ann. Neurology* 6: 179 (1979).

18. R.J. Sawchuk and L.L. Cartier. "Liquid-chromatographic method for simultaneous determination of phenytoin and 5-(4-hydroxyphenyl)-5-phenylhydantoin in plasma and urine." *Clin. Chem.* 26: 835-839 (1980).

19. N.K. Kouchenour, M. Emery and R.J. Sawchuk. "Phenytoin absorption and metabolism in pregnancy." *Obstetrics and Gynecology* 56: 577-582 (1980).

20. S.E. Chen, R.J. Sawchuk and E.J. Staba. "American ginseng. III. Pharmacokinetics of ginsenosides in the rabbit." *Eur. J. Drug Metab. Pharmacokin.* 5: 161-168 (1980).

21. D. Baker, J.C. Rotschafer, R.J. Sawchuk, K.B. Crossley and L.C. Solem. "Vancomycin pharmacokinetics." *J. Pediatr.* 97: 502-503 (1980).

22. R.J. Sawchuk* and T.S. Rector. "Drug kinetics in burn patients." *Clin. Pharmacokinetics* 5: 548-556 (1980).

23. G.R. Matzke, J.C. Cloyd and R.J. Sawchuk. "Acute phenytoin and primidone intoxication, a pharmacokinetic analysis." *J. Clin. Pharmacol.* 21: 92-99 (1981).

24. El-Yazigi and R.J. Sawchuk. "Theophylline absorption and disposition in the rabbit: oral, intravenous, and concentration-dependent kinetic studies." *J. Pharm. Sci.* 70: 452-456 (1981).

25. J.H. Fischer, J.C. Cloyd, R.L. Kriel, R. Eggerth and R.J. Sawchuk. "The effect of concomitant antiepileptic therapy on valproic acid pharmacokinetics." *Epilepsia* 22: 237 (1981).

26. R.J. Sawchuk and L.L. Cartier. "Liquid-chromatographic determination of cyclosporin A in blood and plasma." *Clinical Chemistry* 27: 1368-1371 (1981).

27. G.R. Matzke and R.J. Sawchuk. "Elevated serum phenytoin concentrations in a uremic patient when measured by enzyme-multiplied immunoassay." *Drug Intell. Clin. Pharm.* 15: 386-387 (1981).

28. R.J. Sawchuk, S.M. Pepin, I.E. Leppik and R.J. Gumnit. "Rapid and slow release phenytoin in epileptic patients at steady state: comparative plasma levels and toxicity." *J. Pharmacokin. Biopharm.* 10: 365-382 (1982).

29. R.J. Sawchuk, S.M. Pepin, I.E. Leppik and R.J. Gumnit. "Rapid and slow release phenytoin in epileptic patients at steady state: assessment of relative bioavailability utilizing Michaelis-Menten parameters." *J. Pharmacokin. Biopharm.* 10: 383-391 (1982).

30. J. Rotschafer, K. Crossley, D. Zaske, K. Mead, R.J. Sawchuk and L.D. Solem. "Pharmacokinetics of vancomycin: observations in 28 patients and dosage recommendation." *Antimicrob. Ag. Chemother.* 22: 391-394 (1982).

31. R.J. Sawchuk and L.L. Cartier. "Liquid-chromatographic method for simultaneous determination of carbamazepine and its epoxide metabolite in plasma." *Clin. Chem.* 28: 2127-2130 (1982).

32. W.A. Wargin, R.J. Sawchuk, J.W. McBride, H.G. McCoy and M.L. Rylander. "Variable first-pass elimination of propranolol following single and multiple oral doses in hypertensive patients." *Eur. J. Drug Metab. Pharmacokin.* 7: 183-189 (1982).

33. J.C. Cloyd, R.L. Kriel, J.H. Fischer, R.J. Sawchuk and R.M. Eggerth. "Pharmacokinetics of valproic acid in children. I. Multiple antiepileptic drug therapy." *Neurology* 33: 185-191 (1983).

34. R.M. Ferguson, R.K. Fidelus, R.J. Sawchuk and K. Gajl. "The mechanism of action of cyclosporine in man." *Transpl. Proc.* 15(1): (1983).

35. D.K. Yu and R.J. Sawchuk. "Gas-liquid chromatographic determination of propylene glycol and plasma and urine." *Clin. Chem.* 29: 2088-2090 (1983).

36. R.J. Sawchuk and G.R. Matzke. "Contribution of 5-(4-hydroxyphenyl)-5-phenylhydantoin to the discrepancy between phenytoin analyses by EMIT and high pressure liquid chromatography." *Ther. Drug Monit.* 6: 97-103, (1984).

37. R.K. Sylvester, B. Lewis, K. Caldwell, M. Lobell, R. Perri and R.J. Sawchuk. "Phenytoin malabsorption secondary to cisplatinum, vinblastine and bleomycin." *Ther. Drug Monit.* 6: 302-305 (1984).

38. W. Awni and R.J. Sawchuk. "The pharmacokinetics of cyclosporine. I. Single-dose and constant-rate infusion studies in the rabbit." *Drug Metab. Disposition* 13(2): 127-132 (1984).

39. W. Awni and R.J. Sawchuk. "The pharmacokinetics of cyclosporine. II. Blood-plasma distribution and binding studies." *Drug Metab. Disposition* 13(2): 133-138 (1984).

40. K.H. Chan, R.J. Sawchuk, T.A. Thompson, E. Redalieu, W.E. Wagner, Jr., A.R. LeSher, B.J. Weeks, N.R. Hall and A. Gerardin. "Bioequivalence of carbamazepine chewable and conventional tablets: single dose of steady-state studies." *J. Pharm. Sci.* 74(8): 866-870 (1985).

41. A. El-Yazigi and R.J. Sawchuk. "*In vitro - in vivo* correlation and dissolution studies with oral theophylline dosage forms." *J. Pharm. Sci.* 74(2): 161-164 (1985).

42. D.K. Yu, W.F. Elmquist and R.J. Sawchuk. "Pharmacokinetics of propylene glycol in humans during multiple dosing regimens." *J. Pharm. Sci.* 74(8): 876-878 (1985).

43. R.J. Sawchuk and W. Awni. "Absorption of cyclosporine from rabbit small intestine *in situ*." *J. Pharm. Sci.* 75(12): 1151-1156 (1986).

44. G.R. Matzke, R.C. Brundage and R.J. Sawchuk. "Protein binding of phenytoin, p-hydroxyphenytoin, and p-hydroxy phenytoin glucuronide." *J. Clin. Pharmacol.* 26: 677-679 (1986).

45. R.M. Ferguson, D.M. Canafax, R.J. Sawchuk and Simmons R.L. Cyclosporine blood level monitoring: the early posttransplant period. *Transplantation Proceedings.* 18(2 Suppl 1):113-22, (1986).

46. C. Fletcher, R.J. Sawchuk, B. Chinnock, P. de Miranda and H.H. Balfour. "Human pharmacokinetics of the antiviral drug DHPG." *Clin. Pharmacol. Therap.* 40: 281-286 (1986).

47. L.E. Riad, K.K.H. Chan, W.E. Wagner and R.J. Sawchuk. "Simultaneous first- and zero-order absorption of carbamazepine tablets in humans." *J. Pharm. Sci.* 75(9): 897-900 (1986).

48. D.K. Yu and R.J. Sawchuk. "Pharmacokinetics of propylene glycol in the rabbit." *J. Pharmacok. Biopharm.* 15: 1-8 (1987).

49. A.K. Shah and R.J. Sawchuk. "Liquid chromatographic determination of cyclosporine and its metabolites in blood." *Clinical Chemistry* 34: 1467-1471 (1988).

50. M.A. Hedaya and R.J. Sawchuk. "A sensitive liquid chromatographic method for the determination of 3'-azido-3'-deoxythymidine (AZT) in plasma and urine." *Clinical Chemistry* 34:1565-1568 (1988).

51. L.E. Riad and R.J. Sawchuk. "A sensitive method for the simultaneous determination of carbamazepine, its epoxide and transdiol metabolites in plasma by microbore liquid chromatography." *Clinical Chemistry* 34: 1863-1866 (1988).

52. M.A. Hedaya and R.J. Sawchuk. "Effect of probenecid on the renal clearance of zidovudine (AZT) and its distribution into cerebrospinal fluid." *J. Pharm. Sci.* 78: 716-722 (1989).

53. R.J. Sawchuk and M.A. Hedaya. "Modeling the enhanced uptake of zidovudine (AZT) into cerebrospinal fluid: the effect of probenecid." *Pharmaceutical Research* 7: 332-338 (1990).

54. M.A. Hedaya, W.F. Elmquist and R.J. Sawchuk. "Probenecid inhibits the metabolic and renal clearance of zidovudine (AZT) in human volunteers." *Pharmaceutical Research* 7: 411-417 (1990).

55. R. Padmanabhan, J.B. Phipps, G.A. Lattin, and R.J. Sawchuk. "*In vitro* and *in vivo* evaluation of transdermal iontophoretic delivery of hydromorphone." *J. Contr. Rel.* 11: 123-135, (1990).

