IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the *Plaintiff's Responses to Defendant Impax Laboratories, Inc.'s Third Set of Interrogatories (Nos. 41-42)* were served upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Jessica R. Wolff
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

2

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Karen Jacobs Louden (#2881)*
                        Jack B. Blumenfeld (#1014)
                        Karen Jacobs Louden (#2881)
                        1201 N. Market Street
                        Wilmington, DE 19899-1347
                        (302) 658-9200
                        klouden@mnat.com
                            Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

May 21, 2007

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on May 21, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on May 21, 2007 upon the following in the manner indicated:

### **BY HAND and E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

### **BY E-MAIL**

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

*/s/ Karen Jacobs Louden (#2881)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com