IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
|                Plaintiff, | ) ) ) Civil Action No.: 06-222 JJF |
| v. | ) |
| IMPAX LABORATORIES, INC., | ) |
|                Defendant. | ) |

**NOTICE OF WITHDRAWAL OF MOTION**

Defendant Impax Laboratories Inc. hereby withdraws its Motion to Compel Responses to Defendant's Request for Admission Nos. 1-3, 31, 38, 50, 62, 67 and 68 filed on May 9, 2007 (D.I. 168).

Dated: May 22, 2007

              */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
mmatterer@morrisjames.com

Daralyn J. Durie (*pro hac vice*)
Asim Bhansali (*pro hac vice*)
Paula L. Blizzard (*pro hac vice*)
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

M. Patricia Thayer (*pro hac vice*)
John M. Benassi (*pro hac vice*)
Jessica R. Wolff (*pro hac vice*)
Daniel N. Kassabian (*pro hac vice*)
Samuel F. Ernst (*pro hac vice*)
Heller Ehrman LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Defendant
IMPAX LABORATORIES, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2007, I electronically filed the foregoing document, **NOTICE OF WITHDRAWAL OF MOTION,** with the Clerk of the Court using CM/ECF which sent notification of such filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Additionally, I hereby certify that the foregoing document was served as indicated below:

**VIA EMAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801
jblumenfeld@mnat.com
klouden@mnat.com

**VIA EMAIL**

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
 Garrett & Dunner
901 New York Avenue, NW
Washington, DE  20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

    /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. No. 405)
Morris James LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for IMPAX LABORATORIES, INC.*