IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
|         Plaintiff, | ) | |
| v. | ) | C, A. No.:  06-222 (JJF) |
| IMPAX LABORATORIES, INC., | ) | |
|         Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Amended Responses And Objections To Impax's First Set Of Requests For Admission (Nos. 1-3)* and *Plaintiff's Amended Responses And Objections To Impax's Second Set Of Requests For Admission (Nos. 38, 41, 50, 62, 67 & 68)* were served upon the following in the manner indicated:

### BY FEDERAL EXPRESS AND EMAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Karen Jacobs Louden (#2881)*
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                klouden@mnat.com
                1201 N. Market Street
                Wilmington, DE  19899-1347
                (302) 658-9200
                 Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
　Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

May 23, 2007

835561

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on May 23, 2007 upon the following in the manner indicated:

**BY HAND and E-MAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

**BY E-MAIL**

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

*/s/ Karen Jacobs Louden (#2881)*
klouden@mnat.com (#2881)