# SEALED DOCUMENT

# SEALED DOCUMENT

Case 1:06-cv-00222-JJF    Document 196-2    Filed 05/25/2007    Page 1 of 1