# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

June 11, 2007

**VIA ELECTRONIC FILING
AND HAND DELIVERY**
Ms. Deborah Krett, Case Manager for
The Honorable Joseph J. Farnan, Jr.
USDC for the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

Re: *Wyeth v. Impax Laboratories*, Civil Action No. *06-222 (JJF)*
**Request for Permission to Have Laptop Computers in Courtroom 4B**

Ms. Krett:

We are scheduled to appear for a *Markman* Hearing in Courtroom 4B on Tuesday, June 12, 2007 commencing at 1:30 p.m. and request permission to bring two laptops to Courtroom 4B to assist in presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Yours,

Richard K. Herrmann, I.D. No. 405
rherrmann@morrisjames.com

cc: David Thomas, United States Marshall (via hand delivery)
 Keith Ash, Chief Court Security Officer (via hand delivery)
 Karen Jacobs Louden, Esq. (via email)