# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

June 11, 2007

**By Hand and Electronic Filing**

Ms. Deborah Krett
Case Manager
U.S. District Court
844 N. King Street, Lockbox 27
Wilmington, Delaware 19801

Re: Wyeth v. Impax Laboratories, Inc.
C.A. No. 06-222 (JJF) – Request for Permission to Have
Laptop Computers in Courtroom 4B

Dear Ms. Krett:

We are scheduled to appear for a Markman hearing in Courtroom 4B commencing on June 12, 2007 at 1:00 p.m. and request permission to bring to Courtroom 4B to assist in presentation during the hearing two laptop computers, monitors, a projector, a portable hard drive, a switch and cabling. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshall's policy regarding electronic devices.

Sincerely,

Karen Jacobs Louden

KJL/lmc
cc: David Thomas, United States Marshal (by hand)
Keith Ash, Chief Court Security Officer (by hand)
Richard K. Herrmann, Esq. (by email)

856989

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>        v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, monitors, a projector, a portable hard drive, a switch and cabling for a Markman hearing for proceedings commencing on June 12, 2007 at 1:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

        William Lewris

        Linda Wadler

        Resonant Legal Media

SO ORDERED this ____ day of _____, 2007

                                              _____
                                              Joseph J. Farnan, Jr.
                                              United States District Court Judge