IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 06-222 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER**

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for courtroom setup for a *Markman* Hearing on June 12, 2007 at 1:00 p.m.. Counsel shall comply with the inspection provisions of the United States Marshal.

              Daralyn J. Durie              Joseph C. Gratz

Date: June _____, 2007

                                                _____
                                                JOSEPH J. FARNAN, JR.
                                                United States District Court Judge