## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH,<br><br>                             Plaintiff,<br><br>           v.<br><br>IMPAX LABORATORIES, INC.,<br><br>                             Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-222 JJF<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT IMPAX LABORATORIES, INC.'S
### MOTION TO COMPEL WYETH TO PRODUCE
### PROPERLY PREPARED RULE 30(b)(6) WITNESSES

Defendant Impax Laboratories, Inc. hereby moves this court for an order to compel Plaintiff Wyeth to produce properly prepared rule 30(b)(6) witnesses. The grounds for this motion are set forth in the opening brief, filed contemporaneously herewith.

Dated:  June 13, 2007

_Mary Matterer_
_____
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
mmatterer@morrisjames.com

*Of Counsel*
Daralyn J. Durie
Asim Bhansali
Paula L. Blizzard
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

*ATTORNEYS FOR IMPAX LABORATORIES, INC.*

## RULE 7.1.1 CERTIFICATION

The undersigned certifies that counsel for plaintiffs and counterclaim defendants Wyeth has been contacted and the parties have been unable to resolve the issues presented in this Motion.

_Mary Matterer_
Mary B. Matterer (#2696)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH, | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | )Civil Action No.: 06-222 JJF |
| v. | ) |
|  | ) |
| IMPAX LABORATORIES, INC., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Defendant's Motion to Compel Wyeth to Produce Properly Prepared Rule 30(b)(6) Witnesses;

IT IS HEREBY ORDERED this ____ day of _____, 2007 that the Motion is GRANTED.

_____
Joseph J. Farnan, Jr., J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2007, I electronically filed the

foregoing document, **DEFENDANT IMPAX LABORATORIES, INC.'S MOTION**

**TO COMPEL WYETH TO PRODUCE PROPERLY PREPARED RULE 30(b)(6)**

**WITNESSES,** with the Clerk of the Court using CM/ECF which sent notification of such

filing to the following:

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Additionally, I hereby certify that the foregoing document was served as indicated

below:

**VIA EMAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
klouden@mnat.com

**VIA EMAIL AND FEDEX**

Basil J. Lewris
Linda A. Wadler
Finnegan Henderson Farabow
 Garrett & Dunner
901 New York Avenue, NW
Washington, DE 20001
Bill.Lewris@finnegan.com
Linda.Wadler@finnegan.com

_/s/ Mary B. Matterer_
Mary B. Matterer (I.D. No. 2696)
Morris James LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for IMPAX LABORATORIES, INC.*