IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, monitors, a projector, a portable hard drive, a switch and cabling for a Markman hearing for proceedings commencing on June 12, 2007 at 1:00 p.m.

Counsel shall comply with the inspection provisions of the United States Marshal.

        William Lewris

        Linda Wadler

        Resonant Legal Media

SO ORDERED this 13 day of June, 2007

                                            Joseph J. Farnan, Jr.
                                            United States District Court Judge