IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WYETH,

            Plaintiff,

v.

IMPAX LABORATORIES, INC.,

           Defendant.

Civil Action No.: 06-222 JJF

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptops for courtroom setup for a *Markman* Hearing on June 12, 2007 at 1:00 p.m.. Counsel shall comply with the inspection provisions of the United States Marshal.

    Daralyn J. Durie           Joseph C. Gratz

Date: June 13, 2007

                                JOSEPH J. FARNAN, JR.
                                United States District Court Judge