**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

Please take notice that on this 21st day of June 2007, copies of the following document, **DEFENDANT IMPAX LABORATORIES, INC.'S FIFTH SET OF REQUESTS FOR PRODUCTION (NOS. 132-137),** were served on counsel as indicated:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

**VIA E-MAIL AND FEDEX**
Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Dated: June 21, 2007

    */s/ Mary B. Matterer*
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

DARALYN J. DURIE (*pro hac vice*)
ASIM BHANSALI (*pro hac vice*)
PAULA L. BLIZZARD (*pro hac vice*)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Attorneys for Defendant
IMPAX LABORATORIES, INC.