IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>              Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-222 JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Daniel Purcell of the law firm of Keker & Van Nest LLP to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: July 5, 2007

                                                                                   /s/ Mary B. Matterer
                                                     Mary B. Matterer (I.D. No. 2696)
                                                     MORRIS JAMES LLP
                                                     500 Delaware Avenue, Suite 1500
                                                     Wilmington, DE 19801
                                                     (302) 888-6800
                                                     mmatterer@morrisjames.com

                                                     Attorneys for IMPAX LABORATORIES, INC.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July 5, 2007

Signed: _____
Daniel Purcell, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400