IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | Civil Action No. 06-222 (JJF) |

**DEFENDANT IMPAX LABORATORIES, INC.'S MOTION
TO COMPEL WYETH TO PRODUCE ALL SUMMARY
JUDGMENT BRIEFING FROM THE *TEVA* LITIGATION**

  Defendant Impax Laboratories, Inc. hereby moves this court for an order to compel Plaintiff Wyeth to produce all summary judgment briefing from the *Teva* litigation. The grounds for this motion are set forth in the opening brief, filed contemporaneously herewith.

           */s/ Mary Matterer*
           Richard K. Herrmann (I.D. No. 405)
           Mary B. Matterer (I.D. No. 2696)
           MORRIS JAMES LLP
           500 Delaware Avenue, 15th Floor
           Wilmington, DE 19801
           Telephone: (302) 888-6800
           mmatterer@morrisjames.com

           Daralyn J. Durie (pro hac vice)
           Asim Bhansali (pro hac vice)
           Paula L. Blizzard (pro hac vice)
           KEKER & VAN NEST LLP
           710 Sansome Street
           San Francisco, CA 94111
           Telephone: (415) 391-5400

Date: July 9, 2007

## RULE 7.1.1 CERTIFICATION

The undersigned certifies that counsel for plaintiffs and counterclaim defendants Wyeth has been contacted and the parties have been unable to resolve the issues presented in this Motion.

_____
Mary B. Matterer (#2696)