IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>                Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>                Defendant. | Civil Action No.: 06-222 JJF |

### DEFENDANT'S NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Impax Laboratories, Inc. requests that its Motion to Compel Wyeth to Produce All Summary Judgment Briefing from the *Teva* Litigation be heard on August 3, 2007.

*/s/ Mary Matterer*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Daralyn J. Durie (pro hac vice)
Asim Bhansali (pro hac vice)
Paula L. Blizzard (pro hac vice)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Date: July 9, 2007