# Morris James LLP

Mary B. Matterer
302.888.6960
mmatterer@morrisjames.com

July 11, 2007

**VIA ELECTRONIC FILING**

Dr. Peter T. Dalleo, Clerk of the Court
United States District Court
 District of Delaware
844 King Street
Wilmington, DE 19801

      RE:    *Wyeth v. Impax Laboratories, Inc,* C. A. No. 06-222 (JJF)

Dear Dr. Dalleo:

      On July 9, 2007 we filed the Declaration of Mary B. Matterer in Support of Defendant Impax Laboratories, Inc.'s Motion to Compel Wyeth to Produce All Summary Judgment Briefing From the *Teva* Litigation (D.I. 232). Exhibit I to the Declaration may have been inadvertently omitted from that document. On July 10, 2007, opposing counsel was forwarded Exhibit I by electronic mail. I am contemporaneously forwarding you Exhibit I, filed under seal, for the Court's files to supplement this filing.

Respectfully,

*Mary Matterer*

Mary B. Matterer, I.D. No. 2696
mmatterer@morrisjames.com

Enclosure

cc: Karen Jacobs Louden, Esq. (w/encl.) (by hand)