# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| Plaintiff, | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| IMPAX LABORATORIES, INC., | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

Please take notice that on this 20th day of July 2007, copies of the following document, **THIRD PARTY LAURA WILLIAMS' OBJECTIONS TO SUBPOENA ISSUED BY PLAINTIFF WYETH,** were served on counsel as indicated:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

**VIA E-MAIL AND FEDEX**
Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Dated: July 20, 2007

　　　　*/s/ Mary B. Matterer*
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

DARALYN J. DURIE
ASIM BHANSALI
PAULA L. BLIZZARD
COURTNEY TOWLE
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Attorneys for Defendant
IMPAX LABORATORIES, INC.