IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C, A. No.: 06-222 (JJF) |
| IMPAX LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Responses And Objections To Defendant Impax's Fifth Set Of Requests For Production (Nos. 132-137)* were served on July 23, 2007 upon the following in the manner indicated:

### BY FEDERAL EXPRESS

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

July 23, 2007

835561

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on July 23, 2007 upon the following in the manner indicated:

### BY E-MAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

### BY E-MAIL

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

*/s/ Karen Jacobs Louden*

klouden@mnat.com