# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION

Defendant Impax Laboratories Inc. hereby withdraws its Motion to Compel Wyeth to Produce All Summary Judgment Briefing From the *Teva* Litigation filed on July 9, 2007 (D.I. 229).

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. No. 2696)
　　　　　　　　　　　　　　　　　　　　　　　Morris James LLP
　　　　　　　　　　　　　　　　　　　　　　　500 Delaware Ave., Suite 1500
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　Daralyn J. Durie
　　　　　　　　　　　　　　　　　　　　　　　Asim Bhansali
　　　　　　　　　　　　　　　　　　　　　　　Paula L. Blizzard
　　　　　　　　　　　　　　　　　　　　　　　Courtney Towle
　　　　　　　　　　　　　　　　　　　　　　　Keker & Van Nest LLP
　　　　　　　　　　　　　　　　　　　　　　　710 Sansome Street
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(415) 391-5400

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant *IMPAX LABORATORIES, INC.*

Dated: July 26, 2007