IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 06-222-JJF |
| IMPAX LABORATORIES, INC., | : |
|     Defendant. | : |

### O R D E R

WHEREAS, Defendant Impax Laboratories, Inc. filed a Motion For The Appointment Of A Special Master To Manage Discovery And Resolve Discovery Disputes (D.I. 54);

WHEREAS, the Court utilizes procedures sufficient to expeditiously address the parties disputes;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For The Appointment Of A Special Master To Manage Discovery And Resolve Discovery Disputes (D.I. 54) is **DENIED with leave to renew**.

August 17, 2007
DATE

_(signature)_
UNITED STATES DISTRICT JUDGE