# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Karen Jacobs Louden**
(302) 351-9227
(302) 425-4681 Fax
klouden@mnat.com

August 31, 2007

**BY E-FILING**
Ms. Deborah Krett
Case Manager
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Wyeth v. Impax Laboratories, Inc.*, C. A. No. 06-222 (JJF)
               Request For Permissions To Have Laptop Computers In Courtroom 4B

Dear Ms. Krett:

        We are scheduled to appear for depositions in Courtroom 4B on September 5 and 11, 2007 and request permission to bring to Courtroom 4B to assist with the deposition laptop computers. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                                Respectfully,

                                               */s/ Karen Jacobs Louden (#2881)*

                                               Karen Jacobs Louden (#2881)

KJL/dlb
cc:    David Thomas, United States Marshal (by hand delivery)
        Keith Ash, Chief Court Security Officer (by hand delivery)
        Mary B. Matterer, Esquire (by email)
        Daralyn J. Durie, Esquire (by email)
        Basil J. Lewris, Esquire (by email)
1224408

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>IMPAX LABORATORIES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The attorneys listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, laptop computers for a deposition on September 5 and 11, 2007. Counsel shall comply with the inspection provisions of the United States Marshal.

　　　　　　　　　　Barbara Rudolph

　　　　　　　　　　Robert Pollock

Date: _____　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Joseph J. Farnan, Jr.

　　　　　　　　　　　　　　　　　　　United States District Court Judge