# Morris James LLP

Mary B. Matterer<br>
302.888.6816<br>
mmatterer@morrisjames.com

September 4, 2007

**VIA ELECTRONIC FILING
AND HAND DELIVERY**
Ms. Deborah Krett
Case Manager
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re: *Wyeth v. Impax Laboratories,* Civil Action No. *06-222 (JJF)*
            <u>Request for Permission to Have Videographer in Courtroom 4B</u>

Dear Ms. Krett:

      We are scheduled to appear for depositions in Courtroom 4B on September 5 and 11, 2007 commencing at 8:30 a.m. Along with our previous request for permission to bring a laptop to Courtroom 4B to assist in the deposition, we also request permission to have a videographer. The names of the videographers are Lindsey DuPhilly and George Bush. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                        Sincerely,

                                        Mary Matterer

                                        Mary B. Matterer (I.D. No. 2696)
                                        mmatterer@morrisjames.com

cc: David Thomas, United States Marshall (via hand delivery)
    Keith Ash, Chief Court Security Officer (via hand delivery)
    Karen Jacobs Louden, Esq. (via email)