IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C. A. No. 06-222 (JJF) |
| IMPAX LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Response And Objections Of Richard DeNeale To Subpoena were caused to be served on September 4, 2007, upon the following counsel:

### BY HAND & EMAIL

Mary B. Matterer
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

### BY EMAIL

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA 92102

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Karen Jacobs Louden*

                                      Jack B. Blumenfeld (#1014)
                                      Karen Jacobs Louden (#2881)
                                      klouden@mnat.com
                                      1201 N. Market Street
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      Attorneys for plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000


September 4, 2007

526328

**CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on September 4, 2007 upon the following in the manner indicated:

**BY HAND & EMAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

**BY EMAIL**

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA 92102

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

*/s/ Karen Jacobs Louden*
klouden@mnat.com