IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WYETH,

    Plaintiff,

v.                         : Civil Action No. 06-222-JJF

IMPAX LABORATORIES, INC.,

    Defendant.

**O R D E R**

IT IS HEREBY ORDERED that disputes and objections related to 30(b)(6) depositions scheduled for September 5 and 11, 2007 are resolved as follows:

1. **Designation B - 3**

    The Objections of Wyeth are **SUSTAINED** and its Proposal for the topics is **ADOPTED**.

2. **Designation D - 3, 5, 7**

    The objections of Wyeth are **SUSTAINED** and its Proposal for the topics is **ADOPTED**.

3. **Designation Q - 16, 17, 20**

    The objections of Wyeth are **OVERRULED**.

4. **Designation R - 10**

    The objections of Wyeth are **OVERRULED**.

_September 5, 2007_
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE