IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.:  06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: *(1)* the *Expert Report Of Eric Hollander, M.D.; (2)* the *Expert Report Of James W. McGinty, Ph.D.; (3)* the *Expert Report Of Ronald A. Thisted, Ph.D.; (4)* the *Supplemental Expert Report Of Ronald A. Thisted, Ph.D.; and (5)* the *Expert Report Of Ronald J. Sawchuk, Ph.D.* were served upon the following in the manner indicated on September 28, 2007:

### By Overnight Courier

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
    Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

October 1, 2007

1250359

## CERTIFICATE OF SERVICE

I, the under signed, hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>    Mary B. Matterer
>    MORRIS JAMES LLP

I also certify that copies were caused to be served on October 1, 2007 upon the following in the manner indicated:

### BY E-MAIL

>    Mary B. Matterer
>    Morris James LLP
>    500 Delaware Avenue
>    Suite 1500
>    Wilmington, DE  19899

### BY E-MAIL

>    Daniel N. Kassabian
>    Heller Ehrman LLP
>    333 Bush Street
>    San Francisco, CA  94104
>
>    Joseph C. Gratz
>    Keker & Van Nest LLP
>    710 Sansome Street
>    San Francisco, CA  94111-1704

>    */s/ Karen Jacobs Louden*
>    _____
>    Karen Jacobs Louden (#2881)