IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

Please take notice that on the 28th day of September 2007, copies of the following documents, **(1) Expert Report of William E. Wecker; (2) Expert Report of Dr. Bert Spilker; (3) Expert Report of Arthur H. Kibbe, Ph.D.; (4) Expert Report of Dr. William S. Comanor; (5) Expert Report of Stephen R. Schuchter, M.D.; and Expert Report of Mr. E. Nusbaum** were served upon the following counsel via Federal Express:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

Dated:  October 1, 2007

 */s/ Mary B. Matterer*
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Daralyn J. Durie
Daniel Purcell
Paula L. Blizzard
Courtney Towle
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
*IMPAX LABORATORIES, INC.*