IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>    Plaintiff,<br><br>  v.<br><br>IMPAX LABORATORIES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiff's Supplemental Initial Disclosure Statement Pursuant to Fed. R. Civ. P. 26(a)(1)* were served upon the following in the manner indicated on October 1, 2007:

**BY HAND AND EMAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

**BY EMAIL**

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

        Daralyn J. Durie
        Keker & Van Nest LLP
        710 Sansome Street
        San Francisco, CA 94111

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Karen Jacobs Louden (#2881)*
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        1201 N. Market Street
        Wilmington, DE 19899-1347
        (302) 658-9200
        klouden@mnat.com
          Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

October 1, 2007

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on October 1, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

### BY EMAIL

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
Heller Ehrman LLP
4350 La Jolla Village Drive
San Diego, CA  92102

Daniel N. Kassabian
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden (#2881)
klouden@mnat.com