IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David P. Frazier, FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., 901 New York Avenue, Washington, DC 20001-4413 to represent plaintiff in this matter.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Jack B. Blumenfeld*
                              Jack B. Blumenfeld (#1014)
                              Karen Jacobs Louden (#2881)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              klouden@mnat.com
                                *Attorneys for Plaintiff Wyeth*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

                              _____
                              United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 1, 2007

David P. Frazier
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on October 2, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

### BY ELECTRONIC MAIL

M. Patricia Thayer
John M. Benassi
Jessica R. Wolf
HELLER EHRMAN LLP
4350 La Jolla Village Drive
San Diego, CA 92102

Daniel N. Kassabian
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104

Daralyn J. Durie
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)