IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>  Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>  Defendant. | Civil Action No.: 06-222 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael J. McCabe II, FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P., 3500 SunTrust Plaza, 303 Peachtree Street, N.E., Atlanta, GA 30308-3263 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
  *Attorneys for Plaintiff Wyeth*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member the Bar of the Northern District of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: October 2, 2007

Michael J. McCabe II
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street,
N.E. Atlanta, GA 30308-3263
(404)653-6400

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on October 3, 2007 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Mary B. Matterer
>MORRIS JAMES LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19899
>
>**BY ELECTRONIC MAIL**
>
>M. Patricia Thayer
>John M. Benassi
>Jessica R. Wolf
>HELLER EHRMAN LLP
>4350 La Jolla Village Drive
>San Diego, CA  92102
>
>Daniel N. Kassabian
>HELLER EHRMAN LLP
>333 Bush Street
>San Francisco, CA  94104
>
>Daralyn J. Durie
>KEKER & VAN NEST LLP
>710 Sansome Street
>San Francisco, CA  94111

>*/s/ Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)