IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | )Civil Action No.: 06-222 JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF COUNSEL

M. PATRICIA THAYER
JOHN M. BENASSI
JESSICA R. WOLFF
DANIEL N. KASSABIAN
SAMUEL F. ERNST
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92101
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

RICHARD K. HERRMANN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant IMPAX
LABORATORIES, Inc.

October 4, 2007

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil Rule 83.7, the attorneys at Heller Ehrman LLP, including M. Patricia Thayer, John M. Benassi, Jessica R. Wolff, Daniel N. Kassabian, Samuel F. Ernst, and Eric L. Lane withdraw as counsel for Defendant Impax Laboratories, Inc. ("Impax") in the above-captioned action. Counsel at Keker & Van Nest LLP and Morris James LLP continue to represent Impax in this action.

Dated: October 4, 2007          *Mary B. Matterer*
                                RICHARD K. HERRMANN (I.D. No. 405)
                                MARY B. MATTERER (I.D. No. 2696)
                                MORRIS JAMES LLP
                                500 Delaware Avenue, 15th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 888-6800
                                mmatterer@morrisjames.com

                                M. Patricia Thayer
                                John M. Benassi
                                Jessica R. Wolff
                                Daniel N. Kassabian
                                Samuel F. Ernst
                                Heller Ehrman LLP
                                4350 La Jolla Village Drive, 7th Floor
                                San Diego, CA 92101
                                Telephone: (858) 450-8400
                                Facsimile: (858) 450-8499

                                Daralyn J. Durie
                                Daniel Purcell
                                Paula L. Blizzard
                                Courtney Towle
                                KEKER & VAN NEST LLP
                                710 Sansome Street
                                San Francisco, CA 94111
                                Telephone: (415) 391-5400
                                Facsimile: (415) 397-7188

                                Attorneys for IMPAX LABORATORIES, INC.