IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
|        Plaintiff, | ) |
| | ) |
|     v. | ) C. A. No. 06-222 (JJF) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
|        Defendant. | ) |

**STIPULATION AND ORDER**

WHEREAS the Pretrial Conference in this action is currently scheduled for December 6, 2007 at 1:00 p.m. (D.I. 27);

WHEREAS the parties agree that the Pretrial Conference should be rescheduled to avoid conflicts with other deadlines in the case, including the filing of case dispositive motions and the completion of expert discovery;

WHEREAS the parties dispute the amount of time that the Pretrial Conference should be postponed and submitted that dispute to the Court by emails dated October 1 and 2, 2007; and

WHEREAS the parties wish to resolve their dispute;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Pretrial Conference is hereby rescheduled to January 10, 2008 at _____ ___.m.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Karen Jacobs Louden (#2881)* | */s/ Mary B. Matterer (#2696)* |
| Jack B. Blumenfeld (#1014) | Mary B. Matterer (#2696) |
| Karen Jacobs Louden (#2881) | mmatterer@morrisjames.com |
| klouden@mnat.com | 222 Delaware Avenue |
| 1201 N. Market Street | P.O. Box 2306 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 888-6800 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| OF COUNSEL: | OF COUNSEL: |
| Basil J. Lewris | Joseph C. Gratz |
| Linda A. Wadler | Daralyn J. Durie |
| Finnegan, Henderson, Farabow, | Keker & Van Nest LLP |
|   Garrett & Dunner, L.L.P. | 710 Sansome Street |
| 901 New York Avenue, N.W. | San Francisco, CA 94111-1704 |
| Washington, D.C. 20001 | (415) 391-5400 |
| (202) 408-4000 | |

October 10, 2007

SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge

1257661