IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, )<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>IMPAX LABORATORIES, INC., )<br>)<br>   Defendant. )<br>) | Civil Action No. 06-222 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiff's Responses to Defendant Impax Laboratories, Inc.'s Fourth Set of Interrogatories (Nos. 43-47)* were served upon the following in the manner indicated on October 11, 2007:

### BY OVERNIGHT MAIL AND EMAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden (#2881)*
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 N. Market Street
          Wilmington, DE  19899-1347
          (302) 658-9200
          klouden@mnat.com
           Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

October 11, 2007

2

**CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on October 11, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on October 11, 2007 upon the following in the manner indicated:

**BY HAND AND EMAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

**BY EMAIL**

Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

> */s/ Karen Jacobs Louden (#2881)*
> Karen Jacobs Louden (#2881)
> klouden@mnat.com