IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-222 (JJF) |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff Wyeth respectfully requests that its Motion to Strike the Expert Report of Impax's Patent Law Expert, Mark E. Nusbaum, be heard on November 9, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

October 12, 2007
1262729

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 12, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on October 12, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

Mary B. Matterer
Morris James LLP
500 Delaware Ave
Suite 1500
Wilmington, DE  19801-1494

### BY EMAIL

Joseph C. Gratz
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111-1704

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)
klouden@mnat.com