## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WYETH,

      Plaintiff,

      v.

IMPAX LABORATORIES, INC.,

      Defendant.

) C. A. No. 06-222 (JJF)

### STIPULATION AND ORDER

WHEREAS the Pretrial Conference in this action is currently scheduled for December 6, 2007 at 1:00 p.m. (D.I. 27);

WHEREAS the parties agree that the Pretrial Conference should be rescheduled to avoid conflicts with other deadlines in the case, including the filing of case dispositive motions and the completion of expert discovery;

WHEREAS the parties dispute the amount of time that the Pretrial Conference should be postponed and submitted that dispute to the Court by emails dated October 1 and 2, 2007; and

WHEREAS the parties wish to resolve their dispute;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Pretrial Conference is hereby rescheduled to January 10, 2008 at 12:30 p.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

October 10, 2007

MORRIS JAMES LLP

*/s/ Mary B. Matterer (#2696)*
Mary B. Matterer (#2696)
mmatterer@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
*Attorneys for Defendant*

OF COUNSEL:

Joseph C. Gratz
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
(415) 391-5400

SO ORDERED this $\underline{\phantom{12}}$ day of $\underline{October}$, 2007.

United States District Court Judge

1257661

2