IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>   Plaintiff,<br><br>  v.<br><br>IMPAX LABORATORIES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) C. A. No. 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

## WYETH'S NOTICE OF DEPOSITION OF GARY LIAW

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9 a.m. on November 9, 2007, or at such other date and time as shall be agreed upon by the parties or ordered by the Court, Plaintiff Wyeth shall take the deposition upon oral examination of Gary Liaw before an officer authorized to administer oaths at the offices of Keker & Van Nest, 710 Sansome Street, San Francisco, CA 94111. The deposition will be recorded by stenographic means and may be videotaped.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
 Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Alan A. Wright
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

October 17, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on October 17, 2007 upon the following in the manner indicated:

### BY E-MAIL AND HAND

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

### BY E-MAIL

Joseph C. Gratz
Daralyn J. Durie
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704

*/s/ Karen Jacobs Louden (#2881)*
klouden@mnat.com