**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06-222 JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF SERVICE</u>

Please take notice that on this 22nd day of October 2007, copies of the following document,

**Supplemental Expert Report of Arthur H. Kibbe, Ph.D.** were served upon the following counsel

as indicated:


**By Email and Hand Delivery**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

**By Email and FedEx**

Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000


Dated:  October 22, 2007

   _/s/ Mary B. Matterer_____
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Daralyn J. Durie
Daniel Purcell
Paula L. Blizzard
Courtney Towle
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
*IMPAX LABORATORIES, INC.*