# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WYETH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No.: 06-222 JJF |
| v. | ) |
|  | ) |
| IMPAX LABORATORIES, INC., | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

Please take notice that on this 31st day of October 2007, copies of the following documents, **Rebuttal Expert Report of Arthur H. Kibbe, Ph.D.; Rebuttal Expert Report of William E. Wecker; and Rebuttal Expert Report of Dr. Bert Spilker** were served upon the following counsel by Federal Express:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

Dated: October 31, 2007

*/s/ Mary B. Matterer*
RICHARD K. HERRMAN (I.D. No. 405)
MARY B. MATTERER (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
rherrmann@morrisjames.com

Daralyn J. Durie
Daniel Purcell
Paula L. Blizzard
Courtney Towle
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
*IMPAX LABORATORIES, INC.*