IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>            Plaintiff,<br><br>      v.<br><br>IMPAX LABORATORIES, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   C. A. No.: 06-222 (JJF)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: *(1) Responsive Expert Report Of Eric Hollander; (2) Responding Expert Report Of James W. McGinity; (3) Rebuttal Expert Report Of Ronald A. Thisted; (4) Responsive Expert Report Of Ronald J. Sawchuk; (5) Rebuttal Expert Report Of Dr. Henry G. Grabowski; (6) Rebuttal Expert Report Of Dhiren R. Thakker; and (7) Responsive Expert Report Of Richard A. Killworth* were served upon the following in the manner indicated on October 31, 2007:

**By Overnight Courier**

| | |
|---|---|
| Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801 | Daniel J. Purcell<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
    Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

November 1, 2007

1250359

## CERTIFICATE OF SERVICE

I, the under signed, hereby certify that on November 1, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on November 1, 2007 upon the following in the manner indicated:

>**BY HAND AND E-MAIL**
>
>Mary B. Matterer
>Morris James LLP
>500 Delaware Avenue
>Suite 1500
>Wilmington, DE  19899
>
>**BY E-MAIL**
>
>Daniel N. Kassabian
>Heller Ehrman LLP
>333 Bush Street
>San Francisco, CA  94104
>
>Joseph C. Gratz
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA  94111-1704

>>*/s/ Karen Jacobs Louden*
>>_____
>>Karen Jacobs Louden (#2881)