IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WYETH,                              )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        C.A. No. 06-222 (JJF)
                                    )
IMPAX LABORATORIES, INC.,           )
                                    )
            Defendant.              )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiff's Second Set of Requests for Admission (Nos. 65-393)* were served upon the following in the manner indicated on November 5, 2007:

### BY HAND AND EMAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

### BY OVERNIGHT COURIER AND EMAIL

Joseph C. Gratz
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Barbara R. Rudolph
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

November 5, 2007

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on November 5, 2007 upon the following in the manner indicated:

### BY HAND AND EMAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

### BY OVERNIGHT COURIER AND EMAIL

Joseph C. Gratz
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com