IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 06-222 JJF |
| v. | ) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Matthias A. Kamber of the law firm of Kecker & Van Nest LLP to represent Defendant Impax Laboratories, Inc. in this matter.

Dated: November 12, 2007

                                 /s/ Mary B. Matterer
                                 Mary B. Matterer (I.D. No. 2696)
                                 Morris James LLP
                                 500 Delaware Avenue, 15th Floor
                                 Wilmington, DE 19801
                                 (302) 888-6800
                                 mmatterer@morrisjames.com

                                 Daralyn J. Durie
                                 Asim Bhansali
                                 Paula L. Blizzard
                                 Courtney Towle
                                 Keker & Van Nest LLP
                                 710 Sansome Street
                                 San Francisco, CA 94111
                                 Telephone: (415) 391-5400

                                 Attorneys for Defendant *IMPAX LABORATORIES, INC.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California, Massachusetts, New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: November 7, 2007

Signed: _____
Matthias A. Kamber, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400