IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**WYETH'S MOTION TO STRIKE PARAGRAPHS 72-73,
81-84, 129-30 AND 133-36 OF THE REBUTTAL
EXPERT REPORT OF ARTHUR H. KIBBE, PH.D.**

Plaintiff Wyeth hereby moves to strike paragraphs 72-72, 81-84, 129-30 and 133-36 of the Rebuttal Expert Report of Arthur H. Kibbe, Ph.D.  The grounds for this motion are set forth in Wyeth's opening brief and declaration, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

November 15, 2007
1315524

## CERTIFICATE PURSUANT TO D. DEL. LR 7.1.1

Plaintiff Wyeth certifies that it has made a reasonable effort to reach agreement with counsel for Impax on the matters set forth in the foregoing motion, but states that the parties have been unable to reach agreement.

/s/ Karen Jacobs Louden

Karen Jacobs Louden (#2881)

1315539

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on November 15, 2007 upon the following in the manner indicated:

### BY E-MAIL AND HAND

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

### BY E-MAIL

Joseph C. Gratz
Daralyn J. Durie
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704

*/s/ Karen Jacobs Louden*

klouden@mnat.com (#2881)