IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff Wyeth respectfully requests that its Motion to Strike paragraphs 72-73, 81-84, 129-30 and 133-36 of the Rebuttal Expert Report of Arthur H. Kibbe, Ph.D. be heard on December 7, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

---
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

November 15, 2007
1315533

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 15, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on November 15, 2007 upon the following in the manner indicated:

>**BY E-MAIL AND HAND**
>
>Mary B. Matterer
>MORRIS JAMES LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE 19899
>
>**BY E-MAIL**
>
>Joseph C. Gratz
>Daralyn J. Durie
>KEKER & VAN NEST LLP
>710 Sansome Street
>San Francisco, CA 94111-1704

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com (#2881)