IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that (1) copies of the *Supplemental Responsive Expert Report Of Ronald J. Sawchuk, Ph.D.* were served on November 21, 2007 upon the following counsel in the manner indicated, and (2) copies of the *Supplemental Expert Report Of Dhiren R. Thakker, Ph.D.* were served on November 23, 2007 upon the following counsel in the manner indicated:

**By Federal Express**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

**By Federal Express**

Daniel Purcell
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
  Attorneys for Plaintiff Wyeth

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

November 26, 2007

835561

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on November 26, 2007 upon the following in the manner indicated:

> **BY E-MAIL**
>
> Mary B. Matterer
> Morris James LLP
> 500 Delaware Avenue
> Suite 1500
> Wilmington, DE  19899
>
> **BY E-MAIL**
>
> Daralyn J. Durie
> Daniel Purcell
> Joseph C. Gratz
> Keker & Van Nest LLP
> 710 Sansome Street
> San Francisco, CA  94111

*/s/ Karen Jacobs Louden*

_____

klouden@mnat.com