IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>               Plaintiff,<br><br>   v.<br><br>IMPAX LABORATORIES, INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-222 JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STATEMENT RELATED TO DEFENDANT IMPAX LABORATORIES, INC.'S MOTIONS FOR SUMMARY JUDGMENT

Pursuant to the Court's Memorandum Order on Summary Judgment Procedure, counsel for Defendant Impax Laboratories, Inc. hereby certifies that no genuine issues of material fact exist with regard to the facts argued in support of Impax Laboratories, Inc.'s Motion for Summary Judgment of Anticipation and Obviousness, and Impax Laboratories, Inc.'s Motion for Summary Judgment of Noninfringement, Lack of Written Description, Lack of Enablement, Misjoinder of Inventors, and Indefiniteness.

MORRIS JAMES LLP

/s/ Mary Matterer

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant Impax Laboratories, Inc.*