IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-222 (JJF) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
|       Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. Wyeth's time for filing its oppositions to Impax Laboratories, Inc.'s ("Impax") Motion For Summary Judgment Of Non-Infringement, Lack Written Description, Lack Of Enablement, Misjoinder Of Inventors And Indefiniteness (D.I. 302) and Impax's Motion For Summary Judgment Of Anticipation And Obviousness (D.I. 303) is hereby extended through and including December 28, 2007.

2. The time of Impax to respond to Wyeth's oppositions is hereby extended through and including January 15, 2008.

3. The time of Wyeth to file its reply brief in support of its Motion To Strike Paragraphs 72-73, 81-84, 129-130 and 133-136 of the Rebuttal Expert Report of Arthur H. Kibbe, PhD (D.I. 295) is hereby extended through and including December 28, 2007.

4. Impax's time to serve its responses to Wyeth's First Set Of Requests For Admissions is hereby extended through and including December 28, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ Karen Jacobs Louden | /s/ Mary B. Matterer |

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiff*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

December 13, 2007

Mary B. Matterer (#2696)
mmatterer@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
*Attorneys for Defendant*

OF COUNSEL:

Joseph C. Gratz
Daralyn J. Durie
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
(415) 391-5400

SO ORDERED this ____ day of December, 2007.

_____
J.

1333468