IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>           Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>) C. A. No. 06-222 (JJF)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. Wyeth's time for filing its oppositions to Impax Laboratories, Inc.'s ("Impax") Motion For Summary Judgment Of Non-Infringement, Lack Written Description, Lack Of Enablement, Misjoinder Of Inventors And Indefiniteness (D.I. 302) and Impax's Motion For Summary Judgment Of Anticipation And Obviousness (D.I. 303) is hereby extended through and including December 28, 2007.

2. The time of Impax to respond to Wyeth's oppositions is hereby extended through and including January 15, 2008.

3. The time of Wyeth to file its reply brief in support of its Motion To Strike Paragraphs 72-73, 81-84, 129-130 and 133-136 of the Rebuttal Expert Report of Arthur H. Kibbe, PhD (D.I. 295) is hereby extended through and including December 28, 2007.

4. Impax's time to serve its responses to Wyeth's First Set Of Requests For Admissions is hereby extended through and including December 28, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiff* | Mary B. Matterer (#2696)<br>mmatterer@morrisjames.com<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899<br>*Attorneys for Defendant* |
| OF COUNSEL: | OF COUNSEL: |
| Basil J. Lewris<br>Linda A. Wadler<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4000 | Joseph C. Gratz<br>Daralyn J. Durie<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>(415) 391-5400 |

December 13, 2007

SO ORDERED this 14 day of December, 2007.

_____
Joseph J. Farnan, J.

1333468