UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>　　　Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC..<br><br>　　　Defendant. | Civil Action No. 06-222 (JJF)<br><br>**PUBLIC VERSION** |

**DECLARATION OF MARY B. MATTERER IN SUPPORT OF
IMPAX LABORATORIES, INC.'S MOTION TO STRIKE
EXPERT REPORTS OF DR. HENRY GRABOWSKI AND DR. RONALD THISTED**

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Daralyn J. Durie
Paula L. Blizzard
Joseph C. Gratz
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Originally filed: December 19, 2007
Public version filed: December 28, 2007

I, MARY MATTERER, declare and state that:

1. I am a partner at the law firm of Morris James LLP, counsel to Defendant Impax Laboratories, Inc.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Dr. William S. Comanor dated September 28, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the Rebuttal Expert Report of Dr. Henry G. Grabowski dated October 31, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the Expert Report of Dr. Bert Spilker for Impax Laboratories on Venlafaxine ER dated September 28, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of the Expert Report of William E. Wecker dated September 27, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of the Rebuttal Expert Report of Ronald A. Thisted, Ph.D. dated October 29, 2007.

7. Attached hereto as Exhibit F is a true and correct copy of the transcript of the deposition of Dr. Ronald A. Thisted, Ph.D.

8. Attached hereto as Exhibit G is a true and correct copy of a December 13, 2007 letter from Benedict Y. Hur to Alan Wright.

9. I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this 29th day of December, 2007 at Wilmington, Delaware.

By: *Mary Matterer*
MARY B. MATTERER (I.D. No. 2696)

# EXHIBIT A
# REDACTED IN ITS ENTIRETY

Case 1:06-cv-00222-JJF    Document 324    Filed 12/28/2007    Page 3 of 9

# EXHIBIT B
# REDACTED IN ITS ENTIRETY

# EXHIBIT C
# REDACTED IN ITS ENTIRETY

# EXHIBIT D
# REDACTED IN ITS ENTIRETY

# EXHIBIT E
# REDACTED IN ITS ENTIRETY

# EXHIBIT F
# REDACTED IN ITS ENTIRETY

# EXHIBIT G
# REDACTED IN ITS ENTIRETY