**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| WYETH,<br><br>     Plaintiff,<br><br> v.<br><br>IMPAX LABORATORIES, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)   Civil Action No.: 06-222 JJF<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

Please take notice that on this 28th day of December 2007, copies of the following documents, **IMPAX LABORATORIES, INC.'S THIRD SET OF REQUESTS FOR ADMISSIONS (NOS. 74-489) and IMPAX LABORATORIES, INC.'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS (NOS. 65-393)**, were served upon the following counsel in the manner indicated:

**BY HAND DELIVERY AND EMAIL**
Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200

**BY EMAIL AND FEDERAL EXPRESS**
Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
 Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000

2

Dated: December 28, 2007            */s/ Richard K. Herrmann*
                                                            Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Daralyn J. Durie
Daniel Purchell
Courtney Towle
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111
(415) 391-5400

*Attorneys for Defendant*
*Impax Laboratories, Inc.*

2