IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-222 (JJF) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

Briefing on Wyeth's Motion to Strike Paragraphs 72-73, 81-84, 129-130 and 133-136 of The Rebuttal Expert Report of Arthur H. Kibbe, Ph.D. (D.I. 295) is now complete. Wyeth respectfully requests that the motion be heard at the motion hearing scheduled for January 18, 2008 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for Plaintiff Wyeth*

December 28, 2007
1348259

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on December 28, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899

**BY E-MAIL**

Joseph C. Gratz
Daralyn J. Durie
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704

*/s/ Karen Jacobs Louden (#2881)*

klouden@mnat.com