IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 06-222-JJF |
| IMPAX LABORATORIES, INC., | : |
|     Defendant. | : |

**ORDER**

WHEREAS, on October 12, 2007, Plaintiff, Wyeth, filed a Motion to Strike the Expert Report of Mark E. Nusbaum. (D.I. 275.);

WHEREAS, the Court conducted a Pretrial Conference in this case on Thursday, January 10, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Strike the Expert Report of Mark E. Nusbaum (D.I. 275) is **GRANTED** for the reasons stated in the Pretrial Conference on January 10, 2008.

January 11, 2008

_____
UNITED STATES DISTRICT JUDGE