IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>        v.<br><br>IMPAX LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C. A. No. 06-222 (JJF)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the dates for exchange of deposition designations pursuant to paragraph 33 of the Joint Pretrial Order (D.I. 334) is hereby modified as follows:

1. The parties shall exchange the designations of deposition testimony that they intend to offer at trial on or before January 28, 2008;

2. The opposing party shall provide objections and counter-designations on or before February 19, 2008; and

3. The original designating party shall provide objections to counter-designations on or before February 29, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Richard K. Herrman |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiff* | Richard K. Herrmann (3405)<br>rherrmann@morrisjames.com<br>Mary B. Matterer (#2696)<br>mmatterer@morrisjames.com<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>*Attorneys for Defendant* |

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

January 11, 2008

OF COUNSEL:

Joseph C. Gratz
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
(415) 391-5400

SO ORDERED this ____ day of _____, 2008.

_____
United States District Court Judge

1381328