IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-222-JJF |
| | : |
| IMPAX LABORATORIES, INC., | : |
| | : |
| Defendant. | : |

## O R D E R

WHEREAS, counsel has advised the Court of their availability for trial in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that a Bench Trial will commence at **9:30 a.m. on Monday, April 7, 2008**, in Courtroom 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

January 17, 2008
DATE

UNITED STATES DISTRICT JUDGE