UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>    Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC..<br><br>    Defendant. | Civil Action No. 06-222 (JJF)<br><br>**PUBLIC VERSION** |

**SUPPLEMENTAL DECLARATION OF MARY B. MATTERER IN SUPPORT OF REPLY BRIEF IN SUPPORT OF IMPAX LABORATORIES' MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. HENRY GRABOWSKI AND DR. RONALD THISTED**

Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com

Daralyn J. Durie
Paula L. Blizzard
Joseph C. Gratz
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Originally filed: January 11, 2008
Public version filed: January 22, 2008

I, MARY MATTERER, declare and state that:

1. I am a partner at the law firm of Morris James LLP, counsel to Defendant Impax Laboratories, Inc.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Ronald A. Thisted dated September 27, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Arthur H. Kibbe, Ph.D. dated September 27, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt of the deposition of Dr. Ronald A. Thisted, Ph.D. taken on November 28, 2007.

5. I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on this 11th day of January 2008 at Wilmington, Delaware.

By: _____
MARY B. MATTERER (I.D. No. 2696)

# EXHIBIT A

# REDACTED IN ITS

# ENTIRETY

# EXHIBIT B

# REDACTED IN ITS

# ENTIRETY

# EXHIBIT C

# REDACTED IN ITS

# ENTIRETY