## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06-222 JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### SECOND SUPPLEMENTAL STIPULATED PROTECTIVE ORDER

WHEREAS, the Court entered a Stipulated Protective Order on February 8, 2007 in the above-styled proceeding (the "Proceeding")  (D.I. 84); and

WHEREAS, the firm Arnold & Porter LLP has appeared as additional counsel for Plaintiff Wyeth;

IT IS HEREBY STIPULATED AND ORDERED THAT paragraph 6.a of the Stipulated Protective Order shall hereby include Arnold & Porter LLP as outside counsel retained for the Proceeding.  As such, attorneys from Arnold & Porter LLP, with the exception of Sonia Pfaffenroth, David King, Chieko Clarke, William Baer, Anne Davis, and James L. Cooper, shall have access to documents and things designated as Highly Confidential and Confidential pursuant to the Stipulated Protective Order, and shall be subject to the restrictions set forth therein.

Dated:  January __, 2008

_____
The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

/s/ Karen Jacobs Louden

/s/ Mary B. Matterer

---

Jack B. Blumenfeld (I.D. No. 1014)
Karen Jacobs Louden (I.D. No. 2881)
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
 (302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

OF COUNSEL:
Basil J. Lewris
Linda A. Wadler
Finnegan, Henderson, Farabow,
   Garrett & Dunner L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
 (202) 408-4000

Attorneys for Plaintiff
WYETH

---

Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

OF COUNSEL:
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

Attorneys for Defendant
IMPAX LABORATORIES, INC.