IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiff's Responses and Objections to Impax's Third Set of Requests for Admission (Nos. 74-489)* were served upon the following in the manner indicated on January 28, 2008:

### BY HAND AND EMAIL

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

### BY EMAIL

Joseph C. Gratz
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
  *Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Barbara R. Rudolph
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

January 28, 2008

**CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Mary B. Matterer
>MORRIS JAMES LLP

I also certify that copies were caused to be served on January 28, 2008 upon the following in the manner indicated:

>**BY HAND AND EMAIL**
>
>Mary B. Matterer
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, DE  19899
>
>**BY EMAIL**
>
>Joseph C. Gratz
>Daralyn J. Durie
>Keker & Van Nest LLP
>710 Sansome Street
>San Francisco, CA 94111

>*/s/ Karen Jacobs Louden*
>Karen Jacobs Louden (#2881)
>klouden@mnat.com