IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06-222 JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

(356)

**SECOND SUPPLEMENTAL STIPULATED PROTECTIVE ORDER**

WHEREAS, the Court entered a Stipulated Protective Order on February 8, 2007 in the above-styled proceeding (the "Proceeding") (D.I. 84); and

WHEREAS, the firm Arnold & Porter LLP has appeared as additional counsel for Plaintiff Wyeth;

IT IS HEREBY STIPULATED AND ORDERED THAT paragraph 6.a of the Stipulated Protective Order shall hereby include Arnold & Porter LLP as outside counsel retained for the Proceeding. As such, attorneys from Arnold & Porter LLP, with the exception of Sonia Pfaffenroth, David King, Chieko Clarke, William Baer, Anne Davis, and James L. Cooper, shall have access to documents and things designated as Highly Confidential and Confidential pursuant to the Stipulated Protective Order, and shall be subject to the restrictions set forth therein.

Dated: January 30, 2008

_____
The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| /s/ Karen Jacobs Louden | /s/ Mary B. Matterer |
| Jack B. Blumenfeld (I.D. No. 1014) | Mary B. Matterer (I.D. No. 2696) |
| Karen Jacobs Louden (I.D. No. 2881) | MORRIS JAMES LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 222 Delaware Ave., 10th Floor |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 888-6800 |
| Wilmington, DE 19899-1347 | mmatterer@morrisjames.com |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | |
| klouden@mnat.com | OF COUNSEL: |
| | Daralyn J. Durie |
| | Keker & Van Nest LLP |
| OF COUNSEL: | 710 Sansome Street |
| Basil J. Lewris | San Francisco, CA 94111 |
| Linda A. Wadler | (415) 391-5400 |
| Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P. | |
| 901 New York Avenue, N.W. | Attorneys for Defendant |
| Washington, DC 20001 | IMPAX LABORATORIES, INC. |
| (202) 408-4000 | |
| | |
| Attorneys for Plaintiff | |
| WYETH | |