# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 06-222 JJF |
| v. | ) | |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

Please take notice that on this 3rd day of March 2008, copies of **Impax Laboratories, Inc.'s Proffer of Evidence Relating to Non-Infringement**, were served upon the following counsel in the manner indicated:

**BY HAND DELIVERY AND EMAIL**

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801
(302) 658-9200

**BY EMAIL AND FEDERAL EXPRESS FEXEX on March 4, 2008**

Linda A. Wadler, Esq.
Barbara Rudolph, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

2

| | |
|---|---|
| Dated: March 3, 2008 | <i>/s/ Mary B. Matterer</i> |
| | Richard K. Herrmann (I.D. No. 405) |
| | Mary B. Matterer (I.D. No. 2696) |
| | MORRIS JAMES LLP |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | (302) 888-6800 |
| | rherrmann@morrisjames.com |
| | |
| | Daralyn J. Durie |
| | Daniel Purchell |
| | Courtney Towle |
| | KEKER & VAN NEST LLP |
| | 710 Sansome Street |
| | San Francisco, CA  94111 |
| | (415) 391-5400 |
| | |
| | *Attorneys for Defendant* |
| | *Impax Laboratories, Inc.* |