IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>    Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC.<br><br>    Defendant. | C.A. No. 06-222 (JJF) |

**STIPULATION AND ORDER
REGARDING ADMISSIBILITY OF PTX-442
(DECLARATION OF XIN (JOY) LI)**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that PTX-442 (Declaration of Xin (Joy) Li) shall be admissible at trial by any party for any purpose and that Impax withdraws its objections to PTX-442.

Dated: March 4, 2008

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Karen Jacobs Louden (#2881)* | */s/ Mary B. Matterer (#2696)* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com | Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |

OF COUNSEL:  
Basil J. Lewris  
Linda A. Wadler  
FINNEGAN, HENDERSON, FARABOW,  
    GARRETT & DUNNER, LLP  
901 New York Avenue, N.W.  
Washington, D.C. 20001  
(202) 408-4000  

*Attorneys for Plaintiff Wyeth*

OF COUNSEL:  
Daralyn J. Durie  
Paula L. Blizzard  
Joseph C. Gratz  
KEKER & VAN NEST LLP  
710 Sansome Street  
San Francisco, CA 4111  
(415) 391-5400  

*Attorneys for Defendant Impax Laboratories Inc.*

SO ORDERED this ___ day of March 2008.

_____  
The Honorable Joseph J. Farnan, Jr.  
UNITED STATES DISTRICT JUDGE

1750652