IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-222 (JJF) |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the *Wyeth's Response To Impax's Proffer Of Evidence Relating To Non-Infringement* were served upon the following in the manner indicated on March 17, 2008:

**BY HAND AND EMAIL**

Mary B. Matterer
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19899

**BY EMAIL**

Joseph C. Gratz
Daralyn J. Durie
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
*Attorneys for Plaintiff Wyeth*

OF COUNSEL:

Basil J. Lewris
Linda A. Wadler
Barbara R. Rudolph
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
(202) 408-4000

March 17, 2008

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on March 17, 2008 upon the following in the manner indicated:

### BY HAND AND EMAIL

> Mary B. Matterer
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE 19899

### BY EMAIL

> Joseph C. Gratz
> Daralyn J. Durie
> Keker & Van Nest LLP
> 710 Sansome Street
> San Francisco, CA 94111

/s/ *Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com