IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-222 (JJF) |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER REGARDING**
**ADMISSIBILITY OF DATA FROM IMS HEALTH**

WHEREAS the October 9, 2007 deposition of Peter Hunter of IMS Health established that the IMS data produced in this litigation is authentic and constitutes business records of IMS Health under the Federal Rules of Evidence;

WHEREAS Impax witnesses have testified at their depositions that Impax subscribed to and relied upon data from IMS Health; and

WHEREAS data from IMS Health is recognized in the pharmaceutical industry as inherently reliable and accurate,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that, for the purpose of efficiently presenting evidence at trial in this action, the parties will not maintain authenticity, hearsay, or lack of foundation objections regarding data provided by IMS Health in trial exhibits numbers PTX-343, PTX-815, PTX-816, PTX-817, and PTX-818.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, JAMES, HITCHENS & WILLIAMS |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Mary B. Matterer* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com | Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Of Counsel*: | *Of Counsel*: |
| Basil J. Lewris<br>Linda A. Wadler<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4000 | Daralyn J. Durie<br>Daniel Purcell<br>Joseph C. Gratz<br>KEKER & VAN NEST L.L.P.<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 391-5400 |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge