IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-222 (JJF) |
| | ) | |
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael V. O'Shaughnessy of FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP., 901 New York Avenue, NW, Washington, DC 20001 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
   *Attorneys for Plaintiff Wyeth*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 3/31/08

Michael V. O'Shaughnessy
Finnegan, Henderson, Harabow, Garrett &
Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 31, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Mary B. Matterer
> MORRIS JAMES LLP

I also certify that copies were caused to be served on March 31, 2008 upon the following in the manner indicated:

### BY E-MAIL and HAND DELIVERY

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19899

### BY E-MAIL

Daralyn J. Durie
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111

*/s/ Karen Jacobs Louden*

_____

Karen Jacobs Louden (#2881)