# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302-351-9227
302-425-4681 Fax
klouden@mnat.com

April 3, 2008

By E-Filing

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Wyeth v. Impax, C.A. No. 06-222 (JJF)

Dear Judge Farnan:

      Pursuant to the parties' call with the Court yesterday, we submit on behalf of both parties for the Court's consideration a proposed Order postponing trial in this matter for at least sixty days. We appreciate the Court's attention to this matter.

      Respectfully,

      */s/ Karen Jacobs Louden (#2881)*
      Karen Jacobs Louden

Agreed to:

*/s/ Mary B. Matterer (#2696)*
Mary B. Matterer

/lmc
cc:    Peter T. Dalleo, Clerk (By hand, w/enc.)
       Mary B. Matterer, Esq. (By email, w/enc.)
       Daralyn Durie, Esq. (By email, w/enc.)
       Basil J. Lewris, Esq. (By email, w/enc.)
2280212

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 06-222 (JJF) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

The Court, having conferred with counsel, HEREBY ORDERS this _____ day of April 2008, that the trial scheduled in this matter to begin on April 9, 2008 is hereby postponed to a mutually-acceptable date in June 2008. Counsel shall contact Chambers at their earliest opportunity to discuss a trial date.

SO ORDERED this _____ day of _____, 2008.

_____
Farnan, J.

2280197

414593.01