IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-222 (JJF) |
| | ) |
| IMPAX LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court, having conferred with counsel, HEREBY ORDERS this ___9___ day of April 2008, that the trial scheduled in this matter to begin on April 9, 2008 is hereby postponed to a mutually-acceptable date in June 2008. Counsel shall contact Chambers at their earliest opportunity to discuss a trial date.

SO ORDERED this ___9___ day of ___April___, 2008.

_____
Farnan, J.

2280197

414593.01