IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
                                    :
WYETH,                              :
                                    :
          Plaintiff,                :
                                    :
     v.                             :   Civil Action No. 06-222-JJF
                                    :
IMPAX LABORATORIES, INC.,           :
                                    :
          Defendant.                :
                                    :
                                    :
```

**O R D E R**

WHEREAS, the following motions are pending in this action:
(1) Defendant Impax Laboratories, Inc.'s Motion for Summary
Judgment of Noninfringement, Lack of Written Description, Lack of
Enablement, Misjoinder of Inventors, and Indefiniteness (D.I.
302); (2) Defendant Impax Laboratories, Inc.'s Motion for Summary
Judgment of Anticipation and Obviousness (D.I. 303); (3)
Plaintiff Wyeth's Motion to Strike Paragraphs 72-73, 81-84, 129-
30, and 133-36 of the Rebuttal Expert Report of Arthur H. Kibbe,
Ph.D. (D.I. 295); and (4) Defendant Impax Laboratories, Inc.'s
Motion to Strike Portions of the Expert Reports of Dr. Henry
Grabowski and Dr. Ronald Thisted (D.I. 320);

WHEREAS, the parties have requested the Court to defer
decision on these motions;

WHEREAS, for administrative purposes, the Court will deny
the pending motions with leave to renew by letter notice from
either party;

NOW THEREFORE IT IS HEREBY ORDERED:

1.    Defendant Impax Laboratories, Inc.'s Motion for Summary
      Judgment of Anticipation and Obviousness (D.I. 303) is
      **DENIED with leave to renew**.

2.    Defendant Impax Laboratories, Inc.'s Motion for Summary
      Judgment of Noninfringement, Lack of Written
      Description, Lack of Enablement, Misjoinder of
      Inventors, and Indefiniteness (D.I. 302) is **DENIED with
      leave to renew**.

3.    Plaintiff Wyeth's Motion to Strike Paragraphs 72-73,
      81-84, 129-30, and 133-36 of the Rebuttal Expert Report
      of Arthur H. Kibbe, Ph.D. (D.I. 295) is **DENIED with
      leave to renew**.

4.    Defendant Impax Laboratories, Inc.'s Motion to Strike
      Portions of the Expert Reports of Dr. Henry Grabowski
      and Dr. Ronald Thisted (D.I. 320) is **DENIED with leave
      to renew**.

May 13 ,2008
DATE

_____
UNITED STATES DISTRICT JUDGE