# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681 Fax
klouden@mnat.com

Original Filing Date: June 16, 2008
Redacted Filing Date: June 24, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.              **REDACTED -**
U.S. District Court for the District of Delaware  **PUBLIC VERSION**
844 North King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

Re:     _Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 (JJF)

Dear Judge Farnan:



The Hon. Joseph J. Farnan, Jr.
June 16, 2008
Page 2

Respectfully,

*Karen Jacobs Louden*

Karen Jacobs Louden

cc:    Mary B. Matterer, Esq. (via e-mail) (w/enc.)
       Daralyn J. Durie, Esq. (via e-mail) (w/enc.)
       Daniel Purcell, Esq. (via e-mail) (w/enc.)
       Basil J. Lewris, Esq. (via e-mail) (w/enc.)
/cbh

2369781

# EXHIBIT A

REDACTED

# EXHIBIT B

REDACTED

# EXHIBIT C

REDACTED

# EXHIBIT A

REDACTED

# EXHIBIT B

REDACTED

# EXHIBIT C

REDACTED