# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681 Fax
klouden@mnat.com

Original Filing Date:

July 14, 2008

Redacted Filing Date:

July 17, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

      Re: _Wyeth v. Impax Laboratories, Inc._, Civil Action No.: 06-222 (JJF)

Dear Judge Farnan:

      We represent Plaintiff Wyeth in the above-referenced action. As indicated in our June 16, 2008 letter to the Court, the parties have completed settlement agreements in connection with this action.

      As also indicated in our June 16 letter, Wyeth was required to provide 30 days' notice to the Federal Trade Commission ("FTC") before submitting the settlement agreements to the Court for approval. The settlement agreements were provided to the FTC on June 10, 2008, and the 30-day notification period to the FTC has passed without comment from the FTC.

      Accordingly, with the approval of Defendant, Impax Laboratories, Inc., the parties are filing herewith a Joint Motion To Enter Consent Judgment And To Enter Stipulated Order, as well as the Consent Judgment and Stipulated Order agreed to by the parties. The settlement agreements are attached as Exhibit 1 to the Stipulated Order, and are being filed under seal.

The Hon. Joseph J. Farnan, Jr.
July 17, 2008
Page 2

      The parties respectfully request that the Court grant the Joint Motion and enter the enclosed Consent Judgment and Stipulated Order.

      Respectfully,

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

cc:    Clerk of the Court (via hand) (w/enc.)
       Mary B. Matterer, Esq. (via e-mail) (w/enc.)
       Daralyn J. Durie, Esq. (via e-mail) (w/enc.)
       Daniel Purcell, Esq. (via e-mail) (w/enc.)
       Basil J. Lewris (via e-mail) (w/enc.)

2411381