56. M.A. Hedaya and R.J. Sawchuk. "A sensitive and specific liquid-chromatographic assay for determination of ganciclovir in plasma and urine and its application to pharmacokinetic studies in the rabbit." *Pharmaceutical Research* 7: 1113-1118 (1990).

57. W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk. "The relationship between carbamazepine urine and plasma concentrations: implications for therapeutic drug monitoring." *Pharmaceutical Research* 8: 282-284 (1991).

58. L.E. Riad and R.J. Sawchuk. "Effect of polyethylene glycol 400 on the intestinal permeability of carbamazepine in the rabbit." *Pharmaceutical Research* 8: 491-497 (1991).

59. L.E. Riad, K.K. Chan, and R.J. Sawchuk. "Determination of the relative formation and elimination clearance of two major carbamazepine metabolites in humans: a comparison between traditional and pooled sample analysis." *Pharmaceutical Research* 8: 541-543 (1991).

60. S.L. Wong and R.J. Sawchuk. "High performance liquid chromatographic determination of 2',3,-didehydro-3'-deoxythymidine (D4T) in human and rabbit plasma and urine and its application to pharmacokinetic studies in the rabbit." *Pharmaceutical Research* 8: 619-623 (1991).

61. A.K. Shah and R.J. Sawchuk. "Effect of coadministration of intralipid on the pharmacokinetics of cyclosporine in the rabbit." *Biopharm. Drug Disp.* 12: 457-466 (1991).

62. L.E. Riad and R.J. Sawchuk. "Absorptive clearance of carbamazepine and selected metabolites in rabbit intestine." *Pharmaceutical Research* 8: 1050-1055 (1991).

63. A.K. Shah, R. C. Brundage, A. Gratwohl and R.J. Sawchuk. "Pharmacokinetic model for the subcutaneous absorption of cyclosporine during chronic dosing in the rabbit." *J. Pharm. Sci.* 81: 491-495 (1992).

64. S.L. Wong, M.A. Hedaya and R.J. Sawchuk. "Competitive inhibition of zidovudine clearance by probenecid during continuous co-administration." *Pharmaceutical Research* 9: 228-235 (1992).

65. S.L. Wong, Y. Wang and R.J. Sawchuk. "Analysis of zidovudine distribution to specific regions in rabbit brain using microdialysis." *Pharmaceutical Research* 9: 332-338 (1992).

66. S.L. Wong, K.S. Van Belle and R.J. Sawchuk. "Distributional transport kinetics of zidovudine between plasma and brain extracellular fluid/cerebrospinal fluid in the rabbit: investigation of the inhibitory effect of probenecid utilizing microdialysis." *J. Pharmacol. Exp. Therap.* 264: 899-909 (1993).

67. Y. Wang, S.L. Wong, and R.J. Sawchuk. "Microdialysis calibration using retrodialysis and zero-net flux: application to a study of the distribution of zidovudine to rabbit cerebrospinal fluid and thalamus." *Pharmaceutical Research* 10: 1411-1419 (1993).

68. L.E. Riad and R.J. Sawchuk. "Transient steady state analysis: application in the determination of the relative formation and elimination clearances of two major carbamazepine metabolites in humans." *Pharmaceutical Research* 10: 1090-1092 (1993).

69. E.H. Abdennebi, N. Khales, R.J. Sawchuk and C.M. Stowe. "Thiamphenicol pharmacokinetics in sheep." *J. Vet. Pharmacol. Therap.* 17: 12-16 (1994).

70. R.L. Oberle, H. Das, S.L. Wong, K.K.H. Chan, and R.J. Sawchuk. "Pharmacokinetics and metabolism of diclofenac sodium in Yucatan miniature pigs." *Pharmaceutical Research* 11: 698-703 (1994).

71. B.K. Malhotra, M. Lemaire, and R.J. Sawchuk. "Investigation of the distribution of EAB 515 to cortical ECF and CSF in freely moving rats utilizing microdialysis." *Pharmaceutical Research* 11: 1223-1232 (1994).

72. E.H. Abdennebi, R.J. Sawchuk and C.M. Stowe. "Thiamphenicol pharmacokinetics in beef and dairy cattle." *J. Vet. Pharmacol. Therap.* 17: 365-368 (1994).

73. W.F. Elmquist, K.K.H. Chan, V.A. John and R.J. Sawchuk. "Transsynovial distribution: synovial mean transit time of diclofenac and other non-steroidal antiinflammatory drugs." *Pharmaceutical Research* 12: 1689-1697 (1994).

74. L.E. Riad, R.J. Sawchuk, M.M. MacAlary, and K.K.H. Chan. "Effect of food on the multiple peak behavior of diclofenac sodium slow release tablets in humans." *Amer. J. Therap.* 2: 1-6 (1995).

75. A.K. Shah, R.C. Brundage, K.D. Lake and R.J. Sawchuk. "The estimation of the plasma free fraction of cyclosporine in rabbits and heart transplant patients: the application of a physiologic model of renal clearance." *Biopharm. Drug Disp.* 16: 59-70 (1995).

76. R.J. Sawchuk, J.A. Maloney, L.L. Cartier, R.J. Rackley, K.K.H. Chan and H.S.L. Lau. "Analysis of diclofenac and four of its metabolites in human urine by HPLC." *Pharmaceutical Research* 12: 756-752 (1995).

77. Y. Wang and R.J. Sawchuk. "Zidovudine transport in the rabbit brain during intravenous and intracerebroventricular infusion." *J. Pharm. Sci.* , 84: 871-876 (1995).

78. E.D. Kharasch, M.D. Karol, C. Lanni and R.J. Sawchuk. "Clinical sevoflurane metabolism and disposition; I. Sevoflurane and metabolite pharmacokinetics." *Anesthesiology* 82: 1369-1378 (1995).

79. B.K. Malhotra, M. Lemaire, J.F. Brouillard, and R.J. Sawchuk. "High-performance liquid chromatographic Analysis of (S)–α–amino-5-phosphonomethyl[1,1'-biphenyl]-3-propanoic acid (EAB 515) in brain and blood microdialysate (on-line) and in plasma ultrafiltrate of freely moving rats" *J. Chromatog B: Biomed Appl.* 679: 167-176 (1996).

80. B.W.Y. Cheung, Y. Wang, M. Brewster, and R.J. Sawchuk. "Brain delivery of carbamazepine during intravenous administration of polyethylene glycol and hydroxyprpyl-β-cyclodextrin formulations. *s.t.p. pharma sciences* 7: 78-84 (1997).

81. Z. Yang, RC Brundage, R.H. Barbhaiya, and R.J. Sawchuk "Microdialysis studies of the distribution of stavudine into the central nervous system in the freely-moving rat. *Pharmaceutical Research.* 14: 865-72 (1997)

82. J.W. Bartges, C.A. Osborne, L.J. Felice, L.A. Koehler, L.K. Ulrich, K.A. Bird, M. Chen, and R.J. Sawchuk. "Bioavailability and pharmacokinetics of intravenously and orally administered allopurinol in healthy beagles" *American Journal of Veterinary Research.* 58: 504-10 (1997)

83. R. Dvorsky, S. Balaz, and R.J. Sawchuk. "Kinetics of subcellular distribution of compounds in simple biosystems and its use in QSAR. J. Theoretical Biology. 185: 213-22 (1997).

84. W.F. Elmquist and R.J. Sawchuk. "Application of microdialysis in pharmacokinetics. (Invited Review) Pharmaceutical Research 14: 267-288 (1997).

85. M. Brewster, W.R. Anderson, D. Meinsma, D. Moreno, A.I. Webb, L. Pablo, K.S. Estes, H. Derendorf, N. Bodor, R.J. Sawchuk, B.W.Y. Cheung, and E Pop. "Intravenous and Oral Pharmacokinetic Evaluation of a 2-hydroxyprpyl-•-cyclodextrin-based Formulation of Carbamazepine in the dog: Comparison with Commercially Available Tablets and Suspensions. J. Pharm. Sci. 86: 335-339 (1997)

86. B.K. Malhotra, R.C. Brundage, M. Lemaire, and R.J. Sawchuk. "Modeling the route of administration-based enhancement in the brain delivery of EAB 515, studied by microdialysis" .J Drug Targetting 4: 277-288 (1997).

87. L.E. Riad and R.J. Sawchuk. "A partial area difference method for estimating elimination rate constants and distribution volumes of metabolites." J. Pharm Sci. 87: 769-773 (1998).

88. Z. Yang and R.J. Sawchuk "Investigation of distribution, transport and uptake of anti-HIV Drugs to the central nervous system." *Advanced Drug Delivery Reviews* 39: 5-31 (1999).

89. S.C. Chen, R. J. Sawchuk, R.C. Brundage, C Horvath, H.V. Mendenhall, R.A. Gunther, and R.A. Braeckman. "Plasma and lymph pharmacokinetics of recombinant human interleukin-2 and PEG-modified interleukin-2 in pigs.". *JPET* 293: 248-259 (2000).

90. M,. Davidson, A. Marwah, R.J. Sawchuk, K. Maki, P. Marwah, C. Weeks, and H. Lardy,. "Safety and pharmacokinetics of escalating doses of 3-acetyl-7-oxo-dehydroepianrosterone in healthy male volunteers" Clin Invest. Med. 23: 300-310 (2000).

91. W.F. Elmquist and R.J. Sawchuk. "Use of microdialysis in drug delivery studies." *Advanced Drug Delivery Reviews.* 45: 123-124 (2000).

92. R.J. Sawchuk and W.F. Elmquist. "Microdialysis in the study of drug transporters in the CNS." *Advanced Drug Delivery Reviews.* 45: 295-307 (2000).

93. R.J. Sawchuk D.J. Mulford, and M.D. Mayer. "Pharmacokinetics of a new cephalosporin." *J. Resp. Dis.* 22: No. 8 Suppl. S43-S51 (2001).

94. Y. Huang, P. Ji, A. Inano, Z. Yang, G.S. Giebink, and R.J. Sawchuk. "Microdialysis studies of the middle ear distribution kinetics of amoxicillin in the awake chinchilla." *J. Pharm. Sci.*, 90: 2088-2098 (2001).

95. G. Gan, L.L. Cartier, Y. Huang, Z. Yang, and R.J. Sawchuk. "Intestinal absorption and presystemic elimination of the prokinetic agent, EM574, in the rabbit." *J. Pharm. Sci.*, 91: 218-228 (2002).

96. T. Zhu, B.W.Y. Cheung, L.L. Cartier, G.S. Giebink, and R.J. Sawchuk. "Simultaneous Intravenous and Intramiddle-Ear Dosing to Determine Cefditoren Influx and Efflux Clearances in Middle Ear Fluid in Freely Moving Chinchillas." *J. Pharm. Sci.*, 92: 1947-1956 (2003).

97. J.Z. Peng, R.P. Remmel, and R.J. Sawchuk. "Inhibition of murine cytochrome P4501A by tacrine: in vitro studies." *Drug Metab Dispos* 32: 805-812 (2004).

98. B.W.Y. Cheung, L.L. Cartier, H.Q. Russlie and R.J. Sawchuk. "The Application of Sample Pooling Methods for Determining AUC, AUMC and Mean Residence Times in Pharmacokinetic Studies" *Fundamental & Clinical Pharmacology*, 19, 347-354 (2005).

99. Z.Yang, Y. Huang, G. Gan, and R. J. Sawchuk. "Microdialysis Evaluation of the Brain Distribution of Stavudine Following Intranasal and Intravenous Administration to Rats." *J Pharm. Sci.* 94, 1577-88 (2005).

100. P. Jacobson, J. Rogosheske, J. N. Barker, K. Green, J. Ng, D. Weisdorf, Y. Tan, J. Long, R. Remmel, R. Sawchuk, P. McGlave.  Relationship of mycophenolic acid exposure to clinical outcome after hematopoietic cell transplantation. *Clin Pharmacol Ther.* 78: 486-500 (2005).

101. R.J. Sawchuk, B.W.Y. Cheung, P. Ji, and L. L. Cartier. "Microdialysis Studies of the Distribution of Antibiotics to Chinchilla Middle Ear Fluid." *Pharmacotherapy* 25 (12): Part 2 140S-145S (2005)

102. B.W.Y. Cheung, W. Liu, P. Ji, L. L. Cartier, Z. Li, N. Mostafa, and R. J. Sawchuk. "The Chinchilla Microdialysis Model for the Study of Antibiotic Distribution to Middle Ear Fluid." *AAPSJ* 8 (1), E41-E47 (2006).

103. Z. Yang, P. Manitpisitkul and R. J. Sawchuk. "In Situ Studies of Regional Absorption of Lobucavir and Ganciclovir from Rabbit Intestine and Predictions of Dose-Limited Absorption and Associated Variability in Humans *J. Pharm. Sci.*, 95: 2276-2292 (2006).

104. Z. Yang, G. Gan and R. J. Sawchuk. "Correlation between Net Water Flux and Absorptive Clearance Determined from In Situ Intestinal Perfusion Studies Does Not Necessarily Indicate a Solvent Drag Effect." *J. Pharm. Sci.*, 2006 Nov 8; [Epub ahead of print]

105. R.C. Brundage, B.K. Malhotra, J.A. Maloney and R.J. Sawchuk. "Brain distribution of tacrine and its 1-hydroxy and 2-hydroxy metabolites determined by microdialysis in freely moving rats." (in preparation).

## ABSTRACTS

1. R.J. Sawchuk and T.N. Tozer. "Mixed first-order and capacity-limited elimination of 4-aminoantipyrine in the rabbit under steady-state conditions." Fifth International Congress of Pharmacology, Abstracts of Volunteer Papers, p. 202, 1972.

2. D.E. Zaske, R.B. Johnson, M.T. Spiline, R.J. Sawchuk and K.W. Miller. "Utilization of total body clearance calculations in the determination of I.V. dose therapy of theophylline in asthmatic patients." The Pharmacologist 15, 206 (1973)

3. R.J. Sawchuk, O.A. Olusanya, D.E. Zaske and K.W. Miller. "Evaluation of the bioequivalence of three theophylline preparations." Proceedings of the Minnesota Society of Internal Medicine, p. 2, October 1974.

4. K.W. Miller, P.B. Johnson, D.E. Zaske and R.J. Sawchuk. "Clinical usefulness of measuring serum theophylline levels." Proceedings of the Minnesota Society of Internal Medicine, p. 2, October 1974.

5. D. Schuppan, R.J. Sawchuk, C.S. Hansen, M.L. Funk, R.E. Ober and L.A. Fernandez. "Comparative study of plasma levels produced by two formulations of R-802, a new synthetic urinary tract anti-bacterial agent: pharmacokinetics during single and multiple dosing." APhA Academy of Pharmaceutical Sciences. Abstract. Atlanta, GA, November 1975.

6. D.E. Zaske, D.N. Gerding, R.G. Strate, R.J. Sawchuk and R.M. Jager. "Rapid elimination of gentamicin in burn patients." Annual Meeting of the American Burn Association. Abstract. Denver, CO, 1975.

7. M.L. Rylander, W.A. Wargin, R.J. Sawchuk, J.W. McBride, E. Haus and D.E. Zaske. "The clinical efficacy and pharmacokinetics of propranolol in hypertensive patients." Eleventh Mid-Year Clinical Meeting of the American Society of Hospital Pharmacists, December 1976.

8. D.L. Uden, D.E. Zaske, R.J. Sawchuk and R.G. Strate. "Gentamicin kinetics in burn patients." Eleventh Mid-Year Meeting of the American Society of Hospital Pharmacists, December 1976.

9. D.E. Zaske, R.G. Strate and R.J. Sawchuk. "The necessity of increased doses of amikacin in burn patients." Eleventh Mid-Year Meeting of the American Society of Hospital Pharmacists, December 1976.

10. W.A. Wargin, R.J. Sawchuk, R.J. Cipolle, D.E. Zaske and R.G. Strate. "Application of a kinetic model for establishing gentamicin dosing regimens based on individual patient parameters." American Pharmaceutical Association Academy of Pharmaceutical Services, November 1976.

11. R.J. Cipolle, R.J. Sawchuk, R.G. Strate and D.E. Zaske. "The clinical application of a kinetic model for individualizing gentamicin dose and dosing interval." Interscience Conference on Antimicrobial Agents and Chemotherapy, October 1976.

12. K.W. Miller, R.J. Sawchuk, J.J. Fordice and D.E. Zaske. "The clinical pharmacokinetics laboratory of the University of Minnesota College of Pharmacy." American Association of Colleges of Pharmacy, July 1976.

13. R.J. Cipolle, R.J. Sawchuk and D.E. Zaske. "Computer-assisted individualized gentamicin dosing." The Second Annual Mid-Western Conference for Clinical Pharmacy Residents, Preceptors and Teachers, 1976.

14. J.W. McBride, M.L. Rylander, W.A. Wargin, R.J. Sawchuk and D.E. Zaske. "Propranolol kinetics in hypertension: a single dose study." Minnesota Society of Internal Medicine, October 1976.

15. R.A. Whyte, D.L. Larson, R.J. Sawchuk and P.S. Portoghese. "Relationships of mouse brain-plasma transfer constants of N-substituted normeperidines to their partition coefficients." Fourteenth Annual Medicinal Chemistry Meeting-in-Miniature, Minneapolis, MN, 1976.

16. D.E. Zaske, R.G. Strate and R.J. Sawchuk. "Increased dosage requirements of amikacin in burn patients." Ninth Annual American Burn Association, Anaheim, CA, March 1977.

17. H.G. McCoy, R.J. Cipolle, S.M. Ehlers, R.J. Sawchuk and D.E. Zaske. "Severe methanol poisoning: pharmacokinetic basis for successful treatment with ethanol." 12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

18. J.C. Cloyd, D.E. Bosch and R.J. Sawchuk. "Concentration-time profile of phenytoin after admixture with small volumes of intravenous fluids." 12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

19. R.J. Sawchuk, S.M. Pepin, J.C. Cloyd, I.E. Leppik and R.J. Gumnit. "Steady-state analysis of phenytoin kinetics applied to dose adjustments in epileptic patients with comparison to nomogram." 12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

20. G.R. Matzke, J.C. Cloyd, R.J. Sawchuk. "Acute phenytoin and primidone intoxication: A pharmacokinetic analysis." 12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

21. J.C. Rotshafer, C. Foley, D. Zaske and R. Sawchuk. "Glutethimide overdose: clinical and kinetic observations of glutethimide and a metabolite." 12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

22. R. Carter, D. Zaske, S. Ehlers and R. Sawchuk. "Charcoal hemoperfusion: an effective method for removal of theophylline in a severe overdose." 12th Annual ASHP Midyear Clinical Meeting, Atlanta, GA, December 1977.

23. R.J. Sawchuk, I.E. Leppik and R.E. Cranford. "Pharmacokinetics of large dose intravenous phenytoin therapy." 11th World Congress of Neurology Meeting, Amsterdam, The Netherlands, September 11-16, 1977.

24. J.D. Wirtschafter, C.R. Volk and R.J. Sawchuk. "Trans-aqueous diffusion of acetylcholine to denervated iris sphincter muscle: a hypothetical mechanism for the tonic pupil syndrome (Adie's Syndrome)." Association of Research in Vision and Ophthalmology, Sarasota, FL, May 1978.

25. W.A. Wargin, M.L. Rylander, R.J. Sawchuk and J.W. McBride. "The pharmacokinetics of orally administered propranolol in hypertensive patients." APhA Academy of Pharmaceutical Sciences, Phoenix, AZ, 1977.

26. R.J. Sawchuk, J.C. Cloyd, I.E. Leppik, S.M. Pepin and R.J. Gumnit. "Steady-state analysis of phenytoin kinetics applied to dose adjustments in epileptic patients." APhA Academy of Pharmaceutical Sciences, Phoenix, AZ, 1977.

27. R.J. Cipolle, R.G. Strate, D.E. Zaske and R.J. Sawchuk. "Amikacin pharmacokinetics: effect of age on elimination." Inter-Science Conference on Antimicrobial Agents and Chemotherapy, New York, 1977.

28. D.E. Zaske, K.B. Crossley, R.J. Sawchuk, D.L. Uden and K.E. Mead. "Vancomycin kinetics: excessive steady-state serum levels resulting from recommended dosages." Interscience Conference on Antimicrobial Agents and Chemotherapy, New York, 1977.

29. D.E. Zaske, R.J. Sawchuk and R.G. Strate. "Increased dosage requirements of amikacin in burn patients." American Burn Assoc., 9th Annual Meeting, Anaheim, CA, April 1977.

30. S.E. Chen, R.J. Sawchuk and E.J. Staba. "Pharmacokinetics of ginseng compounds." 2nd International Ginseng Symposium, Seoul, Korea, 1978.

31. J.C. Cloyd, R.J. Sawchuk, I.E. Leppik and S.M. Pepin. "The direct linear plot: use in estimating Michaelis-Menten parameters and individualizing phenytoin dosage regimens in epileptic patients." Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

32. I.E. Leppik, V. Ramani, R.J. Sawchuk and R.J. Gumnit. "Seizures and altered phenytoin metabolism in mononucleosis." Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

33. I.E. Leppik, J. Cloyd, R. Sawchuk and D. Fryd. "Coefficient of variation as an objective measure of compliance." Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

34. E. Ramsay, I. Leppik, R. Strauss, B.J. Wilder and R.J. Sawchuk. "Plasma clearance and volume of distribution of phenytoin during pregnancy." Epilepsy International Symposium, Vancouver, Canada, September 10-14, 1978.

35. R.L. Kriel, J.C. Cloyd , K.H. Green, R.J. Sawchuk, L.A. Lockman and R.M. Eggerth. "The pharmacokinetics of valproic acid in children." Child Neurology Society, Hanover, NH, September 1979.

36. P. Subronto, C.M. Stowe and R. Sawchuk. "Pharmacokinetics of aminophylline in dairy cattle." Sixtieth Conference of Research Workers in Animal Diseases, Chicago, IL, November 26-27, 1979.

37. I.E. Leppik, J. Shope, R.J. Sawchuk, W.A. Hauser and B. Van Dyne. "Variability of antiepileptic drug levels during chronic therapy." American Academy of Neurology, New Orleans, April 28-May 3, 1980.

38. R.M. Eggerth, J.C. Cloyd, R.L. Kriel and R.J. Sawchuk. "Valproic acid pharmacokinetics in epileptic children." 12th Annual Graduate Student Pharmaceutics Research Meeting, Columbus, OH, June 25, 1980.

39. R. Sylvester, R.J. Sawchuk and R. Perri. "Decreased phenytoin absorption with cis-platinum, vinblastine and bleomycin therapy." American Society of Clinical Oncology Abstracts, 1981.

40. I.E. Leppik, J. Fischer, R. Kriel and R.J. Sawchuk. "Altered phenytoin clearance during febrile illness." American Academy of Neurology, Toronto, Ontario, April 1981.

41. W.M. Awni and R.J. Sawchuk. "Preliminary pharmacokinetic studies of cyclosporin A in animals." Fourteenth Annual Graduate Student Pharmaceutics Research Meeting, Morgantown, WV, June 1982.

42. R.M. Ferguson, R. Fidelus-Gort, J.J. Rynasiewicz, K. Gajl-Peczalska, and R.J. Sawchuk. "The immunosuppressive action of cyclosporin A (CSA) in man." Annual Meeting of the American Society of Transplant Surgery, London, August 1982.

43. J.H. Fischer, I.E. Leppik, R.L. Kriel, J.D. MacDonald and R.J. Sawchuk. "Clinical significance of absorption differences between carbamazepine tablet and suspension formulations." Fourteenth Epilepsy International Symposium, London, August 1982.

44. L.E. Riad and R.J. Sawchuk. "The pharmacokinetics of carbamazepine in the rabbit." The Second University of Minnesota/3M Research Poster Session, Minneapolis, MN, May 1984.

45. W.M. Awni and R.J. Sawchuk. "Cyclosporine pharmacokinetics in the rabbit." The Second University of Minnesota/3M Research Poster Session, Minneapolis, MN, May 1984.

46. W.F. Elmquist, D.K. Yu and R.J. Sawchuk. "Propylene glycol pharmacokinetics." The Second University of Minnesota/3M Research Poster Session, Minneapolis, MN, May 1984.

47. C. Fletcher, R. Sawchuk, B. Chinnock, C. Vicary, L.E. Kirk, P. De Miranda, and H.H. Balfour, Jr. "Human pharmacokinetics of 9-[2-Hydroxy-1-(hydroxymethyl)ethoxymethyl]guanine." Interscience Conference on Antimicrobial Agents and Chemotherapy, Minneapolis, MN, September 28, 1985.

48. R.J. Sawchuk, L. Riad and K.K.H. Chan. "Simultaneous first- and zero-order absorption of carbamazepine (Tegretol ) tablets in humans." 16th Epilepsy International Congress, Hamburg, West Germany, September 6, 1985.

49. W.M. Awni and R.J. Sawchuk. "Differential absorption of cyclosporine from two consecutive anatomic regions of the small intestine using an *in situ* perfusion model." Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 20, 1985.

50. H.A. Abou-Auda and R.J. Sawchuk. "Absorption and metabolism of salicylate esters in rabbit small intestine." Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 18-24, 1985.

51. L.E. Riad, K.K.H. Chan and R.J. Sawchuk. "Contribution of epoxide pathway to induction of carbamazepine metabolism during multiple dosing in humans." Academy of Pharmaceutical Sciences meeting, Minneapolis, MN, October 18-24, 1985.

52. L.E. Riad and R.J. Sawchuk. "Contribution of epoxide formation to the auto-induction of carbamazepine in the rabbit." Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 18-24, 1985.

53. R.M. Eggerth and R.J. Sawchuk. "Investigation of the dose-dependent elimination of phenytoin in the rabbit." Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October 18-24, 1985.

54. L.E. Riad and R.J. Sawchuk. "Determination of the relative formation of elimination clearance of carbamazepine metabolites in humans: a comparison of traditional and pooled sample analysis." Third European Congress of Biopharmaceutics and Pharmacokinetics, Freiburg, Germany, April 21, 1987.

55. W.F. Elmquist, D.K. Yu, G. Solis and R.J. Sawchuk. "Physiological modelling of the dependence of renal clearance on urine flow: propylene glycol pharmacokinetics in man." Third European Congress of Biopharmaceutics and Pharmacokinetics, Freiburg, Germany, April 21, 1987.

56. A.K. Shah, K.D. Lake and R.J. Sawchuk. "Blood levels of cyclosporine A and its metabolites in rabbit and man." American Association of Pharmaceutical Scientists Annual Meeting, Boston, MA, June 1987.

57. K.D. Lake, Pharm.D.*, A.K. Shah, Ph.D., R. Emery, M.D. and R.J. Sawchuk, Ph.D. "Measurement of cyclosporine metabolites in the blood of heart transplant recipients." American College of Clinical Pharmacy Annual Meeting, May 1987.

58. A.K. Shah, A. Gratwohl and R.J. Sawchuk. "Subcutaneous absorption of cyclosporine in rabbits." 2nd International Congress on Cyclosporine, Washington, DC, November 4-7, 1987.

59. M.A. Hedaya and R.J. Sawchuk. "The effect of probenecid on the renal excretion of azidothymidine (AZT) in the rabbit." Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

60. W.F. Elmquist, K.K.H. Chan, V.A. John and R.J. Sawchuk. "Transsynovial distribution of diclofenac." Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

61. L.E. Riad and R.J. Sawchuk. "Administration of site-related differences in carbamazepine disposition in the rabbit." Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

62. A.K. Shah and R.J. Sawchuk. "Effect of urine flow on the renal clearance of cyclosporine in rabbit." Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

63. W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk. "Physiological modelling of the dependence of renal clearance on urine flow: carbamazepine and two metabolites in man." Third Annual Meeting, AAPS, Orlando, FL, October 29-November 4, 1988.

64. M.A. Hedaya and R.J. Sawchuk. "Pharmacokinetic analysis of the enhanced distribution of zidovudine into rabbit cerebrospinal fluid caused by probenecid." V. International Conference on AIDS, Montreal, June 4-9, 1989.

65. Y. Wang, M.A. Hedaya and R.J. Sawchuk. "Effect of mannitol IV infusion on distribution of zidovudine between plasma and cerebrospinal fluid in rabbits." V. International Conference on AIDS, Montreal, June 4-9, 1989.

66. M.A. Hedaya, W.F. Elmquist and R.J. Sawchuk. University of Minnesota, Minneapolis, Minnesota, USA. "Probenecid inhibits the metabolic and renal clearances of zidovudine in human volunteers." V. International Conference on AIDS, Montreal, June 4-9, 1989.

67. M.A. Hedaya and R.J. Sawchuk. "A sensitive and specific HPLC method for the determination of zidovudine and zidovudine glucuronide in plasma and urine." V. International Conference on AIDS, Montreal, June 4-9, 1989.

68. M.A. Hedaya and R.J. Sawchuk. "A simple and specific liquid-chromatographic method for determination of ganciclovir (DHPG) in plasma and urine." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

69. L.E. Riad and R.J. Sawchuk. "Intestinal absorption of carbamazepine in the rabbit." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

70. A.J. Shah and R.J. Sawchuk. "The effect of altering blood lipids on the pharmacokinetics of cyclosporine in the rabbit." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

71. M.A. Hedaya, W.F. Elmquist and R.J. Sawchuk. "Mechanism of zidovudine (AZT) dose-sparing by probenecid in humans." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

72. W.F. Elmquist and R.J. Sawchuk. "Tissue mean transit time determination from steady-state partition coefficients and tissue/plasma concentration ratios in the post-distributive phase." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

73. L.E. Riad and R.J. Sawchuk. "Relative bioavailability and effects of food on plasma levels of diclofenac sodium following a single oral dose of Voltaren 100-mg SR tablet." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

74. O.H. Chan and R.J. Sawchuk. "Intestinal absorption of diltiazem in the rabbit." Fourth Annual Meeting, AAPS, Atlanta, GA, October 21-26, 1989.

75. R.J. Sawchuk. "Pharmacokinetic and analytical considerations in monitoring zidovudine (AZT) levels in children with AIDS." The Fourth International Congress on Pediatric Laboratory Medicine, Washington, DC, August 23, 1989.

76. K.D. Lake, A.K. Shah, R.W. Emery, D.R. Holder and R.J. Sawchuk. "The effect of urine flow rate on the renal clearance of cyclosporine in heart transplant recipients." International Society for Heart Transplantation, Tenth Annual Meeting, Fort Lauderdale, FL, April 4-6, 1990.

77. R.J. Sawchuk. "Effect of temperature and medium of analysis on CsA concentration." Canadian Consensus Meeting on Cyclosporine Monitoring, Minaki Lodge, Ontario, May 10-13, 1990.

78. H. Das, S.W. Wong, K. Chan, R.J. Sawchuk and R.L. Oberle. "Pharmacokinetics and metabolism of diclofenac sodium (Voltaren) after IV and oral administration to Yucatan miniswine." Eastern Regional AAPS meeting, New Brunswick, NJ, June 3-5, 1990.

79. S.M. Wong and R.J. Sawchuk. "Interaction of zidovudine and probenecid at steady state." NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics." Erice, Sicily, September 4-15, 1990.

80. W.F. Elmquist and R.J. Sawchuk. "Tissue mean transit time determination from steady-state partition coefficients and tissue/plasma concentration ratios in the postdistributive phase." NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics," Erice, Sicily, September 4-15, 1990.

81. A.K. Shah, R.J. Sawchuk, A. Gratwohl and R.C. Brundage. "Modeling subcutaneous absorption of cyclosporine A in rabbits." NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics," Erice, Sicily, September 4-15, 1990.

82. L.E. Riad, K.K.H. Chan and R.J. Sawchuk. "Effects of dosing rate on carbamazepine enzymatic induction in normal volunteers." NATO Advanced Study Institute Symposium "New Trends in Pharmacokinetics," Erice, Sicily, September 4-15, 1990.

83. W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk. "The relationship between carbamazepine urine and plasma concentrations: implications for therapeutic drug monitoring." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

84. S.M. Wong, L.E. Riad, P. Degen, V. John, K. Chan and R.J. Sawchuk. "Comparison of plasma concentrations of diclofenac sodium and its metabolites during single and multiple dosing of Voltaren SR tablet in humans." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

85. O.H. Chan and R.J. Sawchuk. "Saturable first-pass elimination of diltiazem during intestinal absorption in the rabbit." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

86. L.E. Riad and R.J. Sawchuk. "Carbamazepine enzymatic induction: extent and effects of dosing rate in normal volunteers." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

87. Y.-F. Wang, M.A. Hedaya and R.J. Sawchuk. "Comparative absorption and disposition pharmacokinetics of AZT and AZddU in rabbits." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

88. S.L. Wong and R.J. Sawchuk. "Investigation of distribution of zidovudine into the brain by microdialysis." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

89. S.L. Wong and R.J. Sawchuk. "Interaction of zidovudine and probenecid at steady state." AAPS Fifth Annual Meeting, Las Vegas, NV, November 4-8, 1990.

90. S.L. Wong, Y.-F. Wang and R.J. Sawchuk. "Brain/plasma distribution kinetics of zidovudine (AZT) in the rabbit using microdialysis." 1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN, May 16-17, 1991.

91. K. Van Belle, S.L. Wong, Y.-F. Wang and R.J. Sawchuk. "Comparative delivery and distribution kinetics of zidovudine (AZT) and AZddU into the rabbit brain by microdialysis." 1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN, May 16-17, 1991.

92. Y.-F. Wang, S.L. Wong and R.J. Sawchuk "In vitro and in vivo calibration of microdialysis probes using retrodialysis." 1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN, May 16-17, 1991.

93. B.W. Cheung, L.E. Riad and R.J. Sawchuk. "Comparative uptake of selected anticonvulsant drugs into rabbit brain." 1991 Symposium on Microdialysis and Allied Analytical Techniques, Indianapolis, IN May 16-17, 1991.

94. L.E. Riad, K.K. Chan, J.A. Maloney and R.J. Sawchuk. "Reversibility of carbamazepine autoinduction upon dose termination in normal volunteers." AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

95. S.L. Wong, M.A. Hedaya and R.J. Sawchuk. "Modeling the competitive inhibition of renal and nonrenal clearance of zidovudine by probenecid." AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

96. K. Van Belle, S.L. Wong, Y.-F. Wang and R.J. Sawchuk. "Comparison of pharmacokinetics and CNS distribution of coadministered AZT and AZddU by microdialysis." AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

97. Y.-F. Wang, S.L. Wong and R.J. Sawchuk. "*In vitro* and *in vivo* calibration of microdialysis probes using retrodialysis: application to the study of brain/plasma distribution of zidovudine." AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

98. W.F. Elmquist, L.E. Riad, I.E. Leppik and R.J. Sawchuk. "The relationship between urine and plasma concentrations of carbamazepine and phenytoin in epileptic patients on chronic therapy." AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

99. S.L. Wong, Y.-F. Wang, and R.J. Sawchuk. "Effect of dose on distribution of zidovudine (AZT) into rabbit brain using microdialysis with *in vivo* calibration." AAPS Sixth Annual Meeting, Washington, DC, November 17-21, 1991.

100. W.F. Elmquist, I.E. Leppik and R.J. Sawchuk. "Physiological modeling of the dependence of renal clearance on urine flow II: phenytoin and HPPH in humans." American Association of Pharmaceutical Scientists Annual Meeting, Washington, DC, November 17-21, 1991.

101. R.J. Sawchuk. "Study of zidovudine distribution into the CNS utilizing microdialysis." 25th Annual Higuchi Research Seminar, Lake of the Ozarks, MO, March 8-11, 1992.

102. Y.F. Wang and R.J. Sawchuk. "Microdialysis studies of brain/plasma distribution of AZT during intraventricular and intravenous infusion." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

103. S.L. Wong, K. Van Belle, and R.J. Sawchuk. "A microdialysis study of probenecid's effect on the transport kinetics of zidovudine in rabbit brain." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

104. S.L. Wong, and R.J. Sawchuk. "Pharmacokinetic interaction of zidovudine and salicylic acid during continuous infusion." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

105. S.L. Wong, and R.J. Sawchuk. "Effect of salicylic acid on the distribution of zidovudine between plasma and cerebrospinal fluid." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

106. R.C. Brundage, K.K.H. Chan, and R.J. Sawchuk. "Population pharmacokinetic modeling of nicotine following transdermal drug administration." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

107. R.C. Brundage, K.K.H. Chan, and R.J. Sawchuk. "Population pharmacokinetics of diclofenac potassium using routinely collected experimental data." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

108. W.F. Elmquist and R.J. Sawchuk. "Simulation of the effect that the time delay in sampling from the bladder has on urine concentrations: implications for therapeutic drug monitoring using urine specimens." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

109. J.P. Zhong, Y.F. Wang and R.J. Sawchuk. "Absorption of three antiviral nucleosides from different anatomic regions of rabbit intestine." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

110. Y.F. Wang, S.L. Wong, and R.J. Sawchuk. "On-line microdialysis calibration using retrodialysis and the zero-net flux method: application to a study of the distribution of AZT to rabbit CSF and thalamus." AAPS Seventh Annual Meeting, San Antonio, TX, November 15-19, 1992.

111. R.J. Sawchuk. "Comparative distribution of AZT into brain tissue extracellular fluid during intravenous and intraventricular infusion using microdialysis." 26th Annual Higuchi Research Seminar, Lake of the Ozarks, MO, March 14-17, 1993.

112. Y. Wang and R.J. Sawchuk, "Comparison of renal clearance of AZdU following IV bolus and constant-rate Infusion." 8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

113. Y. Wang and R.J. Sawchuk. "Assessment of oral absorption of AZT and AZdU in the rabbit using deconvolution." 8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

114. Y. Wang, Y. Wei and R.J. Sawchuk. "Microdialysis studies of carrier-mediated transport of AZT from brain to plasma during intracerebroventricular infusion." 8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

115. B.K. Malhotra, M. Lemaire, and R.J. Sawchuk. "Investigation of the CNS distribution of EAB 515 in freely moving rats by microdialysis." 8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

116. A.K. Shah, R.C. Brundage, K.D. Lake and R.J. Sawchuk. "Estimation of plasma free fraction (fu) of cyclosporine (CYA) in the rabbit and heart transplant (HT) patients by NONMEM using a physiological model of renal clearance (CLr)." 8th Annual Meeting, American Association of Pharmaceutical Scientists, Orlando, FL, November 14-18, 1993.

117. B.K. Malhotra, R.C. Brundage, M. Lemaire, and R.J. Sawchuk. "Modeling of the CNS distribution of EAB 515 following IV and ICV administration." 5th Symposium: Frontiers of Pharmacokinetics and Pharmacodynamics, Baltimore, MD, April 18-20, 1994.

118. R.C. Brundage, B.K. Malhotra, J.A. Maloney and R.J. Sawchuk. "Brain distribution of tacrine and the 1-hydroxy and 2-hydroxy tacrine metabolites determined by microdialysis in freely-moving rats." 5th Symposium: Frontiers of Pharmacokinetics and Pharmacodynamics, Baltimore, MD, April 18-20, 1994.

119. Y. Wang and R.J. Sawchuk. "CNS Distribution of inulin-[$^{14}$C]-carboxylic acid in rabbits." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

120. B.K. Malhotra, R.C. Brundage and R.J. Sawchuk. "Simultaneous microdialysis of portal and jugular blood following IV bolus and oral lavage in freely-moving rats." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

121. R.C. Brundage, B.K. Malhotra, J.A. Maloney and R.J. Sawchuk. "Brain distribution of tacrine and its 1- and 2-hydroxylated metabolites determined by microdialysis in freely-moving rats." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

122. B.K. Malhotra, R.C. Brundage, Y. Wang and R.J. Sawchuk. "Dialysis membrane-limited and aqueous boundary layer-limited *in vitro* microdialysis recovery." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

123. B.W.Y. Cheung, Y. Wang and R.J. Sawchuk. "Preliminary studies of effects of hydroxy-propyl-beta-cyclodextrin on carbamazepine distribution into rabbit brain." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

124. R.J. Sawchuk, J.A. Maloney, L.L. Cartier, R.J. Rackley, K.K.H. Chan and H.S.H. Lau. "Analysis of diclofenac and four of its metabolites in human urine by HPLC." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

125. R.C. Brundage, M. Lemaire and R.J. Sawchuk. "Modeling of the CNS distribution of EAB 515 following IV and ICV administration." 9th Annual Meeting, American Association of Pharmaceutical Scientists, San Diego, CA, November 6-10, 1994.

126. B.K. Malhotra, M. Lemaire, J.F. Brouillard and R.J. Sawchuk. "High-performance liquid chromatographic (HPLC) analysis of EAB 515 in brain and blood microdialysate (on-line) and in plasma ultrafiltrate of freely-moving rats." 10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

127. R.J. Sawchuk, R.C. Brundage, E.D. Kharasch and M.D. Karol. "Physiological-based pharmacokinetic (PBPK) modeling of sevoflurane, a volatile anesthetic." 10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

128. R.C. Brundage, S. Thomas Forgue and R.J. Sawchuk. "Comparative distribution of a series of aminoacridines of varying polarities into rat cortex using microdialysis." 10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

129. Z. Yang, R.C. Brundage, L.L. Cartier, J.A. Maloney and R.J. Sawchuk. "Development of a microdialysis method to study brain distribution of stavudine (d4t) in freely-moving rats." 10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

130. B.K. Malhotra, R.C. Brundage and R.J. Sawchuk. "Estimation of presystemic disposition of drugs based upon combination of area ratios and deconvolution." 10th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, November 5-9, 1995.

131. M.A. Osman, R. J. Sawchuk, and M.K. Youssef. "In Situ Absorption of the Antiviral drug, stavudine, from the rabbit intestine." European Symposium on Formulation of Poorly Available Drugs for Oral Administration, Paris, February 5- 6, 1996.

132. M.A. Osman, R.J. Sawchuk, and M.K. Youssef. "Ganciclovir (DHPG), an antiviral nucleoside that exhibits high absorptive clearance in the rabbit colon in situ." European Symposium on Formulation of Poorly-available Drugs for Oral Administration, Paris, February 5- 6, 1996.

133. B. K. Malhotra, M. Lemaire, J.F. Brouillard, and R.J. Sawchuk. "High-performance liquid chromatographic (HPLC) analysis of EAB 515 in brain and blood microdialysate (on-line) and in plasma ultrafiltrate of freely-moving rats." 11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

134. R.J. Sawchuk, R.C. Brundage, E.D. Kharasch, and M.D. Karol. "Physiologically-based pharmacokinetic (PBPK) modeling of sevoflurane, a volatile anesthetic." 11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

135. R.C. Brundage, S.T. Forgue, and R.J. Sawchuk. "Comparative distribution of a series of aminoacridines of varying polarities into rat cortex using microdialysis." 11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

136. Z. Yang, R.C. Brundage, L.L. Cartier, J.A. Maloney, and R.J. Sawchuk. "Development of a microdialysis method to study brain distribution of stavudine (d4T) in freely-moving rats." 11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

137. B.K. Malhotra, R. C. Brundage, and R. J. Sawchuk. "Estimation of presystemic disposition of drugs based upon combination of area ratios and deconvolution." 11th Annual Meeting, American Association of Pharmaceutical Scientists, Miami Beach, FL, October 29-31, 1996.

138. Z. Yang and R.J. Sawchuk. "A modified solvent drag model and its application in studying intestinal absorption of polar drugs." 12th Annual Meeting, American Association of Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

139. Z. Yang and R.J. Sawchuk. "Estimating the intestinal absorptive clearance of drugs: consideration of water absorption during in situ single-pass perfusion studies." 12th Annual Meeting, American Association of Pharmaceutical Scientists, Boston, MA, November 2-6, 1997.

140. Z. Yang, P. Manitpisitkul, F.P. LaCreta, C.K. Knupp, R.H. Barbhaiya, and R.J. Sawchuk. "*In situ* studies of the regional absorption of lobucavir and ganciclovir from rabbit intestine." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco, CA, November 15-19, 1998.

141. Z. Yang, Y. Huang, G. Gan, and R.J. Sawchuk. "Microdialysis evaluation of the brain distribution of stavudine following intranasal administration." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco, CA, November 15-19, 1998.

142. Z Yuan, P. Ji, S. Giebink, and R.J. Sawchuk. "Antibiotic Middle Ear Pharmacokinetics by Microdialysis." American Association of Pharmaceutical Scientists Annual Meeting, San Francisco, CA, November 15-19, 1998.

143. R.J. Sawchuk, P. Ji, Y. Huang. "Distribution of Amoxicillin to Middle Ear Fluid Using Microdialysis Sampling." Higuchi Research Seminar, Lake of the Ozarks, MO, March 14-17, 1999.

144. Y. Huang, and R.J. Sawchuk. "Antibiotic Pharmacokinetics in Chinchilla Middle Ear using Microdialysis." Association of Pharmaceutical Scientists Midwest Regional Meeting, Chicago, IL, May 17, 1999

145. R.J. Sawchuk, P. Ji, Y. Huang, and S. Giebink. "Kinetics of Transport of Antibiotics to Middle Ear Fluid Using Microdialysis Sampling." Seventh International Symposium on Recent Advances in Otitis Media, Fort Lauderdale, FL, June 1-5, 1999.

146. G. Gan, and R.J. Sawchuk. "Intestinal Absorption and Pre-Systemic First Pass Elimination of Minocycline and Propranolol in Rabbits" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

147. B.W.Y. Cheung, L.L. Cartier, H. Q. Russlie, and R.J. Sawchuk. "Using Sample Pooling Methods in the Determination of AUC and AUMC in Pharmacokinetic Studies" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

148. Y. Huang, L.L. Cartier, and R.J. Sawchuk. "Analysis of Clarithromycin by Chemiluminescence: In Vitro/InVivo Microdialysis Studies" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

149. P. Guo, P. Ji, B.W.Y. Cheung, J.B. McCarthy, and R.J. Sawchuk. "Fibronectin Peptide (FN C/H V-Y) Assay and Stability in Human and Rat Plasma" *American Association of Pharmaceutical Scientists Annual Meeting*, New Orleans, LA, November 14-18, 1999.

150. R. J. Sawchuk, B. W. Y. Cheung, L. L. Cartier, H. Q. Russlie, T. Zhu, Y. Huang, G. S. Giebink, D. Mulford and M. Mayer. "Kinetics oOf Cefditoren Distribution to Middle Ear Fluid in The Unanesthetized Chinchilla" 40th *Interscience Conference on Antimicrobial Agents and Chemotherapy*. Toronto, ON, September 17-20, 2000

151. G.S. Giebink, T.M. Sheehy, M. Quartey, R.J. Sawchuk, M. Mayer Cefditoren Pharmacodynamics for Streptococcus Pneumoniae (Pnc) Acute Otitis Media (AOM) in the Chinchilla Model" 40[th] *Interscience Conference on Antimicrobial Agents and Chemotherapy*. Toronto, ON, September 17-20, 2000

152. Y. Huang, R. J. Sawchuk. "Studies of the Middle Ear Distribution Kinetics of Amoxicillin in the Awake Chinchilla Using Microdialysis". *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

153. J.Z. Peng, R.C. Brundage, and R.J. Sawchuk. "Study of Presystemic Elimination of 4-mono-methylamino-antipyrine (MAAP) after Consecutive Doses in Freely Moving Rats Using On-line Microdialysis". *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

154. T. Zhu, Y. Huang, L.L. Cartier, R. J. Sawchuk "In Vitro Microdialysis and Protein Binding Studies of Cefditoren" *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

155. G. Gan, L. L. Cartier, Y. Huang, Z. Yang, R. J. Sawchuk "Intestinal Absorption and Presystemic Elimination of the Prokinetic Agent, EM574, in Rabbits" *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

156. L. C. Musib, J. C. Cloyd, A.K. Birnbaum, T. J. Hietpas, R. J. Sawchuk, I. E. Leppik, T. R. Browne, S. F. Holloway, G. S. Holden, J. O. Rarig. "Preliminary Report on Phenytoin Bioavailability in the Elderly Using an Intravenous Stable-Labeled Isotope". *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

157. Z. Yang, L. M. Zadjura, C. J. D'Arienzo, D. B. Wang-Iverson, R. J. Sawchuk "Use of Sample Pooling in Drug Discovery to Screen for Pharmacokinetic Properties of Compounds in Rats" *American Association of Pharmaceutical Scientists Annual Meeting*, Indianapolis, IN, October 29- November 2, 2000.

158. R.J. Sawchuk, Y. Huang, P. Ji, M. Quartey, G.S. Giebink. "Influx/Eflux Penetration Clearance of Amoxicillin between Plasma and Middle Ear Fluid in Freely Moving Chinchillas using Microdialysis" *4th Extraordinary International Symposium on Recent Advances in Otitis Media*, Sendai, Japan, April 16-20, 2001.

159. T. Zhu, B. W. Cheung, L.L. Cartier, G. S. Giebink, D.J. Mulford, M.D. Mayer, R.J. Sawchuk. "Study of Cefditoren Distribution Kinetics to Middle Ear Fluid in Freely-moving Chinchillas Using Microdialysis." *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

160. W. Liu, B.W. Cheung, L.L. Cartier, T. Zhu, M.M. Paris, R.J. Sawchuk. "In vitro/In vivo Microdialysis and Protein Binding Studies of the ketolide antibiotic, ABT-773." *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

161. Y. Huang, R.J. Sawchuk. "Estimation of Amoxicillin Influx and Efflux Clearance between Plasma and Middle Ear Fluid Following Simultaneous Systemic and Local Ear Doses in Awake Chinchilla Using Microdialysis." *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

162. J.Z. Peng, R.C. Brundage, R.J. Sawchuk. "The Influence of Drug Pre-exposure on First-pass Metabolism of Tacrine in Rats." *American Association of Pharmaceutical Scientists Annual Meeting*, Denver, CO, October 21-25, 2001.

163. J Peng, R J Sawchuk, and R P Remmel "Mechanism-based inactivation of CYP1A2 by tacrine" *11th North American Meeting of the International Society for the Study of Xenobiotics*, Orlando, FL. October 27-31, 2002.

164. Y Song, L L Cartier, B W Cheung, R J Sawchuk. "An Animal Model for Multi-site CSF Disposition Studies of Intrathecally Administered Agents". *American Association of Pharmaceutical Scientists Annual Meeting*, Toronto, Ontario, Canada. November 10-14, 2002.

165.   J Z Peng, R Remmel, R J Sawchuk. "Modeling And Simulation Of In Vivo PK Profiles Based On Mechanism-based Inhibition From In Vitro Studies: Inactivation Of CYP1A2 by Tacrine" *American Association of Pharmaceutical Scientists Annual Meeting*, Toronto, Ontario, Canada. November 10-14, 2002.

166.   Y Song, L L Cartier, BW Cheung, R J Sawchuk. "Multi-site CSF Disposition Studies of Intrathecally Administered Antiviral Nucleosides in a Novel Animal Model". *8th International Meeting of the International Society for the Study of Xenobiotics*, Dijon France. April 27-31, 2003

167.   W Liu, B W Y. Cheung, R J Sawchuk. "Distribution Kinetics of Cethromycin in the Chinchilla Middle Ear". *8th International Symposium on Recent Advances in Otitis Media*. Fort Lauderdale, FL. June 3 - 7, 2003

168.   P Ji, L Cartier, B W Y Cheung, R J Sawchuk.  "Distribution Kinetics Of Cefdinir Between Plasma And Middle Ear Fluid In The Freely Moving Chinchillas". *American Association of Pharmaceutical Scientists Annual Meeting*, Salt Lake City, UT.  October 26-30, 2003.

169.   W Liu, B W Y Cheung, R J Sawchuk. "Efflux Transport Of Cethromycin Following Direct Intra-bulla Dosing In The Chinchilla Middle Ear".  *American Association of Pharmaceutical Scientists Annual Meeting*, Salt Lake City, UT.  October 26-30, 2003.

170.   Y Song and R J Sawchuk.  "Pharmacokinetics of Zidovudine and Stavudine in the Cerebrospinal Fluid after Intrathecal Administration in a Novel Rabbit Model".  *American Association of Pharmaceutical Scientists Annual Meeting*, Baltimore, MD.  November 8, 2004.

171.   N  Mostafa and R J Sawchuk. "Determination of Ofloxacin Clearance from the Middle Ear Fluid using Microdialysis". *American Association of Pharmaceutical Scientists Annual Meeting*, Nashville, TN. November 7, 2005.

172.   Z  Li,  B W Y Cheung, L  Cartier, and R J Sawchuk. "The Possible Role of P-glycoprotein in the Distribution of Clarithromycin to the Middle Ear". *American Association of Pharmaceutical Scientists Annual Meeting*, Nashville, TN.  November 7, 2005.

173.   R J Sawchuk, L M Page, and R L Rauck. "Pharmacokinetics of Gabapentin Injection in Cerebrospinal Fluid and Plasma with Intrathecal Administration".  FDA Science Forum, Washington, DC. April 18, 2006.

# EXHIBIT 21





# RANDOM HOUSE
# WEBSTER'S
# COLLEGE
# DICTIONARY

Property of
Finnegan, Henderson, Farabow
Garrett & Dunner Library
1300 I Street, N.W., #700
Washington, DC 20005

## RANDOM HOUSE
## NEW YORK

*Random House Webster's College Dictionary*
Copyright © 2000 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Random House Reference & Information Publishing, Random House, Inc., New York, NY. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

The Random House Living Dictionary Database™, Random House and colophon are registered trademarks of Random House, Inc.

The first Random House college dictionary, the *American College Dictionary*, was published in 1947 to critical acclaim. The first edition of the *Random House Webster's College Dictionary* was published in 1991. Subsequent revisions were published in 1992, 1995, and 1996. A second, completely redesigned, revised, and updated edition was published in 1997, with updates published annually thereafter. Copyright © 1999, 1998, 1996, 1995, 1992, 1991 by Random House, Inc.

**Trademarks**
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll-free 888-591-1200 or fax 212-572-4961.

Please address inquiries about electronic licensing of reference products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212-940-7370.

**Library of Congress Cataloging-in-Publication Data**

Random House Webster's college dictionary.
     p.   cm.
  ISBN 0-375-42560-8
  ISBN 0-375-42561-6 (Deluxe Edition)
  1. English language–Dictionaries.   I. Random House (Firm)
PE1628.R28  1999
423–DC21                                                                       99-12620
                                                                                   CIP

Visit the Random House Reference & Information Publishing
Web site at www.randomwords.com

Typeset and printed in the United States of America
Typeset by the Random House Reference & Information Publishing Group

2000 Second Revised and Updated Random House Edition
9 8 7 6 5 4 3 2 1
April 2000

ISBN: 0-375-42560-8
ISBN: 0-375-42561-6 (Deluxe Edition)

New York   Toronto   London   Sydney   Auckland

**level crossing** ... the interconnected horizontal mine workings at a particular elevation or depth.

**lev·el·er** (lĕv′ə·lər), *n.* ... one who levels.

**lev·el-head·ed** (lĕv′əl·hĕd′id), *adj.* having common sense, and sound judgement; sensible. —**lev′el-head′ed·ly**, *adv.* —**lev′el-head′ed·ness**, *n.*

**lev·el·ing rod**, *n.* [1900–05] ...

**lev·er** (lĕv′ər, lē′vər), *n.* 1. a rigid bar that pivots about one point and that is used to move an object at a second point by a force applied at a third. 2. a means or agency of persuading or of achieving an end. —*v.t.* 5. to move or lift with a lever.

**lev·er·age** (lĕv′ər·ij, lē′vər·ij), *n.*, *v.*, **-aged, -ag·ing.**

**lev·er·aged buy·out**, *n.* the purchase of a company with borrowed money, using the company's assets as collateral.

**Le·ver·ett** (lĕv′ər·it), *n.* a young hare.

**Le·vi** (lē′vī), *n.* 1. a son of Jacob and Leah. Gen. 29:34. 2. one of the 12 tribes of Israel.

**Le·vi·a·ble** (lĕv′ē·ə·bəl), *adj.* 1. capable of being levied.

**lev·i·a·than** (lə·vī′ə·thən), *n.* 1. (often cap.) [in the Bible] a sea monster.

**lev·i·er** (lĕv′ē·ər), *n.* a person who levies. [1485–95]

**lev·i·gate** (lĕv′i·gāt′), *v.t.*, **-gat·ed, -gat·ing.**

**Le·vi-Mon·tal·ci·ni** (lē′vē mon′tal·chē′nē), *n.* **Rita,** born 1909, Italian neurophysiologist: Nobel prize for physiology or medicine 1986.

**lev·i·rate** (lĕv′ər·it), *n.* ...

**Le·vi's** (lē′vīz), *Trademark.* a brand of jeans, esp. blue jeans.

**Lé·vi-Strauss** (lā′vē strous′), *n.* **Claude,** born 1908, French anthropologist, born in Belgium.

**lev·i·tate** (lĕv′i·tāt′), *v.*, **-tat·ed, -tat·ing.**

**Le·vite** (lē′vīt), *n.* 1. a member of the tribe of Levi.

**Le·vit·i·cal** (li·vit′i·kəl), *adj.* 1. of or pertaining to the Levites or pertaining to Leviticus or the Law.

**Le·vit·i·cus** (li·vit′i·kəs), *n.* the third book of the Bible.

**Lev·i·town** (lĕv′i·toun′), *n.* a town on Long Island in SE New York.

**lev·i·ty** (lĕv′i·tē), *n.*, *pl.* **-ties.** 1. lightness of mind or character.

**lev·o** (lē′vō), *adj.* Chem. 1. levorotatory.

**le·vo·dop·a** (lē′və dō′pə), *n.* L-DOPA. [1965–70]

**le·vo·ro·ta·to·ry** (lē′vō rō′tə tôr′ē), *adj.* ...

**lev·u·lose** (lĕv′yə·lōs′), *n.* fructose.

**levy** (lĕv′ē), *v.*, **lev·ied, lev·y·ing,** *n.*, *pl.* **lev·ies.**

**lewd** (lōōd), *adj.*, **-er, -est.** 1. inclined to, characterized by lust or lechery; lascivious.

**Lew·es** (lōō′is), *n.* a city in East Sussex, in SE England.

**lew·is** (lōō′is), *n.* a device for lifting a dressed stone.

**Lew·is** (lōō′is), *n.* 1. **C(ecil) Day;** DAY-LEWIS, CECIL. 2. **(Clive Staples)** 1898–1963, English novelist and essayist. 3. **Sinclair,** 1885–1951, U.S. writer. 4. **Meriwether,** 1774–1809.

**Lew·i·sham** (lōō′i·shəm), *n.* a borough of Greater London.

**lew·is·ite** (lōō′i·sīt′), *n.* a pale yellow ... used as a vesicant in World War I.

**Lewis with Har·ris,** *n.* the northernmost island of the Outer Hebrides.

**lex** (lĕks), *n.*, *pl.* **le·ges** (lē′jēz; *Lat.* lĕ′gĕs). LAW.

**lex.,** 1. lexical. 2. lexicon.

**lex·eme** (lĕk′sēm), *n.* a minimal lexical unit in a language.

**lex·i·cal** (lĕk′si·kəl), *adj.* 1. of or pertaining to the words of a language. —**lex′i·cal·ly,** *adv.*

**lexical meaning,** *n.* the meaning of a base morpheme.

**lex·i·cog.,** 1. lexicographer. 2. lexicographic. 3. lexicography.

**lex·i·cog·ra·pher** (lĕk′si kog′rə fər), *n.* a writer or editor of a dictionary.

**lex·i·cog·ra·phy** (lĕk′si kog′rə fē), *n.* 1. the writing or compiling of dictionaries.

**lex·i·col·o·gy** (lĕk′si kol′ə jē), *n.* the study of the formation.

**lex·i·con** (lĕk′si kon′, -kən), *n.* a wordbook or dictionary.

**lex·i·co·stat·is·tics** (lĕk′si kō stə tis′tiks), *n.* the statistical study of the vocabulary of a language.

**Lex·ing·ton** (lĕk′sing tən), *n.* 1. a town in E Massachusetts: first battle of the American Revolution fought here 1775. 2. a city in N Kentucky.

**lex·is** (lĕk′sis), *n.* the vocabulary of a language.

**lev•el** (lev′əl), *adj.*, *n.*, *v.*, **-eled, -el•ing** or (*esp. Brit.*) **-elled, -el•ling.** —*adj.* **1.** having no part higher than another; having a flat or even surface. **2.** being in a plane parallel to the plane of the horizon; horizontal. **3.** equal, as in height, condition, status, or advancement. **4.** even, equable, or uniform: *to speak in a level voice.* **5.** filled to a height even with the rim of a container: *a level teaspoon of salt.* **6.** mentally well balanced; sensible; rational: *to keep a level head in a crisis.* **7.** of or pertaining to a particular rank or involving members of such a rank (usu. used in combination): *high-level discussions.* —*n.* **8.** the horizontal line or plane in which anything is situated, with regard to its elevation: *a shelf built at eye level.* **9.** a position with respect to a given or specified height: *The water rose to a level of 30 feet.* **10.** a position or plane in a graded scale of values: *an average level of skill.* **11.** rank or status, as in a hierarchy: *the top levels of government.* **12.** stratum or sphere: *levels of meaning; elections on a local level.* **13.** an extent, measure, or degree of intensity, concentration, quantity, etc.: *low levels of radiation; to increase levels of production.* **14.** a horizontal surface, as a floor in a building or other structure: *the upper level of the bridge.* **15.** a device, as a spirit level, used for determining or adjusting something to a horizontal surface. **16. a.** a surveying instrument consisting of a spirit level mounted on a frame with a telescopic sight, used for establishing a horizontal. **b.** an observation made with this instrument. **17.** an imaginary line or surface everywhere at right angles to the plumb line. **18.** a horizontal position or condition. **19.** a level or flat surface, as an extent of land approximately horizontal and

## level crossing to lexis

unbroken by irregularities. **20.** the interconnected horizontal mine workings at a particular elevation or depth: *the 1500-foot level.* —*v.t.* **21.** to make (a surface) level, even, or flat; make horizontal. **22.** to raise or lower to a particular level or position. **23.** to bring (something) to the level of the ground: *to level trees.* **24.** *Informal.* to knock down (a person). **25.** to make equal, as in status or condition. **26.** to make even or uniform, as coloring. **27.** to aim or point (a weapon, criticism, etc.) at a mark or objective. **28.** to find the relative elevation of different points in (land), as with a surveyor's level. —*v.i.* **29.** to bring things or persons to a common level. **30.** to aim a weapon, criticism, etc., at a mark or objective. **31.** to speak truthfully and openly (often fol. by *with*). **32. a.** to take a level in surveying. **b.** to use a leveling instrument. **33. level off, a.** (of an aircraft) to maintain a constant altitude after a climb or descent. **b.** to become stable; reach a constant or limit. **c.** to make even or smooth. —*Idiom.* **34. find one's (own) level,** to attain a position or status that matches one's ability. **35. one's level best,** one's very best; one's utmost. **36. on the level,** honest; sincere; reliable. [1300–50; ME, var. of *livel* < MF < VL *libellum,* for L *lībella* plummet line, level, dim. of *lībra* balance, scales (see CASTLE)] —**lev′el·ly,** *adv.* —**lev′el·ness,** *n.*